**IT IS SO ORDERED.**

**SIGNED THIS: August 5, 2013**

_____
**Gerald D. Fines
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No.: 13-90942 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR AUTHORITY (I) TO PAY PREPETITION WAGES, SALARIES, REIMBURSABLE EXPENSES, AND RELATED EXPENSES NECESSARY FOR COMPLIANCE WITH STATE AND FEDERAL LAW AND DIRECTING ALL BANKS TO HONOR CHECKS ISSUED FOR PAYMENT OF EMPLOYEE RELATED OBLIGATIONS AND (II) AUTHORIZING BUT NOT DIRECTING THE DEBTORS TO CONTINUE TO MAINTAIN THEIR BENEFIT PROGRAMS IN THE ORDINARY COURSE OF BUSINESS**

This matter has come before the Court upon the *Motion for Authority (I) to Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Related Expenses Necessary for Compliance with State and Federal Law and Directing All Banks to Honor Checks Issued for Payment of Employee Related Obligations and (II) Authorizing But Not Directing the Debtors to*

I/3311984.1

- 2 -

*Continue to Maintain Their Benefit Programs in the Ordinary Course of Business* (the "Motion"), filed herein the above captioned Debtor and Debtor-in-Possession, by and through First Midwest Bank as Custodian of Earl Gaudio and Son, Inc., (the "Debtor"). The Court, having reviewed the Motion, having noted that adequate notice has been given, and being duly advised in the premises now finds that the relief requested in the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Debtor is hereby authorized to continue to pay wages, salaries, and other compensation in the ordinary course of business including the payment of pre-petition obligations and any and related expenses necessary for compliance with State and Federal law.

IT IS FURTHER ORDERED that the Debtor is hereby authorized to maintain the benefit programs described in the Motion in the ordinary course of business including the payment of pre-petition obligations.

IT IS FURTHER ORDERED that the Debtor's financial institutions are hereby authorized and directed to honor checks issued by the Debtor to pay employee obligations, whether presented before or after the Petition Date, provided that sufficient funds are on deposit in the applicable accounts to cover such payments.

###

I/3311984.1