# United States Bankruptcy Court

## Central District of Illinois

In re    Earl Gaudio & Son, Inc.                                      ,    Case No.    13-90942

Debtor

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholder | 68 | shares |
| Earl Gaudio<br>504 Wilkin Rd<br>Danville, IL 61832 | Shareholder | 78 | shares |
| Eric Gaudio<br>10346 Forest Lake Court<br>Indianapolis, IN 46278 | Shareholder | 36 | shares |
| Gary Gaudio<br>1604 South Division<br>Mahomet, IL 61853 | Shareholder | 2 | shares |
| Kasey Gaudio<br>c/o Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholders | 2 | shares |
| Nicholas Gaudio<br>c/o Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholder | 2 | shares |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 14, 2013                              Signature    /s/ Angela E. Major Hart, as Authorized Signer of

Angela E. Major Hart, as Authorized Signer of
First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc.

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Central District of Illinois

In re   Earl Gaudio & Son, Inc.

                                          Debtor

Case No.     13-90942

Chapter                    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholder | 68 | shares |
| Earl Gaudio<br>504 Wilkin Rd<br>Danville, IL 61832 | Shareholder | 78 | shares |
| Eric Gaudio<br>10346 Forest Lake Court<br>Indianapolis, IN 46278 | Shareholder | 36 | shares |
| Gary Gaudio<br>1604 South Division<br>Mahomet, IL 61853 | Shareholder | 2 | shares |
| Kasey Gaudio<br>c/o Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholders | 2 | shares |
| Nicholas Gaudio<br>c/o Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholder | 2 | shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     August 14, 2013                    Signature

Angela E. Major Hart, as Authorized Signer of
First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc.

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0    continuation sheets attached to List of Equity Security Holders

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of Illinois

In re    Earl Gaudio & Son, Inc.      Case No.    13-90942

           Debtor(s)        Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,708,429.00 | 2012 (estimate because debtor did not file 2012 tax return) |
| $2,857,083.62 | 2011 |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT           SOURCE

B7 (Official Form 7) (04/13)                                                                                                                    2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Anheuser-Busch 1 Busch Place Saint Louis, MO 63118 | 4/22/13 - 7/18/2013 | $1,461,734.78 | $235,091.55 |
| Skeff Distributing Co. 3585 E. L&A Industrial Dr. Decatur, IL 62521 | 7/5/2013, 7/17/2013 | $18,619.07 | $19,840.92 |
| Employers Preferred Insurance Co. 13890 Bishops Drive Ste 210 Brookfield, WI 53005 | 6/4/13, 6/10/13, 7/10/2013 | $16,776.52 | $10,026.52 |
| Dao Emerging Technologies, Inc. 441 Network Station Ste D Chesapeake, VA 23320 | 7/11/2013 | $12,011.35 | $0.00 |
| Vermont Information Processing, Inc. 402 Watertower Circle Colchester, VT 05446 | 7/11/2013 | $10,736.94 | $0.00 |
| David A. Fisher 3640 Manchester Road Anderson, IN 46012 | 7/15/2013 | $1,110.00 | $0.00 |
| VSP PO Box 742135 Los Angeles, CA 90074 | 7/17/2013 | $1,197.26 | $0.00 |
| James D. Spiros 5 Cambridge Pl Danville, IL 61834 | 7/19/2013 | $3,000.00 | $0.00 |
| Ameren Illinois PO Box 66893 Saint Louis, MO 63166 | 5/14/13, 5/16/13, 6/4/13, 6/13/13,6/24/13 | $1,602.93 | $1,301.25 |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Aqua Illinois<br>762 W Lancaster Ave<br>Bryn Mawr, PA 19010 | 5/13/13, 5/17/13, 6/20/13, 6/27/13, | $1,185.86 | $819.29 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | 4/25/13, 5/2/13, 5/13/13, 5/15/13, 5/20/13, 5/24/13, 6/17/13, 6/24/13 | $11,900.00 | $4,216.97 |
| American Express<br>PO Box 981540<br>El Paso, TX 79908 | 4/26/13 - 6/26/13 | $55,078.18 | $0.00 |
| Ally<br>Payment Processing Center<br>PO Box 9001952<br>Louisville, KY 40290 | 4/23/13, 4/24/13, 5/1/13, 5/14/13, 5/23/13, 5/24/13, 5/31/13, 6/4/13, 6/13/13, 6/17/13 | $6,307.02 | $1,019.30 |
| Ascentium Capital<br>PO Box 301593<br>Dallas, TX 75303 | 5/16/13, 6/18/213 | $926.74 | $898.47 |
| Chase Auto Loan<br>PO Box 901098<br>Fort Worth, TX 76101 | 5/6/13, 5/14/13, 5/28/13, 6/10/13, 6/12/13 | $6,325.00 | $21,727.70 |
| Carnaghi Towing and Repair<br>2000 Georgetown Rd<br>Tilton, IL 61833 | 5/16/13, 6/10/13 | $3,000.00 | $15,556.70 |
| Citi<br>399 Park Avenue<br>New York, NY 10043 | 5/8/13, 5/17/13, 5/24/13, 6/10/13, 6/18/13 | $7,707.93 | $0.00 |
| Comcast<br>PO Box 3005<br>Southeastern, PA 19398 | 4/29/13, 5/13/13, 6/7/13 | $660.79 | $300.00 |
| Constellation 1-7MWZRY<br>14217 Collections Center Drive<br>Chicago, IL 60693 | 4/22/13, 4/25/13, 5/2/13, 5/22/13, 5/23/13, 5/24/13, 5/31/13, 6/21/13, 6/24/13 | $5,217.55 | $1,446.80 |
| Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | 4/24/13, 5/3/13, 5/6/13, 5/17/13, 6/10/13 | $5,076.79 | $0.00 |
| DHL Express - USA<br>16592 Collections Center Dr<br>Chicago, IL 60693 | 6/27/13, 7/1/13 | $1,451.44 | $586.85 |
| Exec-U-Care<br>PO Box 533204<br>Charlotte, NC 28290 | 4/25/13, 5/10/13, 6/10/13, 6/25/13 | $5,320.15 | $125.00 |
| Faygo Beverages - National Beverage Corp<br>8100 SW Tenth<br>Suite 4000<br>Fort Lauderdale, FL 33324 | 5/24/13 | $7,480.80 | $7,480.80 |
| Fintech<br>7702 Woodland Center Blvd<br>Ste 50<br>Tampa, FL 33614 | 5/9/13 | $753.44 | $0.00 |
| GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | 5/15/13, 6/10/13 | $5,686.49 | $68,806.80 |

B7 (Official Form 7) (04/13)                                                                                            4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Health Alliance<br>301 S Vine St<br>Urbana, IL 61801 | 5/18/13, 6/14/13, 7/11/13 | $24,838.18 | $9,814.98 |
| DTI Office Solutions<br>PO Box 600<br>Danville, IL 61834 | 5/16/13, 6/10/13 | $1,145.95 | $564.31 |
| Illini FS<br>1509 East University Ave<br>Urbana, IL 61802 | 5/13/13, 5/16/13, 5/28/13, 6/5/13, 7/5/13, 7/11/13 | $28,000.00 | $44,183.54 |
| Illinois Dept of Employment Security<br>PO Box 3637<br>Springfield, IL 62708 | 6/10/13 | $2,000.00 | $2,794.78 |
| Illinois Department of Revenue<br>100 West Randolph St.<br>Chicago, IL 60601 | 5/15/13, 5/16/13, 5/20/13, 6/5/13, 6/17/13, 6/28/13, 7/3/13, 7/11/13, 7/16/13 | $202,108.72 | $521,884.86 |
| Internal Revenue Service<br>P.O. Box 804521<br>Cincinnati, OH 45280-4521 | 5/16/13, 5/20/13, 5/30/13, 7/5/13 | $15,127.59 | $633,131.96 |
| Illinois Secretary of State<br>213 State Capitol<br>Springfield, IL 62756 | 5/24/13, 5/31/13, 6/14/13, 6/16/13, 7/2/13 | $11,662.00 | $0.00 |
| Iroquois Federal Savings & Loan<br>619 Gilbert St.<br>Danville, IL 61832 | 4/30/13, 5/13/13, 5/28/13, 6/13/13 | $14,556.86 | $300,650.00 |
| Isuzu Finance of America<br>23906 Network Place<br>Chicago, IL 60673 | 5/2/13, 6/19/13 | $1,451.28 | $785.64 |
| Lamar Companies<br>PO Box 96030<br>Baton Rouge, LA 70896 | 5/24/13 | $930.00 | $5,580.00 |
| McClain's, Inc.<br>PO Box 27<br>Greenville, OH 45331 | 5/24/13, 6/4/13 | $2,000.00 | $19.29 |
| Mercedes Benz Financial Diamler Truck<br>Payment Processing<br>PO Box 5260<br>Carol Stream, IL 60197 | 5/13/13, 5/14/13, 5/20/13, 5/16/13, 6/11/13, 6/12/13, 6/14/13, 6/18/13 | $7,034.42 | $31,259.81 |
| Mike-sell's Potato Chip Co.<br>333 Leo St<br>Dayton, OH 45404 | 5/10/13, 5/17/13, 5/21/13, 5/31/13, 6/20/13 | $31,175.72 | $232,800.00 |
| Old Farm Shopps, Ltd<br>303 S. Mattis Ave<br>Ste 200<br>Champaign, IL 61821 | 6/5/13 | $3,994.80 | $763.04 |
| Penske<br>PO Box 802577<br>Chicago, IL 60680 | 5/6/13, 5/16/13 | $3,809.38 | $377.65 |
| Principal Life Insurance Co<br>PO Box 10372<br>Des Moines, IA 50306 | 5/9/13, 6/10/13 | $4,518.06 | $2,757.86 |

B7 (Official Form 7) (04/13)                                                                                             5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Regions Commercial Loan Payments<br>PO Box 11407<br>Birmingham, AL 35246 | 4/30/13, 5/13/13, 5/15/13, 6/10/13, 6/16/13 | $23,507.76 | $2,875,000.00 |
| Ricoh USA, Inc.<br>PO Box 802815<br>Chicago, IL 60680 | 6/27/13, 7/1/13 | $842.59 | $130.61 |
| Shannell, Inc.<br>301 W. Main Street<br>Danville, IL 61832 | 4/26/13, 6/5/13 | $4,845.00 | $0.00 |
| Skeff Distributing Co.<br>3585 E. L&A Industrial Dr.<br>Decatur, IL 62521 | 4/24/13, 5/15/13, 5/17/13, 5/31/13, 6/5/13, 6/11/13, 6/17/13 | $72,695.35 | $19,840.92 |
| Tallgrass Brewing Co.<br>8845 Quail Lane<br>Suite 1<br>Manhattan, KS 66502 | 6/4/13 | $5,205.00 | $5,205.00 |
| UPS<br>6060 Cornerstone Ct West<br>San Diego, CA 92121 | 4/23/13, 4/26/13, 5/3/13, 5/7/13, 5/10/13, 5/17/13, 5/22/13, 5/24/13, 5/29/13, 5/30/13, 5/31/13, 6/6/13, 6/7/13, 6/14/13, 6/21/13, 6/26/13, 6/27/13, 6/28/13, 7/3/13, 7/5/13 | $72,147.14 | $3,742.82 |
| Vermilion County Collector<br>PO Box 730<br>Danville, IL 61834 | 5/14/13 | $2,322.94 | $100,360.80 |
| Wells Fargo Equipment Finance, Inc.<br>733 Marquette Ave<br>Suite 700<br>Minneapolis, MN 55402 | 5/13/13, 6/13/13 | $4,143.22 | $4,538.11 |
| Westfield Insurance<br>c/o Wells Fargo Insurance Services<br>PO Box 4016<br>Champaign, IL 61824 | 4/23/13, 4/22/13, 5/22/13, 6/24/13 | $8,143.99 | $38,020.00 |
| World Business Lenders, LLC<br>120 W. 45th St.<br>29th Floor<br>New York, NY 10036 | 4/22/13 - 6/27/13 | $179,544.57 | $335,768.01 |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    6

