United States Bankruptcy Court -Small Business Monthly Operating Report

Earl Gaudio & Son, Inc. Case #13-90942

Exhibit "A"

Taxes – Returns to be Filed:

2012   1120 US Corporate Income Tax Return

2013   Amended Federal 941 for 1st Quarter for Earl Gaudio & Son, Inc & Gaudio Retail LLC
2013   Amended Illinois 941 for 1st Quarter for Earl Gaudio & Son, Inc & Gaudio Retail LLC

2013   Federal 941 for 2nd Quarter for Earl Gaudio & Son, Inc & Gaudio Retail LLC
2013   Illinois 941 for 2nd Quarter for Earl Gaudio & Son, Inc & Gaudio Retail LLC

5/2013 RL-26 Liquor Revenue Return for Earl Gaudio & Son, Inc.
6/2013 RL-26 Liquor Revenue Return for Earl Gaudio & Son, Inc.
7/2013 RL-26 Liquor Revenue Return for Earl Gaudio & Son, Inc.

6/2013 Illinois ST-1 Sales and Use Tax for Gaudio Retail LLC
7/2013 Illinois ST-1 Sales and Use Tax for Gaudio Retail LLC

6/2013 Indiana Sales and Use Tax for Earl Gaudio & Son, Inc. Chip Division
7/2013 Indiana Sales and Use Tax for Earl Gaudio & Son, Inc. Chip Division

6/2013 Ohio Sales and Use Tax for Earl Gaudio & Son, Inc. Chip Division
7/2013 Ohio Sales and Use Tax for Earl Gaudio & Son, Inc. Chip Division

IRS 2290 Highway Use Tax vehicles >55,000 lbs


The above returns are in the process of being prepared and will be filed as soon as they are available. Payments for taxes due will be made from operating income or from DIP financing if necessary.

July 2013                         Exhibit "A"                         Page 1 of 1

United States Bankruptcy Court - Small Business Monthly Operating Report

Earl Gaudio & Son, Inc. Case #13-90942

Exhibit "B" Income

1 American Express
| | | | |
|---|---|---|---|
| 07/19/13 | Settlement Received, store #4323 | $189.19 | |
| 07/19/13 | Settlement Received, store #6236 | ($7.95) | |
| 07/22/13 | Settlement Received, store #4323 | $106.29 | |
| 07/22/13 | Settlement Received, store #4323 | $207.71 | |
| 07/23/13 | Settlement Received, store #4323 | $5.44 | |
| 07/24/13 | Settlement Received, store #4323 | $4.76 | |
| 07/26/13 | Settlement Received, store #4323 | $128.30 | |
| 07/29/13 | Settlement Received, store #6236 | $27.29 | |
| 07/30/13 | Settlement Received, store #4323 | $69.53 | |
| | TOTAL | | $730.56 |

2 Anheuser-Busch
| | | | |
|---|---|---|---|
| 07/19/13 | Return Item -Stop Pay | $27,337.31 | |
| 07/22/13 | Return Item -Stop Pay | $119,040.13 | |
| | Total | | $146,377.44 |

3 Big R Stores
| | | | |
|---|---|---|---|
| 07/22/13 | Payment on account | $84.00 | |
| | Total | | $84.00 |

4 Campbell's Georgetown, Inc.
| | | | |
|---|---|---|---|
| 07/19/13 | Payment on account | $101.72 | |
| 07/30/13 | Payment on account | $282.18 | |
| | Total | | $383.90 |

5 Covington Foods Management
| | | | |
|---|---|---|---|
| 07/22/13 | Payment on account | $6,348.05 | |
| 07/30/13 | Payment on account | $7,263.78 | |
| | Total | | $13,611.83 |

