UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                              ) Chapter 11
                                                    )
EARL GAUDIO & SON, INC.                             ) Case No.: 13-90942
                                                    )
         Debtor.                                    )

## THIRD CURRENT ACCOUNT
## SUMMARY SHEET

I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8
    BEGINNING BALANCE AS OF 8/1/13              ($43,357.12)
    RECEIPTS                                   $1,466,749.21
    INVESTMENT SALES AND INCOME                        $0.31
    DISBURSEMENTS                             ($1,204,125.62)
    CLOSING BALANCE AS OF 8/31/13                $219,266.78

II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433
    BEGINNING BALANCE AS OF 8/1/20                $61,120.22
    RECEIPTS                                   $1,114,796.51
    DISBURSEMENTS                             ($1,058,093.15)
    CLOSING BALANCE AS OF 8/31/13                $117,823.58

III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6
    BEGINNING BALANCE AS OF 8/1/13                     $0.00
    RECEIPTS                                      $52,018.02
    DISBURSEMENTS                                ($31,029.40)
    CLOSING BALANCE AS OF 8/31/13                 $20,988.62

IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540
    BEGINNING BALANCE AS OF 8/1/2013               $4,796.04
    RECEIPTS                                      $61,575.24
    DISBURSEMENTS                                ($39,636.91)
    CLOSING BALANCE AS OF 8/31/13                 $26,734.37

V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318
    BEGINNING BALANCE AS OF 8/1/20                 $7,429.07
    RECEIPTS                                      $15,329.37
    DISBURSEMENTS                                ($16,213.20)
    CLOSING BALANCE AS OF 8/31/13                  $6,545.24


Attorney:   Ben T. Caughey
            Ice Miller LLP
            One American Square , Suite 3100
            Indianapolis, IN 46280
Phone       (317) 236-2493

STATE OF ILLINOIS            )
                             )  ss
COUNTY OF VERMILION          )

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:                                    ) Chapter 11
                                          )
EARL GAUDIO & SON, INC.                   ) Case No.: 13-90942
                                          )
                                          )

### THIRD COURT ACCOUNTING

The undersigned, First Midwest Bank/Trust Division, under penalties of perjury, heretofore duly qualified and appointed Custodian of Earl Gaudio & Son, Inc., respectfully submits to this Honorable Court the following statement of its receipts and disbursements from the filing of its Chapter 11 bankruptcy petition on August 1, 2013 to August 31, 2013, and prays to have the same approved.

**I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8**

**A. ASSETS ON HAND AS OF AUGUST 1, 2013**

| | |
|---|---:|
| Warehouse<br>1803 Georgetown Rd.<br>Tilton, IL 61833<br>PIN: 23-20-300-089-0060 | $4,450,000.00 |
| Ally-Northern Trust -Account #90009013037822 | $209.73 |
| Bank of America -Account #81885516912 | |
| Fifth Third Bank -Account #7654807747 (Chips Division) | |
| First Merchants Bank -Account #9001144712 (Chips Division) | $603.02 |
| Morgan Stanley Investment Acct | |
| Regions Bank -Account #96564067 (1803 LLC) | |
| Regions Bank -Account #80087490684 (EG&S) | $5,547.07 |

**ASSETS ON HAND AS OF AUGUST 1, 2013**                              **$4,456,359.82**

**B. RECEIPTS**

1 Big R Stores
   08/01/13   Payment on account, ck# 22821, dtd 7/23/13                $115.50
              Total                                                                        $115.50

2 Campbell's Georgetown, Inc.
   08/01/13   Payment on account, ck# 14420, dtd 7/26/13                $176.27
   08/13/13   Payment on account, ck# 14447, dtd 8/2/13                 $129.10
   08/23/13   Payment on account, ck# 14474, dtd 8/9/13                 $305.60
   08/23/13   Payment on account, ck# 14499, dtd 8/16/13                $229.65
              Total                                                                        $840.62

3 Clark County Fuels, LLC (Marshall Marathon)
   08/05/13   Payment on account, ck# 10289, dtd 7/30/13                $699.19
   08/13/13   Payment on account, ck# 10320, dtd 8/8/13                 $476.80
   08/16/13   Payment on account, ck# 10291, dtd 8/2/13                 $1,262.43
   08/28/13   Payment on account, ck# 10328, dtd 8/16/13                $1,244.07
              Total                                                                        $3,682.49

4 Covington Foods Management
   08/16/13   Payment on account, ck# 214144, dtd 8/9/13                $3,788.71
   08/23/13   Payment on account, ck# 214282, dtd 8/16/13               $8,114.50
              Total                                                                        $11,903.21

5 First Midwest Bank Checking Account #8100373433
   07/19/13   Transfer funds to Trust Account -prior to filing bk petition   $16,000.00
   07/19/13   Transfer funds to Trust Account -prior to filing bk petition   $51,000.00
   08/01/13   Transfer funds to Trust Account to fund operations        $20,000.00
   08/06/13   Transfer funds to Trust Account to fund operations        $110,000.00
   08/07/13   Transfer funds to Trust Account to fund operations        $40,000.00
   08/08/13   Transfer funds to Trust Account to fund operations        $86,000.00
   08/09/13   Transfer funds to Trust Account to fund operations        $31,000.00
   08/12/13   Transfer funds to Trust Account to fund operations        $109,000.00
   08/15/13   Transfer funds to Trust Account to fund operations        $90,000.00
   08/19/13   Transfer funds to Trust Account to fund operations        $100,000.00
   08/20/13   Transfer funds to Trust Account to fund operations        $60,000.00
   08/23/13   Transfer funds to Trust Account to fund operations        $125,000.00
   08/26/13   Transfer funds to Trust Account to fund operations        $86,000.00
   08/29/13   Transfer funds to Trust Account to fund operations        $88,000.00
   08/30/13   Transfer funds to Trust Account to fund operations        $50,000.00
              Total                                                                        $1,062,000.00

