**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No.: 13-90942 |
| | ) | |
| Debtor. | ) | |

## FOURTH CURRENT ACCOUNT
## SUMMARY SHEET

I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8

| | |
|---|---:|
| BEGINNING BALANCE AS OF 9/1/13 | $219,266.78 |
| RECEIPTS | $675,812.51 |
| INVESTMENT SALES AND INCOME | $1.41 |
| DISBURSEMENTS | ($411,431.29) |
| CLOSING BALANCE AS OF 9/30/13 | $483,649.41 |

II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433

| | |
|---|---:|
| BEGINNING BALANCE AS OF 9/1/13 | $117,823.58 |
| RECEIPTS | $716,354.22 |
| DISBURSEMENTS | ($716,501.09) |
| CLOSING BALANCE AS OF 9/30/13 | $117,676.71 |

III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6

| | |
|---|---:|
| BEGINNING BALANCE AS OF 9/1/13 | $20,988.62 |
| RECEIPTS | $21,545.43 |
| DISBURSEMENTS | ($21,769.27) |
| CLOSING BALANCE AS OF 9/30/13 | $20,764.78 |

IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540

| | |
|---|---:|
| BEGINNING BALANCE AS OF 9/1/13 | $26,734.37 |
| RECEIPTS | $55,670.38 |
| DISBURSEMENTS | ($54,467.89) |
| CLOSING BALANCE AS OF 9/30/13 | $27,936.86 |

V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318

| | |
|---|---:|
| BEGINNING BALANCE AS OF 9/1/13 | $6,545.24 |
| RECEIPTS | $0.00 |
| DISBURSEMENTS | ($6,545.24) |
| CLOSING BALANCE AS OF 9/30/13 | $0.00 |

VI. EARL GAUDIO & SON, INC. -SALE

| | |
|---|---:|
| BEGINNING BALANCE AS OF 9/1/13 | $0.00 |
| RECEIPTS | $9,549,450.73 |
| DISBURSEMENTS | ($499,000.00) |
| PURCHASES | ($7,299,720.05) |
| CLOSING BALANCE AS OF 9/30/13 | $1,750,730.68 |

Attorney:  Ben T. Caughey
            Ice Miller LLP
            One American Square, Suite 3100
            Indianapolis, IN 46280  (317) 236-2493

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF VERMILION | ) |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No.: 13-90942 |
| | ) | |
| | ) | |

### FOURTH COURT ACCOUNTING

The undersigned, First Midwest Bank/Trust Division, under penalties of perjury, heretofore duly qualified and appointed Custodian of Earl Gaudio & Son, Inc., respectfully submits to this Honorable Court the following statement of its receipts and disbursements from the filing of its Chapter 11 bankruptcy petition on September 1, 2013 to September 30, 2013, and prays to have the same approved.

**I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8**

**A. ASSETS ON HAND AS OF SEPTEMBER 1, 2013**

| | |
|---|---|
| Warehouse<br>1803 Georgetown Rd.<br>Tilton, IL 61833<br>PIN: 23-20-300-089-0060 | $4,450,000.00 |
| Ally-Northern Trust -Account #90009013037822 | $209.73 |
| Bank of America -Account #8188516912 | $214,162.85 |
| Fifth Third Bank -Account #7684807747 (Chips Division) | |
| First Merchants Bank -Account #9001144712 (Chips Division) | $603.02 |
| Regions Bank -Account #96564067 (1803 LLC) | |
| Regions Bank -Account #80087490684 (EG&S) | $5,547.07 |

**ASSETS ON HAND AS OF SEPTEMBER 1, 2013**     $4,670,522.67

## B. RECEIPTS

**1 Ally Financial**
| | | | |
|---|---|---:|---:|
| 09/11/13 | To close note #9013037822, ck# 1906, dtd 9/3/13 | $209.99 | |
| | Total | | $209.99 |

**2 Brewers Distributing Company**
| | | | |
|---|---|---:|---:|
| 09/18/13 | Payment on account, ck# 8386, dtd 9/5/13 | $658.26 | |
| | Total | | $658.26 |

**3 Campbell's Georgetown, Inc.**
| | | | |
|---|---|---:|---:|
| 09/19/13 | Payment on account, ck# 14574, dtd 9/6/13 | $177.50 | |
| | Total | | $177.50 |

**4 Clark County Fuels, LLC (Marshall Marathon)**
| | | | |
|---|---|---:|---:|
| 09/06/13 | Payment on account, ck# 10341, dtd 8/28/13 | $2,679.56 | |
| 09/19/13 | Payment on account, ck# 10372, dtd 9/4/13 | $954.68 | |
| 09/27/13 | Payment on account, ck# 10381, dtd 9/16/13 | $2,253.01 | |
| | Total | | $5,887.25 |

**5 Covington Foods Management**
| | | | |
|---|---|---:|---:|
| 09/20/13 | Payment on account, ck# 214890, dtd 9/13/13 | $4,050.91 | |
| | Total | | $4,050.91 |

**6 First Merchants Bank**
| | | | |
|---|---|---:|---:|
| 09/27/13 | To close account #9001144712, ck# 140417, dtd 9/23/13 | $1,072.54 | |
| | Total | | $1,072.54 |

**7 First Midwest Bank Checking Account #8100373433**
| | | | |
|---|---|---:|---:|
| 09/03/13 | Transfer funds to Trust Account to fund operations | $75,000.00 | |
| 09/04/13 | Transfer funds to Trust Account to fund operations | $60,000.00 | |
| 09/06/13 | Transfer funds to Trust Account to fund operations | $80,000.00 | |
| 09/09/13 | Transfer funds to Trust Account to fund operations | $80,000.00 | |
| 09/17/13 | Transfer funds to Trust Account to fund operations | $261,000.00 | |
| 09/19/13 | Transfer funds to Trust Account to fund operations | $100,000.00 | |
| | Total | | $656,000.00 |

**8 Fortress PC**
| | | | |
|---|---|---:|---:|
| 09/19/13 | Payment on account, ck#3574, dtd 8/15/13 | $453.50 | |
| | Total | | $453.50 |

**9 Frenz & Schmidtknecht (Montana Mike's Steakhouse)**
| | | | |
|---|---|---:|---:|
| 09/10/13 | Payment on account, ck#32030, dtd 8/30/13 | $73.35 | |
| 09/18/13 | Payment on account, ck#32059, dtd 9/6/13 | $131.25 | |
| 09/20/13 | Payment on account, ck#32098, dtd 9/20/13 | $71.80 | |
| | Total | | $276.40 |

**10 Richard Gardner**
| | | | |
|---|---|---:|---:|
| 09/10/13 | Pmnt for Cobra -Health Alliance, ck#6715, dtd 9/2/13 | $641.88 | |
| | Total | | $641.88 |

