Other income Schedule

| $ | 209.99 | Receipt from Ally Financial to close note #9013037822 |
|---|---|---|
| | 1,072.54 | Receipt to close First Merchants Bank Acct # ████████ |
| | 656,000.00 | Transfers toFMB  Trust Account to fund operations |
| | 641.58 | Richard Gardner COBRA payment |
| | 176.04 | Dennis Gaudio COBRA payment |
| | 382.88 | Eric Gaudio COBRA payment |
| | 101.80 | ADP refund of debit error fees |
| | 6,545.24 | Receipt of Central Illinois Bank to close Acct # ███ 818 |
| | 15,000.00 | Transfer to trust account to fund operations (from Gaudio Retail LLC) |
| | 11,357.69 | Commission for using UPS services |
| | 9,549,450.73 | Proceeds from sale of AB distributorship |
| | | |
| | | |
| | 10,240,938.49 | |

## EARL GAUDIO & SON, INC.
### Accounts Receivable Report as of 9/30/13

As of 9/30/13

| Account | | over 91 | 61-90 | 31-60 | 0-30 | 9/30/2013 Total Per Account | 8/31/2013 | |
|---|---|---|---|---|---|---|---|---|
| Big R North | | - | 205.75 | - | - | 205.75 | 205.75 | |
| Big Wheel Offroad | | - | 208.08 | - | - | 208.08 | 208.08 | |
| BP Gas | | 1,021.80 | - | - | - | 1,021.80 | 1,021.80 | |
| Circle K #1309 | | - | - | - | 1,405.60 | 1,405.60 | 1,405.60 | |
| County Market Towne Center | | - | - | 12.00 | 105.85 | | | |
| County Market Towne Center | | - | 210.00 | | | | | |
| County Market Towne Center | | 62.90 | - | 20.00 | 602.80 | 1,013.55 | 3,242.58 | |
| County Market Village Mall | | 42.45 | 264.00 | - | | | | |
| County Market Village Mall | | - | - | - | 1,959.76 | 2,266.21 | 622.49 | |
| CVS Drugs Paris | | - | 102.00 | 283.00 | 34.00 | 419.00 | 385.00 | |
| CVS Drugs Danville | | - | 68.00 | 136.00 | 102.00 | 306.00 | 204.00 | |
| CVS Drugs East | | - | 204.00 | - | 34.00 | 238.00 | 204.00 | |
| CVS Drugs H'ston | | - | - | 383.05 | - | | | |
| CVS Drugs H'ston | | - | 34.00 | 40.00 | - | 457.05 | 457.05 | |
| CVS Westville | | - | - | - | - | | | |
| CVS Westville | | - | 79.00 | 113.00 | 147.00 | 339.00 | 1,544.40 | |
| DACC Math/Sciences | | 502.50 | - | - | - | 502.50 | 502.50 | |
| Danville Wings | | - | - | 236.00 | | 236.00 | 236.00 | |
| DG Retail LLC #176 | 176 | 35.50 | 3.00 | 246.00 | 273.50 | | | |
| DG Retail LLC #1131 | 1131 | 35.50 | 1.50 | 331.50 | 264.50 | | | |
| DG Retail LLC #1878 | 1878 | 3.00 | 1.50 | 337.50 | 114.50 | | | |
| DG Retail LLC #2236 | 2236 | 136.00 | 1.50 | 257.00 | 155.60 | | | |
| DG Retail LLC #2944 | 2944 | 68.00 | 62.00 | 120.50 | 268.00 | | | |
| DG Retail LLC #3820 | 3820 | 97.50 | 3.00 | 309.50 | 74.16 | | | |
| DG Retail LLC #4000 | 4000 | - | 12.50 | 130.00 | 120.50 | | | |
| DG Retail LLC #4067 | 4067 | (6.68) | - | - | 87.50 | | | |
| DG Retail LLC #4394 | 4394 | 1.50 | 1.50 | - | 190.50 | | | |
| DG Retail LLC #7467 | 7467 | 67.87 | 62.00 | 106.33 | 144.00 | | | |
| DG Retail LLC #8276 | 8276 | 38.50 | 4.50 | 116.00 | 353.00 | | | |
| Dollar General #11761 | #### | 205.50 | 1.50 | 196.50 | 189.00 | | | |
| Dollar General #12494 | #### | 35.50 | 1.50 | - | 96.00 | | | |
| Dollar General #12709 | #### | 149.50 | 6.10 | 280.10 | 365.10 | | | |
| Dollar General #12842 | #### | 88.00 | - | 1.50 | 263.00 | 6,488.56 | 10,120.82 | |
| Summer Sounds | | - | 1,063.70 | 1,556.75 | - | 2,620.45 | 2,620.45 | |
| Family Dollar #1244 | | | | | 18.00 | 18.00 | | Invoices show payments |
| Family Dollar #4013 | | - | - | 21.00 | 24.00 | 45.00 | 244.00 | Invoices show payments |
| Family Dollar #7405 | | - | - | 18.00 | 9.00 | 27.00 | 210.00 | Invoices show payments |
| Fortress P.C. | | 12.75 | - | 68.00 | 136.00 | 216.75 | 534.25 | |
| Friends Mart | | - | - | - | - | - | | Paid COD $2 short; assuming price error on Gaudio's part |
| Gateway Liquors | | 276.00 | - | - | - | 276.00 | 276.00 | |
| Georgetown Foods | | 120.00 | - | - | 223.75 | 343.75 | 297.50 | |
| Hanuman Food Mart | | 44.00 | - | - | - | 44.00 | 44.00 | |
| I & I Deli | | - | - | 188.83 | 451.03 | 639.86 | 188.83 | |
| Illini Skateland | | - | - | - | 270.00 | 270.00 | | |
| Inkful Thoughts 2 | | 80.75 | - | - | - | 80.75 | 80.75 | |
| JDN Inc. | | 117.80 | - | - | - | 117.80 | 117.80 | |
| Jerry's IGA | | 104.68 | - | - | - | 104.68 | 104.68 | |
| Kirchner-Marshall | | 127.81 | - | - | - | 127.81 | 127.81 | |
| Kirchner-Casey | | 38.25 | - | - | - | 38.25 | 38.25 | |
| K-Mart | | 78.87 | - | - | - | | | |
| K-Mart | | 2,780.00 | - | - | 197.00 | 3,055.87 | 2,858.87 | |
| Kroger Paris | | 16.77 | - | - | 34.00 | 50.77 | 181.09 | |
| Wortman-Meyer Properties | | 15.00 | - | - | - | | | |
| Wortman-Meyer Properties | | - | - | - | 625.76 | 640.76 | 1,357.76 | |
| Murphy's #6511 | | 473.00 | - | - | 386.00 | 859.00 | 677.00 | |
| Murphy's #6585 | | - | 182.00 | - | 148.00 | 330.00 | 182.00 | |
| One Stop and Liquor | | | - | - | (30.00) | | | |
| One Stop and Liquor | | 27.50 | - | - | - | | | |
| | | 1,397.94 | | | | | | |
| One Stop and Liquor | | 41.25 | - | - | - | 1,436.69 | 1,466.69 | |
| Champaign-Urbana Liquor | | 202.15 | - | - | - | 202.15 | 202.15 | |
| Pitstop | | - | - | 20.00 | - | 20.00 | 20.00 | |
| Minh's Inc. | | 10.00 | - | - | - | 10.00 | 10.00 | |

