# First Midwest Bank

## GAUDIO RETAIL, LLC

**Account Number:** ███ -01-6
**Statement Period:** 09/01/13 - 09/30/13

GAUDIO RETAIL, LLC
UPS STORE 4323
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

**Relationship Manager**
Angela Hart   815-327-4865

### Portfolio Summary



LIABILITIES

### Value of Portfolio

| Description | Market Value | % of Account |
|---|---|---|
| Cash & Equiv | 20,764.78 | 490.1% |
| Liabilities | -25,002.00 | 590.1% |
| **Total Portfolio** | **$ -4,237.22** | **100.0%** |
| Accrued Income | 0.18 | |
| **Total Valuation** | **$ -4,237.04** | |

### Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | **$ -4,011.19** | **$ 0.00** |
| Income | | |
| Dividends | 0.19 | 0.19 |
| Contributions | 21,543.24 | 48,561.26 |
| Disbursements | | |
| To/For Beneficiary | -21,769.27 | -36,738.67 |
| Fees/Expenses | 0.00 | -16,060.00 |
| Realized Gains/(Losses) | 0.00 | 0.00 |
| Accrued Income | -0.01 | 0.18 |
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | **$ -4,237.04** | **$ -4,237.04** |

276

 **First Midwest Bank**

## GAUDIO RETAIL, LLC

**Account Number:** ████-01-6
**Statement Period:** 09/01/13 - 09/30/13

### Portfolio Investments

| Asset Description | Units | Market Value / Cost | Est. Annual Income / Accruals | Current Yield |
|---|---|---|---|---|
| **Cash and Equivalent** | | | | |
| Principal Cash | | 11,444.76 / 11,444.76 | 0.00 | 0.00% |
| Income Cash | | -11,444.76 / -11,444.76 | 0.00 | 0.00% |
| Nt Institutional Government Select Fund | 20,764.780 | 20,764.78 / 20,764.78 | 2.00 / 0.18 | 0.01% |
| **Total Cash and Equivalent** | | **$ 20,764.78 / $ 20,764.78** | **2.00 / 0.18** | **0.01%** |
| **Liabilities** | | | | |
| Demand Promissory Note From Earl Gaudio & Son Inc. To Gaudio Retail LLC I/A/O $25,000 @ 3% Dtd 08/07/2013 | 25,000.000 | -25,000.00 / -25,000.00 | 750.00 | 3.00% |
| Lease Agreement Shanell, Inc. (Landlord) Gaudio Diversified Ventures, LLC @ 2830 N Vermilion, Danville, IL | 1.000 | -1.00 / -1.00 | 0.00 | 0.00% |
| Lease Agreement Old Farm Shops (Landlord) Ups (Tennant) @ 1717 W Kirby Ave, Champaign, IL Dtd 03/20/2002 Loi 02/14/2002 | 1.000 | -1.00 / -1.00 | 0.00 | 0.00% |
| **Total Liabilities** | | **$ -25,002.00 / $ -25,002.00** | **0.00 / 0.00** | **0.00%** |
| **Total Market Value** | | **$ -4,237.22 / $ -4,237.22** | **752.00 / 0.18** | **17.75%** |
| **Total Market Value Plus Accruals** | | **$ -4,237.04** | | |

# ◈ First Midwest Bank

## GAUDIO RETAIL, LLC

**Account Number:** ▇▇▇-01-6
**Statement Period:** 09/01/13 - 09/30/13

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Nt Institutional Government Select Fund | | | |
| Div To 08/31/13 | 09/03/13 | 0.19 | |
| **Total Dividend Income** | | **$ 0.19** | **$ 0.00** |
| **Total Income** | | **$ 0.19** | **$ 0.00** |

### Additions

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Transfer of Funds From Checking To Trust To Fund Operations | 09/18/13 | 15,000.00 | |
| Principal Addition Check Received From Cibm Bank To Close Account #1294318 Check #350804 Dtd 09/23/2013 | 09/23/13 | | 6,545.24 |
| **Total Additions** | | **$ 15,000.00** | **$ 6,545.24** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Dianna Lienard Current Balance Due Mileage Reimbursement From 08/02/2013 - 08/28/2013 Store 4323 - Champaign Check Number: 0709273 | 09/10/13 | -44.70 | |
| Allied Waste Services #729 Current Balance Due Account #3-0729-0022902 1717 W. Kirby Ave., Champaign Invoice #0729-000918378 Service From 07/20/2013 - 09/30/2013 Invoice Dtd 08/20/2013 Check Number: 0709288 | 09/10/13 | -226.59 | |

