U.S Department of Justice

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*  Phone: 309/671-7854
*Peoria, Illinois 61602*  Fax: 309/671-7857

Office of the United States Trustee - Region 10

Monthly Report
for
Debtors-in-Possession and Chapter 11 Trustees

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 and 32, is to be completed and electronically filed by the debor's attorney with the Bankruptcy Court. If any portion of this report is no completed, please provide an explanation as to the reason for the incomplete portion.

Debtor Name: Earl Gaudio & Son, Inc.   For the month ended: October 31, 2013

Case Number: 13-90942    Date Bankruptcy filed: July 19, 2013

Previously
| Required Documents | ATTACHED | SUBMITTED |
|---|---|---|
| 1. Monthly Income Statement | X | |
| 2. Monthly Cash Flow Report | X | |
| 3. Operating Report Summary | X | |
| 4. Bank Statements | N/A | |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information and belief.

By: /s/ Angela E. Hart    Dated: 11/15/13
Title: Senior Vice President of First Midwest Bank    Debtor's telephone number: 815-327-4865

Reports Prepared by: Rebecca Little, Esquire    Estate Settlement Specialist, First Midwest Bank
(Name)    (Title)

Preparer's phone number: 815-327-4876

Revised: 4/16/2009 (*updated 05.06.2011*)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of October 31, 2013

Debtor Name  Earl Gaudio & Son, Inc.

Case Number  13-90942

|  | Current Month | Year-to-Date |
|---|---|---|
| **INCOME** | | |
| Gross receipts or sales | 122,145 | 2,479,668 |
| Less: Returns or allowances | - | 5,728 |
| **Cost of Goods** | | |
| Beginning inventory | - | |
| Purchases | - | |
| Other costs (attach itemized schedule) | 26,327 | |
| Less: Ending Inventory | - | |
| Cost of goods sold | 26,327 | 1,912,582 |
| Gross profit | 95,818 | 561,358 |
| Interest | 3,161 | 3,163 |
| Rents | | |
| Gain (loss) from sale of property | | |
| Other income (attach itemized schedule) | 252,501 | 11,937,281 |
| Total income | 351,480 | 12,501,802 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Compensation of officers | - | |
| Salaries and wages | 97,968 | 309,423 |
| Repairs and maintenance | 1,326 | 2,183 |
| Supplies | 2,274 | 12,365 |
| Bad debts | | 7,760 |
| Rents | | 5,522 |
| Payroll taxes | 38,160 | 123,009 |
| Other taxes (property tax) | 736 | 55,792 |
| Interest expense | | |
| Depreciation | | |
| Insurance | 21,767 | 64,906 |
| Travel and entertainment | 287 | 392 |
| Utilities and telephone | 4,450 | 19,986 |
| Professional and legal | 123,772 | 136,977 |
| Other Expenses (attach itemized schedule) | 254,483 | 7,960,209 |
| Total expenses | 545,223 | 8,698,524 |
| Net profit (loss) | (193,743) | 3,803,278 |

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended October 31, 2013

Debtor Name     Earl Gaudio & Son, Inc.

Case Number    13-90942

Reconciled bank balance and cash on hand from last month
(if this is the first report, insert the cash balance as of the petition date)                                10,199,478

## CASH RECEIPTS

| | | |
|---|---:|---:|
| From cash sales/receipts | 94,413 | |
| From collection of pre-petition accounts receivable | 876 | |
| From collection of post-petition accounts receivable | 26,856 | |
| From loans (attach itemized list) | | |
| From contributions to capital or from gifts | | |
| Other receipts (attach itemized schedule) | 255,662 | |
| TOTAL RECEIPTS (Do not include beginning bank balance) | | 377,807 |

