**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| EARL GAUDIO & SON, INC. | ) Case No.: 13-90942 |
| Debtor. | ) |

### FIFTH CURRENT ACCOUNT
### SUMMARY SHEET

I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8

| | |
|---|---|
| BEGINNING BALANCE AS OF 10/1/13 | $483,649.41 |
| RECEIPTS | $35,631.99 |
| INVESTMENT SALES AND INCOME | $2.97 |
| DISBURSEMENTS | ($190,119.86) |
| CLOSING BALANCE AS OF 10/31/13 | $329,064.51 |

II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433

| | |
|---|---|
| BEGINNING BALANCE AS OF 10/1/13 | $117,676.71 |
| RECEIPTS | $36,317.82 |
| DISBURSEMENTS | ($85,287.18) |
| CLOSING BALANCE AS OF 10/31/13 | $68,707.35 |

III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6

| | |
|---|---|
| BEGINNING BALANCE AS OF 10/1/13 | $20,764.78 |
| RECEIPTS | $10,020.18 |
| DISBURSEMENTS | ($11,776.67) |
| CLOSING BALANCE AS OF 10/31/13 | $19,008.29 |

IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540

| | |
|---|---|
| BEGINNING BALANCE AS OF 10/1/13 | $27,936.86 |
| RECEIPTS | $57,683.75 |
| DISBURSEMENTS | ($49,265.11) |
| CLOSING BALANCE AS OF 10/31/13 | $36,355.50 |

V. EARL GAUDIO & SON, INC. -AB

| | |
|---|---|
| BEGINNING BALANCE AS OF 10/1/13 | $0.00 |
| RECEIPTS | $235,091.55 |
| DISBURSEMENTS | $0.00 |
| CLOSING BALANCE AS OF 10/31/13 | $235,091.55 |

VI. EARL GAUDIO & SON, INC. -SALE

| | |
|---|---|
| BEGINNING BALANCE AS OF 10/1/13 | $3,600,362.76 |
| RECEIPTS | $0.00 |
| INVESTMENT SALES & INCOME | $3,158.00 |
| DISBURSEMENTS | ($235,091.55) |
| PURCHASES | ($499,967.78) |
| ADJUSTMENT TO MARKET VALUE | $109.59 |
| CLOSING BALANCE AS OF 10/31/13 | $2,868,571.02 |

Attorney:   Ben T. Caughey, Ice Miller LLP
One American Square , Suite 3100
Indianapolis, IN 46280   (317) 236-2493

STATE OF ILLINOIS                                                )
                                                                 )  ss
COUNTY OF VERMILION                                              )

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:                                                    )  Chapter 11
                                                          )
EARL GAUDIO & SON, INC.                                   )  Case No.: 13-90942
                                                          )
                                                          )

### FIFTH COURT ACCOUNTING

The undersigned, First Midwest Bank/Trust Division, under penalties of perjury, heretofore duly qualified
and appointed Custodian of Earl Gaudio & Son, Inc.,  respectfully submits to this Honorable Court
the following statement of its receipts and disbursements from the filing of its Chapter 11 bankruptcy
petition on October 1, 2013 to October 30, 2013, and prays to have the same approved.

## I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8

### A. ASSETS ON HAND AS OF OCTOBER 1, 2013

| | |
|---|---|
| Warehouse | |
| 1803 Georgetown Rd. | |
| Tilton, IL 61833 | |
| PIN: 23-20-300-089-0060 | $4,450,000.00 |
| Bank of America -Account #8188516912 | $301,082.45 |
| Chicago Title Escrow Account for Inventory Hold Back | $20,250.00 |
| Fifth Third Bank -Account #7654807747 (Chips Division) | |
| Regions Bank -Account #96564067 (1803 LLC) | |
| Regions Bank -Account #80087490684 (EG&S) | $5,547.07 |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 |
| Security Deposit -Ameren Illinois | $1,612.00 |

**ASSETS ON HAND AS OF OCTOBER 1, 2013**                      $4,803,491.52

**B. RECEIPTS**

1  ADP
| | | | |
|---|---|---|---|
| 10/10/13 | Reimbursement for fees taken incorrectly, ck#379605785 | $313.20 | |
| | Total | | $313.20 |

2  Amerigas Propane, LP
| | | | |
|---|---|---|---|
| 10/15/13 | Propane refund, ck#33160743, Final bill settlement | $29.66 | |
| | Total | | $29.66 |

3  Bartos Mgmt Group, DBA Homer Liquors
| | | | |
|---|---|---|---|
| 10/10/13 | Sale of Inventory, ck#8481 | $74.00 | |
| 10/23/13 | Payment on account, ck# 8497, inv#004899 | $124.00 | |
| | Total | | $198.00 |

4  CVS Pharmacy, Inc.
| | | | |
|---|---|---|---|
| 10/24/2013 | Payment on account, ck# 9252631 | $113.00 | |
| | Total | | $113.00 |

5  Campbell's Georgetown, Inc.
| | | | |
|---|---|---|---|
| 10/01/13 | Payment on account, ck# 14615, dtd 9/20/13, inv#222612 | $86.75 | |
| 10/18/13 | Payment on account, ck# 14674, dtd 10/4/13, inv#223365 | $137.00 | |
| | Total | | $223.75 |

6  Coffman Truck Service, LLC
| | | | |
|---|---|---|---|
| 10/18/13 | Payment on account, ck# 24201, dtd 10/15/13 | $208.08 | |
| | Total | | $208.08 |

7  Covington Foods Management
| | | | |
|---|---|---|---|
| 10/03/13 | Payment on account, ck# 215161, dtd 9/27/13 | $3,682.96 | |
| | Total | | $3,682.96 |

8  Danville Buffalo Wild Wings
| | | | |
|---|---|---|---|
| 10/07/13 | Payment on account, ck# 2845, dtd 10/1/13, inv#220676 | $236.00 | |
| | Total | | $236.00 |

9  Dever Distributing Co.
| | | | |
|---|---|---|---|
| 10/14/13 | Payment on account, ck# 45768, dtd 10/2/13, inv#223617 | $320.00 | |
| | Total | | $320.00 |

10  Duke Energy
| | | | |
|---|---|---|---|
| 10/18/13 | Refund-3205 Olympia Dr, Lafayette IN, ck#2177998 | $65.64 | |
| | Total | | $65.64 |

11  Fortress PC
| | | | |
|---|---|---|---|
| 10/14/13 | Payment on account, ck#3597, dtd 10/9/13 | $204.00 | |
| | Total | | $204.00 |

