**U.S Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*                    Phone: 309/671-7854
*Peoria, Illinois 61602*                              Fax: 309/671-7857

**Office of the United States Trustee - Region 10**

**Monthly Report**
for
**Debtors-in-Possession and Chapter 11 Trustees**

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 and 32, is to be completed and electronically filed by the debor's attorney with the Bankruptcy Court. If any portion of this report is no completed, please provide an explanation as to the reason for the incomplete portion.

Debtor Name: Earl Gaudio & Son, Inc.                    For the month ended: December 31, 2013

Case Number: 13-90942                              Date Bankruptcy filed: July 19, 2013
                                                                             Previously

| Required Documents | ATTACHED | SUBMITTED |
|---|---|---|
| 1. Monthly Income Statement | X | _____ |
| 2. Monthly Cash Flow Report | X | _____ |
| 3. Operating Report Summary | X | _____ |
| 4. Bank Statements | N/A | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information and belief.

By: _____                    Dated: 1/17/14
   Angela E. Hart, Esq.
Title: Senior Vice President of First Midwest Bank          Debtor's telephone number: 815-327-4865

Reports Prepared by: Rebecca C. Little, Esq.                    Estate Settlement Specialist, First Midwest Bank
                        (Name)                                                (Title)

Preparer's phone number: 815-327-4876

Revised: 4/16/2009 (*updated 05.06.2011*)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of December 31, 2013

Debtor Name  Earl Gaudio & Son, Inc.

Case Number  13-90942

| | Current Month | Year-to-Date |
|---|---|---|
| **INCOME** | | |
| Gross receipts or sales | 110,325 | 2,980,433 |
| Less: Returns or allowances | - | 5,728 |
| Cost of Goods | | |
| Beginning inventory | | |
| Purchases | - | |
| Other costs (attach itemized schedule) | 51,907 | |
| Less: Ending inventory | - | |
| Cost of goods sold | 51,907 | 2,232,930 |
| Gross profit | 58,418 | 741,775 |
| Interest | 26,884 | 47,240 |
| Rents | | |
| Gain (loss) from sale of property | | |
| Other income (attach itemized schedule) | 89,352 | 12,057,690 |
| Total income | 174,654 | 12,846,705 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Compensation of officers | - | |
| Salaries and wages | 12,107 | 332,691 |
| Repairs and maintenance | 5,287 | 7,470 |
| Supplies | 3,525 | 15,987 |
| Bad debts | | 7,760 |
| Rents | 1,615 | 10,367 |
| Payroll taxes | 4,322 | 145,643 |
| Other taxes (property tax) | 2,765 | 59,249 |
| Interest expense | | |
| Depreciation | | |
| Insurance | 11,628 | 78,590 |
| Travel and entertainment | 686 | 1,201 |
| Utilities and telephone | 6,209 | 27,815 |
| Professional and legal | 59,793 | 298,975 |
| Other Expenses (attach itemized schedule) | 8,444,733 | 16,436,570 |
| Total expenses | 8,552,670 | 17,423,538 |
| Net profit (loss) | (8,378,016) | (4,576,833) |

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended November 30, 2013

Debtor Name      Earl Gaudio & Son, Inc.

Case Number      13-90942

Reconciled bank balance and cash on hand from last month
(if this is the first report, insert the cash balance as of the petition date)                    10,003,640

CASH RECEIPTS

| | | |
|---|---:|---:|
| From cash sales/receipts | 109,792 | |
| From collection of pre-petition accounts receivable | - | |
| From collection of post-petition accounts receivable | 533 | |
| From loans (attach itemized list) | | |
| From contributions to capital or from gifts | | |
| Other receipts (attach itemized schedule) | 116,236 | |
| TOTAL RECEIPTS (Do not include beginning bank balance) | | 226,561 |

CASH DISBURSEMENTS

| | | |
|---|---:|---:|
| Inventory purchases | 51,907 | |
| Net payments to officers/owners (actual cash paid) | | |
| Net payments to other employees (actual cash paid) | 12,107 | |
| Rent payments | 1,615 | |
| Lease payments | 2,561 | |
| Mortgage or note payments | | |
| Adequate protection payments | | |
| Insurance | 11,628 | |
| Utilities/telephone | 6,209 | |
| Tax payments (from page 4) | 7,086 | |
| Advertising & marketing | | |
| Supplies | 3,525 | |
| Outside labor | 5,192 | |
| Travel/entertainment | 686 | |
| Payments to attorneys (attach copy Court order) | 51,318 | |
| Payments to accountants (attach copy Court order) | - | |
| Payments to other professionals (attach copy Court order) | 8,475 | |
| U.S. Trustee quarterly fee | | |
| Other expenses (attach itemized schedule) | 8,442,268 | |
| TOTAL DISBURSEMENTS | | 8,604,577 |
| NET CASH FLOW (Total receipts minus total disbursements) | | (8,378,016) |

Bank balance and cash on hand at the end of the month
(beginning balance + cash receipts - cash disbursements)          See l balance          1,625,624

**Attach copies of all bank statementments and reconciliations.**

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended November 30, 2013

STATUS OF TAXES

|  | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| ** Withholding | $ - | $ 1,253 | $ 1,253 | $ 0 |
| ** FICA - employee | - | 1,142 | 1,142 | $ 0 |
| ** FICA - employer | - | 1,142 | 1,142 | $ 0 |
| Unemployment | - | 13 | 13 | $ 0 |
| Income | - | 1,318 | 1,318 | $ - |
| Other - list | - | | | $ - |
| a. Subtotal | $ - | $ 4,869 | $ 4,869 | $ (0) |
| **STATE AND LOCAL** | | | | |
| Withholding | $ - | $ 1,678 | $ 1,678 | $ 0 |
| Sales | 481 | 954 | 481 | $ 954 |
| Excise | - | | | |
| Unemployment | - | 58 | 58 | $ 0 |
| Other | - | | | $ - |
| Real property | 152,634 | | | $ 152,634 |
| Personal property | | | | |
| Other - list | | | | |
| b. Subtotal | $ 153,115 | $ 2,691 | $ 2,217 | $ 153,589 |

TOTAL TAXES PAID - from a. and b. above          $ 7,086
(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes: _____

_____

\*    The beginning tax liability should represent the liability from the prior month or, if this is the first
operating report, this should be zero.

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

AGING SCHEDULES FOR RECEIVABLES & PAYABLE

for the month ended December 31, 2013

| ACCOUNTS RECEIVABLE* | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Pre-petition | $ - | $ - | $ - | $ 92,988 | |
| Post-petition | | - | | 3,537 | |
| Totals | $ - | $ - | $ - | $ 96,525 | $ 96,525 (grand total) |

| ACCOUNTS PAYABLE | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Post-petition only | | $ - | $ - | $ - | $ - (grand total) |

| NOTES OR LEASES PAYABLE OR ADEQUATE PROTECTION AGREEMENTS (Post-petition only) | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days |
|---|---|---|---|---|
| List Creditor/Lessor | | | | |
| Penske Leasing | | | | |

POST PETITION BANK ACCOUNTS *(attach copies of all banks statements)*

| Bank Name | Account Type | Beginning Balance | Ending Balance |
|---|---|---|---|
| Fifth Third Bank - 7747 | Operating | n/a - See Exhibit F | not available |
| First Midwest Bank - 0018 | Operating | $ 4,636,301.62 | $ 4,605,172.37 |
| First Midwest Bank - 3433 | Operating | 80,418.19 | 30,144.37 |
| First Midwest Bank - 1016 | Operating | 12,055.70 | 33,492.07 |
| First Midwest Bank - 3540 | Operating | 18,239.22 | 26,806.54 |
| First Midwest Bank -5015 | Escrow - Sale Proceeds | 9,358,798.59 | 1,020,461.09 |
| First Midwest Bank - 4018 | Escrow - AB Proceeds | 0.90 | - |

* After sale on 9/20, no longer have access to Gaudio's invoicing system. Aging Schedule created from outstanding statements in Excel.

