# First Midwest Bank

## EARL GAUDIO & SONS INC

**Account Number:** ███01-8
**Statement Period:** 12/01/13 - 12/31/13

EARL GAUDIO & SON, INC.
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

| Relationship Manager |
| --- |
| Angela Hart       815-327-4865 |

---

### Portfolio Summary



CASH & EQUIV

MISCELLANEOUS

### Value of Portfolio

| Description | Market Value | % of Account |
| --- | ---: | ---: |
| Cash & Equiv | 503,256.08 | 10.9% |
| Miscellaneous | 4,476,612.00 | 97.2% |
| Liabilities | -375,000.00 | -8.1% |
| Total Portfolio | $ 4,604,868.08 | 100.0% |
| Accrued Income | 304.29 | |
| Total Valuation | $ 4,605,172.37 | |

---

### Market Reconcilement

| | Current Period | Year To Date |
| --- | ---: | ---: |
| **Beginning Market Value** | **$ 4,636,301.62** | **$ 0.00** |
| Income | | |
| Dividends.................................................................... | 3.47 | 11.99 |
| Contributions................................................................ | 51,554.37 | 7,506,158.25 |
| Disbursements | | |
| To/For Beneficiary........................................................ | -82,720.42 | -2,454,925.39 |
| Fees/Expenses............................................................ | -30.00 | -446,376.77 |
| Realized Gains/(Losses)................................................ | 0.00 | 0.00 |
| Accrued Income............................................................ | 63.33 | 304.29 |
| Unrealized Appreciation/(Depreciation).......................... | 0.00 | 0.00 |
| **Ending Market Value** | **$ 4,605,172.37** | **$ 4,605,172.37** |

 **First Midwest Bank**

# EARL GAUDIO & SONS INC

Account Number: ▆▆▆▆-01-8
Statement Period: 12/01/13 - 12/31/13

## Portfolio Investments

| Asset Description | Units | Market Value<br>Cost | Est. Annual Income<br>Accruals | Current<br>Yield |
|---|---|---|---|---|
| **Cash and Equivalent** | | | | |
| Principal Cash | | -335,168.67<br>-335,168.67 | 0.00 | 0.00% |
| Income Cash | | 335,168.67<br>335,168.67 | 0.00 | 0.00% |
| Nt Institutional Government Select Fund | 503,256.080 | 503,256.08<br>503,256.08 | 50.00<br>4.30 | 0.01% |
| **Total Cash and Equivalent** | | **$ 503,256.08**<br>**$ 503,256.08** | **50.00**<br>**4.30** | **0.01%** |
| **Miscellaneous** | | | | |
| Demand Promissory Note From Earl Gaudio & Son Inc. To Gaudio Retail LLC I/A/O $25,000 @ 3% Dtd 08/07/2013 | 25,000.000 | 25,000.00<br>25,000.00 | 750.00<br>299.99 | 3.00% |
| Property Located At 1803 Georgetown Road, Tilton, IL | 1.000 | 4,450,000.00<br>4,450,000.00 | 0.00 | 0.00% |
| Security Deposit To Ameren Illinois Related To Property Located At 1803 Georgetown Rd, Tilton, IL | 1.000 | 1,612.00<br>1,612.00 | 0.00 | 0.00% |
| **Total Miscellaneous** | | **$ 4,476,612.00**<br>**$ 4,476,612.00** | **750.00**<br>**299.99** | **0.02%** |
| **Liabilities** | | | | |
| Line of Credit Promissory Note I/A/O $750,000 Dtd 08/01/2013 B/T Earl Gaudio and Earl Gaudio & Sons Inc. @ 5% Due 08/01/2015 | 375,000.000 | -375,000.00<br>-375,000.00 | 18,750.00 | 5.00% |
| **Total Liabilities** | | **$ -375,000.00**<br>**$ -375,000.00** | **0.00**<br>**0.00** | **0.00%** |
| **Total Market Value** | | **$ 4,604,868.08**<br>**$ 4,604,868.08** | **19,550.00**<br>**304.29** | **0.42%** |
| **Total Market Value Plus Accruals** | | **$ 4,605,172.37** | | |


## First Midwest Bank

**EARL GAUDIO & SONS INC**

Account Number: ███████01-8
Statement Period: 12/01/13 - 12/31/13

### Income Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Nt Institutional Government Select Fund Div To 11/30/13 | 12/02/13 | 3.47 | |
| **Total Dividend Income** | | $ 3.47 | $ 0.00 |
| **Total Income** | | $ 3.47 | $ 0.00 |

### Additions

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Health Alliance, Ck#70256711, Refund For Terminated Employess, Inv #111813 | 12/05/13 | 651.00 | |
| Vermilion Liquors Money Order #100533752 | 12/09/13 | 220.00 | |
| Sears Holdings Management Corp Ck#61627233, Doc#281583, Store#4030, PO#940304163 | 12/19/13 | 54.00 | |
| Refund Due For Termination of Employee Coverage Ck#K17278749, Dtd 12/12/13 | 12/27/13 | 629.37 | |
| To Transfer Funds From Egs Checking Acct#█████433 To Trust Acct# ████0018 | 12/30/13 | 50,000.00 | |
| **Total Additions** | | $ 51,554.37 | $ 0.00 |

### Disbursement Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Allied Waste Services #726 Current Balance Due Account #3-0726-0014999 1803 Georgetown Rd., Tilton Invoice #0726-000581049 Service From 11/01/2013 - 11/30/2013 Statement Dtd 10/20/2013 Check Number: 0714453 | 12/02/13 | -1,385.37 | |


