**IT IS SO ORDERED.**

**SIGNED THIS: January 28, 2014**

_____
**Gerald D. Fines
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No.: 13-90942 |
| | ) | |
| Debtor. | ) | |

**ORDER ON STIPULATION REGARDING DEBTOR'S OBJECTION TO AMENDED CLAIM NUMBER 4 FILED BY REGIONS BANK**

This matter came before the Court on the Stipulation Regarding Debtor's Objection to Amended Claim Number 4 Filed by Regions Bank (the "Stipulation") filed by the Debtor and Regions Bank. The Court, having reviewed the same and being duly advised in the premises now finds that the Stipulation should be approved. It is therefore,

ORDERED that the Stipulation is hereby approved;

IT IS FURTHER ORDERED that the Hearing scheduled for January 28, 2014 at 10:00 a.m. on the Debtor's objection to Regions' claim is hereby vacated.

###