U.S Department of Justice

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

| | |
|---|---|
| *401 Main Street, Suite 1100* | Phone: 309/671-7854 |
| *Peoria, Illinois 61602* | Fax: 309/671-7857 |

### Office of the United States Trustee - Region 10

### Monthly Report for Debtors-in-Possession and Chapter 11 Trustees

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee. The Operating Report Summary, located on page 31 and 32, is to be completed and electronically filed by the debor's attorney with the Bankruptcy Court. If any portion of this report is no completed, please provide an explanation as to the reason for the incomplete portion.

Debtor Name: Earl Gaudio & Son, Inc.            For the month ended: May 31, 2014

Case Number: 13-90942                            Date Bankruptcy filed: July 19, 2013
                                                                                    Previously
Required Documents                   ATTACHED       SUBMITTED

1. Monthly Income Statement             X          _____

2. Monthly Cash Flow Report             X          _____

3. Operating Report Summary             X          _____

4. Bank Statements                      x          _____

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information and belief.

By: _____ SVP of FMB          Dated: 6/13/14
    Angela E. Hart, Esq.
Title: Senior Vice President of First Midwest Bank    Debtor's telephone number: 815-327-4865

Reports Prepared by: Rebecca C. Little, Esq.         Estate Settlement Specialist, First Midwest Bank
                    (Name)                            (Title)

Preparer's phone number: 815-327-4876

Revised: 4/16/2009 (*updated 05.06.2011*)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of May 31, 2014

Debtor Name  Earl Gaudio & Son, Inc.

Case Number  13-90942

|  | Current Month | Year-to-Date |
|---|---|---|
| **INCOME** | | |
| Gross receipts or sales | 56,027 | 3,303,347 |
| Less: Returns or allowances | - | 5,728 |
| **Cost of Goods** | | |
| Beginning inventory | - | |
| Purchases | | |
| Other costs (attach itemized schedule) | 35,980 | |
| Less: Ending inventory | - | |
| Cost of goods sold | 35,980 | 2,397,293 |
| Gross profit | 20,047 | 851,828 |
| Interest | 106 | 64,466 |
| Rents | | |
| Gain (loss) from sale of property | 154,746 | 154,746 |
| Other income (attach itemized schedule) | 45,230 | 12,309,072 |
| Total income | 220,129 | 13,428,610 |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | |
| Compensation of officers | - | |
| Salaries and wages | 9,581 | 384,865 |
| Repairs and maintenance | 245 | 7,715 |
| Supplies | | 24,684 |
| Bad debts | | 7,760 |
| Rents | 24,772 | 46,338 |
| Payroll taxes | 4,542 | 170,313 |
| Other taxes (property tax) | 741 | 199,011 |
| Interest expense | | |
| Depreciation | | |
| Insurance | 3,239 | 95,354 |
| Travel and entertainment | | 3,178 |
| Utilities and telephone | 2,597 | 42,995 |
| Professional and legal | | 487,455 |
| Other Expenses (attach itemized schedule) | 78,049 | 16,704,143 |
| Total expenses | 123,766 | 18,175,031 |
| Net profit (loss) | 96,363 | (4,746,421) |

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended May 31, 2014

Debtor Name     Earl Gaudio & Son, Inc.

Case Number     13-90942

Reconciled bank balance and cash on hand from last month
(if this is the first report, insert the cash balance as of the petition date)                                    1,311,175

## CASH RECEIPTS

| | | |
|---|---:|---:|
| From cash sales/receipts | 56,027 | |
| From collection of pre-petition accounts receivable | - | |
| From collection of post-petition accounts receivable | - | |
| From loans (attach itemized list) | | |
| From contributions to capital or from gifts | | |
| Other receipts (attach itemized schedule) | 200,083 | |
| TOTAL RECEIPTS (Do not include beginning bank balance) | | 256,110 |

## CASH DISBURSEMENTS

| | | |
|---|---:|---:|
| Inventory purchases | 35,980 | |
| Net payments to officers/owners (actual cash paid) | | |
| Net payments to other employees (actual cash paid) | 9,581 | |
| Rent payments | 23,684 | |
| Lease payments | 1,088 | |
| Mortgage or note payments | | |
| Adequate protection payments | | |
| Insurance | 3,239 | |
| Utilities/telephone | 2,597 | |
| Tax payments (from page 4) | 5,284 | |
| Advertising & marketing | | |
| Supplies | | |
| Outside labor | 245 | |
| Travel/entertainment | | |
| Payments to attorneys (attach copy Court order) | | |
| Payments to accountants (attach copy Court order) | | |
| Payments to other professionals (attach copy Court order) | | |
| U.S. Trustee quarterly fee | | |
| Other expenses (attach itemized schedule) | 78,049 | |
| TOTAL DISBURSEMENTS | | 159,747 |
| NET CASH FLOW (Total receipts minus total disbursements) | | 96,363 |

Bank balance and cash on hand at the end of the month
(beginning balance + cash receipts - cash disbursements)         See I balance        1,407,538

**Attach copies of all bank statementments and reconcillations.**

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended May 31, 2014

STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| ** Withholding | $     - | $    1,043 | $    1,043 | $     - |
| ** FICA - employee | - | 942 | 942 | $     - |
| ** FICA - employer | - | 942 | 942 | $     - |
| Unemployment | - | 35 | 35 | $     - |
| Income | - | | | $     - |
| Other - list | - | 642 | 642 | $     - |
| a. Subtotal | $     - | $    3,604 | $    3,604 | $     - |
| | | | | |
| **STATE AND LOCAL** | | | | |
| Withholding | | $    598 | $    598 | $     - |
| Sales | 741 | 623 | 741 | $    623 |
| Excise | | | | $     - |
| Unemployment | | 341 | 341 | $     - |
| Other | | | | $     - |
| Real property | 64,088 | 4,000 | | $    68,088 |
| Personal property | | | | $     - |
| Other - list | | | | $     - |
| b. Subtotal | $    64,829 | $    5,562 | $    1,680 | $    68,711 |

TOTAL TAXES PAID - from a. and b. above          $    5,284

(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes: _____

---

*    The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

Revised: 04/16/2009 (*updated 05.06.2011*)

