## RECAPITULATION

**BEGINNING BALANCE AS OF 5/1/14**

| | |
|---|---:|
| I. EGS, INC. BK # ████████, TRUST ACCOUNT #████████ | $187,869.48 |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #████████ | $9,731.37 |
| III. EGS/UPS STORE -BK #████████, TRUST ACCOUNT #████████ | $36,752.68 |
| IV. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #████████ | $46,867.59 |
| V. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #████████ | $0.00 |
| VI. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #████████ | $0.00 |
| **TOTAL** | **$251,201.12** |

**RECEIPTS**

| | |
|---|---:|
| I. EGS, INC. BK # ████████, TRUST ACCOUNT #████████ | $164,746.37 |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #████████ | $0.00 |
| III. EGS/UPS STORE -BK #████████, TRUST ACCOUNT #████████ | $45,000.00 |
| IV. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #████████ | $66,027.12 |
| V. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #████████ | $115.02 |
| VI. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #████████ | $115.02 |
| **TOTAL** | **$256,003.53** |

**INVESTMENT SALES AND INCOME**

| | |
|---|---:|
| I. EGS, INC. BK # ████████, TRUST ACCOUNT #████████ | $100,094.82 |
| III. EGS/UPS STORE -BK #████████  TRUST ACCOUNT #████████ | $0.36 |
| **TOTAL** | **$100,095.18** |

**DISBURSEMENTS**

| | |
|---|---:|
| I. EGS, INC. BK # ████████, TRUST ACCOUNT #████████ | ($36,704.17) |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #████████ | ($18.00) |
| III. EGS/UPS STORE -BK #████████, TRUST ACCOUNT #████████ | ($37,364.02) |
| IV. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #████████ | ($85,633.77) |
| V. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #████████ | ($18.02) |
| VI. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #████████ | ($18.02) |
| **TOTAL** | **($159,747.00)** |

**PURCHASES**

| | |
|---|---:|
| I. EGS, INC. BK #████████  TRUST ACCOUNT #████████ | $0.00 |
| III. EGS/UPS STORE -BK #████████, TRUST ACCOUNT #████████ | $0.00 |
| **TOTAL** | **$0.00** |

**CLOSING BALANCE AS OF 5/31/14**

| | |
|---|---:|
| I. EGS, INC. BK #████████, TRUST ACCOUNT #████████ | $376,996.50 |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #████████ | $9,716.37 |
| III. EGS/UPS STORE -BK #████████  TRUST ACCOUNT #████████ | $44,389.02 |
| IV. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #████████ | $17,260.94 |
| V. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #████████ | $100.00 |
| VI. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #████████ | $100.00 |
| **TOTAL** | **$447,552.83** |

| | |
|---|---:|
| **BEGINNING BALANCE AS OF 5/1/14** | **$251,201.12** |
| **RECEIPTS** | **$256,003.53** |
| **INVESTMENT SALES AND INCOME** | **$100,095.18** |
| **DISBURSEMENTS** | **($159,747.00)** |
| **PURCHASES** | **$0.00** |
| **CLOSING BALANCE AS OF 5/31/14** | **$447,552.83** |

The undersigned Custodian, now moves the Court to approve of its acts as above set forth, and having made and taken receipts therefore and presented to this court, ask to be approved; all of which is respectfully submitted.

FIRST MIDWEST BANK / WEALTH MANAGEMENT DIVISION

By: _____

Angela E. Hart, Esq.
Sr. Vice President
Division Mgr for Estate Settlement, Contested Trusts & Special Assets

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| CENTRAL DISTRICT OF ILLINOIS | ) | |

Angela E. Hart, Esq., on behalf of First Midwest Bank Trust Division, being first duly sworn, says that she is a Senior Vice President and Trust Officer of First Midwest Bank / Wealth Management Division, and is duly authorized to make this affidavit on its behalf, and which is the duly appointed and qualified Custodian of Earl Gaudio & Son, Inc.; that the undersigned has examined the above and foregoing account by her subscribed and that the same is true in substance and in fact; and that the assets of said Estate are kept separate and distinct from the assets of said Bank. Affiant further certifies that First Midwest Bank / Wealth Management holds in its files vouchers covering all the disbursements shown in the above accounting.

