UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC., | ) | Case No.: 13-90942 |
| | ) | |
| Debtor. | ) | |

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF ICE MILLER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 19, 2013 TO MARCH 31, 2014**

In an effort to respond to the Objection from the United States Trustee as well as comments from the Court, Ice Miller LLP ("Ice Miller") supplements its *First Interim Fee Application of Ice Miller, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from July 19, 2013 to March 31, 2014* as follows:

1. First, Ice Miller confirms that all professionals identified in its First Interim Fee Application are licensed attorneys with the exception of Ms. Malloy (paralegal) and Ms. Bartlett (paralegal). Ice Miller will identify the status of all timekeepers in future Applications for compensation and reimbursement.

2. Second, Ice Miller agrees to cap the hourly rate retroactively and on a go-forward basis on all paralegals at $150/hour. Ice Miller further agrees to cap copy expenses at 15 cents per page. Finally, to waive its entitlement to $226.00 for expenses related to an Admission Application to this District. Ice Miller agreed to reduce its request by $3,292.00 in fees and $1,000.00 in expenses on account of these issues and to alleviate the additional concerns raised by the United States Trustee.

3. Third, Ice Miller wishes to formally provide as further background further additional regarding the sale of the Debtor's operational assets in support of the requests made for compensation and reimbursement. Setting aside other recoveries for the estate and other matters by which value was added (which are described in the First Interim Fee Application or are a matter of record before the

Court), Ice Miller refers to the Report of Sale filed as Docket No. 117 which evidences the result of the successful sale of the Debtor's operational assets for $9,569,700.73.

Dated:  July 17, 2014

Respectfully submitted,

ICE MILLER LLP

By: /s/ Ben T. Caughey
　　　Ben T. Caughey
　　　One American Square, Suite 2900
　　　Indianapolis, Indiana 46282
　　　Telephone:  (317) 236-2100
　　　Facsimile:   (317) 592-5431
　　　Ben.Caughey@icemiller.com