**IT IS SO ORDERED.**

**SIGNED THIS: July 31, 2014**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

In re:      EARL GAUDIO & SON, INC.,              Case No.      13-90942

            Debtor.                               Chapter 11

### ORDER

The following having been filed:

1) First Interim Fee Application of Ice Miller LLP (#234)

2) U.S. Trustee's Objection to First Interim Fee Application of Ice Miller LLP (#239)

3) The Official Unsecured Creditors' Committee's Limited Objection to First Interim Fee Application of Ice Miller LLP (#241)

4) Supplement to First Interim Fee Application of Ice Miller LLP (#248)

-1-

IT IS ORDERED THAT:

| Matter | Action |
| --- | --- |
| 1,2,3,4 | The Court has reviewed the First Interim Fee Application ("Fee Application") and Supplement along with the Objections thereto. Additional information is needed in order for the Court to issue a decision. |

Exhibit A to the Fee Application discloses two payments made on the October 9, 2013, invoice in the amounts of $6101 and $35,980.38. The dates the payments were received are not disclosed. All that the Court can tell is that the first payment was received sometime before the issuance of the December 10, 2013, invoice and the second payment was received sometime before the issuance of the May 31, 2014, invoice. These payments do not appear to bear any relationship to the amounts disclosed in the Fee Application as having been paid on October 31, 2013, and December 30, 2013. And if these payments are claimed to be part of the payments that were disclosed, then a question arises of why the other amounts paid were not reflected on the bills which constitute Exhibit A.

Ice Miller LLP should review Exhibit A and file an additional supplement to the Fee Application by August 14, 2014, clearly identifying all payments received and explaining the discrepancy between Exhibit A and the Fee Application.

Go to *www.ilcb.uscourts.gov* for information regarding
this court's mandatory electronic filing policy.

###