**U.S Department of Justice**

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*          *Phone: 309/671-7854*
*Peoria, Illinois 61602*               *Fax: 309/671-7857*

**Office of the United States Trustee - Region 10**

**Monthly Report**
**for**
**Debtors-in-Possession and Chapter 11 Trustees**

This report is to be completed in its entirety and is to be sent to the Office of the United States Trustee.  The Operating Report Summary, located on page 31 and 32, is to be completed and electronically filed by the debor's attorney with the Bankruptcy Court.  If any portion of this report is no completed, please provide an explanation as to the reason for the incomplete portion.

Debtor Name: <u>Earl Gaudio & Son, Inc.</u>

For the month ended: July 31, 2014

Case Number: <u>13-90942</u>

Date Bankruptcy filed: <u>July 19, 2013</u>
                                          Previously

| Required Documents | ATTACHED | SUBMITTED |
|---|---|---|
| 1.  Monthly Income Statement | X | _____ |
| 2.  Monthly Cash Flow Report | X | _____ |
| 3.  Operating Report Summary | X | _____ |
| 4.  Bank Statements | x | _____ |

The undersigned certifies under penalty of perjury that the information contained in this and accompanying report is complete, true and correct to the best of my knowledge, information and belief.

By: *Michele A. Morgan* (signature)          Dated: *8-14-14*
       Michele A. Morgan
Title: Vice President of First Midwest Bank          Debtor's telephone number: <u>815-327-4865</u>

Reports Prepared by:  <u>Rebecca C. Little, Esq.</u>          <u>Estate Settlement Specialist, First Midwest Bank</u>
                                   (Name)                                        (Title)

Preparer's phone number: <u>815-327-4876</u>

Revised: 4/16/2009 (*updated 05.06.2011* )

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY INCOME STATEMENT

As of July 31, 2014

Debtor Name  Earl Gaudio & Son, Inc.

Case Number  13-90942

|  | Current Month | Year-to-Date | Since BK Inception |
|---|---|---|---|
| **INCOME** | | | |
| | | | |
| Gross receipts or sales | 52,603.09 | 386,260.09 | 3,366,693.09 |
| Less: Returns or allowances | - | - | 5,728.00 |
| | | | |
| Cost of Goods | | | |
| Beginning inventory | - | | |
| Purchases | | | |
| Other costs (attach itemized schedule) | 26,943.85 | | |
| Less: Ending inventory | - | | |
| Cost of goods sold | 26,943.85 | 221,365.85 | 2,454,295.85 |
| Gross profit | 25,659.24 | 164,894.24 | 906,669.24 |
| Interest | 519.27 | 17,745.27 | 64,985.27 |
| Internal Transfers between Accounts | 38,500.00 | 38,500.00 | 2,141,134.41 |
| Gain (loss) from sale of property | | 154,746.00 | 154,746.00 |
| Other income (attach itemized schedule) | 5,802.31 | 279,174.31 | 10,234,239.90 |
| Total income | 70,480.82 | 655,059.82 | 13,501,774.82 |
| | | | |
| **GENERAL AND ADMINISTRATIVE EXPENSES** | | | |
| | | | |
| Compensation of officers | - | | |
| Salaries and wages | 9,523.21 | 73,211.21 | 405,902.21 |
| Repairs and maintenance | 900.00 | 2,250.00 | 9,720.00 |
| Supplies | 829.55 | 9,526.55 | 25,513.55 |
| Bad debts | - | - | 7,760.00 |
| Rents | 4,768.77 | 49,122.77 | 59,489.77 |
| Payroll taxes | 5,971.67 | 34,407.67 | 180,050.67 |
| Other taxes (property tax) | 3,623.48 | 144,008.48 | 203,257.48 |
| Interest expense | | | 1,220.00 |
| Depreciation | | | |
| Insurance | 1,316.74 | 19,954.74 | 98,544.74 |
| Travel and entertainment | 287.59 | 2,492.59 | 3,693.59 |
| Utilities and telephone | 2,832.07 | 20,088.07 | 47,903.07 |
| Professional and legal | 4,875.00 | 193,355.00 | 492,330.00 |
| Internal Transfers between Accounts | 38,500.00 | 38,500.00 | 2,141,134.41 |
| Other Expenses (attach itemized schedule) | 4,195.98 | 295,149.98 | 8,674,427.57 |
| Total expenses | 77,624.06 | 882,067.06 | 12,350,947.06 |
| Net profit (loss) | (7,143.24) | (227,007.24) | 1,150,827.76 |

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended July 31, 2014

Debtor Name     Earl Gaudio & Son, Inc.

Case Number     13-90942

| | | |
|---|---|---|
| Beginning Balance (Ending June 2014 Balance) | | 1,405,770.00 |
| Realized Gain 6/27/14 | | 207.03 |
| Adjustment for rounding/market | | 6.12 |
| Reconciled bank balance and cash on hand from last month | | **1,405,983.15** |
| (if this is the first report, insert the cash balance as of the petition date) | | |

CASH RECEIPTS

| | | |
|---|---|---|
| From cash sales/receipts | 52,603.09 | |
| From collection of pre-petition accounts receivable | | |
| From collection of post-petition accounts receivable | | |
| From loans (attach itemized list) | | |
| From contributions to capital or from gifts | | |
| Internal Transfers between Accounts | 38,500.00 | |
| Other receipts (attach itemized schedule) | 6,321.58 | |
| TOTAL RECEIPTS (Do not include beginning bank balance) | | 97,424.67 |

CASH DISBURSEMENTS

| | | |
|---|---|---|
| Inventory purchases | 26,943.85 | |
| Net payments to officers/owners (actual cash paid) | | |
| Net payments to other employees (actual cash paid) | 9,523.21 | |
| Rent payments | 4,768.77 | |
| Lease payments | 1,201.57 | |
| Mortgage or note payments | | |
| Adequate protection payments | | |
| Insurance | 1,316.74 | |
| Utilities/telephone | 2,832.07 | |
| Tax payments (from page 4) | 9,595.15 | |
| Advertising & marketing | | |
| Supplies | 829.55 | |
| Outside labor | 900.00 | |
| Travel/entertainment | 287.59 | |
| Payments to attorneys (attach copy Court order) | | |
| Payments to accountants (attach copy Court order) | | |
| Payments to other professionals (attach copy Court order) | | |
| U.S. Trustee quarterly fee | 4,875.00 | |
| Internal Transfers between Accounts | 38,500.00 | |
| Other expenses (attach itemized schedule) | 2,994.41 | |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | | 104,567.91 |
| NET CASH FLOW (Total receipts minus total disbursements) | | (7,143.24) |
| | | |
| Unrealized Depreciation | | (755.28) |
| | | |
| Bank balance and cash on hand at the end of the month | | |
| (beginning balance + cash receipts - cash disbursements) | Cash on Hand | **1,398,084.63** |
| | | |
| **Attach copies of all bank statements and reconciliations.** | Non-Cash EGS Assets | 4,476,612.00 |
| | Non-Cash UPS Liabilities | (25,002.00) |
| | | **5,849,694.63** |
| | | |
| | Total Actual on Hand (Bank Accts from P.5) | 5,849,694.63 |

Revised: 04/16/2009 (updated 05.06.2011)

