UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| EARL GAUDIO & SON, INC., ) | |
| ) | Case No. 13-90942 |
| Debtor. ) | |

## AMENDMENT TO APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MEDIATOR

On April 8, 2015, the above captioned Debtor and Debtor-in-Possession, by and through First Midwest Bank as Custodian of Earl Gaudio and Son, Inc., (the "Debtor") filed its *Application for Order Approving Employment of Mediator*. The Debtor hereby amends that Application by requesting that, given that the mediation in question is set for April 24, 2015, that the appointment be made effective *nunc pro tunc* to the date of the Application.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order Granting the relief sought in the Application, effective *nunc pro tunc* as of the date of the Application.

Respectfully submitted,

ICE MILLER LLP

By: /s/ Victoria E. Powers
    Victoria E. Powers
    250 West Street
    Columbus, OH 43215
    614-462-5010 – Telephone
    614-222-3478 – Facsimile
    victoria.powers@icemiller.com – Email

    Ben T. Caughey
    One American Square, Suite 2900
    Indianapolis, Indiana 46282-0200
    (317) 236-2100 Telephone
    (317) 236-2219 Facsimile
    ben.caughey@icemiller.com

    *Counsel to the Debtor*

CO\4855799.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, I electronically filed the foregoing *Amendment to Application for Order Approving Employment of Mediator* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Debtor's counsel, the U.S. Trustee, and all parties receiving CM/ECF notice in this proceeding, and in addition, the parties listed on the attached service list were served by U.S. Mail, postage prepaid, at the addresses listed on the attached service list.

By: /s/ Victoria E. Powers
Victoria E. Powers
Ben T. Caughey
ICE MILLER LLP

250 West Street
Columbus, OH 43215
614-462-5010 – Telephone
614-222-3478 – Facsimile
Victoria.powers@icemiller.com – Email

One American Square, Suite 2900
Indianapolis, Indiana 46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
ben.caughey@icemiller.com

*Counsel to the Debtor*

## SERVICE LIST

| | |
|---|---|
| Peter E. Moll<br>Cadwalader, Wickersham & Taft LLP<br>700 Sixth Street, N.W.<br>Washington, DC 20001 | Jeff Richardson<br>132 S. Water Street<br>Decatur, IL 62523 |
| ADP<br>1 ADP Blvd<br>MS 325<br>Roseland, NJ 07068 | Sundance Beverage<br>6600 East Nine Mile Rd<br>Warren, MI 48091 |
| Anheuser-Busch<br>1 Busch Place<br>Saint Louis, MO 63118 | Mike-sell's Potato Chip Co.<br>333 Leo Street<br>Dayton, OH 45404 |
| Employers Preferred Insurance Co.<br>13890 Bishops Drive<br>Suite 210<br>Brookfield, WI 53005 | Regions Commercial Loan Payments<br>P.O. Box 11407<br>Birmingham, AL 35246 |
| Clifton Larson Allen LLP<br>301 SW Adams<br>Suite 900<br>Peoria, IL 61656 | World Business Lenders, LLC<br>c/o Hepler Broom<br>Attn: Michelle Coady<br>400 Ninth Street, Suite 100<br>Springfield, IL 62701 |
| Earl Gaudio<br>504 Wilkin Road<br>Danville, IL 61832 | Illini FS<br>1509 East University Avenue<br>Urbana, IL 61802 |
| Earl Gaudio & Sons, Inc. Pension Plan<br>P.O. Box 990067<br>Hartford, CT 06199 | Westfield Insurance<br>c/o Wells Fargo Insurance Services<br>P.O. Box 4016<br>Champaign, IL 61824 |
| Illinois Department of Revenue<br>100 West Randolph Street<br>Chicago, IL 60601 | Iroquois Federal Savings & Loan<br>619 Gilbert Street<br>Danville, IL 61832 |
| Vermilion County Collector<br>P.O. Box 730<br>Danville, IL 61834 | Surepay<br>2350 Ravine Way, Suite 100<br>Glenview, IL 60025 |

CO\4855799.1

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN  55402

Ameren Illinois
Credit and Collections
2105 E. State Route 104
Pawnee, IL 62558

Argo Partners
12 W 37th Street, 9th Floor
New York, NY 10018

Sorling Northrup
P.O. Box 5131
Springfield, IL 62705

TR Capital Management, LLC
P.O. Box 633
Woodmere, NY 11598

World Business Lenders
120 W. 45th Street
29th Floor
New York, NY 10036

FMB Fees
2801 W. Jefferson Street
Joliet, IL  60435

GE Capital
P.O. Box 536447
Atlanta, GA 30353

Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

WDNL-FM - Neuhoff Broadcasting
1501 N Washington
Danville, IL  61832

CO\4855799.1