UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| EARL GAUDIO & SON, INC., ) | |
| ) | Case No. 13-90942 |
| Debtor. ) | |

## APPLICATION FOR ORDER APPROVING EMPLOYMENT OF EXPERT WITNESS

Comes now the above captioned Debtor and Debtor-in-Possession, by and through First Midwest Bank as Custodian of Earl Gaudio and Son, Inc., (the "Debtor") and for its *Application for Order Approving Employment of Expert Witness*, respectfully states the following:

### Background and Jurisdiction

1. On July 19, 2013 (the "Petition Date"), the above-captioned Debtor commenced its case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

4. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157.

5. The statutory and legal predicates for the relief requested by this Motion are Bankruptcy Code Section 327(a), Federal Rule of Bankruptcy Procedure 2014(a), and Local Rule 7.1.

### Nature of Debtor's Business and Factual Background

6. As of the Petition Date, the Debtor was a beer and food distributor serving East Central Illinois and portions of Indiana and Ohio.

7. On June 12, 2013, Helen Gaudio, as guardian of the Estate of Earl Gaudio commenced a lawsuit against Eric Gaudio, Dennis Gaudio and the Debtor. On June 27, 2013, the Circuit Court for the Fifth Judicial Circuit of Illinois, Vermilion County appointed First Midwest Bank as Custodian of Earl Gaudio and Son, Inc. (the "Custodian") and vested the Custodian with all powers, authorities, rights, and privileges previously possessed by the directors and officers of Earl Gaudio and Son, Inc.

8. On or about March 19, 2014, the Debtor commenced Adversary Proceeding 14-09010 (the "Adversary Proceeding") by filing its Complaint seeking recovery based on fraudulent transfer and conversion claims against Dennis Gaudio, Eric Gaudio, 1803, LLC and Gaudio Diversified Ventures, LLC. Pursuant to a request of the defendants, reference of the Adversary Proceeding to the Bankruptcy Court was withdrawn, and the matter is now pending in the District Court for the Central District of Illinois.

9. The Debtor has commenced and may commence additional adversary proceedings in this Court.

## Relief Requested By this Motion

10. The Debtor has determined that it will be aided in its prosecution of the claims in the Adversary Proceeding by retention of an expert witness, and has identified John Lane and his firm, Inglewood Associates LLC, as the expert it would like to retain for the Adversary Proceeding, and potentially for services that may be needed in the main Chapter 11 case or other adversary proceedings that may be brought. The Debtor further requests that the appointment be effective *nunc pro tunc* as of the date of this Application.

11. A proposed engagement letter pursuant is attached hereto and incorporated herein as Exhibit A. A summary of Mr. Lane's qualifications and experience is attached as Exhibit B.

12. As required by Fed. R. Bankr. P. 2014, submitted herewith is a verified statement of John Lane in support of this Application.

13. Mr. Lane has represented that he and his firm do not hold or represent any interest that is materially adverse to the Debtor's estate or its creditors, United States Trustee for this Regions and the office of the United States Trustee, and has further represented that there is no conflict of interest in his undertaking to serve in this matter.

14. Accordingly, subject to Court approval, and in accordance with section 327(a) of the Bankruptcy Code, the Debtor seeks authority to employ Mr. Lane and Inglewood Associates to provide expert witness services, and to pay Mr. Lane and Inglewood Associates pursuant to the terms of the engagement letter attached hereto, subject to approval by this Court under Section 330 of the Bankruptcy Code.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order:

A. Approving the employment of John Lane and Inglewood Associates to act as an expert witness, *nunc pro tunc* as of the date of the filing of this Application;

B. Determining that the fees and expenses to be incurred by Mr. Lane and Inglewood Associates may be paid in accordance with the engagement letter attached hereto as Exhibit A, and be allowed as an administrative expense; and

C.  Granting such other relief as is just and proper.

        Respectfully submitted,

        ICE MILLER LLP

        By: /s/ Victoria E. Powers
            Victoria E. Powers
            250 West Street
            Columbus, OH 43215
            614-462-5010 – Telephone
            614-222-3478 – Facsimile
            victoria.powers@icemiller.com – Email

