UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No. 13-90942 |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MERCHO CAUGHEY & DELAY AS SPECIAL COUNSEL**

Comes now the above captioned Debtor and Debtor-in-Possession, by and through First Midwest Bank as Custodian of Earl Gaudio and Son, Inc., (the "Debtor") and for its *Application for Order Approving Employment of Mercho Caughey & DeLay as Special Counsel*, respectfully states the following:

**Background and Jurisdiction**

1. On July 19, 2013 (the "Petition Date"), the above-captioned Debtor commenced its case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

4. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157.

**Request to Authorize Employment of Mercho Caughey & DeLay**

5. The Debtor is in the process of considering recovery actions, and has concluded that it may desire to pursue one or more recovery actions for which its counsel, Ice Miller, LLP would be conflicted from representing the Debtor.

CO\4934652.2

6. The Debtor seeks authority to employ Mercho Caughey & DeLay for the limited purpose of representing the Debtor as conflict counsel of with respect to any action in which Ice Miller, LLP has a conflict.

7. Currently, the Debtor anticipates that there is only one such matter.

8. The undersigned counsel has discussed this request with the counsel for the Committee, who does not object to the relief requested herein.

9. Ben Caughey, a member of Mercho Caughey & DeLay, was formerly with the law firm Ice Miller, LLP and is familiar with the Debtor's bankruptcy. The Debtor believes that Mercho Caughey & DeLay is well-qualified to represent the Debtor as requested herein.

10. As required by Fed. R. Bankr. P. 2014, submitted herewith is a verified statement of Ben Caughey in support of this Application.

11. Mr. Caughey has represented that he and his firm do not hold or represent any interest that is materially adverse to the Debtor's estate or its creditors, the United States Trustee for this Region, and the office of the United States Trustee, and has further represented that there is no conflict of interest concerning the matters for which Mercho Caughey & DeLay is being retained.

12. Further, Mr. Caughey has represented that to the best of his knowledge, neither Mercho Caughey & DeLay nor any partner, associate or professional employee thereof, is a relative of, or connected now or in the past with the Judge of this Bankruptcy Court making the appointment or approving the employment.

13. The Debtor desires to employ Mercho Caughey & DeLay on an hourly fee basis at its rates for similar employment, plus reimbursement of all actual and necessary expenses. The Debtor believes that a reasonable fee for the services of Mercho Caughey & DeLay shall be

the normal and customary hourly rates charged by Mercho Caughey & DeLay for the services of partners, associates, clerks and paralegals for similar services.

14. The normal billing rates of professionals employed by Mercho Caughey & DeLay ranges from approximately $250.00/ hour - $300.00/ hour (Ben Caughey- $300.00 / hour).

15. The Debtor proposes that fees and expenses incurred by Mercho Caughey & DeLay herein would be subject to the interim order on compensation applicable to other estate professionals in this matter, including the fee application process in 11 U.S.C §§ 330 and 331.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order substantially in the form attached hereto:

A. Approving the employment of Mercho Caughey & DeLay as special counsel to the Debtor in this case effective of the date of this Application;

B. Determining that the fees and expenses incurred by Mercho Caughey & DeLay may be paid and are allowable as an administrative expense as set forth herein, subject to the fee application procedures in accordance with 11 U.S.C. §§ 330 and 331; and

C. Granting such other relief as is just and proper.

Respectfully submitted,

ICE MILLER, LLP

By: /s/ Victoria E. Powers
Victoria E. Powers
250 West Street
Columbus, OH 43215
614-462-5010 – Telephone
614-222-3478 – Facsimile
victoria.powers@icemiller.com – Email
*Counsel to the Debtor*

2

CO\4934652.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2015, I electronically filed the foregoing *Application for Order Approving Employment of Mercho Caughey & DeLay as Special Counsel* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Debtor's counsel, the U.S. Trustee, and all parties receiving CM/ECF notice in this proceeding, and in addition, the parties listed on the attached service list were served by U.S. Mail, postage prepaid, at the addresses listed on the attached service list.

        By: /s/ Victoria E. Powers
        Victoria E. Powers
        ICE MILLER LLP
        250 West Street
        Columbus, OH 43215
        614-462-5010 – Telephone
        614-222-3478 – Facsimile
        Victoria.powers@icemiller.com – Email

        *Counsel to the Debtor*

## SERVICE LIST

Peter E. Moll
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Jeff Richardson
132 S. Water Street
Decatur, IL 62523

ADP
1 ADP Blvd
MS 325
Roseland, NJ 07068

Sundance Beverage
6600 East Nine Mile Rd
Warren, MI 48091

Anheuser-Busch
1 Busch Place
Saint Louis, MO 63118

Mike-sell's Potato Chip Co.
333 Leo Street
Dayton, OH 45404

Employers Preferred Insurance Co.
13890 Bishops Drive
Suite 210
Brookfield, WI 53005

Regions Commercial Loan Payments
P.O. Box 11407
Birmingham, AL 35246

Clifton Larson Allen LLP
301 SW Adams
Suite 900
Peoria, IL 61656

World Business Lenders, LLC
c/o Hepler Broom
Attn: Michelle Coady
4340 Acer Grove Drive, Suite A
Springfield, IL 62711

Earl Gaudio & Sons, Inc. Pension Plan
P.O. Box 990067
Hartford, CT 06199

Illini FS
1509 East University Avenue
Urbana, IL 61802

Illinois Department of Revenue
100 West Randolph Street
Chicago, IL 60601

Westfield Insurance
c/o Wells Fargo Insurance Services
P.O. Box 4016
Champaign, IL 61824

Vermilion County Collector
P.O. Box 730
Danville, IL 61834

Iroquois Federal Savings & Loan
619 Gilbert Street
Danville, IL 61832

Wells Fargo Equipment Finance, Inc.
733 Marquette Avenue, Suite 700
Minneapolis, MN 55402

Surepay
2350 Ravine Way, Suite 100
Glenview, IL 60025

- 4 -

Ameren Illinois
Credit and Collections
2105 E. State Route 104
Pawnee, IL 62558

Argo Partners
12 W 37th Street, 9th Floor
New York, NY 10018

Sorling Northrup
P.O. Box 5131
Springfield, IL 62705

TR Capital Management, LLC
P.O. Box 633
Woodmere, NY 11598

World Business Lenders
120 W. 45th Street
29th Floor
New York, NY 10036

FMB Fees
2801 W. Jefferson Street
Joliet, IL  60435

GE Capital
P.O. Box 536447
Atlanta, GA 30353

Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

WDNL-FM - Neuhoff Broadcasting
1501 N Washington
Danville, IL  61832

CO\4934652.2