# EXHIBIT A



**Invoice**

9242 Headlands Road
Mentor, Ohio 44060

Phone #      440-290-7108
Fax #        216-274-9847

| Date | Invoice # |
|---|---|
| 5/29/2015 | 3051 |

Bill To

| Date | Staff | Description | Quantity | Amount |
|---|---|---|---|---|
| 4/9/2015 | JKL - $325 | John Lane : Emails with V.Powers.  Long call with V.Powers.  Prepared documents for court motion.  Review of proposed changes.  Signed affidavit and documents.  Receipt of opposing expert report.  Read and detailed analysis.  Follow up call with V.Powers.  Research. | 7.50 | 2,437.50 |
| 4/10/2015 | JKL - $325 | John Lane : Research.  Numerous emails with V.Powers.  Conference call with V.Powers.  Receipt and review of data. | 5.80 | 1,885.00 |
| 4/11/2015 | CLane | Created  master index, updated balance sheet to include 2012, 2013 | 7.75 | 697.50 |
| 4/11/2015 | JKL - $325 | John Lane : Provided financial file and tasks to CL.  Emails with V.Powers.  Reviewed of discovery data.  Receipt and review of bates listing. | 3.30 | 1,072.50 |
| 4/12/2015 | JKL - $325 | John Lane : Emails with B.Caughey.  Review of data. | 2.40 | 780.00 |
| 4/13/2015 | CLane | Created  master index, updated balance sheet to include 2012, 2013 | 4.00 | 360.00 |
| 4/13/2015 | JKL - $325 | John Lane : Receipt and review of discovery files.  Provided data for update to Bates listing.  Sent RE appraisal to JRM.  Several calls and emails with V.Powers.  Request for transcripts and receipt.  Emails and call with accountant.  Receipt of accounting data.  Attempted to open.  Follow up emails. | 10.80 | 3,510.00 |
| 4/14/2015 | JKL - $325 | John Lane : Several emails with First Midwest folks.  Emails with accountants.  Call to obtain software version that EG&S uses.  Reviewed extensive accounting data.  Several long calls with V.Powers and partner.  Receipt of additional data from accountants.  Long conference call with V.Powers and A.Major.  Call with SPS regarding tasks needed.  Review of data and reports.  Follow up emails. | 9.10 | 2,957.50 |
| 4/15/2015 | JKL - $325 | John Lane : Several follow up emails.  Review and discussion regarding appraisal with JRM.  Additional data requests.  Reviewing data.  Emails with First Midwest and accountants.  Read transcripts. | 9.20 | 2,990.00 |
| 4/15/2015 | SPS - $225 | Stuart Saddler : Begin recreating Excel version of pages 1-5 of CliftonLarsonAllen valuation report. | 4.70 | 1,057.50 |

**Total**

Tax ID#: 20-1025718



9242 Headlands Road
Mentor, Ohio 44060

Phone #      440-290-7108
Fax #        216-274-9847

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2015 | 3051 |

| Bill To |
|---|
|  |

| Date | Staff | Description | Quantity | Amount |
|---|---|---|---|---|
| 4/16/2015 | JKL - $325 | John Lane : Calls with V.Powers.  Numerous emails with accountants, First Midwest.  Data analysis.  Began drafting report. | 10.50 | 3,412.50 |
| 4/16/2015 | SPS - $225 | Stuart Saddler : Continue recreating Excel version of pages 1-5 of CliftonLarsonAllen valuation report. | 2.30 | 517.50 |
| 4/17/2015 | JKL - $325 | John Lane : Analysis of data.  Drafting report. | 5.70 | 1,852.50 |
| 4/19/2015 | JKL - $325 | John Lane : Data analysis and drafting of report. | 6.00 | 1,950.00 |
| 4/20/2015 | JKL - $325 | John Lane : Analysis and drafting of report.  Several emails.  Calll with V.Powers. | 12.10 | 3,932.50 |
| 4/21/2015 | SPS - $225 | Stuart Saddler : Complete Excel recreation of pages 1-5 of valuation report. | 4.40 | 990.00 |
| 4/21/2015 | JKL - $325 | John Lane : Long conversation with V.Powers.  Extensive review of data and drafting of report. | 9.80 | 3,185.00 |
| 4/22/2015 | CLane | Reviewed Expert Report | 1.25 | 112.50 |
| 4/22/2015 | JKL - $325 | John Lane : Conversations with A.Hart.  Worked on report. | 5.30 | 1,722.50 |
| 4/23/2015 | JKL - $325 | John Lane : Conversations with C.Thomas.  Conversation with V.Powers.  Numerous emails REDACTED Worked extensively on draft.  Review of materials. | 9.10 | 2,957.50 |
| 4/27/2015 | JKL - $325 | John Lane : Call to V.Powers. | 0.10 | 32.50 |
| 4/28/2015 | JKL - $325 | John Lane : Conversation with V.Powers. | 0.40 | 130.00 |
| 4/13/2015 | JRM - $325 | Jim Myers : appraisal review, real estate evaluation | 2.00 | 650.00 |
| 5/4/2015 | JKL - $325 | John Lane : Discussion with V.Powers. | 1.20 | 390.00 |
| 5/21/2015 | JKL - $325 | John Lane : Follow up with accountant on data requested.  Email update to V.Powers.  Several follow up emails with accountant, Cathy Thomas. | 0.90 | 292.50 |
| 5/21/2015 | JKL - $325 | John Lane : Review of report.  Long call with V.Powers. | 2.00 | 650.00 |
| 5/22/2015 | JKL - $325 | John Lane : Follow up emails with V.Powers, JRM, Angela Majors Hart. | 0.50 | 162.50 |
| 5/23/2015 | JKL - $325 | John Lane : Receipt and initial review of accountant data.  Responded via email. | 0.70 | 227.50 |
| 5/26/2015 | JKL - $325 | John Lane : Emails with V.Powers.  Call with WRD accountant.  Call with V.Powers.  Worked extensively on report.  Email with A.M.Hart. | 9.50 | 3,087.50 |
| 5/27/2015 | JKL - $325 | John Lane : Follow up emails with C.Thomas.  Call with V.Powers.  Emails with V.Powers.  Worked extensively on report. | 12.50 | 4,062.50 |

**Total**

Tax ID#: 20-1025718



9242 Headlands Road
Mentor, Ohio 44060

Phone #        440-290-7108
Fax #          216-274-9847

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/29/2015 | 3051 |

Bill To

| Date | Staff | Description | Quantity | Amount |
|------|-------|-------------|----------|--------|
| 5/28/2015 | JKL - $325 | John Lane : Worked on report and exhibits.  Calls with V.Powers.  Made additional changes to report and finalized. | 4.80 | 1,560.00 |

| | **Total** | **$49,625.00** |
|---|---|---|

Tax ID#: 20-1025718