# EXHIBIT A

# PROTEK
### INTERNATIONAL INC.

Protek International, Inc.
6262 Kingery Highway
#270
Willowbrook, IL  60527

(630)986-8206

# Invoice

| Date | Invoice # |
|---|---|
| 07/28/2015 | 2015-2544 |

| Terms | Due Date |
|---|---|
| Due on receipt | 07/28/2015 |

**Bill To**

Ms. Rachael Gould
First Midwest Bank
24509 W. Lockport Street
Plainfield, IL  60544

| Amount Due | Enclosed |
|---|---|
| $9,750.00 | |

Please detach top portion and return with your payment.

| | Account # | Retainer Rec'd |
|---|---|---|
| | FMB-GDIO-15-623-18 | 0 |

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 03/01/2015 | Re: In re Earl Gaudio & Son, Inc.; Case No.: 13-90942 | | | |
| 03/11/2015 | Initial Consultation (No charge) | 1 | 0.00 | 0.00 |
| 03/13/2015 | Conference call with Client- REDACTED (Chval & Sigmund; No charge for Chval time) | 1 | 295.00 | 295.00 |
| 03/14/2015 | Evidence in-take and initiation of documentation; Preservation/Forensic Imaging: Dell Latitude, Inspiron, Optiplex 760 (2), Optiplex 740 (2), Opitplex 755 | 9.5 | 295.00 | 2,802.50 |
| 03/14/2015 | Purchases- 2 Hard drives, 2 thumb drives | 1 | 166.00 | 166.00 |
| 04/20/2015 | Consult re REDACTED . (no charge) | 0.4 | 0.00 | 0.00 |
| 06/05/2015 | Inventory of evidence images and conversion/transfer to forensic server for searching and analysis; ESI processing and keyword searches. (6/5-16/15) | 2.8 | 295.00 | 826.00 |
| 06/20/2015 | Indexed keyword searches & responsive file tagging. | 2 | 295.00 | 590.00 |
| 06/24/2015 | Export of hits from index searches and report preparation. | 2 | 295.00 | 590.00 |
| 06/25/2015 | Keyword search result processing and forensic analysis; Work-around for "e*trade" search term. (6/23-25/15) | 3.3 | 295.00 | 973.50 |
| 06/29/2015 | Run and export raw Internet history data for LT01 and DT03; Client communications. (6/26-29/15) | 4.75 | 295.00 | 1,401.25 |
| 07/09/2015 | Export USB device usage artifacts & report preparation. | 0.25 | 295.00 | 73.75 |
| 07/14/2015 | Expand email search hit results to include families; Prepare exports for email and Office files for production, convert PDF files, break out by terms; Export remaining results. (7/2-14/15) | 10.6 | 295.00 | 3,127.00 |
| 07/15/2015 | Export and shipment of 2nd batch of search term results; Prepare USB device report; Prepare Internet history reporting by device for LT01 and DT03. | 2.1 | 295.00 | 619.50 |
| | Continue to the next page | | | |

Case 13-90942   Doc 423-1   Filed 12/23/15   Entered 12/23/15 10:12:19   Desc Exhibit
A - Redacted Invoice of Protek International   Inc.   Page 3 of 3

Page 2 of 2

| Date | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|
| 07/15/2015 | Search computer images for Social Media activity; Investigate Social Media accounts; Attempt to located indications of foreign travel; Attempt to locate overseas accounts; Report to Client. | 3.3 | 295.00 | 973.50 |
| 08/27/2015 | Payable Discount- Client Courtesy | -1 | 2,688.00 | -2,688.00 |
| | | | **Total** | **$9,750.00** |