# EXHIBIT A



Earl Gaudio &Sons, Inc. & First Midwest Bank (Illnois)
c/o Ice Miller
Attn: Victoria Powers
Arena District
250 West Street, Suite 700
Columbus, OH  43215

Invoice Number:              419504
Invoice Date:              06/12/15
Matter Number:     56051.00015
Terms: *Payable Upon Receipt*

## INVOICE # 419504 SUMMARY

| | |
|---|---|
| Total Fees | $9,250.00 |
| Total Costs | $0.00 |
| Total for invoice # 419504 | $9,250.00 |

For Billing Questions, contact DAVID H. KLEIMAN at (317) 632 3232 or fax to (317) 632 2962

**REMIT TO:**

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH  44114 ABA: 041000124 Account: 4224589959 Reference: 419504 | Visa, MasterCard or American Express Please call: (216) 363-4500 |
| Reference: 419504 | | |

Tax Identification Number:  34-6596918

**Cleveland    Columbus    Hackensack    Indianapolis    Philadelphia    Shanghai    Wilmington**



Earl Gaudio &Sons, Inc. & First Midwest Bank (Illnois)
c/o Ice Miller
Attn: Victoria Powers
Arena District
250 West Street, Suite 700
Columbus, OH  43215

Invoice Number:              419504
Invoice Date:                06/12/15
Matter Number:        56051.00015
Terms: *Payable Upon Receipt*

---

Matter 00015 Earl Gaudio & Sons, Inc.

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/15:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/31/15 | DHK | Letter from and letter to B. Caughey | 0.40 | $200.00 |
| 04/07/15 | DHK | Review application and affidavit; correspondence with V. Powers | 0.40 | $200.00 |
| 04/09/15 | DHK | Correspondence with parties regarding scheduling | 0.40 | $200.00 |
| 04/10/15 | DHK | Letter from V. Powers; letter to parties | 0.40 | $200.00 |
| 04/10/15 | DHK | Letter to parties regarding schedule | 0.40 | $200.00 |
| 04/10/15 | DHK | Scheduling calls to counsel | 0.50 | $250.00 |
| 04/10/15 | DHK | Correspondence regarding conference call | 0.30 | $150.00 |
| 04/17/15 | DHK | Correspondence from V. Powers with pre-mediation documents | 0.50 | $250.00 |
| 04/20/15 | DHK | Review pleadings and related documents; correspondence with attorneys | 2.30 | $1,150.00 |
| 04/22/15 | DHK | Letter to attorneys regarding procedures for mediation | 0.40 | $200.00 |
| 04/23/15 | DHK | Prepare for mediation | 1.50 | $750.00 |
| 04/23/15 | DHK | First day of mediation | 6.00 | $3,000.00 |
| 04/27/15 | DHK | Letter to V. Powers to J. Knauer and S. Runyan | 0.30 | $150.00 |
| 04/28/15 | DHK | Letter from V. Powers regarding REDACTED | 0.30 | $150.00 |
| 04/29/15 | DHK | Review financial statements | 0.40 | $200.00 |

Benesch Friedlander Copian & Aronoff LLP

David Kleiman Mediations
Matter Number: 56051.00015
Invoice Date: 06/12/15

Invoice Number    419504
Page  2

| 05/06/15 | DHK | Review local mediation rule | 0.30 | $150.00 |
| 05/06/15 | DHK | Review questions submitted regarding financial statements | 0.30 | $150.00 |
| 05/12/15 | DHK | Correspondence with parties | 0.50 | $250.00 |
| 05/15/15 | DHK | Correspondence with parties regarding scheduling and information disclosure | 1.20 | $600.00 |
| 05/17/15 | DHK | Correspondence with parties | 1.00 | $500.00 |
| 05/18/15 | DHK | Letter to parties outlining proposed procedure | 0.30 | $150.00 |
| 05/18/15 | DHK | Correspondence with parties | 0.40 | $200.00 |

TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| DAVID H. KLEIMAN | 18.50  hours at | $500.00  = | $9,250.00 |

Total Current Fees                                    $9,250.00

FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/15:

TOTAL AMOUNT OF THIS INVOICE          **$9,250.00**

| 38581 | Earl Gaudio &Sons, Inc. & First Midwest Bank (IIln | PORTION (o 50.00%) . . . | $4,625.00 |
| 38582 | Eric Gaudio, Dennis Gaudio, 1803 LLC and Gaudio Di | PORTION (v 50.00e%) . . . | $4,625.00 |

Benesch Friedlander Coplan & Aronoff LLP

David Kleiman Mediations
Matter Number: 56051.00015
Invoice Date: 06/12/15

Invoice Number        419504
Page  3

For Billing Questions, contact DAVID H. KLEIMAN at (317) 632 3232 or fax to (317) 632 2962

**REMIT TO:**

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH  44114 ABA: 041000124 Account: 4224589959 Reference: 419504 | Visa, MasterCard or American Express Please call: (216) 363-4500 |
| Reference: 419504 | | |

Tax Identification Number:  34-6596918

**Cleveland    Columbus    Hackensack    Indianapolis    Philadelphia    Shanghai    Wilmington**