Case 13-90942   Doc 461-1   Filed 02/09/16   Entered 02/09/16 08:29:38   Desc Exhibit
A-1 Addendum to Protek International   Inc. Invoice   Page 1 of 3

EXHIBIT
A-1

In Re: Earl Gaudio & Son, Inc.; Case No. 13-90942
United States Bankruptcy Court; Central District of Illinois; Urbana Division

## Addendum to Protek International, Inc. Invoice #2015-2544 in Response to Unsecured Creditors' Committee's Limited Objection

The following is provided as an addendum to Protek International, Inc's ("Protek") invoice #2015-2544 (attached) to provide additional information.

1. Backgrounds of Individuals Providing Services:
    a. Dan Bellich- former FBI (28 years) with high level responsibilities including oversight of Intelligence Analysts squad; Protek founder.
    b. Keith Chval- former prosecutor; Conceptualized, founded, and supervised one of first multi-disciplinary cyber crime bureaus in the country; Has lead 1,000's of cyber investigations and forensic exams.
    c. Tim Doris- former FBI forensic examiner and manager within the FBI Chicago RCFL forensics lab; Holds numerous certifications in the field. Protek Director.
    d. Todd Glud- former Midwest manager for Guidance Software's forensic and ediscovery services; Examinations and expert testimony in support of federal criminal prosecutions; Holds relevant certifications.
    e. Walt Sigmund- over 10 years of forensics experience; Has been recognized by courts as an expert in the field; Holds relevant certifications.

2. Supplementary Billing Detail:

Supplemental to Line Item Dated 3/14/2015

Services performed by Walt Sigmund, Forensic Analyst


Supplemental to Line Item Dated 6/5/2015

| | | |
|---|---|---|
| 6/5/2015 | Inventory and forensic image conversion for searching/analysis. (Doris) | .9 |
| 6/8/2015 | Continued conversion of images and loading on server for anlysis (Doris) | .3 |
| 6/9/2015 | Forensic analysis- meeting re exam objectives and preparation of forensic tool for objectives (Doris/Chval, Chval time not billed) | .3 |
| 6/12/2015 | Forensic analysis- keyword searches and results examination. (Doris) | 1.1 |
| 6/15/2015 | Forensic analysis- processing of data for searching. (Doris) | .2 |

Note: 2.1 hours ($619.50) of Doris time on 6/16/2015 for forensic analysis- searching, processing, and analysis not included on prior invoices (additional to $2,688 discount)

Supplemental to Line Item Dated 6/20/2015

Services performed by Todd Glud.

Note: 2.1 hours ($619.50) of Doris time on 6/21/2015 for forensic analysis not included on prior invoices (additional to $2,688 discount)

Supplemental to Line Item Dated 6/24/2015

Services performed by Todd Glud

Supplemental to Line Item Dated 6/25/2015

| 6/23/2015 | Forensic analysis- search processing and analysis of results. (Doris) | 1.2 |
| 6/25/2015 | Forensic analysis- work-around re "e*trade" search term and related searching and analysis (Doris) | 2.1 |

Supplemental to Line Item Dated 6/29/2015

| 6/26/2015 | Run and export raw Internet history data for LT01 & DT03 (Glud) | 3.0 |
| 6/29/2015 | Conference call with FMB counsel Gould re searches and results (Glud/Chval) | 1.75 |

Supplemental to Line Item Dated 7/9/2015

Services performed by Todd Glud

Supplemental to Line Item Dated 7/14/2015

| 7/2/2015 | On-line searching for Social Media accounts. (Doris) | .8 |
| 7/13/2015 | Expand search hits to family and prepare exports for email/Office files for delivery via USB drive. (Doris) | 4.4 |

2

| | | |
|---|---|---|
| 7/14/2015 | Forensic processing and analysis: Export of remaining search term results incl expand families, PDF conversion, separate terms, emails, files. (Doris) | 6.2 |

Supplemental to Line Item Dated 7/15/2015

| | | |
|---|---|---|
| 7/15/2015 | Export and shipment of 2nd batch of term results. (Doris) | 1.1 |
| 7/15/2015 | Prepare USB device report. (Glud) | 1.0 |

Supplemental to Line Item Dated 7/15/2015

Services performed by Tim Doris and Dan Bellich