**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*  Earl Gaudio & Son, Inc.
  *Debtor*

*Case No.:* 13–90942

*Chapter:* 11

---

*NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**Order re: Objection to Claims: Ally Financial, Claims No. 18–1, 19–1 and 20–1; Carnaghi Towing & Repair, Inc., Claims No. 51–1 and 56–1; and Century Tokyo Leasing (USA) Inc., Claim No. 35–1. Objections allowed as filed. (RE: related document(s)623 Objection to Claim filed by Debtor Earl Gaudio & Son, Inc.). (court, ephi)**

Dated: 6/27/17

　　　　　　　　　　　　　　　　　　　　　　 /S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.