**IT IS SO ORDERED.**

**SIGNED THIS: July 5, 2017**

_____
Mary P. Gorman
United States Chief Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No: 13-90942 |
| EARL GAUDIO & SON, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**AGREED ORDER RESOLVING THE ILLINOIS DEPARTMENT OF REVENUE'S CLAIMS 13-1, 13-2, 14-1, 15-1, 15-2, 61-1 AND 62-1, AND THE DEBTORS' FOURTH OMINBUS OBJECTION TO THOSE CLAIMS**

COME NOW Debtor, Earl Gaudio & Son, Inc., and Creditor Illinois Department of Revenue ("the Department"), by and through counsel of record, and hereby stipulate and agree to entry of an Agreed Order with the terms set forth herein in full resolution of the Department's Claims 13-1, 13-2, 14-1, 15-1, 15-2, 61-1 and 62-1 (collectively, the "Claims"), the *Debtor's Fourth Omnibus Objection to Claim Nos. 13-1, 13-2, 14-1, 15-1, 15-2, 61-1 and 62-1 Asserted by the Illinois Department of Revenue on Grounds the Claims are Superseded, Not Related to the Debtor, Penalties are not Compensation for Actual Pecuniary Loss, Not Supported by Debtor's Books and Records, and/or Paid* filed May 24, 2017 (Dkt No. 628) (the "Debtor's Objection"),

and the *Illinois Department of Revenue's Response to Debtor's Fourth Omnibus Objection to Claims* filed June 26, 2017 (Dkt No. 651) (the "Department's Response").

The Debtor and the Department agree that the Department's Claims, the Debtor's Objection, and the Department's Response should be resolved and the Department's Claims allowed or disallowed as follows:

| Claim # | Claim Asserted | Agreed Resolution |
|---|---|---|
| 13-1 | Priority: $115.00, Penalties: $36.50 | Claim 13-1 shall be disallowed in its entirety. |
| 13-2 | Priority: $115.00, Penalties: $36.50 | The tax amount of: $115.00 shall be allowed as an unsecured priority tax claim. The penalties amount of $36.50 shall be allowed as a general unsecured claim. |
| 14-1 | Priority: $73,359.78 Penalties: $8,530.23 | The tax amount of $73,359.78 shall be allowed as an unsecured priority tax claim. The penalties amount of $8,530.23 shall be allowed as a general unsecured claim. |
| 15-1 | Secured: $435,857.52 | Claim 15-1 shall be disallowed in its entirety. |
| 15-2 | Secured: $389,573.13 | The amount of $5,000.00 shall be allowed as a general unsecured deficiency claim unless there is security shown for some or all of this claim, in which case, that amount shall be entitled to treatment as a secured claim. The balance of the claim, $384,573.13, has been resolved and paid pursuant to prior order of this Court, and shall be disallowed in its entirety. |
| 61-1 | Administrative: $689,376.27 | Claim 61-1 has been resolved and paid pursuant to prior order of this Court, and Claim 61-1 shall be disallowed in its entirety. |
| 62-1 | Administrative: $84,107.62 | Claim 62-1 has been resolved and paid pursuant to prior order of this Court, and Claim 62-1 shall be disallowed in |

| Claim # | Claim Asserted | Agreed Resolution |
|---|---|---|
| | | its entirety. |

**AGREED AND APPROVED AS TO FORM:**

| EARL GAUDIO & SON, INC., Debtor. | ILLINOIS DEPARTMENT OF REVENUE, Creditor. |
|---|---|
| By: */s/ Victoria E. Powers*<br>Victoria E. Powers (0054589)<br>Ice Miller LLP<br>250 West Street<br>Columbus, OH 43215<br>614-462-5010<br>614-224-3126 (fax)<br>victoria.powers@icemiller.com | By: */s/ Robert F. Ritchie*<br>Robert F. Ritchie<br>Supervising Attorney<br>Revenue Litigation Bureau<br>Office of the Illinois Attorney General<br>500 South Second Street<br>Springfield, IL 62701<br>217-524-7456<br>217-782-1396 (fax)<br>rritchie@atg.state.il.us<br>ARDC #6311337 |

###