**Exhibit A-1**
**Summary of Fees**
**Second Interim Period**

| Category | Invoice 4/1/2014 - 11/15/2014 - Hours | Invoice 4/1/2014 - 11/15/2014 - Fees | Invoice 11/16/2014 3/15/2015 - Hours | Invoice 11/16/2014 3/15/2015 - Fees | Invoice 3/16/2015 - 6/30/2015 - Hours | Invoice 3/16/2015 - 6/30/2015 - Fees | Invoice 7/1/2015 - 6/15/2017 - Hours | Invoice 7/1/2015 - 6/15/2017 - Fees | Second Interim Period - Hours | Second Interim Period - Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| Accounting/Auditing | 86.20 | 12,990.00 | 47.40 | 7,785.00 | 79.70 | 12,076.00 | 165.00 | 22,194.50 | **378.30** | **55,045.50** |
| American Express Litigation | | | | | | | 10.40 | 2,196.00 | **10.40** | **2,196.00** |
| Asset Analysis & Recovery | | | | | 4.40 | 924.50 | 92.00 | 17,357.00 | **96.40** | **18,281.50** |
| Asset Disposition | 32.70 | 6,636.50 | 9.00 | 1,786.50 | 10.30 | 2,289.00 | 281.60 | 57,574.50 | **333.60** | **68,286.50** |
| Business Operations | 294.80 | 47,628.00 | 149.60 | 22,632.00 | 128.00 | 18,046.50 | 185.10 | 26,513.00 | **757.50** | **114,819.50** |
| Case Administration | 78.30 | 17,925.00 | 14.50 | 2,900.00 | 43.10 | 6,018.00 | 163.90 | 20,374.50 | **299.80** | **47,217.50** |
| Citibank Litigation | | | | | | | 6.50 | 1,438.50 | **6.50** | **1,438.50** |
| Claims Admin & Objections | 50.30 | 11,532.50 | 2.80 | 700.00 | 3.80 | 605.00 | 210.00 | 25,808.50 | **266.90** | **38,646.00** |
| Dennis Claim Obj Adversary | | | | | | | 10.00 | 2,537.50 | **10.00** | **2,537.50** |
| Discover Card Litigation | | | | | | | 4.10 | 928.00 | **4.10** | **928.00** |
| E & D Gaudio Litigation | 118.40 | 26,677.50 | 411.93 | 68,703.50 | 333.36 | 38,561.00 | 392.60 | 42,509.50 | **1,256.29** | **176,451.50** |
| Employee Benefits / Pension | 119.60 | 19,130.50 | 36.10 | 4,857.50 | 55.10 | 7,063.00 | 62.10 | 6,413.00 | **272.90** | **37,464.00** |
| Fee / Employment Application | 2.50 | 395.00 | | | | | | | **2.50** | **395.00** |
| Fee-Employment Objections | | | | | | | 0.20 | 53.00 | **0.20** | **53.00** |
| JP Morgan Chase Litigation | | | | | | | 8.40 | 2,016.50 | **8.40** | **2,016.50** |
| Litigation Consulting | | | 1.20 | 318.00 | | | | | **1.20** | **318.00** |
| Offutt Litigation | 21.30 | 5,307.50 | 1.90 | 478.50 | 5.70 | 1,251.00 | 41.10 | 8,528.00 | **70.00** | **15,565.00** |
| Plan Disclosure Statement | | | | | | | 0.20 | 50.00 | **0.20** | **50.00** |
| Reconstruction Accounting | 4.00 | 1,000.00 | | | 148.10 | 25,952.50 | | | **152.10** | **26,952.50** |
| Regions Litigation | | | | | 0.10 | 26.50 | 13.70 | 2,824.00 | **13.80** | **2,850.50** |
| Specialty Distributing Lit | | | | | | | 201.90 | 37,893.00 | **201.90** | **37,893.00** |
| Tax Issues | 47.30 | 9,317.50 | 43.10 | 9,133.50 | 43.20 | 6,528.00 | 68.10 | 10,565.50 | **201.70** | **35,544.50** |
| Travel at $50.00/hour | | | | | 13.20 | 635.00 | | | **13.20** | **635.00** |
| US SBA Litigation | | | | | | | 21.20 | 4,552.00 | **21.20** | **4,552.00** |
| World Bus Lenders Lit | | | | | | | 21.80 | 4,636.00 | **21.80** | **4,636.00** |
| Totals: | **855.40** | **158,540.00** | **717.53** | **119,294.50** | **868.06** | **119,976.00** | **1,959.90** | **296,962.50** | **4,400.89** | **694,773.00** |