**EXHIBIT A**
**SECOND INTERIM FEE SUMMARY**
April 1, 2014 - November 30, 2016

| TIMEKEEPER | TITLE | ADMISSION DATE | BILLING RATE | TOTAL HOURS | TOTAL FEES | Matter 1 General Representation | | Matter 2 Asset Analysis and Recovery | | Matter 3 Asset Disposition | | Matter 4 Business Operations | | Matter 5 Case Adm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours |
| Henry A. Emroymson | Partner | 1982 | $555.00 | 0.60 | $333.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| John P. Gilligan | Partner | 1981 | $525.00 | 1.00 | $525.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Victoria E. Powers | Partner | 1987 | $520.00 | 775.20 | $403,104.00 | | 0.00 | 216.00 | 112,320.00 | 55.20 | 28,704.00 | 0.70 | 364.00 | 41.60 |
| Daniel R. Swetnam | Partner | 1982 | $495.00 | 1.00 | $495.00 | | 0.00 | 0.50 | 247.50 | 0.50 | 247.50 | | 0.00 | |
| Ryan M. Poor | Partner | 1998 | $485.00 | 0.10 | $48.50 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Michael M. Roth | Partner | 1980 | $480.00 | 2.50 | $1,200.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Robert Stefancin | Partner | 1982 | $480.00 | 50.60 | $24,288.00 | | 0.00 | 50.60 | 24,288.00 | | 0.00 | | 0.00 | |
| Richard Johnson | Partner | 1982 | $470.00 | 10.10 | $4,747.00 | | 0.00 | | 0.00 | 0.60 | 282.00 | 4.40 | 2,068.00 | 2.70 |
| David Hight | Partner | 1985 | $465.00 | 22.00 | $10,230.00 | 1.00 | 465.00 | | 0.00 | 4.80 | 2,232.00 | 3.70 | 1,720.50 | |
| Craig C. Burke | Partner | 1994 | $465.00 | 26.40 | $12,276.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Kevin R. Knight | Partner | 1990 | $435.00 | 2.40 | $1,044.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 2.40 |
| Michael T. Buker | Partner | 1998 | $420.00 | 2.30 | $966.00 | | 0.00 | | 0.00 | | 0.00 | 1.60 | 672.00 | |
| Ben T. Caughey | Partner | 2001 | $420.00 | 195.70 | $82,194.00 | | 0.00 | 7.70 | 3,234.00 | 20.90 | 8,778.00 | 10.50 | 4,410.00 | 20.10 |
| Tyson A. Crist | Partner | 1999 | $395.00 | 922.20 | $364,269.00 | | 0.00 | 340.60 | 134,537.00 | 37.30 | 14,733.50 | | 0.00 | 74.50 |
| Joanne I. Goldhand | Of Counsel; Partner | 1996 | $390.00 | 2.80 | $1,092.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 2.80 |
| David Chroust | Of Counsel | 1980 | $375.00 | 1.60 | $600.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Daniel M. Anderson | Of Counsel | 1996 | $365.00 | 572.50 | $208,962.50 | | 0.00 | 224.00 | 81,760.00 | 154.70 | 56,465.50 | | 0.00 | 2.50 |
| Elizabeth McKillip | Partner | 2004 | $360.00 | 15.80 | $5,688.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| John Zollo | Associate | 2014 | $360.00 | 1.40 | $504.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Christina Fugate | Associate; Partner | 2007 | $310.00 | 196.40 | $60,884.00 | | 0.00 | 2.70 | 837.00 | 0.20 | 62.00 | | 0.00 | 0.20 |
| Miranda Morgan | Partner | 2005 | $300.00 | 9.00 | $2,700.00 | | 0.00 | | 0.00 | | 0.00 | 9.00 | 2,700.00 | |
| Erik J. Stock | Associate | 2008 | $280.00 | 16.80 | $4,704.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Aaron B. Aft | Associate | 2011 | $240.00 | 0.10 | $24.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Jaren Hagler | Associate | 2014 | $230.00 | 2.00 | $460.00 | | 0.00 | 2.00 | 460.00 | | 0.00 | | 0.00 | |
| Ryanne Bush Dent | Associate | 2013 | $230.00 | 6.50 | $1,495.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Christopher McCleary | Associate | 2015 | $230.00 | 6.90 | $1,587.00 | | 0.00 | 3.50 | 805.00 | 3.40 | 782.00 | | 0.00 | |
| Daniel Culicover | Associate | 2014 | $230.00 | 11.20 | $2,576.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Cheryl Bartelt | Paralegal | N/A | $150.00 | 13.20 | $1,980.00 | 5.30 | 795.00 | | 0.00 | | 0.00 | | 0.00 | |
| Sherri Malloy | Paralegal | N/A | $150.00 | 1.50 | $225.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| W. J. Joris | Paralegal | N/A | $150.00 | 364.00 | $54,600.00 | | 0.00 | 65.90 | 9,885.00 | | 0.00 | 5.40 | 810.00 | 5.40 |
| M. Recine | Paralegal | N/A | $150.00 | 0.70 | $105.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Jennifer Okey | Paralegal | N/A | $150.00 | 21.70 | $3,255.00 | | 0.00 | | 0.00 | 9.50 | 1,425.00 | 0.30 | 45.00 | 2.70 |
| Vicki Babbert | Paralegal | N/A | $150.00 | 130.70 | $19,605.00 | | 0.00 | 3.70 | 555.00 | 0.20 | 30.00 | | 0.00 | |
| Lisa Samblanet | Paralegal | N/A | $150.00 | 0.80 | $120.00 | | 0.00 | 0.80 | 120.00 | | 0.00 | | 0.00 | |
| Ashley Laye | Paralegal | N/A | $150.00 | 5.80 | $870.00 | 5.80 | 870.00 | | 0.00 | | 0.00 | | 0.00 | |
| Jasmyne Carr | Litigation Support Analyst | N/A | $150.00 | 4.80 | $720.00 | | 0.00 | 4.80 | 720.00 | | 0.00 | | 0.00 | |
| **FEE TOTAL** | | | | 3,398.30 | **$1,278,476.00** | 12.10 | 2,130.00 | 922.80 | 369,768.50 | 287.30 | 113,741.50 | 35.60 | 12,789.50 | 154.90 |
| **BLENDED RATE** | | | | | **$376.21** | | | | | | | | | |