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐       returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
        or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| First Midwest Bank<br>24509 W. Lockport Street<br>Plainfield, IL 60544 | June 27, 2013 | All assets of debtor. |

---

**6. Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■       this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
        joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
☐       preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
        property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| First Midwest Bank<br>24509 W. Lockport Street<br>Plainfield, IL 60544 | Vermilion County, Danville, Illinois Fifth Judicial Circuit of Illinois Helen Gaudio, as guardian of the Estate of Earl Gaudio, as a disabled person and on behalf of Earl Gaudio, individually and as a Shareholder of Earl Gaudio and Son, Inc. vs. Eric Gaudio, Dennis Gaudio and Earl Gaudio and Son, Inc.<br>Case No. 13 MR 120 | June 27, 2013 | All assets of the debtor |

---

**7. Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■       and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
        aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
        either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                           7

---

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ice Miller LLP<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0002 | 7/19/2013 | $15,000.00 |

---

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Iroquois Federal Savings & Loan<br>619 Gilbert St.<br>Danville, IL 61832 | Checking Acct # 9738 | $157.99 6/27/2013 |
| Iroquois Federal Savings & Loan<br>619 Gilbert St.<br>Danville, IL 61832 | Checking Acct # 9316 | $94.88 6/27/2013 |

---

B7 (Official Form 7) (04/13)

8

---

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| Mike-sell's Potato Chip Co.<br>333 Leo St<br>Dayton, OH 45404 | multiple | unknown |
| Snyder-Lance<br>PO Box 6917<br>Hanover, PA 17331 | multiple | unknown |

---

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)                                                                                                          9

None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■      or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
       the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
       within **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
       years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
       years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

---

       The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
       been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
       owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
       proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

       *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
       within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
       directly to the signature page.)*

---

**19. Books, records and financial statements**

None   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐      supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)                                                                                          10

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| Eric Gaudio<br>10846 Forest Lake Court<br>Indianapolis, IN 46278 | | 7/19/11 - 6/27/13 |
| Gary Gaudio<br>588 D CR 2400 N<br>Dewey, IL 61840 | | 7/19/11 - 6/27/13 |
| Elizabeth White<br>1001 2nd Street<br>Covington, IN 47932 | | 7/19/11 - 6/27/13 |
| Kasey Antonini<br>205 Benvale Dr<br>Danville, IL 61832 | | 7/19/11 - 6/27/13 |

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Clifton Larson Allen LLP | 301 SW Adams<br>Suite 900<br>Peoria, IL 61656 | 2011 |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| First Midwest Bank | 2801 W. Jefferson Street<br>Joliet, IL 60435 |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 7/12/13 | Tony Baszis | unknown |
| 7/5/13 | Tony Baszis | Unknown |
| 6/30/13 | Denise Gay | Unknown |
| 5/30/13 | Denise Gay | Unknown |
| 6/30/13 | Diana Lienard | Unknown |
| 5/30/13 | Diana Lienard | Unknown |

None    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|
| 7/12/13 | Beverage Distribution<br>1803 Forgetown Rd.<br>Tilton, IL 61833 |

B7 (Official Form 7) (04/13)

11

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 7/5/13 | Beverage Distribution<br>1803 Forgetown Rd.<br>Tilton, IL 61833 |
| 6/30/13 | The UPS Store 4323<br>2830 N. Vermilion Ave<br>Danville, IL 61832 |
| 5/30/13 | The UPS Store 4323<br>2830 N. Vermilion Ave<br>Danville, IL 61832 |
| 6/30/13 | The UPS Store 6236<br>1717 W. Kirby<br>Champaign, IL 61821 |
| 5/30/13 | The UPS Store 6236<br>1717 W. Kirby<br>Champaign, IL 61821 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| First Midwest Bank<br>24509 West Lockport Street<br>Plainfield, IL 60544 | Custodian | n/a |

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Eric Gaudio<br>10346 Forest Lake Court<br>Indianapolis, IN 46278 | Shareholder | 30% |
| Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Shareholder | 30% |
| Earl Gaudio<br>504 Wilkin Rd<br>Danville, IL 61832 | Shareholder | 40% |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    12

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  August 14, 2013                           Signature    /s/ Angela E. Major Hart, as Authorized Signer of
                                                             Angela E. Major Hart, as Authorized Signer of
                                                             First Midwest Bank, as Custodian of Earl Gaudio & Son,
                                                             Inc.

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/13)                                                                                                   12

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
    compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately
    preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None
☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
    group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
    of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None
☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
    an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   August 14, 2013                          Signature

                                                Angela E. Major Hart, as Authorized Signer of
                                                First Midwest Bank, as Custodian of Earl Gaudio & Son,
                                                Inc.

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of Illinois

In re   Earl Gaudio & Son, Inc.                                       ,     Case No.    13-90942

                                     Debtor                              Chapter                11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,000,000.00 | | |
| B - Personal Property | Yes | 20 | 8,849,187.16 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 6,459,078.96 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 705,718.51 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,324,493.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 11,849,187.16 | | |
| Total Liabilities | | | | 8,489,291.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of Illinois

In re    Earl Gaudio & Son, Inc.
_____ ,    Case No. _____13-90942_____
Debtor

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      Earl Gaudio & Son, Inc.                                    ,      Case No. ___13-90942___
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1803 Georgetown Road, Tilton, IL Approximately 69,000 SF Pin #23-20-100-002 | Fee simple | - | 3,000,000.00 | 5,410,768.01 |

|  |  |  |  |
|---|---|---|---|
| Sub-Total > | 3,000,000.00 | (Total of this page) |
| Total > | 3,000,000.00 | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    Earl Gaudio & Son, Inc.                                                                    ,    Case No.    13-90942
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Midwest Bank Trust Account #0018 Titled in name of Earl Gaudio & Son, Inc. | - | 76,152.60 |
| | | First Midwest Bank Checking Account #3433 Titled in the name of Earl Gaudio & Son, Inc. | - | 148,427.12 |
| | | First Midwest Bank UPS Trust #1016 | - | 0.00 |
| | | First Midwest Bank UPS Checking #3540 | - | 0.00 |
| | | Regions Bank Act. No. 0684 | - | 5,547.07 |
| | | Ally Northern Trust Act. No. 7822 | - | 209.73 |
| | | First Merchants Bank (EG&S) Act. No. 4712 | - | Unknown |
| | | Fifth Third Act. No. 7747 | - | Unknown |
| | | Bank of America Act. No. 6912 | - | Unknown |
| | | Central Illinois Bank (CIBM) (Gaudio Retail LLC) Act. No. 4318 | - | 6,157.27 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Ameren Illinois for property located at 1717 W. Kirby Ave, Champaign, IL 61821 | - | 190.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Specialty graphic computer equipment | - | Unknown |

Sub-Total >          236,683.79
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                          ,    Case No.    13-90942
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 198,280.37 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  | Sub-Total >  | 198,280.37 |
|---|---|---|
|  | (Total of this page) |  |

Sheet    1    of    3    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                              ,    Case No.    13-90942
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Unsecured loan to Gaudio Diversified Ventures LLC Note executed December 31, 2010 | - | 1,401,623.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claims against former or current owners and officers | - | Unknown |
| | | Claims against Bank of America | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Distribution Agreement (and related rights) with Anheuser-Busch Beverage, Inc. | - | 5,500,000.00 |
| | | UPS Store franchises and other miscellaneous distribution rights | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer list located at business premises | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 30 vehicles (see attached report) | - | 554,281.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See appraisal report with respect to item 29 | - | 16,000.00 |

|  | Sub-Total > | 7,471,904.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet    2    of    3    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                          ,      Case No.    13-90942
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Appraisal Report | - | 417,319.00 |
| 30. Inventory. | | Beer, wine, and food products held for distribution in the ordinary course of business; UPS Store related supplies and shipping material inventory located at 1717 W. Kirby, Champaign, IL | - | 525,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 942,319.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 8,849,187.16 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Earl Gaudio & Son Inc
## Vehicle Information believed to be titled in/o Gaudio & Son, Inc.

| | Year | Make | Model | VIN | Have Title | Lienholder | Outstand Loan | Current Value | Divison | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1980 | Triple B | Trailer | 6556 | Yes | NA | | $3,000.00 | Bud | |
| 2 | 1985 | Hackney & Son | Trailer | 1HHUTX32XFM000830 | | collateral Iroquois Federal S & L Loan #42089235 | | $14,000.00 | Bud | |
| 3 | 1986 | Triple B | Trailer | 6701 | Yes | collateral Iroquois Federal S & L Loan #42089235 | | $3,000.00 | Bud | |
| 4 | 1990 | Hess | Trailer | 1H9RA1215LK008449 | | collateral Iroquois Federal S & L Loan #5463 | | $6,000.00 | Bud | |
| 5 | 1990 | International | Tractor | 1HTSDZZN7LH247461 | | collateral for World Business Loan #5463 | | $4,000.00 | Bud | |
| 6 | 1994 | Hesse | Trailer | 1H9RA1213RK008832 | | collateral for World Business Loan #5463 | | $5,000.00 | Bud | |
| 7 | 1995 | Hess | Trailer | 1H9RA1214SK008926 | | collateral Iroquois Federal S & L Loan #42089235 | | $5,000.00 | Bud | |
| 8 | 1997 | Hess | Trailer | 1H9RA1216VK287133 | | collateral Iroquois Federal S & L Loan #42089235 | | $5,000.00 | Bud | |
| 9 | 1998 | International | Tractor | 1HSSDAAN0WN504241 | | collateral Iroquois Federal S & L Loan #42089235 | | $12,400.00 | Bud | |
| 10 | 1999 | International | Tractor | 1HSHBADN5XH205678 | Yes | | | $12,000.00 | Bud | |
| 11 | 2000 | Hesse | Trailer | 1H9RA1326YK287506 | | collateral Iroquois Federal S & L Loan #42089235 | | $15,000.00 | Bud | |
| 12 | 2000 | Great Dane | Trailer | 1GRAA8020YB031501 | | collateral Iroquois Federal S & L Loan #42089235 | | $8,500.00 | Bud | |
| 13 | 2000 | Great Dane | Trailer | 1GRAA0625YB059612 | | collateral for World Business Loan #5463 | | $8,500.00 | Bud | |
| 14 | 2001 | International | 8000 | 1HSHBADN31H378445 | | collateral Iroquois Federal S & L Loan #42089235 | | $13,500.00 | Bud | |
| 15 | 2002 | Waymatic | Trailer | 1W9R3216X21049641 | | collateral Iroquois Federal S & L Loan #42089235 | | $7,500.00 | | |
| 16 | 2004 | Freightliner | Tractor | 1FUBCXCS34HN20862 | | collateral Iroquois Federal S & L Loan #42089235 | | $21,500.00 | Bud | |
| 17 | 2005 | Freightliner | Tractor | 1FUBCXC545HU61113 | | collateral Iroquois Federal S & L Loan #42089235 | | $19,500.00 | Bud | hostage @ repair shop |