6 Earl Gaudio & Sons, Inc.
| | | |
|---|---|---|
| 07/19/13 | Daily Business Deposits | $50,996.74 |
| 07/22/13 | Daily Business Deposits | $45,296.66 |
| 07/24/13 | Daily Business Deposits | $33,282.17 |
| 07/24/13 | Daily Business Deposits | $1,910.31 |
| 07/26/13 | Daily Business Deposits | $27,599.04 |
| 07/26/13 | Daily Business Deposits | $520.00 |
| 07/29/13 | Daily Business Deposits | $39,253.69 |
| 07/26/13 | Daily Business Deposits | $9,723.89 |
| 07/29/13 | Daily Business Deposits | $952.50 |
| 07/30/13 | Daily Business Deposits | $41,452.21 |
| 07/31/13 | Daily Business Deposits | $33,297.45 |

| | | | | |
|---|---|---|---|---|
| 7 | 07/31/13 | Daily Business Deposits | $1,063.70 | |
| | | Total | | $285,348.36 |
| 8 | Fintech | | | |
| | 07/19/13 | ACH Received | $11,879.89 | |
| | 07/22/13 | ACH Received | $6,399.85 | |
| | 07/23/13 | ACH Received | $8,479.10 | |
| | 07/25/13 | ACH Received | $4,135.33 | |
| | 07/29/13 | ACH Received | $6,790.92 | |
| | 07/30/13 | ACH Received | $5,456.40 | |
| | 07/31/13 | ACH Received | $9,908.35 | |
| | | Total | | $53,049.84 |
| 9 | Hansen Beverage | | | |
| | 07/24/13 | ACH received for vendor payment | $2,583.00 | |
| | | Total | | $2,583.00 |
| 10 | Murphy Oil | | | |
| | 07/25/13 | ACH received for vendor payment | $238.00 | |
| | | Total | | $238.00 |
| 11 | UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821 | | | |
| | 07/19/13 | Visa/Master Card/ Discover Deposits 7/17/13 | $979.48 | |
| | 07/22/13 | Visa/Master Card/ Discover Deposits 7/18/13 | $496.66 | |
| | 07/23/13 | Visa/Master Card/ Discover Deposits 7/19/13 | $133.87 | |
| | 07/23/13 | Visa/Master Card/ Discover Deposits 7/20/13 | $1,484.57 | |
| | 07/23/13 | Daily Business Deposits | $415.16 | |
| | 07/23/13 | Daily Business Deposits | $213.49 | |
| | 07/23/13 | Daily Business Deposits | $187.16 | |
| | 07/23/13 | Daily Business Deposits | $189.81 | |
| | 07/24/13 | Visa/Master Card/ Discover Deposits 7/22/13 | $1,412.16 | |
| | 07/24/13 | Daily Business Deposits | $458.21 | |
| | 07/25/13 | Visa/Master Card/ Discover Deposits 7/23/13 | $1,323.89 | |
| | 07/25/13 | Daily Business Deposits | $617.92 | |
| | 07/26/13 | Visa/Master Card/ Discover Deposits 7/24/13 | $837.49 | |
| | 07/26/13 | Daily Business Deposits | $222.49 | |
| | 07/29/13 | Visa/Master Card/ Discover Deposits 7/25/13 | $2,653.02 | |
| | 07/29/13 | Daily Business Deposits | $159.28 | |
| | 07/29/13 | Daily Business Deposits | $125.24 | |
| | 07/30/13 | Visa/Master Card/ Discover Deposits 7/26/13 | $1,219.04 | |
| | 07/30/13 | Visa/Master Card/ Discover Deposits 7/27/13 | $533.50 | |
| | 07/30/13 | Daily Business Deposits | $541.02 | |
| | 07/31/13 | Visa/Master Card/ Discover Deposits 7/29/13 | $1,828.54 | |
| | 07/31/13 | Daily Business Deposits | $433.83 | |
| | | Total | | $16,435.83 |