6 Frenz & Schmidtknecht (Montana Mike's Steakhouse)
   08/05/13   Payment on account, ck#31920, dtd 8/2/13                  $71.80
   08/16/13   Payment on account, ck#31959, dtd 8/9/13                  $35.90
   08/23/13   Payment on account, ck#31981, dtd 8/16/13                 $73.35
   08/30/13   Payment on account, ck#32007, dtd 8/23/13                 $35.90
              Total                                                                        $216.95

   Dennis Gaudio
7  08/08/13   Pmnt for Cobra -Principal, ck#1043, dtd 7/30/13           $58.68
              Total                                                                        $58.68

| | | | |
|---|---|---:|---:|
| 8 | Earl & Helen Gaudio FMB Trust Account #414141010 | | |
| | 08/01/13  Promissory Note Received | $200,000.00 | |
| | 08/07/13  Additional draw on Promissory Note | $175,000.00 | |
| | Total | | $375,000.00 |
| | | | |
| 9 | Eric Gaudio | | |
| | 08/07/13  Pmnt for Cobra -Principal, ck#347, dtd 7/16/13 | $56.48 | |
| | 08/07/13  Pmnt for Cobra -Health Alliance, ck#345, dtd 7/16/13 | $326.40 | |
| | 08/29/13  Pmnt for Cobra -Principal, ck#355, dtd 8/13/13 | $56.48 | |
| | 08/29/13  Pmnt for Cobra -Health Alliance, ck#356, dtd 8/13/13 | $326.40 | |
| | Total | | $765.76 |
| | | | |
| 10 | Kirchner Building Center | | |
| | 08/16/13  Payment on account, ck#132030, dtd 8/9/13 | $167.58 | |
| | 08/29/13  Payment on account, ck#132169, dtd 8/21/13 | $95.50 | |
| | Total | | $263.08 |
| | | | |
| 11 | Schnucks Markets, Inc. | | |
| | 08/30/13  Payment on account, ck#46290, dtd 8/23/13 | $231.00 | |
| | Total | | $231.00 |
| | | | |
| 12 | Veedersburg Food Basket | | |
| | 08/23/13  Payment on account, ck#13132, dtd 8/9/13 | $84.76 | |
| | Total | | $84.76 |
| | | | |
| 13 | Village Pantry LLC | | |
| | 08/01/13  Payment on account, ck#74830, dtd 7/23/13 | $10,949.96 | |
| | Total | | $10,949.96 |
| | | | |
| 14 | Wortman-Meyer Properties, LLC (Danville Marathon) | | |
| | 08/16/13  Payment on account, ck#19874, dtd 8/6//13 | $637.20 | |
| | Total | | $637.20 |
| | | | |
| | **TOTAL RECEIPTS** | | **$1,466,749.21** |

**C. INVESTMENT SALES AND INCOME**

| | | | |
|---|---|---:|---:|
| | Nt Institutional Government Select Fund | | |
| | 08/01/13  Dividend to 7/31/13 | $0.31 | |
| | Total | | $0.31 |
| | | | |
| | **TOTAL INVESTMENT SALES AND INCOME** | | **$0.31** |

**D. DISBURSEMENTS**

| | | | |
|---|---|---:|---:|
| 1 | Ameren Illinois | | |
| | 08/29/13  Service 7/19/13-7/28/13, ck#708788 | ($287.69) | |
| | Total | | ($287.69) |
| | | | |
| 2 | Anheuser Busch Co, Inc. | | |
| | 08/01/13  Wire transfer for orders #6, #7, #8 | ($76,483.06) | |
| | 08/02/13  Wire transfer for orders #9, #10, #11 | ($71,461.87) | |
| | 08/06/13  Wire transfer for orders #12, #13, #14, Credit due #7 | ($49,550.66) | |
| | 08/07/13  Wire transfer for orders #15, #16, #17 | ($74,575.84) | |
| | 08/07/13  Wire transfer for orders #18, #19, #20 | ($81,231.27) | |
| | 08/09/13  Wire transfer for orders #21, #22, #23 | ($76,060.83) | |
| | 08/12/13  Wire transfer for order #24 | ($26,391.91) | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | 08/13/13 | Wire transfer for order #25 | ($24,396.62) |   |
|   | 08/14/13 | Wire transfer for order #26 | ($25,042.18) |   |
|   | 08/15/13 | Wire transfer for order #27 | ($26,954.94) |   |
|   | 08/16/13 | Wire transfer for orders #28, #29 | ($47,863.27) |   |
|   | 08/19/13 | Wire transfer for orders #30, #31 | ($46,305.75) |   |
|   | 08/19/13 | Wire transfer for orders #32, #33 | ($51,544.85) |   |
|   | 08/21/13 | Wire transfer for orders #34, #35 | ($44,318.15) |   |
|   | 08/22/13 | Wire transfer for order #36 | ($24,809.61) |   |
|   | 08/23/13 | Wire transfer for orders #37, #38 | ($53,782.28) |   |
|   | 08/26/13 | Wire transfer for orders #39, #40 | ($48,668.89) |   |
|   | 08/27/13 | Wire transfer for orders #41, #42 | ($53,983.45) |   |
|   | 08/28/13 | Wire transfer for order #43 | ($26,240.14) |   |
|   | 08/29/13 | Wire transfer for orders #44, #45, #46 | ($70,670.75) |   |
|   |   | Total |   | ($1,000,336.32) |
| 3 | ADP |   |   |   |
|   | 08/07/13 | Wire trasnfer to pay payroll taxes paydate 8/9/13 | ($12,240.10) |   |
|   | 08/15/13 | Wire trasnfer to pay payroll taxes paydate 8/16/13 | ($14,742.81) |   |
|   | 08/30/13 | Wire trasnfer to pay payroll taxes paydate 8/30/13 | ($11,760.25) |   |
|   |   | Total |   | ($38,743.16) |
| 4 | Benefit Planning Consultants, Inc. |   |   |   |
|   | 08/29/13 | ck#708842, inv#BPCI023460, dtd 6/10/13 | ($50.82) |   |
|   | 08/29/13 | ck#708842, inv#BPCI025715, dtd 7/10/13 | ($50.41) |   |
|   | 08/29/13 | ck#708842, inv#BPCI027633, dtd 8/10/13 | ($50.00) |   |
|   |   | Total |   | ($151.23) |
| 5 | Carnaghi Towing & Repair |   |   |   |
|   | 08/28/13 | ck#708712, inv#708712 | ($369.93) |   |
|   |   | Total |   | ($369.93) |
| 6 | Directv |   |   |   |
|   | 08/29/13 | service 7/22/13-8/21/13, ck#708797, dtd 7/23/13 | ($3.44) |   |
|   |   | Total |   | ($3.44) |
| 7 | DTI office Solutions |   |   |   |
|   | 08/30/13 | Service 8/1/13-8/31/13,ck#608858, inv#48382, dtd 8/2/13 | ($322.00) |   |
|   |   | Total |   | ($322.00) |
| 7 | Employers |   |   |   |
|   | 08/29/13 | Worker's Comp & Emplyer Lib, July & Aug, ck#708801 | ($6,170.12) |   |
|   |   |   |   | ($6,170.12) |
| 8 | First Midwest Bank -Gaudio Retail, LLC |   |   |   |
|   | 08/07/13 | Operational loan | ($25,000.00) |   |
|   |   | Total |   | ($25,000.00) |
| 9 | First Midwest Bank -wire fees |   |   |   |
|   |   | 27 wires @ $30 each | ($810.00) |   |
|   |   | Total |   | ($810.00) |
| 10 | Gemco |   |   |   |
|   | 08/29/13 | ck#708804, inv#15007, dtd 7/25/13 | ($162.79) |   |
|   |   | Total |   | ($162.79) |