**11 Dennis Gaudio**
| | | | |
|---|---|---:|---:|
| 09/10/13 | Pmnt for Cobra -Principal, ck#1054, July-Sept | $176.04 | |
| | Total | | $176.04 |

**12 Eric Gaudio**

|  |  |  |  |
|---|---|---|---|
| 09/30/13 | Pmnt for Cobra -Principal, ck#367, dtd 9/17/13 | $56.48 | |
| 09/30/13 | Pmnt for Cobra -Health Alliance, ck#368, dtd 9/17/13 | $326.40 | |
| | Total | | $382.88 |

**13  I & I Deli, Inc.**
| 09/04/13 | Payment on account, ck#18348, dtd 8/14/13 | $382.70 | |
| 08/29/13 | Payment on account, ck#18403, dtd 9/6/13 | $588.74 | |
| | Total | | $971.44 |

**14  St. Mary's Church**
| 09/24/13 | Payment on account, ck#2209, dtd 9/7/13 | $2,635.75 | |
| | Total | | $2,635.75 |

**15  Todd's Auto Body**
| 09/24/13 | Payment on account, ck#26896, dtd 9/13/13 | $194.90 | |
| | Total | | $194.90 |

**16  Vermilion Association for Special Education**
| 09/12/13 | Payment on account, ck#55094, dtd 8/30/13 | $300.00 | |
| | Total | | $300.00 |

**17  Watson-Blair, Inc.**
| 09/19/13 | Payment on account, ck#52034, dtd 9/10/13 | $380.81 | |
| | Total | | $380.81 |

**18  Wortman-Meyer Properties, LLC (Danville Marathon)**
| 09/20/13 | Payment on account, ck#19988, dtd 9/9//13 | $1,342.76 | |
| | Total | | $1,342.76 |

**TOTAL RECEIPTS** — **$675,812.51**

## C. INVESTMENT SALES AND INCOME
**1  Nt Institutional Government Select Fund**
| 09/03/13 | Dividend to 8/31/13 | $1.41 | |
| | Total | | $1.41 |

**TOTAL INVESTMENT SALES AND INCOME** — **$1.41**

## D. DISBURSEMENTS
**1  Allied Waste**
| 09/17/13 | Garbage service 7/20/13-9/30/13, ck#709713 | ($473.11) | |
| | Total | | ($473.11) |

**2  Ameren Illinois**
| 09/18/13 | Electric & gas service 7/26/13-8/26/13, ck#709777 | ($2,802.82) | |
| 09/30/13 | Security Deposit. Ck#710816 | ($1,612.00) | |
| | | | ($4,414.82) |

**3  Anheuser Busch Co, Inc.**
| 09/03/13 | Wire transfer for orders #47 and #48 | ($46,134.97) | |
| 09/06/13 | Wire transfer for orders #49, #50, #51 | ($82,889.94) | |
| 09/09/13 | Wire transfer for orders #52 and #53 | ($47,255.25) | |
| 09/11/13 | Wire transfer for orders #54 | ($29,409.80) | |
| 09/12/13 | Wire transfer for orders #55 | ($22,996.83) | |

| | | | | |
|---|---|---|---:|---:|
| | 09/13/13 | Wire transfer for orders #56 and #57 | ($47,610.84) | |
| | | Total | | ($275,297.63) |
| 4 | ADP | | | |
| | 09/12/13 | Wire transfer to pay payroll taxes paydate 9/13/13 | ($13,004.62) | |
| | 09/20/13 | Wire transfer to pay payroll fees paydate 6/29 and 7/13 | ($419.86) | |
| | 09/26/13 | Wire transfer to pay payroll taxes paydate 9/27/13 | ($15,789.14) | |
| | | Total | | ($29,213.62) |
| 5 | Alarmax | | | |
| | 09/30/13 | Service 8/1/13-10/31/13, ck#710856, inv#R23506 | ($90.00) | |
| | 09/30/13 | Repair 2 overhead door sensors, ck#710856, inv#P5234 | ($329.49) | |
| | | | | ($419.49) |
| 6 | Aqua Illinois | | | |
| | 09/10/13 | Water service 7/19/13 - 8/22/13, ck#709320 | ($234.66) | |
| | 09/10/13 | Sewer service 7/19/13 - 8/22/13, ck#709320 | ($45.00) | |
| | | Total | | ($279.66) |
| 7 | Tony Baszis | | | |
| | 09/04/13 | Reimbursement for gas, invoice#114046, ck#709031, Chevy Truck Vin #5887 | ($35.00) | |
| | | Total | | ($35.00) |
| 8 | Constellation Newenergy, Inc. | | | |
| | 09/26/13 | Electric supplier, 1803 Georgetown Rd, 7/20/13-8/26/13, ck#710611 | ($1,846.66) | |
| | 09/26/13 | Electric supplier, 1610 Georgetown Rd, 7/19/13-7/27/13, ck#710611 | ($141.72) | |
| | | Total | | ($1,988.38) |
| 9 | Director of Employment Security | | | |
| | 09/16/13 | 2nd Qtr 2013 UI-3/40, ck#709622 | ($5,729.69) | |
| | | Total | | ($5,729.69) |
| 10 | Directv | | | |
| | 09/17/13 | Service 8/22/13-9/21/13, ck#709729, AB signal | ($3.44) | |
| | | Total | | ($3.44) |
| 11 | DTI office Solutions | | | |
| | 09/18/13 | Sept rental fee & Aug overage charge | ($572.89) | |
| | | Total | | ($572.89) |
| 12 | Employers | | | |
| | 09/30/13 | Worker's Comp & Emplyer Lib, October premium, ck#710831 | ($3,431.74) | |
| | | Total | | ($3,431.74) |
| 13 | First Midwest Bank | | | |
| | 09/30/13 | Purchase an Official ck payable to Illinois Tollway, ck#710834, notice#VS132125046 | ($356.90) | |
| | | 10 wire fees processed throughout month @ $30 each | ($300.00) | |
| | | Total | | ($656.90) |
| 14 | Health Alliance Medical Plans | | | |
| | 09/03/13 | Wire transfer, Sept premium | ($7,635.00) | |
| | | Total | | ($7,635.00) |