Earl Gaudio & Son, Inc. – Accounts Receivable as of 9/30/13

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ShopKo | 342.00 | - | - | - | 342.00 | 342.00 | |
| Short Stop Liquor | - | - | - | - | - | 2,406.40 | |
| Short Stop Grocery | - | - | 803.02 | 991.15 | 1,794.17 | 803.02 | |
| A. Gaudio & Sons, Inc. | | | | | | | |
| A. Gaudio & Sons, Inc. | | | | - | | | |
| A. Gaudio & Sons, Inc. | | | | - | | 22,687.28 | Proof of Pymt received |
| Rinella Co., Inc.* | - | - | - | - | | | |
| *over $1000 "adjustment" in August | | | | | - | 126.00 | Received Payment |
| Vermillion Valley Produce | - | | | | | | |
| Vermillion Valley Produce | - | | | | - | 390.50 | Proof of Pymt received |
| Arctic Ice Cream | 11,424.30 | - | - | - | 11,424.30 | 11,424.30 | |
| Specialty Dist. Of IL | 27,775.27 | - | - | - | | | |
| Specialty Dist. Of IL | 39,333.94 | - | - | - | 67,109.21 | 67,109.21 | |
| Take a Shot LLC | 147.36 | (119.95) | - | - | 27.41 | 27.41 | |
| The W | - | - | 36.00 | - | 36.00 | 38.00 | |
| Tilton County Market | - | - | 57.20 | - | | | |
| Tilton County Market | 70.00 | - | - | - | | | |
| Tilton County Market | - | - | 384.39 | 1,137.13 | 1,648.72 | 832.19 | |
| Todd's Auto Body | (14.40) | - | - | - | | | |
| Todd's Auto Body | 14.40 | - | - | - | - | 194.90 | |
| Khoudour Enterprises Ltd. | - | - | - | - | | | |
| Khoudour Enterprises Ltd. | - | - | - | - | | 29.40 | Proof of Pymt received |
| Village Pantry #1213 | - | 680.25 | 1,468.72 | 463.55 | | | |
| Village Pantry #1211 | - | - | 641.05 | - | | | |
| Village Pantry #1211 | - | 1,466.75 | 1,727.02 | 1,136.52 | | | |
| Village Pantry #1210 | - | 2,031.02 | 3,030.01 | 718.52 | | | |
| Village Pantry #498 | 1.30 | - | - | - | | | |
| Village Pantry #473 | 15.60 | - | - | - | | | |
| Village Pantry #546 | (1.30) | - | - | - | 13,379.01 | 11,060.42 | |
| Walgreens Fairchild #25 | - | - | 249.00 | - | | | |
| Walgreens Fairchild #25 | 412.12 | - | - | 223.08 | 884.20 | 681.12 | |
| Walgreens Main #3212 | (59.04) | - | 59.04 | 101.04 | 101.04 | - | |
| Walmart Supercenter #79 | - | - | - | - | | | |
| Walmart Supercenter #79 | - | - | - | - | | | Applied Hansen/Monster ACH and a |
| Walmart Supercenter #79 | - | - | - | 1,296.12 | 1,296.12 | 2,117.02 | Money Order Pymt |
| Walmart Supercenter #2491 | - | - | - | - | | | |
| Walmart Supercenter #2491 | - | - | - | - | | | |
| Walmart Supercenter #2491 | - | - | - | 710.84 | 710.84 | 3,278.82 | Applied Hansen/Monster ACH |
| Walmart Supercenter #2934 | - | - | - | - | | | |
| Walmart Supercenter #2934 | 6.84 | 0.58 | - | 320.84 | 328.26 | 1,855.54 | Applied Hansen/Monster ACH |
| Watson General Tire, Inc. | - | - | - | - | - | 380.81 | |
| Willoughby's Motorsports | 87.00 | - | - | - | 87.00 | 87.00 | |
| | | | | | 125,860.74 | 158,049.29 | |

EARL GAUDIO & SONS, INC.