# ◈ First Midwest Bank

## GAUDIO RETAIL, LLC

**Account Number:** ████ -01-6
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Aqua IL<br>Current Charges Due<br>Account #002069372 1083372 (Ups Water)<br>1803 Georgetown Rd., Danville<br>Service From 07/19/2013 - 08/23/2013<br>Statement Dtd 08/26/2013<br>Check Number: 0709320 | 09/10/13 | -179.27 | |
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>The Ups Store #4323<br>Invoice #ORD0000298747<br>Invoice Dtd 08/21/2013<br>Check Number: 0709299 | 09/10/13 | -76.08 | |
| Monster Shred<br>Current Balance Due<br>The Ups Store #4323<br>Invoice #20384<br>Invoice Dtd 08/26/2013<br>Check Number: 0709308 | 09/10/13 | -495.00 | |
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #2197356<br>The Ups Store #4323<br>Invoice #5027301915<br>Invoice Dtd 08/21/2013<br>Check Number: 0709312 | 09/10/13 | -27.13 | |
| Ups Freight<br>Current Balance Due<br>Customer #20225590<br>Freight Bill #325166833<br>The Ups Store #4323<br>Statement Dtd 08/13/2013<br>Check Number: 0709314 | 09/10/13 | -166.37 | |
| Director of Employment Security<br>2nd Quarter 2013 UI-3/40<br>Account #4687368<br>Fein 45-4098532<br>Gaudio Retail LLC<br>Check Number: 0709624 | 09/16/13 | -1,597.43 | |

 **First Midwest Bank**

## GAUDIO RETAIL, LLC

**Account Number:** ████ -01-6
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| United States Treasury<br>2nd Quarter 2013 Form 941<br>Withholding Income Tax Return<br>Gaudio Retail LLC<br>Ein 45-4098532<br>Check Number: 0709625 | 09/16/13 | -7,817.07 | |
| Dianna M. Lienard<br>Current Balance Due<br>Mileage Reimbursement<br>Additional Mileage For August 2013<br>Store 4323 - Champaign<br>Check Number: 0709704 | 09/17/13 | -34.40 | |
| Ameren Illinois<br>Current Balance Due<br>Account #96848-50012<br>1717 W. Kirby Ave., Champaign<br>Service From 08/01/2013 - 08/28/2013<br>Statement Dtd 08/30/2013<br>Check Number: 0709714 | 09/17/13 | -2.73 | |
| Comcast Cable<br>Current Balance Due<br>Ups Store #6236<br>Account #8771 40 308 0372093<br>Service From 09/03/2013 - 10/02/2013<br>Statement Dtd 08/27/2013<br>Check Number: 0709726 | 09/17/13 | -190.74 | |
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>Invoice #ORD0000301379<br>Invoice Dtd 08/31/2013<br>Check Number: 0709728 | 09/17/13 | -132.11 | |
| GE Capital/Ricoh USA Program<br>Current Balance Due<br>Copier Lease<br>The Ups Store #4323<br>Account #1326803-4323a<br>Period: 08/28/2013 - 09/22/2013<br>Invoice #90652968<br>Invoice Dtd 08/28/2013 | 09/17/13 | -374.04 | |

# ◈ First Midwest Bank

## GAUDIO RETAIL, LLC

**Account Number:** ▇▇▇ -01-6
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #4153242<br>The Ups Store #6236<br>Invoice #5027279272<br>Invoice Dtd 08/19/2013<br>Check Number: 0709749 | 09/17/13 | -134.45 | |
| Uline<br>Current Balance Due<br>Customer #4893746<br>Invoice #52428518 $344.62<br>Invoice Dtd 07/23/2013<br>Invoice #52534052 $(20.08)<br>Invoice Dtd 07/26/2013<br>Check Number: 0709753 | 09/17/13 | -324.54 | |
| Schwarz Supply Source<br>Current Balance Due<br>The Ups Store #4323<br>Order #24108918<br>Invoice Dtd 09/19/2013<br>Check Number: 0709850 | 09/19/13 | -1,417.68 | |
| Schwarz Supply Source<br>Current Balance Due<br>The Ups Store #6236<br>Order #23854787<br>Invoice Dtd 08/09/2013<br>Check Number: 0709851 | 09/19/13 | -1,365.74 | |
| Aqua IL<br>Current Charges Due<br>Account #002069639 0830885 (Ups Water)<br>2830 N. Vermilion St. Unit B,<br>Danville<br>Service From 07/19/2013 - 08/27/2013<br>Statement Dtd 09/06/2013 | 09/25/13 | -33.02 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxtv<br>From 07/20/2013 - 08/01/2013 $63.29<br>From 08/02/2013 - 08/27/2013 $122.94<br>The Ups Store #4323<br>Check Number: 0710506 | 09/25/13 | -186.23 | |