## CASH DISBURSEMENTS

| | | |
|---|---:|---:|
| Inventory purchases | - | |
| Net payments to officers/owners (actual cash paid) | - | |
| Net payments to other employees (actual cash paid) | 97,968 | |
| Rent payments | - | |
| Lease payments | 3,503 | |
| Mortgage or note payments | - | |
| Adequate protection payments | - | |
| Insurance | 21,767 | |
| Utilities/telephone | 4,450 | |
| Tax payments (from page 4) | 38,897 | |
| Advertising & marketing | - | |
| Supplies | 2,274 | |
| Outside labor | - | |
| Travel/entertainment | - | |
| Payments to attorneys (attach copy Court order) | 113,372 | |
| Payments to accountants (attach copy Court order) | - | |
| Payments to other professionals (attach copy Court order) | - | |
| U.S. Trustee quarterly fee | 10,400 | |
| Other expenses (attach itemized schedule) | 278,919 | |
| TOTAL DISBURSEMENTS | | 571,550 |
| NET CASH FLOW (Total receipts minus total disbursements) | | (193,743) |

Bank balance and cash on hand at the end of the month
(beginning balance + cash receipts - cash disbursements)            See I balance         10,005,735

**Attach copies of all bank statementments and reconciliations.**

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended October 31, 2013

## STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| ** Withholding | $ (11,245) | $ 18,702 | $ 7,817 | $ (360) |
| ** FICA - employee | 16,988 | 7,646 | | $ 24,634 |
| ** FICA - employer | 16,988 | 7,431 | | $ 24,419 |
| Unemployment | (5,646) | 35 | 1,597 | $ (7,209) |
| Income | - | | | |
| Other - list | - | | | |
| a. Subtotal | $ 17,085 | $ 33,813 | $ 9,415 | $ 41,483 |
| **STATE AND LOCAL** | | | | |
| Withholding | $ 5,787 | $ 4,976 | | $ 10,763 |
| Sales | 1,101 | 548 | 1,100 | $ 548 |
| Excise | - | | | |
| Unemployment | 906 | 77 | | $ 983 |
| Other | - | | | |
| Real property | 152,634 | | | $ 152,634 |
| Personal property | - | | | |
| Other - list | - | | | |
| b. Subtotal | $ 160,428 | $ 5,601 | $ 1,100 | $ 164,929 |

TOTAL TAXES PAID - from a. and b. above     $ 10,515
(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes: _____

---

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

Revised: 04/16/2009 (*updated 05.06.2011*)

OFFICE OF THE U.S. TRUSTEE - REGION 10

AGING SCHEDULES FOR RECEIVABLES & PAYABLE

for the month ended October 31, 2013

| ACCOUNTS RECEIVABLE* | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Pre-petition | $ - | $ - | $ - | $ 92,988 | |
| Post-petition | - | - | 4,070 | - | |
| Totals | $ - | $ - | $ 4,070 | $ 92,988 | $ 97,058 (grand total) |

| ACCOUNTS PAYABLE | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Post-petition only | | $ - | $ - | $ - | $ - (grand total) |

| NOTES OR LEASES PAYABLE OR ADEQUATE PROTECTION AGREEMENTS (Post-petition only) | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days |
|---|---|---|---|---|
| List Creditor/Lessor | | | | |
| Penske Leasing | | | | |

POST PETITION BANK ACCOUNTS (attach copies of all banks statements)

| Bank Name | Account Type | Beginning Balance | Ending Balance |
|---|---|---|---|
| Regions Bank - 0684 | Operating | $5,074.67 | Closed |
| Fifth Third Bank - 7747 | Operating | n/a - See Exhibit F | not available |
| Bank of America - 6912 | Operating | $301,082.45 | $301,084.45 |
| First Midwest Bank - 0018 | Operating | $4,585,376.86 | $4,430,676.51 |
| First Midwest Bank - 3433 | Operating | $117,676.71 | $68,707.35 |
| First Midwest Bank - 1016 | Operating | -$4,237.04 | -$5,993.53 |
| First Midwest Bank - 3540 | Operating | $ 27,937 | $ 36,356 |
| First Midwest Bank -5015 | Escrow - Sale Proceeds | $ 9,039,129 | $ 9,317,507 |

* After sale on 9/20, no longer have access to Gaudio's invoicing system. Aging Schedule created from outstanding statements in Excel.