12  Richard Gardner
| | | | |
|---|---|---|---|
| 10/04/13 | Pmnt for Cobra -Health Alliance, ck#6722, dtd 9/25/13 | $641.58 | |
| | Total | | $641.58 |

13  A. Gaudio & Sons, Inc.
| | | | |
|---|---|---|---|
| 10/14/13 | Payment on account, ck#35129, dtd 10/4/13 | $3,801.80 | |
| | Total | | $3,801.80 |

14  Eric Gaudio
    10/29/13   Pmnt for Oct Cobra -Health Alliance, ck#376 ......................... $326.40
                Total ................................................................................................. $326.40

15  Golden Oil Company, Inc.
    10/16/13   Payment on account, ck#13897, dtd 10/10/13 ......................... $803.02
                Total ................................................................................................. $803.02

16  Donald Hamilton
    10/14/13   Pmnt for Oct Cobra -Health Alliance, ck#4787, dtd 10/8/13 ......................... $406.98
    10/25/13   Pmnt for Nov Cobra -Health Alliance, ck#4764, dtd 10/22/13 ......................... $406.98
                Total ................................................................................................. $813.96

17  Homer Liquors
    10/14/13   Payment on account, ck#8452, dtd 10/13/13, inv#223616 ......................... $150.00
                Total ................................................................................................. $150.00

18  Hammer Enterprises Inc.
    10/10/13   Sale of Inventory, ck#11805 ......................... $392.50
                Total ................................................................................................. $392.50

19  Hanuman Food Mart
    10/28/13   Payment on account, ck#1336, dtd 10/21/13, inv#215283 ......................... $44.00
                Total ................................................................................................. $44.00

20  I & I Deli, Inc.
    10/10/13   Payment on account, ck#18471 ......................... $639.86
                 Total ................................................................................................. $639.86

21  Illini Skateland, Inc.
    10/28/13   Payment on account, ck#20980, dtd 9/30/13 ......................... $270.00
                Total ................................................................................................. $270.00

22  Jockos
    10/10/13   Sale of Inventory,  MO#100519480 ......................... $244.80
                Total ................................................................................................. $244.80

23  Kroger
    10/31/13   Payment on account, ck#3040071, inv#223561 ......................... $34.00
                Total ................................................................................................. $34.00

24  Regions Bank
    10/07/13   To close acct#0087490684, ck#5005739890, dtd 10/1/13 ......................... $4,898.54
                Total ................................................................................................. $4,898.54

25  Rinella Company
    10/07/13   Payment on account, ck#30725, dtd 10/2/13, inv#219491 ......................... $126.00
                Total ................................................................................................. $126.00

26  Short Stop Liquor Inc.
    10/18/13   Payment on account, ck#1211, dtd 10/15/13 ......................... $2,406.40
                Total ................................................................................................. $2,406.40

27  Sidell Grocery
    10/14/13   Payment on account, MO#100519475, dtd 10/7/13 ......................... $400.00

|  |  |  |  |
|---|---|---|---|
| 10/14/13 | Payment on account, MO#100519472, dtd 10/1/13 | $60.00 | |
| | Total | | $460.00 |
| | | | |
| **28 Sears Holding Mgmt Corp.** | | | |
| 10/23/13 | Payment on account, ck#61615672, dtd 10/10/13 | $197.00 | |
| | Total | | $197.00 |
| | | | |
| **29 Village Pantry** | | | |
| 10/04/13 | Payment on account, ACH received | $12,722.36 | |
| 10/18/13 | Payment on account, ck#77364 | $15.60 | |
| | Total | | $12,737.96 |
| | | | |
| **30 Walgreens** | | | |
| 10/16/13 | Payment on account, ck#14297186, dtd 10/4/13, inv#222648 | $113.52 | |
| 10/21/13 | Payment on account, ck#14307496, dtd 10/11/13, inv#223047 | $59.04 | |
| 10/25/13 | Payment on account, ck#14309747, dtd 10/15/13, inv#223156 | $101.04 | |
| 10/28/13 | Payment on account, ck#14315184, dtd 10/17/13, inv#223392 | $50.52 | |
| | Total | | $324.12 |
| | | | |
| **31 Wortman-Meyer Properties, LLC (Danville Marathon)** | | | |
| 10/18/13 | Payment on account, ck#20108, dtd 10/7/13 | $625.76 | |
| | Total | | $625.76 |

**TOTAL RECEIPTS** — **$35,531.99**

## C. INVESTMENT SALES AND INCOME

| **1 Nt Institutional Government Select Fund** | | | |
|---|---|---|---|
| 10/01/13 | Dividend to 9/30/13 | $2.97 | |
| | Total | | $2.97 |

**TOTAL INVESTMENT SALES AND INCOME** — **$2.97**

## D. DISBURSEMENTS

| **1 Allied Waste** | | | |
|---|---|---|---|
| 10/10/13 | Garbage service 10/1/13-10/31/13, ck#711394 | ($206.57) | |
| | Total | | ($206.57) |
| | | | |
| **2 Kasey Antonini** | | | |
| 10/10/13 | Contractor Wages, 9/20/13-9/27/13, ck#711381 | ($314.34) | |
| 10/24/13 | Contractor Wages, 9/30/13-10/19/13, ck#712371 | ($202.93) | |
| | Total | | ($517.27) |
| | | | |
| **3 ADP** | | | |
| 10/09/13 | Wire transfer to pay taxes on paydate 10/11/13 | ($32,896.66) | |
| 10/15/13 | Wire transfer to pay taxes on 1st installment of Bonus | ($1,439.76) | |
| | Total | | ($34,336.42) |
| | | | |
| **4 Alarmax** | | | |
| 10/10/13 | Service 11/1/13-1/31/14, ck#711392, inv#R24244 | ($90.00) | |
| | Total | | ($90.00) |
| | | | |
| **5 Aqua Illinois** | | | |
| 10/10/13 | Water service 8/22/13 - 9/23/13, ck#711428 | ($221.25) | |
| 10/10/13 | Sewer service 8/22/13 - 9/23/13, ck#711428 | ($41.00) | |
| | Total | | ($262.25) |

6  Avnet Inc.
|  | 10/28/13 | July postbk email service, Inv#8100339265, ck#712537 | ($75.71) | |
|  | 10/28/13 | August email service, Inv#8100351465, ck#712537 | ($213.37) | |
|  | 10/28/13 | September email service, Inv#8100368030, ck#712537 | ($213.37) | |
|  | 10/28/13 | October email service, Inv#8100385875, ck#712537 | ($213.37) | |
|  |  | Total |  | ($715.82) |

7  Tony Baszis
|  | 10/10/13 | Contractor Wages, 9/20/13-9/27/13, ck#711382 | ($793.10) | |
|  | 10/24/13 | Contractor Wages, 9/30/13-10/19/13, ck#712372 | ($1,011.92) | |
|  |  | Total |  | ($1,805.02) |

8  William Billings III
|  | 10/10/13 | Contractor Wages, 9/20/13-9/27/13, ck#711383 | ($284.29) | |
|  | 10/24/13 | Contractor Wages, 9/30/13-10/19/13, ck#712373 | ($206.17) | |
|  |  | Total |  | ($490.46) |

9  Chicago Title Company, LLC
|  | 10/31/13 | Tract search, 1717 Kirby, Champaign, ck#712705 | ($200.00) | |
|  | 10/31/13 | Tract search, 119 E. Sangamon, ck#712705 | ($200.00) | |
|  | 10/31/13 | Tract search, 2121 Imboden Ct., ck#712705 | ($200.00) | |
|  |  | Total |  | ($600.00) |

10 Constellation Newenergy, Inc.
|  | 10/21/13 | Electric supplier, 1803 Georgetown Rd, 8/27/13-9/25/13, ck#711845 | ($1,351.87) | |
|  |  | Total |  | ($1,351.87) |

11 Employers
|  | 10/21/13 | Worker's Comp & Emplyer Lib, Final Premium Audit Billing, 5/1/12-5/1/13, ck#711848 | ($2,279.60) | |
|  | 10/25/13 | Worker's Comp & Emplyer Lib, Nov premium, ck3712462 | ($4,708.89) | |
|  |  | Total |  | ($6,988.49) |

12 First Midwest Bank
|  |  | 3 wire fees processed throughout month @ $30 each | ($90.00) | |
|  |  | Total |  | ($90.00) |

13 Health Alliance Medical Plans
|  | 10/01/13 | Replace Dennis Gaudio NSF ck Cobra, ck#710926 | ($25.00) | |
|  | 10/21/13 | R.Gardner Cobra, Aug-Nov, ck# 711867 | ($2,616.00) | |
|  | 10/21/13 | E.Gaudio Cobra, July-Nov, ck# 711867 | ($1,500.00) | |
|  | 10/21/13 | Oct & Nov premiums health ins, ck#711867 | ($2,301.00) | |
|  |  | Total |  | ($6,442.00) |

14 Ice Miller LLP
|  | 10/28/13 | Service through 9/30/13, ck#712494 | ($113,371.98) | |
|  |  | Total |  | ($113,371.98) |

15 ING National Trust
|  | 10/22/13 | 401K funding June-Aug, ck#876538 | ($4,219.60) | |
|  |  | Total |  | ($4,219.60) |

16 Paetec -Windstream Telephone

| 10/25/13 | Invoice period 9/4/13-10/3/13, ck#712470 | ($648.97) | |
| | Total | | ($648.97) |

**17 Principal Financial Group**

| 10/21/13 | Premium 10/1/13-10/31/13, acct#1009000-10001, ck#711862 | ($293.42) | |
| | Total | | ($293.42) |

**18 Retirement Advantage, Inc.**

| 10/21/13 | Admin of retirement acct, 10/1/13-12/31/13 | ($137.50) | |
| | Total | | ($137.50) |

**19 Secretary of State**

| 10/21/13 | Vehicle mileage tax,ck#711864 | ($228.86) | |
| | Total | | ($228.86) |

**20 John Shepard Plumbing**

| 10/14/13 | Backflow prevention test, ck#711505 | ($85.00) | |
| | Total | | ($85.00) |

**21 United States Trustee**

| 10/11/13 | Chapter 11 Quarterly Fee Pmt, ck#711459 | ($10,400.00) | |
| | Total | | ($10,400.00) |

**22 Vermont Information Processing, Inc.**

| 10/25/13 | Invoice#515474, service 8/21/13-9/20/13, ck#712477 | ($232.25) | |
| | Total | | ($232.25) |

**23 Vision Service Plan (IL)**

| 10/01/13 | Group#30033053, Aug Premium, ck#710883 | ($270.23) | |
| | Total | | ($270.23) |

**24 Westfield Insurance**

| 10/10/13 | Monthly installment Commercial Ins Policy, ck#711426 | ($6,335.88) | |
| | Total | | ($6,335.88) |

**TOTAL DISBURSEMENTS** ($190,119.86)

**E. ASSETS ON HAND AS OF OCTOBER 31, 2013**

| | | |
|---|---|---|
| Warehouse | | |
| 1803 Georgetown Rd. | | |
| Tilton, IL 61833 | | |
| PIN: 23-20-300-089-0060 | $4,450,000.00 | |
| | | |
| Bank of America -Account #8188516912 | $301,082.45 | |
| | | |
| Chicago Title Escrow Account for Inventory Hold Back | $20,250.00 | |
| | | |
| Fifth Third Bank -Account #7654807747 (Chips Division) | | |
| | | |
| Regions Bank -Account #96564067 (1803 LLC) | | |
| | | |
| Regions Bank -Account #80087490684 (EG&S) | $0.00 | |
| | | |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 | |

| | Security Deposit -Ameren Illinois | $1,612.00 | |
|---|---|---|---|
| **ASSETS ON HAND AS OF OCTOBER 31, 2013** | | | **$4,797,944.45** |

**F. LIABILITIES AS OF OCTOBER 31, 2013**

| | Line of Credit Promissory Note -Mr. Earl Gaudio, $750,000, | | |
|---|---|---|---|
| | dtd 8/1/13, @ 5%, due 8/1/15 | ($375,000.00) | |
| **LIABILITIES AS OF OCTOBER 31, 2013** | | | **($375,000.00)** |

## II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433

### A. RECEIPTS

**1  ADP**

| | | | |
|---|---|---|---|
| 10/25/13 | Promotion credit received | $300.00 | |
| | Total | | $300.00 |

**2  Anheuser-Busch**

| | | | |
|---|---|---|---|
| 10/07/13 | Credit Memo 527918D, dtd 10/4/13 | $24,665.00 | |
| | Total | | $24,665.00 |

**3  Hansen Beverage/Monster Energy**

| | | | |
|---|---|---|---|
| 10/02/13 | ACH received for vendor payment | $3,169.95 | |
| 10/04/13 | ACH received for vendor payment | $1,135.38 | |
| 10/15/13 | ACH received for vendor payment | $3,745.02 | |
| 10/17/13 | ACH received for vendor payment | $2,493.93 | |
| | Total | | $10,544.28 |

**4  Martin's IGA-Casey**

| | | | |
|---|---|---|---|
| 10/04/13 | Deposit made in Danville | $59.04 | |
| 10/15/13 | Ck #13267 received for vendor payment | $35.50 | |
| | Total | | $94.54 |

**5  Murphy Oil**

| | | | |
|---|---|---|---|
| 10/03/13 | ACH received for vendor payment | $324.00 | |
| 10/10/13 | ACH received for vendor payment | $210.00 | |
| 10/17/13 | ACH received for vendor payment | $180.00 | |
| | Total | | $714.00 |

| **TOTAL RECEIPTS** | | | **$36,317.82** |
|---|---|---|---|

### B. DISBURSEMENTS

**1  ADP**

| | | | |
|---|---|---|---|
| | Payroll 9/27/13  cks 10130-10155 | ($32,665.35) | |
| | Payroll 10/9/13 cks 10156-10178 | ($51,688.25) | |
| 10/04/13 | Fees for period ending 9/21/13 | ($98.82) | |
| 10/18/13 | Fees for period ending 9/19/13 | ($93.75) | |
| 10/25/13 | Fees for period ending 9/19/13 plus wire fees | ($153.06) | |
| | Total | | ($84,699.23) |

**2  Campbell's**

| | | | |
|---|---|---|---|
| 10/16/13 | Pd twice 6/5/13 and 7/11/13 | ($272.89) | |
| | Total | | ($272.89) |

3 Fintech

| | | | |
|---|---|---|---|
| 10/09/13 | September Maintenance Fee | ($114.84) | |
| | Total | | ($114.84) |

4 First Midwest Bank

| | | | |
|---|---|---|---|
| 10/01/13 | September Maintenance Fee | ($200.22) | |
| | Total | | ($200.22) |

**TOTAL DISBURSEMENTS**    ($85,287.18)


## III. GAUDIO RETAIL, LLC -TRUST ACCOUNT #21-0061-01-6
### A. RECEIPTS
1 Dividend Income

| | | | |
|---|---|---|---|
| 10/01/13 | Ntl Institutional Governement Select fund | $0.18 | |
| | Total | | $0.18 |

2 Earl Gaudio & Son, Trust Account #21-0061-01-6

| | | | |
|---|---|---|---|
| 10/11/13 | Transfer of funds from checking account to fund operations | $10,000.00 | |
| | Total | | $10,000.00 |

3 Wells Fargo Insurance Co.

| | | | |
|---|---|---|---|
| 10/21/13 | Refund of Late Fee paid, ck#640103382 | $20.00 | |
| | Total | | $20.00 |

**TOTAL RECEIPTS**    $10,020.18

### B. DISBURSEMENTS
1 Business Operating Expenses:

Allied Waste Services

| | | |
|---|---|---|
| 10/10/13 | Garabge service 10/1/13-10/31-13, ck#711393, store #4323 | ($94.63) |

Ameren Illinois

| | | |
|---|---|---|
| 10/10/13 | Service 8/28/13-9/29/13, ck#711395, store #4323 | ($209.10) |
| 10/21/13 | Service 9/5/13-10/6/13, ck#711840, store #6236 | ($116.00) |

Atouba, Yannick

| | | |
|---|---|---|
| 10/08/13 | Claim Reimb-Lost clothing, ck#711230 | ($153.42) |

Aqua Illinois

| | | |
|---|---|---|
| 10/10/13 | EGS Fireline Service 8/23/13-9/25/13, to be reimb 11/6/13 | ($179.27) |
| 10/21/13 | Service 8/27/13-9/26/13, store #6236 | ($31.57) |

Avanti Press -Department #210401

| | | |
|---|---|---|
| 10/01/13 | Inv #11946951, ck#710884 | ($138.98) |
| 10/21/13 | Inv #I2218434, ck#711842 | ($127.82) |

Bankcard Processing Center

| | | |
|---|---|---|
| 10/22/13 | October, ck#711910, #4323 | ($942.06) |
| 10/22/13 | October, ck#711910, #6236 | ($225.95) |

Comcast Cable

| | | |
|---|---|---|
| 10/10/13 | Service 8/3/13-9/2/13, ck#711399, store #6236 | ($181.48) |

| 10/22/13 | Service 10/3/13-11/2/13, ck#711905, store #6236 | ($93.98) |

Constellation Newenergy, Inc.
| 10/25/13 | Service 8/28/13-9/28/13, ck#712485, store #4323 | ($146.10) |
| 10/25/13 | Service 8/5/13-10/5/13, ck#712485, store #6236 | ($111.78) |

Danville Sanitary District
| 10/29/13 | Service 8/31/13-9/30/13, ck#712580, store #6236 | ($11.01) |

DHL Express-USA
| 10/25/13 | Inv#ORD0000305196, ck#712486, store #6236 | ($16.79) |
| 10/25/13 | Inv#ORD0000296636, ck#712486, store #6236 | ($33.11) |
| 10/25/13 | Inv#ORD0000314245, ck#712486, store #6236 | ($124.57) |

Fitzpatrick, Dina
| 10/10/13 | Claim Reimb-Broken glass in door, ck#711376 | ($785.00) |

Gay, Denise -store #6236 Manager
| 10/21/13 | Mileage reimbursement 9/5/13-10/15/13, ck#711847 | ($287.02) |

GE Capital/Ricoh USA Program
| 10/14/13 | Copier lease 7/19/13-7/21/13, inv#89123961 , store#4323 | ($24.33) |
| 10/14/13 | Copier lease 8/22/13-9/21/13, inv#90441032 , store#4323 | ($374.04) |
| 10/10/13 | Copier lease 9/23/13-10/21/13, inv#90441032 , store#4323 | ($363.16) |
| 10/10/13 | Copier lease 10/22/13-11/21/13, inv#90861850 , store#4323 | ($374.04) |
| 10/14/13 | Copier lease 8/12/13-9/11/13, inv#89421708 , store#6236 | ($726.32) |
| 10/14/13 | Copier lease 9/12/13-10/11/13, inv#90606560 , store#6236 | ($726.32) |
| 10/14/13 | Copier lease 10/12/13-11/11/13, inv#90816868 , store#6236 | ($747.09) |

Monster Shred
| 10/10/13 | Invoice #20432, ck#711413, store #4323 | ($45.00) |
| 10/29/13 | Invoice #20468, ck#712596, store #4323 | ($45.00) |

Meyer, Mary
| 10/10/13 | Claim Reimb-Damaged medallion, ck#711377 | ($127.40) |

Newport, Fred
| 10/08/13 | Claim Reimb-Damaged DVDs, ck#711231 | ($61.35) |

Ricoh USA, Inc.
| 10/10/13 | Invoice #5027647352, ck#711419, store #6236 | ($71.44) |
| 10/25/13 | Invoice #5027941691, ck#712471, store #4323 | ($97.85) |

Schwarz Supply Source
| 10/16/13 | Order#24271278, ck#711626, store #4323 | ($1,217.57) |
| 10/25/13 | Order#24294200, ck#712472, store #6236 | ($560.06) |

Wells Fargo Ins. Services USA, Inc.
| 10/10/13 | Policy #ISUB1D62194513, Worker's Comp, ck#711424 | ($1,084.00) |

Wendt, Mike
| 10/29/13 | Claim Reimb-Damaged carpet cleaner, ck#712556 | ($266.96) |

Westfield Insurance Company
| 10/25/13 | Policy #BOP7598934,Commercial Bus Ins,ck#712479 | ($352.62) |

|  |  |  |
|---|---|---|
| Total Business Operating Expenses | | ($11,269.18) |

2  Illinois Department of Revenue
|  |  |  |  |
|---|---|---|---|
| 10/04/13 | 2013 St-1 Sales and Use Tax Return, September 2013 | ($507.49) | |
| | Total | | ($507.49) |

**TOTAL DISBURSEMENTS** | | ($11,776.67)

## IV. GAUDIO RETAIL, LLC -CHECKING ACCOUNT #8100373540

### A. RECEIPTS

1  UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| | | | |
|---|---|---|---|
| 10/01/13 | Daily Business Deposits -Cash for 9/30/13 | $566.68 | |
| 10/03/13 | Daily Business Deposits -Cash for 10/1/13 | $516.77 | |
| 10/03/13 | Daily Business Deposits -Cash for 10/2/13 | $262.74 | |
| 10/04/13 | Daily Business Deposits -Cash for 10/3/13 | $173.87 | |
| 10/07/13 | Daily Business Deposits -Cash for 10/4/13 | $90.68 | |
| 10/07/13 | Daily Business Deposits -Cash for 10/5/13 | $134.37 | |
| 10/08/13 | Daily Business Deposits -Cash for 10/7/13 | $287.88 | |
| 10/09/13 | Daily Business Deposits -Cash for 10/8/13 | $366.16 | |
| 10/11/13 | Daily Business Deposits -Cash for 10/9/13 | $201.86 | |
| 10/11/13 | Daily Business Deposits -Cash for 10/10/13 | $736.86 | |
| 10/15/13 | Daily Business Deposits -Cash for 10/11/13 | $982.91 | |
| 10/15/13 | Daily Business Deposits -Cash for 10/12/13 | $145.60 | |
| 10/15/13 | Daily Business Deposits -Cash for 10/14/13 | $1,246.14 | |
| 10/16/13 | Daily Business Deposits -Cash for 10/15/13 | $184.22 | |
| 10/17/13 | Daily Business Deposits -Cash for 10/16/13 | $255.43 | |
| 10/18/13 | Daily Business Deposits -Cash for 10/17/13 | $283.93 | |
| 10/21/13 | Daily Business Deposits -Cash for 10/18/13 | $186.42 | |
| 10/21/13 | Daily Business Deposits -Cash for 10/19/13 | $58.36 | |
| 10/22/13 | Daily Business Deposits -Cash for 10/21/13 | $407.58 | |
| 10/23/13 | Daily Business Deposits -Cash for 10/22/13 | $462.83 | |
| 10/24/13 | Daily Business Deposits -Cash for 10/23/13 | $370.79 | |
| 10/28/13 | Daily Business Deposits -Cash for 10/25/13 | $248.08 | |
| 10/28/13 | Daily Business Deposits -Cash for 10/26/13 | $107.67 | |
| 10/28/13 | Daily Business Deposits -Cash for 10/24/13 | $46.17 | |
| 10/29/13 | Daily Business Deposits -Cash for 10/28/13 | $327.97 | |
| 10/31/13 | Daily Business Deposits -Cash for 10/29/13 | $237.82 | |
| 10/31/13 | Daily Business Deposits -Cash for 10/30/13 | $364.29 | |
| | Total | | $9,223.08 |

2  American Express #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| | | |
|---|---|---|
| 10/01/13 | Settlement Received | $37.07 |
| 10/02/13 | Settlement Received | $183.94 |
| 10/04/13 | Settlement Received | $63.26 |
| 10/07/13 | Settlement Received | $155.39 |
| 10/07/13 | Settlement Received | $145.47 |
| 10/08/13 | Settlement Received | $11.87 |
| 10/09/13 | Settlement Received | $16.88 |
| 10/11/13 | Settlement Received | $55.31 |
| 10/15/13 | Settlement Received | $222.94 |
| 10/15/13 | Settlement Received | $166.04 |
| 10/15/13 | Settlement Received | $93.82 |
| 10/18/13 | Settlement Received | $256.22 |

| 10/21/13 | Settlement Received | $160.19 | |
| 10/21/13 | Settlement Received | $88.68 | |
| 10/23/13 | Settlement Received | $149.49 | |
| 10/25/13 | Settlement Received | $13.39 | |
| 10/28/13 | Settlement Received | $184.39 | |
| 10/28/13 | Settlement Received | $56.39 | |
| 10/29/13 | Settlement Received | $180.04 | |
| 10/30/13 | Settlement Received | $49.25 | |
| | Total | | $2,288.83 |

**3 Paymentech #4323, 1717 W. Kirby Ave., Champaign, IL 61821**

| 10/01/13 | Visa/Master Card/ Discover Deposits 9/27/13 | $1,015.07 | |
| 10/01/13 | Visa/Master Card/ Discover Deposits 9/28/13 | $1,893.91 | |
| 10/02/13 | Visa/Master Card/ Discover Deposits 9/30/13 | $1,107.28 | |
| 10/03/13 | Visa/Master Card/ Discover Deposits 10/1/13 | $1,218.67 | |
| 10/04/13 | Visa/Master Card/ Discover Deposits 10/2/13 | $1,279.19 | |
| 10/07/13 | Visa/Master Card/ Discover Deposits 10/3/13 | $920.21 | |
| 10/08/13 | Visa/Master Card/ Discover Deposits 10/4/13 | $680.10 | |
| 10/08/13 | Visa/Master Card/ Discover Deposits 10/5/13 | $445.76 | |
| 10/09/13 | Visa/Master Card/ Discover Deposits 10/7/13 | $1,886.03 | |
| 10/10/13 | Visa/Master Card/ Discover Deposits 10/8/13 | $570.08 | |
| 10/11/13 | Visa/Master Card/ Discover Deposits 10/9/13 | $869.22 | |
| 10/15/13 | Visa/Master Card/ Discover Deposits 10/10/13 | $591.76 | |
| 10/16/13 | Visa/Master Card/ Discover Deposits 10/11/13 | $1,027.28 | |
| 10/16/13 | Visa/Master Card/ Discover Deposits 10/12/13 | $316.52 | |
| 10/16/13 | Visa/Master Card/ Discover Deposits 10/14/13 | $1,266.16 | |
| 10/17/13 | Visa/Master Card/ Discover Deposits 10/15/13 | $866.61 | |
| 10/18/13 | Visa/Master Card/ Discover Deposits 10/16/13 | $926.96 | |
| 10/21/13 | Visa/Master Card/ Discover Deposits 10/17/13 | $1,988.29 | |
| 10/22/13 | Visa/Master Card/ Discover Deposits 10/18/13 | $942.56 | |
| 10/22/13 | Visa/Master Card/ Discover Deposits 10/19/13 | $570.30 | |
| 10/23/13 | Visa/Master Card/ Discover Deposits 10/21/13 | $1,030.87 | |
| 10/24/13 | Visa/Master Card/ Discover Deposits 10/22/13 | $672.56 | |
| 10/25/13 | Visa/Master Card/ Discover Deposits 10/23/13 | $967.33 | |
| 10/28/13 | Visa/Master Card/ Discover Deposits 10/24/13 | $1,298.21 | |
| 10/29/13 | Visa/Master Card/ Discover Deposits 10/25/13 | $494.17 | |
| 10/29/13 | Visa/Master Card/ Discover Deposits 10/26/13 | $547.82 | |
| 10/30/13 | Visa/Master Card/ Discover Deposits 10/28/13 | $1,915.08 | |
| 10/31/13 | Visa/Master Card/ Discover Deposits 10/29/13 | $1,026.33 | |
| | Total | | $28,324.23 |

**4 UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832**

| 10/01/13 | Daily Business Deposits -Cash for 9/30/13 | $156.50 |
| 10/03/13 | Daily Business Deposits -Cash for 10/1/13 | $77.05 |
| 10/03/13 | Daily Business Deposits -Cash for 10/2/13 | $171.80 |
| 10/08/13 | Daily Business Deposits -Cash for 10/3/13 | $81.10 |
| 10/08/13 | Daily Business Deposits -Cash for 10/4/13 | $187.12 |
| 10/08/13 | Daily Business Deposits -Cash for 10/5/13 | $40.63 |
| 10/08/13 | Daily Business Deposits -Cash for 10/7/13 | $303.78 |
| 10/10/13 | Daily Business Deposits -Cash for 10/8/13 | $75.66 |
| 10/10/13 | Daily Business Deposits -Cash for 10/9/13 | $236.23 |
| 10/15/13 | Daily Business Deposits -Cash for 10/10/13 | $124.77 |
| 10/15/13 | Daily Business Deposits -Cash for 10/11/13 | $86.50 |
| 10/15/13 | Daily Business Deposits -Cash for 10/12/13 | $83.84 |
| 10/16/13 | Daily Business Deposits -Cash for 10/14/13 | $113.08 |

| | | | |
|---|---|---|---|
| 10/16/13 | Daily Business Deposits -Cash for 10/15/13 | $99.80 | |
| 10/18/13 | Daily Business Deposits -Cash for 10/16/13 | $186.18 | |
| 10/18/13 | Daily Business Deposits -Cash for 10/17/13 | $66.65 | |
| 10/21/13 | Daily Business Deposits -Cash for 10/18/13 | $57.40 | |
| 10/21/13 | Daily Business Deposits -Cash for 10/19/13 | $178.64 | |
| 10/23/13 | Daily Business Deposits -Cash for 10/21/13 | $238.04 | |
| 10/23/13 | Daily Business Deposits -Cash for 10/22/13 | $229.90 | |
| 10/24/13 | Daily Business Deposits -Cash for 10/23/13 | $60.52 | |
| 10/28/13 | Daily Business Deposits -Cash for 10/24/13 | $344.10 | |
| 10/28/13 | Daily Business Deposits -Cash for 10/25/13 | $140.67 | |
| 10/28/13 | Daily Business Deposits -Cash for 10/26/13 | $92.72 | |
| 10/30/13 | Daily Business Deposits -Cash for 10/28/13 | $738.34 | |
| 10/30/13 | Daily Business Deposits -Cash for 10/29/13 | $386.27 | |
| | Total | | $4,549.29 |

5  American Express #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| | | | |
|---|---|---|---|
| 10/01/13 | Settlement Received, store #6236 | $27.33 | |
| 10/11/13 | Settlement Received, store #6236 | $46.37 | |
| 10/15/13 | Settlement Received, store #6236 | $38.06 | |
| 10/18/13 | Settlement Received, store #6236 | $8.00 | |
| 10/21/13 | Settlement Received, store #6236 | $97.08 | |
| 10/25/13 | Settlement Received, store #6236 | $10.20 | |
| 10/28/13 | Settlement Received, store #6236 | $201.89 | |
| 10/28/13 | Settlement Received, store #6236 | $34.73 | |
| 10/29/13 | Settlement Received, store #6236 | $2.10 | |
| | Total | | $465.76 |

6  Paymentech #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| | | |
|---|---|---|
| 10/01/13 | Visa/Master Card/ Discover Deposits 9/27/13 | $578.01 |
| 10/01/13 | Visa/Master Card/ Discover Deposits 9/28/13 | $157.72 |
| 10/02/13 | Visa/Master Card/ Discover Deposits 9/30/13 | $542.06 |
| 10/03/13 | Visa/Master Card/ Discover Deposits 10/1/13 | $403.15 |
| 10/04/13 | Visa/Master Card/ Discover Deposits 10/2/13 | $370.52 |
| 10/07/13 | Visa/Master Card/ Discover Deposits 10/3/13 | $180.15 |
| 10/08/13 | Visa/Master Card/ Discover Deposits 10/4/13 | $179.99 |
| 10/08/13 | Visa/Master Card/ Discover Deposits 10/5/13 | $262.45 |
| 10/09/13 | Visa/Master Card/ Discover Deposits 10/7/13 | $472.39 |
| 10/10/13 | Visa/Master Card/ Discover Deposits 10/8/13 | $296.46 |
| 10/11/13 | Visa/Master Card/ Discover Deposits 10/9/13 | $193.87 |
| 10/15/13 | Visa/Master Card/ Discover Deposits 10/10/13 | $51.16 |
| 10/15/13 | Visa/Master Card/ Discover Deposits 10/11/13 | $153.16 |
| 10/15/13 | Visa/Master Card/ Discover Deposits 10/12/13 | $102.55 |
| 10/16/13 | Visa/Master Card/ Discover Deposits 10/14/13 | $286.39 |
| 10/17/13 | Visa/Master Card/ Discover Deposits 10/15/13 | $379.03 |
| 10/18/13 | Visa/Master Card/ Discover Deposits 10/16/13 | $247.72 |
| 10/21/13 | Visa/Master Card/ Discover Deposits 10/17/13 | $212.43 |
| 10/22/13 | Visa/Master Card/ Discover Deposits 10/18/13 | $104.50 |
| 10/22/13 | Visa/Master Card/ Discover Deposits 10/19/13 | $44.14 |
| 10/23/13 | Visa/Master Card/ Discover Deposits 10/21/13 | $350.25 |
| 10/24/13 | Visa/Master Card/ Discover Deposits 10/22/13 | $115.66 |
| 10/25/13 | Visa/Master Card/ Discover Deposits 10/23/13 | $143.83 |
| 10/28/13 | Visa/Master Card/ Discover Deposits 10/24/13 | $355.04 |
| 10/29/13 | Visa/Master Card/ Discover Deposits 10/25/13 | $136.70 |
| 10/29/13 | Visa/Master Card/ Discover Deposits 10/26/13 | $71.92 |
| 10/30/13 | Visa/Master Card/ Discover Deposits 10/28/13 | $563.65 |

| | | | |
|---|---|---|---|
| 10/31/13 | Visa/Master Card/ Discover Deposits 10/29/13 | $336.20 | |
| | Total | | $7,290.09 |

**7 UPS**

| | | | |
|---|---|---|---|
| 10/18/13 | Problem Revenue Payment -#4323 | $4,040.82 | |
| 10/18/13 | Problem Revenue Payment -#6236 | $1,501.65 | |
| | Total | | $5,542.47 |

**TOTAL RECEIPTS** — $57,683.75

## B. DISBURSEMENTS
### 1 ADP

| | | | |
|---|---|---|---|
| 10/04/13 | Fees for payroll 9/27/13 | ($74.80) | |
| 10/10/13 | Payroll 10/11/13 -both stores | ($4,706.34) | |
| 10/10/13 | Taxes for Payroll 10/11/13 -both stores | ($1,769.95) | |
| 10/18/13 | Fees for payroll 10/11/13 | ($76.60) | |
| 10/25/13 | Payroll 10/25/13 -both stores | ($4,878.89) | |
| 10/25/13 | Taxes for Payroll 10/25/13 -both stores | ($1,841.19) | |
| 10/25/13 | Bonus Payroll 10/25/13 -both stores | ($719.77) | |
| 10/25/13 | Taxes for Bonus Payroll 10/25/13 -both stores | ($212.72) | |
| | Total | | ($14,280.26) |

### 2 American Express
| | | | |
|---|---|---|---|
| 10/15/13 | Settlement Charge | ($11.83) | |
| | Total | | ($11.83) |

### 3 First Midwest Bank Trust Account #210061016
| | | | |
|---|---|---|---|
| 10/11/13 | Transfer from checking account to trust account | ($10,000.00) | |
| | Total | | ($10,000.00) |

### 4 Paymentech
| | | | |
|---|---|---|---|
| 10/03/13 | Monthly fee, store #4323 | ($643.78) | |
| 10/03/13 | Monthly fee, store #6236 | ($156.13) | |
| | Total | | ($799.91) |

### 5 UPS
| | | | |
|---|---|---|---|
| 10/04/13 | Freight Charges, store #4323 | ($3,819.92) | |
| 10/04/13 | Freight Charges, store #6236 | ($1,181.34) | |
| 10/08/13 | Co-op fee, store #4323 | ($250.00) | |
| 10/08/13 | Co-op fee, store #6236 | ($250.00) | |
| 10/11/13 | Freight Charges, store #4323 | ($3,588.59) | |
| 10/11/13 | Freight Charges, store #6236 | ($1,005.40) | |
| 10/18/13 | Freight Charges, store #4323 | ($3,149.22) | |
| 10/18/13 | Freight Charges, store #6236 | ($991.86) | |
| 10/22/13 | Royalty Fees, store #4323 | ($3,245.13) | |
| 10/22/13 | Royalty Fees, store #6236 | ($1,023.04) | |
| 10/24/13 | Co-op fee, store #6236 | ($250.00) | |
| 10/25/13 | Freight Charges, store #4323 | ($3,074.16) | |
| 10/25/13 | Freight Charges, store #6236 | ($889.31) | |
| 10/28/13 | Royalty Fees, store #4323 | ($230.40) | |
| 10/28/13 | Royalty Fees, store #6236 | ($484.74) | |
| | | | ($23,373.11) |

### 6 United States Postal Service
| | | | |
|---|---|---|---|
| 10/11/13 | Postage meter replenishment Store # 6236 | ($300.00) | |

| | | | |
|---|---|---:|---:|
| 10/28/13 | Postage meter replenishment Store # 4323 | ($500.00) | |
| | Total | | ($800.00) |

**TOTAL DISBURSEMENTS** ($49,265.11)

## V. EARL GAUDIO & SON, INC. -AB

### A. RECEIPTS

| | | | |
|---|---|---:|---:|
| 10/28/13 | Tranfer in -Unsecured claim amount pursuant to court order | | |
| | dtd 9/6/13 | $235,091.55 | |

**TOTAL RECEIPTS** $235,091.55

### B. DISBURSEMENTS

**TOTAL DISBURSEMENTS** $0.00

## VI. EARL GAUDIO & SON, INC. -SALE

### A. INVESTMENT SALES AND INCOME

1 National Institutional Government Select Fund

| | | | |
|---|---|---:|---:|
| 10/01/13 | Dividend to 9/3/2013 | $15.59 | |
| | Total | | $15.59 |

2 National Rural Commercial Paper -0.00%, due 10/22/13, 500,000 at 10/1/13

| | | | |
|---|---|---:|---:|
| 10/22/13 | Interest on maturity of 500,000 | $31.11 | |
| 10/22/13 | Received proceeds on maturity of 500,000 | $0.00 | |
| | Total | | $31.11 |

3 Oppenheimer Sr Float Rate Class Y

| | | | |
|---|---|---:|---:|
| 10/01/13 | Dividend to 9/30/13 | $3,083.11 | |
| | Total | | $3,083.11 |

4 Toyota Motor Commercial Paper -0.00% due 10/31/2013

| | | | |
|---|---|---:|---:|
| 10/31/13 | Interest on maturity of 500,000 | $28.19 | |
| 10/31/13 | Received proceeds on maturity of 500,000 | $0.00 | |
| | Total | | $28.19 |

**INVESTMENT SALES AND INCOME** $3,158.00

### B. DISBURSEMENTS

1 Anheuser-Bush

| | | | |
|---|---|---:|---:|
| 10/30/13 | Unsecured claim amount pursuant to court order dtd 9/6/13 | ($235,091.55) | |
| | Total | | ($235,091.55) |

**TOTAL DISBURSEMENTS** ($235,091.55)

### C. PURCHASES

1 FHLB Discount Note -0.00% due 11/29/13

| | | | |
|---|---|---:|---:|
| 10/02/13 | Purchased 500,000 shares @ 99.993556 | ($499,967.78) | |

**TOTAL PURCHASES** ($499,967.78)

**D. ADJUSTMENT TO MARKET VALUE**

|  | Market Value | Cost |
|---|---|---|
| General Electric CAP Corp Commercial Paper | $499,954.45 | $499,965.00 |
| ING US Funding Commercial Paper | $99,974.16 | $99,973.33 |
| Natural Rural Util Commercial Paper | $499,901.11 | $499,914.44 |
| Praxair Commercial Paper | $499,935.00 | $499,958.33 |
| University of California Comm Paper | $249,966.39 | $249,969.44 |
|  | $1,849,731.11 | $1,849,780.54 |
|  | ($1,849,780.54) |  |
| **ADJUSTMENT TO MARKET VALUE OCTOBER** | ($49.43) |  |
| **ADJUSTMENT TO MARKET VALUE SEPTEMBER** | $159.02 |  |
| **CUMULATIVE ADJUSTMENT** | $109.59 |  |

**E. ASSETS ON HAND AS OF OCTOBER 31, 2013**

| | | Market Value | |
|---|---|---|---|
| | Cash Equivalents | | |
| 500000.000 | General Electric CAP Corp Commercial Paper | $499,954.45 | |
| 100000.000 | ING US Funding Commercial Paper | $99,974.16 | |
| 500000.000 | Natural Rural Util Commercial Paper | $499,901.11 | |
| 1018839.910 | National Institutional Government Select Fund | $1,018,839.91 | |
| 500000.000 | Praxair Commercial Paper | $499,935.00 | |
| 250000.000 | University of California Comm Paper | $249,966.39 | |
| | Total | | $2,868,571.02 |
| | | | |
| | Fixed Income | | |
| 1450000.000 | FHLB Discount Note –due 11/27/13 | $1,449,958.27 | |
| 500000.000 | FHLB Discount Note –due 11/29/13 | $499,978.34 | |
| 477897.252 | Oppenheimer SR Float Rate Class Y | $4,000,000.00 | |
| 249500.000 | Peoplefirst Bank CD | $249,500.00 | |
| 249500.000 | Bank of Pontiac CD | $249,499.75 | |
| | Total | | $6,448,936.36 |

**ASSETS ON HAND AS OF OCTOBER 31, 2013**          $9,317,507.38

## RECAPITULATION

**BEGINNING BALANCE AS OF 9/1/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $483,649.41 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $117,676.71 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $20,764.78 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $27,936.86 |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $3,600,362.76 |
| **TOTAL** | **$4,250,390.52** |

**RECEIPTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $35,531.99 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $36,317.82 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $10,020.18 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $57,683.75 |
| V. EARL GAUDIO & SON, INC. -AB | $235,091.55 |
| VI. EARL GAUDIO & SON, INC. -SALE | $0.00 |
| **TOTAL** | **$374,645.29** |

**INVESTMENT SALES AND INCOME**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $2.97 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $0.00 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $0.00 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $0.00 |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $3,158.00 |
| **TOTAL** | **$3,160.97** |

**DISBURSEMENTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | ($190,119.86) |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | ($86,287.18) |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | ($11,776.67) |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | ($49,265.11) |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | ($235,091.55) |
| **TOTAL** | **($571,540.37)** |

**PURCHASES**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $0.00 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $0.00 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $0.00 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $0.00 |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | ($499,967.78) |
| **TOTAL** | **($499,967.78)** |

**CLOSING BALANCE AS OF 9/30/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $329,064.51 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $68,707.35 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $19,008.29 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $36,355.50 |
| V. EARL GAUDIO & SON, INC. -AB | $235,091.55 |
| VI. EARL GAUDIO & SON, INC. -SALE | $2,868,571.02 |
| **TOTAL** | **$3,556,798.22** |

| | |
|---|---:|
| **BEGINNING BALANCE AS OF 9/1/13** | $4,250,390.52 |
| **RECEIPTS** | $374,645.29 |
| **INVESTMENT SALES AND INCOME** | $3,160.97 |
| **DISBURSEMENTS** | ($571,540.37) |
| **PURCHASES** | ($499,967.78) |
| **ADJUSTMENT TO MARKET VALUE** | $109.59 |
| **CLOSING BALANCE AS OF 9/30/13** | $3,556,798.22 |

The undersigned Administrator, now moves the Court to approve of its acts as above set forth, and having made and taken receipts therefore and presented to this court, ask to be approved; all of which is respectfully submitted.

FIRST MIDWEST BANK / TRUST DIVISION

By: _____
   Angela E. Hart, Esq.
   Vice President
   Division Mgr for Estates & Contested Trusts

**STATE OF ILLINOIS**                                                )
                                                                     )    SS
**CENTRAL DISTRICT OF ILLINOIS**                                     )

Angela E. Hart, Esq., on behalf of First Midwest Bank Trust Division, being first duly sworn, says that she is a Vice President and Trust Officer of First Midwest Bank / Trust Division, and is duly authorized to make this affidavit on its behalf, and which is the duly appointed and qualified Custodian Earl Gaudio & Son, Inc.; that the undersigned have examined the above and foregoing account by me subscribed and that the same is true in substance and in fact; and that the assets of said Estate are kept separate and distinct from the assets of said Bank. Affiants further certify that First Midwest Bank / Trust Division holds in its files vouchers covering all the disbursements shown in the above accounting.

First Midwest Bank, as
Custodian of Earl Gaudio & Son, Inc.

By: _____

this _15_ day of _November_, A.D., 2013.

_Michele A Morgan_

OFFICIAL SEAL
MICHELE A. MORGAN
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-3-2014

G:\AH\Gaudio,Earl\Sept-8th\Accounting.xls