Revised: 04/16/2009 (updated 05.06.2011)

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*          Phone: 309/671-7854
*Peoria, Illinois 60602*                    Fax: 309/671-7857

**Office of the United States Trustee - Region 10**
**Indianapolis, Indiana**

**Statement of Operations**
**for the Month ended December 31, 2013**

Debtor Name: <u>Earl Gaudio & Son, Inc.</u>

Case Number: <u>13-90942</u>

1. **What efforts have been made toward the presentation of a plan to creditor?**


2. **Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?**

    <u>X</u>  NO

    _____ YES - If yes, then identify to whom the payment was made, the date paid and the amount(s). (see attached)

3. **Provide a brief narrative covering any significant events which occurred this past month**

    All of the secured creditors have been paid in accordance with court orders.  Gaudio Retail LLC was consolidated with EGS's EIN to reflect proper ownership of these assets by EGS.

4. **List the face value of accounts receivable as of the date that the bankruptcy was filed:** <u>$131,229.43</u>
   **What amount of these receivables is considered uncollectible?** $ ̶$̶ $97,058.00

5. **If assets have been sold this month in other than the ordinary course of business, provide the following information:**

    a.  **asset(s) sold:**      _____

    b.  **date of sale:**        _____

    c.  **sales price:**         _____

    d.  **net amount received:**   _____

Oprept REV. September 3, 1992

6. List payments made to principals, executives or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

7. Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|---|---|
| Westfield Insurance  - Commercial Property | 7/5/2014 |
| Westfield Insurance  - Commercial General Liability | 7/5/2014 |
| Employers Preferred - Liability & Worker's Comp | 5/1/2014 |
| Westfield Insurance - Commercial Inland Marine | 7/5/2014 |
| Westfield Insurance - Crime & Fidelity | 7/5/2014 |
| Westfield Insurance - Commercial Umbrella Liability | 7/5/2014 |
| Westfield Insurance - Commercial Auto Policy | 7/5/2014 |
| Westfield Insurance - Commercial General Liability | 7/5/2014 |
| Westfield Insurance - Auto Liability | 7/5/2014 |
| Westfiled Insurance - Umbrella Liability | 7/5/2014 |
| Travelers Casualty Insurance - Liability & Worker's Compensation | 5/1/2014 |

**Has any insurance coverage either been reduced or allowed to lapse during this month?  If so, explain what changes have taken place.**

A reduction in the commercial vehicle insurance policy was put in place to remove vehicles repossessed.

**If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage.  Provide the United States Trustee with a new certificate.**

N/A

8. Schedule of changes in personnel.

| | Full Time | Part Time |
|---|---|---|
| a. Total number of employees at beginning of this period. | 2 | 10 |
| b. Number hired during this period. | 0 | 0 |
| c. Number terminated or resigned. | 0 | 0 |
| d. Total number of employees on payroll at the end of the period. | 2 | 10 |

QUESTIONNAIRE:

|   |   | YES | NO |
|---|---|-----|-----|
| 1. | IS THE BUSINESS STILL OPERATING? Only the UPS Stores | X | |
| 2. | DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X |
| | If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale. | | |
| 3. | HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY? | | X |
| | If yes, please provide the details. | | |
| 4. | DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | |
| | If yes, please provide the details and a copy of the Court Order authorizing the payment. | | |
| | a) Ice Miller - per court order dated 10/11/13, $44,586.87 | | |
| | b) Sorling Northrup - per court order dated 12/17/13, $6,730.71 | | |
| 5. | DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME? | X | |
| | If no, please provide the details. | | |
| 6. | HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH? | | X |
| | If no, please provide the details.    Corporate Income Tax Returns in progress | | |
| 7. | DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH? | X | |
| | If no, please provide the details. | | |
| 8. | DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH? | | X |
| | If yes, please identify the policies that were cancelled. | | |
| 9. | HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 10. | DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |
| | If yes, please provide details. | | |
| 11. | DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |
| | If yes, provide details. | | |
| 12. | DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | |
| | If no, where was the money deposited. | | |
| 13. | DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DEBTOR IN ANY WAY?  If yes, please provide the details. | | X |
| 14. | DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| | If no, why not? | | |

15. PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.
   a) Paid secured creditors;
   b) Gaudio Retail LLC was consolidated with EGS's tax ID number.

16. ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIODS TO THE PRINCIPALS, EXECUTIVES, OR INSIDERS. (THIS INCLUDED DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS, LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.)
   **None**

17. SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY

INTERNAL INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No.: 13-90942 |
| Debtor. | ) | |

### SEVENTH CURRENT ACCOUNT
### SUMMARY SHEET

**I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8**

| | |
|---|---|
| BEGINNING BALANCE AS OF 12/1/13 | $534,448.66 |
| RECEIPTS | $51,554.37 |
| INVESTMENT SALES AND INCOME | $3.47 |
| DISBURSEMENTS | ($82,750.42) |
| CLOSING BALANCE AS OF 12/31/13 | $503,256.08 |

**II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433**

| | |
|---|---|
| BEGINNING BALANCE AS OF 12/1/13 | $80,418.19 |
| RECEIPTS | $259.00 |
| DISBURSEMENTS | ($50,532.82) |
| CLOSING BALANCE AS OF 12/31/13 | $30,144.37 |

**III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6**

| | |
|---|---|
| BEGINNING BALANCE AS OF 12/1/13 | $37,057.50 |
| RECEIPTS | $38,071.44 |
| INVESTMENT SALES AND INCOME | $0.20 |
| DISBURSEMENTS | ($16,635.43) |
| CLOSING BALANCE AS OF 12/31/13 | $58,493.71 |

**IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540**

| | |
|---|---|
| BEGINNING BALANCE AS OF 12/1/13 | $18,239.22 |
| RECEIPTS | $109,792.34 |
| DISBURSEMENTS | ($101,225.02) |
| CLOSING BALANCE AS OF 12/31/13 | $26,806.54 |

**V. EARL GAUDIO & SON, INC. -AB**

| | |
|---|---|
| BEGINNING BALANCE AS OF 12/1/13 | $0.90 |
| RECEIPTS | $0.00 |
| INVESTMENT SALES AND INCOME | $0.00 |
| DISBURSEMENTS | ($0.90) |
| CLOSING BALANCE AS OF 12/31/13 | $0.00 |

**VI. EARL GAUDIO & SON, INC. -SALE**

| | |
|---|---|
| BEGINNING BALANCE AS OF 12/1/13 | $5,333,475.70 |
| RECEIPTS | $0.00 |
| INVESTMENT SALES & INCOME | $3,028,364.96 |
| DISBURSEMENTS | ($8,353,432.45) |
| CLOSING BALANCE AS OF 12/31/13 | $8,408.21 |

| | |
|---|---|
| Attorney: | Ben T. Caughey, Ice Miller LLP |
| | One American Square , Suite 3100 |
| | Indianapolis, IN 46280  (317) 236-2493 |

STATE OF ILLINOIS        )
                     ) ss
COUNTY OF VERMILION    )

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | )    Chapter 11 |
| | ) |
| EARL GAUDIO & SON, INC. | )    Case No.: 13-90942 |
| | ) |
| | ) |

### SEVENTH CURRENT ACCOUNT

The undersigned, First Midwest Bank/Trust Division, under penalties of perjury, heretofore duly qualified and appointed Custodian of Earl Gaudio & Son, Inc., respectfully submits to this Honorable Court the following statement of its receipts and disbursements from the filing of its Chapter 11 bankruptcy petition on December 1, 2013 to December 31, 2013, and prays to have the same approved.

## I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8

**A. ASSETS ON HAND AS OF DECEMBER 1, 2013**

| | |
|---|---|
| Warehouse | |
| 1803 Georgetown Rd. | |
| Tilton, IL 61833 | |
| PIN: 23-20-300-089-0060 | $4,450,000.00 |
| | |
| Chicago Title Escrow Account for Inventory Hold Back | $20,250.00 |
| | |
| Fifth Third Bank -Account #7654807747 (Chips Division) | |
| | |
| Regions Bank -Account #96564067 (1803 LLC) | |
| | |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 |
| | |
| Security Deposit -Ameren Illinois | $1,612.00 |

| | |
|---|---|
| **ASSETS ON HAND AS OF DECEMBER 1, 2013** | **$4,496,862.00** |

**B. RECEIPTS**

| | | | | |
|---|---|---|---|---|
| 1 | Earl Gaudio & Son Checking Account #8100373433 | | | |
| | 12/30/13 | Transfer of funds from Checking Account to Trust Account | $50,000.00 | |
| | | Total | | $50,000.00 |
| | | | | |
| 2 | Health Alliance | | | |
| | 12/05/13 | Refund due for termination of employee coverage, Invoice #111813, Ck#70256711 | $651.00 | |
| | | Total | | $651.00 |
| | | | | |
| 3 | Principal Life Insurance Co. | | | |
| | 12/27/13 | Refund due for termination of employee coverage, Ck#K17278749, Dtd 12/12/13 | $629.37 | |
| | | Total | | $629.37 |
| | | | | |
| 4 | Sears Holdings Management Corp. | | | |
| | 12/19/13 | Store#4030, PO#940304163, Doc#281583, Ck#61627233 | $54.00 | |
| | | Total | | $54.00 |
| | | | | |
| 5 | Vermilion Liquor North | | | |
| | 12/09/13 | Payment on account, money order #100533752 | $220.00 | |
| | | Total | | $220.00 |
| | | **TOTAL RECEIPTS** | | **$51,554.37** |

**C. INVESTMENT SALES AND INCOME**

| | | | | |
|---|---|---|---|---|
| 1 | Nt Institutional Government Select Fund | | | |
| | 12/02/13 | Dividend to 11/30/13 | $3.47 | |
| | | Total | | $3.47 |
| | | **TOTAL INVESTMENT SALES AND INCOME** | | **$3.47** |

**D. DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| 1 | ADP | | | |
| | 12/04/13 | Taxes wired on last payroll | ($119.65) | |
| | | Total | | ($119.65) |
| | | | | |
| 2 | Allied Waste Services | | | |
| | 12/02/13 | Service 11/1/13-11/30/13, inv#0726-000581049, ck#714453 | ($1,385.37) | |
| | | Total | | ($1,385.37) |
| | | | | |
| 3 | Ameren Illinois | | | |
| | 12/10/13 | Service 10/24/13-11/25/13, ck#714966, electric and gas | ($738.54) | |
| | | Total | | ($738.54) |
| | | | | |
| 4 | Aqua Illinois | | | |
| | 12/10/13 | Fireline service 10/24/13-11/25/13, ck#715021 | ($179.27) | |
| | 12/10/13 | Water service 10/22/13-11/22/13, ck#715021 | ($134.07) | |
| | 12/10/13 | Sewer service 10/22/13-11/22/13, ck#715021 | ($15.00) | |
| | | Total | | ($328.34) |
| | | | | |
| 5 | Benefit Planning Consultants, Inc. | | | |
| | 12/03/13 | FSA Benefit Services, inv#BPCI029228, ck#714609 | ($50.82) | |
| | 12/03/13 | FSA Benefit Services, inv#BPCI031806, ck#714609 | ($50.41) | |
| | 12/03/13 | FSA Benefit Services, inv#BPCI033364, ck#714609 | ($50.00) | |
| | | Total | | ($151.23) |

6  Carnaghi Towing & Repair, Inc.
   12/10/13   Payment on account, ck#714956     ($4,994.87)
              Total                                                      ($4,994.87)

7  Constellation Newenergy, Inc.
   12/06/13   Electric service 9/26/13-10/24/13, ck#714790     ($503.95)
   12/23/13   Electric service 10/25/13-11/25/13, ck#715816     ($491.13)
              Total                                                       ($995.08)

8  Employers
   12/06/13   Workers Comp Policy #EIG 168531200, Dec 2013 premium,
              ck#714789     ($4,708.89)
   12/20/13   Workers Comp Policy #EIG 168531200, Jan 2014 premium,
              ck#715772     ($4,708.89)
              Total                                                    ($9,417.78)

9  First Midwest Bank
   12/04/13   Wire fee -APD to wire payroll taxes     ($30.00)
                                                               ($30.00)

10 Ice Miller LLP
   12/23/13   Legal fees, service period 10/1/13-11/30/13, per court order
              dated 10/11/13, ck#715867     ($44,586.87)
              Total                                         ($44,586.87)

11 Indiana Department of Revenue
   12/06/13   State withholding tax return for period ending 5/31/13     ($814.97)
              Total                                            ($814.97)

12 Gary Miller
   12/20/13   Loss Prevention Service, service 7/27/13-9/23/13, ck#715728     ($8,400.00)
              Total                                         ($8,400.00)

13 Sorling Northrup
   12/18/13   Legal Fees, case#13-90942, service 8/1/13-10/30/13, court
              order dtd 12/17/13, ck#715568     ($6,730.71)
              Total                                        ($6,730.71)

14 Ohio Department of Job and Family Services
   12/18/13   2nd qtr 2013 JFS 20127, acct#1570318-00-6, ck#715565     ($148.02)
              Total                                           ($148.02)

15 Ohio Treasurer of State
   12/18/13   2nd qtr 2013, form IT 501 Withholding Income Tax Return,
              acct#53-049616, ck#715566     ($151.00)
              Total                                          ($151.00)

16 Paetec (Windstream Communications)
   12/17/13   Telephone service 10/4/13-11/3/13, ck#715541     ($645.12)
   12/17/13   Telephone service 11/4/13-12/3/13, ck#715542     ($654.68)
              Total                                        ($1,299.80)

17 Scottrade, Inc.
   12/10/13   Fees incurred for researching 401K acct activity, ck#714954     ($75.00)
              Total                                            ($75.00)

18 Sully Schultz Nursery, Inc.
   12/10/13   Winterize irrigation system, inv#3715, ck#714955     ($95.00)
                                                               ($95.00)

| | | | |
|---|---|---|---|
| 19 Verizon Wireless | | | |
| 12/06/13 | Service 7/20/13-8/23/13, inv#9710404653, ck#714840 | ($226.36) | |
| | Total | | ($226.36) |
| | | | |
| 20 Westfield Insurance | | | |
| 12/10/13 | Monthly installment Commercial Ins Policy, ck#715004 | ($2,061.83) | |
| | Total | | ($2,061.83) |
| | | | |
| **TOTAL DISBURSEMENTS** | | | **($82,750.42)** |

### E. ASSETS ON HAND AS OF DECEMBER 31, 2013

| | | |
|---|---|---|
| Warehouse | | |
| 1803 Georgetown Rd. | | |
| Tilton, IL 61833 | | |
| PIN: 23-20-300-089-0060 | $4,450,000.00 | |
| | | |
| Chicago Title Escrow Account for Inventory Hold Back | $20,250.00 | |
| | | |
| Fifth Third Bank -Account #7654807747 (Chips Division) | | |
| | | |
| Regions Bank -Account #96564067 (1803 LLC) | | |
| | | |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 | |
| | | |
| Security Deposit -Ameren Illinois | $1,612.00 | |
| | | |
| **ASSETS ON HAND AS OF DECEMBER 31, 2013** | | **$4,496,862.00** |

### F. LIABILITIES AS OF DECEMBER 31, 2013

| | |
|---|---|
| Line of Credit Promissory Note -Mr. Earl Gaudio, $750,000, dtd 8/1/13, @ 5%, due 8/1/15 **(PD12/17/13 from Earl Gaudio & Son-Sale Account#66-0295-01-5)** | $0.00 |
| | |
| **LIABILITIES AS OF DECEMBER 31, 2013** | **$0.00** |

## II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433

### A. RECEIPTS

| | | | |
|---|---|---|---|
| 1 Murphy Oil | | | |
| 12/12/13 | ACH received for vendor payment | $259.00 | |
| | Total | | $259.00 |
| | | | |
| **TOTAL RECEIPTS** | | | **$259.00** |

### B. DISBURSEMENTS

| | | | |
|---|---|---|---|
| 1 ADP | | | |
| | Bonus Payroll 10/14/13 cks 10179-10200 -only 1 cleared Dec | ($200.42) | |
| | Payroll 12/6/13 cks 10205-10206 | ($233.46) | |
| 12/13/13 | Fees for payroll 12/6/13 | ($57.94) | |
| 12/20/13 | Fees for payroll 12/20/13 | ($26.00) | |
| | Total | | ($517.82) |
| | | | |
| 2 First Midwest Bank | | | |
| 12/02/13 | November Maintenance Fee | ($15.00) | |

| | | | |
|---|---|---|---|
| | Total | | ($15.00) |

3  First Midwest Bank Checking Account #8100373433

| | | | |
|---|---|---|---|
| 12/30/13 | Transfer to FMB Trust Account #210060018 | ($50,000.00) | |
| | Total | | ($50,000.00) |

**TOTAL DISBURSEMENTS** ($50,532.82)


## III. GAUDIO RETAIL, LLC -TRUST ACCOUNT #21-0061-01-6

### A. RECEIPTS

1  Gaudio Retail, LLC , Checking Acct #8100373540

| | | | |
|---|---|---|---|
| 12/19/13 | Transfer of funds from checking account to fund operations | $38,000.00 | |
| | Total | | $38,000.00 |

2  Ricoh

| | | | |
|---|---|---|---|
| 12/04/13 | Refund ck#839747, dtd 11/18/13, store #6236, inv#5027647352, FMB ck#711419 | $71.44 | |
| | Total | | $71.44 |

**TOTAL RECEIPTS** $38,071.44

### B. INVESTMENT SALES AND INCOME

1  Nt Institutional Government Select Fund

| | | | |
|---|---|---|---|
| 12/02/13 | Dividend to 11/30/13 | $0.20 | |
| | Total | | $0.20 |

**TOTAL INVESTMENT SALES AND INCOME** $0.20

### C. DISBURSEMENTS

1  Business Operating Expenses:

Allied Waste Services

| | | |
|---|---|---|
| 12/10/13 | Garabge service 12/1/13-12/31-13, ck#714965, store #4323 | ($94.53) |

Ameren Illinois

| | | |
|---|---|---|
| 12/10/13 | Service 10/28/13-11/28/13, ck#714967, store #4323 | ($164.03) |
| 12/17/13 | Service 11/4/13-12/5/13, ck#715509, store #6236 | ($98.83) |

Avanti Press

| | | |
|---|---|---|
| 12/10/13 | Inv#I2200183, ck#714970, store#4323 | ($145.37) |
| 12/23/13 | Inv#I2263069, ck#715854, store#4323 | ($165.33) |
| 12/30/13 | Inv#I2269616, ck#716487, store#6236 | ($293.83) |
| 12/31/13 | Inv#I2269499, ck#716675, store#4323 | ($129.83) |

Aqua Illinois

| | | |
|---|---|---|
| 12/17/13 | Service 10/29/13-11/26/13, ck#715511, store #6236 | ($26.56) |

Bankcard Processing Center

| | | |
|---|---|---|
| 12/19/13 | December, ck#715670, #4323 | ($603.54) |
| 12/19/13 | December, ck#715670, #6236 | ($342.16) |

Amanda Bell

| | | |
|---|---|---|
| 12/30/13 | Replacement of lost items, ck#716472, store#4323 | ($109.46) |

Botts Locksmith

12/02/13   Lock replacement & keys, inv#21065, ck#714455, store#6236   ($112.50)

Comcast Cable
12/10/13   Service 11/24/13, ck#714975, store #4323   ($147.22)
12/19/13   Service 12/3/13-1/2/14, ck#715663, store #6236   ($181.34)

Constellation Newenergy, Inc.
12/02/13   Service 10/6/13-11/3/13, ck#714454, store#6236   ($104.52)
12/03/13   Service 9/29/13-10/27/13, ck#714594, store #4323   ($113.82)
12/17/13   Service 10/28/13-11/27/13, ck#715526, store#4323   ($107.48)
12/23/13   Service 11/4/13-12/4/13, ck#715816, store #6236   ($158.81)

Danville Sanitary District
12/02/13   Service 9/30/13-10/31/13, stmt dtd 11/25/13, ck#714499,
     store#6236   ($27.43)
12/30/13   Service 10/31/13-11/30/13, stmt dtd 12/24/13, ck#716497,
     store#6236   ($11.01)

GE Capital/Ricoh USA Program
12/02/13   Equipment lease 11/12/13-12/11/13, ck#714532, store #6236   ($747.09)
12/02/13   Equipment lease 12/12/13-1/11/14, ck#714532, store #6236   ($725.32)
12/10/13   Equipment lease 12/22/13-1/21/14, ck#714979, store #4323   ($363.15)
12/30/13   Equipment lease 1/12/14-2/11/14, ck#716500, store #6236   ($725.32)

Denise Gay
12/03/13   Mileage reimbursement, 10/17/13-11/18/13, ck#714595,
     store #6236   ($237.30)
12/27/13   Mileage reimbursement, 11/29/13-12/26/13, ck#716419,
     store #6236   ($427.14)

Elroy Larson
12/04/13   Replacement of damaged items, ck#714631, store#6236   ($64.41)

Dianna Lienard
12/10/13   Mileage reimbursement, 11/11/13-11/26/13, ck#714977,
     store #4323   ($22.04)

Monster Shred
12/02/13   Invoice #20516, ck#714510, store #4323   ($45.00)
12/17/13   Invoice #20541, ck#715540, store #4323   ($45.00)

Ricoh USA, Inc.
12/02/13   Invoice #5028299685, ck#714518, store #4323   ($43.81)
12/10/13   Invoice #5028368088, ck#714993, store #4323   ($111.77)
12/23/13   Invoice #5028692059, ck#715881, store #4323   ($60.35)
12/31/13   Invoice #5028778326, ck#716683, store #4323   ($45.28)

John Shepard Plumbing
12/30/13   Backflow prevention testing, ck#716473, store#6236   ($85.00)

Shanell, Inc.
12/02/13   December 2013 rent, store #6236, ck#714477   ($1,615.00)

Schwartz Supply Source
12/02/13   Inv #24618642, ck#714520, store #6236   ($613.91)
12/09/13   Inv #24651058, ck#714926, store #4323   ($1,825.61)

John Smith

| | | |
|---|---|---|
| 12/10/13 | Replacement of damaged items, ck#714951, store#6236 | ($122.75) |
| | Uline | |
| 12/10/13 | Inv #55173730, ck#715001, store #6236 | ($344.14) |
| 12/17/13 | Inv #55311409, ck#715547, store #6236 | ($625.42) |
| 12/30/13 | Inv #55642627, ck#716516, store #6236 | ($260.00) |
| 12/31/13 | Inv #54590139, ck#716700, store #6236 | ($297.69) |
| | United States Postal Service | |
| 12/10/13 | Purchase 100 books of stamps, ck#714951, store #4323 | ($920.00) |
| 12/19/13 | Purchase 100 books of stamps, ck#715630, store #4323 | ($920.00) |
| | UPS Freight | |
| 12/23/13 | Inv #22820809, ck#715886, store #4323 | ($260.96) |
| | Westfield Insurance | |
| 12/03/13 | Commercial Package Premium, ck#714607 | ($145.00) |

| | | |
|---|---|---|
| | Total Business Operating Expenses | ($14,836.06) |

| | | | |
|---|---|---|---|
| 2 | Illinois Department of Revenue | | |
| 12/06/13 | 2013 St-1 Sales and Use Tax Return, November 2013 | ($481.00) | |
| | Total | | ($481.00) |
| 3 | United States Treasury | | |
| 12/03/13 | 2013 3rd qtr Form 941, notice#cp134b | ($1,318.37) | |
| | Total | | ($1,318.37) |

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | | **($16,635.43)** |

# IV. GAUDIO RETAIL, LLC -CHECKING ACCOUNT #8100373540

## A. RECEIPTS

1  UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| | | |
|---|---|---|
| 12/02/13 | Daily Business Deposits -Cash for 11/27/13 | $220.92 |
| 12/02/13 | Daily Business Deposits -Cash for 11/29/13 | $143.38 |
| 12/02/13 | Daily Business Deposits -Cash for 11/30/13 | $173.14 |
| 12/03/13 | Daily Business Deposits -Cash for 12/2/13 | $645.26 |
| 12/04/13 | Daily Business Deposits -Cash for 12/3/13 | $2,027.43 |
| 12/05/13 | Daily Business Deposits -Cash for 12/4/13 | $314.38 |
| 12/06/13 | Daily Business Deposits -Cash for 12/5/13 | $710.96 |
| 12/09/13 | Daily Business Deposits -Cash for 12/6/13 | $241.07 |
| 12/09/13 | Daily Business Deposits -Cash for 12/7/13 | $337.61 |
| 12/10/13 | Daily Business Deposits -Cash for 12/9/13 | $927.71 |
| 12/11/13 | Daily Business Deposits -Cash for 12/10/13 | $525.80 |
| 12/12/13 | Daily Business Deposits -Cash for 12/11/13 | $1,019.31 |
| 12/13/13 | Daily Business Deposits -Cash for 12/12/13 | $726.11 |
| 12/16/13 | Daily Business Deposits -Cash for 12/13/13 | $916.77 |
| 12/16/13 | Daily Business Deposits -Cash for 12/14/13 | $343.03 |
| 12/16/13 | Daily Business Deposits -Cash for 12/15/13 | $43.24 |
| 12/17/13 | Daily Business Deposits -Cash for 12/16/13 | $953.04 |
| 12/18/13 | Daily Business Deposits -Cash for 12/17/13 | $1,170.29 |
| 12/19/13 | Daily Business Deposits -Cash for 12/18/13 | $1,178.25 |
| 12/20/13 | Daily Business Deposits -Cash for 12/19/13 | $833.55 |
| 12/23/13 | Daily Business Deposits -Cash for 12/20/13 | $1,005.63 |
| 12/23/13 | Daily Business Deposits -Cash for 12/21/13 | $378.93 |

| | | |
|---|---|---:|
| 12/23/13 | Daily Business Deposits -Cash for 12/22/13 | $115.42 |
| 12/26/13 | Daily Business Deposits -Cash for 12/23/13 | $743.22 |
| 12/26/13 | Daily Business Deposits -Cash for 12/24/13 | $102.13 |
| 12/27/13 | Daily Business Deposits -Cash for 12/26/13 | $345.29 |
| 12/30/13 | Daily Business Deposits -Cash for 12/27/13 | $384.07 |
| 12/30/13 | Daily Business Deposits -Cash for 12/28/13 | $240.31 |
| 12/31/13 | Daily Business Deposits -Cash for 12/30/13 | $1,028.61 |
| | Total | |

$17,794.86

2  American Express #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| | | |
|---|---|---:|
| 12/03/13 | Settlement Received | $41.06 |
| 12/09/13 | Settlement Received | $163.11 |
| 12/09/13 | Settlement Received | $76.88 |
| 12/13/13 | Settlement Received | $57.86 |
| 12/16/13 | Settlement Received | $52.06 |
| 12/16/13 | Settlement Received | $16.37 |
| 12/17/13 | Settlement Received | $80.81 |
| 12/20/13 | Settlement Received | $58.78 |
| 12/23/13 | Settlement Received | $112.24 |
| 12/23/13 | Settlement Received | $16.33 |
| 12/27/13 | Settlement Received | $167.06 |
| 12/30/13 | Settlement Received | $36.46 |
| 12/30/13 | Settlement Received | $11.60 |
| | Total | |

$890.62

3  Paymentech #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| | | |
|---|---|---:|
| 12/03/13 | Visa/Master Card/ Discover Deposits 11/29/13 | $479.30 |
| 12/03/13 | Visa/Master Card/ Discover Deposits 11/30/13 | $718.04 |
| 12/04/13 | Visa/Master Card/ Discover Deposits 12/2/13 | $1,232.81 |
| 12/05/13 | Visa/Master Card/ Discover Deposits 12/3/13 | $1,924.18 |
| 12/06/13 | Visa/Master Card/ Discover Deposits 12/4/13 | $1,522.28 |
| 12/09/13 | Visa/Master Card/ Discover Deposits 12/5/13 | $952.84 |
| 12/10/13 | Visa/Master Card/ Discover Deposits 12/6/13 | $1,274.55 |
| 12/10/13 | Visa/Master Card/ Discover Deposits 12/7/13 | $1,455.97 |
| 12/10/13 | Visa/Master Card/ Discover Deposits 12/8/13 | $55.26 |
| 12/11/13 | Visa/Master Card/ Discover Deposits 12/9/13 | $2,514.17 |
| 12/12/13 | Visa/Master Card/ Discover Deposits 12/10/13 | $3,154.79 |
| 12/13/13 | Visa/Master Card/ Discover Deposits 12/11/13 | $2,332.30 |
| 12/16/13 | Visa/Master Card/ Discover Deposits 12/12/13 | $2,395.88 |
| 12/17/13 | Visa/Master Card/ Discover Deposits 12/13/13 | $2,663.71 |
| 12/17/13 | Visa/Master Card/ Discover Deposits 12/14/13 | $1,264.72 |
| 12/17/13 | Visa/Master Card/ Discover Deposits 12/15/13 | $606.47 |
| 12/18/13 | Visa/Master Card/ Discover Deposits 12/16/13 | $4,724.81 |
| 12/19/13 | Visa/Master Card/ Discover Deposits 12/17/13 | $3,768.44 |
| 12/20/13 | Visa/Master Card/ Discover Deposits 12/18/13 | $4,412.86 |
| 12/23/13 | Visa/Master Card/ Discover Deposits 12/19/13 | $3,765.41 |
| 12/24/13 | Visa/Master Card/ Discover Deposits 12/20/13 | $3,886.42 |
| 12/24/13 | Visa/Master Card/ Discover Deposits 12/21/13 | $2,501.22 |
| 12/24/13 | Visa/Master Card/ Discover Deposits 12/22/13 | $227.21 |
| 12/26/13 | Visa/Master Card/ Discover Deposits 12/23/13 | $1,851.84 |
| 12/26/13 | Visa/Master Card/ Discover Deposits 12/24/13 | $1,202.66 |
| 12/30/13 | Visa/Master Card/ Discover Deposits 12/26/13 | $1,101.93 |
| 12/31/13 | Visa/Master Card/ Discover Deposits 12/27/13 | $2,020.80 |
| 12/31/13 | Visa/Master Card/ Discover Deposits 12/28/13 | $743.54 |
| | Total | |

$54,754.41

4  UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| | | |
|---|---|---:|
| 12/02/13 | Daily Business Deposits -Cash for 11/29/13 | $243.79 |

| Date | Description | Amount | Total |
|------|-------------|--------|-------|
| 12/02/13 | Daily Business Deposits -Cash for 11/30/13 | $131.58 | |
| 12/03/13 | Daily Business Deposits -Cash for 12/2/13 | $253.38 | |
| 12/04/13 | Daily Business Deposits -Cash for 12/3/13 | $223.72 | |
| 12/09/13 | Daily Business Deposits -Cash for 12/4/13 | $501.58 | |
| 12/09/13 | Daily Business Deposits -Cash for 12/5/13 | $396.22 | |
| 12/09/13 | Daily Business Deposits -Cash for 12/6/13 | $156.09 | |
| 12/09/13 | Daily Business Deposits -Cash for 12/7/13 | $154.19 | |
| 12/12/13 | Daily Business Deposits -Cash for 12/9/13 | $562.98 | |
| 12/12/13 | Daily Business Deposits -Cash for 12/10/13 | $273.78 | |
| 12/12/13 | Daily Business Deposits -Cash for 12/11/13 | $410.54 | |
| 12/13/13 | Daily Business Deposits -Cash for 12/12/13 | $328.14 | |
| 12/17/13 | Daily Business Deposits -Cash for 12/13/13 | $721.40 | |
| 12/17/13 | Daily Business Deposits -Cash for 12/14/13 | $188.66 | |
| 12/17/13 | Daily Business Deposits -Cash for 12/15/13 | $27.18 | |
| 12/17/13 | Daily Business Deposits -Cash for 12/16/13 | $758.74 | |
| 12/19/13 | Daily Business Deposits -Cash for 12/18/13 | $802.52 | |
| 12/20/13 | Daily Business Deposits -Cash for 12/19/13 | $767.80 | |
| 12/23/13 | Daily Business Deposits -Cash for 12/20/13 | $597.58 | |
| 12/23/13 | Daily Business Deposits -Cash for 12/21/13 | $250.42 | |
| 12/23/13 | Daily Business Deposits -Cash for 12/22/13 | $18.19 | |
| 12/24/13 | Daily Business Deposits -Cash for 12/23/13 | $430.68 | |
| 12/27/13 | Daily Business Deposits -Cash for 12/24/13 | $114.28 | |
| 12/27/13 | Daily Business Deposits -Cash for 12/26/13 | $196.33 | |
| | Total | | $8,509.77 |

5  American Express #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|------|-------------|--------|-------|
| 12/02/13 | Settlement Received | $369.74 | |
| 12/02/13 | Settlement Received | $309.10 | |
| 12/02/13 | Settlement Received | $111.40 | |
| 12/03/13 | Settlement Received | $98.83 | |
| 12/04/13 | Settlement Received | $121.63 | |
| 12/06/13 | Settlement Received | $28.56 | |
| 12/09/13 | Settlement Received | $122.66 | |
| 12/09/13 | Settlement Received | $81.27 | |
| 12/10/13 | Settlement Received | $23.17 | |
| 12/11/13 | Settlement Received | $66.08 | |
| 12/13/13 | Settlement Received | $72.82 | |
| 12/16/13 | Settlement Received | $108.08 | |
| 12/16/13 | Settlement Received | $76.51 | |
| 12/17/13 | Settlement Received | $243.17 | |
| 12/18/13 | Settlement Received | $13.39 | |
| 12/19/13 | Settlement Received | $23.41 | |
| 12/20/13 | Settlement Received | $408.97 | |
| 12/23/13 | Settlement Received | $161.62 | |
| 12/23/13 | Settlement Received | $121.74 | |
| 12/24/13 | Settlement Received | $90.86 | |
| 12/26/13 | Settlement Received | $55.68 | |
| 12/26/13 | Settlement Received | $11.94 | |
| 12/27/13 | Settlement Received | $218.57 | |
| 12/30/13 | Settlement Received | $167.01 | |
| 12/30/13 | Settlement Received | $95.93 | |
| 12/31/13 | Settlement Received | $1,318.36 | |
| | Total | | $4,520.50 |

6  Paymentech #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832

| Date | Description | Amount | Total |
|------|-------------|--------|-------|
| 12/03/13 | Visa/Master Card/ Discover Deposits 11/29/13 | $94.23 | |
| 12/03/13 | Visa/Master Card/ Discover Deposits 11/30/13 | $123.22 | |
| 12/04/13 | Visa/Master Card/ Discover Deposits 12/2/13 | $614.45 | |

| | | | |
|---|---|---|---|
| 12/05/13 | Visa/Master Card/ Discover Deposits 12/3/13 | $404.01 | |
| 12/06/13 | Visa/Master Card/ Discover Deposits 12/4/13 | $438.81 | |
| 12/09/13 | Visa/Master Card/ Discover Deposits 12/5/13 | $277.22 | |
| 12/10/13 | Visa/Master Card/ Discover Deposits 12/6/13 | $174.12 | |
| 12/10/13 | Visa/Master Card/ Discover Deposits 12/7/13 | $306.08 | |
| 12/10/13 | Visa/Master Card/ Discover Deposits 12/8/13 | $16.75 | |
| 12/11/13 | Visa/Master Card/ Discover Deposits 12/9/13 | $1,038.25 | |
| 12/12/13 | Visa/Master Card/ Discover Deposits 12/10/13 | $637.92 | |
| 12/13/13 | Visa/Master Card/ Discover Deposits 12/11/13 | $877.52 | |
| 12/16/13 | Visa/Master Card/ Discover Deposits 12/12/13 | $972.07 | |
| 12/17/13 | Visa/Master Card/ Discover Deposits 12/13/13 | $1,523.23 | |
| 12/17/13 | Visa/Master Card/ Discover Deposits 12/14/13 | $299.39 | |
| 12/17/13 | Visa/Master Card/ Discover Deposits 12/15/13 | $87.49 | |
| 12/18/13 | Visa/Master Card/ Discover Deposits 12/16/13 | $1,748.54 | |
| 12/19/13 | Visa/Master Card/ Discover Deposits 12/17/13 | $1,631.80 | |
| 12/20/13 | Visa/Master Card/ Discover Deposits 12/18/13 | $1,896.28 | |
| 12/23/13 | Visa/Master Card/ Discover Deposits 12/19/13 | $865.22 | |
| 12/24/13 | Visa/Master Card/ Discover Deposits 12/20/13 | $916.77 | |
| 12/24/13 | Visa/Master Card/ Discover Deposits 12/21/13 | $863.87 | |
| 12/24/13 | Visa/Master Card/ Discover Deposits 12/22/13 | $145.21 | |
| 12/26/13 | Visa/Master Card/ Discover Deposits 12/23/13 | $792.67 | |
| 12/26/13 | Visa/Master Card/ Discover Deposits 12/24/13 | $225.14 | |
| 12/30/13 | Visa/Master Card/ Discover Deposits 12/26/13 | $380.25 | |
| 12/31/13 | Visa/Master Card/ Discover Deposits 12/27/13 | $328.75 | |
| 12/31/13 | Visa/Master Card/ Discover Deposits 12/28/13 | $293.89 | |
| | Total | | $17,973.15 |

7 UPS

| | | | |
|---|---|---|---|
| 12/19/13 | Problem Revenue Payment -#4323 | $4,182.44 | |
| 12/19/13 | Problem Revenue Payment -#6236 | $1,166.59 | |
| | Total | | $5,349.03 |

**TOTAL RECEIPTS** $109,792.34

**B. DISBURSEMENTS**

1 ADP

| | | | |
|---|---|---|---|
| 12/05/13 | Payroll 12/6/13 -both stores | ($4,482.95) | |
| 12/05/13 | Taxes for Payroll 12/6/13 -both stores | ($1,697.00) | |
| 12/05/13 | Xmas Bonus Payroll 12/6/13 -both stores | ($1,663.17) | |
| 12/05/13 | Taxes for Bonus Payroll 12/6/13 -both stores | ($468.89) | |
| 12/13/13 | Payroll processing fee 12/6 payroll & Bonus Payroll | ($153.20) | |
| 12/19/13 | Payroll 12/20/13 -both stores | ($5,409.66) | |
| 12/19/13 | Taxes for Payroll 12/20/13 -both stores | ($2,070.21) | |
| 12/27/13 | Payroll processing fee 12/20 payroll | ($76.60) | |
| | Total | | ($16,021.68) |

2 American Express

| | | | |
|---|---|---|---|
| 12/12/13 | Settlement Charge | ($13.20) | |
| | Total | | ($13.20) |

3 First Midwest Bank Trust Account #210061016

| | | | |
|---|---|---|---|
| 12/19/13 | Transfer from checking account to trust account | ($38,000.00) | |
| | Total | | ($38,000.00) |

4 First Midwest Bank

| | | | |
|---|---|---|---|
| 12/02/13 | Maintenance fee -November | ($15.75) | |
| | Total | | ($15.75) |

5  Paymentech

| | | | |
|---|---|---|---|
| 12/03/13 | Monthly fee, store #4323 | ($718.24) | |
| 12/03/13 | Monthly fee, store #6236 | ($162.12) | |
| | Total | | ($880.36) |

6  UPS

| | | | |
|---|---|---|---|
| 12/06/13 | Freight Charges, store #4323 | ($2,370.29) | |
| 12/06/13 | Freight Charges, store #6236 | ($786.64) | |
| 12/06/13 | Co-op fee, store #4323 | ($250.00) | |
| 12/06/13 | Co-op fee, store #6236 | ($250.00) | |
| 12/13/13 | Freight Charges, store #4323 | ($5,101.83) | |
| 12/13/13 | Freight Charges, store #6236 | ($1,734.51) | |
| 12/20/13 | Freight Charges, store #4323 | ($8,303.58) | |
| 12/20/13 | Freight Charges, store #6236 | ($3,335.19) | |
| 12/23/13 | Royalty Fees, store #4323 | ($3,198.28) | |
| 12/23/13 | Royalty Fees, store #6236 | ($986.92) | |
| 12/23/13 | Royalty Fees, store #6236 | ($24.68) | |
| 12/27/13 | Freight Charges, store #4323 | ($11,938.62) | |
| 12/27/13 | Freight Charges, store #6236 | ($4,695.49) | |
| 12/27/13 | A/R, store #4323 | ($275.40) | |
| 12/27/13 | A/R, store #6236 | ($542.60) | |
| | | | ($43,794.03) |

7  United States Postal Service

| | | | |
|---|---|---|---|
| 12/04/13 | Postage meter replenishment Store # 6236 | ($500.00) | |
| 12/13/13 | Postage meter replenishment Store # 4323 | ($500.00) | |
| 12/19/13 | Postage meter replenishment Store # 4323 | ($500.00) | |
| 12/23/13 | Postage meter replenishment Store # 4323 | ($500.00) | |
| 12/23/13 | Postage meter replenishment Store # 6236 | ($500.00) | |
| | Total | | ($2,500.00) |

**TOTAL DISBURSEMENTS**      **($101,225.02)**


# V. EARL GAUDIO & SON, INC. -AB

## A. RECEIPTS

## B. INVESTMENT SALES AND INCOME

## C. DISBURSEMENTS

Anheuser Busch, Inc.

| | | | |
|---|---|---|---|
| 12/02/13 | Residual interest earned on reserve held, ck#714734 | ($0.90) | |
| | Total | | ($0.90) |

**TOTAL DISBURSEMENTS**      **($0.90)**


# VI. EARL GAUDIO & SON, INC. -SALE

## A. RECEIPTS

**TOTAL RECEIPTS**      **$0.00**

## B. INVESTMENT SALES AND INCOME

1  National Institutional Government Select Fund

| | | |
|---|---|---|
| 12/02/13 | Dividend to 11/30/13 | $16.57 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Total |  |  | $16.57 |

| 2 | Oppenheimer Sr Float Rate Class Y |  |  |  |
|---|---|---|---|---|
|  | 12/02/13 | Dividend to 12/1/13 | $15,748.39 |  |
|  | 12/12/13 | Sold 83,571.429 shares @ 8.4 per share | $702,000.00 |  |
|  | 12/13/13 | Sold 205,952.381 shares @ 8.4 per share | $1,730,000.00 |  |
|  | 12/19/13 | Sold 33,404.762 shares @ 8.4 per share | $280,600.00 |  |
|  | 12/31/13 | Sold 35,671.819 shares @ 8.41 per share | $300,000.00 |  |
|  |  | Total |  | $3,028,348.39 |

**TOTAL INVESTMENT SALES AND INCOME**                $3,028,364.96

## C. DISBURSEMENTS

| 1 | Ally Financial |  |  |  |
|---|---|---|---|---|
|  | 12/11/13 | Payment of bankruptcy claim, ck#715059 | ($17,675.42) |  |
|  |  | Total |  | ($17,675.42) |

| 2 | GE Capital |  |  |  |
|---|---|---|---|---|
|  | 12/11/13 | Payment of bankruptcy claim, ck#715060 | ($60,874.65) |  |
|  |  | Total |  | ($60,874.65) |

| 3 | Earl & Helen Gaudio Trust #414141010 |  |  |  |
|---|---|---|---|---|
|  | 12/17/13 | Transfer of funds from EGS Sale Acct#660295015 for the DIP payoff | ($382,093.32) |  |
|  |  | Total |  | ($382,093.32) |

| 4 | First Midwest Bank |  |  |  |
|---|---|---|---|---|
|  |  | 3 wire fees @ $30 each | ($90.00) |  |
|  | 12/13/13 | Monthly maintenance fee to 11/30/13 | ($1,192.88) |  |
|  |  | Total |  | ($1,282.88) |

| 5 | Illinois Department of Revenue |  |  |  |
|---|---|---|---|---|
|  | 12/30/13 | Payment of bankruptcy claim, wire transfer | ($384,573.15) |  |
|  |  | Total |  | ($384,573.15) |

| 6 | Iroquois Federal Savings & Loan |  |  |  |
|---|---|---|---|---|
|  | 12/11/13 | Payment of bankruptcy claim, ck#715058 | ($134,507.00) |  |
|  | 12/13/13 | Payment of bankruptcy claim, ck#715842, sale of 2000 Great Dane Trailer | ($7,000.00) |  |
|  |  |  |  | ($141,507.00) |

| 7 | Regions Bank |  |  |  |
|---|---|---|---|---|
|  | 12/10/13 | Payment of bankruptcy claim, wire transfer | ($5,159,751.89) |  |
|  |  | Total |  | ($5,159,751.89) |

| 8 | US Small Business Administration |  |  |  |
|---|---|---|---|---|
|  | 12/10/13 | Payment of bankruptcy claim, ck#715061 | ($1,722,713.57) |  |
|  |  | Total |  | ($1,722,713.57) |

| 9 | World Business Lenders, LLC |  |  |  |
|---|---|---|---|---|
|  | 12/11/13 | Payment of bankruptcy claim, wire transfer | ($482,960.57) |  |
|  |  | Total |  | ($482,960.57) |

**TOTAL DISBURSEMENTS**                ($8,353,432.45)

**C. ASSETS ON HAND AS OF DECEMBER 31, 2013**

| | | | |
|---|---|---|---|
| | Cash Equivalents | | |
| 8408.210 | National Institutional Government Select Fund | $8,408.21 | |
| | Total | | $8,408.21 |
| | | | |
| | Fixed Income | | |
| 119296.861 | Oppenheimer SR Float Rate Class Y | $1,003,286.60 | |
| | Total | | $1,003,286.60 |
| | | | |
| **ASSETS ON HAND AS OF DECEMBER 31, 2013** | | | **$1,011,694.81** |

## RECAPITULATION

**BEGINNING BALANCE AS OF 12/1/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $534,448.66 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $80,418.19 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $37,087.50 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $18,239.22 |
| V. EARL GAUDIO & SON, INC. -AB | $0.90 |
| VI. EARL GAUDIO & SON, INC. -SALE | $5,333,475.70 |
| **TOTAL** | **$6,003,640.17** |

**RECEIPTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $51,554.37 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $259.00 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $38,071.44 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $109,792.34 |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $0.00 |
| **TOTAL** | **$199,677.15** |

**INVESTMENT SALES AND INCOME**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $3.47 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $0.00 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $0.20 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $0.00 |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $3,028,364.96 |
| **TOTAL** | **$3,028,368.63** |

**DISBURSEMENTS**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | ($82,750.42) |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | ($50,532.82) |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | ($16,635.43) |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | ($101,225.02) |
| V. EARL GAUDIO & SON, INC. -AB | ($0.90) |
| VI. EARL GAUDIO & SON, INC. -SALE | ($8,353,432.45) |
| **TOTAL** | **($8,604,577.04)** |

**CLOSING BALANCE AS OF 12/31/13**

| | |
|---|---:|
| I. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0060-01-8 | $503,256.08 |
| II. EARL GAUDIO & SON, INC. -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373433 | $30,144.37 |
| III. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, TRUST ACCOUNT #21-0061-01-6 | $58,493.71 |
| IV. GAUDIO RETAIL, LLC -FIRST MIDWEST BANK, CHECKING ACCOUNT #8100373540 | $26,806.54 |
| V. EARL GAUDIO & SON, INC. -AB | $0.00 |
| VI. EARL GAUDIO & SON, INC. -SALE | $8,408.21 |
| **TOTAL** | **$627,108.91** |

| | |
|---|---:|
| **BEGINNING BALANCE AS OF 12/1/13** | **$6,003,640.17** |
| **RECEIPTS** | **$199,677.15** |
| **INVESTMENT SALES AND INCOME** | **$3,028,368.63** |
| **DISBURSEMENTS** | **($8,604,577.04)** |
| **CLOSING BALANCE AS OF 12/31/13** | **$627,108.91** |

The undersigned Custodian, now moves the Court to approve of its acts as above set forth, and having made and taken receipts therefore and presented to this court, ask to be approved; all of which is respectfully submitted.

FIRST MIDWEST BANK / TRUST DIVISION

By: _____
    Angela E. Hart, Esq.
    Sr. Vice President
    Division Mgr for Estate Settlement, Contested Trusts & Special Assets


**STATE OF ILLINOIS**                                      )
                                                           )    SS
**CENTRAL DISTRICT OF ILLINOIS**                           )


Angela E. Hart, Esq., on behalf of First Midwest Bank Trust Division, being first duly sworn, says that she is a Senior Vice President and Trust Officer of First Midwest Bank / Wealth Management Division, and is duly authorized to make this affidavit on its behalf, and which is the duly appointed and qualified Custodian of Earl Gaudio & Son, Inc.; that the undersigned has examined the above and foregoing account by her subscribed and that the same is true in substance and in fact; and that the assets of said Estate are kept separate and distinct from the assets of said Bank. Affiant further certifies that First Midwest Bank / Wealth Management holds in its files vouchers covering all the disbursements shown in the above accounting.

First Midwest Bank, as
Custodian of Earl Gaudio & Son, Inc.


By: _____
    Angela E. Hart, Esq.
    its: Senior VP, Wealth Management

Subscribed and sworn to before me

this __*17*__ day of __*January*__, A.D., 2014

_____

G:\AH\Gaudio, Earl\Court Accountings\December 7th Accounting.xls

"OFFICIAL SEAL"
DEBORAH RITKE
Notary Public, State of Illinois
My Commission Expires 01/23/16