# First Midwest Bank

## EARL GAUDIO & SONS INC

**Account Number:** ■■■■■■-01-8
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Benefit Planning Consultants, Inc.<br>Current Balance Due<br>Fsa Benefit Services<br>Invoice #BPCI029228<br>Invoice Dtd 11/15/2013<br>Check Number: 0714609 | 12/03/13 | -50.82 | |
| Benefit Planning Consultants, Inc.<br>Current Balance Due<br>Fsa Benefit Services<br>Invoice #BPCI031806<br>Invoice Dtd 11/15/2013<br>Check Number: 0714609 | 12/03/13 | -50.41 | |
| Benefit Planning Consultants, Inc.<br>Current Balance Due<br>Fsa Benefit Services<br>Invoice #BPCI033364<br>Invoice Dtd 11/15/2013<br>Check Number: 0714609 | 12/03/13 | -50.00 | |
| Wire Transfer To Deutsche Bank<br>ABA#■■■ 033 Act #■■■170<br>ADP Payroll Deposit/ Taxes<br>Branch and Co. Code Rh Njo 20916059<br>F/B/O Earl Gaudio & Son Inc. | 12/04/13 | | -119.65 |
| Indiana Department of Revenue<br>Balance Due on 2013 Form Wh-1<br>State Withholding Tax Return<br>For Period Ending 05/31/2013<br>Earl Gaudio & Son, Inc.<br>Taxpayer ID #0136582397-001<br>Account ID #116372694<br>Liability #2013-05188827 | 12/06/13 | -814.97 | |
| Employers<br>Workers Compensation & Employers<br>Liability Insurance Policy<br>December 2013<br>Policy #Eig 1685312 00<br>Check Number: 0714789 | 12/06/13 | -4,708.89 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxtq<br>1803 Georgetown Rd.<br>Statement #0012130600<br>Statement Dtd 11/02/2013<br>Check Number: 0714790 | 12/06/13 | -503.95 | |

 **First Midwest Bank**

## EARL GAUDIO & SONS INC

**Account Number:** ▮▮▮▮01-8
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Verizon Wireless<br>Current Balance Due<br>Account #286852694-00001<br>Invoice #9710404653<br>Service From 07/20/2013 - 08/23/2013<br>Statement Dtd 11/03/2013<br>Check Number: 0714840 | 12/06/13 | -226.36 | |
| Scottrade, Inc.<br>Current Balance Due<br>Re: Fees Incurred From Researching<br>401K Account Activity<br>Per Letter Dtd 12/04/2013<br>Check Number: 0714954 | 12/10/13 | -75.00 | |
| Sully Schultz Nursery, Inc.<br>Current Balance Due<br>Winterize Irrigation System<br>Invoice #3715<br>Invoice Dtd 12/01/2013<br>Check Number: 0714955 | 12/10/13 | -95.00 | |
| Carnaghi Towing & Repair, Inc.<br>Current Balance Due<br>Re: Payment on Account<br>Per Email Request Dtd 12/10/2013<br>Check Number: 0714956 | 12/10/13 | -4,994.87 | |
| Ameren Illinois<br>Current Balance Due<br>Account #00690-44021<br>1803 Georgetown Rd., Tilton<br>Service From 10/24/2013 - 11/25/2013<br>Statement Dtd 12/03/2013<br>Check Number: 0714966 | 12/10/13 | -738.54 | |
| Aqua IL<br>Current Charges Due<br>Account #002069372 1083372 (Fire)<br>1803 Georgetown Rd., Danville<br>Service From 10/24/2013 - 11/25/2013<br>Statement Dtd 11/26/2013<br>Check Number: 0715021 | 12/10/13 | -179.27 | |
| Aqua IL<br>Current Charges Due<br>Account #002069356 1064803 (Water)<br>1803 Georgetown Rd., Danville<br>Service From 10/22/2013 - 11/22/2013<br>Statement Dtd 11/26/2013<br>Check Number: 0715021 | 12/10/13 | -134.07 | |

 **First Midwest Bank**

## EARL GAUDIO & SONS INC

Account Number: ████01-8
Statement Period: 12/01/13 - 12/31/13

### Disbursement Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Aqua IL<br>Current Charges Due<br>Account #████366 1065591 (Sewer)<br>1803 Georgetown Rd., Danville<br>Service From 10/22/2013 - 11/22/2013<br>Statement Dtd 11/26/2013<br>Check Number: 0715021 | 12/10/13 | -15.00 | |
| Westfield Insurance<br>Annual Commercial Package Insurance<br>Monthly Installment<br>Account #████203<br>Policy #Tra 6619016<br>Statement Dtd 11/30/2013<br>Check Number: 0715004 | 12/10/13 | -2,061.83 | |
| Paetec<br>Current Balance Due<br>Account #9203647<br>Service From 10/04/2013 - 11/03/2013<br>Invoice #6122913<br>Invoice Dtd 11/06/2013<br>Check Number: 0715541 | 12/17/13 | -645.12 | |
| Paetec<br>Current Balance Due<br>Account #9203647<br>Service From 11/04/2013 - 12/03/2013<br>Invoice #6227512<br>Invoice Dtd 12/06/2013<br>Check Number: 0715542 | 12/17/13 | -654.68 | |
| Ohio Department of Job and Family<br>2nd Quarter 2013 Jfs 20127<br>Account #1570318-00-6<br>Fein 37-0905843<br>Earl Gaudio & Son, Inc.<br>Check Number: 0715565 | 12/18/13 | -148.02 | |
| Ohio Treasurer of State<br>2nd Quarter 2013 Form It 501<br>Withholding Income Tax Return<br>Account #53-049616<br>Fein 37-0905843<br>Earl Gaudio & Son, Inc.<br>Check Number: 0715566 | 12/18/13 | -151.00 | |

 First Midwest Bank

## EARL GAUDIO & SONS INC

**Account Number:** ███████-01-8
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Sorling Northrup<br>Legal Fees<br>Re: Earl Gaudio & Son, Inc.<br>Case #13-90942<br>Service Dtd 08/01/2013 - 10/30/2013<br>Per Court Order Dtd 12/17/2013<br>Check Number: 0715568 | 12/18/13 | -6,730.71 | |
| Gary Miller<br>Current Balance Due<br>Loss Prevention Service<br>Service From 07/27/2013 - 09/23/2013<br>Invoice Dtd 10/03/2013<br>Check Number: 0715728 | 12/20/13 | -8,400.00 | |
| Employers<br>Workers Compensation & Employers<br>Liability Insurance Policy<br>January 2014<br>Policy #Eig 1685312 00<br>Check Number: 0715772 | 12/20/13 | -4,708.89 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxtq<br>1803 Georgetown Rd.<br>Statement #0012523814<br>Statement Dtd 12/03/2013<br>Check Number: 0715816 | 12/23/13 | -491.13 | |
| Ice Miller LLP<br>Legal Fees<br>Re: Earl Gaudio & Son, Inc.<br>Case #13-90942<br>Service Dtd 10/01/2013 - 11/30/2013<br>Per Court Order Dtd 10/11/2013<br>Check Number: 0715867 | 12/23/13 | -44,586.87 | |
| **Total To/For Beneficiary** | | **$ -82,600.77** | **$ -119.65** |
| **Fees/Expenses** | | | |
| Wire Transfer Fee | 12/04/13 | | -30.00 |
| **Total Fees/Expenses** | | **$ 0.00** | **$ -30.00** |
| **Total Disbursements** | | **$ -82,600.77** | **$ -149.65** |


# First Midwest Bank

## EARL GAUDIO & SONS INC

**Account Number:** ████01-8
**Statement Period:** 12/01/13 - 12/31/13

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Nt Institutional Government Purchases (5) 12/01/13 To 12/31/13 | 12/31/13 | | -51,554.37 |
| **Total Purchases** | | **$ 0.00** | **$ -51,554.37** |

### Sale Activity

| | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Nt Institutional Government Sales (11) 12/01/13 To 12/31/13 | 12/31/13 | 82,746.95 | |
| **Total Sales** | | **$ 82,746.95** | **$ 0.00** |

DO NOT USE THE ENCLOSED STATEMENT FOR PREPARATION OF YOUR 2013 INCOME TAX RETURN. PLEASE WAIT UNTIL YOU RECEIVE YOUR TAX INFORMATION. IRA CLIENTS PLEASE NOTE THE FOLLOWING: THE REQUIRED BEGINNING DATE (RBD)FOR COMMENCING DISTRIBUTIONS FOR AN OWNER OF A TRADITIONAL IRA IS APRIL 1 OF THE CALENDAR YEAR FOLLOWING THE CALENDAR YEAR IN WHICH THE OWNER ATTAINS AGE 70 1/2. DISTRIBUTIONS FOR SUBSEQUENT YEARS WILL BE MADE IN DECEMBER. IF YOU WISH TO OBTAIN THE AMOUNT OF YOUR MINIMUM REQUIRED DISTRIBUTION (MRD) OR REQUEST AN EARLIER PAYMENT, PLEASE CONTACT YOUR RELATIONSHIP MANAGER. THIS PROVISION DOES NOT APPLY TO ROTH IRA'S.

 # First Midwest Bank

P.O. Box 580 • Joliet, IL 60434-0580

**Return Service Requested**

**Statement of Account**
**Last statement: November 29, 2013**
**This statement: December 31, 2013**

433                        Page 1 of 2

402



00000904-WPTR000642010212241G-XS01-1OZ-000000000

EARL GAUDIO & SON INC
BEVERAGE DISTRIBUTORSHIP DIVISION
2801 W JEFFERSON ST C/O ANGELA HART
JOLIET IL 60435-5299

Direct inquiries to:
Customer Service
815-774-2000

First Midwest Bank  105
50 West Jefferson Street
Joliet, Illinois 60431

0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | 433 | $30,144.37 |

## Solutions Checking

Account number
433

| | | | | |
|---|---|---|---|---|
| Beginning balance | $80,418.19 | | | |
| Average balance | $77,209.51 | | | |
| Total additions | $259.00 | Total subtractions | $-50,532.82 | |

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10186 | 12-20 | 200.42 | 10206 | 12-20 | 134.93 |
| 10205 * | 12-12 | 98.53 | * Skip in check sequence | | |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 12-02 | #Maintenance Fee | | -15.00 |
| | Analysis Loss/Chg For 11/30/13 | | |
| 12-12 | #Preauthorized Credit | 259.00 | |
| | Murphy Oil USA D Vendpmt | | |
| | 131212 5423323 | | |
| 12-13 | #Preauthorized Debit | | -57.94 |
| | Adp Payroll Fees Adp - Fees | | |
| | 131213 2Rnjo 5393911 | | |
| 12-20 | #Preauthorized Debit | | -26.00 |
| | Adp Payroll Fees Adp - Fees | | |
| | 131220 2Rnjo 5684819 | | |
| 12-30 | #Debit Memo | | -50,000.00 |
| | Transfer To Trust Account# | | |
| | 210060018 | | |



### Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-29 | 80,418.19 | 12-02 | 80,403.19 | 12-12 | 80,563.66 |



# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

December 31, 2013
Earl Gaudio & Son Inc
Page 2 of 2
███████433

### Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 12-13 | 80,505.72 | 12-20 | 80,144.37 | 12-30 | 30,144.37 |

FOR CHANGE OF ADDRESS, PLEASE COMPLETE FORM BELOW.

☐ PLEASE CHANGE ADDRESS ON ALL ACCOUNTS.

☐ PLEASE CHANGE ADDRESS ONLY ON ACCOUNTS INDICATED.

☐ CHECKING/NOW  ☐ SAVINGS  ☐ CERTIFICATE OF DEPOSIT  ☐ LOANS  ☐ SAFE DEPOSIT BOX

☐ OTHER (PLEASE LIST) _____

**NEW ADDRESS**

STREET _____

CITY _____  STATE _____  ZIP _____

SOCIAL SECURITY # _____ - ___ - _____  EFFECTIVE DATE OF CHANGE _____

AUTHORIZED SIGNATURE REQUIRED (DO NOT PRINT) _____

Member FDIC

(DETACH ALONG DOTTED LINE AND RETURN)

---

## RECONCILING YOUR CHECKING ACCOUNT

BEFORE YOU START:
MAKE THE FOLLOWING ENTRIES IN YOUR CHECKBOOK REGISTER TO ASSURE THAT ALL TRANSACTIONS ARE PROPERLY RECORDED ON BOTH YOUR RECORDS AS WELL AS THE BANK'S.

ADD:
ANY DEPOSITS SHOWN ON THIS STATEMENT, BUT NOT RECORDED IN YOUR CHECKBOOK REGISTER. BE SURE TO INCLUDE ANY AUTOMATIC DEPOSITS, INCLUDING INTEREST.

SUBTRACT:
THE ITEMS SHOWN ON THIS STATEMENT, BUT NOT RECORDED IN YOUR CHECKBOOK REGISTER, INCLUDING SERVICE CHARGES.

NEXT:
MARK OFF THE CHECKS AND OTHER WITHDRAWALS LISTED ON THE STATEMENT IN YOUR CHECKBOOK REGISTER.

THEN:
LIST ALL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (THOSE YOU HAVE WRITTEN AND RECORDED IN YOUR CHECKBOOK REGISTER, BUT HAVE NOT YET BEEN RECEIVED AND PROCESSED BY THE BANK) IN THE COLUMN TO THE RIGHT. ADD UP THE TOTAL DOLLAR AMOUNT AND WRITE IT ON LINE 4 BELOW.

NOW:
1. ENTER THE ENDING BALANCE SHOWN ON THIS STATEMENT.    $ _____
2. ENTER THE TOTAL AMOUNT OF ANY DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT.    + $ _____
3. ADD ABOVE ITEMS 1 AND 2.    $ _____
4. ENTER TOTAL CHECKS OUTSTANDING FROM RIGHT HAND COLUMN.    − $ _____
5. SUBTRACT LINE 4 FROM LINE 3. THIS AMOUNT SHOULD AGREE WITH THE BALANCE SHOWN IN YOUR CHECKBOOK REGISTER.    $ _____

| LIST CHECKS OUTSTANDING | |
| --- | --- |
| CHECK # | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL CHECKS OUTSTANDING | $ |

## ERROR RESOLUTION NOTICE

In case of errors or questions, or if you need more information regarding your ELECTRONIC TRANSFERS, contact us immediately by telephone at the number shown on the front of your statement or in writing at the address shown on the front of your statement. You must contact us no later than 60 days after the first statement on which the error, problem or inquiry in question was sent.

(1) Include your full name and account number.
(2) Describe the error or transfer in question, and explain as clearly as possible why you believe there is an error or need for additional information.
(3) Include the dollar amount of the item in question.

First Midwest Bank will investigate your inquiry and will correct any error promptly. If we take more than ten (10) business days (five (5) business days if related to debit card transactions) to resolve the inquiry, your account will be credited for the amount in question, allowing you to have use of the funds during the time it takes to complete investigation of your inquiry.

WPTR0006420102122441000000904002002100000000090400000

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ▊▊▊-01-6
**Statement Period:** 12/01/13 - 12/31/13

| Relationship Manager |
| Angela Hart      815-327-4865 |

EARL GAUDIO & SON, INC.- UPS STORE
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

| Portfolio Summary | Value of Portfolio |



| Description | Market Value | % of Account |
|---|---|---|
| Cash & Equiv | 58,493.71 | 174.7% |
| Liabilities | -25,002.00 | -74.7% |
| Total Portfolio | $ 33,491.71 | 100.0% |
| Accrued Income | 0.36 | |
| Total Valuation | $ 33,492.07 | |

CASH & EQUIV

### Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | **$ 12,055.70** | **$ 0.00** |
| Income | | |
| Dividends............................................................................ | 0.20 | 0.75 |
| Contributions...................................................................... | 38,071.44 | 127,011.24 |
| Disbursements | | |
| To/For Beneficiary............................................................ | -16,635.43 | -77,460.28 |
| Fees/Expenses................................................................. | 0.00 | -16,060.00 |
| Realized Gains/(Losses)................................................... | 0.00 | 0.00 |
| Accrued Income................................................................ | 0.16 | 0.36 |
| Unrealized Appreciation/(Depreciation)........................... | 0.00 | 0.00 |
| **Ending Market Value** | **$ 33,492.07** | **$ 33,492.07** |


# First Midwest Bank

## EARL GAUDIO & SON., INC-UPS STORE

Account Number: ████-01-6
Statement Period: 12/01/13 - 12/31/13

### Portfolio Investments

| Asset Description | Units | Market Value / Cost | Est. Annual Income / Accruals | Current Yield |
|---|---|---|---|---|
| **Cash and Equivalent** | | | | |
| Principal Cash | | -26,284.17 / -26,284.17 | 0.00 | 0.00% |
| Income Cash | | 26,284.17 / 26,284.17 | 0.00 | 0.00% |
| Nt Institutional Government Select Fund | 58,493.710 | 58,493.71 / 58,493.71 | 5.00 / 0.36 | 0.01% |
| **Total Cash and Equivalent** | | **$ 58,493.71** / **$ 58,493.71** | **5.00** / **0.36** | **0.01%** |
| | | | | |
| **Liabilities** | | | | |
| Demand Promissory Note From Earl Gaudio & Son Inc. To Gaudio Retail LLC I/A/O $25,000 @ 3% Dtd 08/07/2013 | 25,000.000 | -25,000.00 / -25,000.00 | 750.00 | 3.00% |
| Lease Agreement Shanell, Inc. (Landlord) Gaudio Diversified Ventures, LLC @ 2830 N Vermilion, Danville, IL | 1.000 | -1.00 / -1.00 | 0.00 | 0.00% |
| Lease Agreement Old Farm Shops (Landlord) Ups (Tennant) @ 1717 W Kirby Ave, Champaign, IL Dtd 03/20/2002 Loi 02/14/2002 | 1.000 | -1.00 / -1.00 | 0.00 | 0.00% |
| **Total Liabilities** | | **$ -25,002.00** / **$ -25,002.00** | **0.00** / **0.00** | **0.00%** |
| | | | | |
| **Total Market Value** | | **$ 33,491.71** / **$ 33,491.71** | **755.00** / **0.36** | **2.26%** |
| | | | | |
| **Total Market Value Plus Accruals** | | **$ 33,492.07** | | |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ▮▮▮-01-6
**Statement Period:** 12/01/13 - 12/31/13

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Nt Institutional Government Select Fund | | | |
| Div To 11/30/13 | 12/02/13 | 0.20 | |
|    Total Dividend Income | | $ 0.20 | $ 0.00 |
| **Total Income** | | **$ 0.20** | **$ 0.00** |

### Additions

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Ricoh Ck#839747, Dtd 11/18/13, Refund, Fmb Ck#711419, Inv#5027647352, Store 6236 | 12/04/13 | 71.44 | |
| Receive Funds From Ups Checking Acct#8100373540 | 12/19/13 | 38,000.00 | |
| **Total Additions** | | **$ 38,071.44** | **$ 0.00** |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Constellation Newenergy, Inc. Current Balance Due Customer ID #1-1742368148 Account ID #1-14ftxuu From 10/06/2013 - 11/03/2013 The Ups Store #6236 Check Number: 0714454 | 12/02/13 | -104.52 | |
| Botts Locksmith Current Balance Due Lock Replacement and Keys Store #6236 Invoice #21088 Invoice Dtd 09/12/2013 Check Number: 0714455 | 12/02/13 | -112.50 | |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ███-01-6
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Shanell, Inc.<br>Current Balance Due<br>Re: Rent<br>Danville Store<br>Check Number: 0714477 | 12/02/13 | -1,615.00 | |
| Danville Sanitary District<br>Current Charges Due<br>Account #02-009500-02<br>2830-B N. Vermilion<br>Service From 09/30/2013 - 10/31/2013<br>Statement Dtd 11/25/2013<br>Check Number: 0714499 | 12/02/13 | -27.43 | |
| GE Capital Information Technology<br>Current Balance Due<br>Ricoh Equipment Lease<br>The Ups Store #6236<br>Account #1326803-4323b<br>Period: 11/12/2013 - 12/11/2013<br>Invoice #91219599<br>Check Number: 0714532 | 12/02/13 | -747.09 | |
| GE Capital Information Technology<br>Current Balance Due<br>Ricoh Equipment Lease<br>The Ups Store #6236<br>Account #1326803-4323b<br>Period: 12/12/2013 - 01/11/2014<br>Invoice #91219599<br>Check Number: 0714532 | 12/02/13 | -725.32 | |
| Monster Shred<br>Current Balance Due<br>The Ups Store #4323<br>Invoice #20516<br>Invoice Dtd 11/18/2013<br>Check Number: 0714510 | 12/02/13 | -45.00 | |
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #2197356<br>The Ups Store #4323<br>Invoice #5028299685<br>Invoice Dtd 11/12/2013<br>Check Number: 0714518 | 12/02/13 | -43.81 | |
| Schwarz Supply Source<br>Current Balance Due<br>The Ups Store #6236<br>Order #24618642<br>Check Number: 0714520 | 12/02/13 | -613.91 | |



# First Midwest Bank

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ████-01-6
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxtv<br>From 09/29/2013 - 10/27/2013<br>The Ups Store #4323<br>Check Number: 0714594 | 12/03/13 | -113.82 | |
| Denise Gay<br>Current Balance Due<br>Mileage Reimbursement<br>From 10/17/2013 - 11/18/2013<br>Store 6236 - Danville<br>Check Number: 0714595 | 12/03/13 | -237.30 | |
| United States Treasury<br>3rd Quarter 2013 Form 941<br>Withholding Income Tax Return<br>Tax $1,301.92, Penalty $13.02, &<br>Interest $3.43<br>Notice #Cp134b<br>Gaudio Retail LLC<br>Ein 45-4098532 | 12/03/13 | -1,318.37 | |
| Westfield Insurance<br>Commercial Package Insurance Premium<br>Policy #BSP7600709<br>Account #1270019159<br>1803 Georgetown Rd., Tilton<br>Check Number: 0714607 | 12/03/13 | -145.00 | |
| Elroy Larson<br>Current Balance Due<br>Damaged Moose Head Mount<br>The Ups Store #6236<br>Check Number: 0714631 | 12/04/13 | -64.41 | |
| Illinois Department of Revenue<br>Balance Due on 2013 St-1<br>Sales and Use Tax Return<br>Account ID #0226-3475<br>Period: November 2013<br>Check Number: 0714785 | 12/06/13 | -481.00 | |
| Schwarz Supply Store<br>Current Balance Due<br>The Ups Store #4323<br>Order #24651058 Sa<br>Invoice Dtd 11/27/2013<br>Check Number: 0714926 | 12/09/13 | -1,825.61 | |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ████-01-6
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| United States Postal Service<br>Current Balance Due<br>To Purchase 100 Books of Stamps<br>Ups Store #4323<br>Check Number: 0714951 | 12/10/13 | -920.00 | |
| John Smith<br>Current Balance Due<br>Reimbursement For Damaged Desktop<br>Cpu Tower<br>The Ups Store #6236<br>Check Number: 0714957 | 12/10/13 | -122.75 | |
| Allied Waste Services #729<br>Current Balance Due<br>Account #3-0729-0022902<br>1717 W. Kirby Ave., Champaign<br>Invoice #0729-000935143<br>Service From 12/01/2013 - 12/31/2013<br>Invoice Dtd 11/20/2013<br>Check Number: 0714965 | 12/10/13 | -94.53 | |
| Ameren Illinois<br>Current Balance Due<br>Account #96848-50012<br>1717 W. Kirby Ave., Champaign<br>Service From 10/28/2013 - 11/28/2013<br>Statement Dtd 12/02/2013<br>Check Number: 0714967 | 12/10/13 | -164.03 | |
| Department #210401<br>Current Balance Due<br>Order #I02200183<br>The Ups Store #4323<br>Invoice #I2200183<br>Invoice Dtd 10/23/2013<br>Check Number: 0714970 | 12/10/13 | -145.37 | |
| Comcast Cable<br>Current Balance Due<br>Ups Store #4323<br>Account #8771 40 302 0230930<br>Service From 11/24/2013 - 12/23/2013<br>Statement Dtd 11/17/2013<br>Check Number: 0714975 | 12/10/13 | -147.22 | |
| Dianna M. Lienard<br>Current Balance Due<br>Mileage Reimbursement<br>From 11/11/2013 - 11/26/2013<br>Store 4323 - Champaign<br>Check Number: 0714977 | 12/10/13 | -22.04 | |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC.-UPS STORE

**Account Number:** ████████01-6
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| GE Capital Information Technology<br>Current Balance Due<br>Ricoh Equipment Lease<br>The Ups Store #4323<br>Account #1326803-4323a<br>Period: 12/22/2013 - 01/21/2014<br>Invoice #91265665<br>Check Number: 0714979 | 12/10/13 | -363.15 | |
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #2197356<br>The Ups Store #4323<br>Invoice #5028368088<br>Invoice Dtd 11/17/2013<br>Check Number: 0714993 | 12/10/13 | -111.77 | |
| Uline<br>Current Balance Due<br>Danville Store Supplies<br>Customer #6793693<br>Invoice #55173730<br>Invoice Dtd 11/26/2013<br>Check Number: 0715001 | 12/10/13 | -344.14 | |
| Ameren Illinois<br>Current Balance Due<br>Account #42411-88028<br>2830 N. Vermilion St., Suite B,<br>Danville/Ups Store #6236<br>Service From 11/04/2013 - 12/05/2013<br>Statement Dtd 12/09/2013<br>Check Number: 0715509 | 12/17/13 | -98.83 | |
| Aqua IL<br>Current Charges Due<br>Account #002069639 0830885<br>2830 N. Vermilion St., B, Danville<br>Ups Store 6236<br>Service From 10/29/2013 - 11/26/2013<br>Statement Dtd 12/03/2013<br>Check Number: 0715511 | 12/17/13 | -26.56 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxtv<br>Statement #0012506454<br>From 10/28/2013 - 11/27/2013<br>The Ups Store #4323<br>Check Number: 0715526 | 12/17/13 | -107.48 | |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

Account Number: ████01-6
Statement Period: 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Monster Shred<br>Current Balance Due<br>The Ups Store #4323<br>Invoice #20541<br>Invoice Dtd 12/13/2013<br>Check Number: 0715540 | 12/17/13 | -45.00 | |
| Uline<br>Current Balance Due<br>Ups Store #6236 Supplies<br>Customer #6793693<br>Invoice #55311409<br>Invoice Dtd 12/04/2013<br>Check Number: 0715547 | 12/17/13 | -625.42 | |
| United States Postal Service<br>Current Balance Due<br>To Purchase 100 Books of Stamps<br>Ups Store #4323<br>Check Number:  0715630 | 12/19/13 | -920.00 | |
| Comcast Cable<br>Current Balance Due<br>Ups Store #6236<br>Account #8771 40 308 0372093<br>Service From 12/03/2013 - 01/02/2014<br>Statement Dtd 11/27/2013<br>Check Number: 0715663 | 12/19/13 | -181.34 | |
| Bankcard Processing Center<br>Current Balance Due<br>Account #4865 2259 4521 3261<br>#6236 $342.16 Nov.<br>#4323 $603.54 Nov.<br>Statement Dtd 12/08/2013<br>Check Number: 0715670 | 12/19/13 | -945.70 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #1-1742368148<br>Account ID #1-14ftxuu<br>From 11/04/2013 - 12/04/2013<br>The Ups Store #6236<br>Check Number:  0715816 | 12/23/13 | -158.81 | |
| Department #210401<br>Current Balance Due<br>Order #I02263069<br>The Ups Store #4323<br>Invoice #I2263069<br>Invoice Dtd 12/05/2013<br>Check Number: 0715854 | 12/23/13 | -165.33 | |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ████-01-6
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #2197356<br>The Ups Store #4323<br>Invoice #5028692059<br>Invoice Dtd 12/12/2013<br>Check Number: 0715881 | 12/23/13 | -60.35 | |
| Ups Freight<br>Current Balance Due<br>Customer #20225590<br>The Ups Store #4323<br>Statement #22820809<br>Statement Dtd 12/12/2013<br>Check Number: 0715886 | 12/23/13 | -260.96 | |
| Denise Gay<br>Current Balance Due<br>Mileage Reimbursement<br>From 11/29/2013 - 12/26/2013<br>Store 6236 - Danville<br>Check Number: 0716419 | 12/27/13 | -427.14 | |
| Amanda Bell<br>Current Balance Due<br>Replacement of Lost Items<br>The Ups Store #4323<br>Check Number: 0716472 | 12/30/13 | -109.46 | |
| John Shepherd Plumbing<br>Current Balance Due<br>Backflow Prevention Testing<br>The Ups Store #6236<br>Check Number: 0716473 | 12/30/13 | -85.00 | |
| Department #210401<br>Current Balance Due<br>Order #I02269616<br>The Ups Store #6236<br>Invoice #I2269616<br>Invoice Dtd 12/16/2013<br>Check Number: 0716487 | 12/30/13 | -293.83 | |
| Danville Sanitary District<br>Current Charges Due<br>Account #████00-02<br>2830-B N. Vermilion<br>Service From 10/31/2013 - 11/30/2013<br>Statement Dtd 12/24/2013<br>Check Number: 0716497 | 12/30/13 | -11.01 | |

 First Midwest Bank

## EARL GAUDIO & SON., INC-UPS STORE

**Account Number:** ███ -01-6
**Statement Period:** 12/01/13 - 12/31/13

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| GE Capital Information Technology<br>Current Balance Due<br>Ricoh Equipment Lease<br>The Ups Store #6236<br>Account # ███ -4323b<br>Period: 01/12/2014 - 02/11/2014<br>Invoice #91427358<br>Check Number: 0716500 | 12/30/13 | -725.32 | |
| Uline<br>Current Balance Due<br>Ups Store #6236 Supplies<br>Customer #6793693<br>Invoice #55642627<br>Invoice Dtd 12/17/2013<br>Check Number: 0716516 | 12/30/13 | -260.00 | |
| Department #210401<br>Current Balance Due<br>Order #I02269499<br>The Ups Store #4323<br>Invoice #I2269499<br>Invoice Dtd 12/16/2013<br>Check Number: 0716675 | 12/31/13 | -129.83 | |
| Ricoh USA, Inc.<br>Current Balance Due<br>Customer #2197356<br>The Ups Store #4323<br>Invoice #5028778326<br>Invoice Dtd 12/20/2013<br>Check Number: 0716683 | 12/31/13 | -45.28 | |
| Uline<br>Current Balance Due<br>Ups Store #6236 Supplies<br>Customer #6793693<br>Invoice #54590139<br>Invoice Dtd 10/31/2013<br>Check Number: 0716700 | 12/31/13 | -297.69 | |
| **Total To/For Beneficiary** | | **$ -16,635.43** | **$ 0.00** |
| **Total Disbursements** | | **$ -16,635.43** | **$ 0.00** |

 **First Midwest Bank**

## EARL GAUDIO & SON., INC-UPS STORE

Account Number:          ███-01-6
Statement Period:     12/01/13 - 12/31/13

### Purchase Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Nt Institutional Government Purchases (2) 12/01/13 To 12/31/13 | 12/31/13 |  | -37,087.03 |
| **Total Purchases** |  | **$ 0.00** | **$ -37,087.03** |

### Sale Activity

|  | Date | Proceeds | Realized Gain/Loss |
|---|---|---|---|
| Nt Institutional Government Sales (14) 12/01/13 To 12/31/13 | 12/31/13 | 15,650.82 |  |
| **Total Sales** |  | **$ 15,650.82** | **$ 0.00** |

DO NOT USE THE ENCLOSED STATEMENT FOR PREPARATION OF YOUR 2013 INCOME TAX RETURN.  PLEASE WAIT UNTIL YOU RECEIVE YOUR TAX INFORMATION. IRA CLIENTS PLEASE NOTE THE FOLLOWING: THE REQUIRED BEGINNING DATE (RBD)FOR COMMENCING DISTRIBUTIONS FOR AN OWNER OF A TRADITIONAL IRA IS APRIL 1 OF THE CALENDAR YEAR FOLLOWING THE CALENDAR YEAR IN WHICH THE OWNER ATTAINS AGE 70 1/2.  DISTRIBUTIONS FOR SUBSEQUENT YEARS WILL BE MADE IN DECEMBER.  IF YOU WISH TO OBTAIN THE AMOUNT OF YOUR MINIMUM REQUIRED DISTRIBUTION (MRD) OR REQUEST AN EARLIER PAYMENT. PLEASE CONTACT YOUR RELATIONSHIP MANAGER.  THIS PROVISION DOES NOT APPLY TO ROTH IRA'S.

 **First Midwest Bank**

P.O. Box 580 • Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
**Last statement: November 29, 2013**
**This statement: December 31, 2013**

540                    **Page 1 of 9**

402

00000037-WPTR0006420102144423-XS01-1OZ-000000000

GAUDIO RETAIL LLC
UPS STORE
FIRST MIDWEST BANK AS CUSTODIAN
2801 W JEFFERSON ST
JOLIET IL 60435-5299

Direct inquiries to:
Customer Service
815-774-2000

First Midwest Bank  105
50 West Jefferson Street
Joliet, Illinois 60431

0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | 540 | $26,806.54 |

## Solutions Checking

Account number
540

| | | | | |
|---|---|---|---|---|
| Beginning balance | $18,239.22 | | | |
| Average balance | $26,078.60 | | | |
| Total additions | $109,792.34 | Total subtractions | $-101,225.02 | |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 12-02 | #Preauthorized Credit | 369.74 | |
| | American Express Settlement | | |
| | 131202 3120178835 | | |
| 12-02 | #Preauthorized Credit | 309.10 | |
| | American Express Settlement | | |
| | 131202 3120178835 | | |
| 12-02 | #Deposit | 243.79 | |
| 12-02 | #Deposit | 220.92 | |
| 12-02 | #Deposit | 173.14 | |
| 12-02 | #Deposit | 143.38 | |
| 12-02 | #Deposit | 131.58 | |
| 12-02 | #Preauthorized Credit | 111.40 | |
| | American Express Settlement | | |
| | 131202 3120179031 | | |
| 12-02 | #Maintenance Fee | | -15.75 |
| | Analysis Loss/Chg For 11/30/13 | | |
| 12-03 | #Preauthorized Credit | 718.04 | |
| | Paymentech Deposit | | |
| | 131203 5588464 | | |
| 12-03 | #Deposit | 645.26 | |
| 12-03 | #Preauthorized Credit | 479.30 | |
| | Paymentech Deposit | | |
| | 131203 5588464 | | |
| 12-03 | #Deposit | 253.38 | |



# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
Return Service Requested

**December 31, 2013**
Gaudio Retail LLC
Page 2 of 9
540

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 12-03 | #Preauthorized Credit<br>Paymentech Deposit<br>131203 5588465 | 123.22 | |
| 12-03 | #Preauthorized Credit<br>American Express Settlement<br>131203 3120178835 | 98.83 | |
| 12-03 | #Preauthorized Credit<br>Paymentech Deposit<br>131203 5588465 | 94.23 | |
| 12-03 | #Preauthorized Credit<br>American Express Settlement<br>131203 3120179031 | 41.06 | |
| 12-03 | #Preauthorized Debit<br>Paymentech Fee<br>131203 5588464 | | -718.24 |
| 12-03 | #Preauthorized Debit<br>Paymentech Fee<br>131203 5588465 | | -162.12 |
| 12-04 | #Deposit | 2,027.43 | |
| 12-04 | #Preauthorized Credit<br>Paymentech Deposit<br>131204 5588464 | 1,232.81 | |
| 12-04 | #Preauthorized Credit<br>Paymentech Deposit<br>131204 5588465 | 614.45 | |
| 12-04 | #Deposit | 223.72 | |
| 12-04 | #Preauthorized Credit<br>American Express Settlement<br>131204 3120178835 | 121.63 | |
| 12-04 | #Preauthorized Debit<br>Usps-Psi Systems Usps Pmt<br>131203 2513844004 | | -500.00 |
| 12-05 | #Preauthorized Credit<br>Paymentech Deposit<br>131205 5588464 | 1,924.18 | |
| 12-05 | #Preauthorized Credit<br>Paymentech Deposit<br>131205 5588465 | 404.01 | |
| 12-05 | #Deposit | 314.38 | |
| 12-05 | #Preauthorized Debit<br>Adp TX/Fincl Svc Adp - Tax<br>131205 558045464186NN2 | | -4,482.95 |
| 12-05 | #Preauthorized Debit<br>Adp TX/Fincl Svc Adp - Tax<br>131205 511029886308NN2 | | -1,697.00 |
| 12-05 | #Preauthorized Debit<br>Adp TX/Fincl Svc Adp - Tax<br>131205 RHNN2 120611A01 | | -1,663.17 |
| 12-05 | #Preauthorized Debit<br>Adp TX/Fincl Svc Adp - Tax<br>131205 RHNN2 120611A02 | | -468.89 |
| 12-06 | #Preauthorized Credit<br>Paymentech Deposit<br>131206 5588464 | 1,522.28 | |
| 12-06 | #Deposit | 710.96 | |



# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**December 31, 2013**
Gaudio Retail LLC
Page 3 of 9
████540

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 12-06 | #Preauthorized Credit<br>Paymentech Deposit<br>131206 5588465 | 438.81 | |
| 12-06 | #Preauthorized Credit<br>American Express Settlement<br>131206 3120178835 | 28.56 | |
| 12-06 | #Preauthorized Debit<br>U. P. S. Ups Bill<br>131206 13334000097W9Y2 | | -2,370.29 |
| 12-06 | #Preauthorized Debit<br>U. P. S. Ups Bill<br>131206 1333400001Y2O6F | | -786.64 |
| 12-06 | #Preauthorized Debit<br>Mbe CO-Op Coopdues<br>131205 6236 | | -250.00 |
| 12-06 | #Preauthorized Debit<br>Mbe CO-Op Coopdues<br>131205 4323 | | -250.00 |
| 12-09 | #Preauthorized Credit<br>Paymentech Deposit<br>131209 5588464 | 952.84 | |
| 12-09 | #Deposit | 501.58 | |
| 12-09 | #Deposit | 396.22 | |
| 12-09 | #Deposit | 337.61 | |
| 12-09 | #Preauthorized Credit<br>Paymentech Deposit<br>131209 5588465 | 277.22 | |
| 12-09 | #Deposit | 241.07 | |
| 12-09 | #Preauthorized Credit<br>American Express Settlement<br>131209 3120179031 | 163.11 | |
| 12-09 | #Deposit | 156.09 | |
| 12-09 | #Deposit | 154.19 | |
| 12-09 | #Preauthorized Credit<br>American Express Settlement<br>131209 3120178835 | 122.66 | |
| 12-09 | #Preauthorized Credit<br>American Express Settlement<br>131209 3120178835 | 81.27 | |
| 12-09 | #Preauthorized Credit<br>American Express Settlement<br>131209 3120179031 | 76.88 | |
| 12-10 | #Preauthorized Credit<br>Paymentech Deposit<br>131210 5588464 | 1,455.97 | |
| 12-10 | #Preauthorized Credit<br>Paymentech Deposit<br>131210 5588464 | 1,274.55 | |
| 12-10 | #Deposit | 927.71 | |
| 12-10 | #Preauthorized Credit<br>Paymentech Deposit<br>131210 5588465 | 306.08 | |
| 12-10 | #Preauthorized Credit<br>Paymentech Deposit<br>131210 5588465 | 174.12 | |





# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**December 31, 2013**
Gaudio Retail LLC
Page 4 of 9
████540

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 12-10 | #Preauthorized Credit<br>Paymentech Deposit<br>131210 5588464 | 55.26 | |
| 12-10 | #Preauthorized Credit<br>American Express Settlement<br>131210 3120178835 | 23.17 | |
| 12-10 | #Preauthorized Credit<br>Paymentech Deposit<br>131210 5588465 | 16.75 | |
| 12-11 | #Preauthorized Credit<br>Paymentech Deposit<br>131211 5588464 | 2,514.17 | |
| 12-11 | #Preauthorized Credit<br>Paymentech Deposit<br>131211 5588465 | 1,038.25 | |
| 12-11 | #Deposit | 525.80 | |
| 12-11 | #Preauthorized Credit<br>American Express Settlement<br>131211 3120178835 | 66.08 | |
| 12-12 | #Preauthorized Credit<br>Paymentech Deposit<br>131212 5588464 | 3,154.79 | |
| 12-12 | #Deposit | 1,019.31 | |
| 12-12 | #Preauthorized Credit<br>Paymentech Deposit<br>131212 5588465 | 637.92 | |
| 12-12 | #Deposit | 562.98 | |
| 12-12 | #Deposit | 410.54 | |
| 12-12 | #Deposit | 273.78 | |
| 12-12 | #Preauthorized Debit<br>American Express Axp Discnt<br>131212 3120179031 | | -13.20 |
| 12-13 | #Preauthorized Credit<br>Paymentech Deposit<br>131213 5588464 | 2,332.30 | |
| 12-13 | #Preauthorized Credit<br>Paymentech Deposit<br>131213 5588465 | 877.52 | |
| 12-13 | #Deposit | 726.11 | |
| 12-13 | #Deposit | 328.14 | |
| 12-13 | #Preauthorized Credit<br>American Express Settlement<br>131213 3120178835 | 72.82 | |
| 12-13 | #Preauthorized Credit<br>American Express Settlement<br>131213 3120179031 | 57.86 | |
| 12-13 | #Preauthorized Debit<br>U. P. S. Ups Bill<br>131213 13341000097W9Y2 | | -5,101.83 |
| 12-13 | #Preauthorized Debit<br>U. P. S. Ups Bill<br>131213 1334100001Y2O6F | | -1,734.51 |
| 12-13 | #Preauthorized Debit<br>Usps-Psi Systems Usps Pmt<br>131212 2535575336 | | -500.00 |



# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**December 31, 2013**
Gaudio Retail LLC
Page 5 of 9
540

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 12-13 | #Preauthorized Debit | | -153.20 |
| | Adp Payroll Fees Adp - Fees | | |
| | 131213 2RNN2 5394804 | | |
| 12-16 | #Preauthorized Credit | 2,395.88 | |
| | Paymentech Deposit | | |
| | 131216 5588464 | | |
| 12-16 | #Preauthorized Credit | 972.07 | |
| | Paymentech Deposit | | |
| | 131216 5588465 | | |
| 12-16 | #Deposit | 916.77 | |
| 12-16 | #Deposit | 343.03 | |
| 12-16 | #Preauthorized Credit | 108.08 | |
| | American Express Settlement | | |
| | 131216 3120178835 | | |
| 12-16 | #Preauthorized Credit | 76.51 | |
| | American Express Settlement | | |
| | 131216 3120178835 | | |
| 12-16 | #Preauthorized Credit | 52.06 | |
| | American Express Settlement | | |
| | 131216 3120179031 | | |
| 12-16 | #Deposit | 43.24 | |
| 12-16 | #Preauthorized Credit | 16.37 | |
| | American Express Settlement | | |
| | 131216 3120179031 | | |
| 12-17 | #Preauthorized Credit | 2,663.71 | |
| | Paymentech Deposit | | |
| | 131217 5588464 | | |
| 12-17 | #Preauthorized Credit | 1,523.23 | |
| | Paymentech Deposit | | |
| | 131217 5588465 | | |
| 12-17 | #Preauthorized Credit | 1,264.72 | |
| | Paymentech Deposit | | |
| | 131217 5588464 | | |
| 12-17 | #Deposit | 953.04 | |
| 12-17 | #Deposit | 758.74 | |
| 12-17 | #Deposit | 721.40 | |
| 12-17 | #Preauthorized Credit | 606.47 | |
| | Paymentech Deposit | | |
| | 131217 5588464 | | |
| 12-17 | #Preauthorized Credit | 299.39 | |
| | Paymentech Deposit | | |
| | 131217 5588465 | | |
| 12-17 | #Preauthorized Credit | 243.17 | |
| | American Express Settlement | | |
| | 131217 3120178835 | | |
| 12-17 | #Deposit | 188.66 | |
| 12-17 | #Preauthorized Credit | 87.49 | |
| | Paymentech Deposit | | |
| | 131217 5588465 | | |
| 12-17 | #Preauthorized Credit | 80.81 | |
| | American Express Settlement | | |
| | 131217 3120179031 | | |
| 12-17 | #Deposit | 27.18 | |



WPTR0006420102144423000000037003005000000000003700000