OFFICE OF THE U.S. TRUSTEE - REGION 10

AGING SCHEDULES FOR RECEIVABLES & PAYABLE

for the month ended May 31, 2014

| ACCOUNTS RECEIVABLE* | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Pre-petition | $ - | $ - | $ - | $ 92,988 | |
| Post-petition | - | - | - | 3,537 | |
| Totals | $ - | $ - | $ - | $ 96,525 | $ 96,525 (grand total) |

| ACCOUNTS PAYABLE | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Post-petition only | | $ - | $ - | $ - | $ - (grand total) |

| NOTES OR LEASES PAYABLE OR ADEQUATE PROTECTION AGREEMENTS (Post-petition only) | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days |
|---|---|---|---|---|
| List Creditor/Lessor | | | | |
| Penske Leasing | | | | |

POST PETITION BANK ACCOUNTS *(attach copies of all banks statements)*

| Bank Name | Account Type | Beginning Balance | Ending Balance |
|---|---|---|---|
| First Midwest Bank - 0018 | Operating | $ 5,695,713.08 | $ 5,814,195.43 |
| First Midwest Bank - 3433 | Operating | 9,731.37 | 9,716.37 |
| First Midwest Bank - 1016 | Operating | 11,751.04 | 19,387.32 |
| First Midwest Bank - 3540 | Operating | 46,857.59 | 17,250.94 |
| First Midwest Bank - 5511 | Operating | - | 100.00 |
| First Midwest Bank - 5529 | Operating | - | 100.00 |

* After sale on 9/20, no longer have access to Gaudio's invoicing system. Aging Schedule created from outstanding statements in Excel.

Revised: 04/16/2009 (updated 05.06.2011)

United States Trustee, Region 10
Central & Southern Districts of Illinois
Northern & Southern Districts of Indiana

401 Main Street, Suite 1100         Phone: 309/671-7854
Peoria, Illinois 60602              Fax: 309/671-7857

Office of the United States Trustee - Region 10
Indianapolis, Indiana

Statement of Operations
for the Month ended May 31, 2014

Debtor Name: Earl Gaudio & Son, Inc.

Case Number: 13-90942

1. **What efforts have been made toward the presentation of a plan to creditor?**



2. **Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?**

    X  NO

    ____ YES - If yes, then identify to whom the payment was made, the date paid and the amount(s). (see attached)

3. **Provide a brief narrative covering any significant events which occurred this past month**

    The Custodian auctioned much of the personal property that remained in the Danville warehouse. Net Proceeds were deposited into the main account.

4. **List the face value of accounts receivable as of the date that the bankruptcy was filed: $131,229.43**
    **What amount of these receivables is considered uncollectible? $ $97,058.00**

5. **If assets have been sold this month in other than the ordinary course of business, provide the following information:**

    a. asset(s) sold:         Miscellaneous personal property
    b. date of sale:                  5/3/2014
    c. sales price:         $      163,007
    d. net amount received: $      154,746

Oprept REV. September 3, 1992

6. List payments made to principals, executives or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)

| Payee Name | Position | Amount | Explanation |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

7. Schedule of insurance coverage.

| Type of Policy | Expiration Date |
|---|---|
| Westfield Insurance - Commercial Property | 7/5/2014 |
| Westfield Insurance - Commercial General Liability | 7/5/2014 |
| Westfield Insurance - Commercial Inland Marine | 7/5/2014 |
| Westfield Insurance - Crime & Fidelity | 7/5/2014 |
| Westfield Insurance - Commercial Umbrella Liability | 7/5/2014 |
| Westfield Insurance - Commercial Auto Policy | 7/5/2014 |
| Westfield Insurance - Commercial General Liability | 7/5/2014 |
| Westfield Insurance - Auto Liability | 7/5/2014 |
| Westfiled Insurance - Umbrella Liability | 7/5/2014 |
| Travelers Casualty Insurance - Liability & Worker's Compensation | 5/1/2015 |

Has any insurance coverage either been reduced or allowed to lapse during this month? If so, explain what changes have taken place.

No.

If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage. Provide the United States Trustee with a new certificate.

We are investigating the feasibility of maintaining the Worker's Comp policy formerly associated with the beer distributorship; we are getting quotes for the policy that covers the UPS Store employees.

8. Schedule of changes in personnel.

|  | Full Time | Part Time |
|---|---|---|
| a. Total number of employees at beginning of this period. | 2 | 9 |
| b. Number hired during this period. | 0 | 1 |
| c. Number terminated or resigned. | 0 | 2 |
| d. Total number of employees on payroll at the end of the period. | 2 | 8 |

Oprept REV. September 3, 1992

| | QUESTIONNAIRE: | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? Only the UPS Stores | X | |
| 2. | DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH?<br>If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale. | x | |
| 3. | HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY?<br>If yes, please provide the details. | | X |
| 4. | DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?<br>If yes, please provide the details and a copy of the Court Order authorizing the payment. | | x |
| 5. | DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME?<br>If no, please provide the details. | X | |
| 6. | HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH?<br>If no, please provide the details.          Corporate Income Tax Returns in progress | | X |
| 7. | DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH?<br>If no, please provide the details. | X | |
| 8. | DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH?<br>If yes, please identify the policies that were cancelled. | | X |
| 9. | HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 10. | DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?<br>If yes, please provide details. | | X |
| 11. | DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?<br>If yes, provide details. | | X |
| 12. | DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS MONTH?<br>If no, where was the money deposited. | X | |
| 13. | DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DEBTOR IN ANY WAY?  If yes, please provide the details. | | X |
| 14. | DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH?<br>If no, why not? | X | |
| 15. | PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH. | | |
| 16. | ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIODS TO THE PRINCIPALS, EXECUTIVES, OR INSIDERS. (THIS INCLUDED DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS, LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.)<br>**None** | | |
| 17. | SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY INTERNAL INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET. | | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                              ) Chapter 11
                                                    )
EARL GAUDIO & SON, INC.                             ) Case No.: 13-90942
        Debtor.                                     )

## TWELVETH CURRENT ACCOUNT
## SUMMARY SHEET

I. EGS, INC. BK #▓▓▓▓, TRUST ACCOUNT #▓▓▓▓
|  |  |
|---|---|
| BEGINNING BALANCE AS OF 5/1/14 | $157,859.48 |
| CASH RECEIPTS | $154,746.37 |
| INVESTMENT SALES AND INCOME | $100,094.82 |
| DISBURSEMENTS | ($36,704.17) |
| PURCHASES | $0.00 |
| CLOSING BALANCE AS OF 5/31/14 | $375,996.50 |
| | |
| TOTAL MARKET VALUE AS OF 5/31/14 | $5,833,358.94 |

II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #▓▓▓▓
|  |  |
|---|---|
| BEGINNING BALANCE AS OF 5/1/14 | $9,731.37 |
| CASH RECEIPTS | $0.00 |
| DISBURSEMENTS | ($15.00) |
| CLOSING BALANCE AS OF 5/31/14 | $9,716.37 |

III. EGS/UPS STORE -BK #▓▓▓▓, TRUST ACCOUNT #▓▓▓▓
|  |  |
|---|---|
| BEGINNING BALANCE AS OF 5/1/14 | $36,752.68 |
| CASH RECEIPTS | $45,000.00 |
| INVESTMENT SALES AND INCOME | $0.36 |
| DISBURSEMENTS | ($37,364.02) |
| CLOSING BALANCE AS OF 5/31/14 | $44,389.02 |

IV. GAUDIO RETAIL, LLC UPS STORE, CHECKING ACCOUNT #▓▓▓▓
|  |  |
|---|---|
| BEGINNING BALANCE AS OF 5/1/14 | $46,857.59 |
| CASH RECEIPTS | $56,027.12 |
| DISBURSEMENTS | ($85,633.77) |
| CLOSING BALANCE AS OF 5/31/14 | $17,250.94 |

V. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #▓▓▓▓
|  |  |
|---|---|
| BEGINNING BALANCE AS OF 5/1/14 | $0.00 |
| CASH RECEIPTS | $115.02 |
| DISBURSEMENTS | ($15.02) |
| CLOSING BALANCE AS OF 5/31/14 | $100.00 |

VI. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #▓▓▓▓
|  |  |
|---|---|
| BEGINNING BALANCE AS OF 5/1/14 | $0.00 |
| CASH RECEIPTS | $115.02 |
| DISBURSEMENTS | ($15.02) |
| CLOSING BALANCE AS OF 5/31/14 | $100.00 |

Attorney:   Ben T. Caughey, Ice Miller LLP
            One American Square, Suite 3100
            Indianapolis, IN 46280   (317) 236-2493

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF VERMILION | ) |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) Chapter 11 |
| ) |
| EARL GAUDIO & SON, INC. ) Case No.: 13-90942 |
| ) |
| ) |

### TWELVETH CURRENT ACCOUNT

The undersigned, First Midwest Bank/Trust Division, under penalties of perjury, heretofore duly qualified and appointed Custodian of Earl Gaudio & Son, Inc., respectfully submits to this Honorable Court the following statement of its receipts and disbursements from the filing of its Chapter 11 bankruptcy petition on May 1, 2014 to May 31, 2014, and prays to have the same approved.

**I. EGS, INC. BK #▇▇▇▇, TRUST ACCOUNT #▇▇▇▇**

**A. ASSETS ON HAND AS OF APRIL 30, 2014**

| | |
|---|---:|
| Warehouse | |
| 1803 Georgetown Rd. | |
| Tilton, IL 61833 | |
| PIN: ▇▇▇▇-0060 | $4,450,000.00 |
| | |
| Chicago Title Escrow Account for Inventory Hold Back | $20,250.00 |
| | |
| Fifth Third Bank -Account #▇▇▇▇ (Chips Division) | $0.00 |
| 4/21/14 $1836.61 rcvd to close acct | |
| | |
| Regions Bank -Account #▇▇▇▇ (1803 LLC) | |
| | |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 |
| | |
| Security Deposit -Ameren Illinois | $1,612.00 |
| | |
| Certificate of Title for 2005 International 420 Box Truck | |
| VIN#1HTMPAFM05H158573 | $1.00 |
| Certificate of Title for 2006 Ford Box Truck | |
| VIN#3FRML65Z16V240593 | $1.00 |
| Certificate of Title for 1990 International 4000 Series 4900 | |
| Regular Cab, VIN#1HTSDZZN7LH247461 | $1.00 |
| Certificate of Title for 1994 Hesse Trailer | |
| VIN#1H9RA1213RK00832 | $1.00 |
| Certificate of Title for 2005 GMC Savna 2500 Convt | |
| VIN#1GTGG25U351183770 | $1.00 |
| Certificate of Title for 2013 Stick S753 Semi Trailer | |
| VIN#1S12E9537DE526696 | $1.00 |
| | |
| Nt Institutional Government Select Fund | $157,869.48 |

| | | |
|---|---|---|
| 100000.000 US Treasury Bill, 0.00% due 5/15/14 | $99,990.29 | |
| 150000.000 US Treasury Bill, 0.00% due 6/12/14 | $149,979.51 | |
| 150000.000 US Treasury Bill, 0.00% due 7/17/14 | $149,971.23 | |
| 100000.000 US Treasury Bill, 0.00% due 8/21/14 | $99,975.80 | |
| 50000.000 US Treasury Bill, 0.00% due 10/16/14 | $49,983.41 | |
| 150000.000 US Treasury Bill, 0.00% due 1/8/15 | $149,904.24 | |
| 150000.000 US Treasury Note, 0.25% due 7/31/15 | $150,193.50 | |
| 50000.000 US Treasury Note, 0.375% due 11/15/15 | $50,109.50 | |
| 110000.000 US Treasury Note, 0.375% due 1/15/16 | $110,150.70 | |
| 50000.000 US Treasury Note, 0.625% due 10/15/16 | $49,994.50 | |

**ASSETS ON HAND AS OF APRIL 30, 2014**　　　　$5,714,980.16

**B. RECEIPTS**
Cash Receipts
1　Martin Auction Services LLC
　　05/13/14　Proceeds from 5/3/14 auction, ck#8797　　$154,746.37
　　　　　　　Total　　　　　　　　　　　　　　　　　　　　　　　$154,746.37

**TOTAL CASH RECEIPTS**　　　　　　$154,746.37

**C. INVESTMENT SALES AND INCOME**
1　Nt Institutional Government Select Fund
　　05/01/14　Dividend to 4/30/14　　$1.07
　　　　　　　Total　　　　　　　　　　　　　　$1.07

2　US Treasury Bill, 0.00% due 5/15/14
　　05/15/14　Interest on maturity of 100,000　　$11.00
　　05/15/14　Proceeds received on maturity　　$99,989.00
　　　　　　　Total　　　　　　　　　　　　　　　　　　$100,000.00

3　US Treasury Note, 0.375% due 11/15/15
　　05/15/14　Interest to 5/15/14 on 50,000 par value　　$93.75
　　　　　　　Total　　　　　　　　　　　　　　　　　　　　　　$93.75

**TOTAL INVESTMENT SALES AND INCOME**　　　　$100,094.82

**D. DISBURSEMENTS**
1　Ameren Illinois
　　05/07/14　Service 3/27/14-4/28/14, electric and gas　　($956.11)
　　　　　　　Total　　　　　　　　　　　　　　　　　　　　　　　　($956.11)

2　Aqua Illinois
　　05/07/14　Fireline service 3/31/14-4/29/14　　($183.72)
　　05/07/14　Water service 3/28/14-4/28/14　　($109.90)
　　05/14/14　Sewer service 3/28/14-4/28/14　　($7.00)
　　　　　　　Total　　　　　　　　　　　　　　　　　　　　($300.62)

3　Avnet Inc.
　　05/20/14　Email service May, inv#8100514213　　($25.32)
　　　　　　　Total　　　　　　　　　　　　　　　　　　　　　　　($25.32)

4　Constellation Newenergy, Inc.
　　05/14/14　Electric service 3/27/14-4/27/14　　($462.88)
　　　　　　　Total　　　　　　　　　　　　　　　　　　　　　　　($462.88)

5  Glesco Electric, Inc.
   5/7/2014   Disconnect battery charging stations and 2 cardboard/plastic
                  baler machines to move for auction, invoice#18270     ($170.00)
                Total                      ($170.00)

6  Iroquois Bank
   05/29/14   Balance due to satisfy five vehicle liens from sale proceeds   ($32,340.00)
                Total                      ($32,340.00)

7  Rebecca Little
   05/01/14   Reimbursement for copies of recorded instruments Vermilion
                  County and Champaign County     ($36.95)
              Total                      ($36.95)

8  Westfield Insurance
   05/07/14   Monthly installment Commercial Package, #TRA6619016   ($2,412.29)
              Total                      ($2,412.29)

**TOTAL DISBURSEMENTS**                      ($36,704.17)

# E. PURCHASES

**TOTAL PURCHASES**                      $0.00

# F. ASSETS ON HAND AS OF MAY 31, 2014

Warehouse
1803 Georgetown Rd.
Tilton, IL 61833
PIN: ▮▮▮▮-0060          $4,450,000.00

Chicago Title Escrow Account for Inventory Hold Back   $20,250.00

Fifth Third Bank -Account #▮▮▮▮ (Chips Division)   $0.00
   4/21/14 $1835.61 rcvd to close acct

Regions Bank -Account #▮▮▮▮ (1803 LLC)

Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13   $25,000.00

Security Deposit -Ameren Illinois   $1,612.00

The following vehicles were sold 5/9/14 -To remove from record
Certificate of Title for 2005 International 420 Box Truck
   VIN#1HTMPAFM05H158573   $0.00
Certificate of Title for 2006 Ford Box Truck
   VIN#3FRML55Z16V240593   $0.00
Certificate of Title for 1990 International 4000 Series 4900
   Regular Cab, VIN#1HTSDZZN7LH247461   $0.00
Certificate of Title for 1994 Hesse Trailer
   VIN#1H9RA1213RK00832   $0.00
Certificate of Title for 2005 GMC Savna 2500 Convt
   VIN#1GTGG25U351183770   $0.00
Certificate of Title for 2013 Stick S753 Semi Trailer
   VIN#1S12E9537DE526596   $0.00

Nt Institutional Government Select Fund   $375,996.50

| | |
|---|---:|
| 150000.000 US Treasury Bill, 0.00% due 6/12/14 | $149,973.96 |
| 150000.000 US Treasury Bill, 0.00% due 7/17/14 | $149,964.06 |
| 100000.000 US Treasury Bill, 0.00% due 8/21/14 | $99,973.06 |
| 50000.000 US Treasury Bill, 0.00% due 10/16/14 | $49,983.33 |
| 150000.000 US Treasury Bill, 0.00% due 1/8/15 | $149,910.53 |
| 150000.000 US Treasury Note, 0.25% due 7/31/15 | $150,208.50 |
| 50000.000 US Treasury Note, 0.375% due 11/15/15 | $50,131.00 |
| 110000.000 US Treasury Note, 0.375% due 1/15/16 | $110,236.50 |
| 50000.000 US Treasury Note, 0.625% due 10/15/16 | $50,119.50 |

**ASSETS ON HAND AS OF MAY 31, 2014**                    $5,833,358.94

## II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #▓▓▓▓

**A. RECEIPTS**

**TOTAL RECEIPTS**                                                       $0.00

**B. DISBURSEMENTS**
1 First Midwest Bank
    05/01/14    April Maintenance Fee                     ($15.00)
                Total                                                ($15.00)

**TOTAL DISBURSEMENTS**                                              ($15.00)

## III. EGS/UPS STORE-BK #▓▓▓▓, TRUST ACCOUNT #▓▓▓▓

**A. RECEIPTS**
1 FMB UPS Checking Account #▓▓▓▓
    05/15/14    Transfer of excess funds to the Trust Account #▓▓▓▓    $45,000.00
                Total                                            $45,000.00

**TOTAL RECEIPTS**                                               $45,000.00

**B. INVESTMENT SALES AND INCOME**
1 Nt Institutional Government Select Fund
    05/01/14    Dividend to 4/30/14                        $0.36
                Total                                                 $0.36

**TOTAL INVESTMENT SALES AND INCOME**                                  $0.36

**C. DISBURSEMENTS**
1 Business Operating Expenses:
        Allied Waste Services
    05/28/14    Garbage service 5/1/14-5/31/14, store #4323    ($94.95)
                Total                                                ($94.95)

        Ameren Illinois
    05/14/14    Service 3/31/14-4/30/14, store #4323           ($140.86)
    05/14/14    Service 4/7/14-5/8/14, store #6236              ($72.27)
                Total                                               ($213.13)

        Aqua Illinois
    05/14/14    Service 4/1/14-4/30/14, store #6236             ($27.22)
                Total                                                ($27.22)

| Date | Description | Amount | Total |
|---|---|---|---|
| | **Bankcard Processing Center -FMB Corp credit cards** | | |
| 05/20/14 | May, #4323 | ($875.74) | |
| 05/20/14 | May, #6236 | ($183.03) | |
| | Total | | ($1,058.77) |
| | **Claims Paid** | | |
| 05/07/14 | Todd Seimer- Reimb Scanner Master -manual, store #6236 | ($45.76) | |
| 05/14/14 | Nancy Sullivan -Reimb soccer equipment, store #4323 | ($110.00) | |
| 05/16/14 | Austin Robertson -Reimb on lost jewelry, store #6236 | ($89.77) | |
| 05/28/14 | Michael Choi -Reimb on lost Nikon camera | ($737.77) | |
| | Total | | ($983.30) |
| | **Comcast Cable** | | |
| 05/07/14 | Service 4/24/14-5/23/14, store #4323 | ($147.63) | |
| 05/21/14 | Service 5/3/14-6/2/14, store #6236 | ($181.72) | |
| | Total | | ($329.35) |
| | **Constellation Newenergy, Inc.** | | |
| 05/14/14 | Service, 3/31/14-4/30/14, store#4323 | ($100.00) | |
| 05/20/14 | Service 4/7/14-5/8/14, store#6236 | ($87.82) | |
| | Total | | ($187.82) |
| | **GE Capital/Ricoh USA Program** | | |
| 05/07/14 | Equipment lease 5/22/14-6/21/14, store #4323 | ($363.15) | |
| 05/28/14 | Equipment lease 6/12/14-7/11/14, store #6236 | ($725.32) | |
| | Total | | ($1,088.47) |
| | **Monster Shred** | | |
| 05/28/14 | Store #4323, Inv#20721 | ($45.00) | |
| | Total | | ($45.00) |
| | **Old Farm Shops, LTD** | | |
| 05/07/14 | Rent & CAM charges, store #4323, July 2013 - April 2014 | ($22,068.76) | |
| | Total | | ($22,068.76) |
| | **Ricoh USA, Inc.** | | |
| 05/07/14 | Invoice #5030414673, store #4323 | ($130.36) | |
| 05/28/14 | Invoice #5030814829, store #4323 | ($61.31) | |
| 05/28/14 | Invoice #5030710545, store #4323 | ($16.26) | |
| 05/28/14 | Invoice #5030710545, store #6236 | ($59.44) | |
| | Total | | ($267.37) |
| | **Shanell, Inc.** | | |
| 06/01/14 | May 2014 rent, store #6236, ck#███9 | ($1,615.00) | |
| | Total | | ($1,615.00) |
| | **Schwartz Supply Source** | | |
| 05/02/14 | Ord #25625676, store #6236 | ($292.81) | |
| 05/02/14 | Ord #25676945, store #6236 | ($73.00) | |
| 05/07/14 | Ord #25741475, store #6236 | ($179.37) | |
| 05/14/14 | Ord #25708714, store #6236 | ($190.17) | |
| 05/21/14 | Ord #25878216, store #4323 | ($829.25) | |
| 05/28/14 | Inv #19703610, store #6236 | ($280.30) | |
| | Total | | ($1,844.90) |
| | **The Standard Register Company** | | |
| 05/28/14 | Outside card printing for customer, inv#42569612, store 4323 | ($31.05) | |
| | Total | | ($31.05) |
| | **Weldon Termite & Pest Control, Inc.** | | |
| 05/20/14 | Report #20978, store #4323 | ($75.00) | |
| | Total | | ($75.00) |

|        |        | Uline                                           |             |              |
|--------|--------|-------------------------------------------------|-------------|--------------|
|        | 05/07/14 | Inv #58342887, store #6236                    | ($355.67)   |              |
|        | 05/20/14 | Inv #58680007, store #6236                    | ($355.67)   |              |
|        |        | Total                                           |             | ($711.34)    |
|        |        | UPS Freight                                     |             |              |
|        | 05/14/14 | Inv #23356447, store #4323                    | ($383.01)   |              |
|        |        | Total                                           |             | ($383.01)    |
|        |        | Total Business Operating Expenses               |             | ($31,024.44) |
| 2 | ADP-Automatic Data Processing |                           |             |              |
|   | 05/08/14 | Payroll taxes wired for pay date 5/9/14       | ($2,008.08) |              |
|   | 05/22/14 | Payroll taxes wired for pay date 5/23/14      | ($1,892.11) |              |
|   | 05/22/14 | Wire prior yr adjustment 3rd qtr taxes        | ($641.78)   |              |
|   |        | Total                                           |             | ($4,541.97)  |
| 3 | First Midwest Bank |                                      |             |              |
|   | 05/22/14 | Wire transfer fee -ADP payroll taxes (pd 5/23/14) | ($30.00) |              |
|   |        | Total                                           |             | ($30.00)     |
| 4 | First Midwest Bank Checking Acct# ████████, store #4323 |       |              |
|   | 05/22/14 | Transfer funds to open new account            | ($100.00)   |              |
|   |        | Total                                           |             | ($100.00)    |
| 5 | First Midwest Bank Checking Acct# ████████, store #6236 |       |              |
|   | 05/22/14 | Transfer funds to open new account            | ($100.00)   |              |
|   |        | Total                                           |             | ($100.00)    |
| 6 | Illinois Department of Revenue |                          |             |              |
|   | 05/08/14 | 2014 St-1 Sales and Use Tax Return, April 2014 | ($740.86) |              |
|   |        | Total                                           |             | ($740.86)    |
| 7 | Travelers |                                               |             |              |
|   | 05/07/14 | Annual Workers Comp Insurance Premium, 5/1/14-5/1/15 | ($826.75) |         |
|   |        | Total                                           |             | ($826.75)    |
|   | **TOTAL DISBURSEMENTS** |                                |             | ($37,364.02) |

**D. LIABILITIES**

| Promissory Note to Earl Gaudio & Son, Inc., @3%, dtd 8/7/13 | ($25,000.00) | |
| Lease Agreement Shanell, Inc., Landlord Store 2830 N. Vermilion St., Danville, IL | ($1.00) | |
| Lease Agreement Old Farm Shops, Landlord Store 1717 W. Kirby Ave, Champaign, IL | ($1.00) | |

**TOTAL LIABILITIES 5/31/14**                                              ($25,002.00)

## IV. GAUDIO RETAIL, LLC UPS STORE, CHECKING ACCOUNT #████████

**A. RECEIPTS**

1 UPS Store #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| 05/01/14 | Daily Business Deposits -Cash for 4/28/14 | $347.85   |
| 05/01/14 | Daily Business Deposits -Cash for 4/29/14 | $1,257.06 |
| 05/02/14 | Daily Business Deposits -Cash for 4/30/14 | $273.62   |
| 05/05/14 | Daily Business Deposits -Cash for 5/1/14  | $96.15    |
| 05/05/14 | Daily Business Deposits -Cash for 5/2/14  | $120.04   |
| 05/07/14 | Daily Business Deposits -Cash for 5/3/14  | $181.40   |
| 05/07/14 | Daily Business Deposits -Cash for 5/5/14  | $421.99   |

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/07/14 | Daily Business Deposits -Cash for 5/6/14 | $735.32 | |
| 05/09/14 | Daily Business Deposits -Cash for 5/7/14 | $262.44 | |
| 05/09/14 | Daily Business Deposits -Cash for 5/8/14 | $342.57 | |
| 05/13/14 | Daily Business Deposits -Cash for 5/9/14 | $327.90 | |
| 05/13/14 | Daily Business Deposits -Cash for 5/10/14 | $382.62 | |
| 05/13/14 | Daily Business Deposits -Cash for 5/12/14 | $418.71 | |
| 05/16/14 | Daily Business Deposits -Cash for 5/13/14 | $291.16 | |
| 05/16/14 | Daily Business Deposits -Cash for 5/14/14 | $356.22 | |
| 05/19/14 | Daily Business Deposits -Cash for 5/15/14 | $278.42 | |
| 05/20/14 | Daily Business Deposits -Cash for 5/16/14 | $236.19 | |
| 05/20/14 | Daily Business Deposits -Cash for 5/17/14 | $94.10 | |
| 05/22/14 | Daily Business Deposits -Cash for 5/19/14 | $329.53 | |
| 05/23/14 | Daily Business Deposits -Cash for 5/20/14 | $253.66 | |
| 05/23/14 | Daily Business Deposits -Cash for 5/21/14 | $365.47 | |
| 05/23/14 | Daily Business Deposits -Cash for 5/22/14 | $186.41 | |
| 05/27/14 | Daily Business Deposits -Cash for 5/23/14 | $121.85 | |
| 05/27/14 | Daily Business Deposits -Cash for 5/24/14 | $204.74 | |
| 05/29/14 | Daily Business Deposits -Cash for 5/27/14 | $289.65 | |
| 05/30/14 | Daily Business Deposits -Cash for 5/28/14 | $449.62 | |
| | Total | | $8,624.69 |

2  American Express #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/02/14 | Settlement Received -for 4/28/14 | $36.06 | |
| 05/05/14 | Settlement Received -for 4/30/14 & 5/1/14 | $167.57 | |
| 05/05/14 | Settlement Received -for 4/29/14 | $64.01 | |
| 05/06/14 | Settlement Received -for 5/2/14 | $9.93 | |
| 05/07/14 | Settlement Received -for 5/3/14 | $30.02 | |
| 05/09/14 | Settlement Received -for 5/5/14 | $51.81 | |
| 05/12/14 | Settlement Received -for 5/7/14 & 5/8/14 | $159.23 | |
| 05/12/14 | Settlement Received -for 5/6/14 | $57.97 | |
| 05/13/14 | Settlement Received -for 5/9/14 | $14.40 | |
| 05/16/14 | Settlement Received -for 5/12/14 | $15.65 | |
| 05/19/14 | Settlement Received -for 5/13/14 | $80.53 | |
| 05/19/14 | Settlement Received -for 5/15/14 | $252.41 | |
| 05/20/14 | Settlement Received -for 5/16/14 | $409.17 | |
| 05/23/14 | Settlement Received -for 5/19/14 | $206.84 | |
| 05/27/14 | Settlement Received -for 5/20/14 | $13.33 | |
| 05/27/14 | Settlement Received -for 5/21/14 & 5/22/14 | $57.77 | |
| 05/27/14 | Settlement Received -for 5/23/14 | $34.10 | |
| | Total | | $1,660.80 |

3  Paymentech #4323, 1717 W. Kirby Ave., Champaign, IL 61821

| Date | Description | Amount |
|---|---|---|
| 05/01/14 | Visa/Master Card/ Discover Deposits 4/29/14 | $1,194.06 |
| 05/02/14 | Visa/Master Card/ Discover Deposits 4/30/14 | $1,229.42 |
| 05/05/14 | Visa/Master Card/ Discover Deposits 5/1/14 | $772.15 |
| 05/06/14 | Visa/Master Card/ Discover Deposits 5/2/14 | $1,046.39 |
| 05/06/14 | Visa/Master Card/ Discover Deposits 5/3/14 | $744.10 |
| 05/07/14 | Visa/Master Card/ Discover Deposits 5/5/14 | $1,345.71 |
| 05/08/14 | Visa/Master Card/ Discover Deposits 5/6/14 | $1,227.65 |
| 05/09/14 | Visa/Master Card/ Discover Deposits 5/7/14 | $923.80 |
| 05/12/14 | Visa/Master Card/ Discover Deposits 5/8/14 | $1,544.42 |
| 05/13/14 | Visa/Master Card/ Discover Deposits 5/9/14 | $895.34 |
| 05/14/14 | Visa/Master Card/ Discover Deposits 5/10/14 & 5/12/14 | $1,178.71 |
| 05/15/14 | Visa/Master Card/ Discover Deposits 5/13/14 | $1,304.27 |
| 05/16/14 | Visa/Master Card/ Discover Deposits 5/14/14 | $612.04 |
| 05/19/14 | Visa/Master Card/ Discover Deposits 5/15/14 | $1,716.56 |
| 05/20/14 | Visa/Master Card/ Discover Deposits 5/16/14 | $2,600.28 |
| 05/20/14 | Visa/Master Card/ Discover Deposits 5/17/14 | $590.21 |
| 05/21/14 | Visa/Master Card/ Discover Deposits 5/19/14 | $2,489.28 |
| 05/22/14 | Visa/Master Card/ Discover Deposits 5/20/14 | $847.20 |
| 05/23/14 | Visa/Master Card/ Discover Deposits 5/21/14 | $1,007.22 |
| 05/27/14 | Visa/Master Card/ Discover Deposits 5/22/14 | $876.12 |
| 05/27/14 | Visa/Master Card/ Discover Deposits 5/23/14 | $587.64 |

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/27/14 | Visa/Master Card/ Discover Deposits 5/24/14 | $246.62 | |
| 05/29/14 | Visa/Master Card/ Discover Deposits 5/27/14 | $1,359.62 | |
| 05/30/14 | Visa/Master Card/ Discover Deposits 5/28/14 | $975.23 | |
| | Total | | $27,014.04 |

**4 UPS Store #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832**

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/01/14 | Daily Business Deposits -Cash for 4/28/14 | $374.76 | |
| 05/01/14 | Daily Business Deposits -Cash for 4/29/14 | $167.12 | |
| 05/01/14 | Daily Business Deposits -Cash for 4/30/14 | $83.14 | |
| 05/05/14 | Daily Business Deposits -Cash for 5/1/14 | $202.01 | |
| 05/05/14 | Daily Business Deposits -Cash for 5/2/14 | $60.09 | |
| 05/06/14 | Daily Business Deposits -Cash for 5/3/14 | $14.98 | |
| 05/06/14 | Daily Business Deposits -Cash for 5/5/14 | $124.70 | |
| 05/07/14 | Daily Business Deposits -Cash for 5/6/14 | $131.80 | |
| 05/12/14 | Daily Business Deposits -Cash for 5/7/14 | $192.83 | |
| 05/12/14 | Daily Business Deposits -Cash for 5/8/14 | $143.61 | |
| 05/12/14 | Daily Business Deposits -Cash for 5/9/14 | $35.13 | |
| 05/12/14 | Daily Business Deposits -Cash for 5/10/14 | $42.21 | |
| 05/13/14 | Daily Business Deposits -Cash for 5/12/14 | $353.33 | |
| 05/15/14 | Daily Business Deposits -Cash for 5/13/14 | $112.19 | |
| 05/16/14 | Daily Business Deposits -Cash for 5/14/14 | $93.70 | |
| 05/19/14 | Daily Business Deposits -Cash for 5/15/14 | $161.86 | |
| 05/19/14 | Daily Business Deposits -Cash for 5/16/14 | $84.97 | |
| 05/19/14 | Daily Business Deposits -Cash for 5/17/14 | $646.31 | |
| 05/20/14 | Daily Business Deposits -Cash for 5/19/14 | $134.23 | |
| 05/22/14 | Daily Business Deposits -Cash for 5/20/14 | $212.05 | |
| 05/22/14 | Daily Business Deposits -Cash for 5/21/14 | $136.24 | |
| 05/27/14 | Daily Business Deposits -Cash for 5/22/14 | $74.46 | |
| 05/27/14 | Daily Business Deposits -Cash for 5/23/14 | $155.18 | |
| 05/27/14 | Daily Business Deposits -Cash for 5/24/14 | $126.81 | |
| | Total | | $3,853.70 |

**5 American Express #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832**

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/02/14 | Settlement Received -for 4/28/14 | $108.36 | |
| 05/05/14 | Settlement Received -for 4/29/14 | $328.99 | |
| 05/05/14 | Settlement Received -for 4/30/14 & 5/1/14 | $130.35 | |
| 05/07/14 | Settlement Received -for 5/3/14 | $13.10 | |
| 05/09/14 | Settlement Received -for 5/5/14 | $109.37 | |
| 05/12/14 | Settlement Received -for 5/8/14 | $21.96 | |
| 05/19/14 | Settlement Received -for 5/13/14 | $269.14 | |
| 05/19/14 | Settlement Received -for 5/14/14 | $26.63 | |
| 05/23/14 | Settlement Received -for 5/19/14 | $27.48 | |
| 05/27/14 | Settlement Received -for 5/21/14 | $38.17 | |
| | Total | | $1,073.55 |

**6 Paymentech #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832**

| Date | Description | Amount |
|---|---|---|
| 05/01/14 | Visa/Master Card/ Discover Deposits 4/29/14 | $474.72 |
| 05/02/14 | Visa/Master Card/ Discover Deposits 4/30/14 | $60.63 |
| 05/05/14 | Visa/Master Card/ Discover Deposits 5/1/14 | $267.18 |
| 05/06/14 | Visa/Master Card/ Discover Deposits 5/2/14 | $173.17 |
| 05/06/14 | Visa/Master Card/ Discover Deposits 5/3/14 | $46.41 |
| 05/07/14 | Visa/Master Card/ Discover Deposits 5/5/14 | $623.87 |
| 05/08/14 | Visa/Master Card/ Discover Deposits 5/6/14 | $367.78 |
| 05/09/14 | Visa/Master Card/ Discover Deposits 5/7/14 | $316.73 |
| 05/12/14 | Visa/Master Card/ Discover Deposits 5/8/14 | $308.89 |
| 05/13/14 | Visa/Master Card/ Discover Deposits 5/9/14 | $163.27 |
| 05/13/14 | Visa/Master Card/ Discover Deposits 5/10/14 | $55.27 |
| 05/14/14 | Visa/Master Card/ Discover Deposits 5/12/14 | $993.28 |
| 05/15/14 | Visa/Master Card/ Discover Deposits 5/13/14 | $193.10 |
| 05/16/14 | Visa/Master Card/ Discover Deposits 5/14/14 | $270.28 |
| 05/19/14 | Visa/Master Card/ Discover Deposits 5/15/14 | $150.98 |
| 05/20/14 | Visa/Master Card/ Discover Deposits 5/16/14 | $169.32 |
| 05/20/14 | Visa/Master Card/ Discover Deposits 5/17/14 | $84.51 |

| | | | | |
|---|---|---|---|---|
| | 05/21/14 | Visa/Master Card/ Discover Deposits 5/19/14 | $491.04 | |
| | 05/22/14 | Visa/Master Card/ Discover Deposits 5/20/14 | $689.98 | |
| | 05/23/14 | Visa/Master Card/ Discover Deposits 5/21/14 | $259.07 | |
| | 05/27/14 | Visa/Master Card/ Discover Deposits 5/22/14 | $228.48 | |
| | 05/27/14 | Visa/Master Card/ Discover Deposits 5/23/14 | $136.25 | |
| | 05/27/14 | Visa/Master Card/ Discover Deposits 5/24/14 | $110.76 | |
| | 05/29/14 | Visa/Master Card/ Discover Deposits 5/27/14 | $146.39 | |
| | 05/30/14 | Visa/Master Card/ Discover Deposits 5/28/14 | $425.12 | |
| | | Total | | $7,196.48 |
| 7 | UPS | | | |
| | 04/21/14 | Problem Revenue Payment -#4323 | $5,176.03 | |
| | 04/21/14 | Problem Revenue Payment -#6236 | $1,427.83 | |
| | | Total | | $6,603.86 |

**TOTAL RECEIPTS**                                                                $56,027.12

**B. DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| 1 | ADP | | | |
| | | Paychecks that cleared this month | ($9,581.17) | |
| | 05/02/14 | Processing fee 2Rnjo for p/d 4/25/14 | ($71.82) | |
| | 05/02/14 | Processing fee 2RNN2 (old UPS acct) | ($61.80) | |
| | 05/16/14 | Processing fee 2Rnjo for p/d 5/2/14 | ($73.50) | |
| | 05/23/14 | Processing fee 2Rnjo for taxes remitted | ($26.00) | |
| | 05/30/14 | Processing fee 2Rnjo for p/d 5/16/14 | ($71.82) | |
| | | Total | | ($9,886.11) |
| 2 | American Express | | | |
| | 05/12/14 | Settlement Charge, store #6236 | ($31.51) | |
| | | Total | | ($31.51) |
| 3 | First Midwest Bank | | | |
| | 05/01/14 | Maintenance fee -April | ($16.05) | |
| | | Total | | ($16.05) |
| 4 | First Midwest Bank -UPS Trust acct # ▒▒▒▒ | | | |
| | 05/15/14 | To transfer excess funds to Trust Account | ($45,000.00) | |
| | | Total | | ($45,000.00) |
| 5 | Paymentech | | | |
| | 05/05/14 | Monthly fee, store #4323 | ($714.07) | |
| | 05/05/14 | Monthly fee, store #6236 | ($198.33) | |
| | | Total | | ($912.40) |
| 6 | UPS | | | |
| | 05/02/14 | Freight Charges, store #4323 | ($3,003.66) | |
| | 05/02/14 | Freight Charges, store #6236 | ($1,002.46) | |
| | 05/06/14 | Co-op fee, store #4323 | ($250.00) | |
| | 05/06/14 | Co-op fee, store #6236 | ($250.00) | |
| | 05/09/14 | Freight Charges, store #4323 | ($2,982.07) | |
| | 05/09/14 | Freight Charges, store #6236 | ($1,178.83) | |
| | 05/16/14 | Freight Charges, store #4323 | ($2,798.10) | |
| | 05/16/14 | Freight Charges, store #6236 | ($1,099.99) | |
| | 05/21/14 | Royalty Fees, store #4323 | ($3,509.90) | |
| | 05/21/14 | Royalty Fees, store #6236 | ($1,273.84) | |
| | 05/23/14 | Freight Charges, store #4323 | ($4,570.74) | |
| | 05/23/14 | Freight Charges, store #6236 | ($1,316.72) | |
| | 05/28/14 | A/R, store #4323 | ($230.40) | |
| | 05/28/14 | A/R, store #6236 | ($486.72) | |
| | 05/30/14 | Freight Charges, store #4323 | ($3,593.03) | |
| | 05/30/14 | Freight Charges, store #6236 | ($1,241.34) | |
| | | | | ($28,787.70) |

| | | | | |
|---|---|---|---|---|
| 7 | United States Postal Service | | | |
| | 05/05/14 | Postage meter replenishment Store # 4323 | ($500.00) | |
| | 05/19/14 | Postage meter replenishment Store # 4323 | ($500.00) | |
| | | Total | | ($1,000.00) |
| | **TOTAL DISBURSEMENTS** | | | **($85,633.77)** |

## V. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #▓▓▓▓▓

### A. RECEIPTS

| | | | | |
|---|---|---|---|---|
| 1 | First Midwest Bank | | | |
| | 05/07/14 | Refund of maintenance fee | $15.02 | |
| | | Total | | $15.02 |
| 2 | First Midwest Bank -UPS Trust Account #▓▓▓▓ | | | |
| | 05/29/14 | Transfer received to cover miscellaneous expenses | $100.00 | |
| | | Total | | $100.00 |
| | **TOTAL RECEIPTS** | | | **$115.02** |

### B. DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| 1 | First Midwest Bank | | | |
| | 05/01/14 | April Maintenance Fee | ($15.02) | |
| | | Total | | ($15.02) |
| | **TOTAL DISBURSEMENTS** | | | **($15.02)** |

## VI. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #▓▓▓▓▓

### A. RECEIPTS

| | | | | |
|---|---|---|---|---|
| 1 | First Midwest Bank | | | |
| | 05/07/14 | Refund of maintenance fee | $15.02 | |
| | | Total | | $15.02 |
| 2 | First Midwest Bank -UPS Trust Account #▓▓▓▓ | | | |
| | 05/29/14 | Transfer received to cover miscellaneous expenses | $100.00 | |
| | | Total | | $100.00 |
| | **TOTAL RECEIPTS** | | | **$115.02** |

### B. DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| 1 | First Midwest Bank | | | |
| | 05/01/14 | April Maintenance Fee | ($15.02) | |
| | | Total | | ($15.02) |
| | **TOTAL DISBURSEMENTS** | | | **($15.02)** |