First Midwest Bank, as
Custodian of Earl Gaudio & Son, Inc.

By: _____

Angela E. Hart, Esq.
its: Senior VP, Wealth Management

Subscribed and sworn to before me

this 13th day of June, A.D., 2014

_____

G:\AH\Gaudio.Earl\Court Accountings\May 12th Accounting.xls

"OFFICIAL SEAL"
REBECCA CHAMBERLIN LITTLE
Notary Public, State of Illinois
My Commission Expires 9/20/16

# First Midwest Bank

**EGS, INC. BK #▓▓▓▓**

Account Number: ▓▓▓▓▓
Statement Period:　05/01/14 - 05/31/14

Relationship Manager
Angela Hart　815-327-4865

EARL GAUDIO & SON, INC.
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

## Portfolio Summary

## Value Of Portfolio

| Description | Market Value | % of Account |
|---|---|---|
| Cash & Equiv | 975,801.44 | 16.8% |
| Fixed Income | 360,695.50 | 6.2% |
| Miscellaneous | 4,476,612.00 | 77.0% |
| **Total Portfolio** | **$ 5,813,108.94** | **100.0%** |
| Accrued Income | 1,086.49 | |
| **Total Valuation** | **$ 5,814,195.43** | |

## Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| Beginning Market Value | $ 5,695,713.08 | $ 4,605,172.37 |
| Income | | |
| Interest | 104.75 | 391.49 |
| Dividends | 1.07 | 9.98 |
| Purchased Income | 0.00 | -122.68 |
| Contributions | 154,746.37 | 1,226,577.31 |
| Disbursements | | |
| To/For Beneficiary | -36,710.17 | 127,289.81 |
| Fees/Expenses | 0.00 | -146,681.06 |
| Realized Gains/(Losses) | 0.00 | 66.20 |
| Accrued Income | 103.57 | 782.20 |
| Unrealized Appreciation/(Depreciation) | 236.76 | 709.81 |
| **Ending Market Value** | **$ 5,814,195.43** | **$ 5,814,195.43** |

155

Page 1 of 7

# ✦ First Midwest Bank

**EGS, INC. BK #** ▓▓▓▓▓▓

| | | |
|---|---|---|
| Account Number: | ▓▓▓▓▓▓▓ | |
| Statement Period: | 05/01/14 - 05/31/14 | |

## Portfolio Investments

| Asset Description | Units | Market Value Cost | Est. Annual Income Accruals | Current Yield |
|---|---|---|---|---|
| **Miscellaneous** | | | | |
| Demand Promissory Note From Earl Gaudio & Son Inc. To Gaudio Retail LLC I/A/O $25,000 @ 3% Dtd 08/07/2013 | 25,000.000 | 25,000.00 25,000.00 | 750.00 612.49 | 3.00% |
| Property Located At 1803 Georgetown Road, Tilton, IL | 1.000 | 4,450,000.00 4,450,000.00 | 0.00 | 0.00% |
| Security Deposit To Ameren Illinois Related To Property Located At 1803 Georgetown Rd, Tilton, IL | 1.000 | 1,612.00 1,612.00 | 0.00 | 0.00% |
| **Total Miscellaneous** | | $ 4,476,612.00 $ 4,476,612.00 | 750.00 612.49 | 0.02% |
| **Total Market Value** | | $ 5,813,108.94 $ 5,812,399.13 | 2,073.00 1,086.49 | 0.04% |
| **Total Market Value Plus Accruals** | | $ 5,814,195.43 | | |

## Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Interest Income** | | | |
| US Treasury Bill 0.00% Due 05/15/2014 Interest On Maturity Of 100,000 | 05/15/14 | 11.00 | |
| US Treasury Note 0.375% Due 11/15/2015 Int To 05/15/14 On 50,000 | 05/15/14 | 93.75 | |
| **Total Interest Income** | | $ 104.75 | $ 0.00 |
| **Dividend Income** | | | |
| Nt Institutional Government Select Fund Div To 04/30/14 | 05/01/14 | 1.07 | |
| **Total Dividend Income** | | $ 1.07 | $ 0.00 |
| **Total Income** | | $ 105.82 | $ 0.00 |

# ✦ First Midwest Bank

## EGS,INC. BK #13-90942

Account Number: ▮▮▮▮▮▮
Statement Period: 05/01/14 - 05/31/14

### Disbursement Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Westfield Insurance<br>Annual Commercial Package Insurance<br>Monthly Installment<br>Account #▮▮▮▮▮▮<br>Policy #Tra 6619016<br>Statement Dtd 04/30/2014<br>Check Number: 0724787 | 05/07/14 | -2,412.29 | |
| Aqua IL<br>Current Charges Due<br>Account #▮▮▮▮▮▮▮▮<br>1803 Georgetown Rd, Danville<br>Service From 03/28/2014 - 04/28/2014<br>Statement Dtd 04/30/2014<br>Check Number: 0725077 | 05/14/14 | -7.00 | |
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #▮▮▮▮▮▮<br>Account ID #▮▮▮▮▮<br>1803 Georgetown Rd.<br>Statement #0014774226<br>Statement Dtd 05/01/2014<br>Check Number: 0725079 | 05/14/14 | -462.88 | |
| Avnet Inc.<br>Current Balance Due<br>Customer #▮▮▮▮▮<br>Invoice #8100514213<br>Invoice Dtd 05/10/2014<br>Check Number: 0725391 | 05/20/14 | -25.32 | |
| Iroquois Bank<br>Current Balance Due<br>To Satisfy Five Vehicle Liens<br>From Proceeds Of Sale<br>Check Number:  0726118 | 05/29/14 | | -32,340.00 |
| **Total To/For Beneficiary** | | $ -4,364.17 | $ -32,340.00 |
| **Total Disbursements** | | $ -4,364.17 | $ -32,340.00 |

### Purchase Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Nt Institutional Government<br>Purchases (3) 05/01/14 To 05/31/14 | 05/31/14 | | -254,841.19 |
| **Total Purchases** | | $ 0.00 | $ -254,841.19 |

 **First Midwest Bank**

## EGS,INC. BK #13-90942

Account Number:
Statement Period:    05/01/14 - 05/31/14

### Non-Cash Activity

|  | Date | Cost |
|---|---|---|
| Certificate Of Title For 2013 Stick S753 Semi Trailer Vin #1S12E9537DE526596 To Remove From Record - Sold 05/09/14 | 05/15/14 | -1.00 |
| **Total Non-Cash Transactions** |  | **$ -6.00** |

ARE YOU CONCERNED ABOUT PAYING MORE INCOME TAX THIS YEAR?  PLEASE ASK YOUR RELATIONSHIP MANAGER ABOUT OUR TAX
ADVANTAGED INVESTING OPPORTUNITIES.

## Statement of Account

**Last statement: April 30, 2014**
**This statement: May 30, 2014**



Page 1 of 1

402

Direct inquiries to:
Customer Service
815-774-2000

EARL GAUDIO & SON INC
BEVERAGE DISTRIBUTORSHIP DIVISION
24509 W LOCKPORT ST C/O ANGELA HART
PLAINFIELD IL 60544-2318

First Midwest Bank  105
50 West Jefferson Street
Joliet, Illinois 60431

0

### Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | | $9,716.37 |

### Solutions Checking

Account number

| Beginning balance | $9,731.37 | | |
|---|---|---|---|
| Average balance | $9,716.37 | | |
| Total additions | .00 | Total subtractions | $-15.00 |

| Date | Description | Control number | Additions | Subtractions |
|---|---|---|---|---|
| 05-01 | #Maintenance Fee | 000000000000000 | | -15.00 |
| | Analysis Loss/Chg For 04/30/14 | | | |

#### Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 9,731.37 | 05-01 | 9,716.37 | | |

# ◆ First Midwest Bank

## EGS/DBA UPS-C BK #13-90942

| | |
|---|---|
| Account Number: | ▬▬▬▬▬ |
| Statement Period: | 05/01/14 - 05/31/14 |

| Relationship Manager |
|---|
| Angela Hart    815-327-4865 |

EARL GAUDIO & SON, INC.- UPS STORE
FIRST MIDWEST BANK, CUSTODIAN
2801 WEST JEFFERSON STREET
JOLIET IL 60435

## Portfolio Summary

## Value Of Portfolio

| Description | Market Value | % of Account |
|---|---|---|
| Cash & Equiv | 44,389.02 | 229.0% |
| Liabilities | -25,002.00 | 129.0% |
| **Total Portfolio** | **$ 19,387.02** | **100.0%** |
| Accrued Income | 0.30 | |
| **Total Valuation** | **$ 19,387.32** | |

CASH & EQUIV

## Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| Beginning Market Value | $ 11,751.04 | $ 33,492.07 |
| Income | | |
| Dividends | 0.36 | 2.07 |
| Contributions | 45,000.00 | 80,718.45 |
| Disbursements | | |
| To/For Beneficiary | -32,592.05 | -89,873.24 |
| Fees/Expenses | -4,771.97 | -4,951.97 |
| Realized Gains/(Losses) | 0.00 | 0.00 |
| Accrued Income | -0.06 | -0.06 |
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | **$ 19,387.32** | **$ 19,387.32** |

155

 **First Midwest Bank**

## EGS/DBA UPS-C BK #13-90942

Account Number:
Statement Period:          05/01/14 - 05/31/14

### Income Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **Dividend Income** | | | |
| Nt Institutional Government Select Fund Div To 04/30/14 | 05/01/14 | 0.36 | |
| **Total Dividend Income** | | $ 0.36 | $ 0.00 |
| **Total Income** | | $ 0.36 | $ 0.00 |

### Additions

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Transfer From Checking Acct #‒‒‒‒‒‒‒) To Trust | 05/15/14 | 45,000.00 | |
| **Total Additions** | | $ 45,000.00 | $ 0.00 |

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| **To/For Beneficiary** | | | |
| Shanell, Inc. Current Balance Due Re: Rent Danville Store Check Number: 0724479 | 05/01/14 | -1,615.00 | |
| Schwarz Supply Source Current Balance Due The UPS Store #6236 Order #25625676 Invoice #19551075 Invoice Dtd 04/16/2014 Less Duplicate Payment Of $371.36 Check Number: 0724532 | 05/02/14 | -292.81 | |
| Schwarz Supply Source Current Balance Due The UPS Store #6236 Order #25676945 Invoice #19571890 Invoice Dtd 04/21/2014 Check Number: 0724533 | 05/02/14 | -73.00 | |

 **First Midwest Bank**

## EGS/DBA UPS-C BK #13-90942

Account Number: ▬▬▬▬▬▬
Statement Period:    05/01/14 - 05/31/14

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Travelers<br>Annual Workers Compensation<br>Insurance Premium<br>Policy #5E149749 Ub<br>Account #▬▬▬▬<br>Service From 05/01/2014 - 05/01/2015<br>Statement Dtd 04/22/2014<br>Check Number: 0724782 | 05/07/14 | -826.75 | |
| Uline<br>Current Balance Due<br>UPS Store #6236 Supplies<br>Customer #▬▬▬▬<br>Invoice #58342887<br>Invoice Dtd 04/24/2014<br>Check Number: 0724783 | 05/07/14 | -355.67 | |
| Illinois Department Of Revenue<br>Balance Due On 2014 St-1<br>Sales and Use Tax Return<br>Earl Gaudio & Son, Inc. D/B/A<br>The UPS Store<br>Account ID #▬▬▬▬▬<br>Period: April 2014<br>Check Number: 0724827 | 05/08/14 | -740.86 | |
| Nancy Sullivan<br>Current Balance Due<br>Reimbursement For Claim On Soccer<br>Cleats, Guards, & Socks<br>The UPS Store #4323<br>Check Number: 0725043 | 05/14/14 | -110.00 | |
| Ameren Illinois<br>Current Balance Due<br>Account #▬▬▬▬<br>1717 W. Kirby Ave., Champaign<br>Service From 03/31/2014 - 04/30/2014<br>Statement Dtd 05/02/2014<br>Check Number: 0725076 | 05/14/14 | -140.86 | |
| Ameren Illinois<br>Current Balance Due<br>Account #▬▬▬▬<br>2830 N. Vermilion St., Suite B,<br>Danville<br>Service From 04/07/2014 - 05/07/2014<br>Statement Dtd 05/09/2014<br>Check Number: 0725076 | 05/14/14 | -72.27 | |

 **First Midwest Bank**

## EGS/DBA UPS-C BK #13-90942

Account Number:
Statement Period:  05/01/14 - 05/31/14

### Disbursement Activity

|  | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Constellation Newenergy, Inc.<br>Current Balance Due<br>Customer ID #<br>Account ID #<br>2830 N. Vermilion St.<br>Statement #0014943703<br>Statement Dtd 05/10/2014<br>Check Number: 0725403 | 05/20/14 | -87.82 | |
| Bankcard Processing Center<br>Current Balance Due<br>Account #<br>#6236 $183.03<br>#4323 $875.74<br>Statement Dtd 05/08/2014<br>Check Number: 0725407 | 05/20/14 | -1,058.77 | |
| Uline<br>Current Balance Due<br>UPS Store #6236 Supplies<br>Customer #<br>Invoice #58680007<br>Invoice Dtd 05/08/2014<br>Check Number: 0725430 | 05/20/14 | -355.67 | |
| Schwarz Supply Source<br>Current Balance Due<br>The UPS Store #4323<br>Order #25878216 Sa<br>Invoice Dtd 05/15/2014<br>Check Number: 0725454 | 05/21/14 | -829.25 | |
| Comcast Cable<br>Current Balance Due<br>UPS Store #6236<br>Account #<br>Service From 05/03/2014 - 06/02/2014<br>Statement Dtd 04/27/2014<br>Check Number: 0725487 | 05/21/14 | -181.72 | |
| Michael Choi<br>Current Balance Due<br>Reimbursement For Claim On Lost<br>Nikon Camera<br>The UPS Store #4323<br>Check Number: 0726037 | 05/28/14 | -737.77 | |

 **First Midwest Bank**

## EGS/DBA UPS-C BK #13-90942

Account Number:
Statement Period:       05/01/14 - 05/31/14

### Disbursement Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Schwarz Supply Source<br>Current Balance Due<br>The UPS Store #6236<br>Invoice #19708610<br>Order Dtd 05/16/2014<br>Check Number: 0726095 | 05/28/14 | -280.30 | |
| The Standard Register Company<br>Current Balance Due<br>Outside Card Printing For Customer<br>The UPS Store #4323<br>Invoice #42569512<br>Invoice Dtd 05/19/2014<br>Check Number: 0726097 | 05/28/14 | -31.05 | |
| **Total To/For Beneficiary** | | **$ -32,502.28** | **$ -89.77** |
| **Fees/Expenses** | | | |
| Payroll Taxes For Paydate 5/9/14 | 05/08/14 | -2,008.08 | |
| Wire Fee | 05/22/14 | -30.00 | |
| Wire To Adp Prior Yr Adjustment<br>3rd Qtr Taxes | 05/22/14 | -641.78 | |
| Wire To Adp Payroll Taxes For<br>Paydate 5/23/14 | 05/22/14 | -1,892.11 | |
| To Transfer Funds To New UPS Cking<br>#███████1 #4323 (Deposit Slips) | 05/29/14 | | -100.00 |
| To Transfer Funds To New UPS Cking<br>#███████9 #6236 (Deposit Slips) | 05/29/14 | | -100.00 |
| **Total Fees/Expenses** | | **$ -4,571.97** | **$ -200.00** |
| **Total Disbursements** | | **$ -37,074.25** | **$ -289.77** |

### Purchase Activity

| | Date | Income Cash | Principal Cash |
|---|---|---|---|
| Nt Institutional Government<br>Purchases (2) 05/01/14 To 05/31/14 | 05/31/14 | | -45,000.36 |
| **Total Purchases** | | **$ 0.00** | **$ -45,000.36** |



# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: April 30, 2014
This statement: May 30, 2014

Page 1 of 8

402


00000138-WPTR0006420602073642-XS01-1OZ-000000000
GAUDIO RETAIL LLC
UPS STORE
FIRST MIDWEST BANK AS CUSTODIAN
24509 W LOCKPORT ST C/O ANGELA HART
PLAINFIELD IL 60544-2318

Direct inquiries to:
Customer Service
815-774-2000

First Midwest Bank  105
50 West Jefferson Street
Joliet, Illinois 60431

0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | | $17,250.94 |

## Solutions Checking

**Account number**

| | | |
|---|---|---|
| Beginning balance | $46,857.59 | |
| Average balance | $33,290.59 | |
| Total additions | $56,027.12 | Total subtractions    $ 85,633.77 |

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10231 | 05-16 | 44.19 | 10293 | 05-09 | 187.17 |
| 10277 * | 05-13 | 207.75 | 10294 | 05-21 | 405.11 |
| 10283 * | 05-07 | 332.81 | 10295 | 05-29 | 193.90 |
| 10285 * | 05-12 | 1,060.04 | 10296 | 05-27 | 1,025.67 |
| 10286 | 05-08 | 163.32 | 10297 | 05-23 | 1,117.98 |
| 10287 | 05-09 | 1,322.79 | 10299 * | 05-29 | 362.90 |
| 10288 | 05-13 | 213.17 | 10300 | 05-23 | 48.07 |
| 10289 | 05-12 | 506.16 | 10301 | 05-22 | 382.12 |
| 10290 | 05-09 | 392.90 | 10302 | 05-27 | 588.49 |
| 10291 | 05-08 | 335.89 | 10303 | 05-27 | 168.72 |
| 10292 | 05-14 | 522.02 | * Skip in check sequence | | |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 05-01 | #Deposit | 1,257.06 | |
| 05-01 | #Preauthorized Credit Paymentech Deposit | 1,194.06 | |
| 05-01 | #Preauthorized Credit Paymentech Deposit | 474.72 | |
| 05-01 | #Deposit | 374.76 | |
| 05-01 | #Deposit | 347.85 | |
| 05-01 | #Deposit | 167.12 | |

# First Midwest Bank



P.O. Box 580 • Joliet, IL 60434-0580
Return Service Requested

May 30, 2014
Gaudio Retail LLC
Page 5 of 8

| Date | Description | Additions | Subtractions |
|------|-------------|-----------|--------------|
| 05-14 | #Preauthorized Credit<br>Paymentech Deposit | 1,178.71 | |
| 05-14 | #Preauthorized Credit<br>Paymentech Deposit | 993.28 | |
| 05-14 | #Deposit | 291.16 | |
| 05-15 | #Preauthorized Credit<br>Paymentech Deposit | 1,304.27 | |
| 05-15 | #Preauthorized Credit<br>Paymentech Deposit | 193.10 | |
| 05-15 | #Deposit | 112.19 | |
| 05-15 | #Deposit | 93.70 | |
| 05-15 | #Debit Memo<br>Transfer To Trust Account# | | -45,000.00 |
| 05-16 | #Preauthorized Credit<br>Paymentech Deposit | 612.04 | |
| 05-16 | #Deposit | 356.22 | |
| 05-16 | #Preauthorized Credit<br>Paymentech Deposit | 270.28 | |
| 05-16 | #Preauthorized Credit<br>American Express Settlement | 15.65 | |
| 05-16 | #Preauthorized Debit<br>U. P. S. Ups Bill | | -2,798.10 |
| 05-16 | #Preauthorized Debit<br>U. P. S. Ups Bill | | -1,099.99 |
| 05-16 | #Preauthorized Debit<br>Adp Payroll Fees Adp - Fees | | -73.50 |
| 05-19 | #Preauthorized Credit<br>Mbe Prp Prp Pymt | 5,176.03 | |
| 05-19 | #Preauthorized Credit<br>Paymentech Deposit | 1,716.56 | |
| 05-19 | #Preauthorized Credit<br>Mbe Prp Prp Pymt | 1,427.83 | |
| 05-19 | #Deposit | 646.31 | |
| 05-19 | #Preauthorized Credit<br>American Express Settlement | 269.14 | |
| 05-19 | #Preauthorized Credit<br>American Express Settlement | 252.41 | |
| 05-19 | #Deposit | 151.85 | |



**FOR CHANGE OF ADDRESS, PLEASE COMPLETE FORM BELOW**

☐ PLEASE CHANGE ADDRESS ON ALL ACCOUNTS.
☐ PLEASE CHANGE ADDRESS ONLY ON ACCOUNTS INDICATED.
    ☐ CHECKING/NOW   ☐ SAVINGS   ☐ CERTIFICATE OF DEPOSIT   ☐ LOANS   ☐ SAFE DEPOSIT BOX
    ☐ OTHER (PLEASE LIST) _____

**NEW ADDRESS**

STREET _____

CITY _____ STATE _____ ZIP _____

SOCIAL SECURITY # _____-____-_____    EFFECTIVE DATE OF CHANGE _____

AUTHORIZED SIGNATURE REQUIRED (DO NOT PRINT) _____    Member FDIC

(DETACH ALONG DOTTED LINE AND RETURN)

---

## RECONCILING YOUR CHECKING ACCOUNT

**BEFORE YOU START:**
MAKE THE FOLLOWING ENTRIES IN YOUR CHECKBOOK REGISTER TO
ASSURE THAT ALL TRANSACTIONS ARE PROPERLY RECORDED ON BOTH
YOUR RECORDS AS WELL AS THE BANK'S.

**ADD:**
ANY DEPOSITS SHOWN ON THIS STATEMENT, BUT NOT RECORDED IN YOUR
CHECKBOOK REGISTER. BE SURE TO INCLUDE ANY AUTOMATIC DEPOSITS,
INCLUDING INTEREST.

**SUBTRACT:**
THE ITEMS SHOWN ON THIS STATEMENT, BUT NOT RECORDED IN YOUR
CHECKBOOK REGISTER, INCLUDING SERVICE CHARGES.

**NEXT:**
MARK OFF THE CHECKS AND OTHER WITHDRAWALS LISTED ON THE
STATEMENT IN YOUR CHECKBOOK REGISTER.

**THEN:**
LIST ALL OUTSTANDING CHECKS AND OTHER WITHDRAWALS (THOSE YOU
HAVE WRITTEN AND RECORDED IN YOUR CHECKBOOK REGISTER, BUT HAVE
NOT YET BEEN RECEIVED AND PROCESSED BY THE BANK) IN THE COLUMN
TO THE RIGHT. ADD UP THE TOTAL DOLLAR AMOUNT AND WRITE IT ON LINE 4
BELOW.

**NOW:**
1. ENTER THE ENDING BALANCE SHOWN ON THIS STATEMENT.    $ _____
2. ENTER THE TOTAL AMOUNT OF ANY DEPOSITS MADE BUT NOT SHOWN ON THIS STATEMENT.    +$ _____
3. ADD ABOVE ITEMS 1 AND 2.    $ _____
4. ENTER TOTAL CHECKS OUTSTANDING FROM RIGHT HAND COLUMN.    −$ _____
5. SUBTRACT LINE 4 FROM LINE 3. THIS AMOUNT SHOULD AGREE WITH THE BALANCE SHOWN IN YOUR CHECKBOOK REGISTER.    $ _____

### LIST CHECKS OUTSTANDING

| CHECK # | AMOUNT |
|---------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL CHECKS OUTSTANDING** | $ |

## ERROR RESOLUTION NOTICE

In case of errors or questions, or if you need more information regarding your ELECTRONIC TRANSFERS, contact us immediately by telephone at the number shown on the front of your statement or in writing at the address shown on the front of your statement. You must contact us no later than 60 days after the first statement on which the error, problem or inquiry in question was sent.

    (1) Include your full name and account number.
    (2) Describe the error or transfer in question, and explain as clearly as possible why you believe there is an error or need for additional information.
    (3) Include the dollar amount of the item in question.

First Midwest Bank will investigate your inquiry and will correct any error promptly. If we take more than ten (10) business days (five (5) business days if related to debit card transactions) to resolve the inquiry, your account will be credited for the amount in question, allowing you to have use of the funds during the time it takes to complete investigation of your inquiry.

 **First Midwest Bank**

P.O. Box 580 • Joliet, IL 60434-0580
**Return Service Requested**

### Statement of Account
**Last statement: April 30, 2014**
**This statement: May 30, 2014**

Page 1 of 1

402



00001545-WPTR0006420602031011-XS01-1OZ-000000000

FIRST MIDWEST BANK AS CUSTODIAN OF
EARL GAUDIO & SON, INC
DBA THE UPS STORE # 4323
24509 W LOCKPORT ST C/O ANGELA HART
PLAINFIELD IL 60544-2318

Direct inquiries to:
Customer Service
815 439-4141

First Midwest Bank  150
24509 West Lockport Street
Plainfield, Illinois 60544

0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | | $100.00 |

## Solutions Checking

**Account number**

| Beginning balance | $0.00 | | |
|---|---|---|---|
| Average balance | $3.66 | | |
| Total additions | $115.02 | Total subtractions | $-15.02 |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 05-01 | #Maintenance Fee | | -15.02 |
| | Analysis Loss/Chg For 04/30/14 | | |
| 05-07 | #Refund Maint Fee | 15.02 | |
| 05-29 | #Credit Memo | 100.00 | |
| | Transfer From Trust Account# | | |

### Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 0.00 | 05-07 | 0.00 | | |
| 05-01 | -15.02 | 05-29 | 100.00 | | |



 **First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: April 30, 2014
This statement: May 30, 2014

Page 1 of 1
402

 00001546-WPTR00642060203101-XS01-1OZ-000000000
FIRST MIDWEST BANK AS CUSTODIAN OF
EARL GUADIO & SON, INC
DBA THE UPS STORE #6236
24509 W LOCKPORT ST C/O ANGELA HART
PLAINFIELD IL 60544-2318

Direct inquiries to:
Customer Service
815 439-4141

First Midwest Bank  150
24509 West Lockport Street
Plainfield, Illinois 60544

0

### Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Solutions Checking | | $100.00 |

### Solutions Checking

**Account number**

| | | | |
|---|---|---|---|
| Beginning balance | $0.00 | | |
| Average balance | $3.66 | | |
| Total additions | $115.02 | Total subtractions | $-15.02 |

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 05-01 | #Maintenance Fee | | -15.02 |
| | Analysis Loss/Chg For 04/30/14 | | |
| 05-07 | #Refund Maint Fee | 15.02 | |
| 05-29 | #Credit Memo | 100.00 | |
| | Transfer From Trust Account# | | |

#### Daily balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 0.00 | 05-07 | 0.00 | | |
| 05-01 | -15.02 | 05-29 | 100.00 | | |



WPTR00642060203101100001546001001100000000154600000