OFFICE OF THE U.S. TRUSTEE - REGION 10

MONTHLY CASH FLOW REPORT

for the month ended July 31, 2014

## STATUS OF TAXES

| | BEGINNING *TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| ** Withholding | - | 1,641.31 | 1,641.31 | - |
| ** FICA - employee | - | 1,428.50 | 1,428.50 | - |
| ** FICA - employer | - | 1,428.49 | 1,428.49 | - |
| Unemployment | - | 63.03 | 63.03 | - |
| Income | - | | | - |
| Other - list | - | | | - |
| a. Subtotal | - | 4,561.33 | 4,561.33 | - |
| | | | | |
| **STATE AND LOCAL** | | | | |
| Withholding | | 917.36 | 917.36 | - |
| Sales | 543.34 | 647.47 | 543.34 | 647.47 |
| Excise | | | | - |
| Unemployment | | 492.98 | 492.98 | - |
| Other | | | | - |
| Real property | 72,088.00 | 7,080.14 | 3,080.14 | 76,088.00 |
| Personal property | | | | - |
| Other - list | | | | - |
| b. Subtotal | 72,631.34 | 9,137.95 | 5,033.82 | 76,735.47 |

TOTAL TAXES PAID - from a. and b. above          9,595.15

(this sum is to be listed on page 1, as tax payments)

Explain the reason for any past due post-petition taxes: _____

---

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this should be zero.

Revised: 04/16/2009 (updated 05.06.2011 )

OFFICE OF THE U.S. TRUSTEE - REGION 10

AGING SCHEDULES FOR RECEIVABLES & PAYABLE

for the month ended June 30, 2014

| ACCOUNTS RECEIVABLE* | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Pre-petition | $ - | $ - | $ - | $ 92,988 | |
| Post-petition | - | - | - | 3,537 | |
| Totals | $ - | $ - | $ - | $ 96,525 | $ 96,525 |
| | | | | | (grand total) |

| ACCOUNTS PAYABLE | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days | |
|---|---|---|---|---|---|
| Post-petition only | | $ - | $ - | $ - | $ - |
| | | | | | (grand total) |

| NOTES OR LEASES PAYABLE OR ADEQUATE PROTECTION AGREEMENTS (Post-petition only) | Current 0 - 30 Days | Past Due 31 - 60 Days | Past Due 61 - 90 Days | Past Due 91 and Over Days |
|---|---|---|---|---|
| List Creditor/Lessor | | | | |
| Penske Leasing | | | | |

POST PETITION BANK ACCOUNTS *(attach copies of all banks statements)*

| Bank Name | Account Type | Beginning Balance | Ending Balance |
|---|---|---|---|
| First Midwest Bank - 0018 | Operating | $5,808,006.24 | $5,797,467.66 |
| First Midwest Bank - 3433 | Operating | 9,701.37 | 9,686.37 |
| First Midwest Bank - 1016 | Operating | (17,961.98) | 3,744.19 |
| First Midwest Bank - 3540 | Operating | 10,033.54 | 10,290.80 |
| First Midwest Bank - 5511 | Operating | 22,234.91 | 8,701.97 |
| First Midwest Bank - 5529 | Operating | 9,452.94 | 7,071.27 |
| First Midwest Bank - 2013 | Operating | 17,879.76 | 12,732.37 |
| | | Total Bank Acct | 5,849,694.63 |

* After sale on 9/20, no longer have access to Gaudio's invoicing system.  Aging Schedule created from outstanding statements in Excel.

Revised: 04/16/2009 (updated 05.06.2011)

*United States Trustee, Region 10*
*Central & Southern Districts of Illinois*
*Northern & Southern Districts of Indiana*

*401 Main Street, Suite 1100*                    Phone: 309/671-7854
*Peoria, Illinois 60602*                         Fax: 309/671-7857

**Office of the United States Trustee - Region 10**
**Indianapolis, Indiana**

**Statement of Operations**
**for the Month ended July 31, 2014**

Debtor Name: <u>Earl Gaudio & Son, Inc.</u>

Case Number: <u>13-90942</u>

1. **What efforts have been made toward the presentation of a plan to creditor?**


2. **Has the Debtor in possession made any payments on the pre-petition unsecured debt since the filing of the bankruptcy?**

   <u>X</u>  NO

   _____ YES - If yes, then identify to whom the payment was made, the date paid and the amount(s). (see attached)

3. **Provide a brief narrative covering any significant events which occurred this past month**


4. **List the face value of accounts receivable as of the date that the bankruptcy was filed:** <u>$131,229.43</u>
   **What amount of these receivables is considered uncollectible?** $ $97,058.00

5. **If assets have been sold this month in other than the ordinary course of business, provide the following information:**

   a. **asset(s) sold:**        n/a

   b. **date of sale:**              n/a

   c. **sales price:**            n/a

   d. **net amount received:**      n/a

Oprept REV. September 3, 1992

6. **List payments made to principals, executives or insiders (this includes draws or cash withdrawals by individuals or partners, dividends, lease payments on property owned by insider, loans, gross salaries, etc.)**

| Payee Name | Position | Amount | Explanation |
|------------|----------|--------|-------------|
| N/A | | | |
| N/A | | | |

7. **Schedule of insurance coverage.**

| Type of Policy | Expiration Date |
|----------------|-----------------|
| Westfield Insurance  - Commercial Property | 7/5/2015 |
| Westfield Insurance  - Commercial General Liability | 7/5/2015 |
| Westfield Insurance - Commercial Inland Marine | 7/5/2015 |
| Westfield Insurance - Crime & Fidelity | 7/5/2015 |
| Westfield Insurance - Commercial Umbrella Liability | 7/5/2015 |
| Westfield Insurance - Commercial Auto Policy | 7/5/2015 |
| Westfield Insurance - Commercial General Liability | 7/5/2015 |
| Westfield Insurance - Auto Liability | 7/5/2015 |
| Westfiled Insurance - Umbrella Liability | 7/5/2015 |
| Travelers Casualty Insurance - Liability & Worker's Compensation | 5/1/2015 |

**Has any insurance coverage either been reduced or allowed to lapse during this month?  If so, explain what changes have taken place.**

No.

**If any insurance coverage will expire within 60 days from this report, explain what steps are being taken to renew existing policies or to acquire new insurance coverage.  Provide the United States Trustee with a new certificate.**

8. **Schedule of changes in personnel.**

| | Full Time | Part Time |
|---|---|---|
| a. Total number of employees at beginning of this period. | 2 | 8 |
| b. Number hired during this period. | 0 | 0 |
| c. Number terminated or resigned. | 0 | 1 |
| d. Total number of employees on payroll at the end of the period. | 2 | 7 |

Oprept REV. September 3, 1992

**QUESTIONNAIRE:**                                                                                                          YES          NO

1.    IS THE BUSINESS STILL OPERATING? Only the UPS Stores                                      X

2.    DID THE DEBTOR SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH?                                                x
      If yes, please attach a list of items sold and a copy of the Court Order authorizing the sale.

3.    HAS THE DEBTOR PAID ANY BILLS THAT WERE OWED PRIOR TO FILING BANKRUPTCY?                             X
      If yes, please provide the details.

4.    DID THE DEBTOR PAY ITS ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                                      x
      If yes, please provide the details and a copy of the Court Order authorizing the payment.

5.    DID THE DEBTOR PAY ITS EMPLOYEES AND VENDORS ON TIME?                                     X
      If no, please provide the details.

6.    HAS THE DEBTOR FILED ALL OF ITS RETURNS AND PAID ALL OF ITS TAXES THIS MONTH?                        X
      If no, please provide the details.        Corporate Income Tax Returns in progress

7.    DID THE DEBTOR PAY ALL OF ITS INSURANCE PREMIUMS THIS MONTH?                              X
      If no, please provide the details.

8.    DID ANY INSURANCE COMPANY CANCEL THE DEBTOR'S POLICY THIS MONTH?                                       X
      If yes, please identify the policies that were cancelled.

9.    HAS THE DEBTOR BORROWED MONEY FROM ANYONE THIS MONTH?                                                  X

10.   DOES THE DEBTOR HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                X
      If yes, please provide details.

11.   DOES THE DEBTOR HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                     X
      If yes, provide details.

12.   DID THE DEBTOR DEPOSIT ALL MONEY FOR THE BUSINESS INTO THE DIP ACCOUNT THIS         X
      MONTH?
      If no, where was the money deposited.

13.   DID THE DEBTOR SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DEBTOR
      IN ANY WAY?  If yes, please provide the details.                                                       X

14.   DOES THE DEBTOR PLAN ON CONTINUING TO OPERATE THE BUSINESS NEXT MONTH?             X
      If no, why not?

15.   PROVIDE A BRIEF NARRATIVE COVERING ANY SIGNIFICANT EVENTS WHICH OCCURRED THIS PAST MONTH.

16.   ATTACH A LIST OF ALL PAYMENTS MADE DURING THE REPORTING PERIODS TO THE PRINCIPALS, EXECUTIVES,
      OR INSIDERS. (THIS INCLUDED DRAWS OR CASH WITHDRAWALS BY INDIVIDUALS OR PARTNERS, DIVIDENDS,
      LEASE PAYMENTS ON PROPERTY OWNED BY INSIDERS, LOANS, GROSS SALARIES, ETC.)
      **None**

17.   SEND COPIES TO THE U.S. TRUSTEE OF ANY MONTHLY INTERNAL FINANCIAL REPORTS, INCLUDING ANY
      INTERNAL INCOME STATEMENT, AND/OR PROFIT & LOSS STATEMENT, AND/OR BALANCE SHEET.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                          )   Chapter 11
                                                )
EARL GAUDIO & SON, INC.                         )   Case No.: 13-90942
            Debtor.                             )

**FOURTEENTH CURRENT ACCOUNT**
**SUMMARY SHEET**

I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $203,370.94 |
| CASH RECEIPTS | $0.00 |
| INVESTMENT SALES AND INCOME | $518.98 |
| DISBURSEMENTS | ($8,548.79) |
| PURCHASES | $0.00 |
| CLOSING BALANCE AS OF 7/31/14 | $195,341.13 |
| | |
| TOTAL MARKET VALUE AS OF 7/31/14 | $5,797,467.66 |

II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #8100373433

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $9,701.37 |
| CASH RECEIPTS | $0.00 |
| DISBURSEMENTS | ($15.00) |
| CLOSING BALANCE AS OF 7/31/14 | $9,686.37 |

III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $7,039.88 |
| CASH RECEIPTS | $32,738.37 |
| INVESTMENT SALES AND INCOME | $0.14 |
| DISBURSEMENTS | ($11,032.20) |
| CLOSING BALANCE AS OF 7/31/14 | $28,746.19 |
| | |
| TOTAL MARKET VALUE AS OF 7/31/14 | $3,744.19 |

IV. EGS/UPS STORE D-BK #13-90942, TRUST ACCOUNT #21-0072-01-3

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $17,879.76 |
| CASH RECEIPTS | $6,000.15 |
| DISBURSEMENTS | ($11,147.54) |
| CLOSING BALANCE AS OF 7/31/14 | $12,732.37 |

V. GAUDIO RETAIL, LLC UPS STORE, CHECKING ACCOUNT #8100373540

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $10,033.54 |
| CASH RECEIPTS | $289.40 |
| DISBURSEMENTS | ($32.14) |
| CLOSING BALANCE AS OF 7/31/14 | $10,290.80 |

VI. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #8100455511

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $22,234.91 |
| CASH RECEIPTS | $43,334.32 |
| DISBURSEMENTS | ($56,867.26) |
| CLOSING BALANCE AS OF 7/31/14 | $8,701.97 |

VII. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #8100455529

| | |
|---|---:|
| BEGINNING BALANCE AS OF 7/1/14 | $9,452.94 |
| CASH RECEIPTS | $14,543.31 |
| DISBURSEMENTS | ($16,924.98) |
| CLOSING BALANCE AS OF 7/31/14 | $7,071.27 |

Attorney:    Ben T. Caughey, Ice Miller LLP
             One American Square , Suite 3100
             Indianapolis, IN 46280  (317) 236-2493

STATE OF ILLINOIS )
                  ) ss
COUNTY OF VERMILION )

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

IN RE: ) Chapter 11
       )
EARL GAUDIO & SON, INC. ) Case No.: 13-90942
       )
       )

**FOURTEENTH CURRENT ACCOUNT**

The undersigned, First Midwest Bank/Trust Division, under penalties of perjury, heretofore duly qualified and appointed Custodian of Earl Gaudio & Son, Inc., respectfully submits to this Honorable Court the following statement of its receipts and disbursements from the filing of its Chapter 11 bankruptcy petition on July 1, 2014 to July 31, 2014, and prays to have the same approved.

## I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8

### A. ASSETS ON HAND AS OF JULY 1, 2014

| | | |
|---|---|---|
| Warehouse | | |
| 1803 Georgetown Rd. | | |
| Tilton, IL 61833 | | |
| PIN: 23-20-300-089-0060 | $4,450,000.00 | |
| | | |
| Regions Bank -Account #96564067 (1803 LLC) | TBD | |
| | | |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 | |
| | | |
| Security Deposit -Ameren Illinois | $1,612.00 | |
| | | |
| Nt Institutional Government Select Fund | $203,370.94 | |
| | | |
| 100000.000 US Treasury Bill, 0.00% due 8/21/14 | $99,972.48 | |
| 50000.000 US Treasury Bill, 0.00% due 10/16/14 | $49,981.84 | |
| 150000.000 US Treasury Bill, 0.00% due 1/8/15 | $149,899.24 | |
| | | |
| 275000.000 US Treasury Note, 0.375% due 11/15/15 | $275,651.75 | |
| 275000.000 US Treasury Note, 0.375% due 1/15/16 | $275,451.00 | |
| 275000.000 US Treasury Note, 0.625% due 10/15/16 | $275,313.50 | |
| | | |
| **ASSETS ON HAND AS OF JULY 1, 2014** | | **$5,806,252.75** |

### B. RECEIPTS

| | |
|---|---|
| **TOTAL CASH RECEIPTS** | **$0.00** |

### C. INVESTMENT SALES AND INCOME

| | | | |
|---|---|---|---|
| 1 | Nt Institutional Government Select Fund | | |
| | 07/01/14 | Dividend to 6/30/14 | $3.35 |
| | | Total | $3.35 |
| | | | |
| 2 | US Treasury Note, 0.375% due 1/15/16 | | |
| | 07/15/14 | Interest to 7/15/14 on 275,000 | $515.63 |
| | | Total | $515.63 |
| | | | |
| | **TOTAL INVESTMENT SALES AND INCOME** | | **$518.98** |

## D. DISBURSEMENTS

**1  Aqua Illinois**

| | | | |
|---|---|---|---|
| 07/08/14 | Sewer service 5/28/14-6/25/14 | ($15.00) | |
| 07/08/14 | Water service 5/28/14-6/25/14 | ($137.40) | |
| 07/07/14 | Fireline service 5/30/14-6/26/14 | ($183.72) | |
| | Total | | ($336.12) |

**2  Lyons Lawn Care**

| | | | |
|---|---|---|---|
| 07/01/14 | Lawn maintenance 6/5/14-6/26/14 | ($900.00) | |
| | Total | | ($900.00) |

**3  Retirement Advantage, Inc.**

| | | | |
|---|---|---|---|
| 07/01/14 | 1/2 payment to close 401K plan | ($1,998.75) | |
| | Total | | ($1,998.75) |

**4  United States Trustee**

| | | | |
|---|---|---|---|
| 07/18/14 | Chapter 11 quarterly fee payment | ($4,875.00) | |
| | Total | | ($4,875.00) |

**5  Westfield Insurance**

| | | | |
|---|---|---|---|
| 07/18/14 | Monthly installment Commercial Package, #TRA6619016 | ($438.92) | |
| | Total | | ($438.92) |

**TOTAL DISBURSEMENTS**       **($8,548.79)**

## E. PURCHASES

**TOTAL PURCHASES**       **$0.00**

## F. ASSETS ON HAND AS OF JULY 31, 2014

| | |
|---|---|
| Warehouse | |
| 1803 Georgetown Rd. | |
| Tilton, IL 61833 | |
| PIN: 23-20-300-089-0060 | $4,450,000.00 |
| Regions Bank - Account #96564067 (1803 LLC) | TBD |
| Promissory Note from Gaudio Retail, LLC, @3%, dtd 8/7/13 | $25,000.00 |
| Security Deposit - Ameren Illinois | $1,612.00 |
| Nt Institutional Government Select Fund | $195,341.13 |
| 100000.000 US Treasury Bill, 0.00% due 8/21/14 | $99,968.74 |
| 50000.000 US Treasury Bill, 0.00% due 10/16/14 | $49,983.26 |
| 150000.000 US Treasury Bill, 0.00% due 1/8/15 | $149,886.03 |
| 275000.000 US Treasury Note, 0.375% due 11/15/15 | $275,547.25 |
| 275000.000 US Treasury Note, 0.375% due 1/15/16 | $275,387.75 |
| 275000.000 US Treasury Note, 0.625% due 10/15/16 | $274,741.50 |

**ASSETS ON HAND AS OF JULY 31, 2014**       **$5,797,467.66**


## II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #8100373433

### A. RECEIPTS

**TOTAL RECEIPTS**       **$0.00**

### B. DISBURSEMENTS

**1  First Midwest Bank**

| | | | |
|---|---|---|---|
| 07/01/14 | June Maint. Fee | ($15.00) | |
| | Total | | ($15.00) |

**TOTAL DISBURSEMENTS**       **($15.00)**

**III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6**

**A. RECEIPTS**

1  ADP

| | | | |
|---|---|---|---|
| 07/15/14 | Adjustment-State Unemployement Insurance Contribution Rate | $238.37 | |
| | Total | | $238.37 |

2  FMB UPS Checking Account #8100455511

| | | | |
|---|---|---|---|
| 07/01/14 | Transfer excess funds from Checking Acct to Trust Acct | $10,000.00 | |
| 07/11/14 | Transfer excess funds from Checking Acct to Trust Acct | $7,000.00 | |
| 07/17/14 | Transfer excess funds from Checking Acct to Trust Acct | $7,000.00 | |
| 07/24/14 | Transfer excess funds from Checking Acct to Trust Acct | $8,500.00 | |
| | Total | | $32,500.00 |

**TOTAL RECEIPTS**  **$32,738.37**

**B. INVESTMENT SALES AND INCOME**

1  Nt Institutional Government Select Fund

| | | | |
|---|---|---|---|
| 07/01/14 | Dividend to 6/30/14 | $0.14 | |
| | Total | | $0.14 |

**TOTAL INVESTMENT SALES AND INCOME**  **$0.14**

**C. DISBURSEMENTS**

1  Business Operating Expenses:

Alarmax, Inc.

| | | | |
|---|---|---|---|
| 07/08/14 | Service 5/28/14-6/26/14 | ($90.00) | |
| | Total | | ($90.00) |

Allied Waste Services

| | | | |
|---|---|---|---|
| 07/08/14 | Service 7/1/14-7/31/14 | ($94.90) | |
| | Total | | ($94.90) |

Ameren Illinois

| | | | |
|---|---|---|---|
| 07/08/14 | Service 5/28/14-6/26/14, EGS (correction in August) | ($1,052.55) | |
| 07/08/14 | Service 6/1/14-6/30/14 | ($184.15) | |
| | Total | | ($1,236.70) |

Bankcard Processing Center -FMB Corp credit cards

| | | | |
|---|---|---|---|
| 07/18/14 | 7/9/14-7/11/14 | ($548.68) | |
| | Total | | ($548.68) |

Comcast Cable

| | | | |
|---|---|---|---|
| 07/03/14 | Service 6/24/14-7/23/14 | ($147.28) | |
| | Total | | ($147.28) |

Constellation Newenergy, Inc.

| | | | |
|---|---|---|---|
| 07/08/14 | Service, 5/28/14-6/26/14, EGS (correction in August) | ($356.58) | |
| 07/18/14 | Service, 6/1/14-6/30/14 | ($125.16) | |
| | Total | | ($481.74) |

County Fair Self Storage

| | | | |
|---|---|---|---|
| 07/23/14 | August Rent, Unit D120, invoice #3949 | ($89.00) | |
| | Total | | ($89.00) |

GE Capital/Ricoh USA Program

| | | | |
|---|---|---|---|
| 07/08/14 | Equipment lease 7/22/14-8/21/14 | ($363.15) | |
| | Total | | ($363.15) |

Dianna Lienard

| | | | |
|---|---|---|---|
| 07/08/14 | Mileage reimbursement 6/4/14-6/20/14 | ($35.60) | |
| 07/25/14 | Mileage reimbursement 7/7/14-7/23/14 | ($109.61) | |
| | Total | | ($145.21) |

Jame Kulklinski

| | | | |
|---|---|---|---|
| 07/01/14 | Reimbursement for damaged expresso machine | ($173.98) | |
| | Total | | ($173.98) |

| | Monster Shred | | |
|---|---|---|---|
| 07/08/14 | Store #4323, Inv#20802 | ($45.00) | |
| | Total | | ($45.00) |
| | | | |
| | OfficeMax | | |
| 07/01/14 | Acct#730876, Inv#423344 | ($54.91) | |
| | Total | | ($54.91) |
| | | | |
| | Old Farm Shops, LTD | | |
| 07/22/14 | Rent & CAM charges, store #4323, July 2014 | ($2,226.35) | |
| | Total | | ($2,226.35) |
| | | | |
| | Ricoh USA, Inc. | | |
| 07/01/14 | Acct#2197356, Inv#5031153416 | ($12.98) | |
| 07/01/14 | Acct#2197356, Inv#5031247445 | ($85.13) | |
| 07/23/14 | Acct#2197356, Inv#5031579916 | ($19.68) | |
| | Total | | ($117.79) |
| | | | |
| | Schwartz Supply Source | | |
| 07/10/14 | Ord #26261416 | ($549.36) | |
| | Total | | ($549.36) |
| | | | |
| | UPS Freight | | |
| 07/28/14 | Acct #20225590 | ($136.58) | |
| | Total | | ($136.58) |
| | | | |
| | Westfield Insurance | | |
| 07/18/14 | Annual commercial package insurance -July payment | ($438.91) | |
| | Total | | ($438.91) |
| | | | |
| | Total Business Operating Expenses | | ($6,939.54) |
| | | | |
| 2 | ADP-Automatic Data Processing | | |
| 07/03/14 | Payroll taxes wired for pay date 7/4/14 | ($1,226.34) | |
| 07/16/14 | Payroll taxes wired for pay date 7/18/14 | ($1,088.02) | |
| 07/30/14 | Payroll taxes wired for pay date 8/1/14 | ($1,287.39) | |
| | Total | | ($3,601.75) |
| | | | |
| 3 | First Midwest Bank | | |
| 07/03/14 | Wire transfer fee -ADP payroll taxes (pd 7/4/14) | ($30.00) | |
| 07/16/14 | Wire transfer fee -ADP payroll taxes (pd 7/4/14) | ($30.00) | |
| 07/30/14 | Wire transfer fee -ADP payroll taxes (pd 7/18/14) | ($30.00) | |
| | Total | | ($90.00) |
| | | | |
| 4 | Illinois Department of Revenue | | |
| 07/01/14 | 2014 St-1 Sales and Use Tax Return, June 2014 | ($400.91) | |
| | Total | | ($400.91) |
| | | | |
| | **TOTAL DISBURSEMENTS** | | **($11,032.20)** |

**D. LIABILITIES**

| | | | |
|---|---|---|---|
| | Promissory Note to Earl Gaudio & Son, Inc., @3%, dtd 8/7/13 | ($25,000.00) | |
| | Lease Agreement Shanell, Inc., Landlord Store 2830 N. Vermilion St., Danville, IL | ($1.00) | |
| | Lease Agreement Old Farm Shops, Landlord Store 1717 W. Kirby Ave, Champaign, IL | ($1.00) | |
| | **TOTAL LIABILITIES 7/31/14** | | **($25,002.00)** |

**IV. EGS/UPS STORE D-BK #13-90942, TRUST ACCOUNT #21-0072-01-9**

**A. RECEIPTS**

1  FMB UPS Checking Account #8100455529

| | | | |
|---|---|---|---|
| 07/01/14 | Transfer excess funds from Checking Acct to Trust Acct | $6,000.00 | |
| | Total | | $6,000.00 |

2  Nt Institutional Government

| | | | |
|---|---|---|---|
| 07/01/14 | Dividend to 6/30/14 | $0.15 | |
| | Total | | $0.15 |

**TOTAL RECEIPTS** ................................................................ **$6,000.15**

**B. DISBURSEMENTS**

1  Business Operating Expenses:

Ameren Illinois

| | | | |
|---|---|---|---|
| 07/18/14 | Service 6/8/14-7/8/14 | ($113.95) | |
| | Total | | ($113.95) |

Aqua Illinois

| | | | |
|---|---|---|---|
| 07/18/14 | Service 6/2/14-6/30-14 | ($27.22) | |
| | Total | | ($27.22) |

Bancard Processing Center

| | | | |
|---|---|---|---|
| 07/18/14 | Service 6/17/14-6/18/14 | ($37.11) | |
| | Total | | ($37.11) |

Can Coil

| | | | |
|---|---|---|---|
| 07/18/14 | Claim for damaged motor | ($55.58) | |
| | Total | | ($55.58) |

Comcast Cable

| | | | |
|---|---|---|---|
| 07/21/14 | Service 7/3/14-8/2/14 | ($181.46) | |
| | Total | | ($181.46) |

Constellation Newenergy, Inc.

| | | | |
|---|---|---|---|
| 07/23/14 | Service 6/7/14-7/7/14 | ($111.56) | |
| | Total | | ($111.56) |

Danville Sanitary District

| | | | |
|---|---|---|---|
| 07/01/14 | Service 4/30/14-5/31/14 | ($11.14) | |
| | Total | | ($11.14) |

Denise Gay

| | | | |
|---|---|---|---|
| 07/25/14 | Mileage Reimbursement 6/3/14-7/22/14 | ($142.38) | |
| | Total | | ($142.38) |

GE Capital c/o Ricoh USA Program

| | | | |
|---|---|---|---|
| 07/08/14 | Equipment lease 7/12/14-8/11/14 | ($725.32) | |
| | Total | | ($725.32) |

Monster Shred

| | | | |
|---|---|---|---|
| 07/08/14 | Store #6236, Inv#20792 | ($45.00) | |
| | Total | | ($45.00) |

Nanette Finkle

| | | | |
|---|---|---|---|
| 07/23/14 | Claim for damaged urn & damaged bench | ($510.79) | |
| | Total | | ($510.79) |

Ricoh USA, Inc.

| | | | |
|---|---|---|---|
| 07/01/14 | Inv#5031153416 | ($70.63) | |
| 07/23/14 | Inv#5031579916 | ($42.47) | |
| | Total | | ($113.10) |

Schwarz Supply Source

| | | | |
|---|---|---|---|
| 07/08/14 | Order #26099347 SA | ($225.28) | |
| | Total | | ($225.28) |

| | Shanell Inc. | | |
|---|---|---|---|
| 07/01/14 | July rent | ($1,615.00) | |
| 07/23/14 | Pro-Rated Share of 2013 Real Estate Taxes | ($3,080.14) | |
| | Total | | ($4,695.14) |
| | | | |
| | U.S. Postal Service | | |
| 07/09/14 | 100 books of stamps | ($980.00) | |
| | Total | | ($980.00) |
| | | | |
| | Westfield Insurance | | |
| 07/18/14 | Annual commercial package insurance -July payment | ($438.91) | |
| | Total | | ($438.91) |
| | | | |
| | Total Business Operating Expenses | | ($8,413.94) |

| 2 ADP-Automatic Data Processing | | | |
|---|---|---|---|
| 07/03/14 | Payroll taxes wired for pay date 7/4/14 | ($797.73) | |
| 07/16/14 | Payroll taxes wired for pay date 7/18/14 | ($712.99) | |
| 07/30/14 | Payroll taxes wired for pay date 8/1/14 | ($859.20) | |
| | Total | | ($2,369.92) |

| 3 First Midwest Bank | | | |
|---|---|---|---|
| 07/03/14 | Wire transfer fee -ADP payroll taxes (pd 7/4/14) | ($30.00) | |
| 07/15/14 | Monthly fee to 6/30/14 | ($131.25) | |
| 07/16/14 | Wire transfer fee -ADP payroll taxes (pd 7/18/14) | ($30.00) | |
| 07/30/14 | Wire transfer fee -ADP payroll taxes (pd 8/1/14) | ($30.00) | |
| | Total | | ($221.25) |

| 4 Illinois Department of Revenue | | | |
|---|---|---|---|
| 07/01/14 | 2014 St-1 Sales and Use Tax Return, June 2014 | ($142.43) | |
| | Total | | ($142.43) |

| | **TOTAL DISBURSEMENTS** | | **($11,147.54)** |
|---|---|---|---|

## V. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #8100373540

**A. RECEIPTS**

| 1 American Express #6236, 2830 N. Vermilion St., Ste B, Danville, IL 61832 | | | |
|---|---|---|---|
| 07/01/14 | Settlement Received -for 6/28/14 | $86.21 | |
| 07/07/14 | Settlement Received -for 7/4/14 | $2.52 | |
| 07/11/14 | Settlement Received -for 7/8/14 | $35.34 | |
| 07/14/14 | Settlement Received -for 7/9/14 | $60.46 | |
| 07/14/14 | Settlement Received -for 7/10 & 7/11/14 | $27.46 | |
| 07/18/14 | Settlement Received -for 7/15/14 | $26.71 | |
| 07/21/14 | Settlement Received -for 7/17/14 | $50.70 | |
| | Total | | $289.40 |
| | (Payments now being deposited into Checking Acct #8100455529) | | |

| | **TOTAL RECEIPTS** | | **$289.40** |
|---|---|---|---|

**B. DISBURSEMENTS**

| 1 American Express | | | |
|---|---|---|---|
| 07/14/14 | Settlement Charge, store #6236 | ($17.14) | |
| | Total | | ($17.14) |
| | | | |
| 2 First Midwest Bank | | | |
| 07/01/14 | Maintenance fee -June | ($15.00) | |
| | Total | | ($15.00) |

| | **TOTAL DISBURSEMENTS** | | **($32.14)** |
|---|---|---|---|

**VI. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #81064355l1**

## A. RECEIPTS

### 1 Daily Cash Register Deposits

| Date | Description | Amount | |
|---|---|---:|---:|
| 07/03/14 | Cash for 6/28/14 | $24.75 | |
| 07/03/14 | Cash for 6/30/14 | $324.04 | |
| 07/03/14 | Cash for 7/1/14 | $288.12 | |
| 07/03/14 | Cash for 7/2/14 | $78.10 | |
| 07/07/14 | Cash for 7/3/14 | $207.76 | |
| 07/07/14 | Cash for 7/5/14 | $73.82 | |
| 07/09/14 | Cash for 7/7/14 | $1,230.71 | |
| 07/09/14 | Cash for 7/8/14 | $312.38 | |
| 07/11/14 | Cash for 7/9/14 | $175.28 | |
| 07/11/14 | Cash for 7/10/14 | $290.85 | |
| 07/14/14 | Cash for 7/11/14 | $159.32 | |
| 07/14/14 | Cash for 7/12/14 | $36.00 | |
| 07/16/14 | Cash for 7/14/14 | $599.15 | |
| 07/17/14 | Cash for 7/15/14 | $269.40 | |
| 07/18/14 | Cash for 7/16/14 | $231.26 | |
| 07/18/14 | Cash for 7/17/14 | $171.04 | |
| 07/21/14 | Cash for 7/18/14 | $351.09 | |
| 07/21/14 | Cash for 7/19/14 | $261.92 | |
| 07/23/14 | Cash for 7/21/14 | $397.40 | |
| 07/23/14 | Cash for 7/22/14 | $328.55 | |
| 07/25/14 | Cash for 7/23/14 | $326.20 | |
| 07/25/14 | Cash for 7/24/14 | $137.71 | |
| 07/29/14 | Cash for 7/26/14 | $122.03 | |
| 07/31/14 | Cash for 7/29/14 | $219.11 | |
| | Total | | $6,585.98 |

### 2 Paymentech

| Date | Description | Amount | |
|---|---|---:|---:|
| 07/01/14 | Visa/Master Card/Discover Deposits for 6/27/14 | $386.87 | |
| 07/01/14 | Visa/Master Card/Discover Deposits for 6/28/14 | $637.54 | |
| 07/02/14 | Visa/Master Card/Discover Deposits for 6/30/14 | $2,146.49 | |
| 07/03/14 | Visa/Master Card/Discover Deposits for 7/1/14 | $2,278.90 | |
| 07/07/14 | Visa/Master Card/Discover Deposits for 7/2/14 | $1,618.33 | |
| 07/07/14 | Visa/Master Card/Discover Deposits for 7/3/14 | $1,015.44 | |
| 07/08/14 | Visa/Master Card/Discover Deposits for 7/5/14 | $515.51 | |
| 07/09/14 | Visa/Master Card/Discover Deposits for 7/7/14 | $1,292.13 | |
| 07/10/14 | Visa/Master Card/Discover Deposits for 7/8/14 | $589.27 | |
| 07/11/14 | Visa/Master Card/Discover Deposits for 7/9/14 | $784.79 | |
| 07/14/14 | Visa/Master Card/Discover Deposits for 7/10/14 | $553.86 | |
| 07/15/14 | Visa/Master Card/Discover Deposits for 7/11/14 | $861.30 | |
| 07/15/14 | Visa/Master Card/Discover Deposits for 7/12/14 | $352.52 | |
| 07/16/14 | Visa/Master Card/Discover Deposits for 7/14/14 | $1,978.23 | |
| 07/17/14 | Visa/Master Card/Discover Deposits for 7/15/14 | $1,736.46 | |
| 07/18/14 | Visa/Master Card/Discover Deposits for 7/16/14 | $1,422.39 | |
| 07/21/14 | Visa/Master Card/Discover Deposits for 7/17/14 | $628.18 | |
| 07/22/14 | Visa/Master Card/Discover Deposits for 7/18/14 | $1,220.66 | |
| 07/22/14 | Visa/Master Card/Discover Deposits for 7/19/14 | $387.94 | |
| 07/23/14 | Visa/Master Card/Discover Deposits for 7/21/14 | $829.83 | |
| 07/24/14 | Visa/Master Card/Discover Deposits for 7/22/14 | $1,639.73 | |
| 07/25/14 | Visa/Master Card/Discover Deposits for 7/23/14 | $838.53 | |
| 07/28/14 | Visa/Master Card/Discover Deposits for 7/24/14 | $1,599.15 | |
| 07/29/14 | Visa/Master Card/Discover Deposits for 7/25/14 | $711.86 | |
| 07/29/14 | Visa/Master Card/Discover Deposits for 7/26/14 | $428.44 | |
| 07/30/14 | Visa/Master Card/Discover Deposits for 7/28/14 | $1,518.01 | |
| 07/31/14 | Visa/Master Card/Discover Deposits for 7/29/14 | $1,505.79 | |
| | Total | | $29,477.85 |

### 3 American Express

| Date | Description | Amount |
|---|---|---:|
| 07/01/14 | Settlement Received -for 6/28/14 | $72.04 |
| 07/07/14 | Settlement Received -for 7/1/14 | $562.59 |
| 07/07/14 | Settlement Received -for 7/4/14 | $143.87 |
| 07/07/14 | Settlement Received -for 7/2/14 | $86.96 |
| 07/09/14 | Settlement Received -for 7/6/14 | $713.62 |
| 07/14/14 | Settlement Received -for 7/9/14 | $630.77 |
| 07/14/14 | Settlement Received -for 7/10-7/11/14 | $76.01 |

| Date | Description | Amount | Total |
|------|-------------|-------:|------:|
| 07/15/14 | Settlement Received -for 7/12/14 | $73.62 | |
| 07/18/14 | Settlement Received -for 7/15/14 | $182.87 | |
| 07/21/14 | Settlement Received -for 7/17-7/18/14 | $78.51 | |
| 07/22/14 | Settlement Received -for 7/19/14 | $2.34 | |
| 07/25/14 | Settlement Received -for 7/22/14 | $101.95 | |
| 07/28/14 | Settlement Received -for 7/25/14 | $105.28 | |
| 07/28/14 | Settlement Received -for 7/23/14 | $83.36 | |
| 07/29/14 | Settlement Received -for 7/26/14 | $40.67 | |
| | Total | | $2,956.16 |

**4  UPS - PRP Refund**

| | | | |
|------|-------------|-------:|------:|
| 07/21/14 | June Payment | $4,314.33 | |
| | Total | | $4,314.33 |

**TOTAL RECEIPTS**                                                            **$43,334.32**

## B. DISBURSEMENTS

**1  ADP**

| | | | |
|------|-------------|-------:|------:|
| | Payroll checks that cleared in July | ($6,119.72) | |
| 07/11/14 | Processing Fees 7/4/14 payroll | ($65.07) | |
| 07/21/14 | Fee collection | ($0.27) | |
| 07/25/14 | Processing Fees 7/18/14 payroll | ($101.07) | |
| | Total | | ($6,286.13) |

**2  First Midwest Bank**

| | | | |
|------|-------------|-------:|------:|
| 07/01/14 | Maintenance Fee -June | ($15.00) | |
| | Total | | ($15.00) |

**3  First Midwest Bank Trust Account #210061016**

| | | | |
|------|-------------|-------:|------:|
| 07/01/14 | Transfer access funds from Checking Acct to Trust Acct | ($10,000.00) | |
| 07/11/14 | Transfer access funds from Checking Acct to Trust Acct | ($7,000.00) | |
| 07/17/14 | Transfer access funds from Checking Acct to Trust Acct | ($7,000.00) | |
| 07/24/14 | Transfer access funds from Checking Acct to Trust Acct | ($8,500.00) | |
| | Total | | ($32,500.00) |

**4  UPS**

| | | | |
|------|-------------|-------:|------:|
| 07/07/14 | Freight Charges | ($2,854.87) | |
| 07/08/14 | June Co-op fee | ($250.00) | |
| 07/11/14 | Freight Charges | ($3,050.72) | |
| 07/18/14 | Freight Charges | ($3,445.79) | |
| 07/23/14 | Freight Charges | ($3,393.43) | |
| 07/25/14 | Freight Charges | ($3,500.91) | |
| | Total | | ($16,495.72) |

**5  United States Postal Service**

| | | | |
|------|-------------|-------:|------:|
| 07/03/14 | Postage meter replenishment | ($500.00) | |
| 07/31/14 | Postage meter replenishment | ($500.00) | |
| | Total | | ($1,000.00) |

**6  Paymentech**

| | | | |
|------|-------------|-------:|------:|
| 07/03/14 | June Fee | ($570.41) | |
| | Total | | ($570.41) |

**TOTAL DISBURSEMENTS**                                                        **($56,867.26)**

## VII. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #8100455529

### A. RECEIPTS

**1  Daily Cash Register Deposits**

| | | |
|------|-------------|-------:|
| 07/01/14 | Cash for 6/30/14 | $94.89 |
| 07/03/14 | Cash for 7/1/14 | $47.10 |
| 07/03/14 | Cash for 7/2/14 | $56.76 |
| 07/07/14 | Cash for 7/3/14 | $59.06 |
| 07/07/14 | Cash for 7/5/14 | $37.30 |
| 07/07/14 | Cash for 7/7/14 | $243.74 |
| 07/11/14 | Cash for 7/8/14 | $95.77 |
| 07/11/14 | Cash for 7/9/14 | $55.43 |
| 07/11/14 | Cash for 7/10/14 | $241.03 |

| | | | |
|---|---|---|---|
| 07/14/14 | Cash for 7/11/14 | $92.99 | |
| 07/14/14 | Cash for 7/12/14 | $76.92 | |
| 07/17/14 | Cash for 7/14/14 | $200.49 | |
| 07/17/14 | Cash for 7/15/14 | $117.96 | |
| 07/17/14 | Cash for 7/16/14 | $64.92 | |
| 07/21/14 | Cash for 7/18/14 | $176.10 | |
| 07/21/14 | Cash for 7/19/14 | $138.31 | |
| 07/17/14 | Cash for 7/21/14 | $1,203.74 | |
| 07/21/14 | Cash for 7/22/14 | $220.19 | |
| 07/21/14 | Cash for 7/23/14 | $222.12 | |
| | Total | | $3,444.82 |

**2  Paymentech**

| | | | |
|---|---|---|---|
| 07/01/14 | Visa/Master Card/Discover Deposits for 6/27/14 | $558.85 | |
| 07/01/14 | Visa/Master Card/Discover Deposits for 6/28/14 | $275.88 | |
| 07/02/14 | Visa/Master Card/Discover Deposits for 6/30/14 | $309.26 | |
| 07/03/14 | Visa/Master Card/Discover Deposits for 7/1/14 | $292.03 | |
| 07/07/24 | Visa/Master Card/Discover Deposits for 7/2/14 | $159.52 | |
| 07/07/24 | Visa/Master Card/Discover Deposits for 7/3/14 | $326.42 | |
| 07/08/14 | Visa/Master Card/Discover Deposits for 7/5/14 | $64.87 | |
| 07/09/14 | Visa/Master Card/Discover Deposits for 7/7/14 | $667.59 | |
| 07/10/14 | Visa/Master Card/Discover Deposits for 7/8/14 | $378.86 | |
| 07/11/14 | Visa/Master Card/Discover Deposits for 7/9/14 | $533.66 | |
| 07/14/14 | Visa/Master Card/Discover Deposits for 7/10/14 | $238.18 | |
| 07/15/14 | Visa/Master Card/Discover Deposits for 7/11/14 | $1,716.18 | |
| 07/15/14 | Visa/Master Card/Discover Deposits for 7/12/14 | $55.02 | |
| 07/16/14 | Visa/Master Card/Discover Deposits for 7/14/14 | $584.05 | |
| 07/17/14 | Visa/Master Card/Discover Deposits for 7/15/14 | $598.25 | |
| 07/18/14 | Visa/Master Card/Discover Deposits for 7/16/14 | $446.20 | |
| 07/21/14 | Visa/Master Card/Discover Deposits for 7/17/14 | $158.85 | |
| 07/22/14 | Visa/Master Card/Discover Deposits for 7/18/14 | $382.71 | |
| 07/22/14 | Visa/Master Card/Discover Deposits for 7/19/14 | $41.46 | |
| 07/23/14 | Visa/Master Card/Discover Deposits for 7/21/14 | $226.08 | |
| 07/24/14 | Visa/Master Card/Discover Deposits for 7/22/14 | $188.47 | |
| 07/25/14 | Visa/Master Card/Discover Deposits for 7/23/14 | $92.86 | |
| 07/28/14 | Visa/Master Card/Discover Deposits for 7/24/14 | $233.04 | |
| 07/29/14 | Visa/Master Card/Discover Deposits for 7/25/14 | $214.72 | |
| 07/29/14 | Visa/Master Card/Discover Deposits for 7/26/14 | $39.69 | |
| 07/30/14 | Visa/Master Card/Discover Deposits for 7/28/14 | $468.21 | |
| 07/31/14 | Visa/Master Card/Discover Deposits for 7/29/14 | $241.27 | |
| | Total | | $9,492.18 |

**3  American Express**

| | | | |
|---|---|---|---|
| 07/22/14 | Settlement Received -for 7/19/14 | $11.85 | |
| 07/25/14 | Settlement Received -for 7/22/14 | $17.09 | |
| 07/28/14 | Settlement Received -for 7/24/14 | $179.75 | |
| 07/28/14 | Settlement Received -for 7/23/14 | $36.27 | |
| 07/29/14 | Settlement Received -for 7/26/14 | $111.74 | |
| | Total | | $356.70 |

**4  UPS - PRP Refund**

| | | | |
|---|---|---|---|
| 07/21/14 | June Payment | $1,249.61 | |
| | Total | | $1,249.61 |

**TOTAL RECEIPTS** | | | **$14,543.31** |

**B. DISBURSEMENTS**

**1  ADP**

| | | | |
|---|---|---|---|
| | Paychecks that cleared this month | ($3,403.49) | |
| 07/03/14 | Processing Fees 6/27/14 payroll | ($57.48) | |
| 07/11/14 | Processing Fees 7/4/14 payroll | ($90.80) | |
| 07/17/14 | Processing Fees 7/11/14 payroll | ($57.48) | |
| 07/25/14 | Processing Fees 7/18/14 payroll | ($65.80) | |
| 07/31/14 | Processing Fees 7/25/14 payroll | ($57.48) | |
| | Total | | ($3,732.53) |

**2  First Midwest Bank**

| | | | |
|---|---|---|---|
| 07/01/14 | Maintenance Fee -June | ($15.45) | |

|  |  | | |
|---|---|---:|---:|
| | Total | | ($15.45) |
| **3 First Midwest Bank Checking Account #8100455529** | | | |
| 07/24/14 | Transfer excess funds from Checking Acct to Trust Acct | ($6,000.00) | |
| | Total | | ($6,000.00) |
| **4 UPS** | | | |
| 07/07/14 | Freight Charges | ($1,400.15) | |
| 07/08/14 | June Co-op fee | ($250.00) | |
| 07/11/14 | Freight Charges | ($584.41) | |
| 07/18/14 | Freight Charges | ($2,000.40) | |
| 07/23/14 | Freight Charges | ($1,307.47) | |
| 07/25/14 | Freight Charges | ($1,044.04) | |
| 07/29/14 | Freight Charges | ($375.15) | |
| | Total | | ($6,961.62) |
| **5 Paymentech** | | | |
| 07/03/14 | June Fee | ($215.38) | |
| | Total | | ($215.38) |
| | **TOTAL DISBURSEMENTS** | | **($16,924.98)** |

**RECAPITULATION**

**BEGINNING BALANCE AS OF 7/1/14**

| | |
|---|---:|
| I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8 | $203,370.94 |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #8100373433 | $9,701.37 |
| III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6 | $7,039.88 |
| IV. EGS/UPS STORE D-BK #13-90942, TRUST ACCOUNT #21-0072-01-3 | $17,879.76 |
| V. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #8100373540 | $10,033.54 |
| VI. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #8100455511 | $22,234.91 |
| VII. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #8100455529 | $9,452.94 |
| **TOTAL** | **$279,713.34** |

**RECEIPTS**

| | |
|---|---:|
| I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8 | $0.00 |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #8100373433 | $0.00 |
| III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6 | $32,738.37 |
| IV. EGS/UPS STORE D-BK #13-90942, TRUST ACCOUNT #21-0072-01-3 | $6,000.15 |
| V. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #8100373540 | $289.40 |
| VI. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #8100455511 | $43,334.32 |
| VII. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #8100455529 | $14,543.31 |
| **TOTAL** | **$96,905.55** |

**INVESTMENT SALES AND INCOME**

| | |
|---|---:|
| I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8 | $518.98 |
| III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6 | $0.14 |
| **TOTAL** | **$519.12** |

**DISBURSEMENTS**

| | |
|---|---:|
| I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8 | ($8,548.79) |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #8100373433 | ($15.00) |
| III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6 | ($11,032.20) |
| IV. EGS/UPS STORE D-BK #13-90942, TRUST ACCOUNT #21-0072-01-3 | ($11,147.54) |
| V. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #8100373540 | ($32.14) |
| VI. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #8100455511 | ($56,867.26) |
| VII. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #8100455529 | ($16,924.98) |
| **TOTAL** | **($104,567.91)** |

**PURCHASES**

| | |
|---|---:|
| I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8 | $0.00 |
| III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6 | $0.00 |
| **TOTAL** | **$0.00** |

**CLOSING BALANCE AS OF 7/31/14**

| | |
|---|---:|
| I. EGS, INC. BK #13-90942, TRUST ACCOUNT #21-0060-01-8 | $195,341.13 |
| II. EARL GAUDIO & SON, INC. BEVERAGE DIST DIVISION, CHECKING ACCOUNT #8100373433 | $9,686.37 |
| III. EGS/UPS STORE C-BK #13-90942, TRUST ACCOUNT #21-0061-01-6 | $28,746.19 |
| IV. EGS/UPS STORE D-BK #13-90942, TRUST ACCOUNT #21-0072-01-3 | $12,732.37 |
| V. GAUDIO RETAIL, LLC  UPS STORE, CHECKING ACCOUNT #8100373540 | $10,290.80 |
| VI. EGS, INC DBA THE UPS STORE #4323, CHECKING ACCOUNT #8100455511 | $8,701.97 |
| VII. EGS, INC DBA THE UPS STORE #6236, CHECKING ACCOUNT #8100455529 | $7,071.27 |
| **TOTAL** | **$272,570.10** |

| | |
|---|---:|
| **BEGINNING BALANCE AS OF 7/1/14** | **$279,713.34** |
| **RECEIPTS** | **$96,905.55** |
| **INVESTMENT SALES AND INCOME** | **$519.12** |
| **DISBURSEMENTS** | **($104,567.91)** |
| **PURCHASES** | **$0.00** |
| **CLOSING BALANCE AS OF 7/31/14** | **$272,570.10** |

The undersigned Custodian, now moves the Court to approve of its acts as above set forth, and having made and taken receipts therefore and presented to this court, ask to be approved; all of which is respectfully submitted.

FIRST MIDWEST BANK / WEALTH MANAGEMENT DIVISION

By: _Michele A. Morgan_ _____
    Michele A. Morgan
    Vice President
    Estate Settlement, Contested Trusts & Special Assets


**STATE OF ILLINOIS**                     )
                                     )   **SS**

**CENTRAL DISTRICT OF ILLINOIS**           )


Michele A. Morgan, on behalf of First Midwest Bank Trust Division, being first duly sworn, says that she is a Vice President and Trust Officer of First Midwest Bank / Wealth Management Division, and is duly authorized to make this affidavit on its behalf, and which is the duly appointed and qualified Custodian of Earl Gaudio & Son, Inc.; that the undersigned has examined the above and foregoing account by her subscribed and that the same is true in substance and in fact; and that the assets of said Estate are kept separate and distinct from the assets of said Bank. Affiant further certifies that First Midwest Bank / Wealth Management holds in its files vouchers covering all the disbursements shown in the above accounting.

                                 First Midwest Bank, as
                                 Custodian of Earl Gaudio & Son, Inc.

                                 By: _Michele A. Morgan_ _____
                                     Michele A. Morgan
                                     its: Vice President, Wealth Management

Subscribed and sworn to before me
this _14th_ day of August, 2014.

_Rebecca Chamberlin Little_

G:\AH\Gaudio,Earl\Court Accountings\July 14th Accounting.xls

"OFFICIAL SEAL"
REBECCA CHAMBERLIN LITTLE
Notary Public, State of Illinois
My Commission Expires 9/20/16