            Ben T. Caughey
            One American Square, Suite 2900
            Indianapolis, Indiana 46282-0200
            (317) 236-2100 Telephone
            (317) 236-2219 Facsimile
            ben.caughey@icemiller.com

*Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, I electronically filed the foregoing *Application for Order Approving Employment of Expert Witness* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Debtor's counsel, the U.S. Trustee, and all parties receiving CM/ECF notice in this proceeding, and in addition, the parties listed on the attached service list were served by U.S. Mail, postage prepaid, at the addresses listed on the attached service list.

By: /s/ Victoria E. Powers
Victoria E. Powers
Ben T. Caughey
ICE MILLER LLP

250 West Street
Columbus, OH 43215
614-462-5010 – Telephone
614-222-3478 – Facsimile
Victoria.powers@icemiller.com – Email

One American Square, Suite 2900
Indianapolis, Indiana 46282-0200
(317) 236-2100 Telephone
(317) 236-2219 Facsimile
ben.caughey@icemiller.com

*Counsel to the Debtor*

## SERVICE LIST

| | |
|---|---|
| Peter E. Moll<br>Cadwalader, Wickersham & Taft LLP<br>700 Sixth Street, N.W.<br>Washington, DC 20001 | Jeff Richardson<br>132 S. Water Street<br>Decatur, IL 62523 |
| ADP<br>1 ADP Blvd<br>MS 325<br>Roseland, NJ 07068 | Sundance Beverage<br>6600 East Nine Mile Rd<br>Warren, MI 48091 |
| Anheuser-Busch<br>1 Busch Place<br>Saint Louis, MO 63118 | Mike-sell's Potato Chip Co.<br>333 Leo Street<br>Dayton, OH 45404 |
| Employers Preferred Insurance Co.<br>13890 Bishops Drive<br>Suite 210<br>Brookfield, WI 53005 | Regions Commercial Loan Payments<br>P.O. Box 11407<br>Birmingham, AL 35246 |
| Clifton Larson Allen LLP<br>301 SW Adams<br>Suite 900<br>Peoria, IL 61656 | World Business Lenders, LLC<br>c/o Hepler Broom<br>Attn: Michelle Coady<br>400 Ninth Street, Suite 100<br>Springfield, IL 62701 |
| Earl Gaudio<br>504 Wilkin Road<br>Danville, IL 61832 | Illini FS<br>1509 East University Avenue<br>Urbana, IL 61802 |
| Earl Gaudio & Sons, Inc. Pension Plan<br>P.O. Box 990067<br>Hartford, CT 06199 | Westfield Insurance<br>c/o Wells Fargo Insurance Services<br>P.O. Box 4016<br>Champaign, IL 61824 |
| Illinois Department of Revenue<br>100 West Randolph Street<br>Chicago, IL 60601 | Iroquois Federal Savings & Loan<br>619 Gilbert Street<br>Danville, IL 61832 |
| Vermilion County Collector<br>P.O. Box 730<br>Danville, IL 61834 | Surepay<br>2350 Ravine Way, Suite 100<br>Glenview, IL 60025 |

CO\4855567.1

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN  55402

Ameren Illinois
Credit and Collections
2105 E. State Route 104
Pawnee, IL 62558

Argo Partners
12 W 37th Street, 9th Floor
New York, NY 10018

Sorling Northrup
P.O. Box 5131
Springfield, IL 62705

TR Capital Management, LLC
P.O. Box 633
Woodmere, NY 11598

World Business Lenders
120 W. 45th Street
29th Floor
New York, NY 10036

FMB Fees
2801 W. Jefferson Street
Joliet, IL  60435

GE Capital
P.O. Box 536447
Atlanta, GA 30353

Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

WDNL-FM - Neuhoff Broadcasting
1501 N Washington
Danville, IL  61832

CO\4855567.1