#4412600

**EXHIBIT A**
**SECOND INTERIM FEE SUMMARY**
**April 1, 2014 - November 30, 2016**

| TIMEKEEPER | TITLE | ADMISSION DATE | BILLING RATE | TOTAL HOURS | TOTAL FEES | [Administration] Fees | Matter 6 Claims Administration and Objections Hours | Fees | Matter 7 Employee Benefits / Pensions Hours | Fees | Matter 8 Fee and Employment Applications Hours | Fees | Matter 10 Financing Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Henry A. Emroymson | Partner | 1982 | $555.00 | 0.60 | $333.00 | 0.00 | 0.20 | 111.00 | | 0.00 | | 0.00 | | 0.00 |
| John P. Gilligan | Partner | 1981 | $525.00 | 1.00 | $525.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Victoria E. Powers | Partner | 1987 | $520.00 | 775.20 | $403,104.00 | 21,632.00 | 58.50 | 30,420.00 | 2.50 | 1,300.00 | 77.60 | 40,352.00 | | 0.00 |
| Daniel R. Swetnam | Partner | 1982 | $495.00 | 1.00 | $495.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Ryan M. Poor | Partner | 1998 | $485.00 | 0.10 | $48.50 | 0.00 | | 0.00 | 0.10 | 48.50 | | 0.00 | | 0.00 |
| Michael M. Roth | Partner | 1980 | $480.00 | 2.50 | $1,200.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Robert Stefancin | Partner | 1982 | $480.00 | 50.60 | $24,288.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Richard Johnson | Partner | 1982 | $470.00 | 10.10 | $4,747.00 | 1,269.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| David Hight | Partner | 1985 | $465.00 | 22.00 | $10,230.00 | 0.00 | 0.40 | 186.00 | | 0.00 | | 0.00 | | 0.00 |
| Craig C. Burke | Partner | 1994 | $465.00 | 26.40 | $12,276.00 | 0.00 | | 0.00 | 26.40 | 12,276.00 | | 0.00 | | 0.00 |
| Kevin R. Knight | Partner | 1990 | $435.00 | 2.40 | $1,044.00 | 1,044.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Michael T. Buker | Partner | 1998 | $420.00 | 2.30 | $966.00 | 0.00 | | 0.00 | 0.70 | 294.00 | | 0.00 | | 0.00 |
| Ben T. Caughey | Partner | 2001 | $420.00 | 195.70 | $82,194.00 | 8,442.00 | 21.60 | 9,072.00 | 0.20 | 84.00 | 19.40 | 8,148.00 | 1.40 | 588.00 |
| Tyson A. Crist | Partner | 1999 | $395.00 | 922.20 | $364,269.00 | 29,427.50 | 169.80 | 67,071.00 | 3.00 | 1,185.00 | 13.50 | 5,332.50 | | 0.00 |
| Joanne I. Goldhand | Of Counsel; Partner | 1996 | $390.00 | 2.80 | $1,092.00 | 1,092.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| David Chroust | Of Counsel | 1980 | $375.00 | 1.60 | $600.00 | 0.00 | 1.60 | 600.00 | | 0.00 | | 0.00 | | 0.00 |
| Daniel M. Anderson | Of Counsel | 1996 | $365.00 | 572.50 | $208,962.50 | 912.50 | 67.60 | 24,674.00 | | 0.00 | 6.90 | 2,518.50 | | 0.00 |
| Elizabeth McKillip | Partner | 2004 | $360.00 | 15.80 | $5,688.00 | 0.00 | 0.50 | 180.00 | | 0.00 | | 0.00 | | 0.00 |
| John Zollo | Associate | 2014 | $360.00 | 1.40 | $504.00 | 0.00 | | 0.00 | 1.40 | 504.00 | | 0.00 | | 0.00 |
| Christina Fugate | Associate; Partner | 2007 | $310.00 | 196.40 | $60,884.00 | 62.00 | 5.90 | 1,829.00 | | 0.00 | | 0.00 | | 0.00 |
| Miranda Morgan | Partner | 2005 | $300.00 | 9.00 | $2,700.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Erik J. Stock | Associate | 2008 | $280.00 | 16.80 | $4,704.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Aaron B. Aft | Associate | 2011 | $240.00 | 0.10 | $24.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Jaren Hagler | Associate | 2014 | $230.00 | 2.00 | $460.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Ryanne Bush Dent | Associate | 2013 | $230.00 | 6.50 | $1,495.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Christopher McCleary | Associate | 2015 | $230.00 | 6.90 | $1,587.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Daniel Culicover | Associate | 2014 | $230.00 | 11.20 | $2,576.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Cheryl Bartelt | Paralegal | N/A | $150.00 | 13.20 | $1,980.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Sherri Malloy | Paralegal | N/A | $150.00 | 1.50 | $225.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| W. J. Joris | Paralegal | N/A | $150.00 | 364.00 | $54,600.00 | 810.00 | | 0.00 | | 0.00 | 12.50 | 1,875.00 | | 0.00 |
| M. Recine | Paralegal | N/A | $150.00 | 0.70 | $105.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Jennifer Okey | Paralegal | N/A | $150.00 | 21.70 | $3,255.00 | 405.00 | 1.50 | 225.00 | | 0.00 | 5.40 | 810.00 | | 0.00 |
| Vicki Babbert | Paralegal | N/A | $150.00 | 130.70 | $19,605.00 | 0.00 | 21.30 | 3,195.00 | | 0.00 | 105.30 | 15,795.00 | | 0.00 |
| Lisa Samblanet | Paralegal | N/A | $150.00 | 0.80 | $120.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Ashley Laye | Paralegal | N/A | $150.00 | 5.80 | $870.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Jasmyne Carr | Litigation Support Analyst | N/A | $150.00 | 4.80 | $720.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **FEE TOTAL** | | | | 3,398.30 | **$1,278,476.00** | 65,096.00 | 348.90 | 137,563.00 | 34.30 | 15,691.50 | 240.60 | 74,831.00 | 1.40 | 588.00 |
| **BLENDED RATE** | | | | | **$376.21** | | | | | | | | | |

#4412600

**EXHIBIT A**
**SECOND INTERIM FEE SUMMARY**
**April 1, 2014 - November 30, 2016**

| TIMEKEEPER | TITLE | ADMISSION DATE | BILLING RATE | TOTAL HOURS | TOTAL FEES | Matter 12 Plan and Disclosure Statement Hours | Fees | Matter 16 Litigation Against 1803, et al. Hours | Fees | Matter 17 US Trustee Communication Activities Hours | Fees | Matter 18 Gaudio - Operational Real Estate Investigation Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Henry A. Emroymson | Partner | 1982 | $555.00 | 0.60 | $333.00 | | | 0.20 | 111.00 | 0.20 | 111.00 | | 0.00 |
| John P. Gilligan | Partner | 1981 | $525.00 | 1.00 | $525.00 | | | 1.00 | 525.00 | | 0.00 | | 0.00 |
| Victoria E. Powers | Partner | 1987 | $520.00 | 775.20 | $403,104.00 | 1.20 | 624.00 | 236.90 | 123,188.00 | 7.50 | 3,900.00 | 77.50 | 40,300.00 |
| Daniel R. Swetnam | Partner | 1982 | $495.00 | 1.00 | $495.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Ryan M. Poor | Partner | 1998 | $485.00 | 0.10 | $48.50 | | | | 0.00 | | 0.00 | | 0.00 |
| Michael M. Roth | Partner | 1980 | $480.00 | 2.50 | $1,200.00 | | | | 0.00 | | 0.00 | 2.50 | 1,200.00 |
| Robert Stefancin | Partner | 1982 | $480.00 | 50.60 | $24,288.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Richard Johnson | Partner | 1982 | $470.00 | 10.10 | $4,747.00 | | | 1.80 | 846.00 | | 0.00 | 0.60 | 282.00 |
| David Hight | Partner | 1985 | $465.00 | 22.00 | $10,230.00 | | | 3.90 | 1,813.50 | | 0.00 | 8.20 | 3,813.00 |
| Craig C. Burke | Partner | 1994 | $465.00 | 26.40 | $12,276.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Kevin R. Knight | Partner | 1990 | $435.00 | 2.40 | $1,044.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Michael T. Buker | Partner | 1998 | $420.00 | 2.30 | $966.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Ben T. Caughey | Partner | 2001 | $420.00 | 195.70 | $82,194.00 | | | 64.40 | 27,048.00 | 2.10 | 882.00 | 27.40 | 11,508.00 |
| Tyson A. Crist | Partner | 1999 | $395.00 | 922.20 | $364,269.00 | | | 36.20 | 14,299.00 | 24.40 | 9,638.00 | 222.90 | 88,045.50 |
| Joanne I. Goldhand | Of Counsel; Partner | 1996 | $390.00 | 2.80 | $1,092.00 | | | | 0.00 | | 0.00 | | 0.00 |
| David Chroust | Of Counsel | 1980 | $375.00 | 1.60 | $600.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Daniel M. Anderson | Of Counsel | 1996 | $365.00 | 572.50 | $208,962.50 | | | 97.80 | 35,697.00 | 0.30 | 109.50 | 18.70 | 6,825.50 |
| Elizabeth McKillip | Partner | 2004 | $360.00 | 15.80 | $5,688.00 | | | 14.30 | 5,148.00 | | 0.00 | 1.00 | 360.00 |
| John Zollo | Associate | 2014 | $360.00 | 1.40 | $504.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Christina Fugate | Associate; Partner | 2007 | $310.00 | 196.40 | $60,884.00 | | | 141.70 | 43,927.00 | | 0.00 | 45.70 | 14,167.00 |
| Miranda Morgan | Partner | 2005 | $300.00 | 9.00 | $2,700.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Erik J. Stock | Associate | 2008 | $280.00 | 16.80 | $4,704.00 | | | | 0.00 | | 0.00 | 16.80 | 4,704.00 |
| Aaron B. Aft | Associate | 2011 | $240.00 | 0.10 | $24.00 | | | | 0.00 | | 0.00 | 0.10 | 24.00 |
| Jaren Hagler | Associate | 2014 | $230.00 | 2.00 | $460.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Ryanne Bush Dent | Associate | 2013 | $230.00 | 6.50 | $1,495.00 | | | 6.50 | 1,495.00 | | 0.00 | | 0.00 |
| Christopher McCleary | Associate | 2015 | $230.00 | 6.90 | $1,587.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Daniel Culicover | Associate | 2014 | $230.00 | 11.20 | $2,576.00 | | | 11.20 | 2,576.00 | | 0.00 | | 0.00 |
| Cheryl Bartelt | Paralegal | N/A | $150.00 | 13.20 | $1,980.00 | | | 5.80 | 870.00 | | 0.00 | 2.10 | 315.00 |
| Sherri Malloy | Paralegal | N/A | $150.00 | 1.50 | $225.00 | | | 1.50 | 225.00 | | 0.00 | | 0.00 |
| W. J. Joris | Paralegal | N/A | $150.00 | 364.00 | $54,600.00 | | | 244.90 | 36,735.00 | 21.60 | 3,240.00 | 8.30 | 1,245.00 |
| M. Recine | Paralegal | N/A | $150.00 | 0.70 | $105.00 | | | 0.70 | 105.00 | | 0.00 | | 0.00 |
| Jennifer Okey | Paralegal | N/A | $150.00 | 21.70 | $3,255.00 | | | 2.30 | 345.00 | | 0.00 | | 0.00 |
| Vicki Babbert | Paralegal | N/A | $150.00 | 130.70 | $19,605.00 | | | 0.20 | 30.00 | | 0.00 | | 0.00 |
| Lisa Samblanet | Paralegal | N/A | $150.00 | 0.80 | $120.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Ashley Laye | Paralegal | N/A | $150.00 | 5.80 | $870.00 | | | | 0.00 | | 0.00 | | 0.00 |
| Jasmyne Carr | Litigation Support Analyst | N/A | $150.00 | 4.80 | $720.00 | | | | 0.00 | | 0.00 | | 0.00 |
| **FEE TOTAL** | | | | 3,398.30 | **$1,278,476.00** | 1.20 | 624.00 | 871.30 | 294,983.50 | 56.10 | 17,880.50 | 431.80 | 172,789.00 |
| **BLENDED RATE** | | | | | **$376.21** | | | | | | | | |

#4412600