# Earl Gaudio & Son Inc
## Vehicle Information believed to be titled in/o Gaudio & Son, Inc.

| | Year | Make | Model | VIN | Have Title | Lienholder | Outstand Loan | Current Value | Divison | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 2005 | GMC | Savanna Van | 1GTGG25U351183770 | | collateral for World Business Loan #5463 | $8,000.00 | $8,000.00 | Bud | |
| 19 | 2005 | Triple B | Trailer | 7349 | | collateral Iroquois Federal S & L Loan #42089235 | $5,500.00 | $5,500.00 | Bud | |
| 20 | 2005 | Mickey | Trailer | 5CWRA381135H057059 | | collateral Iroquois Federal S & L Loan #42089235 | $9,000.00 | $9,000.00 | Bud | |
| 21 | 2005 | International | Box Truck | 1HTMPAFM05H158573 | | collateral for World Business Loan #5463 | $17,500.00 | $17,500.00 | Chips | |
| 22 | 2005 | Chevy | Express G3500 | 1GBJG31U351121226 | Yes | | | $15,000.00 | Chips | |
| 23 | 2006 | Freightliner | Tractor | 1FUBCXDJ56HW25508 | | collateral Iroquois Federal S & L Loan #42089235 | | $20,900.00 | Bud | |
| 24 | 2006 | Freightliner | Tractor | 1FUBCXS16HV70386 | | collateral Iroquois Federal S & L Loan #42089235 | | $22,000.00 | Bud | |
| 25 | 2006 | International | | 3FRML55Z16V240593 | | collateral for World Business Loan #5463 | | $14,500.00 | Chips | |
| 26 | 2007 | GMC | Savanna Van | 1GTHG35UX71172116 | | collateral Iroquois Federal S & L Loan #42089235 | | $9,500.00 | Bud | |
| 27 | 2008 | Pontiac | Grand Prix | 2G2WP552881111543 | | collateral Iroquois Federal S & L Loan #42089235 | | $7,000.00 | Chips | |
| 28 | 2008 | Chevy | HHR | 3GCDA85D285610673 | | collateral Iroquois Federal S & L Loan #42089235 | | $6,500.00 | Bud | |
| 29 | 2008 | Chevy | HHR | 3GCDA15D485524353 | | collateral Iroquois Federal S & L Loan #42089235 | | $7,000.00 | Bud | |
| 30 | 2008 | Chevy | HHR | 3GCDA85D085589922 | | collateral Iroquois Federal S & L Loan #42089235 | | $7,000.00 | Bud | |
| 31 | 2008 | Chevy | HHR | 3GCCA85D785702700 | | collateral Iroquois Federal S & L Loan #42089235 | | $7,000.00 | Bud | |
| 32 | 2008 | Utility | Trailer | 16HPB142H8H168478 | Yes | | | $2,500.00 | Chips | |
| 33 | 2008 | Chevy | G3500 Truck | 1GBJG31K581175887 | Yes | | | $19,500.00 | Chips | |
| 34 | 2009 | GMC | Yukon XL1500 | 1GKFK36319R299518 | | Ally #024914470354 | | $19,500.00 | Bud | Dennis; titled in/o EGS Inc |
| 35 | 2009 | Chevy | HHR | 3GCCA85B99854837 | | | | $8,000.00 | Bud | |

# Earl Gaudio & Son Inc
## Vehicle Information believed to be titled in/o Gaudio & Son, Inc.

| | Year | Make | Model | VIN | Have Title | Lienholder | Outstand Loan | Current Value | Divison | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 2010 | Chevy | Malibu | 1G1ZB5EB6A4108621 | | | | $11,500.00 | Bud | Donnie |
| 37 | 2010 | Ford | E350 HiCube | 1FDWE3FL5ADA33547 | | | | $12,500.00 | Chips | Penske Leasing?? |
| 38 | 2010 | GMC | Truck | 1GD6GSBGA1902684 | | | | | Chips | |
| 39 | 2011 | GMC | Sierra | 1GT02ZCG2BF105632 | | Chase #111243104 23806; collateral for World Business Loan #5463 | $21,727.70 | $25,000.00 | Bud | loan as of 6-11-13;Tony |
| 40 | 2011 | Isuzu | Box Truck | JALB4W170D7400340 | | Isuzu Finance of America Inc | $24,894.33 | $34,000.00 | Chips | |
| 41 | 2011 | Ford | Transit Connect | NM0LS6BN7BT055997 | | collateral for World Business Loan #5463 | $15,500.00 | | Bud | Joe |
| 43 | 2012 | Mitsubishi | Fuso FE160 | JL6BNG1A7CK002712 | | Mercedes-Benz Financial Services USA LLC | $36,394.33 | $34,000.00 | Chips | loan as of 7/15/13 |
| 44 | 2012 | Mitsubishi | Fuso | JL6AMG1A6CK003185 | | Mercedes-Benz Financial Services USA LLC | $31,259.81 | $32,000.00 | Chips | loan as of 7/15/13 |
| 45 | 2012 | Mitsubishi | Fuso | JL6CRK1A4CK004591 | | Mercedes-Benz Financial Services USA LLC | $39,363.48 | $35,000.00 | Chips | loan as of 7/15/13 |
| 46 | 2012 | Freightliner | Tractor | 1FUJC5DV7CHBR6776 | | Wells Fargo #361786-700 | $82,504.02 | $56,000.00 | Bud | |
| 547 | 2012 | Strick | Trailer | 1S12E9537DE526596 | | collateral for World Business Loan #5463 | | $24,000.00 | | |
| 48 | 2012 | Chevy | Cargo Van | 1GCWGFBG0C1117661 | | | | $12,500.00 | Bud | |
| 49 | 2012 | Mitsubishi FE180 | Duraplate Van | JL6BNK1A2CK009053 | | Mercedes-Benz Financial Services USA LLC | $37,710.48 | $40,000.00 | | loan as of 7/15/13 |
| 50 | 2012 | Chevy | Malibu LS | 1G1ZB5E05CF331674 | | | | $13,500.00 | Chips | John |
| 51 | 2012 | Chevy | Express Van | 1GB3G4CG2C1138277 | | | | $22,000.00 | Chips | |
| 52 | 2012 | GMC | Acadia Denali | 1GKKRTED1CJ283782 | Ally #024919064610 | | | $37,000.00 | | Eric;verified titled i/n/o EGS Inc |
| 53 | 2013 | International | Durastar | 1HSMTAZN5DH161651 | GE Capital Commercial Inc | | $68,806.80 | $69,000.00 | Bud | loan as of 7-12-13 |
| 54 | 2010 | GMC | | 1GD6G4BGXA1902735 | | | | | Chips | Penske Lease?? |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 1 | Triple B | Custom Trailer | 1980 | Good / 10 Years | $3,000 | | CommercialTruck paper.com and steelworx custom manufacturing |
| | | Description / Specifications / Options: 5' Enclosed, Setup For Draft Beer, Refrigerated, Co2 storage, Vin: 6556 | | | | | | |
| 2 | Hackney and Son | 20 Bay Trailer | 1985 | Good / 10 Years | $14,000 | | Beverage Body and Trailers, abcotruck.com, avr 10K to 18K depending on age |
| | | Description / Specifications / Options: 20 Bay, tandem Axle, Vin: 1HHUTX32XFM000830 | | | | | | |
| 3 | Triple B | Custom Trailer | 1986 | Good / 10 Years | $3,000 | | CommercialTruck paper.com and steelworx custom manufacturing |
| | | Description / Specifications / Options: 5' Enclosed, Setup For Draft Beer, Refrigerated, Co2 storage, Vin: 6701 | | | | | | |
| 4 | Hesse | 16 Bay Trailer | 1990 | Good / 10 Years | $6,000 | | Beverage Body and Trailers, abcotruck.com, avr 3K to 12K depending on age |
| | | Description / Specifications / Options: 16 Bay, Vin: 1H9RA1215LK008449 | | | | | | |
| 5 | International | 4000 | 1990 | Good / 10 Years | $4,000 | | Beverage Body and Trailers, abcotruck.com, avr 3K to 12K depending on age |
| | | Description / Specifications / Options: Model 4000, Bay Trailer | | | | | | |
| 6 | Hesse | 16 Bay Trailer | 1994 | Good / 10 Years | $5,000 | | Beverage Body and Trailers, abcotruck.com, avr 3K to 12K depending on age |
| | | Description / Specifications / Options: 16 Bay Trailer, Vin: 1H9RA1213RK008832 | | | | | | |
| 7 | Hesse | 16 Bay Trailer | 1995 | Good / 10 Years | $5,000 | | Beverage Body and Trailers, abcotruck.com, avr 3K to 12K depending on age |
| | | Description / Specifications / Options: 16 Bay Trailer, Vin: 1H9RA1214SK008926 | | | | | | |
| 8 | Hesse | 16 Bay Trailer | 1997 | Good / 10 Years | $5,000 | | Beverage Body and Trailers, abcotruck.com, avr 3K to 12K depending on age |
| | | Description / Specifications / Options: 16 Bay Trailer, Vin: 1H9RA1216VK287133 | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 9 | International | Tractor 8100 | 1998 | Good / 10 Years | $12,400 | | CommercialTruckTrader & Trucker.com avr at 10K - 15K |
| Description / Specifications / Options: 143,770 Miles, Vin: 1HSSDAAN0WN504241 | | | | | | | |
| 10 | International | Tractor 8100 | 1999 | Good / 10 Years | $12,000 | | CommercialTruckTrader & Trucker.com avr at 10K - 15K |
| Description / Specifications / Options: 175,370 Miles, 1HSHBADN5XH205678 | | | | | | | |
| 11 | Hesse | 20 Bay Trailer | 2000 | Good / 10 Years | $15,000 | | Beverage Body and Trailers, abcotruck.com, avr 10K to 18K depending on age |
| Description / Specifications / Options: 20 Bay Trailer, Vin: 1H9RA1326YK287506 | | | | | | | |
| 12 | Great Dane | 40' Trailer | 2000 | Good / 10 Years | $8,500 | | Truckpaper.com avr at 8K - 9K |
| Description / Specifications / Options: Vin: 1H9RA1326YK287506 | | | | | | | |
| 13 | Great Dane | 40' Trailer | 2000 | Good / 10 Years | $8,500 | | Truckpaper.com avr at 8K - 9K |
| Description / Specifications / Options: Vin: 1GRAA0625YB059612 | | | | | | | |
| 14 | International | 8000 | 2001 | Good / 10 Years | $13,500 | | CommercialTruckTrader & Trucker.com avr at 10K - 16K |
| Description / Specifications / Options: 221,022 Miles, Vin: 1HSHBADN31H378445 | | | | | | | |
| 15 | Waymatic | Custom Trailer | 2002 | Good / 10 Years | $7,500 | | CommercialTruck paper.com and steelworx custom manufacturing |
| Description / Specifications / Options: 22', Tandem Axle, Draft on Both Sides, Co2, Refrigerated | | | | | | | |
| 16 | Freightliner | M2106 | 2004 | Good / 10 Years | $21,500 | | CommercialTruckTrader & Trucker.com avr at 19K - 22K |
| Description / Specifications / Options: 77,986 Miles, Vin: 1FUBCXCS34HN20862 | | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 17 | Freightliner | Tractor | 2005 | Good / 10 Years | $19,500 | | CommercialTruckTrader & Trucker.com avr at 19K - 22K |
| Description / Specifications / Options: Miles N/A, Vin: 1FUBCXC545HU6113 | | | | | | | |
| 18 | GMC | Savanna Van | 2005 | Good / 10 Years | $8,000 | | Autotrader.com with verify by Edmunds.com avr at 8K - 9K |
| Description / Specifications / Options: 190,936 Miles, Vin: 1GTGG25U351183770 | | | | | | | |
| 19 | Triple B | Custom Trailer | 2005 | Good / 10 Years | $5,500 | | CommercialTruck paper.com and steelworx custom manufacturing |
| Description / Specifications / Options: 12', Tandem Axle, Draft on 2 sides, Co2, Refrigerated | | | | | | | |
| 20 | Mickey | 18 Bay Trailer | 2005 | Good / 10 Years | $9,000 | | Beverage Body and Trailers, abcotruck.com, avr 5K to 12K depending on age |
| Description / Specifications / Options: 18 Bay Trailer, VIN: 5CWRA38135H057059 | | | | | | | |
| 21 | International | Box Truck 4300 | 2005 | Good / 10 Years | $17,500 | | CommercialTruckTrader & Trucker.com avr at 15K - 19K |
| Description / Specifications / Options: 26' Box Truck, Miles N/A, Vin:1HTMPAFM05H158573 | | | | | | | |
| 22 | Chevrolet | Express G3500 | 2005 | Good / 10 Years | $15,000 | | CommercialTruckTrader & Trucker.com avr at 12K - 15K |
| Description / Specifications / Options: Miles N/A, Vin: 1GBJG31U351121226 | | | | | | | |
| 23 | Freightliner | M2106 | 2006 | Good / 10 Years | $20,900 | | CommercialTruckTrader & Trucker.com avr at 19K - 22K |
| Description / Specifications / Options: 139,728 Miles, Vin: 1FUBCXDJ56HW25508 | | | | | | | |
| 24 | Freightliner | Tractor M2106 | 2006 | Good / 10 Years | $22,000 | | CommercialTruckTrader & Trucker.com avr at 19K - 22K |
| Description / Specifications / Options: 37,327 Miles, Vin: 1FUBCXS16HV70386 | | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 25 | International/ Ford | Citystar CF500 Box Truck | 2006 | Good / 10 Years | $14,500 | | CommercialTruckTrader & Trucker.com avr at 13K - 16K |
| Description / Specifications / Options: Labeled as Ford, Built by International, 18' Box, Miles N/A, Vin: 1HTMPAFM05H158573 | | | | | | | |
| 26 | GMC | Savanna Van | 2007 | Good / 10 Years | $9,500 | | Autotrader.com with verify by Edmunds avr at 9K - 10K |
| Description / Specifications / Options: 76,018 Miles, Vin: 1GTHG35UX71172116 | | | | | | | |
| 27 | Pontiac | Grand Prix | 2008 | Good / 10 Years | $7,000 | | Ebay.com with Verify from Kelly Blue Book avr 6K - 9K |
| Description / Specifications / Options: Miles N/A, 2G2WP552881111543 (No Keys) | | | | | | | |
| 28 | Chevrolet | HHR | 2008 | Good / 10 Years | $6,500 | | Ebay.com with Verify from Kelly Blue Book avr 6K - 10K |
| Description / Specifications / Options: 108,255 Miles, Vin: 3GCDA85D28S610673 | | | | | | | |
| 29 | Chevrolet | HHR | 2008 | Good / 10 Years | $7,000 | | Ebay.com with Verify from Kelly Blue Book avr 6K - 10K |
| Description / Specifications / Options: 85,983 Miles, Vin: 3GCDA15D48S524353 | | | | | | | |
| 30 | Chevrolet | HHR | 2008 | Good / 10 Years | $7,000 | | Ebay.com with Verify from Kelly Blue Book avr 6K - 10K |
| Description / Specifications / Options: 63,033 Miles, Vin: 3GCDA85D08S589922 | | | | | | | |
| 31 | Chevrolet | HHR | 2008 | Good / 10 Years | $7,000 | | Ebay.com with Verify from Kelly Blue Book avr 6K - 10K |
| Description / Specifications / Options: 87,656 Miles, Vin: 3GCCA85D78S702700 | | | | | | | |
| 32 | Haulmark | V-Nose 14' Tandem Enclosed | 2008 | Good / 10 Years | $2,500 | | Vnosetrailer.com avr at 2K - 2500 |
| Description / Specifications / Options: V-Nose 14' Tandem Enclosed, Vin: 16HPB14248H168478 | | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 33 | Chevrolet | G3500 | 2008 | Good / 10 Years | $19,500 | | CommercialTruckTrader & Trucker.com avr at 19K - 22K |
| Description / Specifications / Options: Miles N/A, Vin:1GBJG31K581175887 | | | | | | | |
| 34 | GMC | Yukon XL1500 | 2009 | Good / 10 Years | $19,500 | | Ebay.com with Verify from Kelly Blue Book avr 18K - 22K |
| Description / Specifications / Options: Miles N/A, Vin: 1GKFK36319R299518 (No Keys) | | | | | | | |
| 35 | Chevrolet | HHR | 2009 | Good / 10 Years | $8,000 | | Ebay.com with Verify from Kelly Blue Book avr 7K - 12K |
| Description / Specifications / Options: 100,162 Miles, Vin: 3GCCA85B998546837 | | | | | | | |
| 36 | Chevrolet | Malibu | 2010 | Good / 10 Years | $11,500 | | Ebay.com with Verify from Kelly Blue Book avr 9K - 13K |
| Description / Specifications / Options: Miles N/A, Vin: 1G1ZB5EB6A4108621 (No Keys) | | | | | | | |
| 37 | Ford | E350 HiCube | 2010 | Good / 10 Years | $12,500 | | Possible Disposal - CommercialTruckTrader & Trucker.com avr at 12K - 15K |
| Description / Specifications / Options: Miles N/A, Vin: 1FDWE3FL5ADA33547 | | | | | | | |
| 38 | GMC | Truck? | 2010 | Good / 10 Years | $0 | | This Vin shows as a 2001 GMC - Incomplete data |
| Description / Specifications / Options: Miles N/A, Vin: 1GD6GSBGA1902684 | | | | | | | |
| 39 | GMC | 2500 HD | 2011 | Good / 10 Years | $25,000 | | Ebay.com with Verify from Kelly Blue Book avr 25K |
| Description / Specifications / Options: 48,041 Miles, 8' Bed, Single Cab, Vin: 1GT02ZCG2BF105632 | | | | | | | |
| 40 | Isuzu | Box Truck NPR | 2011 | Good / 10 Years | $34,000 | | CommercialTruckTrader & Trucker.com avr at 28K - 38K |
| Description / Specifications / Options: Miles N/A, 23' Box, Vin: JALB4W170D7400340 (No Keys) | | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 41 | Ford | Transit Connect | 2011 | Good / 10 Years | $15,500 | | CommercialTruckTrader & Trucker.com avr at 14K - 16K |
| | Description / Specifications / Options: 23,753 Miles, Vin: NM0L56BN7BT055997 | | | | | | |
| 42 | Removed Buick | Enclave | 2011 | | $0 | | Removed From List |
| | | | | | | | |
| 43 | Mitsubishi | Fuso FE160 | 2012 | Good / 10 Years | $34,000 | | CommercialTruckTrader & carsforsale.com avr at 32K - 35K |
| | Description / Specifications / Options: Miles N/A, 23' Box, Vin: JL6BNG1A7CK002712 | | | | | | |
| 44 | Mitsubishi | Fuso FE125 | 2012 | Good / 10 Years | $32,000 | | CommercialTruckTrader & carsforsale.com avr at 32K - 35K |
| | Description / Specifications / Options: Miles N/A, 23' Box, Vin: JL6AMG1A6CK003185 (No Keys) | | | | | | |
| 45 | Mitsubishi | Fuso FE180 | 2012 | Good / 10 Years | $35,000 | | CommercialTruckTrader & carsforsale.com avr at 32K - 35K |
| | Description / Specifications / Options: 36,658 Miles, 23' Box, Vin: JL6CRK1A4CK004591 | | | | | | |
| 46 | Freightliner | Tractor | 2012 | Very Good / 10 Years | $56,000 | | CommercialTruckTrader & carsforsale.com avr at 48K - 59K |
| | Description / Specifications / Options: 35,262 Miles, Dual Axle, Vin: 1FUJC5DV7CHBR6776 | | | | | | |
| 47 | Strick | 53' x 102 Air Ride Trailer | 2012 | Very Good / 10 Years | $24,000 | | CommercialTruckTrader & Truckpaper.com avr at 20K - 24K |
| | Description / Specifications / Options: New, 53', Vin: 1S12E9537DE526596 | | | | | | |
| 48 | Chevrolet | Cargo Van | 2012 | Good / 10 Years | $12,500 | | Ebay.com with Verify from Kelly Blue Book avr 11K - 13K |
| | Description / Specifications / Options: 39,278 Miles, Vin: 1GCWGFBG0C1117661 | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 49 | Mitsubishi | Fuso FE180 | 2013 | Good / 10 Years | $40,000 | | CommercialTruckTrader & carsforsale.com avr at 35K - 40K |
| Description / Specifications / Options: 5,992 Miles, 23' Box, Vin: JL6BNK1A2CK009053 | | | | | | | |
| 50 | Chevrolet | Malibu LS | 2012 | Good / 10 Years | $13,500 | | Ebay.com with Verify from Kelly Blue Book avr 13K - 14K |
| Description / Specifications / Options: Miles N/A, Vin: 1G1ZB5E05CF331674 (No Keys) | | | | | | | |
| 51 | Chevrolet | Express Van | 2012 | Good / 10 Years | $22,000 | | CommercialTruckTrader & carsforsale.com avr at 19K - 22K |
| Description / Specifications / Options: 33,630 Miles, 18' Box, Vin: 1GB3G4CG2C1138277 | | | | | | | |
| 52 | GMC | Acadia Denali | 2012 | Good / 10 Years | $37,000 | | Cargurus.com with Verify from Kelly Blue Book avr 36K - 39K |
| Description / Specifications / Options: Miles N/A, Denali Package, Vin: 1GKKRTED1CJ283782 (No Keys) | | | | | | | |
| 53 | International | Durastar Tractor | 2013 | Good / 10 Years | $69,000 | | CommercialTruckTrader & Truckpaper.com avr at 67K - 72K |
| Description / Specifications / Options: 28,864 Miles, Vin: 1HSMTAZN5DH161651 | | | | | | | |
| 54 | Baler | Series 40 (qty 2) | NA | Good / 10 Years | $5,400 | | Sigmapackaging.com avr at 2500 - 3200 |
| Description / Specifications / Options: Series 40 Plastic / Cardboard Balers | | | | | | | |
| 55 | Fabrique | 10' Trailer | NA | Good / 10 Years | $1,100 | | Trailers and More, Tractor Supply avr New at 1400 avr used at 900 - 1100 |
| Description / Specifications / Options: Single Axle, Vin: 4YMUL1012AM027182, Custom sides | | | | | | | |
| 56 | VS | Cooler/Freezer | 2009 | Good / 10 Years | $2,500 | | Based on Cost Approach Used Value |
| Description / Specifications / Options: 34x20x10 | | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 57 | Hyster | Model E25XM Forklift (qty 5) | 2000 - 2005 | Good / 10 Years | $12,500 | | Machinerytrader.com Avr value 2,500 - 3500 |
| | Description / Specifications / Options: Misc Condition, Electric with Charging Station, Vin: N/A, 1 missing battery | | | | | | |
| 58 | Tennant | M20 Scrubber | NA | Good / 10 Years | $22,000 | | Southeastern Equipment Supply, New at 48,500, Reconditioned at 32,900, Avr used 22K |
| | Description / Specifications / Options: Ride on Floor Scrubber, Vin: N/A | | | | | | |
| 59 | Hyster | B-60AC Lift | NA | Good / 10 Years | $2,500 | | Machinerytrader.com Avr value 2,500 |
| | Description / Specifications / Options: Rider / Walkie Forklift, Vin: N/A | | | | | | |
| 60 | Lantech | Q300Xt Pallet Wrapper | NA | Good / 10 Years | $1,500 | | Sigmapackaging.com avr 1500 - 2500 |
| | Description / Specifications / Options: Pallet Wrapper | | | | | | |
| 61 | JLG | 2032EZ Manlift | NA | Good / 10 Years | $7,900 | | Machinerytrader.com many at $7900 |
| | Description / Specifications / Options: Manlift, Vin: N/A | | | | | | |
| 62 | Cat | EC18KL Forklift | 2003 | Good / 10 Years | $10,500 | | Catused.cat.com avr value is 10K - 11K |
| | Description / Specifications / Options: Electric Forklift, Vin: N/A | | | | | | |
| 63 | Cooler | Walk-in Cooler | NA | Good / 10 Years | $3,500 | | Based on Cost Approach Used Value |
| | Description / Specifications / Options: 40'x32'x15' High | | | | | | |
| 64 | No Item | | | | | | |

| Type / # | Make | Model | Year | Condition/ Useful Life in Years | Fair Market Value | Photo | Cost of Purchase / Research Notes |
|---|---|---|---|---|---|---|---|
| 65 | MISC Lawn Equipment | Misc | 2008 - 2011 | Good / 10 Years | $1,800 | | Yakaz.com 1500 - 2000 |
| Description / Specifications / Options: DLT3000 Riding Mower, Push Mower, Weed Eaters, Etc | | | | | | | |
| 66 | Troybuilt | Zero Turn XP 25 Hp | 2008 - 2011 | Good / 10 Years | $1,500 | | New at 3100, Used at 1500 |
| Description / Specifications / Options: XP 25 Hp, Vin: N/A | | | | | | | |
| 67 | Kyocera | TaskAlfa 4550Ci | 2008 - 2011 | Good / 10 Years | $4,500 | | CDW and amatteroffax.com aver new at 8000 - 10000 used at 4400 to 5500 |
| Description / Specifications / Options: Digital Copier | | | | | | | |
| 68 | Honeywell Dolphin | 9900 (qty 10) | 2008 - 2011 | Good / 10 Years | $2,000 | | Itplanet.com New at 1600 used at 200 |
| Description / Specifications / Options: Portable Data Terminal, Charging Bases | | | | | | | |
| 69 | Intermec | CN70E (qty 4) | 2008 - 2011 | Good / 10 Years | $2,000 | | Itplanet.com New at 2600 used at 500 |
| Description / Specifications / Options: Portable Data Terminal, Charging Bases | | | | | | | |

\* This estimate assumes all items receive periodic maintenance according to instructions of original manufacturing companies (or their successors) and by use of replacement components (new, used, remanufactured, or reverse-engineered) available either from those companies or from alternative suppliers in the aftermarket.

| Estimated Fair Market Value Totals: | $924,000 |
|---|---|

## Shop Support and Ancillary Items

In addition to the capital equipment of the previous section, there also exist a number of shop and ancillary items, which are of supporting nature. They are included at the request of the client as they do have value.   These items are valued using industry depreciation standards, historical metrics, prudence, and experience (Cost Less Depreciation Approach). Items such as the subject are typically valued in bulk and include but are not limited to:

Inspection Tools

Shelving

Racks

Carts

Tooling

Small Hand Tools

Small Grinders

Small Drills

Welders

Cleaning Equipment

Lockers

Miscellaneous Shop Items

Rounded Est. Fair Market Value: $16,900

## Furniture, Fixtures and Equipment

In addition to the items of the previous sections, there also exist a number of items of furniture, fixtures and equipment nature.   They are included at the request of the client as they do have value.   These items are valued using industry depreciation standards, historical metrics, prudence, and experience (Cost Less Depreciation Approach). Items such as the subject are typically valued in bulk and include but are not limited to:

Desks

File Cabinets

Credenzas

Chairs

Conference Tables/Chairs

Dividers

Lamps

Tables

Bookcases

Miscellaneous Office Furnishings

Rounded Est. Fair Market Value: $16,000

**Electronic Support Items**

In addition to the items of the previous sections, there also exist a number of items of electronic nature.   They are included at the request of the client as they do have value.   These items are valued using industry depreciation standards, historical metrics, prudence, and experience (Cost Less Depreciation Approach). Items such as the subject are typically valued in bulk and include but are not limited to:

Computers

Software

Printers

Copiers

Fax Machines

Telephone System

Calculators

Miscellaneous Electronic Items

Rounded Est. Fair Market Value: $11,200

## Final Value Summary and Reconciliation

Based on the information supplied to the appraiser, using due diligence and discussions with individuals who sell new and used similar equipment, the appraiser has used a combination of the Cost Less Depreciation Approach and the Market Data Approach for each capital equipment item with a primary emphasis on the Market Data Approach when possible. If good, reliable, market data did not exist or was unclear, the Cost Approach was implemented. All data used has been retained in the appraiser's work file as required in a summary report.

For item numbers: 1
the Cost Less Depreciation Approach was considered. However, the Market Data Approach was weighted as being more appropriate in establishing value as significant comparable data was available

For item numbers: None
the Market Data Approach was considered. However, the Cost Less Depreciation Approach was weighted as being more appropriate in establishing value as significant data was unavailable or unverifiable.

For item numbers: None
the Cost Less Depreciation and the Market Data Approaches were considered. However, the Income Approach was weighted as being more appropriate in establishing value as income and expense records could be studied.

The total estimated Rounded Fair Market Value (FMV) for the subject items is as follows:

|  | | FMV |
|---|---|---|
| Capital Equipment Items | $ | 924,000 |
| Shop Support and Ancillary Items | $ | 16,900 |
| Furniture, Fixtures and Equipment Items | $ | 16,000 |
| Electronic Support Items | $ | 11,200 |
| Rounded Total: | $ | 968,100 |

B6D (Official Form 6D) (12/07)

In re    Earl Gaudio & Son, Inc. _____,    Case No. ____13-90942____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0354 | | | 2009 GMC Yukon XL1500 VIN # 1GKFK36319R299518 Dennis Gaudio Company Vehicle | | | | | |
| Ally Payment Processing Center PO Box 9001952 Louisville, KY 40290 | | - | | | | | | |
| | | | Value $          19,500.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxx7796 | | | 2012 GMC Acadia Denali VIN # 1GKKRTED1CJ283782 Eric Gaudio's Company Vehicle | | | | | |
| Ally Payment Processing Center PO Box 9001952 Louisville, KY 40290 | | - | | | | | | |
| | | | Value $          37,000.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxxx3806 | | | 8/31/11 2011 GMC Sierra VIN # 3GTP2VE34BG275950 | | | | | |
| Chase Auto Loan PO Box 901098 Fort Worth, TX 76101 | | - | | | | | | |
| | | | Value $          18,881.00 | | | | 21,727.70 | 2,846.70 |
| Account No. | | | 2/24/12 2013 International Durastar Truck Vin # 1HSMTAZN5DH161651 | | | | | |
| GE Capital PO Box 536447 Atlanta, GA 30353 | | - | | | | | | |
| | | | Value $          69,000.00 | | | | 68,806.80 | 0.00 |

___3___  continuation sheets attached

| | Subtotal (Total of this page) | 90,534.50 | 2,846.70 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                      ,        Case No.      13-90942
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Tax liens filed on 7/9/12, 9/19/12, 9/30/12, 1/10/13 and 6/27/13 Acct No.'s: 0561, 0595, 0544, 5843, 712 | | | | | |
| Illinois Department of Revenue Lien Unit P.O. Box 19035 Springfield, IL 62794-9035 | - | | | | | | | | | |
| | | | | | Value $                0.00 | | | | Unknown | Unknown |
| Account No. xx-xxx5843 | | | | | Unpaid Federal Taxes Tax Liens filed on 6/17/09, 11/3/11, 8/13/12, 2/28/13, 4/29/13, and 6/24/13 | | | | | |
| Internal Revenue Service P.O. Box 804521 Cincinnati, OH 45280-4521 | - | | | | | | | | | |
| | | | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. xxxx9235 | | | | | 10/14/11 21 Vehicles (see exhibit attached to Schedule B) | | | | | |
| Iroquois Federal Savings & Loan 619 Gilbert St. Danville, IL 61832 | - | | | | | | | | | |
| | | | | | Value $         229,300.00 | | | | 300,650.00 | 71,350.00 |
| Account No. LNxx3530 | | | | | 8/27/11 2011 Isuzu NPR VIN # JALB4W170B7400340 | | | | | |
| Isuzu Finance of America 23906 Network Place Chicago, IL 60673 | | | | | | | | | | |
| | | | | | Value $          34,000.00 | | | | 24,894.33 | 0.00 |
| Account No. xxx-xxxx155-00 | | | | | 11/30/11 2012 Fuso FE125 Vin # JL6AMG1A6CK003185 | | | | | |
| Mercedes Benz Financial Diamler Truck Payment Processing PO Box 5260 Carol Stream, IL 60197 | - | | | | | | | | | |
| | | | | | Value $          32,000.00 | | | | 31,259.81 | 0.00 |

Sheet  1   of  3   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 356,804.14 | 71,350.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   Earl Gaudio & Son, Inc.                                    ,     Case No.    13-90942
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xxxx115-000 <br><br> Mercedes Benz Financial Diamler Truck Payment Processing PO Box 5260 Carol Stream, IL 60197 | | - | 2012 Fuso FE160 VIN # JL6BNG1A7CK002712 <br><br><br> Value $        34,000.00 | | | | 36,394.33 | 2,394.33 |
| Account No. xxx-xxx067-000 <br><br> Mercedes Benz Financial Diamler Truck Payment Processing PO Box 5260 Carol Stream, IL 60197 | | - | 2/11/12 <br><br> 2012 Fuso FE180 VIN # JL6CRK1A4CK004591 <br><br> Value $        35,000.00 | | | | 39,363.48 | 4,363.48 |
| Account No. xxx-xxxx154-000 <br><br> Mercedes Benz Financial Diamler Truck Payment Processing PO Box 5260 Carol Stream, IL 60197 | | - | 3/22/12 <br><br> 2012 Fuso FE160 VIN # JL6BNK1A2CK009053 <br><br> Value $        40,000.00 | | | | 37,710.48 | 0.00 |
| Account No. <br><br> Paul Offut c/o Gilbert Saikley 208 W. North Street Danville, IL 61834 | | - | 7/31/12 <br><br> Alleged business loan <br><br> Value $        Unknown | | | X | 405,000.00 | Unknown |
| Account No. <br><br> Regions Commercial Loan Payments PO Box 11407 Birmingham, AL 35246 | X | - | 5/16/11, 7/20/11 <br><br> 1803 Georgetown Road, Tilton, IL Approximately 69,000 SF Pin #23-20-100-002 <br><br> Value $     3,000,000.00 | | | | 5,075,000.00 | 2,075,000.00 |

Sheet  2    of  3    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        5,593,468.29        2,081,757.81

B6D (Official Form 6D) (12/07) - Cont.

In re __Earl Gaudio & Son, Inc._____,   Case No. ____13-90942_____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx86-700 | | | 12/22/11 | | | | | |
| Wells Fargo Equipment Finance, Inc. 733 Marquette Ave Suite 700 Minneapolis, MN 55402 | - | | 2012 Freightliner Truck VIN No. 1FUJC5DV7CHBR6776 | | | | | |
| | | | Value $          5,600.00 | | | | 82,504.02 | 76,904.02 |
| Account No. 5463 | | | 2/28/13 | | | | | |
| World Business Lenders, LLC 120 W. 45th St. 29th Floor New York, NY 10036 | X - | | 1803 Georgetown Road, Tilton, IL Approximately 69,000 SF Pin #23-20-100-002 | | | | | |
| | | | Value $      3,000,000.00 | | | | 335,768.01 | 335,768.01 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __3___ of __3___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 418,272.03 | 412,672.03 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,459,078.96 | 2,568,626.54 |

B6E (Official Form 6E) (4/13)

.

In re    Earl Gaudio & Son, Inc.                            ,    Case No.    13-90942
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____5____   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Earl Gaudio & Son, Inc.                                  ,          Case No. _____13-90942_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2847 <br><br> Bertram Roeth <br> 111 West Keller Street <br> Bradford, OH 45308 | - | | 7/7/13 <br><br> Employee wages | | | | 1,461.50 | Unknown | Unknown |
| Account No. 4818 <br><br> Brandon Woodley <br> 12858 East 2030 North Road <br> Danville, IL 61834 | - | | 7/7/13 <br><br> Employee wages | | | | 514.50 | Unknown | Unknown |
| Account No. 2168 <br><br> Charles Unkraut <br> 1415 Lincoln Ave <br> Tilton, IL 61833 | - | | 7/7/13 <br><br> Employee wages | | | | 1,508.90 | Unknown | Unknown |
| Account No. 9268 <br><br> Gary Holben <br> 1505 West Clark Street <br> Champaign, IL 61821 | - | | 7/7/13 <br><br> Employee wages | | | | 732.91 | Unknown | Unknown |
| Account No. <br><br> Gary R. Jolly <br> 13660 Grape Creek Rd <br> Danville, IL 61834 | - | | 5/26/13 - 6/8/13 <br><br> Unpaid wages | | | | 1,159.30 | 1,159.30 | 0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 1,159.30 |
|---|---|---|
| | (Total of this page) | 5,377.11 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Earl Gaudio & Son, Inc.                                                    Case No.    13-90942
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 7453 | | | 7/7/13 | | | | | |
| Huston Hall 911 Moonlight Court Mooresville, IN 46158 | - | | Employee wages | | | | 2,596.16 | Unknown / Unknown |
| Account No. 1202 | | | 7/7/13 | | | | | |
| Jamie Foster 12715 North Chestnut Street Eaton, IN 47338 | - | | Employee wages | | | | 963.47 | Unknown / Unknown |
| Account No. 6726 | | | 7/7/13 | | | | | |
| Jerry Miller 161 State Route 121 North New Paris, OH 45347 | - | | Employee wages | | | | 1,924.27 | Unknown / Unknown |
| Account No. 6914 | | | 7/7/13 | | | | | |
| John Rosich 7025 Village Oaks Drive Avon, IN 46123 | - | | Employee wages | | | | 6,153.84 | Unknown / Unknown |
| Account No. 9805 | | | 7/7/13 | | | | | |
| Michael Adams 911 Country Lane Le Roy, IL 61752 | - | | Employee wages | | | | 1,369.79 | Unknown / Unknown |

Sheet  2  of  5   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                          0.00
(Total of this page)   13,007.53          0.00

B6E (Official Form 6E) (4/13) - Cont.

In re     Earl Gaudio & Son, Inc.                                                                    Case No. _____13-90942_____
                                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3626<br><br>Michael Hines<br>1355 Mardell Drive #1<br>Greenville, OH 45331 | | - | 7/7/13<br><br>Employee wages | | | | 1,745.81 | Unknown | Unknown |
| Account No. 7775<br><br>Michael McGrady<br>1807 Whittier Drive<br>Anderson, IN 46011 | | - | 7/7/13<br><br>Employee wages | | | | 1,610.27 | Unknown | Unknown |
| Account No. 4829<br><br>Nicholas Jankowski<br>1002 Hartwell Drive<br>Apt 4<br>Savoy, IL 61874 | | - | 7/7/13<br><br>Employee wages | | | | 1,420.60 | Unknown | Unknown |
| Account No. 0638<br><br>Richard Gardner<br>657 US 52 East<br>Rushville, IN 46173 | | - | 7/7/13<br><br>Employee wages | | | | 1,397.70 | 0.00 | 1,397.70 |
| Account No. 6227<br><br>Richard Hershberger<br>6209 East 850 South<br>Peru, IN 46970 | | - | 7/7/13<br><br>Employee wages | | | | 1,938.67 | Unknown | Unknown |

Sheet __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  |  8,113.05  |  0.00 / 1,397.70

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re     Earl Gaudio & Son, Inc.                                    Case No.    13-90942
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 5564  Ronald Mapel 1005 West Marsh Street Muncie, IN 47303 | - | | 7/7/13  Employee wages | | | | 1,417.55 | | Unknown  Unknown |
| Account No. 5026  Thomas Jackson 600 South Martin Street Atlanta, IL 61723 | - | | 7/7/13  Employee wages | | | | 800.72 | | Unknown  Unknown |
| Account No. 2899  Todd Reigelsperger 205 West North Street Arcanum, OH 45304 | - | | 7/7/13  Employee wages | | | | 1,963.97 | | Unknown  Unknown |
| Account No.  Zechariah Connelly 121 Dolak Westville, IL 61883 | - | | 7/14/13  Employee wages | | | | 520.00 | 0.00 | 520.00 |
| Account No. | | | | | | | | | |

Sheet _4_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,702.24 | 520.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Earl Gaudio & Son, Inc.                                                    , Case No.    13-90942
_____        _____
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Illinois Department of Revenue<br>100 West Randolph St.<br>Chicago, IL 60601 | - | | Unpaid Liquor Gallon Tax Payments December, 2001 - April, 2013 | | | | 521,884.86 | Unknown | Unknown |
| Account No.<br><br>Vermilion County Collector<br>PO Box 730<br>Danville, IL 61834 | - | | Unpaid real estate taxes due for calendar year 2012 | | | | 152,633.72 | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet  5    of  5    continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 0.00 |
| | | 674,518.58 |
| | Total<br>(Report on Summary of Schedules) | 1,159.30 |
| | | 705,718.51 |

Amount entitled to priority column:
Subtotal: 0.00
Total: 1,917.70

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re __Earl Gaudio & Son, Inc._____,      Case No. ___13-90942_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>1803 LLC<br>10846 Forest Lake Court<br>Indianapolis, IN 46278 | - | | 5/18/12<br>Monthly rent for 1608 Georgetown Road | | | X | Unknown |
| Account No.<br><br>ADP<br>1 ADP Blvd<br>MS 325<br>Roseland, NJ 07068 | - | | 7/7/13<br>Unpaid payroll and fees related to discontinued division of debtor | | | | 29,833.83 |
| Account No.<br><br>Advanced Corp Agent Services<br>100 N LaSalle<br>Suite 500<br>Chicago, IL 60602 | - | | 7/15/13<br>Unpaid fees for litigation and judgment investigation | | | | 160.00 |
| Account No.<br><br>Alarmax, Inc.<br>3424 N. SR 63<br>Payment Ctr<br>Cayuga, IN 47928 | - | | 7/1/13<br>Alarm services | | | | 90.00 |

__20__ continuation sheets attached

Subtotal (Total of this page)     30,083.83

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc. _____,    Case No. ____13-90942____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x-xxxx-xxx2548<br><br>Allied Waste Services<br>PO Box 985<br>Danville, IL 61834 | - | | Unpaid waste removal services | | | | 147.75 |
| Account No. multiple<br><br>Ameren Illinois<br>PO Box 66893<br>Saint Louis, MO 63166 | - | | Electric & Gas Services for<br>1803 Georgetown Road<br>1717 W. Kirby Ave, Champaign, IL,<br>2330 N. Vermilion St, Danville, IL, and<br>1610 Georgetown Road | | | | 2,415.29 |
| Account No.<br><br>Anheuser-Busch<br>1 Busch Place<br>Saint Louis, MO 63118 | - | | Unpaid amounts due under Distributorship Agreement | | | | 235,091.55 |
| Account No.<br><br>Aqua Illinois<br>762 W Lancaster Ave<br>Bryn Mawr, PA 19010 | - | | Various Accounts<br>Water & Sewage Services | | | | 845.85 |
| Account No.<br><br>Arizona Beverages USA LLC<br>24877 Network Place<br>Chicago, IL 60673 | - | | 2/20/13<br>Unpaid inventory | | | | 13,305.20 |

Sheet no. __1__ of _20_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      251,805.64

B6F (Official Form 6F) (12/07) - Cont.

In re   Earl Gaudio & Son, Inc. _____,    Case No. _____13-90942_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/25/13 Office supplies | | | | |
| Arnold's Office Supply, Inc. PO Box 1486 Danville, IL 61834 | - | | | | | | | 1,461.60 |
| Account No. | | | | 6/25/13, 7/25/13` Unpaid computer lease payments | | | | |
| Ascentium Capital PO Box 301593 Dallas, TX 75303 | - | | | | | | | 1,028.34 |
| Account No. | | | | 6/26/13 Greeting card inventory (UPS Stores) | | | | |
| Avanti Press Department #210401 PO Box 67000 Detroit, MI 48267 | - | | | | | | | 102.26 |
| Account No. | | | | 6/13/13, 7/19/13 Unpaid computer support services | | | | |
| Avnet Technology Solutions 8700 S Price Rd Tempe, AZ 85284 | - | | | | | | | 416.57 |
| Account No. | | | | 7/6/13, 8/5/13 Unpaid consulting services | | | | |
| Benefits Planning Consultants, Inc. 2110 Clearlake Blvd Suite 200 PO Box 7500 Champaign, IL 61826 | - | | | | | | | 100.41 |

Sheet no. __2___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,109.18

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc. _____ ,    Case No. ___13-90942___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Big R Stores<br>1625 S Georgetown Rd<br>Tilton, IL 61833 | | - | | | 6/30/13<br>Unpaid invoices | | | | 85.33 |
| Account No.<br><br>Business Center of Decatur<br>2121 S. Imboden Court<br>Decatur, IL 62521 | | - | | | 7/9/13<br>Chips inventory storage | | | | 256.59 |
| Account No.<br><br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130 | | - | | | 5/17/13<br>Credit card charges | | | | 4,216.97 |
| Account No.<br><br>Carle Physican Group<br>PO Box 6002<br>Urbana, IL 61803 | | - | | | 6/19/13<br>Unpaid medical fees for driver DOT physical | | | | 67.00 |
| Account No.<br><br>Carnaghi Towing and Repair<br>2000 Georgetown Rd<br>Tilton, IL 61833 | | - | | | 10/5/13 - 7/3/13<br>Equipment repair & maintenance | | | | 15,556.70 |

Sheet no. _3_ of _20_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       20,182.59

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                         ,     Case No.    13-90942
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8357 <br><br> Chase <br> PO Box 15153 <br> Wilmington, DE 19886 | - | | Credit card | | | | 700.00 |
| Account No. <br><br> CL-One Accounts <br> Address Unknown | - | | 9/20/12, 5/15/13 <br> Unpaid inventory energy drinks | | | | 21,822.40 |
| Account No. <br><br> Clapper & Clapper Professionals <br> 15 B East Liberty Lane <br> Danville, IL 61832 | - | | 4/30/13 <br> Legal services Earl Gaudio Guardianship | | | | 603.75 |
| Account No. <br><br> Clifton Larson Allen LLP <br> 301 SW Adams <br> Suite 900 <br> Peoria, IL 61656 | - | | 7/30/12 - 7/18/13 <br> Accounting and consulting services | | | | 55,772.16 |
| Account No. multiple <br><br> Comcast <br> PO Box 3005 <br> Southeastern, PA 19398 | - | | 6/24/13 <br> Unpaid internet service fees | | | | 328.39 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal             79,226.70
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                    ,    Case No. _____13-90942_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  multiple<br><br>Constellation 1-7MWZRY<br>14217 Collections Center Drive<br>Chicago, IL 60693 | - | | | 5/29/13 - 7/19/13<br>Electric Services | | | | 2,156.88 |
| Account No.<br><br>Copa Di Vino<br>901 E 2nd St<br>The Dalles, OR 97058 | - | | | 2/15/12<br>Unpaid inventory - wine | | | | 10,459.76 |
| Account No.<br><br>Craft Brew Alliance<br>929 N Russell<br>Portland, OR 97227 | - | | | 6/26/13<br>Unpaid inventory - beer | | | | 45.97 |
| Account No.<br><br>CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | - | | | 6/1/13<br>Unpaid legal fees | | | | 365.00 |
| Account No.<br><br>Danville Chapter of AMBUCS<br>PO Box 266<br>Danville, IL 61834 | - | | | 5/6/13<br>Business membership dues | | | | 109.00 |

Sheet no. __5___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,136.61

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                          ,    Case No. ____13-90942____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/31/13 - 6/30/13 Water usage | | | | |
| Danville Sanitary District PO Box 81 Danville, IL 61834 | - | | | | | | | |
| | | | | | | | | 16.42 |
| Account No. | | | | 5/8/13 Supplies UPS Stores - boxes | | | | |
| DHL Express - USA 16592 Collections Center Dr Chicago, IL 60693 | - | | | | | | | |
| | | | | | | | | 586.85 |
| Account No. | | | | 7/11/13 Annual maintenance, state tag/seal | | | | |
| DI Fire and Safety Equipment PO Box 967 Danville, IL 61834 | - | | | | | | | |
| | | | | | | | | 45.29 |
| Account No. | | | | 6/22/13 Anheuser Busch satellite receiver for warehouse hand held inventory monitors | | | | |
| Direct TV PO Box 60036 Los Angeles, CA 90060 | - | | | | | | | |
| | | | | | | | | 46.99 |
| Account No. | | | | 1/1/13 - 7/8/13 Copier lease payment | | | | |
| DTI Office Solutions PO Box 600 Danville, IL 61834 | - | | | | | | | |
| | | | | | | | | 564.31 |

Sheet no. __6___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    1,259.86

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Earl Gaudio & Son, Inc.                                                    ,        Case No.    13-90942
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 7/2/13 Ohio Chips storage electric bill | | | | |
| Duke Energy PO Box 1326 Charlotte, NC 28201 | - | | | | | | | 11.14 |
| Account No. | | | | 7/11/13 Unsecured Promissory Note | | | | |
| Earl Gaudio 504 Wilkin Rd Danville, IL 61832 | - | | | | | | | 120,000.00 |
| Account No. | | | | 401k delinquent funding | | | | |
| Earl Gaudio & Sons, Inc. Pension Plan PO Box 990067 Hartford, CT 06199 | - | | | | | | | 112,000.00 |
| Account No. | | | | 6/11/13 Service call for telephone system | | | | |
| Edwards Communications PO Box 171 Danville, IL 61834 | - | | | | | | | 70.00 |
| Account No. EIG xxx5312-00 | | | | 6/30/13 Workman's compensation insurance | | | | |
| Employers Preferred Insurance Co. 13890 Bishops Drive Ste 210 Brookfield, WI 53005 | - | | | | | | | 25,031.48 |

Sheet no.  7   of  20   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

257,112.62

B6F (Official Form 6F) (12/07) - Cont.

In re   Earl Gaudio & Son, Inc. _____,    Case No. ___13-90942___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 6/20/13 Collection owed for AT&T services | | | | |
| Enhanced Recovery Co., LLC 8014 Bayberry Rd Jacksonville, FL 32256 | - | | | | | | | 4,922.06 |
| Account No. | | | | 7/1/13 Medical insurance premium | | | | |
| Exec-U-Care PO Box 533204 Charlotte, NC 28290 | - | | | | | | | 125.00 |
| Account No. | | | | 3/12/13 Unpaid inventory | | | | |
| Faygo Beverages - National Beverage Corp 8100 SW Tenth Suite 4000 Fort Lauderdale, FL 33324 | - | | | | | | | 7,480.80 |
| Account No. | | | | Unpaid Custodian fees | | | | |
| First Midwest Bank 24509 West Lockport Street Plainfield, IL 60544 | - | | | | | | | 69,775.00 |
| Account No. | | | | Endicia postage fees #143408 & #163720 | | | | |
| Gary Gaudio 1604 South Division Mahomet, IL 61853 | - | | | | | | | 200.00 |

Sheet no. __8__ of __20__ sheets attached to Schedule of                                    Subtotal           | 82,502.86
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)  |

B6F (Official Form 6F) (12/07) - Cont.

In re   Earl Gaudio & Son, Inc. _____,   Case No. ___13-90942___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Gray Brewing Company<br>2424 West Court St<br>Janesville, WI 53548 | - | | | 5/21/13<br>Inventory | | | | 2,827.32 |
| Account No.<br><br>Great Services, Inc.<br>1117 Spanish Lake Drive<br>Avon, IN 46123 | - | | | 7/18/13<br>Chip inventory | | | | 643.37 |
| Account No.<br><br>Hasler Mailing Systems & Solutions<br>478 Wheelers Farms Rd<br>Milford, CT 06461 | - | | | 1/22/13<br>Mail meter rental | | | | 180.00 |
| Account No.<br><br>Ice Miller LLP<br>2300 Cabot Dr.<br>Suite 455<br>Lisle, IL 60532 | - | | | Unpaid Legal Fees resulting from pre-bankruptcy services to Custodian. | | | | 39,852.34 |
| Account No.<br><br>Illini FS<br>1509 East University Ave<br>Urbana, IL 61802 | - | | | 1/17/13 - 6/30/13<br>Unpaid fuel payable | | | | 53,084.76 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      96,587.79

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc._____ ,    Case No. ___13-90942_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/15/13 Unpaid unemployment charges | | | | |
| Illinois Dept of Employment Security PO Box 3637 Springfield, IL 62708 | - | | | | | | | |
| | | | | | | | | 10,829.96 |
| Account No. | | | | 7/15/11 - 5/22/13 Signs and materials for banners | | | | |
| Jack Ripper & Associates 14708 Keel St Plymouth, MI 48170 | - | | | | | | | |
| | | | | | | | | 4,208.95 |
| Account No. | | | | 6/13 - 7/13 Lawn Care Services | | | | |
| Jim Uplinger Lawn Care 1003 N Daisy Lane Danville, IL 61834 | - | | | | | | | |
| | | | | | | | | 200.00 |
| Account No. | | | | 7/1/13 Cylinder fill | | | | |
| KSB Carbonics, Inc. 139 N Vermilion St Ste 100 Danville, IL 61832 | - | | | | | | | |
| | | | | | | | | 316.00 |
| Account No. | | | | 4/15/2013 - 6/24/2013 Marketing Services | | | | |
| Lamar Companies PO Box 96030 Baton Rouge, LA 70896 | - | | | | | | | |
| | | | | | | | | 8,370.00 |

Sheet no. _10_ of _20_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    23,924.91

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                          ,    Case No. _____13-90942_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Lincoln Financial Group PO Box 7247-0439 Philadelphia, PA 19170 | - | | Life insurance policy on Eric Gaudio | | | | 923.00 |
| Account No.  McClain's, Inc. PO Box 27 Greenville, OH 45331 | - | | 6/21/13 Electric services/utility chips storage unit | | | | 19.29 |
| Account No.  Mike-sell's Potato Chip Co. 333 Leo St Dayton, OH 45404 | | | 7/19/13 Unpaid inventory Promissory Note - 4/30/13 | | | | 226,957.75 |
| Account No.  Monster Shred PO Box 6476 Champaign, IL 61826 | - | | Shredding services | | | | 45.00 |
| Account No.  Neopost USA 1335 Valwood Parkway Ste 111 Carrollton, TX 75006 | - | | 7/18/13 Postage meter rental | | | | 180.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         228,125.04

B6F (Official Form 6F) (12/07) - Cont.

In re  Earl Gaudio & Son, Inc.                                              ,    Case No.    13-90942
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/13/13 Inventory | | | | |
| Nestle Waters NA-Inc PO Box 277015 Atlanta, GA 30384 | | - | | | | | | 5,012.60 |
| Account No. | | | | 6/20/13 Internet Services | | | | |
| Newwave PO Box 988 Sikeston, MO 63801 | | - | | | | | | 110.00 |
| Account No. | | | | 3/1/13 - 5/31/13 Pro-rated tenant common area costs | | | | |
| Old Farm Shopps, Ltd 303 S. Mattis Ave Ste 200 Champaign, IL 61821 | | | | | | | | 763.04 |
| Account No. | | | | 6/4/13, 6/27/13 Rental truck expenses | | | | |
| Penske PO Box 802577 Chicago, IL 60680 | | - | | | | | | 4,150.74 |
| Account No. | | | | 7/5/13 Life insurance policy on Gary Gaudio | | | | |
| Prudential PO Box 856138 Louisville, KY 40285 | | - | | | | | | 300.00 |

Sheet no.  12  of  20  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,336.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                              ,    Case No. _____13-90942_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxx1684<br><br>Quill.com<br>PO Box 37600<br>Philadelphia, PA 19101 | | - | | 6/10/13<br>Office supplies | | | | 65.40 |
| Account No.<br><br>Ricoh USA, Inc.<br>PO Box 802815<br>Chicago, IL 60680 | | - | | 5/16/13, 6/19/13<br>Copy charges and machine leases | | | | 3,342.10 |
| Account No.<br><br>Riverside Manufacturing Company<br>PO Box 535743<br>Atlanta, GA 30353 | | - | | 5/23/13<br>Invoice # 3700 | | | | 71.58 |
| Account No.<br><br>RL Allen Industries, Inc.<br>120 Collinsville Rd<br>Troy, IL 62294 | | - | | Advertising services | | | | 250.00 |
| Account No.<br><br>Rumpke<br>P.O. Box 538708<br>Cincinnati, OH 45253 | | - | | 7/5/13<br>Fuel for chip delivery vehicle | | | | 111.05 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,840.13

B6F (Official Form 6F) (12/07) - Cont.

In re  Earl Gaudio & Son, Inc.                                    ,      Case No.    13-90942
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 7/9/13 Legal fees | | | | |
| Saikley, Garrison, Colombo & Barney, LLC 208 West North St PO Box 6 Danville, IL 61834 | - | | | | | | | 4,200.00 |
| Account No. | | | | 4/3/13, 6/11/13 Office supplies | | | | |
| Schwarz Supply Source PO Box 75886 Chicago, IL 60675 | - | | | | | | | 2,417.57 |
| Account No. | | | | 7/5/13 Pest control services | | | | |
| Service Termite & Pest Control 2411 Perrysville Ave Danville, IL 61834 | | | | | | | | 35.00 |
| Account No. | | | | 7/1/13 - 7/18/13 Prorated July Rent and 2012 taxes for UPS | | | | |
| Shanell, Inc. 301 W. Main Danville, IL 61832 | - | | | | | | | 2,999.49 |
| Account No. | | | | 7/12/13 Inventory | | | | |
| Skeff Distributing Co. 3585 E. L&A Industrial Dr. Decatur, IL 62521 | - | | | | | | | 19,840.92 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,492.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc. _____,    Case No. ___13-90942___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4347 <br><br> SKO Brenner American Collecting <br> PO Box 9320 <br> Baldwin, NY 11510 | - | | 5/28/13 <br> Unpaid ADT Security Services invoices <br> (1803 Georgetown Rd, Tilton, IL) | | | | 686.01 |
| Account No. <br><br> Snyder-Lance <br> PO Box 6917 <br> Hanover, PA 17331 | - | | 6/14/13, 6/25/13, 6/26/13 <br> Chip inventory | | | | 18,175.56 |
| Account No. <br><br> Specialty Distributing of Illinois <br> PO Box 6247 <br> Tilton, IL 61833 | - | | 8/26/11 - 11/27/12 <br> Inventory | | | | Unknown |
| Account No. <br><br> Stern Beverage, Inc. <br> 961 Tech Drive <br> Milan, IL 61264 | - | | 1/16/13 <br> Inventory for AB - monster energy | | | | 7,922.52 |
| Account No. <br><br> Sully Schultz Nursery, Inc. <br> 317 E 14th St <br> Tilton, IL 61833 | - | | 7/17/13 <br> Lawn care | | | | 288.16 |

Sheet no. _15_ of _20_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,072.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc. _____,    Case No. ___13-90942___
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sundance Beverage<br>6600 East Nine Mile Rd.<br>Warren, MI 48091 | - | | 4/19/13<br>Unpaid inventory | | | | 27,627.80 |
| Account No.<br><br>Surepay<br>2350 Ravine Way<br>Ste 100<br>Glenview, IL 60025 | - | | 5/24/13<br>NSF on payroll (5/23/13) | | | | 40,397.92 |
| Account No.<br><br>Tallgrass Brewing Co.<br>8845 Quail Lane<br>Suite 1<br>Manhattan, KS 66502 | - | | 4/30/13<br>Inventory | | | | 5,205.00 |
| Account No.<br><br>Tax Tiger<br>2515 White Bear Ave A-8<br>Ste 131<br>Saint Paul, MN 55109 | - | | 3/11/2013<br>Tax advisory services | | | | 8,900.00 |
| Account No.<br><br>Tilton Pro-Lube<br>2 W Ross Lane<br>Tilton, IL 61833 | - | | 6/12/13<br>Oil change | | | | 40.08 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    82,170.80

B6F (Official Form 6F) (12/07) - Cont.

In re   Earl Gaudio & Son, Inc. _____,   Case No. ____13-90942____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Uhaul <br> PO Box 52128 <br> Phoenix, AZ 85072 | | - | | 5/17/13 <br> Chips truck rental | | | | 512.82 |
| Account No. <br><br> Uline Shipping Supply <br> 2200 S. Lakeside Dr <br> Waukegan, IL 60085 | | - | | 7/3/13, 7/9/13 <br> Shipping supplies | | | | 1,444.95 |
| Account No. xxxx4196 <br><br> Unilever North America <br> CST Co., Inc. <br> PO Box 33127 <br> Louisville, KY 40232 | | - | | 5/29/13 <br> Unpaid inventory | | | | 1,918.03 |
| Account No. <br><br> UPS <br> 6060 Cornerstone Ct West <br> San Diego, CA 92121 | | - | | Royalty and co-op fees, shipping fees | | | | 3,742.82 |
| Account No. <br><br> UPS Freight <br> 28013 Network Place <br> Chicago, IL 60673 | | - | | 7/3/13 , 7/6/13 <br> shipping charges | | | | 183.98 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,802.60

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                      ,    Case No.    13-90942
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Verizon Wireless <br> PO Box 4002 <br> Acworth, GA 30101 | | - | | 6/27/13 <br> Cell Phone Services | | | | 1,582.23 |
| Account No. xxx0822 <br><br> Vermilion Chevy <br> 1615 Georgetown Rd <br> Tilton, IL 61833 | | - | | 5/31/13 <br> Unpaid service charges | | | | 206.13 |
| Account No. <br><br> Watson General Tire <br> PO Box 1337 <br> Danville, IL 61834 | | - | | 3/24/13 - 6/25/13 <br> Truck maintenance | | | | 2,816.29 |
| Account No. <br><br> WDNL-FM <br> Neuhoff Broadcasting <br> 1501 N Washington <br> Danville, IL 61832 | | - | | 5/27/12 - 12/30/12 <br> Advertising | | | | 22,711.36 |
| Account No. TRAxxx9016 <br><br> Wells Fargo Insurance <br> Westfield Insurance <br> One Park Circle <br> Westfield Center, OH 44251 | | - | | 7/3/13 <br> Commercial Auto Insurance | | | | 51.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         27,367.01

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc.                                        ,    Case No. _____13-90942_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx1203 | | | | 7/3/13 Unpaid insurance policy premiums | | | | |
| Westfield Insurance c/o Wells Fargo Insurance Services PO Box 4016 Champaign, IL 61824 | - | | | | | | | 38,020.00 |
| Account No. | | | | 5/31/13 Unpaid fleet credit card used for fuel | | | | |
| Wex Bank PO Box 6293 Carol Stream, IL 60197 | - | | | | | | | 2,728.05 |
| Account No. | | | | 2/6/13, 6/6/13 Local & Long Distance Phone Services | | | | |
| Windstream PO Box 3177 Cedar Rapids, IA 52406 | - | | | | | | | 1,310.28 |
| Account No. | | | | 6/24/13, 6/25/13 Computer support services | | | | |
| Woodard's Computing Services 244 A Eastgate Dr Danville, IL 61834 | - | | | | | | | 543.75 |
| Account No. | | | | 6/22/12 Inventory | | | | |
| Wooden Ships, Inc. 300 Park Ave New Hyde Park, NY 11040 | - | | | | | | | 6,336.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,938.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Earl Gaudio & Son, Inc. _____,    Case No. ____13-90942____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>You Store It<br>3655 S. 14 1/2 St<br>Terre Haute, IN 47802 | - | | 7/12/13<br>Chips storage fee | | | | 416.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 416.00 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,324,493.86 |

B6G (Official Form 6G) (12/07)

.

In re    Earl Gaudio & Son, Inc.                                                                    Case No.    13-90942
                                                                                           ,
                                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| American Beverage, LLC<br>1912 W Delmar<br>Unit C<br>Godfrey, IL 62035 | Distribution Agreement executed January 20, 2009 |
| Anheuser-Busch<br>1 Busch Place<br>Saint Louis, MO 63118 | Wholesaler Equity Agreement executed June 23, 1997 |
| Geloso Beverage Group LLC<br>c/o Paul Rene<br>2765 Buffalo Road<br>Rochester, NY 14624 | Distribution Agreement executed June 1, 2011 |
| Great Lakes Bottling Co.<br>4460 44th St.<br>Suite A<br>Grand Rapids, MI 49512 | Distribution Agreement executed March 15, 2010 |
| Hansen Beverage Company<br>550 Monica Circle<br>Suite 201<br>Corona, CA 92880 | Distribution Agreement of Monster Beverages executed October 27, 2008 |
| Hornell Brewing Co., Inc.<br>5 Dakota Drive<br>Suite 205<br>New Hyde Park, NY 11042 | Distribution of AriZona Brand Products executed February 12, 2009 |
| Lamar Companies<br>PO Box 96030<br>Baton Rouge, LA 70896 | Advertising contract for billboard services. |
| Liagridonis, Inc.<br>303 S. Mathis Ave<br>Ste 200<br>Champaign, IL 61821 | Assignment of Lease executed December 12, 2008 for The UPS Store at 1717 W. Kirby Avenue, Champaign, Illinois 61821 |
| Shanell, Inc.<br>301 W. Main<br>Danville, IL 61832 | Retail Lease at 2830 N. Vermilion, Danville, Illinois 61832 for Gaudio Diversified Ventures, LLC |
| Sweet Leaf Tea Company<br>515 S. Congress Ave<br>Austin, TX 78704 | Distributor Agreement executed July 29, 2009 |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Earl Gaudio & Son, Inc.                                                ,    Case No.    13-90942
                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Tallgrass Brewing Co.<br>8845 Quail Lane<br>Suite 1<br>Manhattan, KS 66502 | Distribution Agreement executed July 17, 2012 |
| Vitality Distributing, Inc.<br>7003 Post Road<br>2nd Floor<br>Dublin, OH 43016 | Distribution Agreement executed January 31, 2009 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   Earl Gaudio & Son, Inc.                                              ,   Case No.   13-90942
                                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | World Business Lenders, LLC<br>120 W. 45th St.<br>29th Floor<br>New York, NY 10036 |
| Dennis Gaudio<br>3312 Fairway Dr.<br>Danville, IL 61832 | Regions Commercial Loan Payments<br>PO Box 11407<br>Birmingham, AL 35246 |
| Eric Gaudio<br>10346 Forest Lake Court<br>Indianapolis, IN 46278 | World Business Lenders, LLC<br>120 W. 45th St.<br>29th Floor<br>New York, NY 10036 |
| Eric Gaudio<br>10346 Forest Lake Court<br>Indianapolis, IN 46278 | Regions Commercial Loan Payments<br>PO Box 11407<br>Birmingham, AL 35246 |
| Gaudio Diversified Ventures, LLC<br>1803 Georgetown Rd<br>Tilton, IL 61833 | Regions Commercial Loan Payments<br>PO Box 11407<br>Birmingham, AL 35246 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of Illinois

In re    Earl Gaudio & Son, Inc.          Case No.    13-90942
                 Debtor(s)          Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    57    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    August 14, 2013                 Signature    /s/ Angela E. Major Hart, as Authorized Signer of
                                                 Angela E. Major Hart, as Authorized Signer of
                                                 First Midwest Bank, as Custodian of Earl Gaudio & Son,
                                                 Inc.

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of Illinois

In re ___Earl Gaudio & Son, Inc._____     Case No. ___13-90942_____
                                    Debtor(s)              Chapter ___11_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___57___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___August 14, 2013_____     Signature _____

Angela E. Major Hart, as Authorized Signer of
First Midwest Bank, as Custodian of Earl Gaudio & Son,
Inc.

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of Illinois

In re    Earl Gaudio & Son, Inc.                Case No.    13-90942

                                     Debtor(s)            Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $ 15,000.00 |
| Prior to the filing of this statement I have received | $ 15,000.00 |
| Balance Due | $ 0.00 |

2.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 14, 2013                     /s/ Ben Caughey

                                                Ben Caughey
                                                ICE MILLER LLP
                                                One American Square, Suite 2900
                                                Indianapolis, IN 46282-0200
                                                (317) 236-2100  Fax: (317) 236-2219

# United States Bankruptcy Court
## Central District of Illinois

In re    Earl Gaudio & Son, Inc.                                              Case No.    13-90942
                                      Debtor(s)                               Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $                15,000.00
    Prior to the filing of this statement I have received ....................................... $                15,000.00
    Balance Due ...................................................................................................... $                     0.00

2.  The source of the compensation paid to me was:
    ■ Debtor        □ Other (specify):

3.  The source of compensation to be paid to me is:
    ■ Debtor        □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    August 14, 2013

                                            Ben Caughey
                                            ICE MILLER LLP
                                            One American Square, Suite 2900
                                            Indianapolis, IN 46282-0200
                                            (317) 236-2100  Fax: (317) 236-2219

---

# United States Bankruptcy Court
## Central District of Illinois

In re    Earl Gaudio & Son, Inc.                                   Case No.    13-90942
                                 Debtor(s)              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc. of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 14, 2013                      /s/ Angela E. Major Hart, as Authorized Signer of

                                            Angela E. Major Hart, as Authorized Signer of/First Midwest Bank, as
                                            Custodian of Earl Gaudio & Son, Inc.
                                            Signer/Title

# United States Bankruptcy Court
### Central District of Illinois

In re ___Earl Gaudio & Son, Inc._____    Case No.  __13-90942_____

Debtor(s)    Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the First Midwest Bank, as Custodian of Earl Gaudio & Son, Inc. of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 14, 2013_____

Angela E. Major Hart, as Authorized Signer of/First Midwest Bank, as
Custodian of Earl Gaudio & Son, Inc.
Signer/Title

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com