12 UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | |
|---|---|---|---|
| 07/12/13 | Daily Business Deposits -Cash for 7/15/13 | $436.78 | |
| 07/19/13 | Daily Business Deposits -Cash for 7/16/13 | $155.05 | |
| 07/19/13 | Daily Business Deposits -Cash for 7/17/13 | $292.47 | |
| 07/19/13 | Visa/Master Card/ Discover Deposits 7/17/13 | $494.51 | |
| 07/19/13 | Daily Business Deposits -Cash for 7/18/13 | $91.55 | |
| 07/22/13 | Visa/Master Card/ Discover Deposits 7/18/13 | $569.84 | |
| 07/22/13 | Daily Business Deposits -Cash for 7/19/13 | $300.00 | |
| 07/23/13 | Visa/Master Card/ Discover Deposits 7/19/13 | $443.67 | |
| 07/23/13 | Visa/Master Card/ Discover Deposits 7/20/13 | $973.82 | |
| 07/24/13 | Visa/Master Card/ Discover Deposits 7/22/13 | $216.92 | |
| 07/24/13 | Daily Business Deposits | $278.38 | |
| 07/24/13 | Daily Business Deposits | $172.45 | |
| 07/24/13 | Daily Business Deposits | $137.44 | |
| 07/24/13 | Daily Business Deposits | $21.73 | |
| 07/25/13 | Visa/Master Card/ Discover Deposits 7/23/13 | $416.44 | |
| 07/26/13 | Visa/Master Card/ Discover Deposits 7/24/13 | $401.54 | |
| 07/26/13 | Daily Business Deposits | $121.56 | |
| 07/26/13 | Daily Business Deposits | $85.49 | |
| 07/29/13 | Visa/Master Card/ Discover Deposits 7/25/13 | $157.98 | |
| 07/29/13 | Daily Business Deposits | $133.40 | |
| 07/29/13 | Daily Business Deposits | $38.37 | |
| 07/30/13 | Visa/Master Card/ Discover Deposits 7/26/13 | $460.83 | |
| 07/30/13 | Visa/Master Card/ Discover Deposits 7/27/13 | $85.41 | |
| 07/31/13 | Visa/Master Card/ Discover Deposits 7/29/13 | $234.29 | |
| 07/31/13 | Daily Business Deposits | $157.38 | |
| 07/31/13 | Daily Business Deposits | $116.23 | |
| | | | $6,993.53 |

13 UPS

| Date | Description | Amount | |
|---|---|---|---|
| 07/24/13 | Prepaid/COD settlement, UPS Shipping | $193.27 | |
| 07/26/13 | ACH return of 7/26/13 UPS Shipping below, store | $3,357.17 | |
| 07/26/13 | ACH return of 7/26/13 UPS Shipping below, store | $1,417.96 | |
| | TOTAL | | $4,968.40 |

14 Veedersburg Food Basket

| Date | Description | Amount | |
|---|---|---|---|
| 07/30/13 | Payment on account | $243.11 | |
| 07/30/13 | Payment on account | $301.13 | |
| | Total | | $544.24 |

TOTAL INCOME     $531,348.93

United States Bankruptcy Court - Small Business Monthly Operating Report

Earl Gaudio & Son, Inc. Case #13-90942

Exhibit "C" Expenses

ADP
| | | | |
|---|---|---|---|
| 07/19/13 | Payroll expense - AB | ($50,988.13) | |
| 07/19/13 | Payroll expense - AB | ($24,161.51) | |
| 07/19/13 | Taxes for Payroll 7/19/13 -UPS Stores | ($1,485.81) | |
| 07/19/13 | Payroll 7/19/13 - UPS Stores | ($3,954.27) | |
| | Total | | ($80,589.72) |

Anheuser Busch Co, Inc.
| | | | |
|---|---|---|---|
| 07/19/13 | Pre-Authorized Payment -Amount ret | ($27,337.31) | |
| 07/22/13 | Pre-Authorized Payment -Amount ret | ($119,040.13) | |
| 07/25/13 | Wire transfer | ($102,637.57) | |
| 07/25/13 | Wire transfer fee | ($30.00) | |
| 07/30/13 | Wire transfer | ($40,642.65) | |
| 07/30/13 | Wire transfer fee | ($30.00) | |
| 07/31/13 | Wire transfer | ($106,569.88) | |
| 07/31/13 | Wire transfer fee | ($30.00) | |
| | Total | | ($396,317.54) |

Certified Consulting Group LLC
| | | | |
|---|---|---|---|
| 07/29/13 | Appraisal of vehicles and equipment | ($6,035.00) | |
| | Total | | ($6,035.00) |

First Midwest Bank
| | | | |
|---|---|---|---|
| 07/19/13 | Administrative Fees -Paid $15,000 prior to filing Chapter 11 Bankruptcy on 7/19/13 | $0.00 | |
| | Total | | $0.00 |

Ice Miller LLP
| | | | |
|---|---|---|---|
| 07/19/13 | Legal Fees, ck#705589 -Paid $15,000 prior to filing Chapter 11 Bankruptcy on 7/19/13 | $0.00 | |
| | Total | | $0.00 |

Illinois Department of Revenue
| | | | |
|---|---|---|---|
| 07/19/13 | EDI Payment | ($501.00) | |
| | | | ($501.00) |

July 2013                    Exhibit "C"                    1 of 2

NSF Checks
| Date | Description | Amount | Total |
|---|---|---|---|
| 07/19/13 | Vermilion Station, ck#1921 | ($639.30) | |
| 07/22/13 | Danville Wine & Spirits, ck#1012 | ($4,468.55) | |
| 07/22/13 | Jim & Jo's Bar & Grill, ck#3372 | ($357.35) | |
| | Total | | ($5,465.20) |

Skeff Distributing Company, Inc.
| Date | Description | Amount | Total |
|---|---|---|---|
| 07/30/13 | Inventory purchase | ($19,555.70) | |
| 07/31/13 | Inventory purchase | ($14,398.30) | |
| 07/31/13 | Wire transfer fee | ($30.00) | |
| | Total | | ($33,984.00) |

James D. Spiro
| Date | Description | Amount | Total |
|---|---|---|---|
| 07/19/13 | Legal Fees, ck #705590 -Paid $3,000 prior to filing Chapter 11 Bankruptcy on 7/19/13 | $0.00 | |
| | Total | | $0.00 |

UPS
| Date | Description | Amount | Total |
|---|---|---|---|
| 07/19/13 | Shipping -Store #4323 | ($3,110.69) | |
| 07/19/13 | Shipping -Store #6236 | ($1,369.82) | |
| 07/23/13 | Prorated Royalty Fee #6236 | ($29.14) | |
| 07/26/13 | Shipping -Store #4323 (reversed abo | ($3,357.17) | |
| 07/26/13 | Shipping -Store #6236 (reversed abo | ($1,417.96) | |
| 07/31/13 | Shipping -Store #4323 | ($3,357.17) | |
| 07/31/13 | Shipping -Store #6236 | ($1,417.96) | |
| | TOTAL | | ($14,059.91) |

TOTAL EXPENSES ($535,952.37)

United States Bankruptcy Court
Small Business Monthly Operating Report
Earl Gaudio & Son, Inc. Case #13-90942

Exhibit "D"

| Invoice Date | Vendor Name | Address | Invoice Amount | Date Due | Acct/Inv # |
|---|---|---|---|---|---|
| 7/1/13 | Alarmax | 3424 N SR 63 Pmt Ctr, Cayuga, IN 47928 | $90.00 | 07/21/13 | service 8/1/13-10/31/13 inv R23506 |
| 7/1/13 | GE Capital | PO Box 536447, Atlanta, GA 30353-6447 | $1,529.04 | 09/01/13 | VIN#1HSMTAZN5DH16151 semi-truck - Aug pmt due 9/1/13 |
| 7/20/13 | Penske truck leasing Co, LP | PO Box 802577, Chicago, IL 60680-2577 | $529.45 | 08/20/13 | inv#5462325B |
| 7/21/13 | Ricoh | PO Box 802815, Chicago, IL 60680-2815 | $42.25 | 08/20/13 | inv#5026923811 |
| 7/22/13 | Lamar | PO Box 96030, Baton Rouge, LA 70896 | $1,395.00 | 08/21/13 | 104246542 |

Total Payables

$3,585.74

United States Bankruptcy Court

Small Business Monthly Operating Report

Earl Gaudio & Son, Inc. Case #13-90942

Exhibit "E"

Money Owed to Earl Gaudio & Son, Inc.:

Attached is Vermont Information Processing Accounts Receivables Report as of 7/31/13. Total amount of receivables as of that date are $139,157.52