| | | | |
|---|---|---|---|
| 11 | Health Alliance Medical Plans | | |
| | 08/01/13 Wire transfer, Aug premium, June and July adjustments for terminated employees | ($24,164.00) | |
| | Total | | ($24,164.00) |
| 12 | Illini FS | | |
| | 08/07/13 Wire transfer, inv#124428 & #124430 | ($5,004.17) | |
| | 08/20/13 ck#707952, inv#134364 | ($1,368.04) | |
| | Total | | ($6,372.21) |
| 13 | Iroquois Federal | | |
| | 08/29/13 ck#708777, research time and copy fees, dtd 8/9/13 | ($460.00) | |
| | Total | | ($460.00) |
| 14 | Newwave Communications | | |
| | 08/29/13 Service 7/20/13-9/25/13, ck#708816 | ($235.66) | |
| | Total | | ($235.66) |
| 15 | Principal Financial Group | | |
| | 08/07/13 Wire tranfer, July premium and August adj | ($3,703.64) | |
| | Total | | ($3,703.64) |
| 16 | Skeff Distributing Company, Inc. | | |
| | 08/07/13 Wire transfer, inv#262104 | ($25,181.96) | |
| | 08/13/13 Wire transfer, inv#264430 | ($4,537.00) | |
| | 08/21/13 ck#694946, inv#266101 & 266102 | ($10,262.73) | |
| | 08/21/13 ck#694947, inv#267156 | ($16,655.04) | |
| | Total | | ($56,636.73) |
| 17 | Technical Maintenance Support | | |
| | 08/07/13 Order #0234207, dtd 8/7/13, ck#706934 | ($1,026.50) | |
| | Total | | ($1,026.50) |
| 18 | Westfield Insurance | | |
| | 08/29/13 ck#708837, Policy# Tra6619016, August pmt | ($6,170.20) | |
| | Total | | ($6,170.20) |
| 19 | Payments made piror to bankruptcy 7/19/13 and removed from 2nd Accounting | | |
| | Ice Miller, LLP | ($15,000.00) | |
| | First Midwest Bank | ($15,000.00) | |
| | James Spiros | ($3,000.00) | |
| | Total | | ($33,000.00) |

**TOTAL DISBURSEMENTS** ($1,204,125.62)

### E. ASSETS ON HAND AS OF August 31, 2013

| | |
|---|---:|
| Warehouse<br>1803 Georgetown Rd.<br>Tilton, IL 61833<br>PIN: 23-20-300-089-0060 | $4,450,000.00 |
| Ally-Northern Trust -Account #90009013037822 | $209.73 |
| Bank of America -Account #8188516912 | |
| Fifth Third Bank -Account #7654807747 (Chips Division) | |
| First Merchants Bank -Account #9001144712 (Chips Division) | $603.02 |
| Morgan Stanley Investment Acct | |
| Regions Bank -Account #96564067 (1803 LLC) | |
| Regions Bank -Account #80087490684 (EG&S) | $5,547.07 |
| **ASSETS ON HAND AS OF August 31, 2013** | **$4,456,359.82** |

## II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433

### A. RECEIPTS

**1  Anheuser-Busch**

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/02/13 | Credit Memo 156456B for Order #B5561 | $3,889.88 | |
| 08/12/13 | Credit Memo 525844D | $38,289.00 | |
| 08/23/13 | Inv125935, CM122217C, CM161884C, CM185395C | $32,670.00 | |
| 08/26/13 | True up of prepaid wires to actual invoices 7/25-8/16 | $6,111.07 | |
| | Total | | $80,959.95 |

**2  Earl Gaudio & Son, Inc.**

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/01/13 | Daily Business Deposits -Cash for 7/31/13 | $20,628.76 | |
| 08/01/13 | Daily Business Deposits -Cash for 7/31/13 Chips Division | $882.68 | |
| 08/02/13 | Daily Business Deposits -Cash for 8/1/13 | $45,647.99 | |
| 08/05/13 | Daily Business Deposits -Cash for 8/2/13 | $73,399.78 | |
| 08/07/13 | Daily Business Deposits -Cash for 8/6/13 | $58,573.37 | |
| 08/07/13 | Daily Business Deposits -Cash for 8/6/13 Chips Division | $2,109.82 | |
| 08/08/13 | Daily Business Deposits -Cash for 8/7/13 | $27,915.03 | |
| 08/09/13 | Daily Business Deposits -Cash for 8/8/13 | $68,093.18 | |
| 08/12/13 | Daily Business Deposits -Cash for 8/9/13 | $43,506.23 | |
| 08/14/13 | Daily Business Deposits -Cash for 8/13/13 | $55,212.66 | |
| 08/14/13 | Daily Business Deposits -Cash for 8/8/13 | $931.00 | |
| 08/15/13 | Daily Business Deposits -Cash for 8/14/13 | $43,423.99 | |
| 08/16/13 | Daily Business Deposits -Cash for 8/15/13 | $51,862.97 | |
| 08/19/13 | Daily Business Deposits -Cash for 8/16/13 | $44,659.40 | |
| 08/21/13 | Daily Business Deposits -Cash for 8/20/13 | $39,574.82 | |
| 08/22/13 | Daily Business Deposits -Cash for 8/21/13 | $31,925.92 | |
| 08/23/13 | Daily Business Deposits -Cash for 8/22/13 | $62,839.79 | |
| 08/26/13 | Daily Business Deposits -Cash for 8/23/13 | $37,813.44 | |
| 08/28/13 | Daily Business Deposits -Cash for 8/27/13 | $53,013.91 | |
| 08/29/13 | Daily Business Deposits -Cash for 8/28/13 | $38,224.32 | |
| 08/30/13 | Daily Business Deposits -Cash for 8/29/13 | $61,943.20 | |
| | Total | | $862,182.26 |

3 Fintech

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/02/13 | ACH Received -for business day 7/30/13 | $3,903.24 | |
| 08/02/13 | ACH Received -for business day 7/31/13 | $3,816.45 | |
| 08/05/13 | ACH Received -for business day 8/1/13 | $3,755.45 | |
| 08/07/13 | ACH Received -for business day 8/2/13 | $11,023.25 | |
| 08/08/13 | ACH Received -for business day 8/6/13 | $8,629.02 | |
| 08/12/13 | ACH Received -for business day 8/7/13 | $8,510.41 | |
| 08/13/13 | ACH Received -for business day 8/8/13 | $15,103.85 | |
| 08/14/13 | ACH Received -for business day 8/9/13 | $9,753.40 | |
| 08/15/13 | ACH Received -for business day 8/14/13 | $7,929.65 | |
| 08/15/13 | ACH Received -for business day 8/15/13 | $12,358.55 | |
| 08/20/13 | ACH Received -for business day 8/13/13 | $9,139.95 | |
| 08/20/13 | ACH Received -for business day 8/16/13 | $8,489.95 | |
| 08/22/13 | ACH Received -for business day 8/20/13 | $6,749.25 | |
| 08/23/13 | ACH Received -for business day 8/21/13 | $12,129.67 | |
| 08/26/13 | ACH Received -for business day 8/23/13 | $10,635.05 | |
| 08/27/13 | ACH Received -for business day 8/27/13 | $7,896.52 | |
| 08/29/13 | ACH Received -for business day 8/28/13 | $6,281.90 | |
| 08/30/13 | ACH Received -for business day 8/29/13 | $13,285.13 | |
| | Total | | $159,390.69 |

4 Hansen Beverage

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/02/13 | ACH received for vendor payment | $2,375.34 | |
| 08/07/13 | ACH received for vendor payment | $1,486.50 | |
| 08/19/13 | ACH received for vendor payment | $2,705.72 | |
| 08/19/13 | ACH received for vendor payment | $281.25 | |
| 08/26/13 | ACH received for vendor payment | $1,020.52 | |
| 08/28/13 | ACH received for vendor payment | $3,032.32 | |
| | Total | | $10,901.65 |

5 Murphy Oil

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/06/13 | ACH received for vendor payment | $413.96 | |
| 08/06/13 | ACH received for vendor payment | $244.00 | |
| 08/08/13 | ACH received for vendor payment | $136.00 | |
| 08/15/13 | ACH received for vendor payment | $342.00 | |
| 08/22/13 | ACH received for vendor payment | $92.00 | |
| 08/29/13 | ACH received for vendor payment | $134.00 | |
| | Total | | $1,361.96 |

**TOTAL RECEIPTS** $1,114,796.51

**B. DISBURSEMENTS**

1 ADP

| Date | Description | Amount | Total |
|---|---|---:|---:|
| | Payroll 8/2/13 cks 10024-10047 | ($24,243.38) | |
| 08/09/13 | Fees for payroll 8/2/13, reimb 9/17/13 | ($101.80) | |
| | Payroll 8/16/13 cks 10048-10076 | ($34,374.40) | |
| 08/23/13 | Fees for payroll 8/16/13 | ($6.00) | |
| | Payroll 8/30/13 ck 10098 | ($1,501.04) | |
| | Total | | ($60,226.62) |

2 Fintech

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/09/13 | July Maintenance Fee | ($220.97) | |
| | Total | | ($220.97) |

3  First Midwest Bank -Trust Account #21-0060-01-8
    08/01/13   Transfer to Trust Acct to fund operations      ($20,000.00)
    08/06/13   Transfer to Trust Acct to fund operations      ($110,000.00)
    08/07/13   Transfer to Trust Acct to fund operations      ($40,000.00)
    08/08/13   Transfer to Trust Acct to fund operations      ($86,000.00)
    08/09/13   Transfer to Trust Acct to fund operations      ($31,000.00)
    08/12/13   Transfer to Trust Acct to fund operations      ($109,000.00)
    08/15/13   Transfer to Trust Acct to fund operations      ($90,000.00)
    08/19/13   Transfer to Trust Acct to fund operations      ($100,000.00)
    08/20/13   Transfer to Trust Acct to fund operations      ($60,000.00)
    08/23/13   Transfer to Trust Acct to fund operations      ($125,000.00)
    08/26/13   Transfer to Trust Acct to fund operations      ($86,000.00)
    08/29/13   Transfer to Trust Acct to fund operations      ($88,000.00)
    08/30/13   Transfer to Trust Acct to fund operations      ($50,000.00)
    Total      ($995,000.00)

4  First Midwest Bank
    08/01/13   July Maintenance Fee      ($350.41)
    Total      ($350.41)

5  NSF Checks
    08/07/13   The Corner Bistro, ck#2037      ($1,158.70)
    08/21/13   The Corner Bistro, ck#2061      ($1,136.45)
    Total      ($2,295.15)

**TOTAL DISBURSEMENTS**      **($1,058,093.15)**


### III. GAUDIO RETAIL, LLC -TRUST ACCOUNT #21-0061-01-6
**A. RECEIPTS**

1  CIB -Central Illinois Bank
    08/01/13   Partial transfer to close checking account#1294318, ck#349939      $10,850.00
    08/08/13   Partial transfer to close checking account#1294318, ck#350130      $16,113.20
    Total      $26,963.20

2  Earl Gaudio & Son, Trust Account #21-0060-01-8
    08/07/13   Operational Loan      $25,000.00
    Total      $25,000.00

3  United Parcel Service
    08/07/13   Overpayment AR0720000012, ck#11341140      $54.82
    Total      $54.82

**TOTAL RECEIPTS**      **$52,018.02**

**B. DISBURSEMENTS**

1. First Midwest Bank, Checking Account #8100373540
   | | | | |
   |---|---|---|---|
   | 08/01/13 | Transfer of funds to cover payroll | ($5,000.00) | |
   | 08/09/13 | Transfer of funds to cover operations | ($16,000.00) | |
   | | Total | | ($21,000.00) |

2. First Midwest Bank -wire fees
   | | | | |
   |---|---|---|---|
   | | 2 wires @ $30 each | ($60.00) | |
   | | Total | | ($60.00) |

3. Business Operating Expenses:

   **Allied Waste Services**
   | | | |
   |---|---|---|
   | 08/07/13 | Garabge service 8/1/13-8/31-13, ck#706885, store #4323 | ($97.23) |

   **Ameren Illinois**
   | | | |
   |---|---|---|
   | 08/06/13 | Deposit, ck#706886, store #4323 | ($190.00) |
   | 08/13/13 | Service 7/19/13-8/2/13, ck#707173, store #4323 | ($90.13) |
   | 08/29/13 | Service 7/19/13-8/6/13, ck#708789, store #6236 | ($76.90) |

   **Comcast Cable**
   | | | |
   |---|---|---|
   | 08/30/13 | Service 7/20/13-8/19/13, ck#708866, store #6236 | ($181.48) |
   | 08/30/13 | Service 7/20/13-8/19/13, ck#708867, store #4323 | ($156.66) |

   **DHL Express-USA**
   | | | |
   |---|---|---|
   | 08/06/13 | Inv#ORD0000390317, ck#706922, store # | ($24.16) |
   | 08/06/13 | Inv#ORD0000292641, ck#706922, store #4232 | ($101.63) |
   | 08/07/13 | Inv#ORD0000290378, ck#706970, store #6236 | ($78.11) |
   | 08/29/13 | Inv#ORD0000294506, ck#708796, store #4323 | ($41.82) |

   **Department #210401**
   | | | |
   |---|---|---|
   | 08/30/13 | Order #I02191732, ck#708881, store #4323 | ($110.78) |

   **Gary Gaudio**
   | | | |
   |---|---|---|
   | 08/29/13 | Endicia postage, confirm#102412, ck#708844, store #4323 | ($19.95) |
   | 08/29/13 | Endicia postage, confirm#163720, ck#708844, store #6236 | ($100.00) |
   | 08/29/13 | Endicia postage, confirm#143408, ck#708844, store #4323 | ($100.00) |
   | 08/29/13 | Endicia postage, confirm#143523 $150 less $106.90 tollway violation, ck#708844, store #4323 | ($43.10) |
   | 08/29/13 | Endicia postage, confirm#184356, ck#708844, store #6236 | ($100.00) |

   **Denise Gay -store #6236 Manager**
   | | | |
   |---|---|---|
   | 08/28/13 | Mileage reimbursement 7/2/13-8/6/13, ck#708713 | ($198.88) |
   | 08/30/13 | Mileage reimbursement 8/13/13-8/26/13, ck#708880 | ($194.93) |

   | | | |
   |---|---|---|
   | 08/28/13 | Dianna Lienard -store #4323 Manager Mileage reimbursement 7/3/13-7/30/13, ck#708714 | ($83.06) |

   **Monster Shred**
   | | | |
   |---|---|---|
   | 08/29/13 | Invoice #20336, ck#708813, store #4323 | ($45.00) |
   | 08/30/13 | Invoice #20361, ck#708909, store #4323 | ($45.00) |

   **Shanell, Inc.**
   | | | |
   |---|---|---|
   | 08/07/13 | Pro-rated July 2013 rent, ck#706935, store #6236 | ($677.30) |

| | | | |
|---|---|---|---|
| 08/08/13 | August 2013 rent, ck#707034, store #6236 | ($1,615.00) | |
| 08/29/13 | September 2013 rent, ck#708823, store #6236 | ($1,615.00) | |
| | Travelers | | |
| 08/30/13 | Qtrly comm ins, Policy#Isub1D62194513, ck#708917 | ($1,092.00) | |
| | Uline | | |
| 08/06/13 | Inv#52497699, ck#706908, store #4323 | ($100.38) | |
| 08/29/13 | Inv#52428654, ck#708831, store #6236 | ($344.62) | |
| 08/30/13 | Inv#52724654, ck#708918, store #6236 | ($625.42) | |
| | UPS Freight | | |
| 08/29/13 | Stmt #22315200, ck# 708833, store #4323 | ($210.10) | |
| | Westfield Insurance | | |
| 08/30/13 | Policy #BSP7600709, ck#708921 | ($125.00) | |
| 08/30/13 | Policy #BOP7598934, ck#708922 | ($369.76) | |
| | Total | | ($8,853.40) |

4 Illinois Department of revenue

| | | | |
|---|---|---|---|
| 08/23/13 | Sale & Use Tax, June 2013, ck#708213 | ($512.00) | |
| 08/27/13 | Sale & Use Tax, July 2013, ck#708656 | ($604.00) | |
| | Total | | ($1,116.00) |

**TOTAL DISBURSEMENTS**   ($31,029.40)

## IV. GAUDIO RETAIL, LLC -CHECKING ACCOUNT #8100373540

**A. RECEIPTS**

1 UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| | | |
|---|---|---|
| 08/01/13 | Daily Business Deposits -Cash for 7/31/13 | $360.11 |
| 08/02/13 | Daily Business Deposits -Cash for 8/1/13 | $193.57 |
| 08/05/13 | Daily Business Deposits -Cash for 8/2/13 | $323.12 |
| 08/05/13 | Daily Business Deposits -Cash for 8/3/13 | $182.80 |
| 08/06/13 | Daily Business Deposits -Cash for 8/5/13 | $479.31 |
| 08/07/13 | Daily Business Deposits -Cash for 8/6/13 | $232.01 |
| 08/08/13 | Daily Business Deposits -Cash for 8/7/13 | $241.73 |
| 08/09/13 | Daily Business Deposits -Cash for 8/8/13 | $1,170.08 |
| 08/12/13 | Daily Business Deposits -Cash for 8/9/13 | $84.82 |
| 08/12/13 | Daily Business Deposits -Cash for 8/10/13 | $95.95 |
| 08/13/13 | Daily Business Deposits -Cash for 8/12/13 | $646.10 |
| 08/15/13 | Daily Business Deposits -Cash for 8/13/13 | $134.17 |
| 08/15/13 | Daily Business Deposits -Cash for 8/14/13 | $133.09 |
| 08/16/13 | Daily Business Deposits -Cash for 8/15/13 | $149.96 |
| 08/19/13 | Daily Business Deposits -Cash for 8/16/13 | $210.37 |
| 08/19/13 | Daily Business Deposits -Cash for 8/17/13 | $258.34 |
| 08/20/13 | Daily Business Deposits -Cash for 8/19/13 | $137.48 |
| 08/21/13 | Daily Business Deposits -Cash for 8/20/13 | $332.37 |
| 08/22/13 | Daily Business Deposits -Cash for 8/21/13 | $155.00 |
| 08/26/13 | Daily Business Deposits -Cash for 8/22/13 | $592.45 |
| 08/26/13 | Daily Business Deposits -Cash for 8/23/13 | $251.87 |
| 08/26/13 | Daily Business Deposits -Cash for 8/24/13 | $1,456.29 |
| 08/27/13 | Daily Business Deposits -Cash for 8/26/13 | $379.81 |
| 08/28/13 | Daily Business Deposits -Cash for 8/27/13 | $265.19 |
| 08/29/13 | Daily Business Deposits -Cash for 8/28/13 | $145.21 |

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/30/13 | Daily Business Deposits -Cash for 8/29/13 | $164.10 | |
| | Total | | $8,775.30 |

**2  UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821**

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/08/13 | Visa/Master Card/ Discover Deposits 8/6/13 | $2,071.46 | |
| 08/09/13 | Visa/Master Card/ Discover Deposits 8/7/13 | $778.83 | |
| 08/12/13 | Visa/Master Card/ Discover Deposits 8/8/13 | $946.68 | |
| 08/13/13 | Visa/Master Card/ Discover Deposits 8/9/13 | $1,102.62 | |
| 08/13/13 | Visa/Master Card/ Discover Deposits 8/10/13 | $542.52 | |
| 08/14/13 | Visa/Master Card/ Discover Deposits 8/12/13 | $1,751.24 | |
| 08/15/13 | Visa/Master Card/ Discover Deposits 8/13/13 | $1,666.27 | |
| 08/16/13 | Visa/Master Card/ Discover Deposits 8/14/13 | $1,130.76 | |
| 08/19/13 | Visa/Master Card/ Discover Deposits 8/15/13 | $799.40 | |
| 08/20/13 | Visa/Master Card/ Discover Deposits 8/16/13 | $787.99 | |
| 08/20/13 | Visa/Master Card/ Discover Deposits 8/17/13 | $388.30 | |
| 08/21/13 | Visa/Master Card/ Discover Deposits 8/19/13 | $1,890.51 | |
| 08/22/13 | Visa/Master Card/ Discover Deposits 8/20/13 | $1,932.89 | |
| 08/23/13 | Visa/Master Card/ Discover Deposits 8/21/13 | $940.80 | |
| 08/26/13 | Visa/Master Card/ Discover Deposits 8/22/13 | $774.64 | |
| 08/27/13 | Visa/Master Card/ Discover Deposits 8/23/13 | $1,123.42 | |
| 08/27/13 | Visa/Master Card/ Discover Deposits 8/24/13 | $391.03 | |
| 08/28/13 | Visa/Master Card/ Discover Deposits 8/26/13 | $1,582.64 | |
| 08/29/13 | Visa/Master Card/ Discover Deposits 8/27/13 | $987.73 | |
| 08/30/13 | Visa/Master Card/ Discover Deposits 8/28/13 | $1,122.96 | |
| | Total | | $22,712.69 |

**3  UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832**

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/02/13 | Daily Business Deposits -Cash for 7/31/13 | $160.73 | |
| 08/02/13 | Daily Business Deposits -Cash for 8/1/13 | $55.49 | |
| 08/06/13 | Daily Business Deposits -Cash for 8/2/13 | $44.91 | |
| 08/06/13 | Daily Business Deposits -Cash for 8/3/13 | $104.10 | |
| 08/06/13 | Daily Business Deposits -Cash for 8/5/13 | $237.92 | |
| 08/07/13 | Daily Business Deposits -Cash for 8/6/13 | $99.11 | |
| 08/09/13 | Daily Business Deposits -Cash for 8/7/13 | $75.76 | |
| 08/09/13 | Daily Business Deposits -Cash for 8/8/13 | $366.15 | |
| 08/12/13 | Daily Business Deposits -Cash for 8/9/13 | $232.89 | |
| 08/12/13 | Daily Business Deposits -Cash for 8/10/13 | $32.54 | |
| 08/13/13 | Daily Business Deposits -Cash for 8/12/13 | $273.27 | |
| 08/16/13 | Daily Business Deposits -Cash for 8/13/13 | $244.98 | |
| 08/16/13 | Daily Business Deposits -Cash for 8/14/13 | $198.27 | |
| 08/16/13 | Daily Business Deposits -Cash for 8/15/13 | $106.01 | |
| 08/19/13 | Daily Business Deposits -Cash for 8/16/13 | $83.09 | |
| 08/20/13 | Daily Business Deposits -Cash for 8/17/13 | $14.80 | |
| 08/26/13 | Daily Business Deposits -Cash for 8/19/13 | $523.01 | |
| 08/26/13 | Daily Business Deposits -Cash for 8/20/13 | $114.70 | |
| 08/26/13 | Daily Business Deposits -Cash for 8/21/13 | $142.54 | |
| 08/26/13 | Daily Business Deposits -Cash for 8/22/13 | $221.00 | |
| 08/28/13 | Daily Business Deposits -Cash for 8/23/13 | $315.06 | |
| 08/28/13 | Daily Business Deposits -Cash for 8/24/13 | $20.71 | |
| 08/29/13 | Daily Business Deposits -Cash for 8/26/13 | $221.36 | |
| 08/29/13 | Daily Business Deposits -Cash for 8/27/13 | $108.60 | |
| 08/29/13 | Daily Business Deposits -Cash for 8/28/13 | $378.19 | |
| 08/30/13 | Daily Business Deposits -Cash for 8/29/13 | $159.93 | |
| | Total | | $4,534.82 |

4  UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/08/13 | Visa/Master Card/ Discover Deposits 8/6/13 | $291.64 | |
| 08/09/13 | Visa/Master Card/ Discover Deposits 8/7/13 | $199.72 | |
| 08/12/13 | Visa/Master Card/ Discover Deposits 8/8/13 | $155.23 | |
| 08/12/13 | American Express Settlement | $37.90 | |
| 08/13/13 | Visa/Master Card/ Discover Deposits 8/9/13 | $278.23 | |
| 08/13/13 | Visa/Master Card/ Discover Deposits 8/10/13 | $97.14 | |
| 08/14/13 | Visa/Master Card/ Discover Deposits 8/12/13 | $586.90 | |
| 08/15/13 | Visa/Master Card/ Discover Deposits 8/13/13 | $126.85 | |
| 08/16/13 | Visa/Master Card/ Discover Deposits 8/14/13 | $249.38 | |
| 08/19/13 | Visa/Master Card/ Discover Deposits 8/15/13 | $134.20 | |
| 08/20/13 | Visa/Master Card/ Discover Deposits 8/16/13 | $518.98 | |
| 08/20/13 | Visa/Master Card/ Discover Deposits 8/17/13 | $66.65 | |
| 08/22/13 | Visa/Master Card/ Discover Deposits 8/20/13 | $247.08 | |
| 08/23/13 | Visa/Master Card/ Discover Deposits 8/21/13 | $69.57 | |
| 08/26/13 | Visa/Master Card/ Discover Deposits 8/22/13 | $478.98 | |
| 08/26/13 | American Express Settlement | $58.40 | |
| 08/26/13 | American Express Settlement | $14.59 | |
| 08/27/13 | Visa/Master Card/ Discover Deposits 8/23/13 | $57.27 | |
| 08/27/13 | Visa/Master Card/ Discover Deposits 8/24/13 | $193.82 | |
| 08/28/13 | Visa/Master Card/ Discover Deposits 8/26/13 | $314.41 | |
| 08/29/13 | Visa/Master Card/ Discover Deposits 8/27/13 | $113.98 | |
| 08/30/13 | Visa/Master Card/ Discover Deposits 8/28/13 | $261.51 | |
| | Total | | $4,552.43 |

5  First Midwest Bank -Trust Account #210061016

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/01/13 | Transfer of funds to cover payroll | $5,000.00 | |
| 08/09/13 | Transfer of funds to cover operations | $16,000.00 | |
| | Total | | $21,000.00 |

**TOTAL RECEIPTS**　　　　　　　　　　　　　　　　　　　　　　　　　$61,575.24

## B. DISBURSEMENTS

1  ADP

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/02/13 | Taxes for Payroll 8/2/13 -both stores | ($1,486.95) | |
| 08/02/13 | Payroll 8/2/13 -both stores | ($4,081.78) | |
| 08/06/13 | Processing fee | ($348.12) | |
| 08/16/13 | Taxes for Payroll 8/16/13 -both stores | ($1,512.56) | |
| 08/16/13 | Payroll 8/16/13 -both stores | ($4,090.05) | |
| 08/29/13 | Taxes for Payroll 8/30/13 -both stores | ($1,499.87) | |
| 08/29/13 | Payroll 8/30/13 -both stores | ($4,124.83) | |
| 08/29/13 | Processing fee | ($46.94) | |
| | TOTAL | | ($17,191.10) |

2  American Express

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/12/13 | Settlement Charge | ($4.80) | |
| | Total | | ($4.80) |

3  Paymentech

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/21/13 | Monthly fee, store #4323 | ($755.01) | |
| 08/21/13 | Monthly fee, store #6236 | ($235.51) | |
| | Total | | ($990.52) |

4  UPS

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 08/21/13 | Freight Charges, store #4323 | ($6,966.52) | |

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/21/13 | Freight Charges, store #6236 | ($1,753.92) | |
| 08/23/13 | Freight Charges, store #4323 | ($2,959.48) | |
| 08/23/13 | Freight Charges, store #6236 | ($1,107.10) | |
| 08/29/13 | Royalty Fees, store #4323 | ($1,860.62) | |
| 08/29/13 | Royalty Fees, store #6236 | ($722.20) | |
| 08/30/13 | Freight Charges, store #4323 | ($4,209.80) | |
| 08/30/13 | Freight Charges, store #6236 | ($880.85) | |
| | | | ($20,460.49) |

5  United States Postal Service
| 08/05/13 | Postage meter replenishment Store # 4323 | ($500.00) | |
| 08/05/13 | Postage meter replenishment Store # 6236 | ($500.00) | |
| | Total | | ($1,000.00) |

**TOTAL DISBURSEMENTS**  ($39,636.91)

## V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318

### A. RECEIPTS

1  American Express -UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/02/13 | Settlement Received | $15.09 | |
| 08/09/13 | Settlement Received | $2.50 | |
| 08/12/13 | Settlement Received | $50.24 | |
| 08/12/13 | Settlement Received | $105.90 | |
| 08/13/13 | Settlement Received | $114.42 | |
| 08/16/13 | Settlement Received | $32.75 | |
| 08/19/13 | Settlement Received | $157.19 | |
| 08/19/13 | Settlement Received | $213.30 | |
| 08/20/13 | Settlement Received | $51.95 | |
| 08/21/13 | Settlement Received | $28.76 | |
| 8/23/2013 | Settlement Received | $68.82 | |
| 08/26/13 | Settlement Received | $54.25 | |
| 08/26/13 | Settlement Received | $195.14 | |
| 08/27/13 | Settlement Received | $85.04 | |
| 08/30/13 | Settlement Received | $87.69 | |
| | TOTAL | | $1,263.04 |

2  UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/01/13 | Visa/Master Card/ Discover Deposits | $1,502.51 | |
| 08/02/13 | Visa/Master Card/ Discover Deposits | $1,234.94 | |
| 08/05/13 | Visa/Master Card/ Discover Deposits | $1,826.42 | |
| 08/06/13 | Visa/Master Card/ Discover Deposits | $784.01 | |
| 08/06/13 | Visa/Master Card/ Discover Deposits | $1,899.01 | |
| 08/07/13 | Visa/Master Card/ Discover Deposits | $1,342.56 | |
| | TOTAL | | $8,589.45 |

3  UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/01/13 | Visa/Master Card/ Discover Deposits | $130.04 | |
| 08/02/13 | Visa/Master Card/ Discover Deposits | $110.46 | |
| 08/05/13 | Visa/Master Card/ Discover Deposits | $80.06 | |
| 08/06/13 | Visa/Master Card/ Discover Deposits | $50.55 | |
| 08/06/13 | Visa/Master Card/ Discover Deposits | $92.30 | |
| 08/07/13 | Visa/Master Card/ Discover Deposits | $238.34 | |
| | TOTAL | | $701.75 |

4 UPS

| | | | |
|---|---|---|---|
| 07/31/13 | ACH return of 7/31/13 UPS Shipping below, store 4323 | $1,417.96 | |
| 07/31/13 | ACH return of 7/31/13 UPS Shipping below, store 6236 | $3,357.17 | |
| | TOTAL | | $4,775.13 |

**TOTAL RECEIPTS** $15,329.37

**B. DISBURSEMENTS**

1 CIBM Bank

| | | | |
|---|---|---|---|
| 08/07/13 | Overdraft fee | ($100.00) | |
| | TOTAL | | ($100.00) |

2 First Midwest Bank -Trust Account #210061016

| | | | |
|---|---|---|---|
| 08/07/13 | Remittance to Trust account per court order | ($16,113.20) | |
| | Total | | ($16,113.20) |

**TOTAL DISBURSEMENTS** ($16,213.20)

## RECAPITULATION

**BEGINNING BALANCE AS OF 8/1/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | ($43,357.12) |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $61,120.22 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $0.00 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $4,796.04 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $7,429.07 |
| **TOTAL** | **$29,988.21** |

**RECEIPTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $1,466,749.21 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $1,114,796.51 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $52,018.02 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $61,575.24 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $15,329.37 |
| **TOTAL** | **$2,710,468.36** |

**DISBURSEMENTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | ($1,204,125.62) |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | ($1,058,093.15) |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | ($31,029.40) |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | ($39,636.91) |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | ($16,213.20) |
| **TOTAL** | **($2,349,098.28)** |

**CLOSING BALANCE AS OF 8/31/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $219,266.78 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $117,823.58 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $20,988.62 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $26,734.37 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $6,545.24 |
| **TOTAL** | **$391,358.60** |

| | |
|---|---:|
| **BEGINNING BALANCE AS OF 8/1/13** | $29,988.21 |
| **RECEIPTS** | $2,710,468.36 |
| **DISBURSEMENTS** | ($2,349,098.28) |
| **CLOSING BALANCE AS OF 8/31/13** | $391,358.60 |

The undersigned Administrator, now moves the Court to approve of its acts as above set forth, and having made and taken receipts therefore and presented to this court, ask to be approved; all of which is respectfully submitted.

FIRST MIDWEST BANK / TRUST DIVISION

By: _____
Angela E. Hart, Esq.
Vice President
Division Mgr for Estates & Contested Trusts

**STATE OF ILLINOIS**                              )
                                                    )   SS
**CENTRAL DISTRICT OF ILLINOIS**                    )

Angela E. Hart, Esq., on behalf of First Midwest Bank Trust Division, being first duly sworn, says that she is a Vice President and Trust Officer of First Midwest Bank / Trust Division, and is duly authorized to make this affidavit on its behalf, and which is the duly appointed and qualified Custodian Earl Gaudio & Son, Inc.; that the undersigned have examined the above and foregoing account by me subscribed and that the same is true in substance and in fact; and that the assets of said Estate are kept separate and distinct from the assets of said Bank. Affiants further certify that First Midwest Bank / Trust Division holds in its files vouchers covering all the disbursements shown in the above accounting.

First Midwest Bank, as
Custodian of Earl Gaudio & Son, Inc.

By: _____

this 20th day of September, A.D., 2013

Rebecca Chamberlin Little



REBECCA CHAMBERLIN LITTLE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 20, 2016

G:\AH\Gaudio,Earl\7.19-7.31Accounting.xls