| # | Payee / Description | | Amount | Total |
|---|---|---|---:|---:|
| 15 | **Illini FS** | | | |
| | 09/09/13 | ck#709236, inv#134548 | ($4,593.72) | |
| | | Total | | ($4,593.72) |
| 16 | **Illinois Department of Revenue** | | | |
| | 09/16/13 | 2nd Qtr 2013 Form IL-941, ck#709621 | ($5,277.00) | |
| | | Total | | ($5,277.00) |
| 17 | **ING National Trust** | | | |
| | 09/13/13 | 401K loan repayment (June-Aug), Eric Baxter, ck#709552 | ($381.40) | |
| | | Total | | ($381.40) |
| 18 | **Newwave Communications** | | | |
| | 09/26/13 | Service 9/13/13-10/12/13, ck#710586 | ($100.00) | |
| | | Total | | ($100.00) |
| 19 | **Paetec** | | | |
| | 09/26/13 | Windstream telephone, service 9/4/13-10/3/13, ck#710590 | ($1,597.24) | |
| | | Total | | ($1,597.24) |
| 20 | **Principal Financial Group** | | | |
| | 09/05/13 | Premium 8/1/13-9/30/13, account#1009000-10001, ck#709125 | ($1,909.92) | |
| | | Total | | ($1,909.92) |
| 21 | **Regions Bank** | | | |
| | 09/30/13 | Subpoena production fees, matter#28-278087, ck#710838 | ($108.00) | |
| | | Total | | ($108.00) |
| 22 | **Skeff Distributing Company, Inc.** | | | |
| | 09/05/13 | ck#694950, inv#268877 | ($14,409.54) | |
| | 09/11/13 | ck#694951, inv#269939 | ($8,499.03) | |
| | | Total | | ($22,908.57) |
| 23 | **Technical Maintenance Support** | | | |
| | 09/30/13 | Invoice#0242954, dtd 9/16/13, ck#710846 | ($67.65) | |
| | | Total | | ($67.65) |
| 24 | **United States Treasury** | | | |
| | 09/16/13 | 2nd Qtr 2013 Form 941, ck#709623 | ($40,241.65) | |
| | | Total | | ($40,241.65) |
| 25 | **Verizon Wireless** | | | |
| | 09/17/13 | Service 7/20/13-8/23/13, ck#709754 | ($1,840.86) | |
| | | Total | | ($1,840.86) |
| 26 | **Vermont Information Processing, Inc.** | | | |
| | 09/30/13 | Invoice#813632, dtd 8/23/13, ck#710848 | ($253.91) | |
| | | Total | | ($253.91) |
| 27 | **Whitsitt & Associates, Inc.** | | | |
| | 09/10/13 | Appraisal fee 1803 Georgetown Rd, ck#709316 | ($2,000.00) | |
| | | Total | | ($2,000.00) |

**TOTAL DISBURSEMENTS** ($411,431.29)

E. **ASSETS ON HAND AS OF SEPTEMBER 30, 2013**

| | |
|---|---:|
| Warehouse<br>1803 Georgetown Rd.<br>Tilton, IL 61833<br>PIN: 23-20-300-089-0060 | $4,450,000.00 |
| Ally-Northern Trust -Account #90009013037822 | $0.00 |
| Bank of America -Account #8188516912 | $301,082.45 |
| Chicago Title Escrow Account for Inventory Hold Back | $20,250.00 |
| Fifth Third Bank -Account #7654807747 (Chips Division) | |
| First Merchants Bank -Account #9001144712 (Chips Division) | $0.00 |
| Regions Bank -Account #96664067 (1803 LLC) | |
| Regions Bank -Account #80067490684 (EG&S) | $6,547.07 |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 |
| Security Deposit -Ameren Illinois | $1,612.00 |

**ASSETS ON HAND AS OF SEPTEMBER 30, 2013**     **$4,803,491.52**

F. **LIABILITIES AS OF SEPTEMBER 30, 2013**

| | |
|---|---:|
| Line of Credit Promissory Note -Mr. Earl Gaudio, $750,000,<br>dtd 8/1/13, @ 5%, due 8/1/15 | ($375,000.00) |

**LIABILITIES AS OF SEPTEMBER 30, 2013**     **($375,000.00)**

---

II. **EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433**

A. **RECEIPTS**

1 ADP

| | | | |
|---|---|---:|---:|
| 09/17/13 | Return of 8/9 debit error of fees | $101.80 | |
| | Total | | $101.80 |

2 Anheuser-Busch

| | | | |
|---|---|---:|---:|
| 09/03/13 | CM 234850C, Inv#155758, Inv#161139 and true up of prepaid<br>wires to actual invoices, orders 28-36 | $6,691.92 | |
| 09/10/13 | Credit Memo 264594C -pallet credit | $9,915.00 | |
| 09/12/13 | True up of prepaid wires to actual invoices, orders 37-43 | $4,581.15 | |
| 09/16/13 | Credit Memo 527263D | $46,710.00 | |
| 09/19/13 | CM 303322C, Inv#225734, Inv#230258, Inv#239138,<br>Inv#298996 and true up of prepaid wires to actual invoices,<br>orders 44-51 | $8,036.16 | |
| | Total | | $75,934.23 |

3 Earl Gaudio & Son, Inc.

| | | | |
|---|---|---:|---:|
| 09/03/13 | Daily Business Deposits -Cash for 8/30/13 | $56,646.02 | |

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/04/13 | Daily Business Deposits -Cash for 9/3/13 | $38,711.07 | |
| 09/04/13 | Daily Business Deposits -Cash for 9/3/13 | $1,154.20 | |
| 09/05/13 | Daily Business Deposits -Cash for 9/4/13 | $29,577.38 | |
| 09/06/13 | Daily Business Deposits -Cash for 9/5/13 | $51,239.85 | |
| 09/06/13 | Daily Business Deposits -Cash for 9/5/13 | $295.94 | |
| 09/09/13 | Daily Business Deposits -Cash for 9/7/13 | $42,917.87 | |
| 09/11/13 | Daily Business Deposits -Cash for 9/8/13 | $40,671.66 | |
| 09/12/13 | Daily Business Deposits -Cash for 9/10/13 | $30,640.25 | |
| 09/12/13 | Daily Business Deposits -Cash for 9/10/13 | $986.83 | |
| 09/13/13 | Daily Business Deposits -Cash for 9/11/13 | $49,911.22 | |
| 09/16/13 | Daily Business Deposits -Cash for 9/12/13 | $34,615.74 | |
| 09/17/13 | Daily Business Deposits -Cash for 9/13/13 | $33,714.57 | |
| 09/18/13 | Daily Business Deposits -Cash for 9/15/13 | $30,105.35 | |
| 09/19/13 | Daily Business Deposits -Cash for 9/17/13 | $44,100.97 | |
| 09/19/13 | Daily Business Deposits -Cash for 9/18/13 | $34,594.78 | |
| 09/26/13 | Daily Business Deposits -Cash for miscellaneous AR | $2,885.46 | |
| | Total | | $522,769.15 |

4 Fintech

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/03/13 | ACH Received -for business day 8/30/13 | $10,207.35 | |
| 09/04/13 | ACH Received -for business day 9/3/13 | $10,351.95 | |
| 09/05/13 | ACH Received -for business day 9/4/13 | $7,467.18 | |
| 09/06/13 | ACH Received -for business day 9/5/13 | $10,229.23 | |
| 09/09/13 | ACH Received -for business day 9/7/13 | $3,130.08 | |
| 09/11/13 | ACH Received -for business day 9/8/13 | $6,573.70 | |
| 09/12/13 | ACH Received -for business day 9/10/13 | $8,895.50 | |
| 09/13/13 | ACH Received -for business day 9/11/13 | $12,705.95 | |
| 09/16/13 | ACH Received -for business day 9/12/13 | $3,729.80 | |
| 09/17/13 | ACH Received -for business day 9/13/13 | $4,840.95 | |
| 09/18/13 | ACH Received -for business day 9/15/13 | $6,240.43 | |
| 09/19/13 | ACH Received -for business day 9/17/13 | $9,373.53 | |
| 09/19/13 | ACH Received -for business day 9/18/13 | $5,632.65 | |
| 09/20/13 | ACH Received -for business day 9/19/13 | $1,352.40 | |
| 09/23/13 | ACH Received -for business day 9/22/13 | $4,870.20 | |
| 09/24/13 | ACH Received -for business day 9/23/13 | $2,406.40 | |
| | Total | | $108,007.30 |

5 First Midwest Bank

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/04/13 | Interest earned | $0.24 | |
| | Total | | $0.24 |

6 Hansen Beverage/Monster Energy

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/13/13 | ACH received for vendor payment | $3,310.76 | |
| 09/19/13 | ACH received for vendor payment | $1,881.68 | |
| 09/26/13 | ACH received for vendor payment | $3,415.06 | |
| | Total | | $8,607.50 |

7 Murphy Oil

| Date | Description | Amount | Total |
|---|---|---:|---:|
| 09/05/13 | ACH received for vendor payment | $102.00 | |
| 09/13/13 | ACH received for vendor payment | $412.00 | |
| 09/19/13 | ACH received for vendor payment | $78.00 | |
| 09/26/13 | ACH received for vendor payment | $342.00 | |
| | Total | | $934.00 |

**TOTAL RECEIPTS**                                                                    $715,354.22

**B. DISBURSEMENTS**

1 ADP
|  |  |  |  |
|---|---|---|---|
|  | Payroll 8/30/13 cks 10077-10102 (ck10098 cleared in Aug) | ($24,025.04) |  |
|  | Payroll 9/13/13 cks 10103-10129 | ($27,238.17) |  |
| 09/20/13 | Fees for payroll 9/13/13 | ($100.50) |  |
| 09/27/13 | Fees for payroll 9/27/13 | ($36.00) |  |
|  | Total |  | ($51,399.71) |

2 Anheuser-Busch
|  |  |  |  |
|---|---|---|---|
| 09/06/13 | Inv#146285 & inv#150984 | ($266.50) |  |
| 09/24/13 | True up of remaining prepaid wires to actual invoices, orders 52 - 57 and inv#330640 | ($2,561.59) |  |
|  | Total |  | ($2,828.09) |

3 Fintech
|  |  |  |  |
|---|---|---|---|
| 09/10/13 | August Maintenance Fee | ($196.02) |  |
|  | Total |  | ($196.02) |

4 First Midwest Bank -Trust Account #21-0060-01-8
|  |  |  |  |
|---|---|---|---|
| 09/03/13 | Transfer to Trust Acct to fund operations | ($75,000.00) |  |
| 09/04/13 | Transfer to Trust Acct to fund operations | ($60,000.00) |  |
| 09/06/13 | Transfer to Trust Acct to fund operations | ($80,000.00) |  |
| 09/09/13 | Transfer to Trust Acct to fund operations | ($80,000.00) |  |
| 09/17/13 | Transfer to Trust Acct to fund operations | ($261,000.00) |  |
| 09/19/13 | Transfer to Trust Acct to fund operations | ($100,000.00) |  |
|  | Total |  | ($656,000.00) |

5 First Midwest Bank
|  |  |  |  |
|---|---|---|---|
| 09/03/13 | August Maintenance Fee | ($349.65) |  |
|  | Total |  | ($349.65) |

6 NSF Checks
|  |  |  |  |
|---|---|---|---|
| 09/09/13 | Pammy's Place, ck#6823 | ($591.35) |  |
| 09/12/13 | Meyer Oil Company, ck#36402 | ($2,229.77) |  |
| 09/24/13 | Spirit Shop, ck#1839 | ($1,940.50) |  |
| 09/24/13 | Jim & Jo's, ck#3451 | ($966.00) |  |
|  | Total |  | ($5,727.62) |

**TOTAL DISBURSEMENTS** ($716,501.09)

**III. GAUDIO RETAIL, LLC -TRUST ACCOUNT #21-0061-01-6**
**A. RECEIPTS**

1 CIB -Central Illinois Bank
|  |  |  |  |
|---|---|---|---|
| 09/23/13 | Final check received to close acct#1294318, ck#350804 | $6,545.24 |  |
|  | Total |  | $6,545.24 |

2 Dividend Income
|  |  |  |  |
|---|---|---|---|
| 09/03/13 | Ntl Institutional Governement Select fund | $0.19 |  |
|  | Total |  | $0.19 |

3 Earl Gaudio & Son, Trust Account #21-0061-01-6

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/18/13 | Transfer of funds from checking account to fund operations | $15,000.00 | |
| | Total | | $15,000.00 |

**TOTAL RECEIPTS** $21,545.43

**B. DISBURSEMENTS**

1 Business Operating Expenses:

**Allied Waste Services**
| 09/10/13 | Garabge service 9/1/13-9/30-13, ck#709288, store #4323 | ($226.59) |
|---|---|---|

**Ameren Illinois**
| 09/17/13 | Service 8/1/13-8/28/13, ck#709714, store #4323 | ($2.73) |
|---|---|---|
| 09/26/13 | Service 8/6/13-9/5/13, ck#710575, store #6236 | ($248.96) |

**Aqua Illinois**
| 09/10/13 | Service 7/19/13-8/23/13, ck#709320, store #4323 | ($179.27) |
|---|---|---|
| 09/25/13 | Service 7/19/13-8/27/13, store #6236 | ($33.02) |

**Bankcard Processing Center**
| 09/27/13 | Septemeber, ck#710680, #4323 | ($1,164.43) |
|---|---|---|
| 09/27/13 | Septemeber, ck#710680, #6236 | ($562.34) |

**Comcast Cable**
| 09/17/13 | Service 9/3/13-10/12/13, ck#709726, store #6236 | ($190.74) |
|---|---|---|
| 09/30/13 | Service 7/24/13-10/23/13, ck#710820, store #4323 | ($313.32) |

**Constellation Newenergy, Inc.**
| 09/25/13 | Service 7/20/13-8/1/13, ck#710506, store #4323 | ($63.29) |
|---|---|---|
| 09/25/13 | Service 8/2/13-8/27/13, ck#710506, store #4323 | ($122.94) |
| 09/30/13 | Service 7/19/13-8/5/13, ck#710857, store #6236 | ($67.36) |
| 09/30/13 | Service 8/6/13-9/4/13, ck#710857, store #6236 | ($120.95) |

**Danville Sanitary District**
| 09/26/13 | Service 7/13-9/13, ck#710680, store #6236 | ($44.29) |
|---|---|---|

**DHL Express-USA**
| 09/10/13 | Inv#ORD0000298747, ck#709299, store #4323 | ($76.08) |
|---|---|---|
| 09/17/13 | Inv#ORD0000301379, ck#709728, store #4323 | ($132.11) |
| 09/25/13 | Inv#ORD0000298747, ck#710526, store #4323 | ($76.08) |
| 09/25/13 | Inv#ORD0000301379, ck#710526, store #4323 | ($132.11) |
| 09/25/13 | Inv#ORD0000302835, ck#710526, store #4323 | ($46.26) |
| 09/30/13 | Inv#ORD0000305156, ck#710858, store #4323 | ($46.18) |
| 09/30/13 | Inv#ORD0000307417, ck#710858, store #4323 | ($69.13) |

**Dianna Lienard -store #4323 Manager**
| 09/10/13 | Mileage reimbursement 8/2/13-8/28/13, ck#709273 | ($44.70) |
|---|---|---|
| 09/10/13 | Additional mileage for August, ck#709704 | ($34.40) |
| 09/30/13 | Mileage reimbursement 9/6/13-9/27/13, ck#710829 | ($26.43) |

**GE Capital/Ricoh USA Program**
| 09/17/13 | Copier lease 8/28/13-9/22/13, inv#90662968, store#4323 | ($374.04) |
|---|---|---|

**Monster Shred**
| 09/10/13 | Invoice #20384, ck#709308, store #4323 | ($495.00) |
|---|---|---|

|  |  | Ricoh USA, Inc. |  |  |
|---|---|---|---|---|
|  | 09/10/13 | Invoice #5027301915, ck#709312, store #4323 | ($27.13) |  |
|  | 09/17/13 | Invoice #5027279272, ck#709749, store #6236 | ($134.45) |  |
|  | 09/30/13 | Invoice #5027575661, ck#710839, store #4323 | ($89.19) |  |
|  |  | Shanell, Inc. |  |  |
|  | 09/30/13 | October 2013 rent, ck#710841, store #6236 | ($1,615.00) |  |
|  |  | Schwarz Supply Source |  |  |
|  | 09/19/13 | Order#24108918, ck#709850, store #4323 | ($1,417.68) |  |
|  | 09/19/13 | Order#23854787, ck#709851, store #6236 | ($1,365.74) |  |
|  |  | Uline |  |  |
|  | 09/17/13 | Inv#52428518, ck#709753, store #4323 | ($344.62) |  |
|  | 09/17/13 | Inv#52534062, ck#709753, store #4323 -Credit Memo | $20.08 |  |
|  | 09/26/13 | Inv#53309206, ck#710595, store #6236 | ($625.91) |  |
|  |  | UPS Freight |  |  |
|  | 09/10/13 | Stmt #325166833, ck# 709314, store #4323 | ($166.37) |  |
|  |  | Wells Fargo Ins. Services USA, Inc. |  |  |
|  | 09/25/13 | Policy #ISUB1D62194513, Worker's Comp, ck#710521 | ($1,084.00) |  |
|  | 09/30/13 | Late fee to reinstate policy, ck#710849 | ($20.00) |  |
|  |  | Total |  | ($11,761.76) |
| 2 | Director of Employment Security |  |  |  |
|  | 09/16/13 | 2nd Qtr 2013 Ui-3/40, ck#709624 | ($1,597.43) |  |
|  |  | Total |  | ($1,597.43) |
| 3 | Illinois Department of Revenue |  |  |  |
|  | 09/27/13 | 2013 St-1 Sales and Use Tax Return, ck#710663 | ($593.01) |  |
|  |  |  |  | ($593.01) |
| 4 | United States Treasury |  |  |  |
|  | 09/17/13 | 2nd Qtr 2013 Form 941 withholding income tax, ck#709625 | ($7,817.07) |  |
|  |  |  |  | ($7,817.07) |

**TOTAL DISBURSEMENTS** ($21,769.27)

## IV. GAUDIO RETAIL, LLC -CHECKING ACCOUNT #8100373540

**A. RECEIPTS**

1 UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| 09/03/13 | Daily Business Deposits -Cash for 8/30/13 | $317.65 |
|---|---|---|
| 09/03/13 | Daily Business Deposits -Cash for 8/31/13 | $72.04 |
| 09/04/13 | Daily Business Deposits -Cash for 9/3/13 | $298.16 |
| 09/05/13 | Daily Business Deposits -Cash for 9/4/13 | $309.22 |
| 09/06/13 | Daily Business Deposits -Cash for 9/5/13 | $183.82 |
| 09/09/13 | Daily Business Deposits -Cash for 9/6/13 | $172.13 |
| 09/09/13 | Daily Business Deposits -Cash for 9/7/13 | $66.33 |
| 09/10/13 | Daily Business Deposits -Cash for 9/9/13 | $725.90 |
| 09/11/13 | Daily Business Deposits -Cash for 9/10/13 | $475.75 |
| 09/13/13 | Daily Business Deposits -Cash for 9/11/13 | $186.70 |
| 09/13/13 | Daily Business Deposits -Cash for 9/12/13 | $147.50 |

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/16/13 | Daily Business Deposits -Cash for 9/13/13 | $196.24 | |
| 09/16/13 | Daily Business Deposits -Cash for 9/14/13 | $21.20 | |
| 09/17/13 | Daily Business Deposits -Cash for 9/16/13 | $197.96 | |
| 09/19/13 | Daily Business Deposits -Cash for 9/17/13 | $203.68 | |
| 09/19/13 | Daily Business Deposits -Cash for 9/18/13 | $221.86 | |
| 09/20/13 | Daily Business Deposits -Cash for 9/19/13 | $168.60 | |
| 09/23/13 | Daily Business Deposits -Cash for 9/20/13 | $418.33 | |
| 09/23/13 | Daily Business Deposits -Cash for 9/21/13 | $110.92 | |
| 09/24/13 | Daily Business Deposits -Cash for 9/23/13 | $388.76 | |
| 09/25/13 | Daily Business Deposits -Cash for 9/24/13 | $191.29 | |
| 09/26/13 | Daily Business Deposits -Cash for 9/25/13 | $231.60 | |
| 09/27/13 | Daily Business Deposits -Cash for 9/26/13 | $158.28 | |
| 09/30/13 | Daily Business Deposits -Cash for 9/27/13 | $479.87 | |
| 09/30/13 | Daily Business Deposits -Cash for 9/28/13 | $113.26 | |
| | Total | | $6,061.91 |

2  American Express #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/03/13 | Settlement Received | $65.57 | |
| 09/03/13 | Settlement Received | $63.42 | |
| 09/03/13 | Settlement Received | $12.63 | |
| 09/04/13 | Settlement Received | $103.04 | |
| 09/09/13 | Settlement Received | $227.24 | |
| 09/09/13 | Settlement Received | $170.48 | |
| 09/11/13 | Settlement Received | $22.27 | |
| 09/12/13 | Settlement Received | $95.22 | |
| 09/16/13 | Settlement Received | $196.50 | |
| 09/16/13 | Settlement Received | $42.03 | |
| 09/17/13 | Settlement Received | $124.64 | |
| 09/20/13 | Settlement Received | $197.78 | |
| 09/23/13 | Settlement Received | $44.74 | |
| 09/23/13 | Settlement Received | $33.75 | |
| 09/24/13 | Settlement Received | $115.67 | |
| 09/27/13 | Settlement Received | $46.15 | |
| 09/30/13 | Settlement Received | $575.22 | |
| 09/30/13 | Settlement Received | $80.59 | |
| | Total | | $2,216.84 |

3  Paymentech #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| Date | Description | Amount |
|---|---|---|
| 09/03/13 | Visa/Master Card/ Discover Deposits 8/28/13 | $1,099.56 |
| 09/03/13 | Visa/Master Card/ Discover Deposits 8/30/13 | $911.82 |
| 09/03/13 | Visa/Master Card/ Discover Deposits 8/31/13 | $537.07 |
| 09/05/13 | Visa/Master Card/ Discover Deposits 9/3/13 | $1,776.99 |
| 09/06/13 | Visa/Master Card/ Discover Deposits 9/4/13 | $867.14 |
| 09/09/13 | Visa/Master Card/ Discover Deposits 9/5/13 | $893.43 |
| 09/10/13 | Visa/Master Card/ Discover Deposits 9/6/13 | $1,078.82 |
| 09/10/13 | Visa/Master Card/ Discover Deposits 9/7/13 | $388.02 |
| 09/11/13 | Visa/Master Card/ Discover Deposits 9/9/13 | $1,520.29 |
| 09/12/13 | Visa/Master Card/ Discover Deposits 9/10/13 | $1,131.58 |
| 09/13/13 | Visa/Master Card/ Discover Deposits 9/11/13 | $697.48 |
| 09/16/13 | Visa/Master Card/ Discover Deposits 9/12/13 | $945.62 |
| 09/17/13 | Visa/Master Card/ Discover Deposits 9/13/13 | $706.35 |
| 09/17/13 | Visa/Master Card/ Discover Deposits 9/14/13 | $918.95 |
| 09/18/13 | Visa/Master Card/ Discover Deposits 9/16/13 | $1,151.97 |
| 09/19/13 | Visa/Master Card/ Discover Deposits 9/17/13 | $941.95 |
| 09/20/13 | Visa/Master Card/ Discover Deposits 9/18/13 | $930.98 |

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/23/13 | Visa/Master Card/ Discover Deposits 9/19/13 | $676.71 | |
| 09/24/13 | Visa/Master Card/ Discover Deposits 9/20/13 | $1,676.61 | |
| 09/24/13 | Visa/Master Card/ Discover Deposits 9/21/13 | $491.12 | |
| 09/25/13 | Visa/Master Card/ Discover Deposits 9/23/13 | $1,786.50 | |
| 09/26/13 | Visa/Master Card/ Discover Deposits 9/24/13 | $889.02 | |
| 09/27/13 | Visa/Master Card/ Discover Deposits 9/25/13 | $964.58 | |
| 09/30/13 | Visa/Master Card/ Discover Deposits 9/26/13 | $1,824.71 | |
| 09/30/13 | Visa/Master Card/ Discover Deposits 9/27/13 | $755.01 | |
| | Total | | $25,462.25 |

4 UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/03/13 | Daily Business Deposits -Cash for 8/30/13 | $154.18 | |
| 09/03/13 | Daily Business Deposits -Cash for 8/31/13 | $58.08 | |
| 09/04/13 | Daily Business Deposits -Cash for 9/3/13 | $229.92 | |
| 09/06/13 | Daily Business Deposits -Cash for 9/4/13 | $220.07 | |
| 09/06/13 | Daily Business Deposits -Cash for 9/5/13 | $46.83 | |
| 09/09/13 | Daily Business Deposits -Cash for 9/6/13 | $188.39 | |
| 09/09/13 | Daily Business Deposits -Cash for 9/7/13 | $26.09 | |
| 09/10/13 | Daily Business Deposits -Cash for 9/9/13 | $162.24 | |
| 09/11/13 | Daily Business Deposits -Cash for 9/10/13 | $129.47 | |
| 09/13/13 | Daily Business Deposits -Cash for 9/11/13 | $174.94 | |
| 09/13/13 | Daily Business Deposits -Cash for 9/12/13 | $25.97 | |
| 09/18/13 | Daily Business Deposits -Cash for 9/16/13 | $486.29 | |
| 09/18/13 | Daily Business Deposits -Cash for 9/13/13 | $259.03 | |
| 09/18/13 | Daily Business Deposits -Cash for 9/14/13 | $112.22 | |
| 09/18/13 | Daily Business Deposits -Cash for 9/17/13 | $93.48 | |
| 09/20/13 | Daily Business Deposits -Cash for 9/18/13 | $37.28 | |
| 09/20/13 | Daily Business Deposits -Cash for 9/19/13 | $209.28 | |
| 09/24/13 | Daily Business Deposits -Cash for 9/20/13 | $74.53 | |
| 09/24/13 | Daily Business Deposits -Cash for 9/21/13 | $81.99 | |
| 09/24/13 | Daily Business Deposits -Cash for 9/23/13 | $99.37 | |
| 09/26/13 | Daily Business Deposits -Cash for 9/24/13 | $77.14 | |
| 09/27/13 | Daily Business Deposits -Cash for 9/25/13 | $216.27 | |
| 09/27/13 | Daily Business Deposits -Cash for 9/26/13 | $132.39 | |
| 09/30/13 | Daily Business Deposits -Cash for 9/27/13 | $132.97 | |
| 09/30/13 | Daily Business Deposits -Cash for 9/28/13 | $19.92 | |
| | Total | | $3,448.34 |

5 American Express #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/03/13 | Settlement Received, store #6236 | $29.45 | |
| 09/09/13 | Settlement Received, store #6236 | $39.88 | |
| 09/09/13 | Settlement Received, store #6236 | $12.90 | |
| 09/16/13 | Settlement Received, store #6236 | $61.46 | |
| 09/16/13 | Settlement Received, store #6236 | $10.00 | |
| 09/20/13 | Settlement Received, store #6236 | $48.82 | |
| 09/23/13 | Settlement Received, store #6236 | $76.60 | |
| 09/23/13 | Settlement Received, store #6236 | $60.21 | |
| 09/25/13 | Settlement Received, store #6236 | $103.15 | |
| 09/30/13 | Settlement Received, store #6236 | $27.29 | |
| | Total | | $469.76 |

6 Paymentech #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount |
|---|---|---|
| 09/03/13 | Visa/Master Card/ Discover Deposits 8/30/13 | $255.65 |
| 09/03/13 | Visa/Master Card/ Discover Deposits | $112.05 |
| 09/03/13 | Visa/Master Card/ Discover Deposits 8/31/13 | $35.90 |

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/05/13 | Visa/Master Card/ Discover Deposits 9/3/13 | $705.46 | |
| 09/06/13 | Visa/Master Card/ Discover Deposits 9/4/13 | $268.97 | |
| 09/09/13 | Visa/Master Card/ Discover Deposits 9/5/13 | $349.45 | |
| 09/09/13 | Visa/Master Card/ Discover Deposits | $197.41 | |
| 09/10/13 | Visa/Master Card/ Discover Deposits 9/6/13 | $247.63 | |
| 09/10/13 | Visa/Master Card/ Discover Deposits 9/7/13 | $126.68 | |
| 09/11/13 | Visa/Master Card/ Discover Deposits 9/9/13 | $96.57 | |
| 09/12/13 | Visa/Master Card/ Discover Deposits 9/10/13 | $259.43 | |
| 09/13/13 | Visa/Master Card/ Discover Deposits 9/11/13 | $444.18 | |
| 09/16/13 | Visa/Master Card/ Discover Deposits 9/12/13 | $343.30 | |
| 09/17/13 | Visa/Master Card/ Discover Deposits 9/13/13 | $236.27 | |
| 09/17/13 | Visa/Master Card/ Discover Deposits 9/14/13 | $140.79 | |
| 09/18/13 | Visa/Master Card/ Discover Deposits 9/16/13 | $338.68 | |
| 09/19/13 | Visa/Master Card/ Discover Deposits 9/17/13 | $221.97 | |
| 09/20/13 | Visa/Master Card/ Discover Deposits 9/18/13 | $306.28 | |
| 09/23/13 | Visa/Master Card/ Discover Deposits 9/19/13 | $125.68 | |
| 09/24/13 | Visa/Master Card/ Discover Deposits 9/20/13 | $139.44 | |
| 09/24/13 | Visa/Master Card/ Discover Deposits 9/21/13 | $230.45 | |
| 09/25/13 | Visa/Master Card/ Discover Deposits 9/23/13 | $838.75 | |
| 09/26/13 | Visa/Master Card/ Discover Deposits 9/24/13 | $93.07 | |
| 09/27/13 | Visa/Master Card/ Discover Deposits 9/25/13 | $255.34 | |
| 09/30/13 | Visa/Master Card/ Discover Deposits 9/26/13 | $304.19 | |
| | Total | | $6,663.59 |

7 UPS

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/05/13 | Problem Revenue Payment -#4323 | $3,917.69 | |
| 09/05/13 | Problem Revenue Payment -#6236 | $1,764.29 | |
| 09/19/13 | Problem Revenue Payment -#4323 | $4,619.09 | |
| 09/19/13 | Problem Revenue Payment -#6236 | $1,056.62 | |
| | Total | | $11,357.69 |

**TOTAL RECEIPTS** $55,670.38

**B. DISBURSEMENTS**

1 ADP

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/12/13 | Taxes for Payroll 9/13/13 -both stores | ($1,418.67) | |
| 09/12/13 | Payroll 9/13/13 -both stores | ($3,916.23) | |
| 09/26/13 | Taxes for Payroll 9/27/13 -both stores | ($1,570.80) | |
| 09/26/13 | Payroll 9/27/13 -both stores | ($4,253.71) | |
| 09/26/13 | Fees for payroll 7/13/13 | ($101.60) | |
| 09/26/13 | Fees for payroll 8/2/13 | ($76.60) | |
| 09/26/13 | Fees for payroll 8/16/13 | ($74.80) | |
| 09/26/13 | Fees for payroll 8/30/13 | ($74.80) | |
| 09/26/13 | Fees for payroll 9/13/13 | ($74.80) | |
| | Total | | ($11,562.01) |

2 American Express

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/12/13 | Settlement Charge | ($4.50) | |
| | Total | | ($4.50) |

3 First Midwest Bank Trust Account #210061016

| Date | Description | Amount | Total |
|---|---|---|---|
| 09/18/13 | Transfer from checking account to trust account | ($15,000.00) | |
| | Total | | ($15,000.00) |

4 Paymentech
   09/03/13   Monthly fee, store #4323   ($884.06)
   09/03/13   Monthly fee, store #6236   ($181.06)
   Total   ($1,065.12)

5 UPS
   09/03/13   Freight Charges, store #4323   ($3,780.83)
   09/03/13   Freight Charges, store #6236   ($944.00)
   09/06/13   Freight Charges, store #4323   ($2,870.60)
   09/06/13   Freight Charges, store #6236   ($848.01)
   09/06/13   Co-op fee, store #4323   ($250.00)
   09/13/13   Freight Charges, store #4323   ($2,951.62)
   09/13/13   Freight Charges, store #6236   ($1,078.40)
   09/20/13   Freight Charges, store #4323   ($3,087.43)
   09/20/13   Freight Charges, store #6236   ($1,094.04)
   09/23/13   Royalty Fees, store #4323   ($3,783.51)
   09/23/13   Royalty Fees, store #6236   ($948.15)
   09/23/13   Co-op fee, store #4323   ($250.00)
   09/23/13   Co-op fee, store #6236   ($250.00)
   09/26/13   Royalty fee, store #6236   ($369.41)
   09/27/13   Freight Charges, store #4323   ($3,135.07)
   09/27/13   Freight Charges, store #6236   ($895.19)
         ($26,536.26)

6 United States Postal Service
   09/06/13   Postage meter replenishment Store # 4323   ($300.00)
   Total   ($300.00)

**TOTAL DISBURSEMENTS**   ($54,467.89)


## V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318

### A. RECEIPTS

**TOTAL RECEIPTS**   $0.00

### B. DISBURSEMENTS
1 First Midwest Bank -Trust Account #210061016
   09/23/13   Final check disbursed to close acct#1294318, ck#350804   ($6,545.24)
   Total   ($6,545.24)

**TOTAL DISBURSEMENTS**   ($6,545.24)


## VI. EARL GAUDIO & SON, INC. -SALE

### A. RECEIPTS
1 US Bank
   09/20/13   Wire received for business sale proceeds   $9,549,450.73
   Total   $9,549,450.73

**TOTAL RECEIPTS**   $9,549,450.73

**B. DISBURSEMENTS**

1. Bank of Pontiac
   - 09/26/13  One Month CD                    ($249,500.00)
   - Total                                                      ($249,500.00)

2. People First Bank
   - 09/26/13  One Month CD                    ($249,500.00)
   - Total                                                      ($249,500.00)

**TOTAL DISBURSEMENTS**                                          ($499,000.00)

**C. PURCHASES**

1. FHLB Discount Note
   - 09/25/13  Purchased 1,450,000 shares @ 99.9951     ($1,449,928.95)

2. General Electric CAP Corp Commercial Paper
   - 09/25/13  Purchased 500,000 shares @ 99.993        ($499,965.00)

3. ING US Funding Commercial Paper
   - 09/24/13  Purchased 100,000 shares @ 99.973333    ($99,973.33)

4. Natural Rural Commercial Paper
   - 09/24/13  Purchased 500,000 shares @ 99.993778   ($499,968.89)

5. Natural Rural Util Commercial Paper
   - 09/30/13  Purchased 500,000 shares @ 99.982889   ($499,914.44)

6. Nt Institutional Government Select Fund
   - 09/30/13  Purchase (1) 9/1/13 - 9/30/13

7. Oppenheimer SR Float Rate Class Y
   - 09/24/13  Purchased 477,897.252 shares @ 8.37     ($4,000,000.00)

8. University of California Comm Paper
   - 09/24/13  Purchased 250,000 shares @ 99.987778    ($249,969.44)

**TOTAL PURCHASES**                                              ($7,299,720.05)

## D. ASSETS ON HAND AS OF SEPTEMBER 30, 2013

|  |  |  |  |
|---|---|---|---|
|  | Cash balance as of September 30, 2013 |  | $1,750,730.68 |
|  | **Cash Equivalents** |  |  |
| 500000.000 | General Electric CAP Corp Commercial Paper | $499,916.67 |  |
| 100000.000 | ING US Funding Commercial Paper | $99,966.09 |  |
| 500000.000 | Natural Rural Commercial Paper | $499,942.23 |  |
| 500000.000 | Natural Rural Util Commercial Paper | $499,848.48 |  |
| 250000.000 | University of California Comm Paper | $249,958.61 |  |
|  | Total |  | $1,849,632.08 |
|  | **Fixed Income** |  |  |
| 1450000.000 | FHLB Discount Note | $1,449,978.74 |  |
| 477897.252 | Oppenheimer SR Float Rate Class Y | $3,985,663.08 |  |
|  | Total |  | $5,435,641.82 |

**ASSETS ON HAND AS OF SEPTEMBER 30, 2013**       $9,036,004.58

## RECAPITULATION

**BEGINNING BALANCE AS OF 9/1/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $219,266.78 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $117,823.58 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $20,988.62 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $26,734.37 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $6,545.24 |
| VI. EARL GAUDIO & SON, INC. -SALE | $0.00 |
| **TOTAL** | **$391,358.59** |

**RECEIPTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $676,812.51 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $716,354.22 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $21,545.43 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $55,670.38 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $9,549,450.73 |
| **TOTAL** | **$11,018,833.27** |

**INVESTMENT SALES AND INCOME**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $1.41 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $0.00 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $0.00 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $0.00 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $0.00 |
| **TOTAL** | **$1.41** |

**DISBURSEMENTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | ($411,431.29) |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | ($716,501.09) |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | ($21,769.27) |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | ($54,467.89) |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | ($6,545.24) |
| VI. EARL GAUDIO & SON, INC. -SALE | ($499,000.00) |
| **TOTAL** | **($1,709,714.78)** |

**PURCHASES**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $0.00 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $0.00 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $0.00 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $0.00 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | ($7,299,720.05) |
| **TOTAL** | **($7,299,720.05)** |

**CLOSING BALANCE AS OF 9/30/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $483,649.41 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $117,676.71 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $20,764.78 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $27,936.86 |
| V. GAUDIO RETAIL, LLC -CIBM BANK, CHECKING ACCOUNT #1294318 | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $1,750,730.68 |
| **TOTAL** | **$2,400,758.44** |

| | |
|---|---:|
| **BEGINNING BALANCE AS OF 9/1/13** | $391,358.59 |
| **RECEIPTS** | $11,018,833.27 |
| **INVESTMENT SALES AND INCOME** | $1.41 |
| **DISBURSEMENTS** | ($1,709,714.78) |
| **PURCHASES** | ($7,299,720.05) |
| **CLOSING BALANCE AS OF 9/30/13** | $2,400,758.44 |

The undersigned Administrator, now moves the Court to approve of its acts as above set forth, and having made and taken receipts therefore and presented to this court, ask to be approved; all of which is respectfully submitted.

FIRST MIDWEST BANK / TRUST DIVISION

By: _____
Angela E. Hart, Esq.
Vice President
Division Mgr for Estates & Contested Trusts

**STATE OF ILLINOIS** ) 
) SS
**CENTRAL DISTRICT OF ILLINOIS** )

Angela E. Hart, Esq., on behalf of First Midwest Bank Trust Division, being first duly sworn, says that she is a Vice President and Trust Officer of First Midwest Bank / Trust Division, and is duly authorized to make this affidavit on its behalf, and which is the duly appointed and qualified Custodian Earl Gaudio & Son, Inc.; that the undersigned have examined the above and foregoing account by me subscribed and that the same is true in substance and in fact; and that the assets of said Estate are kept separate and distinct from the assets of said Bank. Affiants further certify that First Midwest Bank / Trust Division holds in its files vouchers covering all the disbursements shown in the above accounting.

First Midwest Bank, as
Custodian of Earl Gaudio & Son, Inc.

By: _____ a Sr VP

this 21 day of October, A.D., 2013

_____
Michele A. Morgan

OFFICIAL SEAL
MICHELE A. MORGAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-3-2014

G:\AH\Gaudio,Earl\Sept-8thAccounting.xls