## ACCOUNTS RECEIVABLE ADJUSTMENTS
### as of 9/30/13

| Date | Account | Mistake Adjustment | Payment Received | Notes |
|------|---------|-------------------|------------------|-------|
| 9/30/2013 | County Market Towne Center | | 2,229.03 | Current A/R paid |
| 9/30/2013 | Dollar General (All locations) | 3,622.24 | | Applied Hansen ACH payments |
| 9/30/2013 | Family Dollar (All locations) | 382.00 | | Applied Hansen ACH payments |
| 9/30/2013 | Fortess PC | | 317.50 | Current A/R paid |
| 9/30/2013 | Kroger | | 130.32 | Current A/R paid |
| 9/30/2013 | Wortman-Meyer Properties | | 717.00 | Current A/R paid |
| 9/30/2013 | Short Stop Liquor | | 2,406.40 | Current A/R paid |
| 9/30/2013 | A. Gaudio & Sons | 22,687.28 | | Supplied proof of payments and credits |
| 9/30/2013 | Rinella Co. | | 126.00 | Payment Received |
| 9/30/2013 | Vermillion Valley Produce | 390.50 | | Proof of Payment received |
| 9/30/2013 | Khoudour Enterprises | 29.40 | | Proof of Payment received |
| 9/30/2013 | Walmart #798 | 820.90 | | Applied Hansen ACH payments |
| 9/30/2013 | Walmart #2491 | 2,567.98 | | Applied Hansen ACH payments |
| 9/30/2013 | Walmart #2934 | 1,527.28 | | Applied Hansen ACH payments |
| 9/30/2013 | Watson General Tire | | 380.81 | Current A/R paid |
| | **September Reduction in A/R Totals** | **32,027.58** | **6,307.06** | |

# Bank of America

| | |
|---|---|
| BANK OF AMERICA, N.A.<br>540 W MADISON ST - 16th Floor<br>CHICAGO, IL  60661 | Account Number         ▊912<br>01 01 L49 01 M000▊ ▊▊     0<br>Last Statement:  08/30/2013<br>This Statement:  09/30/2013 |

NX 0000 01 000 526 002807 #801 SP 0.384
EARL GAUDIO AND SON INC
1803 GEORGETOWN ROAD
TILTON IL 61833

Customer Service
1-888-400-9009

Page    1 of    4

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---:|
| Statement Period 08/31/2013 - 09/30/2013 | | Statement Beginning Balance | 214,162.85 |
| Number of Deposits/Credits | 31 | Amount of Deposits/Credits | 160,880.10 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 15 | Amount of Other Debits | 73,960.50 |
| | | Statement Ending Balance | 301,082.45 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---:|---|---|
| 09/03 | | 4,024.50 | EARL GAUDIO     DES:CORP PYMNT  FL# 13242001074<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 46008153841 |
| 09/03 | | 12,959.10 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 46008151440 |
| 09/04 | | 4,024.50 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 47003872216 |
| 09/04 | | 8,545.75 | EARL GAUDIO     DES:CORP PYMNT  FL# 13246001284<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 47003873909 |
| 09/05 | | 5,738.85 | EARL GAUDIO     DES:CORP PYMNT  FL# 13247000575<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 48007755932 |
| 09/05 | | 8,545.75 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 48007752180 |
| 09/06 | | 5,738.85 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 49007551912 |
| 09/06 | | 8,628.00 | EARL GAUDIO     DES:CORP PYMNT  FL# 13248001144<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 49007558894 |
| 09/09 | | 761.95 | EARL GAUDIO     DES:CORP PYMNT  FL# 13249001093<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 52009280828 |
| 09/09 | | 8,628.00 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 52009278005 |
| 09/10 | | 761.95 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 53009337758 |
| 09/10 | | 4,677.50 | EARL GAUDIO     DES:CORP PYMNT  FL# 13252001391<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 53009340178 |
| 09/11 | | 4,677.50 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 54009104308 |
| 09/12 | | 5,176.95 | EARL GAUDIO     DES:CORP PYMNT  FL# 13254001280<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 55010787555 |
| 09/13 | | 5,176.95 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 56009682433 |
| 09/13 | | 8,352.35 | EARL GAUDIO     DES:CORP PYMNT  FL# 13255001209<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 56009687806 |
| 09/16 | | 918.80 | EARL GAUDIO     DES:CORP PYMNT  FL# 13256001027<br>INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 59011989691 |
| 09/16 | | 8,352.35 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 59011986877 |
| 09/17 | | 918.80 | EARL GAUDIO     DES:RETURN     ID:9000051227<br>INDN:SETT-ACH DETAIL RETURN CO ID:9000051227 CCD | 60002368540 |

## Bank of America

BANK OF AMERICA, N.A.
540 W MADISON ST - 16th Floor
CHICAGO, IL  60661

Account Number        5912
01 01 149 01 M000     0
Last Statement:    08/30/2013
This Statement:    09/30/2013

Customer Service
1-888-400-9009

EARL GAUDIO AND SON INC

Page    3 of    4

# ANALYZED CHECKING

## Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/17 | | 5,513.70 | EARL GAUDIO    DES:CORP PYMNT  FL# 13259001369 INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 6000237111 |
| 09/18 | | 3,673.55 | EARL GAUDIO    DES:CORP PYMNT  FL# 13260001121 INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 6100176495 |
| 09/18 | | 5,428.95 | EARL GAUDIO    DES:CORP PYMNT  FL# 13260002844 INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 6100176701 |
| 09/19 | | 5,948.05 | EARL GAUDIO    DES:CORP PYMNT  FL# 13261000527 INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 6200257536 |
| 09/20 | | 1,436.75 | EARL GAUDIO    DES:CORP PYMNT  FL# 13262001124 INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 6300157405 |
| 09/20 | | 5,134.85 | EARL GAUDIO    DES:CORP PYMNT  FL# 13262004228 INDN:SETT-BATCH 9000051227  CO ID:9000051227 CCD | 6300157845 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/30 | 214,162.85 | 214,162.85 | 09/13 | 264,675.45 | 264,675.45 |
| 09/03 | 227,121.95 | 227,121.95 | 09/16 | 273,027.80 | 273,027.80 |
| 09/04 | 231,146.45 | 231,146.45 | 09/17 | 273,946.60 | 273,946.60 |
| 09/05 | 239,692.20 | 239,692.20 | 09/18 | 279,460.30 | 279,460.30 |
| 09/06 | 245,431.05 | 245,431.05 | 09/19 | 288,562.80 | 288,562.80 |
| 09/09 | 254,059.05 | 254,059.05 | 09/20 | 294,510.85 | 294,510.85 |
| 09/10 | 254,821.00 | 254,821.00 | 09/23 | 301,082.45 | 301,082.45 |
| 09/11 | 259,498.50 | 259,498.50 | 09/30 | 301,082.45 | 301,082.45 |

# ◆ First Midwest Bank

## EARL GAUDIO & SONS INC

**Account Number:** ████-01-B
**Statement Period:** 09/01/13 - 09/30/13

EARL GAUDIO & SON, INC.
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

**Relationship Manager**
Angela Hart   815-327-4865

### Portfolio Summary

CASH & EQUIV

MISCELLANEOUS

### Value of Portfolio

| Description | Market Value | % of Account |
|---|---|---|
| Cash & Equiv | 483,649.41 | 10.6% |
| Miscellaneous | 4,476,612.00 | 97.6% |
| Liabilities | -375,000.00 | -8.2% |
| **Total Portfolio** | **$ 4,585,261.41** | **100.0%** |
| Accrued Income | 115.45 | |
| **Total Valuation** | **$ 4,585,376.86** | |

### Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | **$ -130,681.82** | **$ 0.00** |
| Income | | |
| Dividends | 1.41 | 1.72 |
| Contributions | 5,127,424.51 | 7,095,011.59 |
| Disbursements | | |
| To/For Beneficiary | -303,834.41 | -2,186,451.79 |
| Fees/Expenses | -107,596.88 | -323,300.11 |
| Realized Gains/(Losses) | 0.00 | 0.00 |
| Accrued Income | 64.05 | 115.45 |
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | **$ 4,585,376.86** | **$ 4,585,376.86** |

Chicago Title Escrow Account in the amount of $20,250.00 not reflected as an asset on this statement.

**◈ First Midwest Bank**

## EARL GAUDIO & SONS INC

Account Number: ███-01-8
Statement Period: 09/01/13 - 09/30/13

### Portfolio Investments

| Asset Description | Units | Market Value Cost | Est. Annual Income Accruals | Current Yield |
|---|---|---|---|---|
| **Cash and Equivalent** | | | | |
| Principal Cash | | -409,497.12<br>-409,497.12 | 0.00 | 0.00% |
| Income Cash | | 409,497.12<br>409,497.12 | 0.00 | 0.00% |
| Nt Institutional Government Select Fund | 483,649.410 | 483,649.41<br>483,649.41 | 48.00<br>2.96 | 0.01% |
| **Total Cash and Equivalent** | | **$ 483,649.41**<br>**$ 483,649.41** | **48.00**<br>**2.96** | **0.01%** |
| **Miscellaneous** | | | | |
| Demand Promissory Note From Earl Gaudio & Son Inc. To Gaudio Retail LLC I/A/O $25,000 @ 3% Dtd 08/07/2013 | 25,000.000 | 25,000.00<br>25,000.00 | 750.00<br>112.49 | 3.00% |
| Property Located At 1803 Georgetown Road, Tilton, IL | 1.000 | 4,450,000.00<br>4,450,000.00 | 0.00 | 0.00% |
| Security Deposit To Ameren Illinois Related To Property Located At 1803 Georgetown Rd, Tilton, IL | 1.000 | 1,612.00<br>1,612.00 | 0.00 | 0.00% |
| **Total Miscellaneous** | | **$ 4,476,612.00**<br>**$ 4,476,612.00** | **750.00**<br>**112.49** | **0.02%** |
| **Liabilities** | | | | |
| Line of Credit Promissory Note I/A/O $750,000 Dtd 08/01/2013 B/T Earl Gaudio and Earl Gaudio & Sons Inc. @ 5% Due 08/01/2015 | 375,000.000 | -375,000.00<br>-375,000.00 | 18,750.00 | 5.00% |
| **Total Liabilities** | | **$ -375,000.00**<br>**$ -375,000.00** | **0.00**<br>**0.00** | **0.00%** |
| **Total Market Value** | | **$ 4,585,261.41**<br>**$ 4,585,261.41** | **19,548.00**<br>**115.45** | **0.43%** |
| **Total Market Value Plus Accruals** | | **$ 4,585,376.86** | | |

 **First Midwest Bank**

## EARL GAUDIO & SONS INC

**Account Number:** ████-01-8
**Statement Period:** 09/01/13 - 09/30/13

| Income Activity | | | |
|---|---|---|---|
| | **Date** | **Income Cash** | **Principal Cash** |
| **Dividend Income** | | | |
| Nt Institutional Government Select Fund Div To 08/31/13 | 09/03/13 | 1.41 | |
| **Total Dividend Income** | | **$ 1.41** | **$ 0.00** |
| **Total Income** | | **$ 1.41** | **$ 0.00** |

| Additions | | | |
|---|---|---|---|
| | **Date** | **Income Cash** | **Principal Cash** |
| To Transfer Funds From Checking To Trust Account | 09/03/13 | 75,000.00 | |
| AR Check #18348, Dtd 8/14/13 I & I Deli Inc | 09/04/13 | 382.70 | |
| Transfer Funds From Checking To Trust Account | 09/04/13 | 60,000.00 | |
| Clark County Fuels Marshall Marathon Ck#10341 Dtd 8/28/13 | 09/06/13 | 2,679.56 | |
| Transfer of Funds From Checking To Trust Account | 09/06/13 | 80,000.00 | |
| Transfer Funds From Checking To Trust Account | 09/09/13 | 80,000.00 | |
| Frenz & Schmidtknecht, Inc Montana Mike's Steakhouse Ck#32030, Inv#221860 | 09/10/13 | 73.35 | |
| Dennis Gaudio Ck#1054 Cobra Payment Principal Dental July, Aug, Sept | 09/10/13 | 176.04 | |
| Richard Gardner Ck#6715 Cobra-Health Alliance EE,Sp | 09/10/13 | 641.58 | |
| Principal Addition Check Received From Ally Financial To Close Note #9201037822 Check #1906 Dtd 09/03/2013 | 09/11/13 | | 209.99 |
| I & I Deli Inc, Ck#18403, Dtd 9/6/13 | 09/12/13 | 588.74 | |

**◈ First Midwest Bank**

## EARL GAUDIO & SONS INC

Account Number: ▮▮▮-01-8
Statement Period: 09/01/13 - 09/30/13

### Additions

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Vermilion Assoc For Special Education Ck#55094, Dtd 8/30/13 -Supplies | 09/12/13 | 300.00 | |
| Transfer Funds Form Checking To Trust To Fund Operations. | 09/17/13 | 261,000.00 | |
| Montana Mikes (Frenz & Schmidtknecht Inc) Inv#222303, 8/29/13 | 09/18/13 | 131.25 | |
| Brewers Dist Co, INV197019 Dtd 9/10/12-Aging AR | 09/18/13 | 658.26 | |
| Fortress PC, Ck#3574,DTD8/15/13 | 09/19/13 | 453.50 | |
| Watson-Blair, Inc, Ck#52034, Dtd 9/10/13, Inv#219614, Inv#221125, Inv#W610 | 09/19/13 | 380.81 | |
| Campbell's Georgetown, Inc, Ck#14574 DTD9/6/13, Inv#221793 | 09/19/13 | 177.50 | |
| Transfer Funds From Checking To Trust To Fund Operations | 09/19/13 | 100,000.00 | |
| Clark County Fuels, Inc, Ck#10372 Dtd 9/4/13, #22233 & #222327 | 09/19/13 | 954.68 | |
| Covington Foods Mgmt, Ck#214890 Dtd 9/13/13, Various Invoices | 09/20/13 | 4,050.91 | |
| Wortman-Meyer Properties, LLC Ck#19988, Dtd 9/9/13, Danville Marathon | 09/20/13 | 1,342.76 | |
| St Marys Church, Ck#2209, Dtd 9/7/13, Inv#222669 | 09/24/13 | 2,635.75 | |
| Todd's Auto Body, Ck#26896, Dtd 9/13/13 5/22/13 - 7/18/13 | 09/24/13 | 194.90 | |
| Frenz & Schmidtknecht, Inc, Montana Mike's Steakhouse Ck#32098, Dtd 9/20/13 | 09/26/13 | 71.80 | |
| Clark County Fuels LLC Marshal Marathon Ck#10381 Dtd 9/16/13 | 09/27/13 | 2,253.01 | |

 **First Midwest Bank**

## EARL GAUDIO & SONS INC

**Account Number:** ▮▮▮▮-01-8
**Statement Period:** 09/01/13 - 09/30/13

### Additions

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Principal Addition<br>Check Received From First Merchants<br>Bank To Close Account #9001144712<br>Check #000140417 Dtd 09/23/2013 | 09/27/13 | | 1,072.54 |
| Eric Gaudio Ck#367<br>Sept Cobra -Principal | 09/30/13 | 56.48 | |
| Eric Gaudio Ck#368, Dtd 9/17/13<br>Sept Cobra -Health Alliance | 09/30/13 | 326.40 | |
| **Total Additions** | | **$ 674,529.98** | **$ 1,282.53** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Wire Transfer To JP Morgan Chase<br>ABA#021000021 Act #323 091970<br>Anheuser Busch Companies Inc Acct<br>For Order #'s 47 and 48 | 09/03/13 | | -45,134.97 |
| Tony Baszis<br>Current Balance Due<br>Reimbursement For Gas<br>Invoice #114046<br>Chevy Truck Vin 5887<br>Check Number: 0709031 | 09/04/13 | -35.00 | |
| Skeff Distributing Co.<br>Payment To Beneficiary<br>For Product Received<br>Invoice # 268877<br>Check Number: 0694950 | 09/05/13 | | -14,409.54 |
| Plic - Sbd Grand Island<br>Life Insurance Premium<br>Account #1009000-10001<br>Service From 08/01/2013 - 09/30/2013<br>Check Number: 0709125 | 09/05/13 | -1,909.92 | |
| Wire Transfer To JP Morgan Chase<br>ABA#021000021 Act #323 091970<br>Anheuser Busch Companies Inc Acct<br>For Order #'s 49, 50 and 51 | 09/06/13 | | -82,889.94 |

 **First Midwest Bank**

## EARL GAUDIO & SONS INC

**Account Number:** ▮▮▮▮-01-8
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Illini FS<br>Current Balance Due<br>For Fuel Delivery<br>Customer #1336806<br>Ticket #134548<br>Invoice Dtd 09/04/2013<br>Check Number: 0709236 | 09/09/13 | | -4,593.72 |
| Aqua IL<br>Current Charges Due<br>Account #002069356 1064803 (Water)<br>1803 Georgetown Rd., Danville<br>Service From 07/19/2013 - 08/22/2013<br>Statement Dtd 08/26/2013<br>Check Number: 0709320 | 09/10/13 | -234.66 | |
| Aqua IL<br>Current Charges Due<br>Account #002069366 1065591 (Sewer)<br>1803 Georgetown Rd., Danville<br>Service From 07/19/2013 - 08/22/2013<br>Statement Dtd 08/26/2013<br>Check Number: 0709320 | 09/10/13 | -45.00 | |
| Whitsitt & Associates, Inc.<br>Current Balance Due<br>File #13-0755<br>Appraisal Fees<br>For 1803 Georgetown Rd., Tilton<br>Invoice Dtd 09/04/2013<br>Check Number: 0709316 | 09/10/13 | -2,000.00 | |
| Skeff Distributing Co.<br>Payment To Beneficiary<br>For Product, Invoice No. 269939<br>Check Number: 0694951 | 09/11/13 | | -8,499.03 |
| Wire Transfer To Deutsche Bank<br>ABA#021001033 Act #00153170<br>ADP Payroll Deposit<br>Branch and Co. Code Rh Njo 20916059<br>F/B/O Earl Gaudio & Son Inc. | 09/12/13 | | -13,004.62 |
| Wire Transfer To JP Morgan Chase<br>ABA#021000021 Act #323 091970<br>Anheuser Busch Companies Inc Acct<br>For Order #'s 56 & 57 | 09/13/13 | | -47,610.84 |


# First Midwest Bank

## EARL GAUDIO & SONS INC

**Account Number:** ▮▮▮-01-8
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Ing National Trust<br>Loan Payment<br>Plan #876538<br>Loan #001<br>Eric R. Baxter<br>SSN 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<br>Notice Dtd 08/30/2013<br>Check Number: 0709552 | 09/13/13 | -381.40 | |
| Illinois Department of Revenue<br>2nd Quarter 2013 Form IL-941<br>Withholding Income Tax Return<br>Fein 37-0905843<br>Earl Gaudio & Son, Inc.<br>Check Number: 0709621 | 09/16/13 | -5,277.00 | |
| Director of Employment Security<br>2nd Quarter 2013 Ui-3/40<br>Account #322140-4<br>Fein 37-0905843<br>Earl Gaudio & Son, Inc.<br>Check Number: 0709622 | 09/16/13 | -5,729.69 | |
| United States Treasury<br>2nd Quarter 2013 Form 941<br>Withholding Income Tax Return<br>Earl Gaudio & Son, Inc.<br>Ein 37-0905843<br>Check Number: 0709623 | 09/16/13 | -40,241.65 | |
| Allied Waste Services #726<br>Current Balance Due<br>Account #3-0726-0014999<br>1803 Georgetown Rd., Tilton<br>Invoice #0726-000575852<br>Service From 07/20/2013 - 09/30/2013<br>Statement Dtd 08/20/2013<br>Check Number: 0709713 | 09/17/13 | -473.11 | |
| Directv<br>Current Balance Due<br>Account #028753254<br>1803 Georgetown Rd., Tilton<br>Service From 08/22/2013 - 09/21/2013<br>Statment Dtd 08/23/2013<br>Check Number: 0709729 | 09/17/13 | -3.44 | |

**◆◆ First Midwest Bank**

## EARL GAUDIO & SONS INC

**Account Number:** ▉▉▉-01-8
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Verizon Wireless<br>Current Balance Due<br>Account #286852694-00001<br>Invoice #9710404653<br>Service From 07/20/2013 - 08/23/2013<br>Statement Dtd 08/23/2013<br>Check Number: 0709754 | 09/17/13 | -1,840.86 | |
| Dti Office Solutions<br>Current Balance Due<br>September Rental Fee & August<br>Overage Charge<br>Account #4420289<br>Service Dtd 08/01/2013 - 09/30/2013<br>Invoice #49047<br>Invoice Dtd 09/01/2013 | 09/18/13 | -572.89 | |
| Wire Transfer To Deutsche Bank<br>ABA#021001033 Act #00153170<br>ADP Payroll Deposit<br>Branch and Co. Code Rh Njo 20916059<br>F/B/O Earl Gaudio & Son Inc. | 09/20/13 | | -419.86 |
| Wire Transfer To Deutsche Bank<br>ABA#021001033 Act #00153170<br>ADP Payroll Deposit<br>Branch and Co. Code Rh Njo 20916059<br>F/B/O Earl Gaudio & Son Inc. | 09/26/13 | | -15,789.14 |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxtq<br>From 07/27/2013-08/26/2013 $1,460.69<br>From 07/20/2013-07/27/2013 $385.97<br>Check Number: 0710611 | 09/26/13 | -1,846.66 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14fabnd<br>1610 Georgetown Rd.<br>Check Number: 0710611 | 09/26/13 | -141.72 | |
| Newwave Communications<br>Current Balance Due<br>Internet Service<br>Account #034536602<br>1803 Georgetown Rd., Danville<br>Service From 09/13/2013 - 10/12/2013<br>Check Number: 0710586 | 09/26/13 | -100.00 | |

◈ **First Midwest Bank**

## EARL GAUDIO & SONS INC

Account Number: ▉▉▉-01-8
Statement Period: 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Paetec<br>Current Balance Due<br>Account #9203647<br>Service From 09/04/2013 - 10/03/2013<br>Invoice #5910958<br>Invoice Dtd 09/06/2013<br>Check Number: 0710590 | 09/26/13 | -1,597.24 | |
| Alarmax, Inc.<br>Current Balance Due<br>Alarm Monitor Service<br>Account #4420289<br>Service From 08/01/2013 - 10/31/2013<br>Invoice #R 23506<br>Invoice Dtd 07/01/2013<br>Check Number: 0710856 | 09/30/13 | -90.00 | |
| Alarmax, Inc.<br>Current Balance Due<br>Repair Two Overhead Door Sensors<br>Account #4420289<br>Service Dtd 09/20/2013<br>Invoice #P 5234<br>Invoice Dtd 09/25/2013<br>Check Number: 0710856 | 09/30/13 | -329.49 | |
| Employers<br>Workers Compensation & Employers<br>Liability Insurance Policy<br>October 2013<br>Policy #Elg 1685312 00<br>Check Number: 0710831 | 09/30/13 | -3,431.74 | |
| First Midwest Bank<br>To Purchase An Official Check<br>Payable To The Illinois Tollway<br>For Toll Violation<br>Notice #VS132125046<br>Notice Dtd 09/13/2013<br>Check Number: 0710834 | 09/30/13 | -356.90 | |
| Regions Bank<br>Legal Fees<br>Re: Earl Gaudio & Son, Inc.<br>Matter #28-278057<br>Invoice #31139<br>Invoice Dtd 09/09/2013<br>Check Number: 0710838 | 09/30/13 | -108.00 | |

 **First Midwest Bank**

## EARL GAUDIO & SONS INC

**Account Number:** ████-01-8
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Technical Maintenance Support<br>Current Balance Due<br>Customer #22-0051227<br>Invoice #0242954-In<br>Statement Dtd 09/16/2013<br>Check Number: 0710846 | 09/30/13 | -67.65 | |
| Vermont Information Processing, Inc.<br>Current Balance Due<br>Account #G0195<br>Invoice #513632<br>Invoice Dtd 08/23/2013<br>Check Number: 0710848 | 09/30/13 | -253.91 | |
| Ameren Illinois<br>Partial Current Balance Due<br>Account #00690-44021<br>1803 Georgetown Rd., Tilton<br>Service From 07/26/2013 - 08/26/2013<br>Statement Dtd 08/29/2013<br>Check Number: 0709777 | 09/18/13 | -2,802.82 | |
| Ameren Illinois<br>Current Balance Due<br>Deposit<br>Account #00690-44021<br>1803 Georgetown Rd., Tilton<br>Statement Dtd 09/23/2013<br>Check Number: 0710815 | 09/30/13 | -1,612.00 | |
| **Total To/For Beneficiary** | | **$ -71,482.75** | **$ -232,351.66** |
| **Fees/Expenses** | | | |
| Wire Fee Health Alliance 9/3 Wire | 09/03/13 | -30.00 | |
| Health Alliance<br>Wire To Busey Bank | 09/03/13 | -7,635.00 | |
| Wire Transfer Fee | 09/03/13 | | -30.00 |
| Wire Transfer Fee | 09/06/13 | | -30.00 |
| Wire Fee | 09/09/13 | -30.00 | |
| Ab Orders #52 & #53 | 09/09/13 | -47,255.25 | |
| Wire Fee | 09/11/13 | -30.00 | |
| Ab Wire Order #54 | 09/11/13 | -29,409.80 | |
| Wire Fee | 09/12/13 | -30.00 | |

# First Midwest Bank

## EARL GAUDIO & SONS INC

Account Number: ███ -01-8
Statement Period: 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Ab Wire, Order #55 | 09/12/13 | -22,996.83 | |
| Wire Transfer Fee | 09/12/13 | | -30.00 |
| Wire Transfer Fee | 09/13/13 | | -30.00 |
| Wire Transfer Fee | 09/20/13 | | -30.00 |
| Wire Transfer Fee | 09/26/13 | | -30.00 |
| **Total Fees/Expenses** | | **$ -107,416.88** | **$ -180.00** |
| **Total Disbursements** | | **$ -178,899.63** | **$ -232,531.66** |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Nt Institutional Government Purchases (14) 09/01/13 To 09/30/13 | 09/30/13 | | -536,635.52 |
| **Total Purchases** | | **$ 0.00** | **$ -536,635.52** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Nt Institutional Government Sales (15) 09/01/13 To 09/30/13 | 09/30/13 | 272,252.89 | |
| **Total Sales** | | **$ 272,252.89** | **$ 0.00** |

### Non-Cash Activity

| | Date | Cost |
|---|---|---|
| Property Located At 1803 Georgetown Road, Tilton, IL To Place on Record | 09/06/13 | 4,450,000.00 |
| Security Deposit To Ameren Illinois Related To Property Located At 1803 Georgetown Rd, Tilton, IL To Place on Record | 09/30/13 | 1,612.00 |
| **Total Non-Cash Transactions** | | **$ 4,451,612.00** |

# ◈ First Midwest Bank

**EARL GAUDIO & SONS INC**

**Account Number:** ███████-01-8
**Statement Period:** 09/01/13 - 09/30/13

RISING INTEREST RATES CREATE BOTH OPPORTUNITIES AND CONCERNS FOR INVESTORS. FIRST MIDWEST WEALTH MANAGEMENT IS
REACTING ACCORDINGLY. PLEASE COMMUNICATE ANY SPECIFIC CONCERNS YOU HAVE ABOUT YOUR ACCOUNT WITH YOUR
RELATIONSHIP MANAGER.

 **First Midwest Bank**

P.O. Box 580 • Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: August 30, 2013
This statement: September 30, 2013

3433          **Page 1 of 5**

402

 00000317-WPTR0006421001192827-XS01-1OZ-003006000
EARL GAUDIO & SON INC
BEVERAGE DISTRIBUTORSHIP DIVISION
2801 W JEFFERSON ST C/O ANGELA HART
JOLIET IL 60435-5299

Direct inquiries to:
Customer Service
815-774-2000

First Midwest Bank  105
50 West Jefferson Street
Joliet, Illinois 60431

{36}
0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | 3433 | $117,676.74 |

## Solutions Checking

**Account number** 3433

| | |
|---|---|
| Beginning balance | $117,823.50 |
| Average balance | $127,018.46 |
| Total additions | $716,354.22 |

Total subtractions $716,501.09

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10077 | 09-03 | 875.11 | 10102 | 09-09 | 434.00 |
| 10078 | 09-03 | 970.26 | 10103 | 09-19 | 433.66 |
| 10079 | 09-03 | 1,486.69 | 10104 | 09-16 | 970.26 |
| 10080 | 09-05 | 1,177.82 | 10105 | 09-16 | 1,486.69 |
| 10081 | 09-05 | 828.23 | 10106 | 09-17 | 1,195.73 |
| 10082 | 09-03 | 1,035.38 | 10107 | 09-19 | 828.24 |
| 10083 | 09-05 | 803.40 | 10108 | 09-16 | 1,514.92 |
| 10084 | 09-03 | 753.64 | 10109 | 09-17 | 1,333.87 |
| 10085 | 09-03 | 1,100.44 | 10110 | 09-16 | 1,228.44 |
| 10086 | 09-03 | 925.61 | 10111 | 09-17 | 1,100.44 |
| 10087 | 09-03 | 888.77 | 10112 | 09-17 | 900.22 |
| 10088 | 09-03 | 1,477.36 | 10113 | 09-17 | 888.77 |
| 10089 | 09-05 | 1,005.80 | 10114 | 09-16 | 1,477.37 |
| 10090 | 09-04 | 399.05 | 10115 | 09-18 | 1,486.14 |
| 10091 | 09-03 | 1,176.95 | 10116 | 09-17 | 597.06 |
| 10092 | 09-03 | 691.35 | 10117 | 09-17 | 1,203.48 |
| 10093 | 09-03 | 1,337.63 | 10118 | 09-16 | 686.96 |
| 10094 | 09-05 | 1,086.71 | 10119 | 09-16 | 1,337.63 |
| 10095 | 09-05 | 1,093.80 | 10120 | 09-17 | 1,087.09 |
| 10096 | 09-03 | 1,344.70 | 10121 | 09-17 | 120.07 |
| 10097 | 09-03 | 1,209.78 | 10122 | 09-17 | 1,093.19 |
| 10099 * | 09-05 | 1,225.76 | 10123 | 09-16 | 1,344.69 |
| 10100 | 09-06 | 314.00 | 10124 | 09-17 | 1,118.70 |
| 10101 | 09-06 | 382.80 | 10125 | 09-13 | 1,501.02 |



 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**September 30, 2013**
Earl Gaudio & Son Inc
Page 3 of 5
████3433

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 09-09 | #Chargeback | | -591.35 |
| | Check # 6823 Maker: Pammy's Pla | | |
| | Reason: NSF Seq # 99000012 | | |
| 09-10 | #Preauthorized Credit | 9,915.00 | |
| | Anheuser-Busch Pre-Auth | | |
| | 130910 51227 000756 | | |
| 09-10 | #Preauthorized Credit | 6,573.70 | |
| | Earl Gaudio and Fintecheft | | |
| | 130910 37-0905843 | | |
| 09-10 | #Preauthorized Debit | | -196.02 |
| | fintech.net Fintecheft | | |
| | 130910 37-0905843 | | |
| 09-11 | #Deposit | 40,671.66 | |
| 09-12 | #Deposit | 30,640.25 | |
| 09-12 | #Preauthorized Credit | 8,895.50 | |
| | Earl Gaudio and Fintecheft | | |
| | 130912 37-0905843 | | |
| 09-12 | #Preauthorized Credit | 4,581.15 | |
| | Anheuser-Busch Pre-Auth | | |
| | 130912 51227 003575 | | |
| 09-12 | #Deposit | 986.83 | |
| 09-12 | #Chargeback | | -2,229.77 |
| | Check # 036402 Maker: Meyer Oil C | | |
| | Reason: Stop PaymeSeq # 99000008 | | |
| 09-13 | #Deposit | 49,911.22 | |
| 09-13 | #Preauthorized Credit | 12,705.95 | |
| | Earl Gaudio and Fintecheft | | |
| | 130913 37-0905843 | | |
| 09-13 | #Preauthorized Credit | 3,310.76 | |
| | Monster Energy C ACH Batch | | |
| | 130910 | | |
| 09-13 | #Preauthorized Credit | 412.00 | |
| | Murphy Oil USA D Vendpmt | | |
| | 130913 5423323 | | |
| 09-16 | #Preauthorized Credit | 46,710.00 | |
| | Anheuser-Busch Pre-Auth | | |
| | 130916 51227 006315 | | |
| 09-16 | #Deposit | 34,615.74 | |
| 09-16 | #Preauthorized Credit | 3,729.80 | |
| | Earl Gaudio and Fintecheft | | |
| | 130916 37-0905843 | | |
| 09-17 | #Deposit | 33,714.57 | |
| 09-17 | #Preauthorized Credit | 4,840.95 | |
| | Earl Gaudio and Fintecheft | | |
| | 130917 37-0905843 | | |
| 09-17 | #Preauthorized Credit | 101.80 | |
| | Adp Payroll Fees Adp - Fees | | |
| | 130917 2Rnjo 0548505 | | |
| 09-17 | #Debit Memo | | -261,000.00 |
| | Transfer To Trust Account# | | |
| | 210060018 | | |
| 09-18 | #Deposit | 30,105.35 | |
| 09-18 | #Preauthorized Credit | 6,240.43 | |
| | Earl Gaudio and Fintecheft | | |
| | 130918 37-0905843 | | |





# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**September 30, 2013**
Earl Gaudio & Son Inc
Page 5 of 5

3433

### Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-30 | 117,823.58 | 09-11 | 123,277.66 | 09-20 | 109,261.69 |
| 09-03 | 100,745.55 | 09-12 | 166,151.62 | 09-23 | 114,131.89 |
| 09-04 | 90,563.96 | 09-13 | 230,990.53 | 09-24 | 111,070.20 |
| 09-05 | 120,489.00 | 09-16 | 305,999.11 | 09-26 | 117,712.71 |
| 09-06 | 101,290.72 | 09-17 | 70,714.28 | 09-27 | 117,676.71 |
| 09-09 | 66,313.32 | 09-18 | 105,573.92 | | |
| 09-10 | 82,606.00 | 09-19 | 102,377.14 | | |