# First Midwest Bank

## GAUDIO RETAIL, LLC

**Account Number:** ████ -01-6
**Statement Period:** 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>Invoice #ORD0000298747<br>Invoice Dtd 08/21/2013<br>Check Number: 0710526 | 09/25/13 | -76.08 | |
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>Invoice #ORD0000301379<br>Invoice Dtd 08/31/2013<br>Check Number: 0710526 | 09/25/13 | -132.11 | |
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>Invoice #ORD0000302835<br>Invoice Dtd 09/04/2013<br>Check Number: 0710526 | 09/25/13 | -46.26 | |
| Wells Fargo Ins. Services USA Inc.<br>Workers Compensation Insurance<br>Premium<br>Policy #ISUB1D62194513<br>Service From 05/01/2013 - 05/01/2014<br>Invoice #17886428<br>Invoice Dtd 08/29/2013<br>Check Number: 0710521 | 09/25/13 | -1,084.00 | |
| Ameren Illinois<br>Current Balance Due<br>Account #42411-88028<br>2830 N. Vermilion St., Suite B<br>Danville<br>Service From 08/06/2013 - 09/05/2013<br>Statement Dtd 09/09/2013<br>Check Number: 0710575 | 09/26/13 | -248.96 | |
| Danville Sanitary District<br>Current Charges & Past Due<br>Account #02-009500-02<br>2830-B N. Vermilion<br>Service From 07/2013 - 09/2013<br>Statement Dtd 09/25/2013<br>Check Number: 0710580 | 09/26/13 | -44.29 | |

# ◈ First Midwest Bank

## GAUDIO RETAIL, LLC

Account Number: ████-01-6
Statement Period: 09/01/13 - 09/30/13

### Disbursement Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Uline<br>Current Balance Due<br>Danville Store Supplies<br>Customer #6793693<br>Invoice #53309206<br>Invoice Dtd 09/04/2013<br>Check Number: 0710595 | 09/26/13 | -625.91 | |
| Bankcard Processing Center<br>Current Balance Due<br>Account #4865 2259 4521 3261<br>#6236 $562.34 Sept.<br>#4323 $1,164.43 Sept.<br>Statement Dtd 09/06/2013<br>Check Number: 0710660 | 09/27/13 | | -1,726.77 |
| Illinois Department of Revenue<br>Balance Due on 2013 St-1<br>Sales and Use Tax Return<br>Account ID #4090-6851<br>Period: August 2013<br>Check Number: 0710663 | 09/27/13 | | -593.01 |
| Comcast Cable<br>Current Balance Due<br>Ups Store #4323<br>Account #8771 40 302 0230930<br>Service From 07/24/2013 - 10/23/2013<br>Statement Dtd 09/17/2013<br>Check Number: 0710820 | 09/30/13 | -313.32 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxuu<br>From 07/19/2013 - 08/05/2013<br>The Ups Store #6236<br>Check Number: 0710857 | 09/30/13 | -67.36 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxuu<br>From 08/06/2013 - 09/04/2013<br>The Ups Store #6236<br>Check Number: 0710857 | 09/30/13 | -120.95 | |

# ◈ First Midwest Bank

## GAUDIO RETAIL, LLC

Account Number: ▮▮▮▮-01-6
Statement Period: 09/01/13 - 09/30/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>Invoice #ORD0000305156<br>Invoice Dtd 09/11/2013<br>Check Number: 0710858 | 09/30/13 | -46.18 | |
| Dhl Express - USA<br>Current Balance Due<br>Account #845827826<br>Invoice #ORD0000307417<br>Invoice Dtd 09/18/2013<br>Check Number: 0710858 | 09/30/13 | -69.13 | |
| Dianna M. Lienard<br>Current Balance Due<br>Mileage Reimbursement<br>From 09/06/2013 - 09/27/2013<br>Store 4323 - Champaign<br>Check Number: 0710829 | 09/30/13 | -25.43 | |
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #2197356<br>The Ups Store #4323<br>Invoice #5027575661<br>Invoice Dtd 09/12/2013<br>Check Number: 0710839 | 09/30/13 | -89.19 | |
| Shanell, Inc.<br>Current Balance Due<br>Re: September 2013 Rent<br>Danville Store<br>Invoice #510207<br>Invoice Dtd 10/01/2013<br>Check Number: 0710841 | 09/30/13 | -1,615.00 | |
| Wells Fargo Ins. Services USA Inc.<br>Workers Compensation Insurance<br>Premium<br>Late Fee To Reinstate<br>Policy #Bop 7598934<br>Check Number: 0710849 | 09/30/13 | -20.00 | |
| **Total To/For Beneficiary** | | **$ -19,449.49** | **$ -2,319.78** |
| **Total Disbursements** | | **$ -19,449.49** | **$ -2,319.78** |

# ◈ First Midwest Bank

## GAUDIO RETAIL, LLC

**Account Number:** ▮▮▮▮-01-6
**Statement Period:** 09/01/13 - 09/30/13

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Nt Institutional Government Purchases (3) 09/01/13 To 09/30/13 | 09/30/13 | | -21,545.43 |
| **Total Purchases** | | **$ 0.00** | **$ -21,545.43** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Nt Institutional Government Sales (8) 09/01/13 To 09/30/13 | 09/30/13 | 21,769.27 | |
| **Total Sales** | | **$ 21,769.27** | **$ 0.00** |

### Non-Cash Activity

| | Date | Cost |
|---|---|---|
| Lease Agreement Shanell, Inc. (Landlord) Gaudio Diversified Ventures, LLC @ 2830 N Vermilion, Danville, IL To Place on Record | 09/16/13 | -1.00 |
| Lease Agreement Old Farm Shops (Landlord) Ups (Tennant) @ 1717 W Kirby Ave, Champaign, IL Dtd 03/20/2002 Loi 02/14/2002 To Place on Record | 09/16/13 | -1.00 |
| **Total Non-Cash Transactions** | | **$ -2.00** |

RISING INTEREST RATES CREATE BOTH OPPORTUNITIES AND CONCERNS FOR INVESTORS. FIRST MIDWEST WEALTH MANAGEMENT IS REACTING ACCORDINGLY. PLEASE COMMUNICATE ANY SPECIFIC CONCERNS YOU HAVE ABOUT YOUR ACCOUNT WITH YOUR RELATIONSHIP MANAGER.

 **First Midwest Bank**
P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: August 30, 2013
This statement: September 30, 2013

 3540          Page 1 of 8

402


00000028-WPTR000642100119423O-XSD1-1OZ-003006000
GAUDIO RETAIL LLC
UPS STORE
FIRST MIDWEST BANK AS CUSTODIAN
2801 W JEFFERSON ST
JOLIET IL 60435

Direct inquiries to:
Customer Service
815-774-2000

First Midwest Bank  105
50 West Jefferson Street
Joliet, Illinois 60431

{36}
0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | 3540 | $27,936.86 |

## Solutions Checking

**Account number** 3540

| | | |
|---|---|---|
| Beginning balance | $26,734.37 | |
| Average balance | $29,578.96 | |
| Total additions | $55,670.38 | Total subtractions $-54,467.89 |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 09-03 | #Preauthorized Credit<br>Paymentech Deposit<br>130903 5588464 | 1,099.56 | |
| 09-03 | #Preauthorized Credit<br>Paymentech Deposit<br>130903 5588464 | 911.82 | |
| 09-03 | #Preauthorized Credit<br>Paymentech Deposit<br>130903 5588464 | 537.07 | |
| 09-03 | #Deposit | 317.65 | |
| 09-03 | #Preauthorized Credit<br>Paymentech Deposit<br>130903 5588465 | 255.65 | |
| 09-03 | #Deposit | 154.18 | |
| 09-03 | #Preauthorized Credit<br>Paymentech Deposit<br>130903 5588465 | 112.05 | |
| 09-03 | #Deposit | 72.04 | |
| 09-03 | #Preauthorized Credit<br>American Express Settlement<br>130903 3120178835 | 65.57 | |
| 09-03 | #Preauthorized Credit<br>American Express Settlement<br>130903 3120178835 | 63.42 | |



# First Midwest Bank

P.O. Box 580 • Joliet, IL 60434-0580
**Return Service Requested**

**September 30, 2013**
Gaudio Retail LLC
Page 3 of 8

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 09-06 | #Preauthorized Debit Usps-Psi Systems Usps Pmt 130905 2390742077 | | -300.00 |
| 09-06 | #Preauthorized Debit Mbe CO-Op Cooppymt 130905 4323 | | -250.00 |
| 09-09 | #Preauthorized Credit Paymentech Deposit 130909 5588464 | 893.43 | |
| 09-09 | #Preauthorized Credit Paymentech Deposit 130909 5588465 | 349.45 | |
| 09-09 | #Preauthorized Credit American Express Settlement 130909 3120178835 | 227.24 | |
| 09-09 | #Preauthorized Credit Paymentech Fin Adj 130909 5588465 | 197.41 | |
| 09-09 | #Deposit | 188.39 | |
| 09-09 | #Deposit | 172.13 | |
| 09-09 | #Preauthorized Credit American Express Settlement 130909 3120178835 | 170.48 | |
| 09-09 | #Deposit | 66.33 | |
| 09-09 | #Preauthorized Credit American Express Settlement 130909 3120179031 | 39.88 | |
| 09-09 | #Deposit | 26.09 | |
| 09-09 | #Preauthorized Credit American Express Settlement 130909 3120179031 | 12.90 | |
| 09-10 | #Preauthorized Credit Paymentech Deposit 130910 5588464 | 1,078.82 | |
| 09-10 | #Deposit | 725.90 | |
| 09-10 | #Preauthorized Credit Paymentech Deposit 130910 5588464 | 388.02 | |
| 09-10 | #Preauthorized Credit Paymentech Deposit 130910 5588465 | 247.63 | |
| 09-10 | #Deposit | 162.24 | |
| 09-10 | #Preauthorized Credit Paymentech Deposit 130910 5588465 | 126.68 | |
| 09-11 | #Preauthorized Credit Paymentech Deposit 130911 5588464 | 1,520.29 | |
| 09-11 | #Deposit | 475.75 | |
| 09-11 | #Deposit | 129.47 | |
| 09-11 | #Preauthorized Credit Paymentech Deposit 130911 5588465 | 96.57 | |



WPTR0006421001194230000000260020050410000000026000000

 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**


**September 30, 2013**
Gaudio Retail LLC
Page 5 of 8

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 09-16 | #Preauthorized Credit American Express Settlement 130916 3120179031 | 10.00 | |
| 09-17 | #Preauthorized Credit Paymentech Deposit 130917 5588464 | 918.95 | |
| 09-17 | #Preauthorized Credit Paymentech Deposit 130917 5588464 | 706.35 | |
| 09-17 | #Preauthorized Credit Paymentech Deposit 130917 5588465 | 236.27 | |
| 09-17 | #Deposit | 197.96 | |
| 09-17 | #Preauthorized Credit Paymentech Deposit 130917 5588465 | 140.79 | |
| 09-17 | #Preauthorized Credit American Express Settlement 130917 3120178835 | 124.64 | |
| 09-18 | #Preauthorized Credit Paymentech Deposit 130918 5588464 | 1,151.97 | |
| 09-18 | #Deposit | 486.29 | |
| 09-18 | #Preauthorized Credit Paymentech Deposit 130918 5588465 | 338.68 | |
| 09-18 | #Deposit | 259.03 | |
| 09-18 | #Deposit | 112.22 | |
| 09-18 | #Deposit | 93.48 | |
| 09-18 | #Debit Memo Transfer To Trust Account# 210061016 | | -15,000.00 |
| 09-19 | #Preauthorized Credit Mbe Prp Prp Pymt 130919 | 4,619.09 | |
| 09-19 | #Preauthorized Credit Mbe Prp Prp Pymt 130919 | 1,056.62 | |
| 09-19 | #Preauthorized Credit Paymentech Deposit 130919 5588464 | 941.95 | |
| 09-19 | #Preauthorized Credit Paymentech Deposit 130919 5588465 | 221.97 | |
| 09-19 | #Deposit | 221.85 | |
| 09-19 | #Deposit | 203.68 | |
| 09-20 | #Preauthorized Credit Paymentech Deposit 130920 5588464 | 930.98 | |
| 09-20 | #Preauthorized Credit Paymentech Deposit 130920 5588465 | 306.28 | |
| 09-20 | #Deposit | 209.28 | |



 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**



**September 30, 2013**
Gaudio Retail LLC
**Page 7 of 8**

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 09-24 | #Preauthorized Credit<br>Paymentech Deposit<br>130924 5588465 | 230.45 | |
| 09-24 | #Preauthorized Credit<br>Paymentech Deposit<br>130924 5588465 | 139.44 | |
| 09-24 | #Preauthorized Credit<br>American Express Settlement<br>130924 3120178835 | 115.67 | |
| 09-24 | #Deposit | 99.37 | |
| 09-24 | #Deposit | 81.99 | |
| 09-24 | #Deposit | 74.53 | |
| 09-25 | #Preauthorized Credit<br>Paymentech Deposit<br>130925 5588464 | 1,786.50 | |
| 09-25 | #Preauthorized Credit<br>Paymentech Deposit<br>130925 5588465 | 838.75 | |
| 09-25 | #Deposit | 191.29 | |
| 09-25 | #Preauthorized Credit<br>American Express Settlement<br>130925 3120179031 | 103.15 | |
| 09-26 | #Preauthorized Credit<br>Paymentech Deposit<br>130926 5588464 | 889.02 | |
| 09-26 | #Deposit | 231.50 | |
| 09-26 | #Preauthorized Credit<br>Paymentech Deposit<br>130926 5588465 | 93.07 | |
| 09-26 | #Deposit | 77.14 | |
| 09-26 | #Preauthorized Debit<br>Adp TX/Fincl Svc Adp - Tax<br>130926 635044398997NN2 | | -4,253.71 |
| 09-26 | #Preauthorized Debit<br>Adp TX/Fincl Svc Adp - Tax<br>130926 RHNN2 092706A01 | | -1,570.80 |
| 09-26 | #Preauthorized Debit<br>Ups Store Mbe 0913 /AR<br>130926 6236 | | -369.41 |
| 09-26 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>130926 2RNN2 9405075 | | -101.60 |
| 09-26 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>130926 2RNN2 9991018 | | -76.60 |
| 09-26 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>130926 2RNN2 0549702 | | -74.80 |
| 09-26 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>130926 2RNN2 1151861 | | -74.80 |
| 09-26 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees<br>130926 2RNN2 1701855 | | -74.80 |



FOR CHANGE OF ADDRESS, PLEASE COMPLETE FORM BELOW

☐ PLEASE CHANGE ADDRESS ON ALL ACCOUNTS.
☐ PLEASE CHANGE ADDRESS ONLY ON ACCOUNTS INDICATED.
    ☐ CHECKING/NOW   ☐ SAVINGS   ☐ CERTIFICATE OF DEPOSIT   ☐ LOANS   ☐ SAFE DEPOSIT BOX
    ☐ OTHER (PLEASE LIST) _____

**NEW ADDRESS**

STREET _____
CITY _____   STATE _____   ZIP _____
SOCIAL SECURITY # ____ - __ - ____   EFFECTIVE DATE OF CHANGE _____

AUTHORIZED SIGNATURE REQUIRED (DO NOT PRINT) _____

Member FDIC

(DETACH ALONG DOTTED LINE AND RETURN)

---

## RECONCILING YOUR CHECKING ACCOUNT

**BEFORE YOU START:**
MAKE THE FOLLOWING ENTRIES IN YOUR CHECKBOOK REGISTER TO ASSURE THAT ALL TRANSACTIONS ARE PROPERLY RECORDED ON BOTH YOUR RECORDS AS WELL AS THE BANK'S.

**ADD:**
ANY DEPOSITS SHOWN ON THIS STATEMENT, BUT NOT RECORDED IN YOUR CHECKBOOK REGISTER. BE SURE TO INCLUDE ANY AUTOMATIC DEPOSITS, INCLUDING INTEREST.

**SUBTRACT:**
THE ITEMS SHOWN ON THIS STATEMENT, BUT NOT RECORDED IN YOUR CHECKBOOK REGISTER, INCLUDING SERVICE CHARGES.

**NEXT:**
MARK OFF THE CHECKS AND OTHER WITHDRAWALS LISTED ON THE STATEMENT IN YOUR CHECKBOOK REGISTER.

**THEN:**
LIST ALL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (THOSE YOU HAVE WRITTEN AND RECORDED IN YOUR CHECKBOOK REGISTER, BUT HAVE NOT YET BEEN RECEIVED AND PROCESSED BY THE BANK) IN THE COLUMN TO THE RIGHT. ADD UP THE TOTAL DOLLAR AMOUNT AND WRITE IT ON LINE 4 BELOW.

**NOW:**
1. ENTER THE ENDING BALANCE SHOWN ON THIS STATEMENT.   $ _____
2. ENTER THE TOTAL AMOUNT OF ANY DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT.   +$ _____
3. ADD ABOVE ITEMS 1 AND 2.   $ _____
4. ENTER TOTAL CHECKS OUTSTANDING FROM RIGHT HAND COLUMN.   -$ _____
5. SUBTRACT LINE 4 FROM LINE 3. THIS AMOUNT SHOULD AGREE WITH THE BALANCE SHOWN IN YOUR CHECKBOOK REGISTER.   $ _____

| LIST CHECKS OUTSTANDING | |
|---|---|
| CHECK # | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL CHECKS OUTSTANDING** | $ |

---

## ERROR RESOLUTION NOTICE

In case of errors or questions, or if you need more information regarding your ELECTRONIC TRANSFERS, contact us immediately by telephone at the number shown on the front of your statement or in writing at the address shown on the front of your statement. You must contact us no later than 60 days after the first statement on which the error, problem or inquiry in question was sent.
   (1) Include your full name and account number.
   (2) Describe the error or transfer in question, and explain as clearly as possible why you believe there is an error or need for additional information.
   (3) Include the dollar amount of the item in question.
First Midwest Bank will investigate your inquiry and will correct any error promptly. If we take more than ten (10) business days (five (5) business days if related to debit card transactions) to resolve the inquiry, your account will be credited for the amount in question, allowing you to have use of the funds during the time it takes to complete investigation of your inquiry.

WPTR00064210011194230000000260050051410000000002600000


# First Midwest Bank

## EARL GAUDIO & SONS-SALE

| | |
|---|---|
| Account Number: | ████-01-5 |
| Statement Period: | 09/01/13 - 09/30/13 |

EARL GAUDIO & SON, INC.
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

**Relationship Manager**
Angela Hart 815-327-4865

### Portfolio Summary



CASH & EQUIV
FIXED INCOME

### Value of Portfolio

| Description | Market Value | % of Account |
|---|---|---|
| Cash & Equiv | 3,600,362.76 | 39.8% |
| Fixed Income | 5,435,641.82 | 60.2% |
| **Total Portfolio** | **$ 9,036,004.58** | **100.0%** |
| Accrued Income | 3,124.88 | |
| **Total Valuation** | **$ 9,039,129.46** | |

### Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | **$ 0.00** | **$ 0.00** |
| Contributions | 9,549,450.73 | 9,549,450.73 |
| Disbursements | | |
| To/For Beneficiary | -499,000.00 | -499,000.00 |
| Realized Gains/(Losses) | 0.00 | 0.00 |
| Accrued Income | 3,124.88 | 3,124.88 |
| Unrealized Appreciation/(Depreciation) | -14,446.15 | -14,446.15 |
| **Ending Market Value** | **$ 9,039,129.46** | **$ 9,039,129.46** |

 **First Midwest Bank**

## EARL GAUDIO & SONS-SALE

Account Number: ████-01-5
Statement Period: 09/01/13 - 09/30/13

### Portfolio Investments

| Asset Description | Units | Market Value Cost | Est. Annual Income Accruals | Current Yield |
|---|---|---|---|---|
| **Cash and Equivalent** | | | | |
| Principal Cash | | 0.00 0.00 | 0.00 | 0.00% |
| Income Cash | | 0.00 0.00 | 0.00 | 0.00% |
| General Electric Cap Corp Comm Paper 0.00% Due 11/27/2013 | 500,000.000 | 499,918.67 499,965.00 | 0.00 3.33 | 0.00% |
| Ing US Funding Comm Paper 0.00% Due 11/27/2013 | 100,000.000 | 99,966.09 99,973.33 | 0.00 2.91 | 0.00% |
| National Rural Comm Paper 0.00% Due 10/22/2013 | 500,000.000 | 499,942.23 499,968.89 | 0.00 7.77 | 0.00% |
| National Rural Util Comm Paper 0.00% Due 11/25/2013 | 500,000.000 | 499,846.48 499,914.44 | 0.00 1.52 | 0.00% |
| Nt Institutional Government Select Fund | 1,750,730.680 | 1,750,730.68 1,750,730.68 | 175.00 15.59 | 0.01% |
| University of California Comm Paper 0.00% Due 11/18/2013 | 250,000.000 | 249,958.61 249,969.44 | 0.00 3.89 | 0.00% |
| **Total Cash and Equivalent** | | **$ 3,600,362.76 $ 3,600,521.78** | **175.00 35.01** | **0.00%** |
| **Fixed Income** | | | | |
| FHLB Discount Note 0.00% Due 11/27/2013 | 1,450,000.000 | 1,449,978.74 1,449,928.95 | 0.00 6.76 | 0.00% |
| Oppenheimer Sr Float Rate Class Y | 477,897.252 | 3,985,663.08 4,000,000.00 | 199,569.00 3,083.11 | 5.01% |
| **Total Fixed Income** | | **$ 5,435,641.82 $ 5,449,928.95** | **199,569.00 3,089.87** | **3.67%** |
| **Total Market Value** | | **$ 9,036,004.58 $ 9,050,450.73** | **199,744.00 3,124.88** | **2.21%** |
| **Total Market Value Plus Accruals** | | **$ 9,039,129.46** | | |

 **First Midwest Bank**

## EARL GAUDIO & SONS-SALE

Account Number: ▮▮▮-01-5
Statement Period: 09/01/13 - 09/30/13

### Additions

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Principal Addition<br>Wire Received From US Bank<br>Business Sale Proceeds | 09/20/13 | | 9,549,450.73 |
| **Total Additions** | | **$ 0.00** | **$ 9,549,450.73** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Bank of Pontiac<br>To Purchase A One-Month Certificate<br>of Deposit At 0.10% Apy<br>Check Number: 0710572 | 09/26/13 | | -249,500.00 |
| Peoplefirst Bank<br>To Purchase A One-Month Certificate<br>of Deposit At 0.10% Apy<br>Check Number: 0710573 | 09/26/13 | | -249,500.00 |
| **Total To/For Beneficiary** | | **$ 0.00** | **$ -499,000.00** |
| **Total Disbursements** | | **$ 0.00** | **$ -499,000.00** |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| FHLB Discount Note<br>0.00% Due 11/27/2013<br>Purchased 1450000 09/25/13<br>From Mizuho Securities Agencies<br>@ 99.9951 | 09/25/13 | | -1,449,928.95 |
| General Electric Cap Corp Comm Paper<br>0.00% Due 11/27/2013<br>Purchased 500000 09/25/13<br>From Bank of America - Discount<br>@ 99.993 | 09/25/13 | | -499,965.00 |
| Ing US Funding Comm Paper<br>0.00% Due 11/27/2013<br>Purchased 100000 09/24/13<br>From JP Morgan Discount<br>@ 99.973333 | 09/24/13 | | -99,973.33 |

# ◀▦▶ First Midwest Bank

## EARL GAUDIO & SONS-SALE

Account Number: ████ -01-5
Statement Period: 09/01/13 - 09/30/13

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| National Rural Comm Paper<br>0.00% Due 10/22/2013<br>Purchased 500000 09/24/13<br>From JP Morgan Discount<br>@ 99.993778 | 09/24/13 | | -499,968.89 |
| National Rural Util Comm Paper<br>0.00% Due 11/25/2013<br>Purchased 500000 09/30/13<br>From JP Morgan Discount<br>@ 99.982889 | 09/30/13 | | -499,914.44 |
| Nt Institutional Government<br>Select Fund<br>Purchases (1) 09/01/13 To 09/30/13 | 09/30/13 | | -9,549,450.73 |
| Oppenheimer Sr Float Rate<br>Class Y<br>Purchased 477897.252 Shs 09/23/13<br>@ 8.37 | 09/24/13 | | -4,000,000.00 |
| University of California Comm Paper<br>0.00% Due 11/18/2013<br>Purchased 250000 09/24/13<br>From JP Morgan Discount<br>@ 99.987778 | 09/24/13 | | -249,969.44 |
| **Total Purchases** | | **$ 0.00** | **$ -16,849,170.78** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Nt Institutional Government<br>Sales (4) 09/01/13 To 09/30/13 | 09/30/13 | 7,798,720.05 | |
| **Total Sales** | | **$ 7,798,720.05** | **$ 0.00** |

RISING INTEREST RATES CREATE BOTH OPPORTUNITIES AND CONCERNS FOR INVESTORS. FIRST MIDWEST WEALTH MANAGEMENT IS
REACTING ACCORDINGLY.  PLEASE COMMUNICATE ANY SPECIFIC CONCERNS YOU HAVE ABOUT YOUR ACCOUNT WITH YOUR
RELATIONSHIP MANAGER.