Revised: 04/16/2009 (updated 05.06.2011)

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*    *Phone: 309/671-7854*
*Peoria, Illinois 60602*    *Fax: 309/671-7857*

**Office of the United States Trustee - Region 10**
**Indianapolis, Indiana**

**Statement of Operations**
**for the Month ended September 30, 2013**

Debtor Name: Earl Gaudio & Son, Inc.

Case Number: 13-90942

1. What efforts have been made toward the presentation of a plan to creditor?

2. Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?

    X  NO

    ___ YES - If yes, then identify to whom the payment was made, the date paid and the amount(s). (see attached)

3. Provide a brief narrative covering any significant events which occurred this past month.

4. List the face value of accounts receivable as of the date that the bankruptcy was filed: $131,229.43
   What amount of these receivables is considered uncollectible? $ 92,988.00

5. If assets have been sold this month in other than the ordinary course of business, provide the following information:

    a. asset(s) sold:          _____
    b. date of sale:           _____
    c. sales price:            _____
    d. net amount received:    _____

Oprept REV. September 3, 1992

6. List payments made to principals, executives or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

7. Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|---|---|
| Westfield Insurance - Commercial Property | 9/30/2013 |
| Westfield Insurance - Commercial General Liability | 9/30/2013 |
| Employers Preferred - Liability & Worker's Comp | 9/30/2013 |
| Westfield Insurance - Commercial Inland Marine | 9/30/2013 |
| Westfield Insurance - Crime & Fidelity | 9/30/2013 |
| Westfield Insurance - Commercial Umbrella Liability | 9/30/2013 |
| Westfield Insurance - Commercial Auto Policy | 9/30/2013 |
| Westfield Insurance - Commercial General Liability | 10/31/2013 |
| Westfield Insurance - Auto Liability | 10/31/2013 |
| Westfiled Insurance - Umbrella Liability | 10/31/2013 |
| Travelers Casualty Insurance - Liability & Worker's Compensation | 10/31/2013 |

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.

A reduction in the commercial vehicle insurance policy was put in place to remove vehicles sold in September to Skeff Distribution.

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

N/A

8. Schedule of changes in personnel.

| | Full Time | Part Time |
|---|---|---|
| a. Total number of employees at beginning of this period. | 5 | 7 |
| b. Number hired during this period. | | 1 |
| c. Number terminated or resigned. | | |
| d. Total number of employees on payroll at the end of the period. | 2 | 11 |

The three employees remaining for Earl Gaudio & Son, Inc were erroneously listed as full-time in September; they are classified as part-time employees.

Oprept REV. September 3, 1992

| | QUESTIONNAIRE: | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH?<br>If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale. | | X |
| 3. | HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY?<br>If yes, please provide the details. | | X |
| 4. | DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?<br>If yes, please provide the details and a copy of the Court Order authorizing the payment. | | X |
| 5. | DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME?<br>If no, please provide the details. | X | |
| 6. | HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH?<br>If no, please provide the det **In progress** | | X |
| 7. | DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH?<br>If no, please provide the details. | X | |
| 8. | DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH?<br>If yes, please identify the policies that were cancelled. | | X |
| 9. | HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 10. | DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?<br>If yes, please provide details **See Post-Petition Bank Account List** | X | |
| 11. | DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?<br>If yes, provide details. | | X |
| 12. | DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS MONTH?<br>If no, where was the money deposited. | X | |
| 13. | DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DEBTOR IN ANY WAY?  If yes, please provide the details. | | X |
| 14. | DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH?<br>If no, why not? | X | |

15. PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.
None

16. ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIODS TO THE PRINCIPALS, EXECUTIVES, OR INSIDERS. (THIS INCLUDED DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS, LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.)
None

17. SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY INTERNAL INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET.