

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380921 Page 1
October 16, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0002
Asset Analysis and Recovery

**American Express**

| | | | | |
|---|---|---|---|---|
| 07/13/15 | Reviewed the American Express transfers (1.0) and corresponded with Gould and Major concerning ▮ ▮ (.20). | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ 474.00 |
| 07/14/15 | Drafted complaint against American Express. | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ 438.00 |
| 07/14/15 | Considered preparation of the Exhibit to the American Express preference action and prepared instructions for Babbert. | | | |
| | T.A.Crist | 0.30 hrs. | 395.00/hr | $ 118.50 |
| 07/14/15 | Prepared exhibit of payments to American Express to be attached to preference complaint against American Express. | | | |
| | V.E.Babbert | 0.70 hrs. | 150.00/hr | $ 105.00 |
| 07/15/15 | Drafted fraudulent transfer complaints against American Express, | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ 365.00 |

**Total for American Express**...................................................................................................................... $         1,500.50

**Citibank N.A.**

| 07/08/15 | Reviewed potential claim against Citibank. | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |
| 07/14/15 | Drafted complaint against Citibank. | | | | |
| | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |

**Total for Citibank N.A.** .......................................................................................................................... $            949.00

**Discover Bank**

| 07/15/15 | Drafted fraudulent transfer complaints against Discover, | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |

**Total for Discover Bank**.......................................................................................................................... $            365.00

**General**

| 04/10/15 | Analyzed potential claims against credit card issuers who received corporate funds to pay off personal debts of the Gaudios. | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 04/13/15 | Analyzed potential claims against banks and credit card companies for receiving payments on personal debts of Eric and Dennis Gaudio. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 07/06/15 | Researched and analyzed potential for recovery of estate assets under 548(c) and ILCS 160/9. | | | | |
| | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |
| 07/07/15 | Analyzed factual support for recovery of estate assets under 548(c) and ILCS 160/9 and considered legal elements for pursuit of claims (1.40); reviewed and revised analysis of pursuit of recovery of transfers to card issuer (.50); prepared communication to client team ███████████████ (.10). | | | | |
| | V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |
| 07/08/15 | Conferenced with Powers concerning the preference actions to pursue. | | | | |

| | T.A.Crist | 0.20 hrs. | 395.00/hr | $ | 79.00 |

07/08/15    Attention to UPS sale auction proceedings filing and considered issues in connection with scheduling auction proceeding (.40); exchanged communications with client team ████████████████ (.10); analysis of claims to recover from credit card issuers (.20); analysis of 90-day transfers and possible preference recoveries (1.60); prepared memorandum to client team ████████████ (.40).

| | V.E.Powers | 2.70 hrs. | 520.00/hr | $ | 1,404.00 |

07/09/15    Researched the computation of the statute of limitations for avoidance actions (1.0); reviewed information on the 90-day transfers in the Statement of Financial Affairs (.6); attention to correspondence with Gould ████████████████ (.2).

| | T.A.Crist | 1.80 hrs. | 395.00/hr | $ | 711.00 |

07/09/15    Consideration of facts and analysis of other recovery actions.

| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

07/10/15    Analyzed potential fraudulent transfer claims and began drafting complaints.

| | D.M.Anderson | 1.60 hrs. | 365.00/hr | $ | 584.00 |

07/10/15    Attention to preparing the avoidance actions complaints.

| | T.A.Crist | 1.30 hrs. | 395.00/hr | $ | 513.50 |

07/10/15    Conference with Crist regarding research of docket and claims register for information to support claims for preference transfers to creditors.

| | V.E.Babbert | 0.20 hrs. | 150.00/hr | $ | 30.00 |

07/10/15    Analysis of possible claims related to secured creditors.

| | V.E.Powers | 0.70 hrs. | 520.00/hr | $ | 364.00 |

07/10/15    Prepared for (1.0) and participated in conference with client team ██████████████████ ████ (2.40).

| | V.E.Powers | 3.40 hrs. | 520.00/hr | $ | 1,768.00 |

07/10/15    Followed up on preference matters following ████████████ in conference with client team.

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

07/11/15    Worked on fraudulent transfer complaints.

| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |

07/11/15    Analysis of factual support for possible avoidance actions.

| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| 07/12/15 | Analysis of factual background related to possible actions against secured creditors. | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |
| 07/13/15 | Conferences with client ███████████████ (.5); reviewed backup provided by client for other potential fraudulent transfer claims (1.2) | | | | |
| | D.M.Anderson | 1.70 hrs. | 365.00/hr | $ | 620.50 |
| 07/13/15 | Request to CT Corporation for Delaware Secretary of State UCC search regarding "Earl Gaudio & Son, Inc." (.30); provide estimate to Ms. Powers for review and approval (.10); advise CT to proceed with search and provide results upon receipt (.10). | | | | |
| | L. Samblanet | 0.50 hrs. | 150.00/hr | $ | 75.00 |
| 07/13/15 | Reviewed the claims register, claims, docket, sale-related pleadings and schedules with respect to the potential avoidance action claims (4.10); discussed the same with Babbert (.20). | | | | |
| | T.A.Crist | 4.30 hrs. | 395.00/hr | $ | 1,698.50 |
| 07/13/15 | Researched docket and claims register for claims and pleadings filed by creditors identified as having received preferred transfers. | | | | |
| | V.E.Babbert | 1.50 hrs. | 150.00/hr | $ | 225.00 |
| 07/13/15 | Reviewed and considered conclusions on preference analyses. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 07/14/15 | Analyzed backup for fraudulent transfer claims. | | | | |
| | D.M.Anderson | 0.90 hrs. | 365.00/hr | $ | 328.50 |
| 07/14/15 | Follow up with CT Corporation regarding status of search results (.10); review of results received and provide same to Ms. Powers (.20). | | | | |
| | L. Samblanet | 0.30 hrs. | 150.00/hr | $ | 45.00 |
| 07/14/15 | Reviewed the Wholesaler Equity Agreement and pleadings in other, related actions (2.0); conferenced with Anderson and Powers with respect to the adversary proceedings and claims for which to recommend pursuit (.20); reviewed documents relating to the World Business Lenders claims (2.0). | | | | |
| | T.A.Crist | 4.20 hrs. | 395.00/hr | $ | 1,659.00 |
| 07/14/15 | Legal and factual analysis of recovery claims and claims objections against secured creditors paid with proceeds of distributorship sale (3.50) and against parties receiving fraudulent and other voidable transfers (1.0); analysis of benefit to estate of various claims (.40); reviewed results of UCC search in connection with recovery claims against secured parties (.20); exchanged communications with client team ███████ ███████ and exchanged communications with Committee counsel regarding claims (.10); reviewed World Business claim, payment history, withdrawn claim objection and related matters in connection with recovery action and began preparation of factual background portion of complaint (1.20). | | | | |
| | V.E.Powers | 6.40 hrs. | 520.00/hr | $ | 3,328.00 |

| 07/15/15 | Analyzed potential claims against World Business Lenders and SBA (1.3); reviewed and analyzed potential claims to determine which ones should be brought (2.1); analyzed issues regarding Morgan Stanley (1.5). | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson | 4.90 hrs. | 365.00/hr | $ | 1,788.50 |
| 07/15/15 | Consideration of issues concerning avoidance actions and theories of recovery against subsequent transferees. | | | | |
| | D.R.Swetnam | 0.50 hrs. | 495.00/hr | $ | 247.50 |
| 07/15/15 | Reviewed further background pleadings and prepared a draft of the legal argument portion of the Complaint against World Business Lenders. | | | | |
| | T.A.Crist | 8.30 hrs. | 395.00/hr | $ | 3,278.50 |
| 07/15/15 | Researched secretary of state records and proof of claims to located addresses for statutory agents and office addresses for adversary complaint defendants. | | | | |
| | V.E.Babbert | 1.30 hrs. | 150.00/hr | $ | 195.00 |
| 07/15/15 | Reviewed legal and factual information in preparation for call with client team (.50); analysis of communication from client team ███████ (.10); participated in conference with client team regarding review of all contemplated recovery actions (2.20); reviewed form for complaint against other secured creditors (.10); prepared communication to Committee Counsel regarding conflict counsel issue; prepared communication to client team ███████ (.10); attention to information for issuance of subpoenas (.30); attention to development of facts for fraudulent transfer complaints (.30); conferred with client team ███████ (.50); participated in conference with Committee Counsel and client team regarding recovery actions (2.0). | | | | |
| | V.E.Powers | 6.10 hrs. | 520.00/hr | $ | 3,172.00 |

**Total for General**............................................................................................................ **$**     **27,586.00**

**Regions Bank**

| 04/15/15 | Preliminary attention to 9019 motion to approve settlement regarding sale of property burdened by Region's Bank lien. | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 04/29/15 | Preliminary consideration of Regions Bank 9019 matters. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 04/30/15 | Analysis of Regions' Bank claims and payment issues (.60); reviewed and revised draft 9019 Motion regarding settlement with Regions Bank (.30); prepared communication to client ███████ (.80); considered and responded to inquiry from counsel for Regions regarding status of motion (.10) | | | | |
| | V.E.Powers | 1.80 hrs. | 520.00/hr | $ | 936.00 |

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 07/08/15 | Analysis of Regions Bank issues. | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 07/09/15 | Drafted complaint to avoid Regions Bank guaranty. | | | | |
| | D.M.Anderson | 2.30 hrs. | 365.00/hr | $ | 839.50 |
| 07/09/15 | Considered information and prepared communication to client team ███████████████████████████ ns (.20); reviewed and revised complaint to recover from Regions (.20); consideration of facts and analysis of other recovery actions (1.0). | | | | |
| | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |
| 07/10/15 | Reviewed and revised complaint seeking avoidance of guaranty obligations (.20); finalized memorandum to client team ██████████████ (.50); ████████████████████ ██████████ with client team (.30). | | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |
| 07/13/15 | Revised complaint against Regions Bank. | | | | |
| | D.M.Anderson | 2.30 hrs. | 365.00/hr | $ | 839.50 |
| 07/14/15 | Revised complaint against Regions Bank. | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 07/15/15 | Revised complaint against Regions Bank. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |

**Total for Regions Bank**..................................................................................................................... $    **4,598.50**

**Specialty Distrib of Illinois**

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 07/13/15 | Drafted complaint against Specialty Distributing. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 07/15/15 | Drafted fraudulent transfer complaints against Specialty Distributing. | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |

**Total for Specialty Distrib of Illinois**....................................................................................... $    **1,131.50**

**U.S. Business Administration**

| 07/14/15 | Analyzed potential claims against the Small Business Administration. | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 07/14/15 | Analyzed potential claims against World Business Lenders. | | | | |
| | D.M.Anderson    [WBL] | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 07/15/15 | Worked on preparation of factual allegations for complaint against SBA. | | | | |
| | V.E.Powers | 0.80 hrs. | 520.00/hr | $ | 416.00 |

**Total for U.S. Business Administration**................................................................................................. $     **1,365.00**

**World Business Lenders**

| 07/15/15 | Worked on preparation of factual allegations for complaint against World Business. | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |

**Total for World Business Lenders** ................................................................................................. $     **676.00**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.R.Swetnam | 0.50 | 495.00 | 247.50 |
| T.A.Crist | 21.60 | 395.00 | 8,532.00 |
| V.E.Powers | 31.50 | 520.00 | 16,380.00 |
| D.M.Anderson | 33.80 | 365.00 | 12,337.00 |
| L. Samblanet | 0.80 | 150.00 | 120.00 |
| V.E.Babbert | 3.70 | 150.00 | 555.00 |
| TOTAL | 91.90 | | 38,171.50 |

TOTAL Fees for Professional Services................................................................................................. $     38,171.50

ITEMIZED CHARGES:

| | | | |
|---|---|---|---|
| 07/10/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | $ | 350.00 |
| 07/13/15 | Postage Expense , | $ | 2.52 |
| 07/15/15 | Tele-Conferencing Long Distance | $ | 10.08 |
| TOTAL Itemized Charges ................................................................................................................. | | $ | 362.60 |

TOTAL DUE FOR THIS PERIOD................................................................................................................. $    38,534.10

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          October 16, 2015

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                              Huntington Bank
P.O. Box 68                                           ABA for ACH:
Indianapolis, IN  46206-0068                          ABA for Wire:
(317) 221-2996                                        Account No.:
                                                      Swift Code:
                             Please reference our matter # and/or invoice #


CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Asset Analysis and Recovery
                    35066.0002

INVOICE #:          ******


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $        38,534.10


ACCOUNTS ARE DUE UPON RECEIPT

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

# IceMiller
LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380922   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0003
Asset Disposition

| 03/16/15 | Communications with UPS Franchise regarding assignment in sale. | | | | |
| | B. T. Caughey | .20 hrs. | 420.00/hr | $ | 84.00 |
| 04/10/15 | Correspondence with Earl Gaudio counsel regarding claim against Dennis and Eric Gaudio; reviewed and advised on litigation status and plan. | | | | |
| | D. Hight   [Matter 16] | .40 hrs. | 465.00/hr | $ | 186.00 |
| 04/16/15 | Began drafting motion to approve compromise with Regions Bank. | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 04/16/15 | Attention to issues on sale and pay down on Regions Holdback; attention to information and materials to support 9019 motion. | | | | |
| | V.E.Powers | .60 hrs. | 520.00/hr | $ | 312.00 |
| 04/17/15 | Attention to information regarding terms of sale of UPS store. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 04/20/15 | Worked on motion to approve compromise with Regions Bank. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 04/20/15 | Attention to issues related to proposed sale and compromise of Regions claim. | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 04/21/15 | Worked on 9019 motion regarding Regions Bank claim. | | | | |
| | D.M.Anderson | 2.40 hrs. | 365.00/hr | $ | 876.00 |
| 04/22/15 | (No Charge) Worked on motion to approve settlement with Regions Bank. | | | | |
| | D.M.Anderson | .00 hrs. | 0.00/hr | $ | 0.00 |
| 04/23/15 | (No Charge) Worked on motion to approve compromise with Regions Bank. | | | | |
| | D.M.Anderson | .00 hrs. | 0.00/hr | $ | 0.00 |

| 04/24/15 | Worked on motion to approve compromise with Regions Bank and reviewed settlement agreement and related correspondence re same. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 04/27/15 | Worked on motion to compromise Regions Bank claim. | | | | |
| | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |
| 04/28/15 | Discussed, conferred, and analyzed request by FMB to analyze and provide status of claims filed by automobile manufacturers. | | | | |
| | C. Fugate    [Matter 6] | .10 hrs. | 310.00/hr | $ | 31.00 |
| 04/29/15 | Worked on motion to compromise Regions Bank claim and prepared summary of transaction for client. | | | | |
| | D.M.Anderson | 2.30 hrs. | 365.00/hr | $ | 839.50 |
| 05/01/15 | Analysis of options for auction sale of UPS store assets and reviewed background documents and pending letters of interest related to same (1.0); prepared communication to client ▉▉▉▉ ▉▉▉▉▉▉ (.30). | | | | |
| | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |
| 05/01/15 | Reviewed issues regarding status of offers on UPS Stores. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 05/04/15 | Reviewed issues related to offers to purchase UPS Stores. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 05/04/15 | Exchanged communications with client ▉▉▉▉▉▉▉▉ (.10); followed up regarding background information and reaching out to UPS (.10). | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 05/05/15 | Communication regarding UPS franchise agreement. | | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 05/05/15 | Analyzed Regions Bank issues. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 05/06/15 | Drafted analysis of Region's Bank claims. | | | | |
| | D.M.Anderson | 3.30 hrs. | 365.00/hr | $ | 1,204.50 |
| 05/07/15 | (No Charge) Worked on summary of Regions Bank issues. | | | | |
| | D.M.Anderson | .00 hrs. | 0.00/hr | $ | 0.00 |
| 05/08/15 | Reviewed UPS Store Documents. | | | | |
| | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |
| 05/11/15 | Reviewed UPS Store Franchise Agreements and proof of claim. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 05/14/15 | Conferred with Angela Hart ▉▉▉▉▉▉▉▉▉▉▉▉ | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 05/14/15 | Reviewed UPS Store franchise agreements. | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |

| 05/19/15 | Conference with Angela Hart ███████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $        52.00 |
| 05/19/15 | Analyzed UPS Store issues and considered the best way to move forward with sales. | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $      219.00 |
| 05/21/15 | Revised Regions Bank 9019 motion and prepared correspondence to Regions counsel regarding same. | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $      146.00 |
| 05/26/15 | Prepared correspondence with counsel for the UPS Store concerning plans for stores. | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $      182.50 |
| 05/26/15 | Attention to communications with UPS regarding asset sale. | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $      104.00 |
| 05/27/15 | Drafted correspondence with UPS Store counsel regarding potential buyers of store locations (.4) and analyzed how best to move sale process forward (.6). | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $      365.00 |
| 05/28/15 | Participated in conference with Regions Bank counsel (.3) and followed up with counsel for UPS Store (.2). | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $      182.50 |
| 05/28/15 | Analysis of next steps on UPS sale. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $        52.00 |
| 06/01/15 | Worked on motion to sell UPS Store assets. | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $      365.00 |
| 06/02/15 | Prepared correspondence to client ████████████████ (.4); prepared email to UPS Store counsel re same (.3); worked on motion to approve sale transaction (.7). | | | |
| | D.M.Anderson | 1.40 hrs. | 365.00/hr | $      511.00 |
| 06/03/15 | Drafted motion to sell UPS Stores. | | | |
| | D.M.Anderson | 2.90 hrs. | 365.00/hr | $    1,058.50 |
| 06/04/15 | Worked on motion regarding the UPS Store including email correspondence with counsel for the UPS Store regarding cure claims. | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $      766.50 |
| 06/05/15 | Worked on motion to sell UPS Stores. | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $      766.50 |
| 06/08/15 | Worked on motion regarding UPS Store. | | | |
| | D.M.Anderson | 2.60 hrs. | 365.00/hr | $      949.00 |
| 06/09/15 | Completed initial draft of UPS Store motion and prepared email ██████████ to client, ██████████████████ | | | |
| | D.M.Anderson | 1.70 hrs. | 365.00/hr | $      620.50 |
| 06/15/15 | Reviewed and revised motion for sale of UPS Stores (.30); considered sale issues, including assumption and assignment of leases (.20). | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $      260.00 |

| 06/15/15 | Reviewed lease documentation for UPS Stores and revised motion to sell UPS Stores. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 06/16/15 | Revised motion to sell UPS Stores. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 06/16/15 | Attention to UPS sale issues. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 06/18/15 | Reviewed and revised sale motion relating to UPS Store assets. | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 06/18/15 | Finalized UPS Store motion. | | | | |
| | D.M.Anderson | 1.80 hrs. | 365.00/hr | $ | 657.00 |
| 06/19/15 | Finalized and filed UPS Store motion (1.80): prepared communication to and exchanged correspondence with proposed buyer regarding same (.20). | | | | |
| | D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |
| 06/19/15 | Reviewed revisions to UPS Motion and reviewed proposed Order (.20); communications with Angela Hart ███████████ (.10); attention to issues regarding filing of Motion (.10). | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 06/22/15 | Prepared notice of intent to sell regarding UPS Store motion. | | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |
| 06/23/15 | Analyzed status of various matters in case and reviewed potential liens on UPS Store assets. | | | | |
| | D.M.Anderson | 2.20 hrs. | 365.00/hr | $ | 803.00 |
| 06/24/15 | Communications with counsel for The UPS Store. | | | | |
| | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |
| 06/25/15 | Telephone conference with potential buyer for UPS stores. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 06/30/15 | Attention to defendant's bankruptcy. | | | | |
| | R. Johnson | .60 hrs. | 470.00/hr | $ | 282.00 |
| 07/01/15 | Reviewed increased bid from RPA Management for UPS Stores and communications with client ████████. | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 07/01/15 | Considered raised bid for UPS stores; considered auction proceeding. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/02/15 | Worked on supplement to UPS Store Motion regarding auction (.8) and reviewed revisions requested by counsel for the UPS Store (.5). | | | | |
| | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |
| 07/06/15 | Drafted supplement to UPS Stores Motion and reviewed revised order requested by counsel for UPS Stores (1.5); participated in communications and telephone calls with bidder Andrew Tian (.80). | | | | |
| | D.M.Anderson | 2.30 hrs. | 365.00/hr | $ | 839.50 |

| 07/07/15 | Telephone calls from and conferences with prospective buyers (.30);  revised auction procedures (1.20). | | | | |
|----------|-------|-------|----------|---|--------|
| | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |
| 07/08/15 | Finalized and filed supplement to UPS Stores motion. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. T. Caughey | 0.20 | 420.00 | 84.00 |
| D. Hight | 0.40 | 465.00 | 186.00 |
| R. Johnson | 0.60 | 470.00 | 282.00 |
| V.E.Powers | 4.50 | 520.00 | 2,340.00 |
| D.M.Anderson | 57.40 | 365.00 | 20,951.00 |
| C. Fugate | 0.20 | 310.00 | 62.00 |
| TOTAL | 63.30 | | 23,905.00 |

TOTAL Fees for Professional Services..................................................................................$      23,905.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 06/19/15 | Photocopies | 495 | $      0.15 | $ | 74.25 |
| 06/19/15 | Postage Expense , | 1 | $      45.44 | $ | 45.44 |
| 06/19/15 | CCC12214231 Filing Fee; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $      176.00 | $ | 176.00 |

TOTAL Itemized Charges .................................................................................................$      295.69

TOTAL DUE FOR THIS PERIOD...................................................................................$      24,200.69

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

## LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                             October 6, 2015

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                        ABA for ACH:
Indianapolis, IN  46206-0068                       ABA for Wire:
(317) 221-2996                                     Account No.:
                                                   Swift Code:
                                    Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Asset Disposition
                    35066.0003

INVOICE #:          1380922


PLEASE REMIT TOTAL INVOICE BALANCE DUE ...................................................................... $          24,200.69


ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller
LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380923   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0004
Business Operations

| Date | Description | | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 04/21/15 | Received, reviewed and submitted with court the March, 2015 monthly operating report. | | | | | |
| | W. J. Joris   [Matter 17] | | .40 hrs. | 150.00/hr | $ | 60.00 |
| 04/22/15 | Received and reviewed emails from client ███████████████ (.2); gathered monthly operating report and schedules requested by client (.3); reviewed file to locate additional detail requested by client (.9). | | | | | |
| | W. J. Joris   [Matter 17] | | 1.40 hrs. | 150.00/hr | $ | 210.00 |
| 05/19/15 | Received and reviewed monthly operating report for April and internal communications regarding handling of same. | | | | | |
| | W. J. Joris   [Matter 17] | | .60 hrs. | 150.00/hr | $ | 90.00 |
| 05/20/15 | Internal communications regarding handling of April Monthly Operating Report (.3). | | | | | |
| | W. J. Joris   [Matter 17] | | .30 hrs. | 150.00/hr | $ | 45.00 |
| 05/21/15 | Redacted April monthly operating report to prepare for submission of same to court. | | | | | |
| | W. J. Joris   [Matter 17] | | 1.20 hrs. | 150.00/hr | $ | 180.00 |
| 05/22/15 | Finalized and submitted April monthly operating report. | | | | | |
| | W. J. Joris  [Matter 17] | | .50 hrs. | 150.00/hr | $ | 75.00 |
| 06/18/15 | Obtained copy of May bankruptcy report in order to redact same and prepare for submission of monthly operating report (.2); began preparation of redactions (.4). | | | | | |
| | W. J. Joris   [Matter 17] | | .60 hrs. | 150.00/hr | $ | 90.00 |
| 06/19/15 | Completed redactions and submitted May Monthly Operating Report with the court. | | | | | |
| | W. J. Joris  [Matter 17] | | .80 hrs. | 150.00/hr | $ | 120.00 |

<u>Summary of Fees</u>

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Timekeeper | Hours | Ave. Rate | Amount |
| W. J. Joris | 5.80 | 150.00 | 870.00 |
| TOTAL | 5.80 | | 870.00 |

TOTAL Fees for Professional Services.................................................................................................... $     870.00

TOTAL DUE FOR THIS PERIOD......................................................................................................... $     870.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

**ice**Miller

LEGAL COUNSEL

REMITTANCE PAGE


SUBMIT REMITTANCE TO:                                    October 6, 2015

Option 1 By CHECK:                              Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                          Huntington Bank
P.O. Box 68                                      ABA for ACH:
Indianapolis, IN  46206-0068                     ABA for Wire:
(317) 221-2996                                   Account No.:
                                                 Swift Code:
                                     Please reference our matter # and/or invoice #


CLIENT NAME:       First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                   c/o First Midwest Bank
                   Attn:  Angela Major Hart
                   24509 West Lockport Street
                   Plainfield, IL  60544

MATTER TITLE:      Business Operations
                   35066.0004

INVOICE #:         1380923


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $        870.00


ACCOUNTS ARE DUE UPON RECEIPT

# Ice Miller
## LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11          Invoice 1380924   Page 1
c/o First Midwest Bank                                                October 6, 2015
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0005
Case Administration

| Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| 03/16/15 | Received and reviewed monthly operating report from client (.1); submitted February monthly operating report with court (.3). | | | | |
| | W. J. Joris   [Matter 17] | .40 hrs. | 150.00/hr | $ | 60.00 |
| 03/16/15 | Reviewed and analyzed Monthly Operating Report and coordinated filing of same. | | | | |
| | B. T. Caughey  [Matter 17] | .30 hrs. | 420.00/hr | $ | 126.00 |
| 04/14/15 | Conferred with attorneys regarding handling of undeliverable notices received (.2). | | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 04/15/15 | Conference call with Rossow regarding case status and strategy. | | | | |
| | B. T. Caughey | .50 hrs. | 420.00/hr | $ | 210.00 |
| 04/16/15 | Reviewed information in order to update creditors' addresses in response to undeliverable notices from the court. | | | | |
| | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |
| 04/17/15 | Attention to information for retention of forensic specialist. | | | | |
| | V.E.Powers   [Matter 8] | .10 hrs. | 520.00/hr | $ | 52.00 |
| 04/17/15 | Drafted application to retain Protek (1.8) and drafted email correspondence regarding same to client and to Protek counsel (.5). | | | | |
| | D.M.Anderson  [Matter 8] | 2.30 hrs. | 365.00/hr | $ | 839.50 |
| 04/20/15 | Attention to retention of forensic advisor. | | | | |
| | V.E.Powers   [Matter 8] | .10 hrs. | 520.00/hr | $ | 52.00 |
| 04/21/15 | Oversaw review and filing of Gaudio Operating Report. | | | | |
| | V.E.Powers   [Matter 17] | .10 hrs. | 520.00/hr | $ | 52.00 |
| 04/21/15 | Finalized and filed application to employ Protek. | | | | |
| | D.M.Anderson  [Matter 8] | .50 hrs. | 365.00/hr | $ | 182.50 |

| 04/24/15 | Meeting with Angela Major Hart ████████████████████ | | | | |
| | V.E.Powers | 2.60 hrs. | 520.00/hr | $ | 1,352.00 |
| 04/28/15 | Reviewed and considered open matters in estate administration. | | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |
| 05/04/15 | Call from and conferred with Jennie Gallagher at the U.S. Trustee's office regarding bank accounts listed in the operating reports. | | | | |
| | V.E.Powers   [Matter 17] | .10 hrs. | 520.00/hr | $ | 52.00 |
| 05/05/15 | Followed up regarding inquiry from Jennie Gallagher at the U.S. Trustee's office regarding bank accounts listed in the operating reports(.10); considered and responded to creditor inquiry (.10); exchanged communications with counsel for Regions Bank (.10); received and reviewed orders entered by court and circulated to client team (.10); circulated order to expert and mediator (.10). | | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
| 05/11/15 | Attention to issues related to claims of Regions Bank and client's questions regarding same (.10); worked on communication to client ████████ e; (.30); considered communication from counsel for Regions and prepared response (.10); considered court's order for upload of order granting motion for employment of Forensic Analyst and prepared order for upload and oversaw upload (.20); reviewed secured claims and vehicle sale issues and oversaw revisions to claims chart and analysis (1.0). | | | | |
| | V.E.Powers | 1.70 hrs. | 520.00/hr | $ | 884.00 |
| 05/12/15 | Attention to communications with client team ████████████████ (.10); worked on communication to client team ████████████ (.40). | | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
| 05/14/15 | Conferred with Angel Hart ████████████ (.10); reviewed claims analysis (.30); revised and finalized memorandum to client ████████████ (.70). | | | | |
| | V.E.Powers   [Matter 6] | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 05/15/15 | Reviewed information, exchanged communications with client ████████, and responded to United State Trustee's inquiry regarding accounts. | | | | |
| | V.E.Powers   [Matter 17] | .30 hrs. | 520.00/hr | $ | 156.00 |
| 05/19/15 | Reviewed and attention to filing of Monthly Operating Report. | | | | |
| | V.E.Powers   [Matter 17] | .30 hrs. | 520.00/hr | $ | 156.00 |
| 05/19/15 | Conference with Angela Hart ████████████████. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 05/21/15 | Analysis of Regions bank claim issue and finalizing 9019 Motion. | | | | |
| | V.E.Powers   [Matter 3] | .30 hrs. | 520.00/hr | $ | 156.00 |
| 05/28/15 | Considered issues on finalizing Regions claim resolution and sale of property. | | | | |
| | V.E.Powers   [Matter 3] | .10 hrs. | 520.00/hr | $ | 52.00 |
| 06/10/15 | Call from and conference with Wells Fargo counsel seeking follow-up. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 06/12/15 | Communication regarding former employees of EG&S who claim they were not paid in full. | | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |

| 06/16/15 | Attention to approval of monthly operating report for filing (.10); prepared list of open items (.20); analysis and planning for actions to complete and resolve all matters (1.0); attention to open items related to Regions Bank, new buyer information, and resolution of asserted claim amount (.20). | | | |
| --- | --- | --- | --- | --- |
| | V.E.Powers | 1.50 hrs. | 520.00/hr | $ 780.00 |
| 06/18/15 | Conferred with Angela Hart ▇▇▇▇▇▇▇▇▇▇ (.20). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 06/23/15 | Prepared comprehensive outline of pending matters and matters to complete in preparation for today's conference with client team ▇▇▇▇e (1.20); revised comprehensive outline (.40); prepared communications to client team ▇▇▇▇▇▇▇▇▇▇▇ (.10); participated in all-hands call with client team ▇▇▇ (1.70); call from and conference with Committee counsel Rossow regarding status of case and open matters (.30); prepared follow-up communication to Committee counsel (.10). | | | |
| | V.E.Powers | 3.80 hrs. | 520.00/hr | $ 1,976.00 |
| 06/25/15 | Follow-up communication to Jim Rossow regarding meeting with committee. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 06/26/15 | Exchanged email correspondence with Rossow regarding scheduling meeting and preparation of fee recap at his request. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 06/29/15 | Considered and responded to inquiry from Custodian ▇▇▇▇▇▇▇▇▇ ▇▇▇▇. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 07/02/15 | Prepared outline for conference with Rossow scheduled for this afternoon (.50); brief conference with Rossow (.10); communications with client team ▇▇▇▇▇▇▇▇; communications with Rossow rescheduling conference and scheduling Committee meeting (.10). | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |
| 07/02/15 | Attention to request from former employee regarding final paycheck (.10); pulled recent court orders and forwarded ▇▇▇ to Kim Klonicki at Custodian (.20). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 07/07/15 | Considered, followed up regarding, and prepared communications to client team ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.30); prepared for conference and called Committee counsel Rossow in preparation for meeting of Committee Members and Custodian (.10); considered issues for conference with Committee Members and prepared for meeting (.30); prepared communication to client team ▇▇▇▇ (.10); prepared communication to Rossow regarding Agenda and dial-in information for committee members on tomorrow's conference (.10); revised, finalized and circulated agenda to Committee Counsel (.20); prepared communication to client team circulating revised agenda for Committee meeting (.10). | | | |
| | V.E.Powers | 1.20 hrs. | 520.00/hr | $ 624.00 |
| 07/08/15 | Prepared for Committee meeting (.30); participated in Committee meeting discussing all open matters and next steps (1.80); prepared memorandum to client team ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ (.40). | | | |
| | V.E.Powers | 2.50 hrs. | 520.00/hr | $ 1,300.00 |
| 07/09/15 | Worked on communication to client team regarding ▇▇▇▇▇▇▇▇▇▇ (.20). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |

| 07/13/15 | Reviewed and circulated statements. | | | |
| | R. Johnson | .30 hrs. | 470.00/hr | $ 141.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. T. Caughey | 0.80 | 420.00 | 336.00 |
| R. Johnson | 0.30 | 470.00 | 141.00 |
| V.E.Powers | 19.60 | 520.00 | 10,192.00 |
| D.M.Anderson | 2.80 | 365.00 | 1,022.00 |
| C. Fugate | 0.20 | 310.00 | 62.00 |
| W. J. Joris | 0.90 | 150.00 | 135.00 |
| TOTAL | 24.60 | | 11,888.00 |

TOTAL Fees for Professional Services........................................................................................ $    11,888.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 06/23/15 | Tele-Conferencing Long Distance | 310 | $ | 0.04 $ | 11.76 |
| 07/08/15 | Tele-Conferencing Long Distance | 454 | $ | 0.04 $ | 17.19 |
| 07/15/15 | Tele-Conferencing Long Distance | 380 | $ | 0.04 $ | 14.40 |

TOTAL Itemized Charges ....................................................................................................... $    43.35

TOTAL DUE FOR THIS PERIOD....................................................................................... $    11,931.35

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              October 6, 2015

Option 1 By CHECK:                                      Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                  Huntington Bank
P.O. Box 68                                             ABA for ACH:
Indianapolis, IN  46206-0068                            ABA for Wire:
(317) 221-2996                                          Account No.:
                                                        Swift Code:
                                            Please reference our matter # and/or invoice #

CLIENT NAME:       First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                   c/o First Midwest Bank
                   Attn:  Angela Major Hart
                   24509 West Lockport Street
                   Plainfield, IL  60544

MATTER TITLE:      Case Administration
                   35066.0005

INVOICE #:         1380924

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $        11,931.35

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11  
c/o First Midwest Bank  
Attn:  Angela Major Hart  
24509 West Lockport Street  
Plainfield, IL  60544

Invoice 1380926   Page 1  
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015  
Federal ID #35-0874357

OUR MATTER # 35066.0006  
Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| 03/16/15 | Communicated with client ██████████ | | | |
| | B. T. Caughey | .30 hrs. | 420.00/hr | $ 126.00 |
| 03/26/15 | Considered issues in connection with objection to Gaudio claim and other claims. | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ 208.00 |
| 04/03/15 | Preliminary review of proof of claim filed by Dennis Gaudio (.30); legal research to determine grounds for objection to claim (2.10). | | | |
| | V.E.Powers | 2.40 hrs. | 520.00/hr | $ 1,248.00 |
| 04/06/15 | Researched case law in support of objection to Dennis Gaudio claim (2.50); reviewed depositions and exhibits to depositions in connection with objection to claim (1.50). | | | |
| | V.E.Powers | 4.00 hrs. | 520.00/hr | $ 2,080.00 |
| 04/09/15 | Worked on development of objection to Dennis Gaudio claim. | | | |
| | V.E.Powers | 2.50 hrs. | 520.00/hr | $ 1,300.00 |
| 04/10/15 | Communications related to liquidation of 1803 property and resolution of Regions claim. | | | |
| | B. T. Caughey   [Matter 3] | .30 hrs. | 420.00/hr | $ 126.00 |
| 04/21/15 | Conference regarding preparation of worksheet of scheduled claims and filed proof of claims requested by mediator (.2); downloaded proof of claims from court claims register (1.8). | | | |
| | V.E.Babbert | 2.00 hrs. | 150.00/hr | $ 300.00 |
| 04/22/15 | Organized proof of claims notebook (2.0); as requested by mediator updated worksheet of filed proof of claims provided by client (2.5); added to the worksheet the scheduled claims information as filed with bankruptcy petition (1.0); verified proof of claims data in worksheet (1.0). | | | |
| | V.E.Babbert | 6.50 hrs. | 150.00/hr | $ 975.00 |
| 05/09/15 | Reviewed recent pleadings and orders filed in the case regarding Illinois Department of Revenue Admin Claims. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |

| 05/12/15 | Begin review of file correspondence and court pleadings to identify disposition and sale price of Gaudio vehicles in order to determine status of secured proof of claims. | | | | |
| | V.E.Babbert | 2.00 hrs. | 150.00/hr | $ | 300.00 |
| 05/13/15 | Completed review of file correspondence and court pleadings to identify disposition and sale price of Gaudio vehicles in order to determine status of secured proof of claims (1.5); updated claims chart with status of secured claims (.5); reviewed court docket and obtained copies of Motions and Orders for Relief of Stay filed by secured lien holders (1.0). | | | | |
| | V.E.Babbert | 3.00 hrs. | 150.00/hr | $ | 450.00 |
| 05/14/15 | Conference with Powers regarding review of secured claims filed by vehicle lien holders and status of claims. | | | | |
| | V.E.Babbert | .30 hrs. | 150.00/hr | $ | 45.00 |
| 05/18/15 | Attention to preparation of objection to claim of Dennis Gaudio (2.50); reviewed applicable case law and analysis of legal issues and various grounds for inclusion in connection with same (2.50). | | | | |
| | V.E.Powers | 5.00 hrs. | 520.00/hr | $ | 2,600.00 |
| 05/19/15 | Analysis of additional grounds for objection to Dennis Gaudio claim (.30); conferred with Angela Hart ▮▮▮▮▮▮▮▮ (.10). | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 05/22/15 | Prepared additional sections of objection to Dennis Gaudio claim. | | | | |
| | V.E.Powers | 2.30 hrs. | 520.00/hr | $ | 1,196.00 |
| 05/26/15 | Reviewed corporate reports from Security of State (.30); correspondence with Hart ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.10). | | | | |
| | D. Hight | .40 hrs. | 465.00/hr | $ | 186.00 |
| 05/26/15 | Telephone call from creditor regarding claim and Ice Miller involvement. | | | | |
| | H. Efroymson | .20 hrs. | 555.00/hr | $ | 111.00 |
| 05/27/15 | Reviewed and revised complaint objecting to Dennis Gaudio claim. | | | | |
| | D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |
| 05/27/15 | Worked on revisions to objection to Dennis Gauido Claim. | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 05/28/15 | Attention to legal argument for objection to Dennis Gaudio claim. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 05/28/15 | Further analysis of Section 502(d) objection to Dennis Gaudio claim. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 06/16/15 | Reviewed status of Regions Bank issues and new contract for sale of 1803 LLC property (.60): prepared communication to client ▮▮▮▮▮▮▮▮ (.10). | | | | |
| | D.M.Anderson   [Matter 3] | .70 hrs. | 365.00/hr | $ | 255.50 |
| 06/16/15 | Attention to objection to Dennis Gaudio claim. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 06/17/15 | Revised complaint objecting to Dennis Gaudio claims. | | | | |

|  |  | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |

**06/19/15** Preliminary consideration of administrative claims filed by the Illinois Department of Revenue.
V.E.Powers — .20 hrs. — 520.00/hr — $ — 104.00

**06/23/15** Preliminary attention to administrative tax claim asserted for real estate taxes.
V.E.Powers — .10 hrs. — 520.00/hr — $ — 52.00

**06/23/15** Revised objection to Dennis Gaudio claim.
D.M.Anderson — 1.00 hrs. — 365.00/hr — $ — 365.00

**06/30/15** Reviewed complaint objecting to Dennis Gaudio claim.
D.M.Anderson — .80 hrs. — 365.00/hr — $ — 292.00

**06/30/15** Reviewed comments on Dennis Gaudio claim objection.
V.E.Powers — .10 hrs. — 520.00/hr — $ — 52.00

**07/01/15** Revised complaint objecting to claim of Dennis Gaudio.
D.M.Anderson — 1.50 hrs. — 365.00/hr — $ — 547.50

**07/06/15** Reviewed background information and developed legal argument in connection with complaint objecting to Dennis Gaudio claim (.60); reviewed Vermilion County fiduciary duty complaint in connection with further development of grounds for objection to Dennis Gaudio claim (.30); revised objection to Dennis Gaudio claim (1.0); analysis of pleading issues in connection with complaint (.30); prepared communication to client team ███████████████ ██████████████████████████ (.20); reviewed information related to tax claims (.20).
V.E.Powers — 2.60 hrs. — 520.00/hr — $ — 1,352.00

**07/06/15** Revised and reviewed complaint objecting to Dennis Gaudio claim.
D.M.Anderson — 1.00 hrs. — 365.00/hr — $ — 365.00

**07/06/15** Reviewed documents and file regarding breach of fiduciary duty complaint.
E. McKillip — .50 hrs. — 360.00/hr — $ — 180.00

**07/07/15** Completed revisions to complaint objecting to Dennis Gaudio claim (.40); prepared communication to client team ████████████ (.10).
V.E.Powers — .50 hrs. — 520.00/hr — $ — 260.00

**07/09/15** Conferred with client team ██████████████████████ (.20); reviewed and considered client team' ████████████████████████ t (1.50).
V.E.Powers — 1.70 hrs. — 520.00/hr — $ — 884.00

**07/09/15** Revised complaint to subordinate Dennis Gaudio claim.
D.M.Anderson — .40 hrs. — 365.00/hr — $ — 146.00

**07/10/15** Finalized and filed complaint objecting to Dennis Gaudio claim.
D.M.Anderson — .50 hrs. — 365.00/hr — $ — 182.50

**07/10/15** Analyzed potential objection or avoidance of World Business Lenders' claim.
D.M.Anderson — 1.20 hrs. — 365.00/hr — $ — 438.00

**07/10/15** Attention to exhibits for evidentiary support of objection to Dennis Gaudio claim (.10); considered service on known counsel under Rule 7004 and issuance of summons (.10); analysis of Regions

claim and settlement discussions (.20); finalized and filed Objection to Dennis Gaudio claim (.40).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. T. Caughey | 0.60 | 420.00 | 252.00 |
| D. Hight | 0.40 | 465.00 | 186.00 |
| E. McKillip | 0.50 | 360.00 | 180.00 |
| H. Efroymson | 0.20 | 555.00 | 111.00 |
| V.E.Powers | 23.70 | 520.00 | 12,324.00 |
| D.M.Anderson | 11.60 | 365.00 | 4,234.00 |
| V.E.Babbert | 13.80 | 150.00 | 2,070.00 |
| TOTAL | 50.80 | | 19,357.00 |

TOTAL Fees for Professional Services.................................................................................................... $    19,357.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|---|---|---|---|---|---|---|
| 07/06/15 | Postage Expense , | 1 | $ | 1.42 | $ | 1.42 |
| 07/08/15 | Photocopies | 279 | $ | 0.15 | $ | 41.85 |
| 07/08/15 | Postage Expense , | 1 | $ | 15.04 | $ | 15.04 |

TOTAL Itemized Charges ........................................................................................................................ $    58.31

TOTAL DUE FOR THIS PERIOD............................................................................................................ $    19,415.31

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

**ice**Miller

LEGAL COUNSEL

REMITTANCE PAGE


SUBMIT REMITTANCE TO:                                              October 6, 2015


Option 1 By CHECK:                                         Option 2 By WIRE TRANSFER:


ICE MILLER LLP                                                          Huntington Bank
P.O. Box 68                                              ABA for ACH:
Indianapolis, IN  46206-0068                            ABA for Wire:
(317) 221-2996                                          Account No.:
                                                        Swift Code:
                                       Please reference our matter # and/or invoice #


CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Claims Administration and Objections
                    35066.0006

INVOICE #:          1380926


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................................ $        19,415.31



ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380927   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0007
Employee Benefits / Pensions

| Date | Description | | | | |
|---|---|---|---|---|---|
| 04/23/15 | Analysis of treatment of overtime; analyzed Illinois law regarding same; follow-up regarding same. | | | | |
| | J. Zollo | 1.40 hrs. | 360.00/hr | $ | 504.00 |
| 04/23/15 | Telephone conference with M. Morgan regarding wage and hour issue. | | | | |
| | R. M. Poor | .10 hrs. | 485.00/hr | $ | 48.50 |
| 04/23/15 | ████████ client and followed up regarding pension issues. | | | | |
| | M. Buker | .70 hrs. | 420.00/hr | $ | 294.00 |
| 06/23/15 | Worked on status of 401(k) corrections; correspondence with DeLeon regarding same. | | | | |
| | C. Burke | .90 hrs. | 465.00/hr | $ | 418.50 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. Burke | 0.90 | 465.00 | 418.50 |
| M. Buker | 0.70 | 420.00 | 294.00 |
| R. M. Poor | 0.10 | 485.00 | 48.50 |
| J. Zollo | 1.40 | 360.00 | 504.00 |
| TOTAL | 3.10 | | 1,265.00 |

TOTAL Fees for Professional Services............................................................................... $      1,265.00

TOTAL DUE FOR THIS PERIOD ...................................................................................... $      1,265.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller
LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              October 6, 2015

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                            ABA for ACH:
Indianapolis, IN  46206-0068                           ABA for Wire:
(317) 221-2996                                         Account No.:
                                                       Swift Code:
                                       Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Employee Benefits / Pensions
                    35066.0007

INVOICE #:          1380927

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................................................................. $          1,265.00

ACCOUNTS ARE DUE UPON RECEIPT

# Ice**Miller**
LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380928   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0008
Fee and Employment Applications

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 04/12/15 | Attention to status and next steps with accountant fee application. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $    52.00 |
| 04/12/15 | Communicated with Accountant regarding status of Fee Invoices. | | | |
| | B. T. Caughey | .20 hrs. | 420.00/hr | $    84.00 |
| 04/16/15 | Reviewed Proforma for next fee application. | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $   156.00 |
| 04/17/15 | Began review of cost detail on proforma for expenses through 3/15/15 and gathered information in order to supplement descriptions per court's order for preparation of fee application. | | | |
| | W. J. Joris | 1.20 hrs. | 150.00/hr | $   180.00 |
| 04/21/15 | Continued review of costs proforma in order to gather and add detail per Court's Order and in preparation of fee application. | | | |
| | W. J. Joris | 3.30 hrs. | 150.00/hr | $   495.00 |
| 04/22/15 | Continued to gather detail to add to costs proforma. | | | |
| | W. J. Joris | .30 hrs. | 150.00/hr | $    45.00 |
| 04/23/15 | Continued to gather detail to add to costs proforma in order to comply with court order. | | | |
| | W. J. Joris | .80 hrs. | 150.00/hr | $   120.00 |
| 04/29/15 | (No Charge) Attention to fee application issues. | | | |
| | V.E.Powers | .00 hrs. | 0.00/hr | $     0.00 |
| 04/30/15 | Attention to fee application issues. | | | |
| | V.E.Powers | 1.50 hrs. | 520.00/hr | $   780.00 |
| 05/01/15 | Attention to preparation and circulation of invoices pursuant to Court's Order. | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $   260.00 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 05/04/15 | Revised fee letter (.10); prepared invoices (.40); exchanged communications with client ██████████████ (.10); prepared communications forwarding fee letter (.10). | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |
| 05/05/15 | (No Charge) Worked on preparation of invoices for fee application. | | | |
| | V.E.Powers | .00 hrs. | 0.00/hr | $ 0.00 |
| 05/06/15 | Attention to fee invoice for fee application (.10). | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 05/11/15 | Attention to fee invoices. | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 05/27/15 | Preliminary attention to WRDR's invoices. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 06/05/15 | Received request from client ██████████████ reviewed court docket regarding order on same; internal communications to determine status of fee application. | | | |
| | W. J. Joris | .50 hrs. | 150.00/hr | $ 75.00 |
| 06/15/15 | Began review of fees of custodian, accountants, and attention to requirements for fees. | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 06/16/15 | Attention to review of fees of Custodian, accountants, and attention to requirements for fees. | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 06/17/15 | Reviewed First Midwest Pre-Bill and made revisions for fee application. | | | |
| | V.E.Powers | 4.50 hrs. | 520.00/hr | $ 2,340.00 |
| 06/18/15 | Completed review of seven months of First Midwest time invoices and prepared comments (.80); prepared communication to First Midwest ██████████████████ (.20); reviewed nine months of WRDR time invoices (1.0); prepared ████████; prepared communication to client team ██████ (.10); conference with Angela Hart ██████████████ (.20); review order on interim fee allowance, calculated amounts for interim payment, and prepared draft letter to US Trustee and Committee Counsel on First Midwest fees (.40). | | | |
| | V.E.Powers | 2.70 hrs. | 520.00/hr | $ 1,404.00 |
| 06/19/15 | Revised fee letter and prepared communication to Angela Hart ██████████ (.10); conferred with Angela Hart ████████████████████████ (.10); reviewed revisions to invoicing for purposes of presentation pursuant to bankruptcy requirements and communicated with First Midwest ████████████ (.10); further conferred with Angela Hart ██████████ (.10); finalized cover letter to US Trustee and Committee Counsel (.10); received and brief review of revised fee statements (.10); circulated fee request to UST and committee counsel (.10). | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |
| 06/22/15 | Considered communications from and communicated with client team ██████████████ ██████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 06/25/15 | Considered agreement regarding fees for expert (.10); prepared communication to John Lane regarding fee application for expert's fees (.10); analysis of fee app and interim fee order issues for payment of WRDR (.20). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ 208.00 |

| 06/26/15 | Calculated and prepared WRDR interim fee request (.50); prepared communication to WRDR regarding interim fee procedure and forwarding request and exchanged communications with WRDR regarding additional invoices (.10); circulated fee letter regarding WRDR interim fees pursuant to terms of Interim Fee Order (.10). | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |
| 06/30/15 | Considered inquiry from Custodian regarding ███████████████████ Custodian. | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 06/30/15 | Attention to commencing fee recap requested by Committee. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 07/02/15 | Conference with Powers regarding background on interim fee applications and procedure to prepare next interim fee application. | | | |
| | V.E.Babbert | .50 hrs. | 150.00/hr | $ 75.00 |
| 07/02/15 | Attention to fee recap requested by Committee and 2nd fee applications for professionals; conference with Babbert regarding same.. | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |
| 07/06/15 | Worked on fee recap requested for committee and fee application exhibits. | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ 208.00 |
| 07/06/15 | Reviewed client files, electronic client document files, and court case docket to gather invoices for trustee, accountant and Ice Miller in preparation for submitting interim application for fees and costs (1.0); organized documents and charted invoicing (2.30); follow-up conference with Powers regarding preparation of interim fee application (.20). | | | |
| | V.E.Babbert | 3.50 hrs. | 150.00/hr | $ 525.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. T. Caughey | 0.20 | 420.00 | 84.00 |
| V.E.Powers | 15.00 | 520.00 | 7,800.00 |
| V.E.Babbert | 4.00 | 150.00 | 600.00 |
| W. J. Joris | 6.10 | 150.00 | 915.00 |
| TOTAL | 25.30 | | 9,399.00 |

TOTAL Fees for Professional Services................................................................................ $    9,399.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/06/15 | Photocopies | 80 | $    0.15 | $    12.00 |

TOTAL Itemized Charges ..................................................................................................... $    12.00

TOTAL DUE FOR THIS PERIOD........................................................................................ $    9,411.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller
LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                           October 6, 2015

Option 1 By CHECK:                                       Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                              ABA for ACH:
Indianapolis, IN  46206-0068                             ABA for Wire:
(317) 221-2996                                           Account No.:
                                                         Swift Code:
                                         Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Fee and Employment Applications
                    35066.0008

INVOICE #:          1380928


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................................. $          9,411.00


ACCOUNTS ARE DUE UPON RECEIPT


LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380929   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0015
Costs

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 03/16/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 03/16/15 | Tele-Conferencing Long Distance | 294 | $ 0.04 | $ 10.73 |
| 03/18/15 | Invoice for service of Subpoena on Paul Offutt | 1 | $ 135.00 | $ 135.00 |
| 03/18/15 | Photocopies | 9 | $ 0.15 | $ 1.35 |
| 03/18/15 | Photocopies | 2 | $ 0.15 | $ 0.30 |
| 03/19/15 | Photocopies | 419 | $ 0.15 | $ 62.85 |
| 03/19/15 | Photocopies | 2 | $ 0.15 | $ 0.30 |
| 03/24/15 | Photocopies | 1 | $ 0.15 | $ 0.15 |
| 03/24/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 03/25/15 | CD Scanning ,CD | 1 | $ 15.00 | $ 15.00 |
| 03/25/15 | Iroquois Federal invoice for documents produced | 1 | $ 317.40 | $ 317.40 |
| 03/25/15 | Photocopies | 7 | $ 0.15 | $ 1.05 |
| 03/25/15 | CD Scanning ,burn CD | 1 | $ 15.00 | $ 15.00 |
| 03/26/15 | Photocopies | 7 | $ 0.15 | $ 1.05 |
| 03/27/15 | Photocopies | 115 | $ 0.15 | $ 17.25 |
| 03/27/15 | Photocopies | 2 | $ 0.15 | $ 0.30 |
| 03/27/15 | Color Photocopies | 59 | $ 0.50 | $ 29.50 |
| 03/27/15 | Color Photocopies | 14 | $ 0.50 | $ 7.00 |
| 03/27/15 | Photocopies | 237 | $ 0.15 | $ 35.55 |
| 03/27/15 | Photocopies | 125 | $ 0.15 | $ 18.75 |
| 03/27/15 | Photocopies | 94 | $ 0.15 | $ 14.10 |
| 03/27/15 | CD Scanning ,burn CD | 1 | $ 15.00 | $ 15.00 |
| 03/30/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 03/30/15 | CD Scanning ,CD | 1 | $ 30.00 | $ 30.00 |
| 03/31/15 | Electronic Data Discovery Services: processing/ database creation/ data manipulation/ analyst ,Conversion of electronic client data into a rev | 1 | $ 250.00 | $ 250.00 |
| 04/01/15 | Photocopies | 8 | $ 0.15 | $ 1.20 |
| 04/02/15 | Photocopies | 11 | $ 0.15 | $ 1.65 |

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 04/02/15 | Public Information Searches Date of Search: Apr 2 2015 10:04AM; Type of Transaction: Business Search; Desc: 1803 LLC IL | 1 | $ | 6.35 | $ 6.35 |
| 04/02/15 | Public Information Searches Date of Search: Apr 2 2015 10:06AM; Type of Transaction: Comprehensive Business Report; Desc: S579062959 | 1 | $ | 64.70 | $ 64.70 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies | 1 | $ | 0.50 | $ 0.50 |
| 04/06/15 | Color Photocopies ,color request | 1 | $ | 2.00 | $ 2.00 |
| 04/06/15 | Tele-Conferencing Long Distance | 47 | $ | 0.04 | $ 1.73 |
| 04/08/15 | Photocopies | 36 | $ | 0.15 | $ 5.40 |
| 04/08/15 | Photocopies | 336 | $ | 0.15 | $ 50.40 |
| 04/09/15 | Photocopies | 155 | $ | 0.15 | $ 23.25 |
| 04/09/15 | Color Photocopies | 144 | $ | 0.50 | $ 72.00 |
| 04/09/15 | Photocopies | 307 | $ | 0.15 | $ 46.05 |
| 04/09/15 | Photocopies | 1,956 | $ | 0.15 | $ 293.40 |
| 04/09/15 | Photocopies | 35 | $ | 0.15 | $ 5.25 |
| 04/09/15 | CD Scanning ,duplicate CD | 1 | $ | 15.00 | $ 15.00 |
| 04/10/15 | CD Scanning ,PLEASE BURN 2 COPIS OF PDFS FROM LINK | 1 | $ | 30.00 | $ 30.00 |
| 04/10/15 | Photocopies | 812 | $ | 0.15 | $ 121.80 |
| 04/13/15 | Color Photocopies | 41 | $ | 0.50 | $ 20.50 |
| 04/13/15 | Photocopies | 84 | $ | 0.15 | $ 12.60 |
| 04/13/15 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| 04/14/15 | CD Scanning , | 1 | $ | 30.00 | $ 30.00 |
| 04/14/15 | Photocopies | 7 | $ | 0.15 | $ 1.05 |
| 04/14/15 | Tele-Conferencing Long Distance | 231 | $ | 0.04 | $ 8.77 |
| 04/16/15 | 1 hard drive for data associated with First Midwest Custodian of Earl Gaudio & Son - Ch.11/Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio; Dennis Gaudio | 1 | $ | 87.48 | $ 87.48 |
| 04/16/15 | Photocopies | 23 | $ | 0.15 | $ 3.45 |
| 04/17/15 | Iroquois invoice for copies from account ending XXX9738 | 1 | $ | 530.00 | $ 530.00 |
| 04/20/15 | Photocopies | 15 | $ | 0.15 | $ 2.25 |
| 04/20/15 | Photocopies | 100 | $ | 0.15 | $ 15.00 |
| 04/20/15 | Photocopies | 100 | $ | 0.15 | $ 15.00 |
| 04/20/15 | Photocopies | 7 | $ | 0.15 | $ 1.05 |
| 04/21/15 | Photocopies | 8 | $ | 0.15 | $ 1.20 |
| 04/21/15 | Photocopies | 243 | $ | 0.15 | $ 36.45 |
| 04/21/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 04/21/15 | CD Scanning ,duplicated CD | 1 | $ | 30.00 | $ 30.00 |
| 04/22/15 | Photocopies | 3 | $ | 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 20 | $ | 0.15 | $ 3.00 |
| 04/22/15 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| 04/22/15 | Photocopies | 25 | $ | 0.15 | $ 3.75 |
| 04/22/15 | Photocopies | 42 | $ | 0.15 | $ 6.30 |
| 04/22/15 | Photocopies | 10 | $ | 0.15 | $ 1.50 |
| 04/22/15 | Photocopies | 5 | $ | 0.15 | $ 0.75 |
| 04/22/15 | Photocopies | 10 | $ | 0.15 | $ 1.50 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 04/22/15 | Photocopies | 1 | $ 0.15 | $ 0.15 |
| 04/22/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 12 | $ 0.15 | $ 1.80 |
| 04/22/15 | Photocopies | 13 | $ 0.15 | $ 1.95 |
| 04/22/15 | Photocopies | 13 | $ 0.15 | $ 1.95 |
| 04/22/15 | Photocopies | 63 | $ 0.15 | $ 9.45 |
| 04/22/15 | Photocopies | 10 | $ 0.15 | $ 1.50 |
| 04/22/15 | Photocopies | 13 | $ 0.15 | $ 1.95 |
| 04/22/15 | Photocopies | 12 | $ 0.15 | $ 1.80 |
| 04/22/15 | Photocopies | 15 | $ 0.15 | $ 2.25 |
| 04/22/15 | Photocopies | 6 | $ 0.15 | $ 0.90 |
| 04/22/15 | Photocopies | 21 | $ 0.15 | $ 3.15 |
| 04/22/15 | Photocopies | 21 | $ 0.15 | $ 3.15 |
| 04/22/15 | Photocopies | 6 | $ 0.15 | $ 0.90 |
| 04/22/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 6 | $ 0.15 | $ 0.90 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 34 | $ 0.15 | $ 5.10 |
| 04/22/15 | Photocopies | 10 | $ 0.15 | $ 1.50 |
| 04/22/15 | Photocopies | 10 | $ 0.15 | $ 1.50 |
| 04/22/15 | Photocopies | 10 | $ 0.15 | $ 1.50 |
| 04/22/15 | Photocopies | 11 | $ 0.15 | $ 1.65 |
| 04/22/15 | Photocopies | 11 | $ 0.15 | $ 1.65 |
| 04/22/15 | Photocopies | 15 | $ 0.15 | $ 2.25 |
| 04/22/15 | Photocopies | 11 | $ 0.15 | $ 1.65 |
| 04/22/15 | Photocopies | 9 | $ 0.15 | $ 1.35 |
| 04/22/15 | Photocopies | 5 | $ 0.15 | $ 0.75 |
| 04/22/15 | Photocopies | 2 | $ 0.15 | $ 0.30 |
| 04/22/15 | Photocopies | 6 | $ 0.15 | $ 0.90 |
| 04/22/15 | Photocopies | 1 | $ 0.15 | $ 0.15 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 5 | $ 0.15 | $ 0.75 |
| 04/22/15 | Photocopies | 5 | $ 0.15 | $ 0.75 |
| 04/22/15 | Photocopies | 11 | $ 0.15 | $ 1.65 |
| 04/22/15 | Photocopies | 10 | $ 0.15 | $ 1.50 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 5 | $ 0.15 | $ 0.75 |
| 04/22/15 | Photocopies | 16 | $ 0.15 | $ 2.40 |
| 04/22/15 | Photocopies | 7 | $ 0.15 | $ 1.05 |
| 04/22/15 | Photocopies | 15 | $ 0.15 | $ 2.25 |
| 04/22/15 | Photocopies | 14 | $ 0.15 | $ 2.10 |
| 04/22/15 | Photocopies | 13 | $ 0.15 | $ 1.95 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 4 | $ 0.15 | $ 0.60 |
| 04/22/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 11 | $ 0.15 | $ 1.65 |
| 04/22/15 | Photocopies | 9 | $ 0.15 | $ 1.35 |
| 04/22/15 | Photocopies | 3 | $ 0.15 | $ 0.45 |
| 04/22/15 | Photocopies | 5 | $ 0.15 | $ 0.75 |
| 04/22/15 | Photocopies | 833 | $ 0.15 | $ 124.95 |
| 04/22/15 | Photocopies | 115 | $ 0.15 | $ 17.25 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|------|-------------|-----|---|------|---|--------|
| 04/22/15 | Photocopies | 115 | $ | 0.15 | $ | 17.25 |
| 04/22/15 | Photocopies | 145 | $ | 0.15 | $ | 21.75 |
| 04/22/15 | Photocopies | 11 | $ | 0.15 | $ | 1.65 |
| 04/22/15 | Photocopies | 5 | $ | 0.15 | $ | 0.75 |
| 04/22/15 | Public Information Searches Date of Search: Apr 22 2015  2:07PM; Type of Transaction: Business Search; Desc: EARL GAUDIO SON, INC. 4 SHEFFIELD PLACE DANVILLE IL 61834 | 1 | $ | 6.35 | $ | 6.35 |
| 04/24/15 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 04/24/15 | Photocopies | 2 | $ | 0.15 | $ | 0.30 |
| 04/27/15 | Lunch during mediation on April 24, 2015. | 1 | $ | 29.75 | $ | 29.75 |
| 04/29/15 | CD Scanning , | 1 | $ | 30.00 | $ | 30.00 |
| 04/30/15 | Photocopies | 3 | $ | 0.15 | $ | 0.45 |
| 05/05/15 | Photocopies | 3 | $ | 0.15 | $ | 0.45 |
| 05/05/15 | Tele-Conferencing Long Distance | 49 | $ | 0.04 | $ | 1.85 |
| 05/06/15 | Invoice for documents produced by Iroquois | 1 | $ | 256.80 | $ | 256.80 |
| 05/12/15 | Travel to/from Indianapolis for mediation in Gaudio adversary proceeding (360 miles) (April 24, 2015) (Victoria E. Powers) | 1 | $ | 0.58 | $ | 0.58 |
| 05/15/15 | Photocopies | 7 | $ | 0.15 | $ | 1.05 |
| 05/18/15 | Photocopies | 2 | $ | 0.15 | $ | 0.30 |
| 05/19/15 | CD Scanning , | 1 | $ | 30.00 | $ | 30.00 |
| 05/19/15 | Photocopies , | 1 | $ | 0.15 | $ | 0.15 |
| 05/20/15 | Photocopies | 22 | $ | 0.15 | $ | 3.30 |
| 05/20/15 | Photocopies | 247 | $ | 0.15 | $ | 37.05 |
| 05/20/15 | CD Scanning , | 1 | $ | 15.00 | $ | 15.00 |
| 05/20/15 | Photocopies , | 1 | $ | 0.15 | $ | 0.15 |
| 05/28/15 | Invoice for documents produced by Keybank | 1 | $ | 68.75 | $ | 68.75 |
| 07/08/15 | Photocopies | 4 | $ | 0.15 | $ | 0.60 |
| | Binding Charges | | | | $ | 4.50 |
| | Color Photocopies | | | | $ | 72.00 |
| | Courier Expense | | | | $ | 213.57 |
| | Postage Expense | | | | $ | 123.90 |

TOTAL Itemized Charges ..................................................................................................................... $    3,694.06


TOTAL DUE FOR THIS PERIOD..................................................................................................... $    3,694.06


Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice**Miller**
LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                    October 6, 2015

Option 1 By CHECK:                                       Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                      Huntington Bank
P.O. Box 68                                              ABA for ACH:
Indianapolis, IN  46206-0068                            ABA for Wire:
(317) 221-2996                                          Account No.:
                                                        Swift Code:
                                           Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Costs
                    35066.0015

INVOICE #:          1380929

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $        3,694.06

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice 1380930  Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0016
Litigation against 1803, LLC; Gaudio Diversified;
Eric Gaudio; and Dennis Gaudio

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 03/16/15 | Reviewed disk containing records from Morgan Stanley Smith Barney and prepared to send same to client (.2); prepared letter to client ████████████ (.1); prepared and sent e-mail to client ████████ (.1); Received call from client (.2); updated index of non-party documents and sent updated version to client (.3); received and reviewed Anheuser Busch records from client (.2). | | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $ | 165.00 |
| 03/16/15 | Discussed, conferred, and strategized with First Midwest Bank regarding ████████████ ████████████████████████████ (.2). | | | | |
| | C. Fugate | 1.80 hrs. | 310.00/hr | $ | 558.00 |
| 03/16/15 | Reviewed Gaudio deposition transcript (1.20); prepared for and participated in strategy conference with client team ████████████ (1.70); attention to preparation of summary of elements of causes of action in complaint (.20). | | | | |
| | V.E.Powers | 3.10 hrs. | 520.00/hr | $ | 1,612.00 |
| 03/16/15 | Reviewed and analyzed draft Case Management Plan (.3); lengthy call with client ████ ████████████ (1.2). | | | | |
| | B. T. Caughey | 1.50 hrs. | 420.00/hr | $ | 630.00 |
| 03/16/15 | Reviewed allegations of complaint (.6) and began preparing summary of elements required to prove same (.9). | | | | |
| | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |
| 03/17/15 | Worked on memorandum summarizing elements of claims asserted in complaint. | | | | |
| | D.M.Anderson | 3.50 hrs. | 365.00/hr | $ | 1,277.50 |
| 03/17/15 | Considered and prepared revisions to motion and stipulated scheduling order (No Charge); reviewed, revised and circulated to client team ████████████████████ | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | ███████████████ (.80). | | | | |
|  | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |
| 03/17/15 | Revised and filed Motion to Continue and Case Management Plan. | | | | |
|  | B. T. Caughey | .50 hrs. | 420.00/hr | $ | 210.00 |
| 03/17/15 | Received message from Iroquois regarding subpoena request and returned call to discuss records available (.2); contacted client ███████████████ (.2); received call and e-mail from process server regarding Offutt skip trace and directed handling of invoice (.2). | | | | |
|  | W. J. Joris | .60 hrs. | 150.00/hr | $ | 90.00 |
| 03/17/15 | Revised and supplemented motion to continue trial and communication regarding same. | | | | |
|  | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 03/18/15 | Facilitated payment of invoices for documents received in response to non-party subpoenas to financial institutions. | | | | |
|  | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 03/18/15 | Reviewed Order continuing Trial and communications with client and opposing counsel regarding same. | | | | |
|  | B. T. Caughey | .40 hrs. | 420.00/hr | $ | 168.00 |
| 03/18/15 | Considered trial strategy issues. | | | | |
|  | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 03/18/15 | Considered development of fact issues (.10); considered Court's order extending trial date and strategized regarding mediation (.10). | | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 03/19/15 | Received and reviewed investment account records from Chase and prepared for transmittal of same to client (.4); prepared and sent letter to client regarding same (.2); updated index of non-party records (.2); began preparation of supplemental subpoena to Iroquois ███████████ (.1). | | | | |
|  | W. J. Joris | .90 hrs. | 150.00/hr | $ | 135.00 |
| 03/19/15 | Considered scope of discovery of deposits from Iroquois Federal Bank (.1); communicated with FMB ██████████ (.1); reviewed and considered new deadlines and strategy moving forward with preparation for mediation and trial in light of new deadlines; (.1). | | | | |
|  | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |
| 03/19/15 | Communications and attention to discovery issues (.3); work on obtaining Mediator (.3); communication with FMB ██████████ (.2). | | | | |
|  | B. T. Caughey | .80 hrs. | 420.00/hr | $ | 336.00 |
| 03/20/15 | Continued work on obtaining Mediator. | | | | |
|  | B. T. Caughey | .30 hrs. | 420.00/hr | $ | 126.00 |
| 03/20/15 | Received call from client ███████████████████ (.2); gathered bankruptcy documents and sent to client (.4); gathered and sent non-party subpoenas to client (.8); received call from Iroquois regarding records being provided, additional accounts available and new subpoena needed (.3); continued preparing supplemental subpoena to Iroquois (.2); additional communications with LeRose ██████████ (.3). | | | | |
|  | W. J. Joris | 2.20 hrs. | 150.00/hr | $ | 330.00 |

| 03/20/15 | Communication with First Midwest Bank ████████████████████ ████████████████. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $    31.00 |

| 03/23/15 | Attention to preparation of supplemental subpoena to Iroquois (.2); received and reviewed records from Iroquois and identified additional loan accounts to be requested (1.1); phoned client contact ████████████████████████████████ (.3); continued preparing supplemental subpoena to Iroquois (.4); served notice of non-party subpoena on opposing counsel (.2); received call from Chase to discuss status of response to subpoena (.1); updated index of non-party discovery (.2); directed handling of Iroquois documents in order to scan and provide same to client on disk (.2). | | | |
| | W. J. Joris | 2.70 hrs. | 150.00/hr | $   405.00 |

| 03/23/15 | Exchanges of communications ████████████████████n. | | | |
| | B. T. Caughey | .40 hrs. | 420.00/hr | $   168.00 |

| 03/23/15 | Communication with First Midwest Bank ████████████ (.1); prepared detailed task list and list of action items in light of the court granting agreed motion to continue trial and submission of case management plan (.6); lengthy communication with First Midwest Bank ████████████████████████████ (.3). | | | |
| | C. Fugate | 1.00 hrs. | 310.00/hr | $   310.00 |

| 03/24/15 | Reviewed correspondence from Citibank and prepared new subpoena to proper entity (.5); communications with client ████████████████ (.2); facilitated production of Iroquois documents to client (.1). | | | |
| | W. J. Joris | .80 hrs. | 150.00/hr | $   120.00 |

| 03/24/15 | Communication with defendants' counsel regarding deadline to respond to second requests for production (.1); communication with First Midwest Bank ████████████████ ████████ (.1). | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $    62.00 |

| 03/24/15 | Reviewed and considered Dennis Gaudio deposition. | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $   520.00 |

| 03/25/15 | Facilitated service of revised subpoena to Citibank (.2); prepared for service of Iroquois subpoena (.1); received and responded to e-mail from client ████████████████ (.3); received and responded to e-mail from client ████████████████ (.5). | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $   165.00 |

| 03/25/15 | Prepared objections and responses to defendants' third set of requests for production of documents. | | | |
| | C. Fugate | .40 hrs. | 310.00/hr | $   124.00 |

| 03/26/15 | Prepared and sent e-mail to Iroquois along with supplemental subpoena (.2); received and returned call to Iroquois regarding subpoena request (.2). | | | |
| | W. J. Joris | .40 hrs. | 150.00/hr | $    60.00 |

| 03/26/15 | Reviewed memorandum outlining claims and elements to prove same (.1); researched the damages available for each claim and contemplated whether a statement of special damages was necessary (.9); prepared initial draft of statement of special damages and confidential settlement offer (.4); extensively analyzed and discussed trial strategy, additional discovery needed to prepare for trial, and mediation and settlement strategy (1.9). | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | C. Fugate | 3.30 hrs. | 310.00/hr | $ 1,023.00 |

03/26/15 Analyzed potential claims in connection with analysis of complaint and timeline for amendments to complaint.

|  |  |  |  |  |
|---|---|---|---|---|
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ 438.00 |

03/26/15 Attention to appearance papers for District Court (No Charge); conferred with Court's clerk and Judge regarding administration of Oath (No Charge); analysis of options for pursuit of defendants, considered depositions and reviewed facts in connection with same (3.0); ████████████████████ with client team (1.50).

|  |  |  |  |  |
|---|---|---|---|---|
| | V.E.Powers    [4.50 total] | 5.00 hrs. | 520.00/hr | $ 2,600.00 |

03/26/15 Communications with Knauer and mediator regarding mediation (.2); lengthy call with client ██████████ (1.5).

|  |  |  |  |  |
|---|---|---|---|---|
| | B. T. Caughey | 1.70 hrs. | 420.00/hr | $ 714.00 |

03/27/15 Attention to Statement of Special Damages (.3); communications regarding mediation (.2).

|  |  |  |  |  |
|---|---|---|---|---|
| | B. T. Caughey | .50 hrs. | 420.00/hr | $ 210.00 |

03/27/15 Continued preparing statement of special damages, ████████████ ██████ with client yesterday (.4); communication with Prudential regarding non-party subpoena (.1); communication with Iroquois Bank regarding non-party subpoena (.1); discussed, conferred, and analyzed whether settlement demand is appropriate as set forth in current draft of statement of special damages (.1); communication with First Midwest Bank ██████████ (.2); communication with First Midwest Bank █████████████ (.1).

|  |  |  |  |  |
|---|---|---|---|---|
| | C. Fugate | 1.00 hrs. | 310.00/hr | $ 310.00 |

03/27/15 Reviewed e-mail from Prudential regarding request for extension (.1); additional calls with Iroquois regarding supplemental subpoena issued and request for deposits (.2); received and reviewed some account records from Iroquois (.2); attention to request from client ████████ (.2); calls and emails with client ██████████████████ (1.8); received and reviewed correspondence from Capital One regarding subpoena issued and conferred with attorney and client ██████████ (.2).

|  |  |  |  |  |
|---|---|---|---|---|
| | W. J. Joris | 2.70 hrs. | 150.00/hr | $ 405.00 |

03/27/15 Prepared analysis of claims and provisions of scheduling orders re same.

|  |  |  |  |  |
|---|---|---|---|---|
| | D.M.Anderson | 1.80 hrs. | 365.00/hr | $ 657.00 |

03/29/15 Received and reviewed red-line draft of responses to defendants' second requests for production of documents and made subsequent changes to same.

|  |  |  |  |  |
|---|---|---|---|---|
| | C. Fugate | .40 hrs. | 310.00/hr | $ 124.00 |

03/30/15 Phone calls with non-parties to follow-up on outstanding responses to subpoenas (1.2); prepared subpoena to Capital One in order to resubmit to proper entity for requested records (.3); facilitated service of subpoena on Capital One and sent e-mail regarding same (.3); received and reviewed additional records from Iroquois and facilitated scanning for client (.4); received call from client ██████████ (.3); received request from client ██████████████████ (.4); received and reviewed scanned Iroquois documents and prepared and sent letter and e-mail to client ██████████ (.5); conferred with client and attorneys ██████████ (.1).

|  |  |  |  |  |
|---|---|---|---|---|
| | W. J. Joris | 3.50 hrs. | 150.00/hr | $ 525.00 |

| | | | | |
|---|---|---|---|---|
| 03/30/15 | Communications with First Midwest ████████████████████████████ ███████ (.2); reviewed and responded ███████████████ FMB ████ (.2); ████████████████████████████ to FMB for review and comment (.3); made final changes statement of special damages and confidential settlement release and finalized for filing (.4). | | | |
| | C. Fugate | 1.20 hrs. | 310.00/hr | $ 372.00 |
| 03/30/15 | Call with Mediator (.2); provided analysis and comments on Special Damages Report (.4). | | | |
| | B. T. Caughey | .60 hrs. | 420.00/hr | $ 252.00 |
| 03/30/15 | Consideration of statement of damages and settlement demand (.20); attention to revisions to statement and exchanged communications with client team ███████████ (.20); met with Judge for admission of oath for admission (No Charge); analysis of complaint claims and new information unearthed in discovery (.50). | | | |
| | V.E.Powers | .90 hrs. | 520.00/hr | $ 468.00 |
| 03/31/15 | Considered 1803 claims. | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ 520.00 |
| 03/31/15 | Received call from Capital One regarding revised subpoena issued (.1); ████████████ ██████████ per client's request (.3); received and reviewed disk from client and facilitated conversion of native files to PDF for production of documents (.3); received call from Anheiser Busch regarding account for D. Gaudio and discussed information related to same (.2); received call from attorney for Regions Bank and discussed additional documents needed (.2); additional calls and emails with client regarding ████████████████████ (.3); reviewed emails from client ███████████████████████████████ (.3); reviewed and organized non-party records and updated index regarding same (.2). | | | |
| | W. J. Joris | 1.90 hrs. | 150.00/hr | $ 285.00 |
| 03/31/15 | Communication with First Midwest Bank regarding████████████████████████ (.2); communication with First Midwest Bank ████████████████████████████████ (.1); received and reviewed disc containing numerous documents that are responsive to defendants' second request for production of documents and communicated with IT department to convert documents to pdf format (.2). | | | |
| | C. Fugate | .50 hrs. | 310.00/hr | $ 155.00 |
| 04/01/15 | Annotated Regions Bank subpoena in order to request missing records (.5); prepared and sent correspondence to attorney for Regions Bank to request missing records (.3); considered supplemental subpoena to Regions Bank and drafted same (.4); received call from Chase regarding subpoena for records and updated chart with information (.2); received e-mail from client ████████████████████████████████████████ (.1); ██████████████████████████████████████████████ per client's request (.9); prepared subpoenas to USB Bank, UBS, Prudential, and Key Bank (1.2); several emails with client ███████████████████████ (.4); received and reviewed records from Anheuser-Busch and facilitated production to client (.4); prepared and sent e-mail to client █████████████████ (.2); reviewed information regarding Anheuser-Busch accounts and phoned them to provide additional information regarding Dennis' account (.2); prepared additional updates to index of non-party discovery (.3); received and reviewed disks containing documents to be produced in order to confirm accuracy (.3); telephone calls with Iroquois to discuss loan statements available and status of deposit records being produced and reported to client ███████████ (.3). | | | |
| | W. J. Joris | 5.70 hrs. | 150.00/hr | $ 855.00 |

| 04/01/15 | Communication with Chase regarding their search for responsive documents to non-party subpoena (.1); reviewed file and gathered information relating to Annheiser Busch accounts to provide Annheiser Busch with additional information to help their search for responsive documents (.3); communication with Regions Bank regarding non-party subpoena (.1); communication with Iroquois Bank regarding requested deposit information and the scope of that request (.1); considered and determine whether we need to follow the Hague Convention in order to serve non-party subpoena on USB in foreign country (.2); discussed, conferred, and analyzed proposed motion to amend complaint (.1). | | | |
| | C. Fugate | .90 hrs. | 310.00/hr | $    279.00 |

| 04/01/15 | Considered options for expert opinions (.20); exchanged communications with Custodian ▮▮▮▮▮▮ (.20); considered claims against Dennis Gaudio and preparation for mediation (.80). | | | |
| | V.E.Powers | 1.20 hrs. | 520.00/hr | $    624.00 |

| 04/02/15 | Considered claims in adversary proceeding and reviewed answers (.50); considered possible experts to engage; analysis of issues to be addressed by expert (.50); exchanged communications with client team ▮▮▮▮▮▮▮▮▮▮rt (.10); prepared revisions to Case Management Plan (.30); circulated ▮▮▮▮▮▮ to team (.10); prepared and attention to filing notices of appearance (.30); prepared correspondence to Jim Knauer with revised plan (.10); began review of trial exhibits (.50); contacted possible expert and discussed expert needs (.30); prepared communication to possible expert requesting information (.20). | | | |
| | V.E.Powers | 2.90 hrs. | 520.00/hr | $  1,508.00 |

| 04/02/15 | Lengthy call with client ▮▮▮▮▮▮▮▮▮▮. | | | |
| | B. T. Caughey | .80 hrs. | 420.00/hr | $    336.00 |

| 04/02/15 | Internal communications regarding handling of subpoena in Cyprus (.2); ▮▮▮▮▮▮▮▮▮ per request from client (.5); updated index of non-party subpoenas (.4); conferred with attorney regarding standing of pending non-party subpoenas and additional subpoenas to be issued (.2); received call from Iroquois and discussed status of deposits and checks (.2); received e-mail from client ▮▮▮▮▮▮▮▮▮▮ (.1). | | | |
| | W. J. Joris | 1.60 hrs. | 150.00/hr | $    240.00 |

| 04/02/15 | Addressed issues relating to KeyBank subpoena and additional information requested by KeyBank (.3); researched procedure for serving subpoena in Cyprus as First Midwest Bank ▮ ▮▮▮▮▮▮▮▮▮▮ (.6); finalized response to defendants' second request for production of documents and responsive documents and served same (.7); reviewed and revised proposed amendments to case management plan (.2). | | | |
| | C. Fugate | 1.80 hrs. | 310.00/hr | $    558.00 |

| 04/02/15 | Researched tax IDs for 1803 LLC and Gaudio Diversified Ventures. | | | |
| | V. A. Jacobs   [NO CHARGE] | .80 hrs. | 240.00/hr | $    192.00 |

| 04/03/15 | Worked on amendments to complaint. | | | |
| | D.M.Anderson | 3.20 hrs. | 365.00/hr | $  1,168.00 |

| 04/03/15 | Reviewed file to determine documents we received from Capitol One in response to non-party subpoena and communicated with First Midwest Bank ▮▮▮▮▮▮ (.3); revised, supplemented, and finalized subpoenas to KeyBank, Prudential, UBS, and Regions Bank (.6); prepared subpoena to Naperville Bank (.2); communication with opposing counsel regarding non-party subpoenas which will be served Wednesday (.2). | | | |

|  | C. Fugate | 1.30 hrs. | 310.00/hr | $ | 403.00 |
|---|---|---|---|---|---|

04/03/15   Reviewed recent case on appointment of mediator (.30); prepared draft motion for appointment of mediator (1.20).

|  | V.E.Powers   [Matter 8] | 1.50 hrs. | 520.00/hr | $ | 780.00 |
|---|---|---|---|---|---|

04/06/15   Attention to factual support for ownership of entities (.20); exchanged communications with Jim Knauer regarding case management plan (.10); reviewed information in preparation for conference with Mr. Knauer regarding case management plan (.20); reviewed mediation engagement letter received from Mr. David Kleiman (.10); call with Mr. Knauer and Steve Runyan (.30); strategized regarding next steps in light of position of debtor's counsel regarding case management plan (.20); reviewed and analyzed prior case management documents (.40); prepared communication to client team ███████████████████ (.20); finalized and circulated draft motion for appointment of mediator (.20).

|  | V.E.Powers | 1.90 hrs. | 520.00/hr | $ | 988.00 |
|---|---|---|---|---|---|

04/06/15   Communication regarding signed interrogatory responses.

|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
|---|---|---|---|---|---|

04/06/15   Discussed, considered and analyzed whether to prepare non-party subpoena to Internet Consumer Loan Bank.

|  | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
|---|---|---|---|---|---|

04/06/15   Communication with defendants' counsel regarding production of documents.

|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
|---|---|---|---|---|---|

04/06/15   Drafted potential amendment to complaint (.8) and motion for leave to amend (1.5) and reviewed application to appoint mediator (1.2).

|  | D.M.Anderson | 3.50 hrs. | 365.00/hr | $ | 1,277.50 |
|---|---|---|---|---|---|

04/07/15   Considered and responded to communication from Rachael Gould ████████████ ████ .10); considered next steps for case management (.20); prepared Affidavit in support of application for employment of mediator (.60); exchanged communications with proposed Mediator, David Kleiman regarding same (.20); exchanged communications with client team ███████████████████ (.20); revised and finalized Appointment and Affidavit pleadings for mediation (.50); attention to service list for employment of mediator (.30).

|  | V.E.Powers | 2.10 hrs. | 520.00/hr | $ | 1,092.00 |
|---|---|---|---|---|---|

04/07/15   Completed proposals for amendment to complaint (3.50) and reviewed draft application to retain mediator (.20).

|  | D.M.Anderson | 3.70 hrs. | 365.00/hr | $ | 1,350.50 |
|---|---|---|---|---|---|

04/08/15   Attention to filing and service of Motion for Employment of Mediator (.20); considered communication from defendants' counsel responding to inquiries regarding case management plan (.20); strategized regarding issues related to case management (.40); analysis of claims in complaint and consider expert needs (.50); pulled preliminary information for consideration by expert (.40); analysis of conversion statute issues (.20); prepared communication to client team ██████████████████████████ .40); prepared correspondence to proposed expert (.10); attention to preparation of retention papers for expert, pending approval (.40); prepared communication to defense counsel regarding expert report (.10); reviewed communication from defense counsel responding to damages demand (.10); reviewed information for expert (.30); considered legal analysis related to expert issues (.30).

|  | V.E.Powers | 3.60 hrs. | 520.00/hr | $ | 1,872.00 |
|---|---|---|---|---|---|

04/08/15   Lengthy call regarding ███████████████ .

|  |  |  |  |  |
|---|---|---|---|---|
|  | B. T. Caughey | .80 hrs. | 420.00/hr | $ 336.00 |

04/08/15 Prepared summary of law relating to proof of insolvency and retrojection.
D.M.Anderson      2.00 hrs.    365.00/hr    $ 730.00

04/08/15 Communication with First Midwest Bank ███████████ (.2); communication with Chase regarding non-party subpoena and documents collected by Chase (.1); discussed, conferred, and analyzed strategy for moving forward with discovery, motion for leave to amend complaint, and expert witnesses (.6).
C. Fugate      .90 hrs.    310.00/hr    $ 279.00

04/09/15 Exchanged communications with client team ███████ (.20); exchanged communications with proposed expert regarding retention issues (.10); preliminary review of defendant's expert information (.30); prepared for conference and conferred with proposed expert regarding areas for possible expert assistance (1.0); attention to gathering and providing information to proposed expert and to confidentiality issue (.30); analysis of response of defendants to damages demand and strategized regarding same for mediation (.30); attention to papers and issues for retention of expert (.70); strategized regarding expert issues, claims issues, and preparation for mediation (.40); follow-up conference with proposed expert regarding defendants' expert information (.20); considered documents and issues for expert consideration (.40); considered schedule proposed by mediator (.20); prepared communication responding to mediator regarding proposed schedule (.10); reviewed and revised draft engagement letter for expert (.20); exchanged communications with expert regarding revisions to engagement letter (.10); exchanged communications with client team ███████ (.20); further exchange of communication with proposed expert regarding engagement matters (.20); reviewed and circulated application for retention of expert (.30).
V.E.Powers      5.20 hrs.    520.00/hr    $ 2,704.00

04/09/15 Communications and analysis related to Mediation (.3); conference call regarding litigation status and strategy (.8).
B. T. Caughey      1.10 hrs.    420.00/hr    $ 462.00

04/09/15 Communication regarding expert disclosure (.2); communication with First Midwest Bank ███████ (.1); communication with First Midwest Bank ███████ (.1); discussed, conferred, and analyzed several issues including mediation, amending complaint and arguments in support of same (.8).
C. Fugate      1.20 hrs.    310.00/hr    $ 372.00

04/09/15 Drafted application to retain John Lane (1.6) and amended application to retain mediator (.4).
D.M.Anderson    [Matter 8]      2.00 hrs.    365.00/hr    $ 730.00

04/10/15 Communication regarding materials and documents the expert witness needs (.1); began preparing mediation statement (.9).
C. Fugate      1.00 hrs.    310.00/hr    $ 310.00

04/10/15 Exchanged communications with mediator regarding schedule and conference call (.10); attention to service and filing of Motion to Employ Expert and Amended Motion to Employ Mediator (.40); attention to providing materials to proposed expert and exchanged communications with Mr. Lane (.40).
V.E.Powers      .90 hrs.    520.00/hr    $ 468.00

04/11/15 Reviewed disks of fact documents and exchanged communication with proposed expert regarding documents (1.50); reviewed docket regarding representation of Mr. Earl Gaudio, responded to inquiry regarding service, and circulated pleadings to Mr. Tapella at his request

|  | (.30). |  |  |  |  |
|  | V.E.Powers | 1.80 hrs. | 520.00/hr | $ | 936.00 |
| 04/12/15 | Considered option for inclusion of additional stakeholders at upcoming mediation and attention to scheduling call. |  |  |  |  |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 04/12/15 | Numerous communications with expert regarding historical information. |  |  |  |  |
|  | B. T. Caughey | .40 hrs. | 420.00/hr | $ | 168.00 |
| 04/12/15 | Communication with expert witness regarding documents he needs to complete expert report (.2); began reviewing Defendants' deposition transcripts in preparation to prepare mediation statement (.3). |  |  |  |  |
|  | C. Fugate | .50 hrs. | 310.00/hr | $ | 155.00 |
| 04/13/15 | Continued reviewing defendants' deposition transcripts in connection with preparation of mediation statement (1.1); continued preparing mediation statement (1.6). |  |  |  |  |
|  | C. Fugate | 2.70 hrs. | 310.00/hr | $ | 837.00 |
| 04/13/15 | Received and reviewed correspondence from JP Morgan Chase regarding subpoena and reviewed notes regarding documents to be produced (.2); reviewed and organized records received from Citi and Iroquois (.6); reviewed and organized new subpoenas issued in order to track and follow-up to obtain records (.2); reviewed information regarding records produced by Prudential (.1); received and responded to e-mail from Annaly Capital Management (.1); received and reviewed partial records from Chase (.5); received and reviewed additional records from Iroquois (.4); updated index of non-party records (.6); facilitated production of records to client (.3); received and reviewed notice regarding undeliverable mail (.1). |  |  |  |  |
|  | W. J. Joris | 3.10 hrs. | 150.00/hr | $ | 465.00 |
| 04/13/15 | Conferences with proposed expert Lane regarding facts, rebuttal of defendants' report (.50); followed up regarding fact issues and questions from expert in connection with assisting expert (.80); exchanged numerous communications with client team ████████ ████████ (.30); exchanged communications with expert regarding information (.20); reviewed facts in connection with preparation of matter for mediation and in connection with expert's review (1.50). |  |  |  |  |
|  | V.E.Powers | 3.30 hrs. | 520.00/hr | $ | 1,716.00 |
| 04/13/15 | Analysis of mediation strategy (.7); reviewed Offutt complaint to determine which entities owed contractual duties (1.0). |  |  |  |  |
|  | D.M.Anderson | 1.70 hrs. | 365.00/hr | $ | 620.50 |
| 04/13/15 | Advised regarding subpoena and effort to extract information about funds. |  |  |  |  |
|  | H. Efroymson | .00 hrs. | 580.00/hr | $ | 0.00 |
| 04/14/15 | Continued preparing mediation statement. |  |  |  |  |
|  | C. Fugate | 2.90 hrs. | 310.00/hr | $ | 899.00 |
| 04/14/15 | Prepared for and participated in conference with proposed expert (1.0); considered communications from FMB ████████████████ (.10); prepared communication to FMB ████████████████ (.10); located and reviewed additional information (1.10); exchanged communications with proposed expert forwarding and regarding additional information (.25); conference with Angela Major, Rachael Gould, and John Lane ████████ (1.25); follow-up conference with Mr. Lane (.30); reviewed status of various subpoenas and followed up regarding same (.30) attention to obtaining additional payables information (.30); reviewed docket for Court's orders needed for expert (.20); gathered |  |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
| | factual information and prepared communications to expert providing additional information (.30). | | | |
| | V.E.Powers | 5.20 hrs. | 520.00/hr | $ 2,704.00 |
| 04/14/15 | Conference call with Expert (1.1); revised Mediation Statement (.6). | | | |
| | B. T. Caughey | 1.70 hrs. | 420.00/hr | $ 714.00 |
| 04/14/15 | Received and reviewed Defendant's production disk and prepared to transmit same to client (.2); received and reviewed disks containing Defendant's production and non-party records and facilitated production to client (.3); prepared letter to client ▆▆▆▆▆▆▆ (.2); finalized and sent letter and e-mail to client regarding disks (.2); facilitated processing of invoice from Iroquois (.1); reviewed information and records received in order to obtain additional records requested by client ▆▆▆▆▆▆ (.5). | | | |
| | W. J. Joris | 1.50 hrs. | 150.00/hr | $ 225.00 |
| 04/15/15 | (No Charge) Conference call with AB counsel regarding financial issues (.4); communications regarding mediation statement (.3). | | | |
| | B. T. Caughey | .00 hrs. | 0.00/hr | $ 0.00 |
| 04/15/15 | Reviewed facts and legal argument and revised draft Mediation Statement (4.50); prepared for and conferred with Committee counsel regarding upcoming Mediation and related matters (.70); reviewed and responded to inquiries from proposed expert for additional information and followed up to secure information (.30); conferred with Peter Moll, counsel to Anheuser-Busch regarding fact issues (.40); prepared communication to Mr. Moll regarding request for information (.10); prepared communication to client team and to proposed expert regarding information from Mr. Moll (.10); exchanged communications with proposed expert regarding fact information and prepared updated request to Mr. Moll (.10). | | | |
| | V.E.Powers | 6.20 hrs. | 520.00/hr | $ 3,224.00 |
| 04/15/15 | Analysis and communication regarding status of non-party subpoenas (.2); communication regarding defendants' third request for production of documents, including the scope of the requests, objections to assert, and responsive documents (.5); briefly researched case law to insert into response to defendants' 3rd request for production of documents that custodian is immune from liability for decisions it made in the administration of the estate (.5); reviewed documents that will be produced in response to defendants' 3rd request for production of documents (.3); further revised and supplemented mediation statement (.2); call with Rossow, attorney for creditor's committee, regarding upcoming mediation and settlement strategy (.5). | | | |
| | C. Fugate | 2.20 hrs. | 310.00/hr | $ 682.00 |
| 04/16/15 | Received and reviewed correspondence from Regions Bank regarding subpoena request (.1); received message from client regarding documents from Regions Bank and responded to same (.2); reviewed correspondence from Naperville Bank in order to re-issue subpoena to new entity (.1). | | | |
| | W. J. Joris | .40 hrs. | 150.00/hr | $ 60.00 |
| 04/16/15 | Final review of documents and response to defendants' 3rd request for production of documents and prepared same for service (.9); communication with expert witness regarding 2011 appraisal for 1803 Georgetown Road (.1); prepared and analyzed exhibits to mediation statement (1.2); ▆▆▆▆▆▆▆▆▆▆▆ to First Midwest Bank for review and comment (.2); communication with Regions Bank regarding non-party subpoena (.1); communication with First Midwest Bank ▆▆▆▆▆▆▆ (.1); reviewed Naperville Bank & Trust's production of documents and response to non-party subpoena (.1); communication with First Midwest Bank ▆▆▆▆▆▆ (.1). | | | |
| | C. Fugate | 2.80 hrs. | 310.00/hr | $ 868.00 |
| 04/16/15 | Considered issues on information needed by expert (.30); attention to obtaining information for | | | |

expert (.20); conferred with proposed expert (.80); provided filed information to mediator per agreement (including gathering and brief review of filings, creation of list of filings to provide to mediator, and communications describing and providing filings to mediator and defendants counsel per agreement) (1.20); follow-up conference with proposed expert (.10); attention to revisions to mediation materials (.30); communications with Angela Major Hart ▆▆▆▆ (.10); communications with Rachael Gould ▆▆▆▆ (.80); ▆▆▆▆ prepared communication to FMB ▆▆▆▆ (.30); reviewed and prepared comments on new discovery requests (.20); prepared communication to counsel for defendants describing and requesting discovery on specific issues (.40).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 4.70 hrs. | 520.00/hr | $ | 2,444.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/17/15 | Received, reviewed and indexed records from E-trade and Prudential and facilitated production to client (.5); received returned subpoena to BNY Mellon and phoned them to discuss (.2); re-issued subpoena to BNY Mellon (.2); prepared subpoena to new entity for Naperville Bank (.3); reviewed and organized documents and information regarding pending non-party subpoenas (.3). | | | | |
| | W. J. Joris | 1.50 hrs. | 150.00/hr | $ | 225.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/17/15 | Drafted second set of interrogatories and requests for production of documents to defendants (1.7); prepared supplemental production of documents (.3); communication with First Midwest Bank ▆▆▆▆ (.1); communication with KeyBank regarding non-party subpoena (.1). | | | | |
| | C. Fugate | 2.20 hrs. | 310.00/hr | $ | 682.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/17/15 | Reviewed and considered Kroger Gardis and Whitsitt valuations relied on by Defendants (.80); attention to provision of background documents to expert (.10); exchanged communications with FMB team ▆▆▆▆ (.10); considered defense counsel's response to inquiry for additional document production (.10); communication to client team ▆▆▆▆ (.10). | | | | |
| | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/15 | Revised application to retain Protek and prepared emails to client and to Protek counsel regarding revised application (.9); revised mediation statement (.5). | | | | |
| | D.M.Anderson   [Matter 8] | 1.40 hrs. | 365.00/hr | $ | 511.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/15 | Reviewed, revised and finalized mediation statement (2.30); communications with mediator regarding submission of statement and responding to mediator's follow-up questions (.20); reviewed background information in connection with preparation for mediation (1.80); conferred with Angela Major Hart ▆▆▆▆ (.50); attention to additional discovery requests to go out today (.10); conferred with John Lane, proposed expert (.20). | | | | |
| | V.E.Powers | 5.10 hrs. | 520.00/hr | $ | 2,652.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/15 | Received and reviewed fax from Key Bank regarding subpoena (.1); prepared and sent notice to counsel regarding subpoena to First National Bank of Brookfield (.2); ▆▆▆▆ client's request ▆▆▆▆ (.4); reviewed records from Citibank and phoned them regarding deposit detail needed (.4); drafted and sent e-mail to Citibank with list of deposit detail (.3); ▆▆▆▆ requested by client (.3); reviewed records produced by JP Morgan Chase in order to determine whether any deposit detail was produced (.4); sent e-mail to client ▆▆▆▆ (.3). | | | | |
| | W. J. Joris | 2.40 hrs. | 150.00/hr | $ | 360.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/20/15 | Received and reviewed documents from Runyan in response to informal request for documents relating to Eric Gaudio's divorce and assets divided received through divorce (.3); finalized and | | | | |

|  | served second set of discovery requests (.2); revised and supplemented subpoena to First National Bank of Brookfield (.1); ███████████████████████████████ ███████████████████████ from First Midwest Bank (1.1). | | | |
|---|---|---|---|---|
|  | C. Fugate | 1.70 hrs. | 310.00/hr | $        527.00 |
| 04/21/15 | Conferred with John Lane, proposed expert (.60); studied exhibits and background information in preparation for mediation (3.0); communications with FMB team ████████████████ (.80); prepared for (.20) and participated in conference with mediator and defense counsel (.40); gathered information to prepare response to mediator's questions (.50). | | | |
|  | V.E.Powers | 5.50 hrs. | 520.00/hr | $      2,860.00 |
| 04/21/15 | Continued review and organization of pending subpoenas and prepared for follow-up on outstanding requests (.2); phoned Capital One to follow-up on subpoena request (.1). | | | |
|  | W. J. Joris | .30 hrs. | 150.00/hr | $          45.00 |
| 04/22/15 | Assisted with preparation for mediation. | | | |
|  | D.M.Anderson | .80 hrs. | 365.00/hr | $        292.00 |
| 04/22/15 | Reviewed and analyzed background information in preparation for mediation, including operating reports, schedules, claims information, and legal analysis, outstanding loan information, information regarding use of sale proceeds to lienholders, notes, pleadings, and deposition transcripts (1.50); considered additional information from client team in response to defendants' inquiries in preparation for mediation (.80); considered equity issues and state court claim in connection with settlement options (.50); attention to providing information to proposed expert (.20). | | | |
|  | V.E.Powers | 3.00 hrs. | 520.00/hr | $      1,560.00 |
| 04/22/15 | Reviewed communications from client ████████████████████████████████████ ███████████████████████████ (.2); drafted letter to Morgan Stanley ████████ (.3); finalized and sent letter and e-mail to Morgan Stanley (.2); received call from client ██████████ ██████████████████ (.6); reported to client ███████████████████h (.3); phoned E*Trade regarding password for encrypted disk (.1); ███████████████ and prepared letter and e-mail to client █████████(.4); organized recently served subpoenas and recently received financial documents (.4); reviewed and responded to client inquiries ███████████████████████████ (.5); received and reviewed communications with client regarding ██████████████████████████████████ (.2). | | | |
|  | W. J. Joris | 3.20 hrs. | 150.00/hr | $        480.00 |
| 04/22/15 | Prepared extensive exhibit binder for all documents substantiating mediation exhibits submitted to mediator in preparation for mediation on Friday (.8); call from Region's outside counsel regarding scope of non-party subpoena (.1); reviewed and revised letter to Morgan Stanley requesting documents (.1); reviewed detailed e-mail from First Midwest Bank ███████████████ ████████████████████████████████████ (.1.) | | | |
|  | C. Fugate | 1.10 hrs. | 310.00/hr | $        341.00 |
| 04/23/15 | Received and reviewed communication from Capital One requesting extension to respond to subpoena (.1); reviewed and responded to emails from client ████████████████ ████████████████████████(1.4); received and responded to e-mail from client ████████████████(.6); reviewed non-party documents to gather information and update Index of Non-party Discovery with additional detail (.7); additional communications with client contact ███████████████████████████████████████████████s (.5); reviewed subpoenas and notes in order to follow-up with JP Morgan Chase regarding additional records needed (.3). | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | W. J. Joris | 3.60 hrs. | 150.00/hr | $ | 540.00 |

04/23/15 | Reviewed and completed analysis of outstanding claims in response to mediator's request and in preparation for mediation (1.30); reviewed multiple communications and related information from client team (.50); prepared communication to client team ███████████████(.60); attention to review of matters in preparation for mediation (1.50); conferred with proposed expert regarding preliminary conclusions (.40).

| | V.E.Powers | 4.30 hrs. | 520.00/hr | $ | 2,236.00 |

04/23/15 | Considered, discussed, and analyzed strategy for tomorrow's mediation (.2); responded to e-mail from Capital One regarding extension to respond to non-party subpoena (.1).

| | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |

04/24/15 | Received and responded to e-mail inquiries from client ████████████ (.3); prepared to send additional records to client per requests (.3); researched account with Lafayette bank and reported to client ██████████ (.5); reviewed disk containing non-party documents and prepared and sent letter to client ████████████(.4).

| | W. J. Joris | 1.50 hrs. | 150.00/hr | $ | 225.00 |

04/24/15 | Prepared list of missing items from defendants' production of documents that we need to pursue if mediation is not successful (.2); final preparation for mediation (1.0); attended mediation (5.0); met with Hart after mediation ████████████████████████████████████████ (1.8).

| | C. Fugate | 8.00 hrs. | 310.00/hr | $ | 2,480.00 |

04/24/15 | Drive to and from Indianapolis for meetings ( NO CHARGE); conferences with team in preparation for mediation (.30); participated in mediation (5.0).

| | V.E.Powers | 5.30 hrs. | 520.00/hr | $ | 2,756.00 |

04/24/15 | Reviewed initial draft of John Lane report.

| | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |

04/26/15 | Considered communication with Kleiman (.10); prepared communications to Angela Major Hart ████████████████████ (.10); reviewed information and prepared communication to defendants' counsel regarding agreed tolled dates (.20); attention to docketing revised dates (.10).

| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

04/27/15 | Sent e-mail to client ███████████████ (.2); reviewed subpoenas issued to Regions Bank and documents received from Regions Bank in order to respond to attorney inquiries (.4); received and reviewed e-mail from First National Bank of Brookfield and responded regarding same (.3); received call from First National Bank of Brookfield and discussed search for accounts requested (.2); performed additional database searches to locate correct Naperville Bank identified in ACH transfer detail (.3); updated chart regarding non-party subpoenas (.3); gathered Regions Bank loan records for attorney review (.3); prepared and sent e-mail to USB Bank in Cyprus inquiring regarding possible accounts in Cyprus (.4); received and reviewed emails from client ███████████████ (.2); ████████████████████████t and responded to client inquiry ██████████████(.2).

| | W. J. Joris | 2.80 hrs. | 150.00/hr | $ | 420.00 |

04/27/15 | Reviewed, considered, and analyzed action items in light of deadlines set at mediation (.6); reviewed and analyzed Regions subpoena to determine which accounts we sought deposit information and loan documents (.2); call from UPS relating to non-party subpoena and its

search for documents (.1); call from KeyBank regarding non-party subpoena and its search for documents; (.1) prepared follow-up letter to KeyBank requesting documents for which Eric Gaudio has signatory authority (.1); prepared cross-reference of mediation exhibits to FMB exhibits (.1).

| | | | | |
|---|---|---|---|---|
| C. Fugate | 1.20 hrs. | 310.00/hr | $ | 372.00 |

04/28/15    Reviewed and considered UBS's response to non-party subpoena.

| | | | | |
|---|---|---|---|---|
| C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

04/28/15    Considered issues related to draft expert report (.40); conferred with expert regarding report matters (.50); attention to next steps in settlement discussions (.30).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |

04/28/15    Communications with client ███████████ (.2); reviewed recent communications with client ███████████ (.1); reviewed notes regarding JP Morgan Chase records and phoned subpoena processing center regarding additional loan documents needed (.3); ███████████ and reported to client ███████████ (.3); reported to client ███████████ (.2); reviewed further communications with Key Bank regarding records requested (.1); updated index of non-party discovery (.2).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | 1.40 hrs. | 150.00/hr | $ | 210.00 |

04/29/15    Reviewed and organized numerous documents used at recent depositions for further use in preparing for trial (1.4); received and reviewed documents produced by Key Bank and facilitated production to client (.3); updated index of non-party discovery (.2).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | 1.90 hrs. | 150.00/hr | $ | 285.00 |

04/29/15    Considered communication from Runyan; prepared communication to client ███████ ███████████

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

04/30/15    Considered financial information provided by defendants (.80); prepared draft follow-up questions (1.70); prepared communication to client ███████████ (.10).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 2.60 hrs. | 520.00/hr | $ | 1,352.00 |

04/30/15    ███████████ prepared letter and e-mail to client ███████████ (.6); received and reviewed e-mail from Chase regarding additional records to be produced and phoned same to inquire regarding ACH and wire detail being provided and discussed additional loan and credit accounts requested (.4); phoned and emailed client contacts ███████████ (.3); additional communications with client and Chase regarding record request (.2).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | 1.50 hrs. | 150.00/hr | $ | 225.00 |

05/01/15    Further organized non-party documents received (.2); received call from Chase and discussed efforts to locate additional loan documents and credit card account (.2); reported to client ███████████ (.3).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | .70 hrs. | 150.00/hr | $ | 105.00 |

05/01/15    Call and e-mail to Lehman, attorney for Regions Bank, regarding non-party subpoena.

| | | | | |
|---|---|---|---|---|
| C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

05/04/15    Received and reviewed correspondence from client ███████████ regarding non ███████████ (.3); received and responded to client inquiry ███████████ (.1); reviewed file materials and e-mails to locate franchise

| | | | | |
|---|---|---|---|---|
| | agreements for UPS (.7). | | | |
| | W. J. Joris | 1.30 hrs. | 150.00/hr | $      195.00 |
| 05/04/15 | Communication with Regions Bank regarding scope of non-party subpoena. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $       31.00 |
| 05/04/15 | Reviewed draft expert's report (2.0); conferred with expert regarding report (1.20); considered information regarding defendants' financials (.10); exchanged communications with client ███████████████ (.10); considered Court's notice seeking orders on applications (.10); reviewed local rules and Judge's procedures regarding in connection with submission of orders (.10); prepared order granting application to employ expert (.40); prepared order granting application for appointment of mediator (.30). | | | |
| | V.E.Powers | 4.30 hrs. | 520.00/hr | $     2,236.00 |
| 05/04/15 | Conferred with Powers regarding strategy for expert report. | | | |
| | J.P.Gilligan | .50 hrs. | 525.00/hr | $      262.50 |
| 05/04/15 | Reviewed and revised financial requests to Gaudios. | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $      365.00 |
| 05/05/15 | ████████████████████████████████ and participated in conference with Ms. Major ████████████. | | | |
| | D.M.Anderson | .80 hrs. | 365.00/hr | $      292.00 |
| 05/05/15 | Conferred with Angela Hart ██████████████████████ (.80); strategized and followed up ████████████ discussed with client (.40); worked on financial questions to Eric and Dennis Gaudio and reviewed information in connection with same (2.10); circulated financial questions to defendants (.10). | | | |
| | V.E.Powers | 3.40 hrs. | 520.00/hr | $     1,768.00 |
| 05/05/15 | Received and reviewed correspondence from BNY Mellon regarding subpoena response (.1); continued review of file to locate UPS franchise agreements (.4); received calls and e-mails from Iroquois regarding subpoena request and facilitated payment of invoices (.4). | | | |
| | W. J. Joris | .90 hrs. | 150.00/hr | $      135.00 |
| 05/06/15 | Reported to client ████████████████ (.2); further investigation into USB Bank in Cyprus and attempted to contact bank via phone (.9); phoned JP Morgan Chase to follow-up regarding additional loan documents requested (.2); reviewed request from client for ████████████ and conferred with attorney regarding same (.2); sent e-mail to Citibank to follow-up on request for deposit/payment detail (.2); updated index of non-party subpoenas (.2). | | | |
| | W. J. Joris | 1.90 hrs. | 150.00/hr | $      285.00 |
| 05/06/15 | Considered and responded to request from Mediator for local rules (.10); considered and responded to request from Expert for information on engagement (.10);  call from and conferred with Anheuser-Busch counsel Moll regarding requested documents (.10); prepared communication to client team ████████████████████ (.10). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $      208.00 |
| 05/07/15 | Communications with Citibank regarding additional deposit and payment detail being provided (.2); reviewed documents produced by Prudential and phoned Prudential to inquire on documents responsive to second subpoena issued (.3); internal communications regarding handling of documents requested from Regions Bank (.3); sent follow-up e-mail to USB Bank in Cyprus regarding account (.2). | | | |
| | W. J. Joris | 1.00 hrs. | 150.00/hr | $      150.00 |

| | | | | |
|---|---|---|---|---|
| 05/08/15 | Drafted subpoena to Anheuser Busch LLC for records relating to amounts owed for beer and payments of same. | | | |
| | W. J. Joris | .70 hrs. | 150.00/hr | $ 105.00 |
| 05/11/15 | Reviewed message from Chase and returned call to discuss additional information to locate missing loans and credit card (.3); received and reviewed requested payment detail from Citi and forwarded same to client (.5); updated index of non-party discovery (.1). | | | |
| | W. J. Joris | .90 hrs. | 150.00/hr | $ 135.00 |
| 05/12/15 | Reviewed and supplemented subpoena to Anheuser Busch (.2); finalized same and served notice of subpoena on counsel (.4). | | | |
| | W. J. Joris | .60 hrs. | 150.00/hr | $ 90.00 |
| 05/12/15 | Reviewed and revised draft subpoena to Anheuser-Busch (.20); attention to failure of Dennis and Eric Gaudio to respond to questions pursuant to agreed timetable (.10); prepared communication to Mediator and defense counsel regarding same (.10); prepared email correspondence to client ███████ (.10). | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 05/13/15 | Received and reviewed emails from client ████████████████████ ███ (.3); emailed Citibank to request additional detail (.3); updated index of non-party discovery (.2). | | | |
| | W. J. Joris | .80 hrs. | 150.00/hr | $ 120.00 |
| 05/14/15 | Reviewed and considered responses to financial questions and documents provided by Eric and Dennis Gaudio (1.60); conferred with Angela Hart ██████████████ (.20). | | | |
| | V.E.Powers | 1.80 hrs. | 520.00/hr | $ 936.00 |
| 05/15/15 | Reviewed records regarding request to Morgan Stanley and responded to attorney inquiries regarding same (.2); reviewed Eric's responses to follow-up financial questions in order to determine whether we have the records referred to in their responses and reported to attorney regarding same (1.4). | | | |
| | W. J. Joris | 1.60 hrs. | 150.00/hr | $ 240.00 |
| 05/15/15 | Reviewed and analyzed responses to questions posed to Dennis and Eric Gaudio (1.0); attention to defendants' request for extension on discovery responses (.20); attention to gathering information Dennis and Eric Gaudio assert is already in Custodian's possession (.20); prepared for upcoming continued mediation (.90); followed up on information discussed in responses from the Gaudios and considered information received from Joris (.30); prepared communication to mediator regarding mediation and exchanged communications with mediator and counsel parties (.20); reviewed prior positions of parties (.30); prepared communication for client team ██████████████████ (.30); exchanged communications with client team ███████████████████ (.20); communications with Angela Hart ██████████ (.20); prepared communication to Defendants' counsel regarding inadequacies of the information provided and asking about follow-up (.20); considered communications from Mediator (.10); exchanged communications with parties regarding mediation logistics (.10); communication with expert regarding expert report issues (.20). | | | |
| | V.E.Powers | 4.40 hrs. | 520.00/hr | $ 2,288.00 |
| 05/17/15 | Considered communication from Runyan cancelling mediation (.20); prepared communication to client team █████████ (.10); analyzed options and prepared communication responding to Runyan (.50); considered Runyan's responses and communications with mediator (.20); considered next steps (.30); numerous communications to client team ██████████ (.20). | | | |
| | V.E.Powers | 1.50 hrs. | 520.00/hr | $ 780.00 |

| | | | | |
|---|---|---|---|---|
| 05/18/15 | Conference with Angela Hart ███████████████████████<br>(.20); exchanged communications with client team ████████ (.10); considered<br>communications from Mediator and Runyan regarding same (.10). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $       208.00 |
| 05/18/15 | Internal communications regarding financial documents identified by Defendants in response to<br>questions (.2); continued search for records referred to in Dennis Gaudio's response to mediation<br>questions and reported to attorney regarding same (1.6.); received and responded to e-mail from<br>Citi regarding additional payment detail requested and emailed client ██████ (.2);<br>received, reviewed and indexed additional records from Chase and facilitated production to client<br>(.4). | | | |
| | W. J. Joris | 2.40 hrs. | 150.00/hr | $       360.00 |
| 05/19/15 | Conference with Angela Hart ██████████████████<br>████████████ (.80); attention to issues related to<br>submission of expert report (.20); responded to counsel's request for extension of time to<br>respond to document requests, agreeing to two week extension (.10). | | | |
| | V.E.Powers | 1.10 hrs. | 520.00/hr | $       572.00 |
| 05/19/15 | Received and reviewed faxes from client and communications with client ██████ (.2);<br>reviewed records received from Citi and sent additional information to Citi regarding payment<br>detail requested (.3); received, reviewed and indexed documents produced by Capital One, N.A.<br>and prepared to provide same to client (.5); received and reviewed correspondence with Morgan<br>Stanley regarding additional documents requested (.1). | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $       165.00 |
| 05/20/15 | Reviewed expert's rebuttal report, prepared comments on report, and prepared communication to<br>expert regarding same. | | | |
| | V.E.Powers | 1.40 hrs. | 520.00/hr | $       728.00 |
| 05/21/15 | Conferred with John Lane regarding expert report and rebuttal report. | | | |
| | V.E.Powers | 2.00 hrs. | 520.00/hr | $     1,040.00 |
| 05/22/15 | Reviewed and analyzed discovery served on FMB. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $        31.00 |
| 05/22/15 | Attention to discovery received today from Defendants (.10); communication to client team<br>████████ (.10). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $       104.00 |
| 05/26/15 | Conference with John Lane regarding expert report issues; pulled together and provided<br>requested information to Mr. Lane. | | | |
| | V.E.Powers | .60 hrs. | 520.00/hr | $       312.00 |
| 05/27/15 | Exchanged communications with John Lane regarding expert report (.20); exchanged<br>communications with client team ████████ (.20); followed up regarding discovery<br>requests from Eric and Dennis Gaudio's counsel and exchanged communication with client team<br>████████ (.10); received and circulated revised expert report (.10); conferred with John<br>Lane to provide comments and questions on expert report (.40); reviewed revised expert report<br>(2.0). | | | |
| | V.E.Powers | 3.00 hrs. | 520.00/hr | $     1,560.00 |
| 05/27/15 | Received and reviewed correspondence from JP Morgan Chase and facilitated payment of<br>invoice (.1); updated index of non-party documents (.1). | | | |

|  | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
|---|---|---|---|---|---|

| 05/28/15 | Reviewed deposition information in connection with expert report (.20); conferred with John Lane regarding expert report (.80); communications to client team ▓▓▓▓▓ (.20); call with Peter Moll, A-B counsel, regarding responding to subpoena (.10); considered follow-up communication from Mr. Moll and communications with client team ▓▓▓▓▓ (.10); conferred with Rachael Gould ▓▓▓▓▓ (.10); reviewed comments from Ms. Gould ▓▓▓▓ prepared communication to John Lane (.30); exchanged communications with Lane regarding finalization of report (.30); prepared correspondence to Runyan and Knauer enclosing Expert Report (.10); reviewed final revisions (.30); circulated revised report to defendants (.10); ▓▓▓▓▓ client team (.10). |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | 2.70 hrs. | 520.00/hr | $ | 1,404.00 |

| 05/29/15 | Received and reviewed correspondence regarding Anheuser-Busch subpoena response (.1); reviewed correspondence with Morgan Stanley regarding status of additional documents requested (.1). |  |  |  |  |
|---|---|---|---|---|---|
|  | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |

| 06/03/15 | Communication with FMB ▓▓▓▓. |  |  |  |  |
|---|---|---|---|---|---|
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

| 06/08/15 | Received and reviewed additional payment detail from Citi and updated index regarding same (.3); provided Citi documents to client (.2). |  |  |  |  |
|---|---|---|---|---|---|
|  | W. J. Joris | .50 hrs. | 150.00/hr | $ | 75.00 |

| 06/10/15 | Communication regarding issues relating to former employees of Earl Gaudio & Son. |  |  |  |  |
|---|---|---|---|---|---|
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

| 06/11/15 | Attention to follow up regarding issues on case management. |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 06/12/15 | Reviewed and considered responses to discovery requests and related correspondence from Eric and Dennis Gaudio. |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .70 hrs. | 520.00/hr | $ | 364.00 |

| 06/12/15 | Prepared for call with FMB ▓▓▓▓▓▓▓▓▓▓▓▓. |  |  |  |  |
|---|---|---|---|---|---|
|  | C. Fugate | .90 hrs. | 310.00/hr | $ | 279.00 |

| 06/16/15 | Prepared updated list of deadlines per agreement with defendants' counsel at mediation (.1); communication with FMB ▓▓▓▓▓▓▓▓▓▓▓▓ (1.4). |  |  |  |  |
|---|---|---|---|---|---|
|  | C. Fugate | 1.50 hrs. | 310.00/hr | $ | 465.00 |

| 06/16/15 | Considered Dennis Gaudio interrogatories to Plaintiff (.20); attention to case management issues and communications with client team ▓▓▓▓▓ (.20); conferred with Rachael Gould ▓▓▓▓ (1.30); strategized regarding dispositive motion (.20); considered recovery issues (.20). |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | 2.10 hrs. | 520.00/hr | $ | 1,092.00 |

| 06/17/15 | Strategies with Gilligan and Powers regarding how best to locate assets. |  |  |  |  |
|---|---|---|---|---|---|
|  | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |

| 06/17/15 | (No Charge) Strategized with Gilligan and Anderson regarding avenues for recovery of gains. |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .00 hrs. | 0.00/hr | $ | 0.00 |

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 06/17/15 | Call with Anderson and Powers regarding strategy for tracing of assets for possible recovery on fraudulent conveyance claims. | | | | |
| | J.P.Gilligan | .50 hrs. | 525.00/hr | $ | 262.50 |
| 06/18/15 | Began to gather non-party subpoena responses to prepare for review by attorney Powers. | | | | |
| | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |
| 06/19/15 | Reviewed draft interrogatory responses and internal communications regarding answers to same. | | | | |
| | W. J. Joris | .10 hrs. | 150.00/hr | $ | 15.00 |
| 06/19/15 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮Rachael Gould▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |
| 06/22/15 | ▮▮▮▮▮▮▮▮▮FMB's responses to D. Gaudio's interrogatories. | | | | |
| | C. Fugate | .80 hrs. | 310.00/hr | $ | 248.00 |
| 06/22/15 | Prepared revisions to discovery responses (2.0); considered scope of privilege related to certain communications under applicable law (.50); prepared communication to client team ▮▮▮▮▮ ▮▮▮▮▮ (.10); exchanged communications with client team ▮▮▮▮▮▮ (.10); researched and revised discovery responses (.50); attention to production of responsive document (.20); attention to finalization and service of discovery responses with correspondence to defendants' counsel (.30). | | | | |
| | V.E.Powers | 3.70 hrs. | 520.00/hr | $ | 1,924.00 |
| 06/22/15 | Assisted with production of document. | | | | |
| | V.E.Babbert | .20 hrs. | 150.00/hr | $ | 30.00 |
| 06/23/15 | Researched agreed and court-set dates and prepared updated list of all pending dates and deadlines in the Dennis and Eric Gaudio litigation (.30). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 06/23/15 | Reviewed agenda for call with FMB (.1); extensive communication with FMB ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.7). | | | | |
| | C. Fugate | 1.80 hrs. | 310.00/hr | $ | 558.00 |
| 06/25/15 | Considered and responded to client team communication ▮▮▮▮▮▮▮▮▮▮▮ | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/02/15 | Outlined motion for summary judgment on portions of fraudulent transfer claim. | | | | |
| | D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |
| 07/06/15 | Pulled and reviewed docket in Helen Gaudio's state court action (.10); followed up regarding testimony of Marsha Wagner at hearing in connection with proving claims in adversary (.10); reviewed additional fact support for causes of action (.20). | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 07/06/15 | Gathered records received from Citibank in order to provide records and information to attorney (.4); reviewed information regarding Vermilion County case in order to obtain hearing transcript of witness testimony (.3). | | | | |
| | W. J. Joris | .70 hrs. | 150.00/hr | $ | 105.00 |

| 07/07/15 | Attention to outstanding subpoenas, additional subpoenas for development of fact issues. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/07/15 | Worked on motion for summary judgment regarding solvency and badges of fraud. | | | | |
| | D.M.Anderson | 2.20 hrs. | 365.00/hr | $ | 803.00 |
| 07/08/15 | Attention to cost of obtaining transcript of testimony in connection with fact development. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/08/15 | Reviewed notes and considered additional non-party subpoenas to serve. | | | | |
| | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |
| 07/08/15 | ███████████████████████ to client and prepared letters ████████ (.4); sent e-mail and letters to client ████████████ (.2); organized non-party documents recently received and updated index (.5); phoned Vermilion county court regarding request for hearing transcript (.2); internal communications regarding handling of subpoena in Cyprus (.1); phoned JP Morgan Chase to follow up regarding outstanding wire and transfer detail requested (.3). | | | | |
| | W. J. Joris | 1.70 hrs. | 150.00/hr | $ | 255.00 |
| 07/08/15 | Worked on motion for summary judgment. | | | | |
| | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |
| 07/09/15 | Received e-mail from client ████████████████ (.1); reviewed records and contacted Capital One to inquire regarding Eric Gaudio's investment accounts (.3); received and reviewed response from JP Morgan Chase regarding records produced (.1). | | | | |
| | W. J. Joris | .40 hrs. | 150.00/hr | $ | 60.00 |
| 07/10/15 | Confirmed that all exhibits from exhibit binder were sent to opposing counsel and reviewed status of subpoenas relating to 401(k) accounts. | | | | |
| | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |
| 07/10/15 | Internal communications regarding handling of request for documents from Cyprus bank. | | | | |
| | W. J. Joris | .10 hrs. | 150.00/hr | $ | 15.00 |
| 07/14/15 | Received, reviewed and responded to request from client ████████████████ (.2); reviewed and evaluated prior request to Regions Bank to determine whether it covers documents requested (.3); internal emails regarding status of supplemental subpoena to Regions Bank and handling to obtain additional records (.3); phoned Regions bank regarding status of subpoena response and additional records needed (.3); received and reviewed additional emails from client ████████████████████ (.1); received and responded to e-mail from client ████████████ (.1); drafted subpoena to Regions Bank (.6). | | | | |
| | W. J. Joris | 1.90 hrs. | 150.00/hr | $ | 285.00 |
| 07/15/15 | Received and reviewed several e-mails regarding issuance of new subpoenas (.5); responded to attorney inquiries regarding subpoenas served (.2); supplemented and finalized subpoena to Regions Bank (.2); drafted subpoenas to South Side Trust and Centrue Bank, finalized and prepared for service of same (.9);  prepared and sent notice to counsel regarding service of subpoenas (.2); e-mailed Capital One to follow-up on request for additional account information (.1); received and reviewed response from Capital One and reported to client ████████ (.1); gathered and sent all Iroquois subpoenas to client for review (.2). | | | | |
| | W. J. Joris | 2.40 hrs. | 150.00/hr | $ | 360.00 |

| 07/15/15 | Reviewed status of Regions subpoena and considered next steps. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 07/15/15 | Reviewed and finalized several non-party subpoenas. | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 07/15/15 | Considered supplement to Complaint to put additional transfers of record (.20). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Timekeeper | Hours | Ave. Rate | Amount |
| B. T. Caughey | 11.50 | 420.00 | 4,830.00 |
| H. Efroymson | 0.00 | 0.00 | 0.00 |
| J.P.Gilligan | 1.00 | 525.00 | 525.00 |
| V.E.Powers | 118.10 | 520.00 | 61,412.00 |
| D.M.Anderson | 35.10 | 365.00 | 12,811.50 |
| C. Fugate | 50.20 | 310.00 | 15,562.00 |
| V.E.Babbert | 0.20 | 150.00 | 30.00 |
| W. J. Joris | 72.90 | 150.00 | 10,935.00 |
| V. A. Jacobs | 0.80 | 240.00 | 192.00 |
| TOTAL | 289.80 | | 106,297.50 |

TOTAL Fees for Professional Services..........................................................................$    106,297.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 05/28/15 | Copies of Records in response to Subpoena | 1 | $ | 867.52 | $ 867.52 |
| 05/29/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 05/29/15 | Postage Expense , | 1 | $ | 3.76 | $ 3.76 |
| 06/12/15 | Photocopies | 5 | $ | 0.15 | $ 0.75 |
| 06/16/15 | Tele-Conferencing Long Distance | 245 | $ | 0.04 | $ 9.32 |
| 06/22/15 | Photocopies | 9 | $ | 0.15 | $ 1.35 |
| 06/22/15 | Postage Expense , | 1 | $ | 1.42 | $ 1.42 |
| | Color Photocopies | | | $ | 123.00 |

TOTAL Itemized Charges ........................................................................................$    1,007.27

TOTAL DUE FOR THIS PERIOD..............................................................................$    107,304.77

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

**ice**Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                             October 6, 2015

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                 Huntington Bank
P.O. Box 68                                          ABA for ACH:
Indianapolis, IN  46206-0068                         ABA for Wire:
(317) 221-2996                                       Account No.:
                                                     Swift Code:
                                     Please reference our matter # and/or invoice #

CLIENT NAME:       First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                   c/o First Midwest Bank
                   Attn:  Angela Major Hart
                   24509 West Lockport Street
                   Plainfield, IL  60544

MATTER TITLE:      Litigation against 1803, LLC; Gaudio Diversified;
                   Eric Gaudio; and Dennis Gaudio
                   35066.0016

INVOICE #:         1380930

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................ $      107,304.77

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller
### LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380931   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0017
US Trustee Communication Activities

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 05/27/15 | Attention to inquiries from U.S. Trustee to Conservator and followed up with U.S. Trustee's office (.10); reviewed information and prepared outline of responses to U.S. Trustee's questions (.70); prepared communication to client team ████████ (.10). | | | | |
| | V.E.Powers | .90 hrs. | 520.00/hr | $ | 468.00 |
| 05/28/15 | Gathered and reviewed additional information for responding to U.S. Trustee's inquiries (.20); communications to Angela Hart ████████ (.20); exchanged communications with Kimberly Klonicki ████████ (.10); prepared for (.10) and conferred with Sabrina Petesch at U.S. Trustee office (.40); followed up with client team ████████ (.10). | | | | |
| | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 06/15/15 | Reviewed and analyzed draft monthly operating report. | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|-------|---------|---------|
| V.E.Powers | 2.30 | 520.00 | 1,196.00 |
| TOTAL | 2.30 | | 1,196.00 |

TOTAL Fees for Professional Services..................................................................$    1,196.00

TOTAL DUE FOR THIS PERIOD.........................................................................$    1,196.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              October 6, 2015

Option 1 By CHECK:                                        Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                        Huntington Bank
P.O. Box 68                                              ABA for ACH:
Indianapolis, IN  46206-0068                             ABA for Wire:
(317) 221-2996                                           Account No.:
                                                         Swift Code:
                                       Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       US Trustee Communication Activities
                    35066.0017

INVOICE #:          1380931

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................................................ $        1,196.00

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1380932   Page 1
October 6, 2015

FOR SERVICES RENDERED THROUGH July 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0018
Gaudio -- Operational Real Estate Investigation and
Litigation Activities

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 03/30/15 | Considered pretrial order and preliminary attention to preparation of required pretrial materials.<br>V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 03/30/15 | Began preparing pretrial statement.<br>C. Fugate | .40 hrs. | 310.00/hr | $ | 124.00 |
| 03/31/15 | Prepared joint pretrial statement.<br>C. Fugate | 1.60 hrs. | 310.00/hr | $ | 496.00 |
| 03/31/15 | Reviewed and revised draft Offutt pretrial statement (1.40); reviewed background information in connection with same and developing matter for upcoming pretrial (2.30).<br>V.E.Powers | 3.70 hrs. | 520.00/hr | $ | 1,924.00 |
| 03/31/15 | Responded to counsel for Offutt regarding Pre-Trial and settlement (.2); reviewed Tilton Draft PTS (.4).<br>B. T. Caughey | .60 hrs. | 420.00/hr | $ | 252.00 |
| 04/01/15 | Finalized and circulated pretrial statement to counsel for Offutt (.20); considered background information and options for resolution of matter (1.0).<br>V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |
| 04/03/15 | Followed up with and exchanged communications with counsel for Offutt regarding request for extension of pretrial matters (.20); reviewed and commented on draft motion for extension of pretrial hearing and filing date for pretrial statement (.20).<br>V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 04/06/15 | Reviewed court order rescheduling pretrial conference to May 13 (.10); attention to docketing related dates (.10).<br>V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 04/09/15 | Considered communication from counsel for Offutt with proposed "settlement agreement". | | | | |

| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

04/09/15   Reviewed and commented on Saikley proposed Settlement Agreement.

| | B. T. Caughey | .30 hrs. | 420.00/hr | $ | 126.00 |

04/10/15   Considered and worked on response to Offutt settlement proposal (.50); reviewed Offutt claim in connection with analysis of settlement (.30); reviewed Complaint (.40); prepared updated draft letter regarding settlement to counsel for Offutt (.80); prepared updated second letter to counsel for Offutt regarding distribution analysis (.40); strategized regarding response to Offutt (.20).

| | V.E.Powers | 2.60 hrs. | 520.00/hr | $ | 1,352.00 |

04/12/15   Further consideration of response to Offutt regarding parameters for settlement.

| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

04/12/15   Provided comments on response letters to counsel for Offutt.

| | B. T. Caughey | .30 hrs. | 420.00/hr | $ | 126.00 |

04/13/15   Attention to Offutt settlement issues, revised letters and reviewed background facts in connection with response (1.50); considered strategy for next steps for resolution of claims (.50).

| | V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |

04/16/15   Considered and prepared communication to FMB team ██████████████████████
████████████.

| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

04/23/15   Exchanged communications with Angela Hart ████████████████████████████
████ (.10); revised and finalized letter to counsel for Mr. Offutt (.40).

| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

04/27/15   Conference with Offutt counsel Saikley regarding settlement discussions (.20); reviewed information and prepared communication to Saikley regarding information for settlement discussions (.20); prepared communication to client ████████████ (.10).

| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

05/04/15   Reviewed upcoming deadlines in Offutt litigation (.10); prepared follow-up correspondence to Mr. Saikley regarding settlement discussions and prepared communication to client ████████████ (.10); reviewed information from Saikley; compared to exhibits to complaint (.70); exchanged communications with client ████████████████ (.10).

| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

05/05/15   Reviewed real estate documents produced by defendant.

| | E.J.Stock | 3.30 hrs. | 280.00/hr | $ | 924.00 |

05/05/15   Reviewed and followed up regarding documents forwarded by Offutt's counsel.

| | V.E.Powers | .70 hrs. | 520.00/hr | $ | 364.00 |

05/06/15   Communication regarding documents produced by Offutt and Saikely in response to 2004 motion subpoena.

| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

05/06/15   Considered documents provided by Saikley in connection with settlement discussions (.60); reviewed Rule 2004 hearing transcript and documents produced in response to Rule 2004 request by Mr. Saikley and Mr. Offutt (.30); worked on preparation of communication to client ██████████████████████████████████████████████ (.70); worked on communication to Saikley (.20).

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | 1.80 hrs. | 520.00/hr | $ 936.00 |

05/06/15 Considered issues raised by real estate documents provided by defendants and strategies for addressing same.

|  |  |  |  |  |
|---|---|---|---|---|
|  | E.J.Stock | .80 hrs. | 280.00/hr | $ 224.00 |

05/07/15 Attention to preparation of letter to Offutt's counsel regarding settlement issues (.60); exchanged communications with client team ▆▆▆▆▆▆ (.10).

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |

05/07/15 ▆▆▆▆▆▆▆▆▆▆ to client in light of supplemental documents produced by Saikley.

|  |  |  |  |  |
|---|---|---|---|---|
|  | C. Fugate | .10 hrs. | 310.00/hr | $ 31.00 |

05/08/15 Communications with client ▆▆▆▆▆▆ ▆▆▆▆ (.10); communications with Mr. Saikley regarding joint pretrial statement (.10); reviewed and approved motion for continued pretrial schedule (.10).

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |

05/09/15 Reviewed motion and proposed order as filed seeking continuance of pretrial schedule; communication to client ▆▆▆▆▆▆.

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |

05/10/15 Analyzed outstanding secured claims for letter to Saikley.

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |

05/11/15 Considered court's order and considered next steps (.20); revised draft pretrial statement (.80); prepared communication to parties regarding pretrial and circulating revised joint statement (.10); prepared communication to client ▆▆▆▆▆▆▆▆ (.10); communications with Offutt's counsel ▆▆▆▆▆▆ (.20); communications with client team ▆▆▆▆▆▆ (.20); reviewed Court's February pretrial order and revised pretrial statement to add Rule 26 certifications and other revisions (.40); reviewed history of matter in preparation for pretrial (.60).

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | 2.60 hrs. | 520.00/hr | $ 1,352.00 |

05/12/15 ▆▆▆▆▆▆▆▆ from client team on draft Pretrial Statement (.30); numerous communications with counsel for Offutt's office seeking comments and approval for Pretrial Statement (.20); communications with parties regarding revisions to Pretrial Statement (.10); reviewed and incorporated comments from Offutt's counsel on draft Pretrial Statement (.40); circulated for approval of all counsel, finalized, and filed Pretrial Statement (.30); reviewed and considered terms of pretrial added by Offutt counsel and prepared for Pretrial conference (.60).

|  |  |  |  |  |
|---|---|---|---|---|
|  | V.E.Powers | 1.90 hrs. | 520.00/hr | $ 988.00 |

05/12/15 Drafted amended complaint.

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ 401.50 |

05/13/15 Drafted amended Offutt complaint.

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ 547.50 |

05/13/15 Traveled to and from Urbana for pretrial hearing (No Charge); attended pretrial hearing (.50); conferred with counsel for Offutt following hearing (.20); prepared brief summary of results of hearing and conference with counsel (.10); considered issues and options, and strategized regarding amendment to Complaint to add parties, claims (.50); communication to Angela Major Hart ▆▆▆▆▆▆▆▆ (.10).

|            |                                                                                                                                                                                                                                                                                                                                                                                                                          | V.E.Powers | 1.40 hrs. | 520.00/hr | $ | 728.00   |

| 05/14/15 | Discussed, conferred, and analyzed grounds for including allegation in complaint against Offutt that Earl Gaudio's guarantee was forged. |

| | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |

| 05/14/15 | Reviewed and revised Amended Complaint (.90); conferred with Angel Hart ███████████ ████████████ (.20); considered state court docket and reviewed issues in connection with Offutt's position and claims in Complaint (.30); reviewed factual background on specific allegations (.30); prepared communication to client team ████████████ (.10); addressed procedural issues including service in light of issues raised by Mr. Barney at pretrial hearing (.20). |

| | V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |

| 05/14/15 | Finalized amended complaint and prepared for filing and service of same. |

| | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |

| 05/15/15 | Attention to filing of amended complaint (.3) and drafting and filing of motion for leave to amend (1.1). |

| | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |

| 05/15/15 | Call from and conferred with Saikley, counsel to Offutt (.30); reviewed and revised to motion for leave to amend complaint and attention to filing of same (.10). |

| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

| 05/18/15 | Considered letter from Saikley (.10); considered and circulated Court's order on motion to amend complaint (.10); ████████████████ for client of deadlines and next steps (.30). |

| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

| 05/18/15 | Attention to service of amended Offutt complaint on newly-added parties. |

| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |

| 05/19/15 | Considered next steps and prepared summary for client team ████████████████ ███████████ .50); conference with Angela Hart ████████████████████████ (.20). |

| | V.E.Powers | .70 hrs. | 520.00/hr | $ | 364.00 |

| 05/21/15 | Reviewed and filed certificates of service regarding amended complaint. |

| | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |

| 05/27/15 | Call from Paul Offutt and followed up with Mr. Offut's counsel (.20); prepared communication to Angela Hart ████████████████████████ (.10). |

| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

| 05/28/15 | Considered communication from Offutt's counsel and prepared email correspondence responding to counsel (.10); communication to client team ████████████ (.10); considered options for resolution of claims to obtain needed access (.20). |

| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

| 06/11/15 | Considered communication from counsel for Mr. Offutt and prepared responsive inquiry regarding meeting (.10); analysis of Offutt matter status and next steps (.10). |

| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

| 06/12/15 | Worked on draft letter to Offutt's counsel per agreement (.30); prepared communication to custodian ████████████████████████ (.10). |

|  | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

| 06/15/15 | Reviewed and analyzed and began outlining response to defendant Offutt's Motion to Dismiss (3.0); attention to preparation of correspondence to Offutt ███████████ custodian (1.20); prepared communications to Angela Major Hart ████████████ ████████████████████████ (.10); considered Court's scheduling order related to Offutt Motion to Dismiss (.10); further revisions and finalized letter to Offutt's counsel (.80). | | | | |
|  | V.E.Powers | 5.20 hrs. | 520.00/hr | $ | 2,704.00 |

| 06/16/15 | Conferenced with Powers regarding the adversary against Offutt (.20); attention to responding to the Motion to Dismiss Complaint (.50). | | | | |
|  | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |

| 06/16/15 | Considered Offutt dismissal motion and preliminary attention to preparation of response to same (.80); strategized regarding best means for resolution (.20). | | | | |
|  | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| 06/17/15 | Drafted a portion of the Response to Defendant Offutt's Motion to Dismiss Complaint (1.50); reviewed the docket and pleadings relevant to the Amended Complaint and Motion to Dismiss (.50). | | | | |
|  | T.A.Crist | 2.00 hrs. | 395.00/hr | $ | 790.00 |

| 06/18/15 | Filed corrected certificates of service of amended complaint. | | | | |
|  | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |

| 06/19/15 | Communication to Angela Hart ████████████████████████ | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 06/23/15 | Reviewed documents produced by Offut to determine status of issues with respect to access to and from the Gaudio property (.90); prepared memorandum summarizing items needed to make final determination of status of issues (.30). | | | | |
|  | E.J.Stock | 1.20 hrs. | 280.00/hr | $ | 336.00 |

| 06/25/15 | Worked on motion for summary judgment regarding easement claims. | | | | |
|  | D.M.Anderson | 2.20 hrs. | 365.00/hr | $ | 803.00 |

| 06/26/15 | Conference with Crist regarding response to Offutt Motion to Dismiss. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 06/26/15 | Worked on motion for summary judgment on easement claims. | | | | |
|  | D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |

| 06/26/15 | Attention to the local rules and procedures concerning motions to dismiss (.50); continued to research case law and draft the Memorandum of Law in Opposition to Defendant's Motion to Dismiss (7.60); conferenced with Powers concerning the same (.10). | | | | |
|  | T.A.Crist | 8.20 hrs. | 395.00/hr | $ | 3,239.00 |

| 06/27/15 | Continued to prepare the Memorandum of Law in Opposition to Defendant's Motion to Dismiss (5.0); researched the elements for third-party beneficiary and specific performance claims, implied easement by necessity and implied easement by prior use claims, as well as case law cited by Defendant in connection with same (3.6). | | | | |
|  | T.A.Crist | 8.60 hrs. | 395.00/hr | $ | 3,397.00 |

| 06/28/15 | Continued to research case law concerning Counts of the Complaint challenged in Offutt's Motion to Dismiss and prepared the remainder of the initial draft of the Memorandum of Law in | | | | |

|  | Opposition to Defendant's Motion to Dismiss. | | | |
|  | T.A.Crist | 7.00 hrs. | 395.00/hr | $ | 2,765.00 |
| 06/29/15 | Worked on motion for summary judgment regarding easement claims. | | | |
|  | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |
| 06/30/15 | Reviewed and revised Objection to Motion to Dismiss (1.0); prepared communication to client team ▮▮▮▮▮▮▮▮ (.10). | | | |
|  | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 06/30/15 | Drafted motion for entry of default regarding Security Ventures, Inc. and Offutt Development, Inc. | | | |
|  | D.M.Anderson | 1.60 hrs. | 365.00/hr | $ | 584.00 |
| 07/01/15 | Drafted applications to clerk for entry of default for Security Ventures, Inc. and Offutt Development, Inc. | | | |
|  | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 07/02/15 | Finalized and filed request for clerk to enter default. | | | |
|  | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |
| 07/02/15 | Reviewed and revised default judgment affidavit and related pleading for filing today (.20); considered and preliminary analysis of Offutt Development and Security Ventures Motions to Vacate and Motions to Dismiss (.30). | | | |
|  | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
| 07/06/15 | Attention to the Motions to Vacate filed by Security Ventures, Inc. and Offutt Development, Inc. (.30); listened to the May 13 pre-trial conference and reviewed prior pleadings filed by Barney (.60); considered how to proceed in light of the clerk's entries of default (.30); attention to the Order setting a deadline to respond to the Motions to Vacate (.10); conferenced with Powers on revisions and comments, and revised and filed the Memorandum of Law in Opposition to Offutt's Motion to Dismiss Complaint (2.80) | | | |
|  | T.A.Crist | 4.10 hrs. | 395.00/hr | $ | 1,619.50 |
| 07/06/15 | Considered terms for possible counter to Offutt (.20); consideration of completion of initial disclosures (.10); exchanged communications with Custodian ▮▮▮▮▮▮▮▮▮ (.10); prepared communication to client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.30); attention to Court's scheduling order related to Default Judgments (.10); ▮▮▮▮▮▮▮ from client team; reviewed and worked on revisions to Objection to Offutt Motion to Dismiss (1.0); preliminary analysis of response to Motion to Vacate Default Judgment (.40). | | | |
|  | V.E.Powers | 2.20 hrs. | 520.00/hr | $ | 1,144.00 |
| 07/06/15 | Worked on motion for summary judgment on easement claims. | | | |
|  | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 07/08/15 | Consideration of summary judgment motion issue. | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/09/15 | Call from and brief conference with Paul Offutt and communication to Mr. Sailey (.10); prepared communication to client team ▮▮▮▮▮▮▮▮▮ (.10). | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 07/09/15 | Prepared part of a draft of a Memorandum of Law in Opposition to the Motions to Vacate Default Judgment (1.70); researched the standard for a motion to vacate in the Seventh Circuit (.60). | | | |

|  |  | T.A.Crist | 2.30 hrs. | 395.00/hr | $ | 908.50 |

07/10/15   ███████████████████████████████████ with client team.

| V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

07/10/15   Considered next steps in pursuit of an easement against Offutt and his entities.

| T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |

07/11/15   Continued to prepare the Memorandum of Law in Opposition to Motions to Vacate Default Judgment.

| T.A.Crist | 3.90 hrs. | 395.00/hr | $ | 1,540.50 |

07/12/15   Reviewed all recent pleadings filed by Offutt Development, Inc. and Security Ventures, Inc. in the adversary proceeding (.60); continued to prepare the Memorandum of Law in Opposition to Motions to Vacate (2.0); prepared the Motion for Default Judgment against the defendants (1.20); prepared the proposed Default Judgment entry (1.30).

| T.A.Crist | 5.10 hrs. | 395.00/hr | $ | 2,014.50 |

07/13/15   Reviewed the Local Rules on disclosures (.70); revised the Memorandum of Law in Opposition to Motions to Vacate, the Motion for Default Judgment and the proposed Default Judgment (1.40); prepared correspondence to Gould and Major ███████ (.20).

| T.A.Crist | 2.30 hrs. | 395.00/hr | $ | 908.50 |

07/13/15   Prepared initial disclosures.

| C. Fugate | .80 hrs. | 310.00/hr | $ | 248.00 |

07/13/15   Exchanged communications with client team ██████████ (.10); reviewed and revised draft initial disclosures, considered damages for purposes of initial disclosures, and prepared communication to client team ███████ (.80); ██████████ to client team (.30); further considered damages issues (.20); reviewed docket regarding filing for service of disclosures (.20); conference with Angela Hart ███████ (.20); prepared further revisions to Rule 26 disclosures (.20); prepared communication email to client team ██████ (.10); prepared communications to defendants' counsel regarding disclosures and settlement discussion (.10); revised and finalized disclosures (.20); call from and conference with Ed Barney, counsel to Offutt defendants, regarding whether Rule 26 disclosures must be served today (.10); prepared communication to counsel for Offutt Defendants responding to settlement inquiry (.10); exchanged communications with client team ████████ (.10); reviewed and revised Offutt dismissal and vacation pleadings, analysis of claims to bring to resolve matter and next steps (1.40).

| V.E.Powers | 4.10 hrs. | 520.00/hr | $ | 2,132.00 |

07/14/15   Considered arguments to include in response to motion to dismiss complaint (1.00); worked on revisions to proposed default judgment entry to address real estate issues (.30).

| E.J.Stock | 1.30 hrs. | 280.00/hr | $ | 364.00 |

07/14/15   Conferenced with Stock concerning the real estate access issues and resolutions, and preparation of the default judgment entry and a motion for summary judgment (.50); considered responding to the motions to vacate (.50); reviewed the real property index and title work with respect to the easement for access to 1803 Georgetown Road (.80); corresponded with Stock concerning the same (.20).

| T.A.Crist | 2.00 hrs. | 395.00/hr | $ | 790.00 |

07/15/15   Communicated with title company regarding real estate title issues.

| E.J.Stock | .50 hrs. | 280.00/hr | $ | 140.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B. T. Caughey | 1.20 | 420.00 | 504.00 |
| T.A.Crist | 46.30 | 395.00 | 18,288.50 |
| V.E.Powers | 42.80 | 520.00 | 22,256.00 |
| D.M.Anderson | 18.70 | 365.00 | 6,825.50 |
| C. Fugate | 3.30 | 310.00 | 1,023.00 |
| E.J.Stock | 7.10 | 280.00 | 1,988.00 |
| TOTAL | 119.40 | | 50,885.00 |

TOTAL Fees for Professional Services...................................................................................................... $    50,885.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 05/18/15 | Postage Expense , | 1 | $ | 3.64 | $ 3.64 |
| 05/19/15 | Travel to/from Urbana, Illinois for pretrial conference (582 miles) (May 13, 2015) (Victoria E. Powers) | 1 | $ | 334.65 | $ 334.65 |
| 07/13/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 07/13/15 | Photocopies | 14 | $ | 0.15 | $ 2.10 |
| 07/14/15 | Postage Expense , | 1 | $ | 2.84 | $ 2.84 |

TOTAL Itemized Charges .................................................................................................................... $    343.38

TOTAL DUE FOR THIS PERIOD................................................................................................................ $    51,228.38

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

**ice**Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              October 6, 2015

<u>Option 1 By CHECK:</u>                                          <u>Option 2 By WIRE TRANSFER:</u>

ICE MILLER LLP                                                           Huntington Bank
P.O. Box 68                                                      ABA for ACH:
Indianapolis, IN  46206-0068                                    ABA for Wire:
(317) 221-2996                                                  Account No.:
                                                                Swift Code:
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Gaudio -- Operational Real Estate Investigation and
                    Litigation Activities
                    35066.0018

INVOICE #:          1380932

PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................................................................... $        51,228.38

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller
LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Ch
c/o First Midwest Bank, N.A.
Attn: Angela Hart
2801 West Jefferson
Joliet, IL 60435

Invoice 1405517   Page 1
February 29, 2016

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0001
General Representation

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|--|--------|
| 09/16/15 | Reviewed 2013 and 2014 state and federal tax returns; ▓▓▓▓ with client. | | | | |
| | D. Hight   [Matter 4] | 2.10 hrs. | 465.00/hr | $ | 976.50 |
| 10/23/15 | Met with counsel Hight and Dent to discuss old Pizza Hut property in Vermilion county; review of prior title searches; met with counsel, Hight to discuss 1803 LLC and dissolution of entity; researched IL, IN, DE, Nevada and MO as to whereabouts of One Eight Zero Three LLC which property was conveyed to by 1803 LLC; drafted email to O'Shaunghnessy with Vermilion County Title to pull documents for review. | | | | |
| | C. Bartelt | 1.50 hrs. | 150.00/hr | $ | 225.00 |
| 10/26/15 | Reviewed documents sent by O'Shaughnessy; requested further documentation for review; met with counsel, Hight, to discuss closing on Harley property and release to be issued; drafted memo to counsel reviewing matters from 2013 to current documentation for both Harley dealership property and Pizza Hut. | | | | |
| | C. Bartelt | 2.50 hrs. | 150.00/hr | $ | 375.00 |
| 10/27/15 | Met with counsel to review memo; teleconference with O'Shaughnessy to discuss issuance of release on Harley property; review with counsel, Hight. | | | | |
| | C. Bartelt | .30 hrs. | 150.00/hr | $ | 45.00 |
| 10/29/15 | Reviewed documents sent by Mr. OShaughnessy with Vermilion County Title; further review of documents with counsel, Hight; correspondence with title company regarding Pizza Hut property; review of lis pendens with file. | | | | |
| | C. Bartelt | 1.00 hrs. | 150.00/hr | $ | 150.00 |
| 12/10/15 | Reviewed 401(k) plan issues. | | | | |
| | D.M.Anderson   [Matter 7] | 1.10 hrs. | 365.00/hr | $ | 401.50 |

<u>Summary of Fees</u>

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D. Hight | 2.10 | 465.00 | 976.50 |
| D.M.Anderson | 1.10 | 365.00 | 401.50 |
| C. Bartelt | 5.30 | 150.00 | 795.00 |
| TOTAL | 8.50 | | 2,173.00 |

TOTAL Fees for Professional Services...................................................................................................... $      2,173.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/17/15 | Tele-Conferencing Long Distance | 53 | $    0.04 | $    2.00 |
| 09/22/15 | Photocopies | 44 | $    0.15 | $    6.60 |
| 09/22/15 | Postage Expense , | 1 | $    2.52 | $    2.52 |

TOTAL Itemized Charges ....................................................................................................................... $      11.12

TOTAL DUE FOR THIS PERIOD............................................................................................................ $      2,184.12

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                      February 29, 2016

Option 1 By CHECK:                                          Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                        Huntington Bank
P.O. Box 68                                              ABA for ACH:    ███████
Indianapolis, IN  46206-0068                             ABA for Wire:   ███████
(317) 221-2996                                           Account No.:    ███████
                                                          Swift Code:    ███████
                                              Please reference our matter # and/or invoice #


CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Ch
                    c/o First Midwest Bank, N.A.
                    Attn:  Angela Hart
                    2801 West Jefferson
                    Joliet, IL  60435

MATTER TITLE:       General Representation
                    35066.0001

INVOICE #:          1405517


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $         2,184.12


ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice 1405521   Page 1
February 29, 2016

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0002
Asset Analysis and Recovery

**American Express**

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/16/15 | Reviewed and revised complaints against American Express. | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 08/25/15 | Considered inquiry for extension from counsel for American Express and exchanged communications with counsel regarding same (.10); exchanged communications with client team ▇▇▇▇▇ (.10); | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 08/25/15 | Provided information to counsel for American Express regarding extension. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/26/15 | Reviewed AmEx draft extension of time to answer and exchanged correspondence with counsel for AmEx. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/27/15 | Attention to finalization and filing of extension for AmEx to Answer and communication to Michael Holbein, counsel for AmEx (.10); attention to submission of AmEx order (.10). | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 09/14/15 | Reviewed due date for answer from American Express and status of discussions with counsel for American Express (.20); prepared proposed settlement terms (.10); prepared communication to client team ▇▇▇ ▇▇▇▇▇▇▇ (.10); conference with counsel for American Express (.10). | | | | |

| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |

| 09/15/15 | Reviewed and prepared for filing motion for American Express second extension of time for answer (.10); drafted order to submit on American Express motion for second extension (.10); conference regarding circulated communication to client team ▮▮▮▮▮▮▮▮▮▮ y (.20). | | | | |

| | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |

| 09/17/15 | Oversaw upload of AmEx extension order and circulation of same to AmEx counsel. | | | | |

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 09/22/15 | Reviewed prior exchange and status of discussions with AmEx (.10); exchanged further communications with counsel for AmEx regarding settlement proposal (.10). | | | | |

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

| 09/29/15 | Exchanged email communications with counsel for AmEx regarding their tardy filing of answer to the Debtor's complaint. | | | | |

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 09/30/15 | Conference with local counsel for AmEx regarding late filing of answer and settlement discussion (.10); exchanged communications with lead counsel for AmEx regarding settlement discussion (.10). | | | | |

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

| 10/29/15 | Call from and conference with AmEx counsel regarding his motion to file amended answer and response to show cause (.40). | | | | |

| | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |

| 11/02/15 | Attention to matters set for hearing on November 4 (.20); call from and conference with counsel for American Express (.30); considered email communication from and prepared communication responding to inquiry from counsel for American Express (.20). | | | | |

| | V.E.Powers | 0.70 hrs. | 520.00/hr | $ | 364.00 |

| 11/04/15 | Prepare for hearing (.20); represented client at hearing (.20); ▮▮▮▮▮ client (.10); travel to hearing (3.75: NO CHARGE). | | | | |

| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |

| 11/10/15 | Prepared and submitted Order granting pro hac motion. | | | | |

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

| 12/08/15 | Communication to Mike Holbein, counsel for AmEx, responding to his inquiry. | | | | |

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 12/10/15 | Prepared for (.30) and conferred with counsel for American Express regarding issues in case, pretrial matters (.40). | | | | |

|  |  | V.E.Powers | 0.70 hrs. | 520.00/hr | $ | 364.00 |
|---|---|---|---|---|---|---|
| 12/11/15 | Attention to responding to AmEx requests. |  |  |  |  |  |
|  |  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |

**Total for American Express**.................................................................................................................. **$**     **2,965.00**

**Citibank N.A.**

| 08/04/15 | Call from and conferred with counsel for Citibank regarding adversary proceeding. |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 08/21/15 | Call from and conferred with counsel for Citibank regarding extension. |  |  |  |  |  |
|  |  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/24/15 | Reviewed and revised draft motion for extension from counsel for CitiBank (.20); exchanged communications with CitiBank counsel (.10). |  |  |  |  |  |
|  |  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 08/25/15 | Attention to service and filing Citibank Extension Motion (.10); exchanged communications with counsel for Citibank regarding preliminary discussions for possible early resolution (.10); exchanged communications with client team ▨▨▨▨▨ (.10). |  |  |  |  |  |
|  |  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 08/26/15 | Conferred with client team ▨▨▨▨▨▨▨▨▨▨ (.10); reviewed order on submission of order on Citibank extension and prepared communication to Meagan Martin, counsel for Citibank, with motion and notice for submission of order and re settlement discussion (.10). |  |  |  |  |  |
|  |  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 09/02/15 | Exchanged communications with Citibank counsel (.10); prepared settlement offer (.20); prepared communication to client team ▨▨▨▨▨▨▨ (.10); considered communication from client team ▨▨▨▨▨▨ (.10); finalized and forwarded correspondence to Citibank with settlement demand (.10). |  |  |  |  |  |
|  |  | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 09/03/15 | Considered Citibank counter offer and possible responses (.20); prepared communication to client team ▨▨▨▨▨ (.10). |  |  |  |  |  |
|  |  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 09/08/15 | Considered communication from Citibank's counsel (.10); prepared communication to client team ▨▨▨▨▨ (.10); prepared communication to Citibank counsel regarding same (.10); exchanged communication with Rachael Gould ▨▨▨▨▨▨▨▨▨▨ (.10); |  |  |  |  |  |

exchanged communications with Citibank counsel Meagan Martin regarding same (.10).

|  | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |
|---|---|---|---|---|---|

09/09/15  Considered settlement offer from Citibank and prepared communication responding to Citibank counsel ▇▇▇▇▇▇▇▇▇▇▇ (.10); prepared communication to client team ▇▇▇▇▇▇▇ ▇▇ (.10); reviewed motion for and proposed order on extension of answer deadline (.10).

|  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
|---|---|---|---|---|---|

09/10/15  Attention to filing and service of Citibank extension.

|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
|---|---|---|---|---|---|

09/11/15  Attention to Citibank extension order upload (.10); prepared response and counter to Citibank counsel (.10).

|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
|---|---|---|---|---|---|

09/14/15  Attention to order and forwarded to counsel for Citibank (.10).

|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
|---|---|---|---|---|---|

09/17/15  Prepared response to Citibank settlement counter (.10); prepared communication to client team ▇▇▇▇▇▇▇ ▇▇ (.10).

|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
|---|---|---|---|---|---|

09/21/15  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ with client team (.10); communication to Citibank counsel (.10); prepared settlement agreement for Citibank (.20); prepared communication to client team ▇▇▇▇▇▇▇▇▇▇▇ (.10); exchanged communications with Citibank counsel regarding settlement documents (.10).

|  | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |
|---|---|---|---|---|---|

09/22/15  Communication to Citibank counsel with settlement agreement.

|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
|---|---|---|---|---|---|

09/28/15  Conference with Meagan Martin regarding terms of settlement (.10).

|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
|---|---|---|---|---|---|

10/01/15  Reviewed and revised Citibank's required settlement agreement (1.50); ▇▇▇▇▇▇▇▇ client team (.10).

|  | V.E.Powers | 1.60 hrs. | 520.00/hr | $ | 832.00 |
|---|---|---|---|---|---|

10/02/15  ▇▇▇▇▇▇▇▇ client team (.20); exchanged communications with Rachael Gould ▇▇▇▇▇▇▇ (.10); revised and finalized draft based on comments (.80); communication to Citibank counsel circulating agreement (.10).

|  | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |
|---|---|---|---|---|---|

10/22/15  Reviewed and prepared comments on Citibank Settlement Agreement terms (.40); prepared communication

|  | to client team ████████████████████████ (.10). | | | | |
|---|---|---|---|---|---|
|  | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |
| 10/26/15 | Exchanged communications with client team ██████████████████████(.10); revised markup of Citibank settlement agreement (.10); prepared communication to counsel for Citibank with and regarding revisions to settlement agreement (.10). | | | | |
|  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/02/15 | Reviewed 9019 Motion for Citibank settlement; prepared communication to counsel for Citibank regarding settlement agreement. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/03/15 | Reviewed Citibank settlement related to 9019 provisions. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/09/15 | Followed up with Citibank regarding settlement. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/11/15 | Followed up with counsel for Citibank regarding status of finalization of Settlement Agreement. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/20/15 | Considered and analyzed issues in connection with revisions to settlement agreement from counsel for Citibank (.40); prepared comments and revisions to settlement agreement (.50); prepared communication to Citibank counsel regarding same (.20); prepared communication to client team ██████████████ ██████████████ (.10). | | | | |
|  | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |
| 11/23/15 | ████████████████████████████with client team (.10). | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/30/15 | Exchanged communications with counsel for Citibank on settlement terms. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 12/02/15 | Considered communication from counsel for Citibank and proposal for settlement agreement. | | | | |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 12/03/15 | Followed up regarding settlement. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 12/10/15 | Considered revisions to Settlement Agreement (.20); exchanged communications with client team ██████ █████████████████( .20); prepared communication to counsel for Citibank (.10). | | | | |
|  | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |

| 12/11/15 | Exchanged communications with client team ████████████ (.10); prepared communication to counsel for Citibank regarding final settlement terms (.10). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 12/15/15 | Followed up on settlement terms with counsel for Citibank. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

**Total for Citibank N.A.** ............................................................................................................. **$**     **5,564.00**

**Dennis Gaudio**

| 07/17/15 | Participated in conference with counsel for Regions Bank and analyzed sale of 1803, LLC property. | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson   [Matter 2/Regions] | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 07/23/15 | Reviewed request from Regions Bank to release lis pendens. | | | | |
| | D.M.Anderson   [Matter 2/Regions] | 0.40 hrs. | 365.00/hr | $ | 146.00 |
| 08/10/15 | Reviewed Dennis Gaudio answer to complaint objecting to claim. | | | | |
| | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ | 219.00 |
| 08/11/15 | Preliminary review of answer to complaint objecting to Dennis Gaudio claim; prepared communication to client team ████████████ (.10). | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/26/15 | Analyzed issues related to Regions Bank and potential resolution of same. | | | | |
| | D.M.Anderson   [Matter 2/Regions] | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 10/28/15 | Prepared and circulated pretrial statement (2.50); revised and finalized draft pretrial (.20); communication to client team ████████████(.10); communications with Mr. Dennis Gaudio regarding pretrial statement (.10). | | | | |
| | V.E.Powers | 2.90 hrs. | 520.00/hr | $ | 1,508.00 |
| 10/29/15 | Drafted request to appear telephonically at pretrial conference. | | | | |
| | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 10/29/15 | Revised and finalized pretrial for filing (.40); exchanged communications with Dennis Gaudio regarding pretrial matters including telephonic hearing and possible settlement discussion (.10); prepared communication to client team ████████████ (.10); considered motion for telephonic hearing (.10); reviewed Court's order denying motion for telephonic hearing; attention to service of joint pretrial, motion and court's order (.10); prepared communication to client team ████████████(.10). | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | 0.90 hrs. | 520.00/hr | $ | 468.00 |
| 10/30/15 | Considered issues that will be addressed at the pre-trial conference set for next Wednesday in adversary action against D. Gaudio. | | | | |
|  | C. Fugate | 0.60 hrs. | 310.00/hr | $ | 186.00 |
| 11/02/15 | Attention to matters set for hearing on November 4 (.20); considered email correspondence from Angela Major Hart ███████████████████████ (.10); prepared communi███████████████████ ██████ .10); prepared draft settlement proposal for Dennis Gaudio (.50). | | | | |
|  | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 11/03/15 | Exchanged communications with client team ██████████████████████(.10); prepared for hearing (.20). | | | | |
|  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/04/15 | Prepare for pretrial conference (.20); represented client at hearing (.20); ████████client (.10); travel to hearing (3.75: NO CHARGE); exchanged communications with Rachael Gould ████████████ ████████(.10). | | | | |
|  | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 11/05/15 | Conferred with Angela Hart ████████████████████. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/10/15 | Prepared and submitted Order granting pro hac motion. | | | | |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

**Total for Dennis Gaudio** ............................................................................................................ **$**    **4,541.50**

**Discover Bank**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 07/16/15 | Reviewed and revised complaints against Discover. | | | | |
|  | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |
| 07/20/15 | Reviewed information in exhibit to Discovery complaint and considered options (.10); exchanged communications with Rachael Gould ████████████.10). | | | | |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 07/29/15 | Conferred with Discover's counsel regarding request for extension of time (.10); prepared communication to client team ██████████████████(.10). | | | | |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/06/15 | Reviewed request by Discover (.10) counsel for extension of time and prepared communication responding to same (.10). | | | | |
| | D.M.Anderson | 0.20 hrs. | 365.00/hr | $ | 73.00 |
| 08/10/15 | Submitted order on Discover motion for extension of time (.20); prepared correspondence to Discover counsel regarding same (.10). | | | | |
| | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ | 109.50 |
| 09/09/15 | Telephone conference with Discover card counsel regarding settlement (.40); prepared communication to client ███████████████████████ (.70). | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 09/09/15 | Considered Discover Card settlement discussion and proposal (.20); email communication to client team ████████████ .10). | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 09/11/15 | Prepared email correspondence with Discover's counsel regarding settlement ( .30); exchanged correspondence with client ████████████ .20). | | | | |
| | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 09/14/15 | Prepared email correspondence with Discover counsel confirming settlement. | | | | |
| | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ | 109.50 |
| 09/15/15 | Prepared pleadings in Discover adversary to advise court of settlement and extend answer date. | | | | |
| | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ | 109.50 |
| 09/15/15 | Attention to Discover settlement pleading. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 09/16/15 | Drafted Discover settlement agreement. | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 09/17/15 | Revised Discover settlement agreement. | | | | |
| | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ | 219.00 |
| 09/21/15 | Revised Discover settlement agreement. | | | | |
| | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ | 219.00 |
| 09/21/15 | Reviewed and revised draft settlement agreement for Discover Bank. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 09/25/15 | Worked on motion to approve settlement with Discover. | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ 547.50 |
| 10/06/15 | Revised motion to approve compromise with Discover. | | | |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ 182.50 |
| 10/27/15 | Revised settlement agreement with Discover and prepared email to opposing counsel re same. | | | |
|  | D.M.Anderson | 0.40 hrs. | 365.00/hr | $ 146.00 |
| 11/02/15 | Prepared email correspondence with Discover counsel regarding status of settlement agreement. | | | |
|  | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ 109.50 |
| 11/10/15 | Prepared and read email correspondence with Discover counsel regarding status of settlement agreement. | | | |
|  | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ 109.50 |
| 11/11/15 | Email correspondence with Discover counsel regarding settlement agreement (.3); revised 9019 motion (.7); reviewed service requirements and revised service list (.5). | | | |
|  | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ 547.50 |
| 11/12/15 | Followed up with Discover counsel regarding status of settlement agreement (.2); further analyzed service issues (.4). | | | |
|  | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ 219.00 |
| 11/16/15 | Finalized, filed, and arranged for service of motion to approve Discover compromise. | | | |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ 182.50 |

**Total for Discover Bank**...................................................................................................................... **$    4,900.00**


**General**

| 07/23/15 | Considered request of Regions Bank for removal of lis pendens and exchanged communications with counsel and client team ▮▮▮▮▮▮(.10); reviewed and revised Lis Pendens Release document from Regions' counsel (.20); compared legal descriptions and noted differences to legal filed in Notice of Lis Pendens (.10); prepared communication to client team ▮▮▮▮▮▮▮▮▮(.10). | | | |
|---|---|---|---|---|
|  | V.E.Powers | 0.50 hrs. | 520.00/hr | $ 260.00 |
| 07/16/15 | Analysis of remaining fraudulent transfer claims and complaints (.20); communications with Committee counsel regarding fraudulent transfer recovery actions (.10); conferred with Rachael Gould ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮(.30). | | | |
|  | V.E.Powers | 0.60 hrs. | 520.00/hr | $ 312.00 |
| 07/17/15 | Finalized and filed fraudulent transfer complaints. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | D.M.Anderson | | 4.20 hrs. | 365.00/hr | $ | 1,533.00 |

07/17/15    Analysis of additional recovery and turnover claims against creditors (.30); considered issues relating to all recovery complaints (.40); communications with Committee counsel circulating drafts of pleadings and complaints (.10); conference with client team ▮▮▮▮▮▮▮▮▮▮▮ (.40); attention to filing and service of complaints (.20).

| | V.E.Powers | | 1.40 hrs. | 520.00/hr | $ | 728.00 |

07/20/15    Reviewed and accomplished service of adversary proceeding summonses and complaints and considered need to amend exhibit to Discover complaint.

| | D.M.Anderson | | 1.00 hrs. | 365.00/hr | $ | 365.00 |

07/20/15    Attention to the service of recently filed adversary proceeding Complaints.

| | T.A.Crist | | 0.60 hrs. | 395.00/hr | $ | 237.00 |

07/20/15    Reviewed all recovery filings to confirm nothing further required (.60); prepared communications to client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.20).

| | V.E.Powers | | 0.80 hrs. | 520.00/hr | $ | 416.00 |

07/21/15    Reviewed and filed returns of service for adversary proceedings.

| | D.M.Anderson | | 0.30 hrs. | 365.00/hr | $ | 109.50 |

07/21/15    Attention to the Custodian's recovery action spreadsheet (.2); calculated applicable deadlines for the SBA and World Business Lenders adversaries (.3).

| | T.A.Crist | | 0.50 hrs. | 395.00/hr | $ | 197.50 |

07/27/15    Reviewed upcoming dates and deadlines in all new lawsuits (.30); prepared communication to client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.10); prepared outline of all pending matters ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with client team (.30).

| | V.E.Powers | | 0.70 hrs. | 520.00/hr | $ | 364.00 |

07/30/15    Prepared for conference with client team ▮▮▮▮▮▮▮▮▮▮▮.

| | V.E.Powers | | 0.10 hrs. | 520.00/hr | $ | 52.00 |

07/31/15    Reviewed status of recently-filed adversary proceedings.

| | D.M.Anderson | | 0.50 hrs. | 365.00/hr | $ | 182.50 |

07/31/15    Conferred with client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.20); prepared communication to counsel for Discover regarding extension of time; prepared communication to Regions counsel regarding extension of time; prepared communication to client team ▮▮▮▮▮▮▮▮▮▮▮ (.10).

| | V.E.Powers | | 0.30 hrs. | 520.00/hr | $ | 156.00 |

| 08/06/15 | Addressed requests for extensions from defendants in adversaries. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/20/15 | Reviewed Court's orders in adversary proceedings. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/24/15 | Considered court's orders setting pretrials. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 08/25/15 | Prepared communication to client team ██████████████████████ ████████████████████s. | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 08/26/15 | Prepared for conference with client team ████████████████. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 09/11/15 | Analyzed status of pending matters and adversary proceedings. | | | | |
| | D.M.Anderson   [NO CHARGE] | 0.70 hrs. | 365.00/hr | $ | 255.50 |
| 09/11/15 | Conferenced with Anderson and Powers on the status and open issues to address in the various adversary proceedings and related matters. | | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 09/11/15 | Analysis of settlement discussions and next steps with each of the World Business, USSBA, Discover, AmEx, Citibank, Specialty Distributing and Regions Bank pending adversaries. | | | | |
| | V.E.Powers   [NO CHARGE] | 0.70 hrs. | 520.00/hr | $ | 364.00 |
| 09/17/15 | Attention to the status of various adversary proceedings and prepared a task list concerning the same. | | | | |
| | T.A.Crist | 0.40 hrs. | 395.00/hr | $ | 158.00 |
| 09/17/15 | Reviewed and responded to communication from Rachael Gould ████████████████ ████████ (.20); updated status chart to reflect current information on all pending recovery adversaries (.10). | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 09/21/15 | Considered communications with client team ██████████████ | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 09/30/15 | Reviewed all recent court orders to confirm status of all matters. | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |

| Date | Description | Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 10/12/15 | Reviewed and updated status chart with information on US SBA, WBL, Regions matters. | | | | | |
| | | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/02/15 | Prepared motion to appear pro hac vice pending application for admission. | | | | | |
| | | C. Fugate | 1.20 hrs. | 310.00/hr | $ | 372.00 |
| 11/03/15 | Attended to application and oath for admission in order to attend and appear for hearings. | | | | | |
| | | C. Fugate   [NO CHARGE] | 0.90 hrs. | 310.00/hr | $ | 279.00 |
| 11/09/15 | Reviewed orders and status on all pending adversary proceedings. | | | | | |
| | | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 11/12/15 | Reviewed and revised status of all pending adversary proceedings (.20); updated status chart (.10); attention to docketing upcoming dates and deadlines (.20). | | | | | |
| | | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |
| 11/16/15 | Attention to 9019 Motions filed today (Regions, Discover). | | | | | |
| | | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/21/15 | Reviewed dockets in all pending AVPs and pulled and reviewed orders on all pending matters. | | | | | |
| | | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/23/15 | Conferred with Bankruptcy Court regarding (.10) and reviewed and revised objection notices for Offutt, Regions and Discover motions to compromise (.40); prepared communication to client team ███████ (.10). | | | | | |
| | | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 11/23/15 | Conference with Linda at Bankruptcy Court regarding Notices of Settlement for Regions and Discover settlements (.10); followed up regarding preparation of Notices (.20). | | | | | |
| | | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/24/15 | Conferred with client team ███████████. | | | | | |
| | | T.A.Crist | 0.50 hrs. | 395.00/hr | $ | 197.50 |
| 11/24/15 | Reviewed recent Court orders and updated chart of all adversaries (.20); prepared communication to client team ███████ (.10). | | | | | |
| | | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 12/10/15 | Updated chart of all pending AVPs to include pretrial information. | | | | | |
| | | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |

Total for General...................................................................................................................................... $          9,261.00

**Regions Bank**

| 07/16/15 | Reviewed and revised complaints against Regions Bank. | | | | |
|---|---|---|---|---|---|
| | D.M.Anderson | 1.60 hrs. | 365.00/hr | $ | 584.00 |

| 07/17/15 | Prepared communication to client team ████████████████ (.10). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 07/17/15 | Considered requests from Regions' counsel relating to sale of building and guaranty claim (.10); conferred with Regions' counsel regarding sale of building and complaint to avoid guaranty (.20). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |

| 07/20/15 | Call from and conferred with Mark Wentzel, counsel for Regions Bank, regarding lien on 1606 Georgetown property (.10); prepared communications to client team ████████████(.10); reviewed lis pendens notice and followed up with client team ████████████(.10); prepared communication to Mr. Wentzel regarding lis pendens (.10); conferred with Angela Hart ████████████████(.20). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |

| 07/27/15 | Call from and conference with Mark Wenzel regarding Regions sale issues and renewed effort at settlement (.10). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 07/28/15 | Considered information and inquiries from Mark Wenzel, counsel for Regions, related to sale of 1606 Georgetown Road and Regions' claim (.10). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 07/29/15 | Reviewed communications from counsel for Regions Bank regarding sale of 1606 Georgetown and related issues (.10); prepared communication to client team ████████████████(.10); prepared communication to counsel for Regions Bank regarding settlement inquiry and partial release of lis pendens (.10); considered 1606 property closing information from Regions counsel (.10); prepared communications to client team ████████████████(.10). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |

| 07/30/15 | (NO CHARGE .20 hrs) Exchanged communications with Rachael Gould and Wenzel ████████████. | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.00 hrs. | 0.00/hr | $ | 0.00 |

| 08/05/15 | Reviewed proposed pleadings for extension of time to answer from counsel for Regions Bank and prepared communication to counsel regarding the same (.10); prepared communication to Regions counsel regarding | | | | |

settlement discussion (.10).

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

08/07/15 Considered defenses to adversary complaint raised by Regions.

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

08/14/15 Conference with counsel for Regions regarding adversary facts and regarding UPS sale order; followed up regarding same.

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

08/19/15 Reviewed issues related to Regions Bank claim.

| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |

08/24/15 Analyzed Regions Bank claim issues.

| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |

08/26/15 Reviewed communications with Region's counsel (.10) and analysis of options for Regions settlement (.10); conferred with client team ███████████████████████ (.10); call from Regions' counsel, prepared for conference with Regions Counsel and left detailed message (.10).

| | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |

09/17/15 Revised settlement proposal for Regions Bank.

| | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ | 219.00 |

09/17/15 Analysis of relevant information and attention to preparation of Regions settlement proposals for Regions.

| | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |

09/18/15 Worked on Regions proposed settlement terms.

| | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |

09/22/15 Analysis of Regions settlement proposal.

| | V.E.Powers | 1.50 hrs. | 520.00/hr | $ | 780.00 |

09/23/15 Reviewed amount of attorney fees included in Regions' claim as part of analysis of settlement strategy (.4); prepared correspondence to client ████████████ (.2).

| | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ | 219.00 |

09/24/15 Worked on Regions Bank settlement proposal.

| | D.M.Anderson | 1.70 hrs. | 365.00/hr | $ | 620.50 |

09/25/15 Revised analysis of settlement strategy.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 09/28/15 | Worked on settlement proposal to Regions Bank. | | | | |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 09/29/15 | Reviewed and circulated information related to expanded claims for attorneys' fees included in Regions' claim in connection with settlement. | | | | |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 09/30/15 | Revised settlement proposal to Regions Bank. | | | | |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 10/01/15 | Reviewed and revised settlement letter to Regions (.40); prepared communication to client team ███████ (.20). | | | | |
|  | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 10/02/15 | Revised and finalized settlement demand to Regions Bank. | | | | |
|  | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 10/02/15 | Conferred and exchanged communications with Rachael Gould ██████████ (.20). | | | | |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 10/08/15 | Prepared email correspondence to Regions counsel regarding settlement proposal. | | | | |
|  | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ | 109.50 |
| 10/08/15 | Considered terms of Regions settlement discussions; exchanged communications with client team ███████████. | | | | |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/09/15 | Participated in conference with Regions counsel regarding settlement proposal (.3); analyzed offer and prepared emails to client ████████ (.5). | | | | |
|  | D.M.Anderson | 0.80 hrs. | 365.00/hr | $ | 292.00 |
| 10/09/15 | Considered Regions' settlement discussion (.20); prepared communication to client team ████████████ (.10); reviewed Regions' redacted invoice for copying and exchanged communications with client team ████████ (.10). | | | | |
|  | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |
| 10/13/15 | Analyzed issues related to Regions settlement demand. | | | | |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 10/13/15 | Considered privilege assertion by Regions in connection with request for fees; reviewed and revised | | | | |

response to Regions' counsel (.30); analysis of Regions' settlement proposal (.20).

| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |

| 10/21/15 | Revised response to Regions counterproposal. | | | | |
| | D.M.Anderson | 0.80 hrs. | 365.00/hr | $ | 292.00 |

| 10/22/15 | Revised response to Regions settlement proposal. | | | | |
| | D.M.Anderson | 0.60 hrs. | 365.00/hr | $ | 219.00 |

| 10/22/15 | Considered response on settlement discussions (.10). | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

| 10/27/15 | Revised response to Regions' settlement proposal. | | | | |
| | D.M.Anderson | 0.80 hrs. | 365.00/hr | $ | 292.00 |

10/28/15 — Revised settlement proposal to Regions (.4); reviewed response from Regions (.4); prepared and reviewed email correspondence with client ██████████(.7).

| | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |

10/30/15 — Revised Regions settlement agreement and associated 9019 motion (1.8); prepared email to client ██████████ (.3).

| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |

| 11/02/15 | Revised settlement agreement and 9019 motion. | | | | |
| | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |

| 11/03/15 | Finalized Regions settlement agreement and transmitted same to opposing counsel. | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |

| 11/03/15 | Reviewed and provided comments on Regions settlement agreement. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

| 11/04/15 | Considered Regions settlement issues. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

11/05/15 — Revised 9019 motion regarding Regions settlement (.80) and prepared email to Regions counsel regarding same (.20).

| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |

11/05/15 — Conferred with Angela Hart ██████████(.10) reviewed 9019 motion (.10).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 11/10/15 | Revised 9019 motion to approve settlement. |  |  |  |  |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 11/11/15 | Attention to issues on filing 9019 motions. |  |  |  |  |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/16/15 | Finalized, filed, and arranged for service of motion to approve Regions compromise. |  |  |  |  |
|  | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 11/20/15 | Reviewed mailing list issues to ensure proper service of 9019 motion and prepared and arranged for filing of certificate of service. |  |  |  |  |
|  | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 11/20/15 | Addressed pending Regions pretrial in light of settlement. |  |  |  |  |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/23/15 | Prepared supplement to motion to approve Regions settlement. |  |  |  |  |
|  | D.M.Anderson | 0.30 hrs. | 365.00/hr | $ | 109.50 |
| 11/24/15 | Prepared motion to continue pretrial based on pending settlement (.20); prepared communication to counsel for Regions circulating same and requesting approval (.10). |  |  |  |  |
|  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/25/15 | Exchanged communications with counsel for Regions regarding motion to continue pretrial (.10); revised, finalized and filed motion to continue pretrial (.10). |  |  |  |  |
|  | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

Total for Regions Bank................................................................................................................. $    13,694.50

**Small Business Administration**

| 07/16/15 | Conferred with Powers on the Small Business Administation Complaint (.60) considered revisions to the same (2.0): prepared communitcation to Major and Gould (.20): reviewed documents and the proof of claim for the Complaint against the Small Business Administration (1.20).. |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist   [NO CHARGE .60] | 4.00 hrs. | 395.00/hr | $ | 1,580.00 |
| 07/16/15 | Considered issues related to Complaint to correct SBA lien issues and developed strategy to avoid possible additional interest (.50); prepared revisions to Complaint (1.30). |  |  |  |  |
|  | V.E.Powers | 1.80 hrs. | 520.00/hr | $ | 936.00 |

| | | | | |
|---|---|---|---|---|
| 07/16/15 | US SBA Complaint:  Analysis of priority issues related to other secured creditors and analysis of vehicle transactions in connection with U.S. Small Business Administration secured creditor complaint (.50). | | | |
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ 260.00 |
| 07/17/15 | Conferenced with Powers on the Small Business Administration Complaint and related issues (.3); revised the same (.6) prepared communication to Major and Gould ███████████ (.1).prepared the Exhibit and instructions for filing the Small Business Administration Complaint (.5). | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ 592.50 |
| 07/17/15 | Complaint: Analysis of issues related to requested recovery against U.S. SBA (.40); reviewed and revised recovery Complaint against U.S. SBA (.30); prepared communications to client team ████████ ████████████████ (.10). | | | |
| | V.E.Powers   [NO CHARGE] | 0.80 hrs. | 520.00/hr | $ 416.00 |
| 07/20/15 | Identified proper service address for the U.S. Small Business Administration and prepared instructions for service of the Summons and Complaint. | | | |
| | T.A.Crist | 2.00 hrs. | 395.00/hr | $ 790.00 |
| 08/11/15 | Communication with counsel for SBA regarding adversary. | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ 52.00 |
| 08/12/15 | Conference with counsel for US SBA regarding adversary proceeding issues (.40); considered issues for tolling of dates in US SBA adversary (.10). | | | |
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ 260.00 |
| 08/13/15 | Considered stay of US SBA adversary (.10); reviewed US SBA adversary complaint to confirm terms (.10); considered communication from US SBA counsel Kate O'Loughlin and prepared communication to Ms. O'Laughlin providing requested information and proposing stay (.10); prepared communication to Bill Tapella, counsel for Helen and Earl Gaudio, regarding US SBA issues (.20). | | | |
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ 260.00 |
| 08/17/15 | Conferred with Dave Hoff regarding SBA answer date issues and means for resolution of matter. | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ 52.00 |
| 08/18/15 | Attention to the motion filed by the U.S. Small Business Administration concerning its answer date. | | | |
| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ 39.50 |
| 08/20/15 | Conference with counsel from US Attorneys' office, Dave Hoff, regarding US SBA complaint and related issues regarding US Government claims. | | | |
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ 260.00 |
| 08/24/15 | Reviewed the docket for the Small Business Administration adversary and docketed the pretrial conference | | | |

date and associated deadlines.

| | T.A.Crist  [NO CHARGE] | 0.10 hrs. | 395.00/hr | $ | 39.50 |
|---|---|---|---|---|---|
| 08/25/15 | Reviewed US SBA answer to complaint. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

08/26/15   Reviewed issues raised by counsel for US SBA Hoff (.10) and conferred with client team ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮(.10).

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
|---|---|---|---|---|---|

08/28/15   Prepared communication to Major and Gould; ▮▮▮▮▮▮▮▮▮▮.

| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |
|---|---|---|---|---|---|

09/17/15   Prepared for (.20) and conferred with David Hoff, US Attorney, regarding options for addressing US SBA's
concerns in adversary (.20).

| | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |
|---|---|---|---|---|---|

09/18/15   Attention to issues related to possible resolution or tolling of matter (.20); conference with Angela Hart and
Rachael Gould ▮▮▮▮▮▮▮▮▮▮(.10).

| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
|---|---|---|---|---|---|

09/29/15   Exchanged calls with US Attorney's office counsel for US SBA (.10); reviewed information on US SBA
pursuit of Earl Gaudio (.40).

| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |
|---|---|---|---|---|---|

10/23/15   Reviewed the draft motion received from the U.S. Small Business Administration and corresponded with
Powers concerning the same (.3).

| | T.A.Crist | 0.30 hrs. | 395.00/hr | $ | 118.50 |
|---|---|---|---|---|---|

**Total for Small Business Administration** ............................................................................................... $   6,527.50

**Specialty Distrib of Illinois**

07/16/15   Reviewed and revised complaints against Specialty Distributors.

| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
|---|---|---|---|---|---|

08/03/15   Call from and conferred with counsel for Specialty Distribution regarding his questions on exhibit to
complaint for recovery.

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
|---|---|---|---|---|---|

08/24/15   Reviewed answer filed by Specialty.

| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
|---|---|---|---|---|---|
| 08/26/15 | Conferred with client team ███████████████████████████████████████. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 09/21/15 | Conference with Rachael Gould ███████████████████████████. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 09/22/15 | Conferred with Rebecca Juhant at FMB ████████████ (.20); prepared communication to client team ██████████(.10). | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 09/24/15 | Reviewed information regarding discussions with Specialty counsel regarding information supporting claims and possible settlement (.10). | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/02/15 | Considered and responded to communication from counsel for Specialty on Rule 26(f) conference scheduled for October 6. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/05/15 | Analyzed issues related to Specialty Distributing and Rule 26(f) in preparation for call with their counsel. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 10/06/15 | Prepared for and participated in conference call with Specialty Distributing counsel (1.1); drafted pretrial statement (1.0). | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 10/07/15 | Drafted pretrial statement in Specialty Distributing adversary. | | | | |
| | D.M.Anderson | 0.80 hrs. | 365.00/hr | $ | 292.00 |
| 10/09/15 | Revised pretrial statement (.9) and prepared email communication to client ████████████ (.2). | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 10/09/15 | Attention to draft of Rule 26(f) pretrial statement. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/12/15 | Analyzed issues related to timing of case schedule in Specialty matter (.60) and revised pretrial statement (.40). | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 10/12/15 | Considered comments and reviewed and revised Specialty pretrial statement (.30); ████████████████████ ████████████████████ with client team ████████████ (.30). | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 10/14/15 | Revised pretrial statement. |  |  |  |  |
|  | D.M.Anderson | 0.50 hrs. | 365.00/hr | $ | 182.50 |
| 10/19/15 | Finalized and filed pretrial statement. |  |  |  |  |
|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 10/22/15 | Worked on Specialty Distributing Rule 26 disclosures. |  |  |  |  |
|  | D.M.Anderson | 0.90 hrs. | 365.00/hr | $ | 328.50 |
| 10/22/15 | Reviewed joint pretrial statement and reviewed underlying facts and prepared for pretrial conference (.70); represented client in pretrial conference (.10); prepared communication to client team ▆▆▆▆▆ ▆▆▆▆▆ (.10); docketed dates set in pretrial conference (.10). |  |  |  |  |
|  | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |
| 11/04/15 | Revised initial disclosures (.70) and documents provided by client in support of claim (.70). |  |  |  |  |
|  | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |
| 11/05/15 | Conferred with Angela Hart ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆. |  |  |  |  |
|  | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 11/06/15 | Reviewed additional documents provided by client. |  |  |  |  |
|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 11/06/15 | Attention to information provided by client team ▆▆▆▆▆▆s. |  |  |  |  |
|  | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/17/15 | Reviewed documents produced by client ▆▆▆▆▆▆▆▆ |  |  |  |  |
|  | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |
| 11/18/15 | Worked on initial disclosures (.40) and reviewed documents provided by client (.70). |  |  |  |  |
|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 11/19/15 | Revised initial disclosures (.30) and reviewed documents in Specialty Distributing adversary (.70). |  |  |  |  |
|  | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 11/24/15 | Revised initial disclosures (.50) and reviewed documents provided by client (.90) |  |  |  |  |
|  | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |

| Date | Description | | Hours | Rate | | Amount |
|------|-------------|---|-------|------|---|--------|
| 12/01/15 | Worked on identification of witnesses and documents for initial disclosures. | | | | | |
| | D.M.Anderson | | 1.90 hrs. | 365.00/hr | $ | 693.50 |
| 12/02/15 | Revised initial disclosures. | | | | | |
| | D.M.Anderson | | 0.80 hrs. | 365.00/hr | $ | 292.00 |
| 12/07/15 | Reviewed additional documents provided by client ███████████ | | | | | |
| | D.M.Anderson | | 1.60 hrs. | 365.00/hr | $ | 584.00 |
| 12/15/15 | Reviewed documents in conjunction with preparing initial disclosures. | | | | | |
| | D.M.Anderson | | 0.60 hrs. | 365.00/hr | $ | 219.00 |

**Total for Specialty Distrib of Illinois**......................................................................................................... $    **9,694.00**

**U.S. Business Administration**

| Date | Description | | Hours | Rate | | Amount |
|------|-------------|---|-------|------|---|--------|
| 09/29/15 | Message from and message to Attorney Hoff, US Attorneys' office. | | | | | |
| | V.E.Powers | | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 09/30/15 | Considered the secured claim and potential settlement with the Small Business Administration, along with related issues. | | | | | |
| | T.A.Crist | | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 09/30/15 | Call from and conference with Dave Hoff and Kate from SBA (.40); analysis of options for responding to US SBA (1.0); prepared communication to client team ███████████(.80). | | | | | |
| | V.E.Powers | | 2.20 hrs. | 520.00/hr | $ | 1,144.00 |
| 10/01/15 | Prepared communication to client team ███████ (.10). | | | | | |
| | V.E.Powers | | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/02/15 | Considered how to respond to the U.S. Small Business Administration's settlement demand. | | | | | |
| | T.A.Crist | | 0.50 hrs. | 395.00/hr | $ | 197.50 |
| 10/02/15 | Considered letter from US SBA (.10); considered underlying information and options for responsive settlement offer (.50). | | | | | |
| | V.E.Powers    [NO CHARGE] | | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 10/03/15 | Prepared a letter in response to the U.S. SBA settlement demand. | | | | | |
| | T.A.Crist | | 1.30 hrs. | 395.00/hr | $ | 513.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/04/15 | Reviewed the SBA's claim and secured portion, and analyzed the purchase price of the Skeff sale paid on account of equipment and vehicles. | | | | |
| | T.A.Crist | 1.60 hrs. | 395.00/hr | $ | 632.00 |
| 10/05/15 | Revised the response letter to O'Loughlin, counsel for the SBA, about resolving the adversary proceeding, and to propose a counteroffer. | | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 10/06/15 | Considered revisions to the settlement response letter. | | | | |
| | T.A.Crist | 0.30 hrs. | 395.00/hr | $ | 118.50 |
| 10/06/15 | Analysis of issues and reviewed and revised settlement proposal (1.30); prepared communication to client team ███████ (.10). | | | | |
| | V.E.Powers | 1.40 hrs. | 520.00/hr | $ | 728.00 |
| 10/07/15 | Attention to correspondence from Gould ██████████ (.30); prepared a response to Gould ██████████ (.50). | | | | |
| | T.A.Crist | 0.80 hrs. | 395.00/hr | $ | 316.00 |
| 10/07/15 | Reviewed comments on SBA settlement letter and considered revisions (.10); considered IRS payment and lien priority issues in connection with SBA rights and settlement discussion; exchanged email correspondence with client team ███████ (.10). | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 10/08/15 | Considered the SBA matters with Powers (.30); conferenced with Hoff and attempted to conference with O'Loughlin concerning the response to SBA's settlement proposal (.20); revised and sent the counter-proposal letter to O'Loughlin and Hoff (.70). | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 10/08/15 | Considered issues on settlement proposals and finalization of settlement letter to SBA (.30); conference with Hoff and call to O'Loughlin (.20); considered priority of lien issues in connection with settlement discussion (.10). | | | | |
| | V.E.Powers   [NO CHARGE] | 0.60 hrs. | 520.00/hr | $ | 312.00 |
| 10/14/15 | Attention to correspondence from O'Loughlin (.10). | | | | |
| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |
| 10/25/15 | Prepared for discussion of US SBA's threatened Motion to Convert. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/26/15 | Prepared for the conference call with O'Loughlin, Hoff and Tapella (.65) and participated in the same (.85). | | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |

10/26/15    Prepared for conference on SBA threat to file motion to convert case (.50); participated in conference call
with client team ███████████████████████████1.20); prepared correspondence to
counsel for SBA and US, Kate O'Loughlin and David Hoff responding to communication regarding
threatened motion (.10); prepared communications to Jim Rossow, committee counsel, and Sabrina
Petesch, US Trustee's office, regarding SBA threatened motion (.15); exchanged communications with client
team
█████(.20); participated in conference with counsel for SBA, US and Earl and Helen Gaudio regarding
threatened motion for conversion (.85); considered next steps following conference with SBA (.30);
conference with Angela Hart ██████████████████ (.70).

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 4.00 hrs. | 520.00/hr | $ | 2,080.00 |

11/12/15    Prepared motion to conduct US SBA pretrial by telephone.

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

11/16/15    Prepared communication to SBA counsel providing copy of draft motion to hold pretrial as teleconference.

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

11/18/15    Searched for any responses from Hoff, O'Loughlin; revised, finalized and filed request for reschedule of
pretrial to be conducted by teleconference (.10); considered order resetting SBA pretrial and attention to
docket issues (.10).

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

11/20/15    Call from and to counsel for USSBA Hoff regarding pretrial (.10); reviewed docket for due dates for USSBA
and other pending AVPs (.10).

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |

11/23/15    Worked on preparation of US SBA Joint Pretrial Statement.

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 1.60 hrs. | 520.00/hr | $ | 832.00 |

11/24/15    Further attention to preparation of Joint Pretrial Statement (.80); conferred with client team ██████████
███████████ (.10).

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 0.90 hrs. | 520.00/hr | $ | 468.00 |

11/25/15    Reviewed and made comments on the Joint Pre-trial Statement for the U.S. SBA adversary proceeding.

|  |  |  |  |  |
|---|---|---|---|---|
| T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |

11/25/15    Considered SBA revisions to Joint Pretrial Statement; worked on revisions to Joint Statement.

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |

11/27/15    Revised Pretrial Statement.

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |

11/29/15    Reviewed background pleadings and revised SBA Pretrial Statement (.80); prepared communication to

counsel for SBA regarding revisions and plan for filing (.10); prepared communication to client team ██████████████████ (.10).

| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

11/30/15   Attention to correspondence regarding the Joint Pretrial Statement.

| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |

11/30/15   Attention to filing SBA Joint Pretrial Statement.

| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |

12/03/15   Reviewed US SBA answer to complaint, joint pretrial, proofs of claim and pretrial order in preparation for US SBA Pretrial Conference.

| | V.E.Powers | 0.60 hrs. | 520.00/hr | $ | 312.00 |

12/03/15   Prepared for and participated in SBA Pretrial Conference.

| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |

**Total for U.S. Business Administration**................................................................................................... $   13,185.00

**World Business Lenders**

07/16/15   Conferenced with Powers on the World Business Lenders Complaint (.80); considered revisions to the same (1.20); revised the Complaint (1.80); prepare communication to Major and Gould ██████ (.20).

| | T.A.Crist | 4.00 hrs. | 395.00/hr | $ | 1,580.00 |

07/16/15   World Business Lenders Complaint: Reviewed and revised Complaint to avoid liens and recover transfer from World Business Lenders (.90); reviewed and analyzed WBL proof of claim attachments in connection with same (.30).

| | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |

07/17/15   Made final edits to and filed the Complaint against World Business Lenders (1.5);

| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |

07/21/15   Reviewed and identified service addresses for World Business Lenders, and prepared instructions for the same.

| | T.A.Crist | 1.60 hrs. | 395.00/hr | $ | 632.00 |

07/24/15   Attention to the Certificate of Service, as filed, and docket for the World Business Lenders adversary.

| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |

08/12/15   Considered issues on World Lender adversary.

|          |                                                                                                                                                                                                                           | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00  |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|-----------|-----------|---|--------|
| 08/18/15 | Attention to the addresses served in the World Business Lenders adversary.                                                                                                                                                 |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | T.A.Crist  | 0.10 hrs. | 395.00/hr | $ | 39.50  |
| 08/19/15 | Conferred with counsel for World Business Lender.                                                                                                                                                                          |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00  |
| 08/24/15 | Reviewed answer filed by World Business Lending .                                                                                                                                                                          |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 08/26/15 | Conferred with client team ████████████████████████████ (.10); analysis of issues and settlement options in World Business matter (.20).                                                                                   |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 08/31/15 | Prepared a settlement demand to World Business Lenders in conjunction with reviewing the Answer to Complaint.                                                                                                               |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | T.A.Crist  | 1.60 hrs. | 395.00/hr | $ | 632.00 |
| 09/02/15 | Reviewed and revised draft settlement demand to WBL (.20); ██████████████client team █████ (.10).                                                                                                                          |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 09/10/15 | Conference with client team ████████████████████ (.30); worked on revisions to settlement proposal (.10).                                                                                                                  |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |
| 09/14/15 | Worked on revisions to settlement proposal to WBL (.20).                                                                                                                                                                   |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00  |
| 09/17/15 | Analysis of information and of prepared settlement preposal for  World Business Lenders.                                                                                                                                    |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 0.80 hrs. | 520.00/hr | $ | 416.00 |
| 09/18/15 | Reviewed the World Business Lenders settlement demand, commented on the same, reviewed documents concerning the secured vehicles and conferenced with Powers (.7); prepared correspondence to Powers concerning business records (.2). |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | T.A.Crist  | 0.90 hrs. | 395.00/hr | $ | 355.50 |
| 09/18/15 | Worked on WBL proposed settlement terms (.50); conference with Angela Hart and Rachael Gould ██████████████████████ .10); followed up regarding WBL settlement terms (.40).                                                 |            |           |           |   |        |
|          |                                                                                                                                                                                                                           | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/21/15 | Reviewed documents and filings with respect to World Business Lender's security interests in vehicles and prepared a summary of the same. | | | | |
| | T.A.Crist | 1.80 hrs. | 395.00/hr | $ | 711.00 |
| 09/22/15 | Continued to review the sale prices for the World Business Lenders vehicles and summarized the same for purposes of the settlement proposal. | | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 09/22/15 | Prepared settlement proposal. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/12/15 | Reviewed, finalized and circulated settlement demand in World Business Leaders matter. | | | | |
| | V.E.Powers | 0.50 hrs. | 520.00/hr | $ | 260.00 |
| 10/13/15 | Considered preparation of the Joint Pretrial Statement and reviewed the Notice of Hearing. | | | | |
| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |
| 10/13/15 | Considered need for pretrial statement in light of upcoming pretrial conference. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 10/22/15 | Attention to correspondence concerning the status hearing before Judge Gorman. | | | | |
| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |
| 10/22/15 | Reviewed information and prepared for telephonic hearing (.60); represented client in status conference (.10); prepared communication to client team ████████████████████(.10); email correspondence to counsel for WBL following up on settlement discussion (.10). | | | | |
| | V.E.Powers | 0.90 hrs. | 520.00/hr | $ | 468.00 |
| 11/05/15 | Conferred with Angela Hart ██████████████████ | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 11/17/15 | Call from and conference with counsel for World Business Lender. | | | | |
| | V.E.Powers | 0.40 hrs. | 520.00/hr | $ | 208.00 |
| 11/18/15 | Conferenced with Powers on the discussion of claims and defenses with opposing counsel (.2); analyzed the Limited Objection to Claim and communications with World Business Lenders in relation to alleged defenses to the Complaint (1.0). | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 11/18/15 | Analysis of contentions of WBL counsel. | | | | |
| | V.E.Powers   [NO CHARGE] | 0.30 hrs. | 520.00/hr | $ | 156.00 |

| 11/24/15 | Call from and conferred with new WBL counsel (.10); conferred with client team ███████████ (.10). | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 12/02/15 | Considered issues for pretrial. | | | | |
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 12/03/15 | Attention to the Joint Pretrial Statement deadline and status of adversary, along with correspondence from Ryan. | | | | |
| | T.A.Crist | 0.30 hrs. | 395.00/hr | $ | 118.50 |
| 12/03/15 | Attention to request from counsel for WBL for pleadings in state court matter; attention to pretrial. | | | | |
| | V.E.Powers | 0.10 hrs. | 520.00/hr | $ | 52.00 |
| 12/07/15 | Reviewed correspondence from Ryan, the docket and the Notice of Pretrial Conference and Pretrial Order, and considered the pretrial matters to address (1.2); attention to the Complaint and Order of Custodianship requested by Ryan and the requirements of the Notice of Pretrial Conference, along with filings concerning the employment and authority of the custodian (1.3); attention to the Request to Appear at the Pretrial Conference and prepared correspondence to Ryan with the Vermilion County filings (.6); prepared a draft of the Joint Pretrial Statement for the World Business Lenders adversary (2.5). | | | | |
| | T.A.Crist | 5.60 hrs. | 395.00/hr | $ | 2,212.00 |
| 12/07/15 | Attention to issues specific to WBL Pretrial Statement. | | | | |
| | V.E.Powers | 0.30 hrs. | 520.00/hr | $ | 156.00 |
| 12/08/15 | Prepared the summary of theories of causes of action and contentions of fact for the Joint Pretrial Statement, along with the proposed deadlines, and finalized the draft. | | | | |
| | T.A.Crist | 3.20 hrs. | 395.00/hr | $ | 1,264.00 |
| 12/10/15 | Reviewed the Joint Pretrial Statement and forwarded the same to Coley and Ryan, Defendant's counsel for review. | | | | |
| | T.A.Crist | 0.50 hrs. | 395.00/hr | $ | 197.50 |
| 12/10/15 | Reviewed and revised Joint Pretrial Statement. | | | | |
| | V.E.Powers | 0.80 hrs. | 520.00/hr | $ | 416.00 |
| 12/14/15 | Considered the status of the Joint Pretrial Statement and how to proceed (.5); attention to correspondence from Coley and prepared a response concerning filing the Joint Pretrial Statement (.2); reviewed the Defendant's version of the Joint Pretrial Statement, prepared the final version for filing and electronically filed the same (.8). | | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |
| 12/14/15 | Reviewed WBL pretrial statement and considered strategy regarding responding to issues raised. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | V.E.Powers | 0.20 hrs. | 520.00/hr | $ | 104.00 |
| 12/15/15 | Reviewed the Joint Pretrial Statement as filed. | | | | |
| | T.A.Crist | 0.10 hrs. | 395.00/hr | $ | 39.50 |

**Total for World Business Lenders** ............................................................................................................................ **$    14,517.50**

## Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. Fugate | 2.70 | 310.00 | 837.00 |
| T.A.Crist | 47.50 | 395.00 | 18,762.50 |
| V.E.Powers | 77.40 | 520.00 | 40,248.00 |
| D.M.Anderson | 68.50 | 365.00 | 25,002.50 |
| TOTAL | 196.10 | | 84,850.00 |

TOTAL Fees for Professional Services.................................................................................................................. $    84,850.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 07/17/15 | Postage Expense , | 1 | $ | 1.86 | $ | 1.86 |
| 07/17/15 | Postage Expense , | 1 | $ | 1.86 | $ | 1.86 |
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ | 350.00 |
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ | 350.00 |
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ | 350.00 |
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ | 350.00 |
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ | 350.00 |

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ 350.00 |
| 07/17/15 | CCC12214231 Filing Fee.; COURTS/USBC-IL-C; TIN: 371009316 MCC: 9399; 600 E MONROE ST STE 226 217-492-4555 IL 62701; PHONE: 2174924559 | 1 | $ | 350.00 | $ 350.00 |
| 07/20/15 | Postage Expense , | 1 | $ | 19.60 | $ 19.60 |
| 07/21/15 | Postage Expense , | 1 | $ | 5.70 | $ 5.70 |
| 07/21/15 | Postage Expense , | 1 | $ | 9.20 | $ 9.20 |
| 07/22/15 | Lien searches and copies in Delaware for Earl Gaudio & Son, Inc. | 1 | $ | 135.44 | $ 135.44 |
| 08/31/15 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| 08/31/15 | Photocopies | 4 | $ | 0.15 | $ 0.60 |
| 08/31/15 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| 08/31/15 | Photocopies | 31 | $ | 0.15 | $ 4.65 |
| 08/31/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 08/31/15 | Photocopies | 26 | $ | 0.15 | $ 3.90 |
| 08/31/15 | Photocopies | 8 | $ | 0.15 | $ 1.20 |
| 08/31/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 08/31/15 | Photocopies | 15 | $ | 0.15 | $ 2.25 |
| 08/31/15 | Photocopies | 8 | $ | 0.15 | $ 1.20 |
| 08/31/15 | Photocopies | 40 | $ | 0.15 | $ 6.00 |
| 08/31/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 09/28/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 10/02/15 | Photocopies | 3 | $ | 0.15 | $ 0.45 |
| 10/02/15 | Photocopies | 3 | $ | 0.15 | $ 0.45 |
| 10/02/15 | Photocopies | 3 | $ | 0.15 | $ 0.45 |
| 10/08/15 | Photocopies | 7 | $ | 0.15 | $ 1.05 |
| 10/08/15 | Postage Expense , | 1 | $ | 1.42 | $ 1.42 |
| 10/23/15 | Photocopies | 24 | $ | 0.15 | $ 3.60 |
| 10/28/15 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| 10/29/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 11/06/15 | Photocopies | 147 | $ | 0.15 | $ 22.05 |
| 11/10/15 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 11/10/15 | Postage Expense , | 1 | $ | 1.42 | $ 1.42 |
| 11/13/15 | Travel to/from courthouse in Urbana, Illinois for pretrial conference in Dennis Gaudio matter and hearing on Motions in Amex matter (610 miles) (November 4, 2015) (Victoria E. Powers) | 1 | $ | 350.75 | $ 350.75 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ 2.70 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |
| 11/16/15 | Photocopies | 18 | $ 0.15 | $ 2.70 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|------|-------------|-----|---|------|---|--------|
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 2,130 | $ | 0.15 | $ | 319.50 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Photocopies | 18 | $ | 0.15 | $ | 2.70 |
| 11/16/15 | Postage Expense , | 1 | $ | 302.90 | $ | 302.90 |

TOTAL Itemized Charges ............................................................................................................. $      4,224.40


TOTAL Itemized Charges ............................................................................................................. $      4,224.40


TOTAL DUE FOR THIS PERIOD............................................................................................... $     89,074.40


Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.


Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller
LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                    February 29, 2016

Option 1 By CHECK:                                       Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                      Huntington Bank
P.O. Box 68                                              ABA for ACH:   ██████
Indianapolis, IN  46206-0068                            ABA for Wire:  ██████
(317) 221-2996                                          Account No.:   ██████
                                                        Swift Code:    ██████
                                            Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Asset Analysis and Recovery
                    35066.0002

INVOICE #:          1405521


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $      89,074.40


ACCOUNTS ARE DUE UPON RECEIPT


Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.


LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11                          Invoice 1405518   Page 1
c/o First Midwest Bank                                                                                February 29, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544


FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0003
Asset Disposition

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/16/15 | Prepared for UPS Store Auction. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 07/17/15 | Prepared for and conducted UPS Store auction and considered next steps in light of outcome. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 07/17/15 | Followed up on matters to complete following UPS sale (.10). | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/20/15 | Drafted supplemental filing regarding UPS Store auction and considered issue regarding refund of earnest money deposit to losing bidder. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 07/21/15 | Drafted supplement to motion to sell UPS Stores and proposed order. | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 07/22/15 | Worked on purchase agreement for UPS Store sale. | | | | |
| | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |
| 07/22/15 | UPS: Reviewed and revised proposed order on motion for order authorizing the sale of UPS store and related second supplement reporting results of auction. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/29/15 | Email correspondence with Mr. Tian regarding UPS Store sale. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 08/10/15 | Worked on UPS Store sale agreement (.50); participated in telephone conference with potential buyer of Danville store (.50). | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 08/12/15 | Participated in hearing on sale of UPS store (.10); followed up regarding need for agreed order and next steps (.10). | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 08/12/15 | Worked on UPS Stores purchase agreement. | | | | |
|  | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 08/13/15 | Drafted revised UPS Store order and drafted purchase agreement. | | | | |
|  | D.M.Anderson | 1.80 hrs. | 365.00/hr | $ | 657.00 |
| 08/17/15 | Conference with Angela Hart and Rebecca Juhant ▬▬▬▬▬ ▬▬ (.10); analysis of options for preparation of warehouse for sale (1.0). | | | | |
|  | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 08/18/15 | Prepared for and conference with Angela Hart and Rebecca Juhant ▬▬▬▬▬▬ (.60); considered communication from client team ▬▬▬▬▬▬▬▬ (.20). | | | | |
|  | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |
| 08/18/15 | Attention to UPS order. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 08/18/15 | Revised order regarding UPS Store; prepared email to Regions Bank counsel re same. | | | | |
|  | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |
| 08/20/15 | Worked on asset purchase agreement for UPS Stores. | | | | |
|  | D.M.Anderson | 1.70 hrs. | 365.00/hr | $ | 620.50 |
| 08/25/15 | Worked on Purchase Agreement for UPS Store. | | | | |
|  | D.M.Anderson | 1.70 hrs. | 365.00/hr | $ | 620.50 |
| 08/26/15 | Drafted UPS Store purchase agreement. | | | | |
|  | D.M.Anderson | 1.70 hrs. | 365.00/hr | $ | 620.50 |
| 08/27/15 | Completed initial draft of UPS Store Purchase Agreement (2.0); prepared email to purchaser regarding same. | | | | |
|  | D.M.Anderson | 2.40 hrs. | 365.00/hr | $ | 876.00 |
| 08/27/15 | Exchanged communication with Angela Hart ▬▬▬▬▬▬▬▬▬ ▬▬ | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 08/31/15 | Considered inquiry from Rachael Gould ▬▬▬▬▬ (.10); considered revisions to Asset Purchase Agreement (.10). | | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 09/01/15 | Analysis of building issues regarding preparation for sale and determine proposals for next steps (1.20); reviewed and revised communication to client team ▬▬▬▬▬▬ (.10). | | | | |
|  | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |
| 09/02/15 | Revised UPS Store sale agreement. | | | | |
|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 09/03/15 | Considered communication from interested buyer on 1803 property; prepared communication to client team ▬▬▬▬▬; responded to buyer; followed up to gather relevant information. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| | | | | |
|---|---|---|---|---|
| 09/08/15 | Reviewed issue regarding lis pendens on Vermillion County property. | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ 401.50 |
| 09/16/15 | Revised draft UPS agreement and reviewed bulk sale requirements. | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ 365.00 |
| 09/17/15 | Revised UPS Store purchase agreement. | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ 182.50 |
| 09/18/15 | Revised UPS agreement and prepared email correspondence with purchaser. | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ 401.50 |
| 09/18/15 | Prepared correspondence to Juhant ██████ ██████████████████ | | | |
| | ████████████. | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |
| 09/21/15 | Revised UPS sale agreement. | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ 146.00 |
| 09/22/15 | Prepared email correspondence with buyer of UPS Store. | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ 182.50 |
| 09/23/15 | Revised UPS Store agreement (.3); email correspondence with buyer regarding same (.8). | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ 401.50 |
| 09/24/15 | Email correspondence with UPS Store buyer regarding forms needed (.2); reviewed forms (.2); email correspondence with client ██████ (.2). | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ 219.00 |
| 09/25/15 | Finalized UPS Purchase Agreement (.4); email and telephone correspondence with buyer regarding additional forms (.5); reviewed forms (.5); conference with client ██████(.2). | | | |
| | D.M.Anderson | 1.60 hrs. | 365.00/hr | $ 584.00 |
| 09/28/15 | Drafted lease assignment and assumption agreement for UPS Store. | | | |
| | D.M.Anderson | .90 hrs. | 365.00/hr | $ 328.50 |
| 09/30/15 | Drafted lease assignment and assumption agreement for UPS Store. | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ 401.50 |
| 10/02/15 | Conferred with Rachael Gould ███████████████████ | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 10/02/15 | Attention to open items on UPS sale (.10); attention to issues relating to preparation of warehouse for sale, disposing of non-debtor assets stored at warehouse (.30). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ 208.00 |
| 10/05/15 | Conference regarding analysis of the sale of the estate's vehicles and further analysis to be completed to determine final disposition of the vehicles. | | | |
| | V.E.Babbert | .20 hrs. | 150.00/hr | $ 30.00 |
| 10/13/15 | Reviewed issues related to sale of real estate. | | | |
| | D. Hight | .50 hrs. | 465.00/hr | $ 232.50 |
| 10/16/15 | Reviewed issues related to water leaks at UPS Store. | | | |

|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |

**10/19/15** Analyzed lease provisions regarding water leak at UPS store (1.0); prepared communication to
client ██████████████(.20).

|  | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |

**10/21/15** Reviewed escrow agreements with UPS Store buyer.

|  | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |

**10/22/15** Followed up on status of UPS store sale and closing of second store.

|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

**10/27/15** Drafted notice regarding water leak at UPS Store.

|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |

**10/28/15** Drafted assignment and assumption agreement for UPS lease.

|  | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |

**10/29/15** Finalized and sent letter to UPS store landlord regarding water leak.

|  | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |

**10/30/15** Attention to issues regarding documents to be signed for UPS store closing.

|  | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |

**11/02/15** Reviewed UPS Transfer Agreement and Escrow Agreement (1.6); participated in telephone
conference with Ms. Gould ██████████████(.5).

|  | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |

**11/03/15** Reviewed UPS Store documents for transfer to buyer (.6); reviewed staffing issues pending
closing of sale (.5).

|  | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |

**11/04/15** Drafted comments regarding UPS documents (.50); followed up regarding status of UPS Store
water leak (.20).

|  | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |

**11/05/15** Conferred with Angela Hart ██████████████.

|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

**11/05/15** Reviewed UPS Store documents needed for signature (.9); prepared email to buyer regarding
same (.4).

|  | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |

**11/06/15** Analysis of next steps in regard to closing of UPS Store sale in Champaign and closing store in
Danville.

|  | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |

**11/09/15** Drafted lease assignment agreement and agreement addressing closing date for UPS sale.

|  | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |

**11/10/15** Reviewed task list for proceeding to closing of Champaign UPS Store (.2); email correspondence
with buyer regarding status of agreements and staffing pending closing (.7).

|  | D.M.Anderson | .90 hrs. | 365.00/hr | $ | 328.50 |

| 11/11/15 | Followed up with buyer regarding UPS store issues. | | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |
| 11/13/15 | Prepared correspondence to UPS store buyer regarding Consent to Transfer Agreement required by franchisor and escrow agreement (.6); analyzed timing of notice to employees at Danville and Champaign stores (.3) prepared communication to client ███████ (.2). | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 11/13/15 | Prepared for and call to and conference with Gil Saikley regarding sale of building. | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 11/16/15 | Reviewed Franchise Agreement for Danville store regarding requirements for closing store. | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 11/16/15 | Prepared comments on Consent to Transfer agreement regarding UPS Store. | | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |
| 11/17/15 | Exchanged correspondence with buyer regarding UPS Consent to Transfer document and escrow for closing. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 11/18/15 | Attention to notice of sale report deficiency and followed up to address. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 11/18/15 | Analyzed requirements under Franchise Agreement for closing of UPS Store in Danville. | | | | |
| | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |
| 11/19/15 | Prepared summary of closing requirements under UPS Store franchise agreement (1.7); reviewed new escrow agreement for Champaign store (.4). | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 11/20/15 | Reviewed new escrow agreement provided by UPS Store buyer. | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 11/23/15 | Exchanged communications with client team ████████████ | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 11/23/15 | Conference with UPS store buyer regarding Escrow Agreement and related documents (.4); Reviewed documents and revised same (1.5). | | | | |
| | D.M.Anderson | 1.90 hrs. | 365.00/hr | $ | 693.50 |
| 11/24/15 | Revised Escrow Agreement. | | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |
| 11/24/15 | Conference client team ████████████████ (1.0); exchanged multiple communications with client team ████████ (.20). | | | | |
| | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |
| 11/25/15 | Revised escrow agreement (.5); prepared email correspondence to client ████████ (.2). | | | | |
| | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |
| 11/30/15 | Worked on escrow agreement revisions (.7); conference with buyer regarding same (.6). | | | | |
| | D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |

| 12/01/15 | Exchanged email correspondence with buyer of UPS Store regarding escrow agreement and other requirements for closing. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 12/02/15 | Reviewed revised escrow agreement from agent (1.1); drafted and filed report of sale with court (.4). | | | | |
| | D.M.Anderson | 1.50 hrs. | 365.00/hr | $ | 547.50 |
| 12/03/15 | Considered UPS documents. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 12/08/15 | Followed up regarding status of sale of UPS Store and worked on timeline regarding closing of Danville store. | | | | |
| | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |
| 12/11/15 | Drafted bill of sale for UPS Store closing. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 12/14/15 | Revised bill of sale and reviewed closing documents for UPS Store sale. | | | | |
| | D.M.Anderson | 1.80 hrs. | 365.00/hr | $ | 657.00 |
| 12/15/15 | Finalized closing of UPS Store sale; conferences and exhange of communications with client, closing agent, and buyer regarding sale. | | | | |
| | D.M.Anderson | 1.00 hrs. | 365.00/hr | $ | 365.00 |
| 12/15/15 | Attention to closing of UPS sale and next steps regarding shut down of second UPS store (.10); reviewed status and issues related to retention of broker and sale of building (.30). | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D. Hight | 0.50 | 465.00 | 232.50 |
| T.A.Crist | 0.50 | 395.00 | 197.50 |
| V.E.Powers | 7.20 | 520.00 | 3,744.00 |
| D.M.Anderson | 63.70 | 365.00 | 23,250.50 |
| V.E.Babbert | 0.20 | 150.00 | 30.00 |
| TOTAL | 72.10 | | 27,454.50 |

TOTAL Fees for Professional Services.................................................................................................$    27,454.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|---|---|---|---|---|---|---|
| 07/23/15 | Photocopies | 272 | $ | 0.15 | $ | 40.80 |
| 07/23/15 | Postage Expense , | 1 | $ | 16.17 | $ | 16.17 |
| 10/01/15 | Photocopies | 17 | $ | 0.15 | $ | 2.55 |
| 10/01/15 | Postage Expense , | 1 | $ | 1.42 | $ | 1.42 |

TOTAL Itemized Charges .............................................................................................................$    60.94

TOTAL DUE FOR THIS PERIOD...................................................................................................................... $          27,515.44

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller

## LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                    February 29, 2016

<u>Option 1 By CHECK:</u>                                 <u>Option 2 By WIRE TRANSFER:</u>

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                          ABA for ACH:  ███████
Indianapolis, IN  46206-0068                         ABA for Wire:  ███████
(317) 221-2996                                       Account No.:  ███████
                                                     Swift Code:  ███████
                                    Please reference our matter # and/or invoice #

CLIENT NAME:       First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                   c/o First Midwest Bank
                   Attn:  Angela Major Hart
                   24509 West Lockport Street
                   Plainfield, IL  60544

MATTER TITLE:      Asset Disposition
                   35066.0003

INVOICE #:         1405518

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $      27,515.44

ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11                Invoice 1405519   Page 1
c/o First Midwest Bank                                                      February 29, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544


FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0005
Case Administration

| Date | Description | | Hours | Rate | | Amount |
|------|-------------|--|-------|------|--|--------|
| 07/20/15 | Pulled and forwarded ███████████ to client team as required. | | | | | |
| | V.E.Powers | | .20 hrs. | 520.00/hr | $ | 104.00 |
| 07/21/15 | Addressed issues related to sale of 1803 property to pay Regions loan and exchanged communications with client team ████████████ (.20); conferred with client team █████ (.20). | | | | | |
| | V.E.Powers | | .40 hrs. | 520.00/hr | $ | 208.00 |
| 07/23/15 | Telephone conference with co-counsel to review strategy and claims. | | | | | |
| | R. Johnson | | .60 hrs. | 470.00/hr | $ | 282.00 |
| 07/24/15 | Communications with Rachael Gould ███████████████ ████████(.10); reviewed and revised release document (.20); exchanged communications with Regions' counsel regarding sale (.10). | | | | | |
| | V.E.Powers | | .40 hrs. | 520.00/hr | $ | 208.00 |
| 08/04/15 | Conferred with Angela Hart ████████████████████ (.10). | | | | | |
| | V.E.Powers | | .10 hrs. | 520.00/hr | $ | 52.00 |
| 08/05/15 | Conferred with Bill Tapella regarding open issues. | | | | | |
| | V.E.Powers | | .50 hrs. | 520.00/hr | $ | 260.00 |
| 08/07/15 | Reviewed order on presentment of order granting application to employ Mercho Caughey; revised proposed order and attention to submission for court's consideration. | | | | | |
| | V.E.Powers   [Matter 8] | | .10 hrs. | 520.00/hr | $ | 52.00 |
| 08/10/15 | Reviewed statements and forward to counsel. | | | | | |
| | R. Johnson | | .20 hrs. | 470.00/hr | $ | 94.00 |
| 08/18/15 | Reviewed information regarding preparation of warehouse for sale; conferences regarding same; correspondence regarding same. | | | | | |

|  |  | | | |
|---|---|---|---|---|
| | J.I.Goldhand | .50 hrs. | 390.00/hr | $ 195.00 |
| 08/19/15 | Reviewed information regarding preparation of warehouse for sale; correspondence regarding same. | | | |
| | J.I.Goldhand | .40 hrs. | 390.00/hr | $ 156.00 |
| 08/19/15 | Considered report regarding real estate matters (.10); prepared communication to client team ██████ (.10). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 08/20/15 | Reviewed information regarding building matters (.40); conferred with Rebecca Juhant ████ ████(.30); further analysis of information provided (.20); exchanged communication with Rebecca Juhant ████████████████(.20). | | | |
| | V.E.Powers | 1.10 hrs. | 520.00/hr | $ 572.00 |
| 08/21/15 | Considered building issues and followed up regarding cleaning in preparation for sale. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 08/24/15 | Call to and conferences with cleaning service representatives (.30); conference with Rebecca Juhant ████████████████ (.10); reviewed estimates and considered options (.20); prepared communication to client team ██████████ (.10); further conference with Ms. Juhant ████████ (.20). | | | |
| | V.E.Powers | .90 hrs. | 520.00/hr | $ 468.00 |
| 08/24/15 | Assisted in analysis of preparation of building for sale. | | | |
| | K. R. Knight | 2.40 hrs. | 435.00/hr | $ 1,044.00 |
| 08/24/15 | Attention to real estate, sale issues. | | | |
| | J.I.Goldhand | .20 hrs. | 390.00/hr | $ 78.00 |
| 08/24/15 | Researched Tax ID numbers for two entities for W. Joris. | | | |
| | V. A. Jacobs   [NO CHARGE] | .30 hrs. | 220.00/hr | $ 66.00 |
| 08/26/15 | Analysis of options for preparing building for sale. | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ 364.00 |
| 08/27/15 | Reviewed issues related to compensation of forensic consultant. | | | |
| | D.M.Anderson | .30 hrs. | 365.00/hr | $ 109.50 |
| 08/27/15 | Analysis of building sale and determined options for next steps. | | | |
| | V.E.Powers   [Matter 3] | .80 hrs. | 520.00/hr | $ 416.00 |
| 08/27/15 | Considered cleaning quotes for 1803 Georgetown Road and conferenced with Lynn regarding the same (1.2); analyzed issues and prepared correspondence to Major and Gould ████ ████(2.1). | | | |
| | T.A.Crist | 3.30 hrs. | 395.00/hr | $ 1,303.50 |
| 08/28/15 | Prepared correspondence to cleaning company concerning review of quotes (.3); conferenced with representatives concerning the quotes (.8); prepared communication to client team ████ ██████(1.3); prepared an Agreement for cleaning company (.3); prepared correspondence to Major ████████████████████ (.9). | | | |
| | T.A.Crist | 3.60 hrs. | 395.00/hr | $ 1,422.00 |
| 08/31/15 | Considered communication from Angela Hart ████████████████████ | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | ███████ (.10); attention to building issues and analysis in connection with determining next steps (1.0). | | | | |
|  | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 09/01/15 | Considered next steps for sale of facility (.60); prepared correspondence to Hart ██████ ███40). | | | | |
|  | T.A.Crist   [Matter 3] | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 09/01/15 | Consideration of issues concerning process for sale of building. | | | | |
|  | D.R.Swetnam  [Matter 3] | .50 hrs. | 495.00/hr | $ | 247.50 |
| 09/02/15 | Reviewed the 2015 insurance policy for Earl Gaudio & Son, Inc. (1.4); corresponded with Klonicki ███████(.3); attention to the 2013 insurance policy and prepared a summary of coverage analysis (1.1). | | | | |
|  | T.A.Crist | 2.80 hrs. | 395.00/hr | $ | 1,106.00 |
| 09/03/15 | Attention to recommendations for contractors, reviewed the same and prepared correspondence to Juhant ████████████(.5); further considered the insurance issues and conferenced with Huber (.6). | | | | |
|  | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 09/03/15 | Prepared list of open items for tracking. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/04/15 | Conferenced with Juhant ██████████████████ and prepared correspondence to Powers and Juhant ██████████(.50); continued to review ████████ ██████████ Hart (3.90). | | | | |
|  | T.A.Crist | 4.40 hrs. | 395.00/hr | $ | 1,738.00 |
| 09/08/15 | Continued to and concluded review of insurance policies and prepared an analysis and prepared correspondence to Juhant and Hart ██████████(3.30). | | | | |
|  | T.A.Crist | 3.30 hrs. | 395.00/hr | $ | 1,303.50 |
| 09/08/15 | Attention to 3585 N. Vermillion sale issues. | | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 09/08/15 | Considered and exchanged communications regarding insurance coverage issues (.10). | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/11/15 | Considered next steps for preparation for marketing and sale of warehouse. | | | | |
|  | V.E.Powers  [Matter 3] | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/15/15 | Located settlement notes from IDR; prepared communication to custodian; ██████ | | | | |
|  | R. Johnson | .60 hrs. | 470.00/hr | $ | 282.00 |
| 09/15/15 | Attention to message and correspondence from Juhant ████████████████ ███████. | | | | |
|  | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 09/16/15 | Considered communication from Bill Tapella, counsel to Helen and Earl Gaudio and worked with Angela Hart ████████████████████(.10). | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/18/15 | Reviewed correspondence concerning the proposed sale of 3585 N. Vermilion. | | | | |

| | | | | |
|---|---|---|---|---|
| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |

09/18/15 | Reviewed information and outlined discussion points in preparation for call with Bill Tapella (.30), counsel for Mrs. Helen Gaudio; participated in conference with Mr. Tapella and client team (.70); considered inquiry on possible sale of 1803 3538 North Vermilion building (.10).

| | V.E.Powers | 1.10 hrs. | 520.00/hr | $ 572.00 |

09/21/15 | Considered issues concerning the contents of items stored in the mezzanine and prepared a recommendation to First Midwest Bank ████████████████(1.4); left Juhant a detailed voice message ████████████████ (.1).

| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ 592.50 |

09/22/15 | Reviewed the background to the lis pendens on 3585 North Vermilion and correspondence from Wood (.4); attention to voicemail from Wood, conferenced with Goldhand, responded to Wood, and prepared correspondence to Wood outlining what is needed in order to partially release the lis pendens (2.1).

| | T.A.Crist | 2.50 hrs. | 395.00/hr | $ 987.50 |

09/23/15 | Considered the status of maintenance issues, conferenced with Juhant ████████████████ ████████████████.

| | T.A.Crist | .80 hrs. | 395.00/hr | $ 316.00 |

09/23/15 | Conferenced with Powers on pursuit of recovery from property sale by 1803 LLC.

| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |

09/23/15 | Prepared communication to Angela Hart ████████████████ and preparation for call with UST and Committee counsel (.20); participated in conference with US Trustee attorney, committee counsel and client team regarding status of matter (1.70).

| | V.E.Powers | 1.90 hrs. | 520.00/hr | $ 988.00 |

09/24/15 | ████████████████ to conference with Barnes (.80); conferenced with Juhant and Barnes ████████████████(.50); conferenced with Juhant ████████ (.30).

| | T.A.Crist | 1.60 hrs. | 395.00/hr | $ 632.00 |

09/24/15 | Conferenced with Juhant ████████████████.

| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |

09/29/15 | Conferenced with Woods on the appraisal and escrow agreement for 3585 North Vermilion.

| | T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |

09/29/15 | Reviewed real estate tax and timing issues.

| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ 401.50 |

09/30/15 | Attention to next steps regarding preparation of property for sale (.10).

| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |

09/30/15 | Attention to the correspondence from Wood and appraisal of 3585 North Vermilion Street.

| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |

10/01/15 | Considered document retention issues and other matters to resolve with respect to the facility (.5); prepared correspondence to Gould ████████████████ (.2).

| | T.A.Crist | .70 hrs. | 395.00/hr | $ 276.50 |

| 10/01/15 | Considered issues around maintenance of documents (.20); reviewed and revised communication regarding maintenance and storage of files (.20). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

| 10/02/15 | Conferred with Rachael Gould ███████████████████████(.10); prepared communication to Committee counsel regarding settlement information (.40). | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

| 10/02/15 | Considered, storage and disposal, after Court approval, of stored records (.10); conferred with Rachael Gould ███████████ (.10). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

| 10/02/15 | Considered various issues with respect to moving and storage of personal property, contacting entities to assist with the same, and moving for authority to dispose of certain documents and items (.5); prepared correspondence to Bartenschlag and Juhant ███████████ (.1); prepared correspondence to Bartenschlag and Juhant ███████████ (.1). | | | |
| | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |

| 10/03/15 | Prepared communication to client team ████████████████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 10/05/15 | Considered the potential issues with respect to a chapter 7 bankruptcy by Eric Gaudio (.5); conferenced with Gould ██████████████████(.2); attention to correspondence concerning the retirement accounts and the status of the 401(k) plan (.3); continued to analyze the vehicles sold and proceeds attributable (.6). | | | |
| | T.A.Crist | 1.60 hrs. | 395.00/hr | $ | 632.00 |

| 10/05/15 | Exchanged communications with Angela Hart █████████████████████ (.10); analysis of obligations of Custodian imposed by Bankruptcy Code in light of Eric's proposed Chapter 7 filing (.70). | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |

| 10/06/15 | Attention to the Purchase and Sale Agreement received from Wood for 3585 North Vermilion and considered revisions (.70); conferenced with Wood concerning the same (.20); prepared revisions to the Purchase and Sale Agreement to reference the Escrow Agreement and applicable conditions, and forwarded to Wood for review (.80). | | | |
| | T.A.Crist | 1.70 hrs. | 395.00/hr | $ | 671.50 |

| 10/07/15 | Exchanged communications with client team ████████████████████ ██████████ | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 10/08/15 | Attention to message from Juhant █████████████████████(.30); exchanged communications with Juhant ███████████████ (.20). | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |

| 10/08/15 | Researched the representative to contact concerning the Skeff inventory, and attempted to conference with and left Tietz a voice message. | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |

| 10/09/15 | Attention to voice mail from Tietz (.1); conferenced with Tietz concerning the A-B pallets (.3); prepared correspondence to Tietz and Bartenschlag concerning the same, to coordinate pick-up (.4). | | | |
| | T.A.Crist | .80 hrs. | 395.00/hr | $ | 316.00 |

| | | | | |
|---|---|---|---|---|
| 10/09/15 | Conferenced with Juhant ████████████████ (.4); conferenced with Juhant and Wilson ████████████████ (.6); further conferences with Juhant ████████████ (.2); prepared an update on the status of property removal and work on the facility (.4). | | | |
| | T.A.Crist | 1.60 hrs. | 395.00/hr | $    632.00 |
| 10/09/15 | Reviewed receipt from Dennis Gaudio for removal of property from warehouse. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $    52.00 |
| 10/13/15 | Considered updated information on preparation of building for sale (.30). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $    156.00 |
| 10/13/15 | Considered communicaton from Juhant ████████████ (.6); communication to Juhant ████████████ (.1); conferenced with Juhant ████████ (.5); attention to wage issues (.1); conferenced with Juhant ████████████ (.2); attention to correspondence and message from Wood concerning 3585 North Vermilion (.1); attempted to conference and left Wood a message about the purchase and escrow (.1); conferenced with Powers on the status of various issues concerning the facility (.4). | | | |
| | T.A.Crist | 2.10 hrs. | 395.00/hr | $    829.50 |
| 10/14/15 | Considered and determined issues related to preparation of property for sale and possible staking horse bid from Paul Offutt (1.20); conferred with Angela Hart ████████████████████ (.50). | | | |
| | V.E.Powers   [Matter 3] | 1.70 hrs. | 520.00/hr | $    884.00 |
| 10/14/15 | Conference with Hight on real estate issues (.40); conference with Goldhand and Powers and considered how to proceed with respect to the facility (.60); conference with Major ████████████ (.50). | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $    592.50 |
| 10/14/15 | Work regarding issues with respect to preparation of warehouse for sale. | | | |
| | J.I.Goldhand | .40 hrs. | 390.00/hr | $    156.00 |
| 10/19/15 | Conferenced with Juhant ████████████ | | | |
| | T.A.Crist | .70 hrs. | 395.00/hr | $    276.50 |
| 10/20/15 | Conference with cleaning company regarding bid for cleaning. | | | |
| | J.I.Goldhand | .20 hrs. | 390.00/hr | $    78.00 |
| 10/20/15 | Conferenced with Wood on the status of the sale of 3585 North Vermilion and conferenced with Anderson on the same (.3); reviewed the Southern District of Indiana docket for a filing by Gaudio and conferenced with Nystrom with the City of Danville concerning 3585 North Danville (.4). | | | |
| | T.A.Crist | .70 hrs. | 395.00/hr | $    276.50 |
| 10/23/15 | Prepared communication to client team ████████████████████████ ████ | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $    158.00 |
| 10/26/15 | Conferenced with Major, Gould and Juhant ████████████████ ████████████████████████. | | | |
| | T.A.Crist | 2.20 hrs. | 395.00/hr | $    869.00 |
| 10/26/15 | Attention to issues with HVAC at the facility (.30); prepared correspondence to Juhant ████████████ (.20). | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | T.A.Crist | .50 hrs. | 395.00/hr | $    197.50 |
| 10/26/15 | Considered next steps regarding HVAC at warehouse building (.10); exchanged communications internally regarding cleaning of Warehouse (.10); preliminary review of Warehouse cleaning quote (.10); conference with client team ███████ (.80). | | | |
|  | V.E.Powers | 1.10 hrs. | 520.00/hr | $    572.00 |
| 10/27/15 | Attention to strategy for discussions with potential buyers of building and seeking stalking horse bidder. | | | |
|  | V.E.Powers   [Matter 3] | .40 hrs. | 520.00/hr | $    208.00 |
| 10/27/15 | Considered and conferenced with Powers on marketing and selling the facility. | | | |
|  | T.A.Crist   [Matter 3] | .80 hrs. | 395.00/hr | $    316.00 |
| 10/29/15 | Prepared communication to client team ████████ | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $    104.00 |
| 11/02/15 | Conferenced with Wood on the status of the sale of 3585 North Vermilion Street. | | | |
|  | T.A.Crist | .10 hrs. | 395.00/hr | $     39.50 |
| 11/10/15 | Responded to correspondence from Gould ████████ (.1); prepared communication to Major ███████ (.1). | | | |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $     79.00 |
| 11/13/15 | Conferenced with Juhant ████████ | | | |
|  | T.A.Crist | .40 hrs. | 395.00/hr | $    158.00 |
| 11/18/15 | Reviewed correspondence from Juhant ██████████(.3); conferenced with Juhant ████████ █████(.6). | | | |
|  | T.A.Crist | .90 hrs. | 395.00/hr | $    355.50 |
| 11/19/15 | ████████ per request of Major and reviewed dockets concerning the same. | | | |
|  | T.A.Crist | .40 hrs. | 395.00/hr | $    158.00 |
| 11/20/15 | Considered and responded to request from Jim Rossow. | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $     52.00 |
| 11/23/15 | Further consideration of inquiry from client team ████████ ████████ (.10); prepared communication to client team ████ ███ (.10). | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $    104.00 |
| 11/24/15 | Considered further communications regarding lis pendens on property and related recovery issues (.10); prepared communication to client team █████ (.10). | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $    104.00 |
| 11/24/15 | Conferenced with Hart, Gould and Juhant ████████ ████████. | | | |
|  | T.A.Crist | 1.00 hrs. | 395.00/hr | $    395.00 |
| 11/25/15 | Conferenced with Nystrom concerning demolition of 3585 North Vermilion. | | | |
|  | T.A.Crist | .80 hrs. | 395.00/hr | $    316.00 |
| 12/03/15 | Attention to voice message from Juhant ████████ (.1); conferenced with Juhant and | | | |

████████████████████████████████████████████
██████ (.9).
|  |  | T.A.Crist |  | 1.00 hrs. | 395.00/hr | $ | 395.00 |

| 12/04/15 | Attention to voice mail from Juhant. | | | | | | |
| | T.A.Crist | | .10 hrs. | 395.00/hr | $ | 39.50 |

| 12/07/15 | Responded to Juhant concerning ████████████████████████. | | | | | | |
| | T.A.Crist | | .20 hrs. | 395.00/hr | $ | 79.00 |

12/08/15   Reviewed issues to discuss and conferenced with Major and Juhant concerning ████████
████████████████████████████
|  |  | T.A.Crist |  | 1.00 hrs. | 395.00/hr | $ | 395.00 |

12/08/15   Call from and conference with Ben Caughey providing general update regarding pending
adversary and seeking information on fee application.
|  |  | V.E.Powers |  | .10 hrs. | 520.00/hr | $ | 52.00 |

12/08/15   Telephone conference with Angela Hart and Rebecca Juhant regarding ████████████
████████(.60); attention to follow up on marketing of property, related open items (.20).
|  |  | V.E.Powers |  | .80 hrs. | 520.00/hr | $ | 416.00 |

12/09/15   Team meeting to discuss resolution of all outstanding matters.  [NO CHARGE]
|  |  | V.E.Powers |  | .80 hrs. | 520.00/hr | $ | 416.00 |

12/09/15   Reviewed the broker materials received from Juhant (1.8); conferenced with Powers and
Anderson regarding the marketing and sale of the facility, issues arising in connection with
certain adversary proceedings, claims objection matters, and monthly operating reports (.80).
|  |  | T.A.Crist |  | 2.60 hrs. | 395.00/hr | $ | 1,027.00 |

12/10/15   Reviewed the prior appraisals for 1803 Georgetown Road and researched current listing prices
(1.7); attention to additional quotes forwarded by Juhant for HVAC and cleaning services (.2);
considered issues to discuss with brokers on marketing and conferenced with Juhant to discuss
the same, as well as other marketing, sale and maintenance issues concerning 1803
Georgetown Road (2.6).
|  |  | T.A.Crist   [Matter 3] |  | 4.50 hrs. | 395.00/hr | $ | 1,777.50 |

12/14/15   Attention to the revised Statement of Operations for the November Monthly Report received from
Klonicki and prepared a response (.1); attention to correspondence from Klonicki concerning the
October monthly operating report (.1).
|  |  | T.A.Crist   [Matter 17] |  | .20 hrs. | 395.00/hr | $ | 79.00 |

12/14/15   Attention to voice mail from Martinez with Ascentium Capital (.1); attention to voice mail from
Juhant and conferenced with Juhant concerning a contractor (.4).
|  |  | T.A.Crist  [Matter 3] |  | .50 hrs. | 395.00/hr | $ | 197.50 |

12/14/15   Call from and conferred with creditor.
|  |  | V.E.Powers |  | .10 hrs. | 520.00/hr | $ | 52.00 |

12/14/15   Attention to marketing building for sale.
|  |  | T.A.Crist   [Matter 3] |  | .70 hrs. | 395.00/hr | $ | 276.50 |

12/15/15   Conferenced with Powers on the monthly operating report matters  (No Charge); reviewed the
Amended Monthly Cash Flow Reports (No Charge) and prepared correspondence to Major
concerning the October and November Monthly Operating Reports (.2).

T.A.Crist   [Matter 17]                      .20 hrs.          395.00/hr      $        79.00

## Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.R.Swetnam | 0.50 | 495.00 | 247.50 |
| K. R. Knight | 2.40 | 435.00 | 1,044.00 |
| R. Johnson | 1.40 | 470.00 | 658.00 |
| T.A.Crist | 59.80 | 395.00 | 23,621.00 |
| V.E.Powers | 18.50 | 520.00 | 9,620.00 |
| D.M.Anderson | 1.40 | 365.00 | 511.00 |
| J.I.Goldhand | 1.70 | 390.00 | 663.00 |
| V. A. Jacobs | 0.30 | 220.00 | 66.00 |
| TOTAL | 86.00 | | 36,430.50 |

TOTAL Fees for Professional Services.................................................................................................... $      36,430.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/26/15 | Tele-Conferencing Long Distance | 186 | $  0.04 | $  7.06 |
| 09/23/15 | Tele-Conferencing Long Distance | 29 | $  0.04 | $  1.11 |
| 10/26/15 | Tele-Conferencing Long Distance | 257 | $  0.04 | $  9.73 |
| 11/13/15 | Tele-Conferencing Long Distance | 129 | $  0.04 | $  4.89 |
| 11/24/15 | Tele-Conferencing Long Distance | 158 | $  0.04 | $  6.00 |

TOTAL Itemized Charges ............................................................................................................... $      28.79

TOTAL DUE FOR THIS PERIOD.......................................................................................................... $      36,459.29

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

**iceMiller**

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          February 29, 2016

Option 1 By CHECK:                                      Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                           ABA for ACH:  ██████
Indianapolis, IN  46206-0068                          ABA for Wire:  ██████
(317) 221-2996                                        Account No.:  ██████
                                                      Swift Code:  ██████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Case Administration
                    35066.0005

INVOICE #:          1405519


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................. $        36,459.29


ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1405520   Page 1
February 29, 2016

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0006
Claims Administration and Objections

| Date | Description | | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 07/20/15 | Considered additional grounds for objection to Dennis Gaudio claim (.10); conferred with Angela Hart ███████████████ (.10). | | | | | |
| | V.E.Powers | | .20 hrs. | 520.00/hr | $ | 104.00 |
| 07/21/15 | Prepared communication to Angela Hart ████████████████████████ ████████████ (1.0). | | | | | |
| | V.E.Powers | | 1.00 hrs. | 520.00/hr | $ | 520.00 |
| 07/31/15 | Conferred with client team ████████████████ (.10); conferred with client team ████████████ (.10). | | | | | |
| | V.E.Powers | | .20 hrs. | 520.00/hr | $ | 104.00 |
| 08/21/15 | Reviewed and considered revised tax return and taxing authority claims (2.0); exchanged communications with client team █████████████████ (.10). | | | | | |
| | V.E.Powers | | 2.10 hrs. | 520.00/hr | $ | 1,092.00 |
| 08/26/15 | Considered issues and conferred with client team █████████████████. | | | | | |
| | V.E.Powers | | .20 hrs. | 520.00/hr | $ | 104.00 |
| 09/16/15 | Conferred with Dave Hight regarding Amended Tax Returns (.10). | | | | | |
| | V.E.Powers   [Matter 4] | | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/18/15 | Conference with Angela Hart and Rachael Gould ██████████████████ (.10); followed up regarding vehicle sale issues (.40). | | | | | |
| | V.E.Powers | | .50 hrs. | 520.00/hr | $ | 260.00 |
| 09/21/15 | Prepared letter to Brent Tippin, IRS officer, with amended 2013 return. | | | | | |
| | V.E.Powers   [Matter 4] | | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/29/15 | Briefly considered 1803 tax from Vermilion County and exchanged communication with client team ██████████ (.10); followed up to determine how to address claim (.10). | | | | | |
| | V.E.Powers | | .20 hrs. | 520.00/hr | $ | 104.00 |

| | | | | |
|---|---|---|---|---|
| 10/01/15 | Considered call from employee regarding final paycheck (.10); reviewed motion and order granting authority to pay wages (.10); reviewed related background information (.30); considered options and exchanged communications with client team ████████████████(.20); call to employee and left message. | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $       364.00 |
| 10/01/15 | Worked on analysis of real estate tax issues. | | | |
| | D.M.Anderson | 2.00 hrs. | 365.00/hr | $       730.00 |
| 10/04/15 | Attention to status and update of final information on vehicle claims. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $        52.00 |
| 10/05/15 | Reviewed the IRS claim details and payment of disbursements on account of the same (1.6); considered the information relevant to determining the claims secured by motor vehicles and conferenced with Babbert on the same (.3). | | | |
| | T.A.Crist | 1.90 hrs. | 395.00/hr | $       750.50 |
| 10/05/15 | Prepared correspondence to Hart and Gould ██████████████████████ | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $        79.00 |
| 10/06/15 | Analysis of 2013 and 2014 Vermilion tax bills on 1803 Georgetown Road (50); prepared communication to Kim Klonicki ████████████(.30). | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $       416.00 |
| 10/07/15 | Further analysis of real estate tax issues (.20); prepared communication to Kim Klonicki ████████████████████(.10). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $       156.00 |
| 10/07/15 | Analyzed issues related to payment of real estate taxes. | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $       401.50 |
| 10/08/15 | Reviewed lien searches (.2); considered lien priorities and scope of particular liens (.2). | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $       158.00 |
| 10/09/15 | Considered wage earner's question (.10); conference with former employee (.10); reviewed wage motion and order (.10); prepared communication to client team regarding ██████████████████.10). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $       208.00 |
| 10/09/15 | Considered Vermilion County clerk tax issues. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $        52.00 |
| 11/04/15 | Exchanged communications with Angela Hart ████████████████; call to Ms. Hart (.10); considered issue and exchanged communications with Dan Anderson regarding same (.20). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $       156.00 |
| 11/05/15 | Conferred with Angela Hart ██████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $        52.00 |
| 11/06/15 | Exchanged communications with client team ████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $        52.00 |
| 11/18/15 | Prepared and reviewed email correspondence with County Clerk's office regarding status of real estate taxes. | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |

11/25/15   Call from and conferred with Gaudio Chips employee John Rosich regarding his questions.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

11/27/15   Prepared correspondence to Nystrom concerning the contact information for Eric Gaudio's attorney.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |

12/08/15   Conferred with Angela Hart ███████████████ 20); conferred with Angela Hart ██████████(.20).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

12/10/15   Attention to claim matters.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

12/14/15   Attention to claims asserting secured or administrative status, considered the voice mail from Martinez and reviewed the Ascentium Capital and Wells Fargo Equipment Financing claims (2.3); conferenced with Martinez concerning Ascentium Capital's claims (.5).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist | 2.80 hrs. | 395.00/hr | $ | 1,106.00 |

12/15/15   Call from and conferred with Chips employee regarding wage claim.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

12/15/15   Analyzed issues relating to certain guaranties of obligations to lenders, including Offutt (2.1); conferenced with Powers on the status of engaging a broker to market the facility for sale (.2).

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist | 2.30 hrs. | 395.00/hr | $ | 908.50 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| T.A.Crist | 7.90 | 395.00 | 3,120.50 |
| V.E.Powers | 8.20 | 520.00 | 4,264.00 |
| D.M.Anderson | 3.50 | 365.00 | 1,277.50 |
| TOTAL | 19.60 |  | 8,662.00 |

TOTAL Fees for Professional Services...................................................................................................... $    8,662.00

TOTAL DUE FOR THIS PERIOD ........................................................................................................... $    8,662.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice**Miller**

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                        February 29, 2016

Option 1 By CHECK:                                           Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                          Huntington Bank
P.O. Box 68                                                 ABA for ACH:    ████
Indianapolis, IN  46206-0068                                ABA for Wire:   ████
(317) 221-2996                                              Account No.:    ████
                                                            Swift Code:     ████
                                                 Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Claims Administration and Objections
                    35066.0006

INVOICE #:          1405520


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................. $        8,662.00


ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1405523   Page 1
February 29, 2016

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0007
Employee Benefits / Pensions

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/02/15 | Considered need to address tax and 401(k) matters with Eric and Dennis Gaudio for completion of benefits plan issues (.10); conferred with Rachael Gould ███████████ (.10); reviewed and commented on draft communications to Dennis and Eric Gaudio regarding same (.10). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 10/05/15 | Conferenced with Burke regarding the 401(k) plan (.5); prepared correspondence to Hart and Gould ███████████████ (.6). | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ 434.50 |
| 10/05/15 | Considered communication from Angela Hart ███████████ (.10); conferred with Rachael Gould ████████████ (.20); considered issues on 401(k)s and investment accounts (.30); prepared communication to client team ███████████████s (.10); considered communications with TRA regarding retirement and investment accounts (.10). | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ 416.00 |
| 10/05/15 | Worked on status of 401(k) plan corrections and assignment against Gaudio accounts. | | | |
| | C. Burke | .50 hrs. | 465.00/hr | $ 232.50 |
| 10/27/15 | Worked on response to First Midwest ██████████████ ███████. | | | |
| | C. Burke | .50 hrs. | 465.00/hr | $ 232.50 |
| 12/08/15 | Call with Major and Sangha regarding ██████████████ ███; reviewed files related to status of plan termination; worked on same communication regarding ███████████. | | | |
| | C. Burke | 1.20 hrs. | 465.00/hr | $ 558.00 |
| 12/15/15 | Call with Sangha and Radimer ████████████████ ███████ worked on timing of distributions and election forms to participants. | | | |
| | C. Burke | .70 hrs. | 465.00/hr | $ 325.50 |

<u>Summary of Fees</u>

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. Burke | 2.90 | 465.00 | 1,348.50 |
| T.A.Crist | 1.10 | 395.00 | 434.50 |
| V.E.Powers | 1.10 | 520.00 | 572.00 |
| TOTAL | 5.10 | | 2,355.00 |

TOTAL Fees for Professional Services........................................................................................................... $    2,355.00

TOTAL DUE FOR THIS PERIOD........................................................................................................... $    2,355.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

ice**Miller**

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          February 29, 2016

Option 1 By CHECK:                                            Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                              Huntington Bank
P.O. Box 68                                                   ABA for ACH:  ███████
Indianapolis, IN  46206-0068                                 ABA for Wire:  ███████
(317) 221-2996                                               Account No.:  ███████
                                                             Swift Code:  ███████
                                                  Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Employee Benefits / Pensions
                    35066.0007

INVOICE #:          1405523

PLEASE REMIT TOTAL INVOICE BALANCE DUE.................................................................... $        2,355.00

ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice 1405524 Page 1
February 29, 2016

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0008
Fee and Employment Applications

| | | | | |
|---|---|---|---|---|
| 07/16/15 | Conferences with Debtor's local counsel, Sorling Northrup, regarding service as conflicts counsel (.20); prepared motion to expand scope of Sorling Northrup representation (.30); analysis of options, attention to securing other conflicts counsel and communications with Committee counsel regarding same (.30). | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ 416.00 |
| 07/17/15 | Attention to retention of conflicts counsel and communications to proposed conflicts counsel and client team ▮▮▮▮▮▮▮ (.20); prepared motion for retention of conflicts counsel Ben Caughey (.70); conferred with Mr. Caughey (.10); circulated motion to client team and to Ben Caughey and Jim Rossow (.10); prepared affidavit of Ben Caughey and proposed order authorizing retention and circulated to client team and Ben Caughey (.30); considered comments and prepared revisions to application, affidavit and order for retention of Caughey (.20); considered local rules in connection with retention application (.10); attention to filing and service of retention pleadings (.10). | | | |
| | V.E.Powers | 1.80 hrs. | 520.00/hr | $ 936.00 |
| 07/17/15 | Begin preparation of spreadsheet to track Ice Miller fees and expenses for purposes of submitting second interim fee application. | | | |
| | V.E.Babbert | .50 hrs. | 150.00/hr | $ 75.00 |
| 07/21/15 | Reviewed issues related to retention of local counsel and prepared communication to Angela Hart ▮▮▮▮▮▮▮▮▮▮ (.20). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 07/21/15 | Completed draft format for Ice Miller second interim fee application to be reviewed by counsel. | | | |
| | V.E.Babbert | .80 hrs. | 150.00/hr | $ 120.00 |
| 07/23/15 | Attention to preparation of Fee Application (.20). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 07/23/15 | Conference with Powers regarding format of interim fee applications; updated Ice Miller interim fee application with calculations of fees per category. | | | |

|  |  | V.E.Babbert | .80 hrs. | 150.00/hr | $ | 120.00 |

| 07/28/15 | Continued preparation of Ice Miller interim fee application; calculated attorney fee and expense categories for first interim fee application. |
|  | V.E.Babbert | .70 hrs. | 150.00/hr | $ | 105.00 |

| 07/29/15 | Continued preparation of Ice Miller interim fee application; calculated attorney fee and expense categories for first interim fee application. |
|  | V.E.Babbert | 5.00 hrs. | 150.00/hr | $ | 750.00 |

| 07/31/15 | Continued preparation of Ice Miller interim fee application; calculated attorney fee and expense categories for first interim fee application; reviewed Court's order regarding guidelines for preparation of fee applications to assist in preparation of narrative and to determine particulars of adjustments to the fees and expenses requests in the Ice Miller's first interim application. |
|  | V.E.Babbert | 3.30 hrs. | 150.00/hr | $ | 495.00 |

| 08/03/15 | Reviewed accountant invoices to determine invoices to be included in Second Interim Application; calculated total invoices provided by accountant; drafted second interim application to include narrative of services provided to Debtor. |
|  | V.E.Babbert | 3.50 hrs. | 150.00/hr | $ | 525.00 |

| 08/03/15 | Began draft of second interim application for fees and expenses for Ice Miller. |
|  | V.E.Babbert | 1.00 hrs. | 150.00/hr | $ | 150.00 |

| 08/04/15 | Proofread calculation of total Ice Miller invoices to invoices submitted to U.S. Trustee and Creditors Committee counsel; prepared compilation of fees by issue to be provided to U.S. Trustee and Creditors Committee at their request. |
|  | V.E.Babbert | 3.00 hrs. | 150.00/hr | $ | 450.00 |

| 08/05/15 | Continued to prepare second interim application of Ice Miller; prepared narrative of legal services provided to custodian. |
|  | V.E.Babbert | 1.80 hrs. | 150.00/hr | $ | 270.00 |

| 08/11/15 | Reviewed all outstanding fees and costs in connection with request from U.S. Trustee. |
|  | V.E.Powers | 2.60 hrs. | 520.00/hr | $ | 1,352.00 |

| 08/11/15 | Prepared communication to Sabrina Petesch of U.S. Trustee's office responding to inquiry regarding fees. |
|  | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

| 08/21/15 | Collected petition and order appointing John Lane and Inglewood Associates as an expert witness to provide details for fee application; drafted John Lane and Inglewood Associates first interim application and expenses. |
|  | V.E.Babbert | 1.60 hrs. | 150.00/hr | $ | 240.00 |

| 08/21/15 | Worked on fee applications (1.0); reviewed and revised Lane fee application (.80). |
|  | V.E.Powers | 1.80 hrs. | 520.00/hr | $ | 936.00 |

| 08/24/15 | Reviewed outstanding invoices of WRDR in connection with preparation of Fee Applications (.50); communication to Cathy Thomas at WRDR regarding fee application and request for payment (.10); reviewed and revised Ice Miller invoices for fee application (no charge). |
|  | V.E.Powers | .60 hrs. | 520.00/hr | $ | 312.00 |

| 08/24/15 | Reviewed fee invoices and prepared communication to US Trustee and Committee counsel responding to follow-up request from Ms. Sabrina Petesch ( 1.0). |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

08/24/15 | Reviewed invoices attached to First Interim Application and updated fees worksheet to calculate attorney hours per matter number in preparation for schedule of fees to be provided to Creditors' Committee.

|  | V.E.Babbert | .50 hrs. | 150.00/hr | $ | 75.00 |

08/25/15 | Completed calculation of attorney fees per matter number for First Interim Application in preparation for submittal of fee calculations to U.S. Trustee; reconciled Ice Miller invoicing and payments received to applications for fees and costs submitted to the Court and the U.S. Trustee.

|  | V.E.Babbert | 7.20 hrs. | 150.00/hr | $ | 1,080.00 |

08/25/15 | Attention to fee application information (.30); worked with Vicki Babbert on fee applications (.20).

|  | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

08/26/15 | Updating summary of fee hours per matter number with hours from Ice Miller invoices submitted to U.S. Trustee and Creditors' Committee counsel (2.00); prepared second interim fee application for accountant WRDR (2.00); prepared cover letter for submission of additional WRDR invoices and requesting partial payment of fees (.50); began preparation of Ice Miller fee summary for invoices to be submitted to U.S. Trustee and Creditors' Committee counsel for next billing period (2.30).

|  | V.E.Babbert | 6.80 hrs. | 150.00/hr | $ | 1,020.00 |

08/26/15 | Attention to preparation of second interim fee applications (.10); conferred with client team regarding interim fee applications (.10)

|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

08/27/15 | Proofed fee application to be submitted and noted errors in hourly rates (1.50); updated fee summary with attorney hours to be submitted to U.S. Trustee and Creditors' Committee counsel and check(2.00); prepared summary of costs to be included in submission (1.30); redacted Ice Miller invoices to be submitted (1.30); prepared letter to U.S. Trustee and Creditors' Committee counsel enclosing submission of Ice Miller invoices and requesting payment (.40); reviewed application and order for appointment of mediator in order to prepare fee application for mediator, Kleinman (.30); prepared fee application for mediator (1.00); conference with Powers regarding fee summary and status of fee application preparation (.50); finalized fee summary to be provided to Petesch and Rossow (.50).

|  | V.E.Babbert | 8.80 hrs. | 150.00/hr | $ | 1,320.00 |

08/27/15 | Considered Protek invoicing and fee application; exchanged communications with client team ███████(.10); worked on custodian and Ice Miller fee applications and Ice Miller fee analysis (.80); prepared draft communication to Committee counsel and U.S. Trustee Petesch regarding chart of fees by category (.20); prepared communication to client team ███████ (.10).

|  | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |

08/28/15 | Reviewed and revised custodian's invoices in preparation for fee request and fee application.

|  | V.E.Powers | 3.00 hrs. | 520.00/hr | $ | 1,560.00 |

09/03/15 | Updated chart of pending fee submittals and applications; follow-up with Powers regarding fee application questions.

|  | V.E.Babbert | .30 hrs. | 150.00/hr | $ | 45.00 |

09/08/15 | Checked calculations of fees and expenses of First Midwest Bank's invoices; prepared letter to U.S. Trustee and Rossow enclosing First Midwest Bank's invoices requesting partial payment of

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | fees. |  |  |  |  |
|  | V.E.Babbert | .60 hrs. | 150.00/hr | $ | 90.00 |
| 09/10/15 | Attention to fee application information for Protek fee application (.10). |  |  |  |  |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/11/15 | Exchanged communications with expert regarding fee application (.10); attention to custodian's revised invoices for preparation of fee application (.10). |  |  |  |  |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 09/17/15 | Conferenced regarding status of submittal of client and professionals fee applications to U.S. Trustee and Rossow (.20); follow-up to determine status of submittal of invoices; conference regarding submittal of expenses (.80). |  |  |  |  |
|  | V.E.Babbert | 1.00 hrs. | 150.00/hr | $ | 150.00 |
| 09/17/15 | Exchanged communications with Rachael Gould ████████████ (.10); attention to preparation of fee applications (1.10). |  |  |  |  |
|  | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |
| 09/21/15 | Began to assemble documentation for preparation of Second Interim fee application of Ice Miller (1.00); began reconciliation of fees and expenses to be provided to Court with Ice Miller accounting records and revised fee and expense worksheet (1.90). |  |  |  |  |
|  | V.E.Babbert | 2.90 hrs. | 150.00/hr | $ | 435.00 |
| 09/21/15 | Attention to revision and finalization fee requests and related letters for Custodian, counsel, and accountants (2.0); exchanged communications with client team ██████████ (.10); reviewed WRDR invoices for privilege (.30); conferred with Rachael Gould ██████████ (.10); prepared communications to Sabrina Petesch and Jim Rossow providing fee letters and backup for the Custodian, WRDR and Ice Miller pursuant to October 11, 2013 Order (.20). |  |  |  |  |
|  | V.E.Powers | 2.70 hrs. | 520.00/hr | $ | 1,404.00 |
| 09/22/15 | Completed reconciliation of fees and expenses to be reported to the Court with Ice Miller accounting records (.50); finalized fees and expenses worksheet, calculating fees by attorney and matter number, to be used as exhibits to Ice Miller second interim fees and expenses application for Ice Miller (3.50); prepared narrative summaries of legal services provided by Ice Miller during second interim application period and updated second interim application (2.80). |  |  |  |  |
|  | V.E.Babbert | 5.80 hrs. | 150.00/hr | $ | 870.00 |
| 09/23/15 | Completed draft of narrative of services provided in Ice Miller second interim application for fees (1.50); revised and updated second interim application for fees and expenses with totals of fees and expenses and interim payments to Ice Miller (.50); prepared summary of total fees and expenses for Ice Miller to be filed as exhibits with second interim application (.50); prepared reconciliation of fees and costs billed and paid to date to be filed as an exhibit with Ice Miller second interim application (.80). |  |  |  |  |
|  | V.E.Babbert | 3.30 hrs. | 150.00/hr | $ | 495.00 |
| 09/23/15 | Conferenced with Babbert and Powers on fee matters. |  |  |  |  |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 09/23/15 | Drafted supplement to Ice Miller employment application. |  |  |  |  |
|  | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/23/15 | Attention to fee applications (.20); attention to revisions to fee invoices for fee application ▮. Gaudio reviewed and revised supplement to retention pleading (.10). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 09/24/15 | Revised supplemental notice of rates of current attorneys working on matter. | | | |
| | D.M.Anderson | .30 hrs. | 365.00/hr | $ 109.50 |
| 09/24/15 | Revised supplement to Ice Miller retention (.20); email to client team ▮▮▮ (.10). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 09/25/15 | Prepared supplemental information for fees request (.10); attention to review of fee application draft (.10). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 09/29/15 | Prepared revisions to backup for fee application. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 10/06/15 | Reviewed time entries and identified submatters for time to be transferred to. | | | |
| | V.E.Babbert | .20 hrs. | 150.00/hr | $ 30.00 |
| 10/06/15 | Reviewed correspondence from Committee counsel on committee fees. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 10/15/15 | Began review of Custodian invoices to determine categories of fees to be included in Second Interim Fee Application (4.0); began draft of Second Interim Fee Application (1.10). | | | |
| | V.E.Babbert | 5.10 hrs. | 150.00/hr | $ 765.00 |
| 10/16/15 | Calculated hours per time entry matters for first invoice submitted by First Midwest Bank as Custodian for the Estate in preparation for second interim application for fees and expenses. | | | |
| | V.E.Babbert | 4.60 hrs. | 150.00/hr | $ 690.00 |
| 10/16/15 | Attention to summaries and time descriptions in fee applications. | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 10/19/15 | Continued calculation of hours per time entry matters for first invoice submitted by First Midwest Bank as Custodian for the Estate in preparation for second interim application for fees and expenses; reviewed first invoice in second interim period and prepared description of legal services provided in each category. | | | |
| | V.E.Babbert | 7.00 hrs. | 150.00/hr | $ 1,050.00 |
| 10/20/15 | Completed calculation of hours for each fee category for time entry matters for first invoice submitted by First Midwest Bank as Custodian for the Estate in preparation for second interim application for fees and expenses; reviewed legal work descriptions from First Midwest Bank invoices for second interim period and prepared summary description of legal services provided in each category. | | | |
| | V.E.Babbert | 5.50 hrs. | 150.00/hr | $ 825.00 |
| 10/22/15 | Considered inquiry from and exchanged communications with mediator regarding fee application. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 10/23/15 | Prepared summary language for FMB fee application (.80). | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ 416.00 |

| 10/23/15 | Prepared application for fees and expenses to be submitted to the Court on behalf of Protek International, Inc. | | | | |
| | V.E.Babbert | 1.50 hrs. | 150.00/hr | $ | 225.00 |

| 10/24/15 | Finalized fee application for Protek International, Inc. (.50); finalized fee application for Mediator David Kleinman (.30); reviewed accountant invoices and revised worksheet summarizing fees invoiced and paid (.70); completed preparation of second interim application for fees for accountant Wermer, Rogers, Doran & Luzen (1.00). | | | | |
| | V.E.Babbert | 2.50 hrs. | 150.00/hr | $ | 375.00 |

| 10/28/15 | Completed summary of legal work provided by First Midwest Bank for second interim application for fees (3.00); revised second interim application for fees and expenses for First Midwest Bank (1.30); completed summary of invoices and expenses to be attached as Exhibits to fee application (.70). | | | | |
| | V.E.Babbert | 5.00 hrs. | 150.00/hr | $ | 750.00 |

| 11/03/15 | Updated fee matter summary due to revisions in Ice Miller invoices for services provided 3/16/2015 through 7/15/2015 to be filed with Second Interim Application. | | | | |
| | V.E.Babbert | 3.00 hrs. | 150.00/hr | $ | 450.00 |

| 11/04/15 | Revised second interim application for fees and expenses to be submitted to court on behalf of Ice Miller (1.50); prepared exhibits for filing with second interim application (1.50). | | | | |
| | V.E.Babbert | 3.00 hrs. | 150.00/hr | $ | 450.00 |

| 11/12/15 | Exchanged communications with client team ███████████████████████ ███████; exchanged communications with retained professionals regarding fee applications. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 11/23/15 | Exchanged communications with Rachael Gould ███████████████████ ███.30); revised and finalized fee application for mediator (.30); reviewed fee application for Protek (.30); exchanged communications with John Lane regarding fee application (.10). | | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| 12/03/15 | Exchanges regarding fee applications and fee letters with Sabrina Petesch and Jim Rossow (.20); reviewed information (.30); exchanged communications with client team ████████ ██████ (.10); exchanged communications with Protek regarding fee application (.10); exchanged communications with Mediator regarding draft fee application (.10). | | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |

| 12/08/15 | Telephone conference with Angela Hart ████████████████████. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 12/11/15 | Reviewed Rossow fee letter. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 12/14/15 | Considered fee application request from Ben Caughey. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 12/14/15 | Reviewed and revised fee applications and fee letters. | | | | |
| | V.E.Powers | 1.50 hrs. | 520.00/hr | $ | 780.00 |

| 12/14/15 | Calculated fees contained on submitted invoices of Ice Miller and First Midwest for a shorter time period than originally submitted to Petesch and Rossow; prepared letters of transmittal to Petesch and Rossow. | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Babbert | 2.00 hrs. | 150.00/hr | $ | 300.00 |

12/15/15   Attention to revisions to fee letters and fee applications (.30); further communication to Angela Hart ▮▮▮▮▮▮▮▮▮▮ (.10).

|  |  |  |  |  |
|---|---|---|---|---|
| V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Timekeeper | Hours | Ave. Rate | Amount |
| T.A.Crist | 0.20 | 395.00 | 79.00 |
| V.E.Powers | 25.60 | 520.00 | 13,312.00 |
| D.M.Anderson | 0.70 | 365.00 | 255.50 |
| V.E.Babbert | 98.60 | 150.00 | 14,790.00 |
| TOTAL | 125.10 | | 28,436.50 |

TOTAL Fees for Professional Services....................................................................................... $   28,436.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/17/15 | Photocopies | 272 | $  0.15 | $  40.80 |
| 07/17/15 | Postage Expense , | 1 | $  32.40 | $  32.40 |
| 08/26/15 | Photocopies | 24 | $  0.15 | $  3.60 |
| 09/23/15 | Photocopies | 123 | $  0.15 | $  18.45 |
| 09/23/15 | Photocopies | 3 | $  0.15 | $  0.45 |
| 09/23/15 | Photocopies | 2 | $  0.15 | $  0.30 |
| 09/25/15 | Photocopies | 104 | $  0.15 | $  15.60 |

TOTAL Itemized Charges ........................................................................................................ $   111.60

TOTAL DUE FOR THIS PERIOD............................................................................................. $   28,548.10

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                     February 29, 2016

Option 1 By CHECK:                                        Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                     Huntington Bank
P.O. Box 68                                              ABA for ACH:
Indianapolis, IN  46206-0068                             ABA for Wire:
(317) 221-2996                                           Account No.:
                                                         Swift Code:
                                        Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Fee and Employment Applications
                    35066.0008

INVOICE #:          1405524

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................ $      28,548.10

ACCOUNTS ARE DUE UPON RECEIPT



LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11            Invoice 1405525   Page 1
c/o First Midwest Bank                                                  February 29, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0012
Plan and Disclosure Statement

| | | | | | |
|---|---|---|---|---|---|
| 10/01/15 | Preliminary consideration of Plan terms. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 10/02/15 | Consideration of plan terms and related 363 sale issues. | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| V.E.Powers | 0.50 | 520.00 | 260.00 |
| TOTAL | 0.50 | | 260.00 |

TOTAL Fees for Professional Services...................................................................................$        260.00

TOTAL DUE FOR THIS PERIOD.........................................................................................$        260.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          February 29, 2016

Option 1 By CHECK:                                        Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                              ABA for ACH:   ████████
Indianapolis, IN  46206-0068                            ABA for Wire:  ████████
(317) 221-2996                                          Account No.:   ████████
                                                        Swift Code:    ████████
                                           Please reference our matter # and/or invoice #

CLIENT NAME:      First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                  c/o First Midwest Bank
                  Attn:  Angela Major Hart
                  24509 West Lockport Street
                  Plainfield, IL  60544

MATTER TITLE:     Plan and Disclosure Statement
                  35066.0012

INVOICE #:        1405525

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................................................... $         260.00

ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11            Invoice 1405526   Page 1
c/o First Midwest Bank                                                                      February 29, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544


FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0015
Costs


ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|--|--------|
| 07/16/15 | Photocopies | 21 | $ | 0.15 | $ | 3.15 |
| 07/28/15 | CD Scanning , | 1 | $ | 45.00 | $ | 45.00 |
| 07/29/15 | CD Scanning , | 1 | $ | 225.00 | $ | 225.00 |
| 07/29/15 | Photocopies , | 1 | $ | 0.15 | $ | 0.15 |
| 08/05/15 | Photocopies | 2 | $ | 0.15 | $ | 0.30 |
| 08/07/15 | Photocopies | 6 | $ | 0.15 | $ | 0.90 |
| 08/10/15 | Photocopies | 8 | $ | 0.15 | $ | 1.20 |
| 08/11/15 | Invoice for documents produced by South Side Bank | 1 | $ | 95.90 | $ | 95.90 |
| 08/11/15 | CD Scanning , | 1 | $ | 15.00 | $ | 15.00 |
| 08/11/15 | Photocopies | 38 | $ | 0.15 | $ | 5.70 |
| 08/12/15 | Photocopies | 2 | $ | 0.15 | $ | 0.30 |
| 08/17/15 | CD Scanning ,Duplicate 2 Disk | 2 | $ | 15.00 | $ | 30.00 |
| 08/18/15 | Invoice for documents produced by Regions Bank | 1 | $ | 44.00 | $ | 44.00 |
| 08/24/15 | Scottrade Invoice for documents produced pursuant to subpoena | 1 | $ | 175.00 | $ | 175.00 |
| 08/24/15 | Photocopies | 8 | $ | 0.15 | $ | 1.20 |
| 08/25/15 | Photocopies | 2 | $ | 0.15 | $ | 0.30 |
| 08/27/15 | Photocopies | 10 | $ | 0.15 | $ | 1.50 |
| 09/03/15 | CD Scanning , | 6 | $ | 15.00 | $ | 90.00 |
| 09/03/15 | CD Scanning ,Scottrade Documents - Burn to disk and encrypt. | 3 | $ | 15.00 | $ | 45.00 |
| 09/03/15 | CD Scanning ,burn 16 PDFs to 3 disk | 3 | $ | 15.00 | $ | 45.00 |
| 09/03/15 | Photocopies | 8 | $ | 0.15 | $ | 1.20 |
| 09/04/15 | Photocopies | 4 | $ | 0.15 | $ | 0.60 |
| 09/08/15 | CD Scanning , | 2 | $ | 15.00 | $ | 30.00 |
| 09/08/15 | Photocopies , | 1 | $ | 0.15 | $ | 0.15 |
| 09/09/15 | CD Scanning , | 2 | $ | 15.00 | $ | 30.00 |
| 09/09/15 | Photocopies | 2 | $ | 0.15 | $ | 0.30 |
| 09/11/15 | Invoice for documents produced by Morgan Stanley | 1 | $ | 165.00 | $ | 165.00 |

Invoice 1405828   Page 2

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|------|-------------|-----|---|------|---|--------|
| 09/11/15 | Invoice for documents produced by Morgan Stanley | 1 | $ | 245.00 | $ | 245.00 |
| 09/15/15 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 09/15/15 | Morgan Stanley 9-9-15 invoice for documents produced per subpoena | 1 | $ | 160.00 | $ | 160.00 |
| 09/15/15 | CD Scanning , | 3 | $ | 15.00 | $ | 45.00 |
| 09/15/15 | Photocopies , | 2 | $ | 0.15 | $ | 0.30 |
| 09/17/15 | Photocopies | 7 | $ | 0.15 | $ | 1.05 |
| 09/17/15 | Photocopies | 4 | $ | 0.15 | $ | 0.60 |
| 09/17/15 | Photocopies | 35 | $ | 0.15 | $ | 5.25 |
| 09/17/15 | CD Scanning , | 4 | $ | 15.00 | $ | 60.00 |
| 09/17/15 | CD Scanning , | 2 | $ | 15.00 | $ | 30.00 |
| 09/17/15 | Photocopies , | 1 | $ | 0.15 | $ | 0.15 |
| 09/17/15 | Photocopies , | 2 | $ | 0.15 | $ | 0.30 |
| 12/07/15 | CD Scanning ,Email from 11/30/15 Please burn 2 disk Earl Gau | 2 | $ | 15.00 | $ | 30.00 |
| | Color Photocopies | | | | $ | 4.50 |
| | Courier Expense | | | | $ | 100.10 |

TOTAL Itemized Charges ................................................................................................................. $       1,734.25


TOTAL DUE FOR THIS PERIOD................................................................................................... $       1,734.25

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          February 29, 2016

Option 1 By CHECK:                                  Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                 Huntington Bank
P.O. Box 68                                     ABA for ACH:    ████████
Indianapolis, IN  46206-0068                    ABA for Wire:   ████████
(317) 221-2996                                  Account No.:    ████████
                                                Swift Code:     ████████
                                    Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Costs
                    35066.0015

INVOICE #:          1405526


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................................ $        1,734.25


ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1405527   Page 1
February 29, 2016

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0016
Litigation against 1803, LLC; Gaudio Diversified;
Eric Gaudio; and Dennis Gaudio

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 07/16/15 | Worked on amendment to 1803 complaint and related analysis.<br>V.E.Powers | 1.60 hrs. | 520.00/hr | $ | 832.00 |
| 07/16/15 | Executed and served subpoenas on Regions Bank, Centrue Bank, and South Side Trust (.6); prepared and sent emails to representatives for Regions Bank and South Side Trust (.3); reported to client regarding ███████████ (.1); updated non-party index (.2).<br>W. J. Joris | 1.00 hrs. | 150.00/hr | $ | 150.00 |
| 07/17/15 | Analysis of issues claims to be supplemented in complaint (.80); attention to preparation of amendments to 1803 complaint (2.0); conference with client team regarding ███████████ (.30).<br>V.E.Powers | 3.10 hrs. | 520.00/hr | $ | 1,612.00 |
| 07/18/15 | Prepared draft motion for leave to file amended complaint (.70); prepared draft proposed order granting motion on amended complaint (.20); reviewed communications with Defendants and discovery matters in connection with amended complaint and motion for leave (.30); exchanged communications with client team regarding ███████████ (.10).<br>V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |
| 07/19/15 | Reviewed mediation statement and reviewed revised exhibits in connection with amendment to complaint (.50); reviewed and revised second amended complaint (3.80); considered arguments and revised motion for leave to amend and proposed order thereon (.40); prepared communications to and exchanged communications with client team ███████████ (.30); conference with Rachael Gould regarding ███████████ (.10); reviewed and considered client team ███████████ (.50); attention to organization of exhibits and to finalizing and filing pleadings (.30).<br>V.E.Powers | 5.90 hrs. | 520.00/hr | $ | 3,068.00 |
| 07/20/15 | Considered and responded to inquiry from client team regarding ███████████ (.10); reviewed Court's order granting motion for leave to file second amended adversary complaint; prepared communication to client team and ███████████ (.10); | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | conferred with Angela Hart regarding ▬▬ (.20). | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 07/20/15 | Received and responded to e-mail regarding production by Anheuser-Busch (.2); reviewed correspondence with Anheuser-Busch regarding status of response to subpoena (.1); received and responded to e-mails from Regions Bank regarding status of two recent subpoenas (.2); received response from Centrue Bank and forwarded same to client (.1); updated index of non-party productions (.1). | | | | |
| | W. J. Joris | .70 hrs. | 150.00/hr | $ | 105.00 |
| 07/22/15 | Considered A-B subpoena response and forwarded same to client team. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/23/15 | Received and reviewed production from Anheuser Busch and internal communications regarding handling of same (.4); updated index of non-party documents produced (.1); received and responded to Regions Bank regarding subpoena and notice to defendants (.2); evaluated handling of producing additional non-party documents to counsel (.2). | | | | |
| | W. J. Joris | .90 hrs. | 150.00/hr | $ | 135.00 |
| 07/23/15 | Communication regarding Anheuser Busch subpoena. | | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 07/23/15 | Call from Sun City Bank regarding subpoena. | | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 07/23/15 | Legal research regarding allowable scope of partial summary judgment motion and recent cases addressing determination of insolvency. | | | | |
| | D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |
| 07/27/15 | Drafted motion for summary judgment on solvency and badges of fraud issues. | | | | |
| | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 07/27/15 | Analyzed applicable rules and updated case management task list (.80); prepared correspondence to client team ▬▬ (.10). | | | | |
| | V.E.Powers | .90 hrs. | 520.00/hr | $ | 468.00 |
| 07/27/15 | Updated index regarding non-party documents previously produced to counsel (.4); gathered and organized additional non-party records to be produced to counsel (1.2); directed handling to scan documents and copy disks for production to counsel (.4); received and reviewed documents from South Side Bank and prepared to provide to client and counsel (.2); updated index of non-party documents (.2). | | | | |
| | W. J. Joris | 2.40 hrs. | 150.00/hr | $ | 360.00 |
| 07/28/15 | Reviewed local rules to ensure all pretrial dates and requirements are docketed and on task list. | | | | |
| | D.M.Anderson | .90 hrs. | 365.00/hr | $ | 328.50 |
| 07/29/15 | Reviewed and organized non-party documents copied in order to prepare for production to counsel (.2); received and reviewed correspondence from counsel for Regions Bank regarding subpoena and internal communications regarding same (.2). | | | | |
| | W. J. Joris | .40 hrs. | 150.00/hr | $ | 60.00 |
| 07/30/15 | Considered and addressed questions regarding outstanding and additional subpoenas (.20); prepared for conference with client team ▬▬ (.10). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

| | | | | |
|---|---|---|---|---|
| 07/31/15 | Conferred with client team ███████████████████████████████<br>██████████████████. | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 07/31/15 | Reviewed status of litigation and scheduling of upcoming tasks. | | | |
| | D.M.Anderson | .30 hrs. | 365.00/hr | $ 109.50 |
| 08/03/15 | Exchanged communications with client team ██████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 08/03/15 | Received and reviewed communication from client ████████████████(.1);<br>continued review and organization of non-party documents and disks to be produced to counsel<br>(.2). | | | |
| | W. J. Joris | .30 hrs. | 150.00/hr | $ 45.00 |
| 08/04/15 | Communication with Regions' counsel regarding subpoena. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ 31.00 |
| 08/04/15 | Received and reviewed emails with counsel for Regions Bank and internal communications<br>regarding follow-up to obtain responses to outstanding subpoenas (.2); sent e-mail to counsel for<br>Regions Bank regarding response to subpoenas (.2); forwarded prior Regions Bank subpoena to<br>counsel per request (.2); received e-mail from client and internal communications ████████<br>████████████(.4); responded to client representative ████████████(.1). | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $ 165.00 |
| 08/05/15 | Follow up communication with Regions' counsel regarding non-party subpoena. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ 31.00 |
| 08/05/15 | Reviewed additional communications with Regions Bank regarding handling of response to<br>subpoena (.1); prepared letter to client ████████████████(.2);<br>finalized and sent letter and South Side Bank records to client (.2). | | | |
| | W. J. Joris | .50 hrs. | 150.00/hr | $ 75.00 |
| 08/06/15 | Telephone conference with client ████████████████████<br>████████████m (.5); conferred with attorney regarding handling of<br>subpoena to Regions Bank (.1); reviewed prior subpoena to Regions to determine whether it<br>covers client's ████████████.2); received additional calls and emails from client<br>████████████(.5). | | | |
| | W. J. Joris | 1.30 hrs. | 150.00/hr | $ 195.00 |
| 08/06/15 | Discussed, conferred, and analyzed strategy for obtaining Regions' documents before the<br>discovery cutoff. | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ 62.00 |
| 08/06/15 | Exchanged communications with client team ████████████████<br>████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 08/07/15 | Reviewed correspondence from FMB ████████████████████and<br>communicated with Regions' counsel regarding documents requested. | | | |
| | C. Fugate | .40 hrs. | 310.00/hr | $ 124.00 |
| 08/07/15 | Reviewed and revised supplemental subpoena to Regions bank. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ 31.00 |

| | | | | |
|---|---|---|---|---|
| 08/07/15 | Reviewed prior mediation and settlement discussions and exchanges and prepared draft settlement demand (.70); reviewed discovery and outstanding subpoena matters in light of discovery cut-off (1.10); reviewed amended complaint for outstanding issues for possible discovery (.70); reviewed defendants' prior answers in connection with consideration of defenses raised (.90); brief review of legal standards for select defenses raised by defendants (.30); conferred with Rachael Gould ███████ (.60); reviewed and analyzed legal standards and rules for admission of evidence obtained through subpoena (.50); prepared communication to client team ███████ (.30). | | | |
| | V.E.Powers | 5.10 hrs. | 520.00/hr | $    2,652.00 |
| 08/07/15 | Reviewed Memo from client ███████ (.3); reviewed communication with attorney for Regions Bank regarding same (.1); drafted new subpoena to Regions for documents relating to 12 loans (.9); received and reviewed e-mail from attorney for Regions and conferred with client ███████ (.3); received and reviewed production disk from Regions in response to 7/16/15 subpoena (.5); updated index regarding same and facilitated processing of invoice (.3); prepared to provide disk to client for evaluation (.1); prepared letter to client regarding Regions disk (.2); finalized and sent letter, disk and e-mail to client (.3); finalized and sent notice of Regions subpoena to counsel (.3); received and reviewed updated memo and e-mail from client ███████ (.3). | | | |
| | W. J. Joris | 3.60 hrs. | 150.00/hr | $        540.00 |
| 08/07/15 | Analysis of in pari delicto defense and of evidentiary issues related to proof at trial. | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $        438.00 |
| 08/10/15 | Reviewed answers to amended complaint. | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $        219.00 |
| 08/10/15 | Finalized and served subpoena on Regions Bank (.2); sent e-mail to Regions and counsel for Regions regarding updated subpoena (.2); communications regarding further handling of subpoenas (.2); reviewed pending subpoena issues and responded to attorney inquiries regarding same (.6); received and reviewed updated memos from client ███████ (.3); began drafting subpoenas (.9). | | | |
| | W. J. Joris | 2.40 hrs. | 150.00/hr | $        360.00 |
| 08/11/15 | Continued preparing draft subpoenas and ███████ client (1.4); received and reviewed e-mail from client ███████ (.4); finalized and sent notice of subpoenas to counsel (.6); received and reviewed voicemail from Lehman and returned call to discuss Regions subpoenas (.2). | | | |
| | W. J. Joris | 2.60 hrs. | 150.00/hr | $        390.00 |
| 08/11/15 | Communication regarding Regions subpoena and outstanding requests. | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $          62.00 |
| 08/11/15 | Preliminary review of answers to second amended complaint (.10); attention to open issues on outstanding and additional subpoenas (.10). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $        104.00 |
| 08/11/15 | Worked on motion for summary judgment. | | | |
| | D.M.Anderson | 2.00 hrs. | 365.00/hr | $        730.00 |
| 08/12/15 | Worked on motion for summary judgment. | | | |
| | D.M.Anderson | 2.30 hrs. | 365.00/hr | $        839.50 |
| 08/12/15 | Prepared for service of subpoenas on non-parties (.4); prepared and sent e-mails to Prudential, | | | |

|  | Scottrade and Morgan Stanley regarding subpoenas being served by certified mail (.3); sent recently issued subpoenas to client (.1); updated index of non-party discovery (.5); reviewed, organized and prepared to send non-party documents to counsel (1.8 ); prepared letter to counsel regarding same (.3); prepared index of non-party documents and disk passwords being produced to counsel (.3); finalized and sent non-party production disks to counsel (.4); finalized and sent e-mail and index to counsel regarding passwords for encrypted non-party production disks (.3); received and returned call to client ▮▮▮▮▮▮ (.2). | | | | |
|  | W. J. Joris | 4.60 hrs. | 150.00/hr | $ | 690.00 |
| 08/12/15 | Reviewed and signed several non-party subpoenas. | | | | |
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 08/14/15 | Continued organization of non-party documents to prepare for review by attorney. | | | | |
|  | W. J. Joris | .60 hrs. | 150.00/hr | $ | 90.00 |
| 08/17/15 | Continued organizing non-party documents received to date and updated index regarding same; re-organized non-party disks after recent production to counsel. | | | | |
|  | W. J. Joris | 1.00 hrs. | 150.00/hr | $ | 150.00 |
| 08/17/15 | Reviewed Eric Gaudio deposition in connection with drafting motion for summary judgment. | | | | |
|  | D.M.Anderson | .90 hrs. | 365.00/hr | $ | 328.50 |
| 08/18/15 | Reviewed e-mail from counsel for Regions Bank and internal communications regarding same. | | | | |
|  | W. J. Joris | .10 hrs. | 150.00/hr | $ | 15.00 |
| 08/18/15 | Considered issues relating to Regions' production of documents. | | | | |
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 08/19/15 | Reviewed communications with Regions Bank regarding rolling production and tax id numbers needed (.2); e-mails with client ▮▮▮▮▮ (.1). | | | | |
|  | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |
| 08/19/15 | Communication with Regions Bank's counsel regarding production of documents. | | | | |
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 08/20/15 | Call from Prudential regarding non-party subpoena. | | | | |
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 08/20/15 | Worked on summary judgment motion regarding solvency. | | | | |
|  | D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |
| 08/21/15 | Received and reviewed e-mails from client ▮▮▮▮▮▮▮ and forwarded information to Regions (.2); updated non-party index regarding recent communications and information received (.1); received phone call from Morgan Stanley and discussed documents being produced in response to subpoena, documents that have already been provided, and additional transfer detail to be requested (.3); received and reviewed e-mail from Morgan Stanley and forwarded same to client (.2); received and returned call to Wells Fargo regarding subpoena response and information needed for same (.2); received and reviewed correspondence and disk from Scottrade and downloaded same to facilitate production to client and counsel (.6). | | | | |
|  | W. J. Joris | 1.60 hrs. | 150.00/hr | $ | 240.00 |
| 08/24/15 | Received and reviewed e-mails from client ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (.2); e-mailed attorney for Regions Bank in order to provide additional | | | | |

information regarding documents requested (.2); received call from First Clearing and returned call to discuss subpoena and additional information needed (.2); e-mailed client █████████ (.1); facilitated search for tax id numbers of The Dennis Gaudio Irrevocable Trust and the Gaudio Living Trust (.1); received and reviewed additional emails from client █████████ and provided information to third party (.2); received and reviewed correspondence from Voya Financial regarding subpoena response (.1); updated index of non-party discovery (.1); prepared letter to client ████████████████████████████ (.3).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | 1.50 hrs. | 150.00/hr | $ | 225.00 |

08/24/15    Communication with Voya Financial regarding non-party subpoena.

| | | | | |
|---|---|---|---|---|
| C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

08/25/15    Received and responded to several e-mails with First Clearing regarding subpoena response (.4); exchanged communications with client █████████████████████ (.2); received and reviewed e-mail from attorney for Regions Bank and conferred with attorney regarding handling (.2); e-mails with client █████████ (.2); received and reviewed e-mails from Morgan Stanley regarding records being produced (.2); began review reviewing and downloading documents from Morgan Stanley received via Intralinks (.3); additional exchange with client team ██████████████████(.2); prepared Amended Subpoena to First Clearing (.3); communication to client ██████████████████ ████████ (.2); e-mails with client ██████████████ and internal communications to obtain replacement disk for client (.3); e-mailed First Clearing regarding new subpoena to be issued (.1); prepared and sent letter and e-mail to client ████████ ██████████ (.3).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | 2.90 hrs. | 150.00/hr | $ | 435.00 |

08/26/15    Reviewed information regarding Regions subpoenas and recent e-mails with Regions attorney and client in order to prepare for call with Regions attorney (.3); finalized amended subpoena to First Clearing and served notice of same on counsel (.2); prepared for service on First Clearing (.1); received and reviewed supplemental documents from South Side Bank and e-mailed client regarding same (.2); e-mailed Regions regarding tax id number for Special Distributing (.1); updated index of non-party discovery (.1); participated in conference call with Regions' attorney to discuss pending issues related to subpoena (.4); received and reviewed e-mail and documents from Regions' attorney (.1) prepared communication to client forwarding Regions' information(.1); continued downloading Morgan Stanley documents from Intralinks cite and facilitated creation of production disks (.4).

| | | | | |
|---|---|---|---|---|
| W. J. Joris | 2.00 hrs. | 150.00/hr | $ | 300.00 |

08/26/15    Communication with Lehman, counsel for Regions, regarding document production.

| | | | | |
|---|---|---|---|---|
| C. Fugate | .40 hrs. | 310.00/hr | $ | 124.00 |

08/26/15    Analysis for options for possible settlement of litigation (.20); prepared for (.10) and conferred with client team ██████████████████████████(.40).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .70 hrs. | 520.00/hr | $ | 364.00 |

08/26/15    Reviewed depositions in connection with motion for summary judgment.

| | | | | |
|---|---|---|---|---|
| D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |

08/27/15    Reviewed upcoming deadlines.

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

08/27/15    Prepared and sent e-mail and letter to client ██████████████████████ ████████████████████(.3); facilitated processing of Morgan Stanley invoice (.1); prepared for service of First Clearing Amended Subpoena (.2); sent e-mail to First Clearing regarding

|  | Amended Subpoena (.1). | | | |
|  | W. J. Joris | .70 hrs. | 150.00/hr | $ | 105.00 |

| 08/28/15 | Received call from First Clearing regarding efforts to locate records and reported to client regarding ████ (.2); additional emails with client regarding ████ (.1); reviewed records recently received from Morgan Stanley to attempt to locate accounts related to transfers to First Clearing (.3); calls and e-mails with First Clearing regarding information located in Morgan Stanley records (.2); phoned and e-mailed Morgan Stanley to discuss additional information needed to identify First Clearing accounts receiving transfers (.3). | | | |
|  | W. J. Joris | 1.10 hrs. | 150.00/hr | $ | 165.00 |

| 08/28/15 | Worked on motion for summary judgment. | | | |
|  | D.M.Anderson | 3.10 hrs. | 365.00/hr | $ | 1,131.50 |

| 08/31/15 | Reviewed withdrawals from Dennis and Eric Gaudio and considered impact on matters (.20); prepared communication to client team regarding ████ (.10); analysis of options and worked on preparation of revised draft of settlement terms (1.0). | | | |
|  | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |

| 09/01/15 | Received and reviewed several emails with client regarding ████████ (.1); received and reviewed e-mail from Regions' attorney regarding documents being produced (.1). | | | |
|  | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |

| 09/01/15 | Reviewed District Court's entries on Eric and Dennis counsel withdrawals and exchanged communication with client team regarding ████ (.10); considered default (.10); exchanged communication with Rachael Gould regarding ████████ (.10); considered and exchanged communications with client team regarding ████ (.10); analysis of issues occasioned by withdrawal of counsel (.20). ' | | | |
|  | V.E.Powers | .60 hrs. | 520.00/hr | $ | 312.00 |

| 09/01/15 | Analyzed potential settlement offer (.5); worked on motion for summary judgment (1.7). | | | |
|  | D.M.Anderson | 2.20 hrs. | 365.00/hr | $ | 803.00 |

| 09/02/15 | Received and reviewed production from Regions Bank and facilitated handling of same to burn to disks for client and opposing counsel (.2); received and reviewed e-mail from client regarding ████████ and responded to same (.2). | | | |
|  | W. J. Joris | .40 hrs. | 150.00/hr | $ | 60.00 |

| 09/02/15 | Worked on motion for summary judgment. | | | |
|  | D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |

| 09/03/15 | Analyzed issues related to Morgan Stanley subpoena (.8); worked on motion for summary judgment (2.3). | | | |
|  | D.M.Anderson | 3.10 hrs. | 365.00/hr | $ | 1,131.50 |

| 09/03/15 | Conference with client team regarding ████████ (.70); followed up regarding open subpoena issues (.20); exchanged communications with Rachael Gould regarding ████████ ████████ (.20); gathered and exchanged information to assist in efforts to obtain subpoenaed information (.20). | | | |
|  | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |

| 09/03/15 | Phoned First Clearing to discuss search for documents in response to Subpoena and forwarded additional information (.3); phoned Morgan Stanley to discuss search for First Clearing account numbers where funds were transferred and additional outstanding items (.4); phoned Prudential and ING to follow-up on responses to subpoenas (.3); participated in phone conference to | | | |

discuss outstanding items needed from Morgan Stanley and steps needed to obtain same, as well as, possible motion to compel (.7); reviewed disks containing Regions documents produced and prepared to send to client (.2); drafted and sent letter and e-mail to client █████████ (.3); █████████████████████████████████████ in order to prepare for conference call with client (.8); received and reviewed documents produced by Prudential in response to subpoena and prepared to provide same to client (.2); participated in multiple conference calls with client and attorneys ████████████████████████ and steps to obtain same (1.2); gathered and reviewed all prior subpoenas to Morgan Stanley, documents produced by Morgan Stanley, and all correspondence with Morgan Stanley and clients regarding specific requests for documents from Morgan Stanley in order to prepare letter to Morgan Stanley outlining efforts to obtain missing documents and outstanding document requests, drafted letter to Morgan Stanley (5.2).

| | | | | | |
|---|---|---|---|---|---|
| | W. J. Joris | | 9.60 hrs. | 150.00/hr | $ | 1,440.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/03/15 | Discussed, conferred, and analyzed strategy to enforce Morgan Stanley subpoenas. | | | | | |
| | C. Fugate | | .60 hrs. | 310.00/hr | $ | 186.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/03/15 | Communication with FMB ████████████████████████████ ███████ (.9); researched case law addressing the timing of filing a motion to compel (.6). | | | | | |
| | C. Fugate | | 1.50 hrs. | 310.00/hr | $ | 465.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Received call from Morgan Stanley regarding their efforts to locate documents (.3); continued reviewing Morgan Stanley documents produced and drafting letter to Morgan Stanley regarding outstanding requests and missing documents (1.1); reviewed communications regarding letter to letter to Morgan Stanley and supplements to same (.3); received and reviewed e-mail and documents from Morgan Stanley and ██████████ to client (.4); prepared and sent letter and e-mail to client ███████████████████ (.3); received and reviewed ING documents produced and facilitated handling to provide documents to client (.2); received and reviewed e-mails from client ██████████████████ (.2); ████████████████████████████from client and prepared to send letter to Morgan Stanley regarding outstanding requests and missing transactions needed (.4). | | | | | |
| | W. J. Joris | | 3.20 hrs. | 150.00/hr | $ | 480.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Call from Prudential regarding password for production of non-party documents. | | | | | |
| | C. Fugate | | .10 hrs. | 310.00/hr | $ | 31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Prepared letter to Morgan Stanley regarding production of documents. | | | | | |
| | C. Fugate | | 1.40 hrs. | 310.00/hr | $ | 434.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Call from counsel for Illinois Beer Distributors Association regarding non-party subpoena to First Clearing. | | | | | |
| | C. Fugate | | .10 hrs. | 310.00/hr | $ | 31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Communication with First Midwest ██████████████ | | | | | |
| | C. Fugate | | .10 hrs. | 310.00/hr | $ | 31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Communication with First Midwest ███████████████████████ | | | | | |
| | C. Fugate | | .10 hrs. | 310.00/hr | $ | 31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/04/15 | Reviewed correspondence to and considered response from counsel for Fist Clearing/ABDI regarding response to subpoenas (.10); considered next steps for obtaining documents under time constraints (.10). | | | | | |
| | V.E.Powers | | .20 hrs. | 520.00/hr | $ | 104.00 |

| | | |
|---|---|---|
| 09/04/15 | Worked on summary judgment motion. | |

|  | D.M.Anderson | 1.40 hrs. | 365.00/hr | $ | 511.00 |
|---|---|---|---|---|---|

09/08/15    Attention to defaults against corporate defendants.

|  | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
|---|---|---|---|---|---|

09/08/15    Considered outstanding subpoena issues (.30); conference with client team █████████ (.30); reviewed follow-up communications with counsel for ABDI (.20); reviewed and revised pleadings for extension of discovery deadline (.30); exchanged communications with client team ███████████████ (.20); attention to filing extension (.20); further communications with client team █████████████████ (.10); exchanged communications with client ████████████ (.10).

|  | V.E.Powers | 1.70 hrs. | 520.00/hr | $ | 884.00 |
|---|---|---|---|---|---|

09/08/15    Worked on motion for summary judgment.

|  | D.M.Anderson | 3.20 hrs. | 365.00/hr | $ | 1,168.00 |
|---|---|---|---|---|---|

09/08/15    Received and reviewed letter from ABDI's counsel requesting an extension of time for First Clearing to produce responsive documents to non-party subpoena (.1); communication with client regarding ██████████████████████████ (.3); e-mail to ABDI's counsel regarding discovery deadline (.1); prepared limited motion to extend discovery deadline and proposed order (1.1).

|  | C. Fugate | 1.60 hrs. | 310.00/hr | $ | 496.00 |
|---|---|---|---|---|---|

09/08/15    Reviewed communications regarding First Clearing's objection to subpoena and handling of same (.2); received and responded to call from First Clearing regarding extension to respond to discovery based on objections (.1).

|  | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |
|---|---|---|---|---|---|

09/09/15    Received and reviewed information from Morgan Stanley regarding First Clearing accounts and forwarded information to client (.1); e-mailed First Clearing regarding account numbers located by Morgan Stanley (.1); reviewed and edited motion for limited extension of discovery (.3); received and reviewed message from First Clearing (.1); received invoice from Morgan Stanley and facilitated handling of same (.1); additional communications with Morgan Stanley regarding invoices (.2); reviewed ING records produced and prepared letter to client sending same (.2); finalized and sent letter and e-mail to client with ING records (.3); prepared updates to non-party discovery index (.3).

|  | W. J. Joris | 1.70 hrs. | 150.00/hr | $ | 255.00 |
|---|---|---|---|---|---|

09/09/15    Communication with client ██████████████████████████ (.1); reviewed and revised updated draft of motion for limited extension of discovery deadline (.2).

|  | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |
|---|---|---|---|---|---|

09/09/15    Worked on motion for summary judgment.

|  | D.M.Anderson | 3.70 hrs. | 365.00/hr | $ | 1,350.50 |
|---|---|---|---|---|---|

09/09/15    Exchanged communications regarding settlement of Dennis and Eric litigation (.10); revised proposed settlement demand to Dennis and Eric Gaudio (.30); prepared communication to client team ████████████ (.10).

|  | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
|---|---|---|---|---|---|

09/10/15    Analyzed issues regarding discovery and final production of documents (.6); worked on motion for summary judgment (2.9).

|  | D.M.Anderson | 3.50 hrs. | 365.00/hr | $ | 1,277.50 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 09/10/15 | Reviewed and revised motion to extend discovery cut-off (.20); exchanged communications with client team ▮▮▮▮▮▮▮▮▮▮▮ (.10); revised and finalized motion to extend discovery cut-off and related order for filing and reviewed local rules in connection with same (.30); prepared for (.10) and participated in conference with Rachael Gould ▮▮▮▮▮ (.70); analysis of production, discovery and document issues (.40); attention to supplemental discovery production (.50); conference with Rachael Gould ▮▮▮▮▮ (.70 ); ▮▮▮▮▮▮▮▮▮▮ discussed with Rachael Gould (.30); attention to trial preparation (.70); further calls with client team ▮▮▮▮▮▮▮▮▮ (.60); further attention to preparation of supplemental document production (.50); communications to client team ▮▮▮▮▮▮▮▮▮ (.10). | | | |
| | V.E.Powers | 5.20 hrs. | 520.00/hr | $       2,704.00 |
| 09/10/15 | Updated service list for updated motion for extension of discovery deadline in order to include non-parties (.2); received and reviewed e-mail from Morgan Stanley and reviewed information to respond to her request (.2); internal communications regarding status of Regions' response (.1); sent e-mail to attorney for Regions to follow-up regarding response to subpoena (.1); received and reviewed response from Morgan Stanley (.1); received and reviewed records from Morgan Stanley and provided same to client (.4). | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $          165.00 |
| 09/10/15 | Reviewed local rules to determine need to obtain defendants' position on limited motion for extension of time to extend the discovery deadline (.1); e-mails with ABDI's attorney and FMB to set time to discuss subpoena to First Clearing (.1); communication from Morgan Stanley to discuss outstanding document production (.2); conference with client ▮▮▮▮▮▮▮ (.2). | | | |
| | C. Fugate | .60 hrs. | 310.00/hr | $          186.00 |
| 09/11/15 | Conferenced with Powers, Fugate and Joris on discovery issues (N/C) and conferenced with Hart and Gould ▮▮▮▮▮▮▮▮▮▮ (1.30). | | | |
| | T.A.Crist   [NO CHARGE .60] | 1.90 hrs. | 395.00/hr | $          750.50 |
| 09/11/15 | Reviewed several e-mails with client contacts ▮▮▮▮▮▮▮▮▮ (.2); e-mails with attorney for Regions regarding status of additional documents to be produced (.2); participated in multiple telephone conferences with client team ▮▮▮▮▮▮▮▮▮ (2.2); began to gather documents to prepare for production to Gaudio's (.5); facilitated payment of Morgan Stanley invoices and e-mailed Morgan Stanley regarding same (.2); ▮▮▮▮▮▮▮▮▮▮ to client (.4). | | | |
| | W. J. Joris | 3.70 hrs. | 150.00/hr | $          555.00 |
| 09/11/15 | E-mails with Morgan Stanley regarding Morgan Stanley invoices (.1); ▮▮▮▮▮▮▮▮▮ per client's request (1.0); lengthy communication with client team ▮▮▮▮▮▮▮▮▮ (1.5); prepared chart of exhibits that have been produced to defendants (1.1). | | | |
| | C. Fugate | 3.70 hrs. | 310.00/hr | $       1,147.00 |
| 09/11/15 | Worked on motion for summary judgment. | | | |
| | D.M.Anderson | 4.10 hrs. | 365.00/hr | $       1,496.50 |
| 09/11/15 | Reviewed case management plan and revised task chart (.30); considered production issues and legal analysis in connection with discovery cut off and third-party subpoenas not yet fully responded to (.60); prepared communication to client team ▮▮▮▮▮▮▮▮▮ (.10); worked on identification of evidence needed to | | | |

support claims at trial and identification of documents for supplemental production (.80); exchanged communications with Rachael Gould ███████ (.10); attention to discovery matters and circulated requested discovery documents and information to client team (.50); participated in internal conferences regarding supplemental document production and trial preparation (N/C) further communications with client team ██████████ (.20); further attention to discovery matters and exchanged communications with Rachael Gould ███████ (.20); participated in conference with client team ████ ███████ (.70); analysis of issues to address in summary judgment motion (.20); exchanged communications with client team ████████████ (.20); exchanged communications with expert regarding documents relied upon for supplemental production (.10); reviewed and revised settlement offer communication to Dennis and Eric Gaudio and circulated same (.60).

| | | | |
|---|---|---|---|
| V.E.Powers   [NO CHARGE .60] | 5.20 hrs. | 520.00/hr | $   2,704.00 |

09/13/15   Worked on motion for summary judgment.

| | | | |
|---|---|---|---|
| D.M.Anderson | 5.20 hrs. | 365.00/hr | $   1,898.00 |

09/14/15   Worked on motion for summary judgment.

| | | | |
|---|---|---|---|
| D.M.Anderson | 5.10 hrs. | 365.00/hr | $   1,861.50 |

09/14/15   Worked on discovery cut off issues and supplemental document production and related consideration of trial exhibits (4.20); considered communication from Kroger Gardis regarding Eric Gaudio's intention to file Chapter 7 bankruptcy and analysis of implications (.50); conference with client team ████████████ (.30); prepared for status hearing (.50); ████████████ and prepared communication to client team (.20).

| | | | |
|---|---|---|---|
| V.E.Powers | 5.70 hrs. | 520.00/hr | $   2,964.00 |

09/14/15   Communication regarding prior production of documents (.1); communication with client ████ (.1); addressed potential evidentiary concerns at trial (.2); communication regarding ONB non-party subpoena (.1).

| | | | |
|---|---|---|---|
| C. Fugate | .50 hrs. | 310.00/hr | $   155.00 |

09/14/15   Continued gathering documents to be produced to Gaudios (.4); reviewed e-mails regarding additional materials to be produced prior to the discovery cut-off (.3); received and reviewed dropbox from J. Lane containing documents relied upon and to be produced and downloaded documents to prepare for production of same (1.3); internal communications regarding handling of Lane documents (.3); reviewed list of documents relied upon by Lane (.2); several e-mails and call from client ████████ and gathered information to respond to same (.5); received and reviewed additional e-mails from client team ████████████ (.2); received and reviewed several e-mails from client ████████████ (.2); gathered and reviewed subpoenas to Old National Bank and Iroquois and documents produced by them in order to determine compliance with requests for ACH and wire transfers (1.5); responded to attorney inquiries regarding same (.4).

| | | | |
|---|---|---|---|
| W. J. Joris | 5.30 hrs. | 150.00/hr | $   795.00 |

09/15/15   Received and reviewed additional e-mails from client ████████████ ███████████d (.8); sent responses to client ████████ (.4); e-mails with client ████████ (.5); reviewed history of communications with Iroquois in order to request additional documents (.6); gathered details to assist with motion for extension of discovery cut-off and provided revisions for same (.7); continued review of Lane documents in

order to produce same (.4); continued gathering documents to prepare for production to Gaudios (.4); several e-mails with client team ████████████████████ ████████ and internal communications regarding handling (.3).

| | | | |
|---|---|---|---|
| W. J. Joris | 4.10 hrs. | 150.00/hr | $ 615.00 |

09/15/15    Communication regarding supplemental production (.1); communication with ABDI counsel to set up time to discuss First Clearing LLC subpoena (.1); communication regarding service of supplemental discovery on defendants in light of the fact they are now pro se (.1).

| | | | |
|---|---|---|---|
| C. Fugate | .30 hrs. | 310.00/hr | $ 93.00 |

09/15/15    Attention to supplemental production of documents (.10); reviewed information (.20); conferred with Rachael Gould ██████████████████████████████████ (.30); prepared for hearing (.30); participated in Court's scheduled status conference (.40); conference with client team ██████████████████████████ (.20); prepared draft motion to supplement motion on discovery cut off and circulated to client team (.50); exchanged communications with client team ██████████████████████ (.10); considered comments on supplement to motion and revised supplement and prepared proposed order granting motion as supplemented (.80); prepared communication to client team ██████████████████████ (.10); reviewed and revised Supplemental Motion to add further subpoenas and non-parties (.50); reviewed and revised proposed Order (.40); attention to filing and service of same (.10); reviewed documents from Custodian for supplemental production and communications with client team ████████████ (.80).

| | | | |
|---|---|---|---|
| V.E.Powers | 4.80 hrs. | 520.00/hr | $ 2,496.00 |

09/15/15    Worked on motion for summary judgment and analyzed impact of potential bankruptcy filing of Eric Gaudio.

| | | | |
|---|---|---|---|
| D.M.Anderson | 5.10 hrs. | 365.00/hr | $ 1,861.50 |

09/16/15    Worked on motion for summary judgment.

| | | | |
|---|---|---|---|
| D.M.Anderson | 4.20 hrs. | 365.00/hr | $ 1,533.00 |

09/16/15    Reviewed ShareFiles from client in order to ensure that we received all listed items and to organize same and prepare for production of supplemental documents, including several e-mails and conference calls ██████████████████████████ (4.1); redacted supplemental production documents and facilitated processing of documents and burning of production disks (1.8); e-mails with Regions attorney to follow-up regarding additional documents to be produced (.2); reviewed disk of documents relied upon by expert in order to prepare for production (.3); drafted letter to Gaudios regarding supplemental productions (.5); prepared index of disks and passwords being produced (.3); updated index of non-party discovery (.2).

| | | | |
|---|---|---|---|
| W. J. Joris | 7.40 hrs. | 150.00/hr | $ 1,110.00 |

09/16/15    Exchanged communications regarding preparation of supplemental documents in discovery (.20); reviewed documents in connection with supplemental production (2.20); conferences with client team ████████████ (.60); reviewed and circulated Judge's order vacating trial dates and granting discovery motions (.10).

| | | | |
|---|---|---|---|
| V.E.Powers | 3.10 hrs. | 520.00/hr | $ 1,612.00 |

09/16/15    E-mailed ABDI attorney to set up time to discuss scope of non-party subpoena (.1) worked on preparing (.8).

| | | | |
|---|---|---|---|
| C. Fugate | .90 hrs. | 310.00/hr | $ 279.00 |

09/17/15    Reviewed and revised discovery production letter to defendants (.10); attention to supplemental document production (.20).

| | | | |
|---|---|---|---|
| V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |

| | | | | |
|---|---|---|---|---|
| 09/17/15 | Internal communications to facilitate processing of supplemental documents and burning of production disks (1.2); prepared cross-reference index of plaintiff's supplemental production documents, including First Midwest's file names and Bates numbers produced (.8); supplemented and finalized letter to Gaudios regarding supplemental production disks (.4); reviewed, organized and prepared for service of production disks (.6); prepared and sent letter to client ███████████████████████████ of same in order to produce and provide to client (.4); finalized letter to Gaudios and indices and prepared for service of production disks (.4); emailed Gaudios and client regarding same (.3). | | | |
| | W. J. Joris | 4.40 hrs. | 150.00/hr | $ 660.00 |
| 09/18/15 | Received and responded to e-mail from client (.1); reviewed communications with Iroquois and e-mailed Chamberlain to request additional documents in response to the subpoenas previously issued (.4); reviewed Old National Bank subpoena and phone calls to obtain missing documents requested in subpoena (.4). | | | |
| | W. J. Joris | .90 hrs. | 150.00/hr | $ 135.00 |
| 09/21/15 | Received and reviewed e-mail from Chamberlain at Iroquois. | | | |
| | W. J. Joris | .10 hrs. | 150.00/hr | $ 15.00 |
| 09/22/15 | Telephone calls with Iroquois to discuss additional documents needed in response to subpoenas (.3); received and reviewed e-mails and documents from Iroquois (.6). | | | |
| | W. J. Joris | .90 hrs. | 150.00/hr | $ 135.00 |
| 09/22/15 | Analysis of next steps in recovery action against Gaudios. | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 09/23/15 | Reviewed records received from Iroquois and communication to client ██████████ (.5); additional e-mails with Iroquois and client ████████████ (.2). | | | |
| | W. J. Joris | .70 hrs. | 150.00/hr | $ 105.00 |
| 09/24/15 | Received and reviewed e-mails regarding Regions Bank subpoena responses and fees incurred (.2); prepared for and participated in call with attorney for ABDI regarding subpoena to First Clearing (.7); received and responded to client inquiry ████████████ (.2). | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $ 165.00 |
| 09/24/15 | Communication regarding estimated cost of Regions subpoena (.2); call with ABDI attorney regarding non-party subpoena to First Clearing (.7); communication with client ████████ ████████████████ (.1). | | | |
| | C. Fugate | 1.00 hrs. | 310.00/hr | $ 310.00 |
| 09/24/15 | Exchanged communications regarding Regions Bank subpoena response and inclusion of Regions in the discovery cut-off extension (.10). | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 09/25/15 | Reviewed e-mails with client █████████████████████████████████. | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ 30.00 |
| 09/25/15 | Communication with client ████████████████████. | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ 31.00 |
| 09/28/15 | Reviewed e-mails regarding preparation of affidavits regarding First Clearing records. | | | |
| | W. J. Joris | .10 hrs. | 150.00/hr | $ 15.00 |

| 09/28/15 | Communication with client ██████████████. | | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 09/28/15 | Exchanged communications regarding finishing up subpoena work. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/29/15 | Reviewed e-mails from client ████████████████████████████ | | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 09/30/15 | Reviewed information regarding Chapter 7 filing of Eric Gaudio (.10); considered approach and prepared draft communication to Dennis and Eric Gaudio following up on settlement communication (.20); called to and conferred with Harley Means, Chapter 7 counsel, regarding same (.20); prepared communication to client team ████████████(.10). | | | | |
| | V.E.Powers | .60 hrs. | 520.00/hr | $ | 312.00 |
| 09/30/15 | Communications with Iroquois regarding additional ACH and wire detail needed (.2); phoned Old National Bank to follow-up regarding additional documents needed (.1); prepared affidavits of Olson and Lowery regarding First Clearing records (1.1); prepared letter to First Clearing regarding agreement to proceed with partial subpoena response (.6); updated index of non-party discovery (.2). | | | | |
| | W. J. Joris | 2.20 hrs. | 150.00/hr | $ | 330.00 |
| 10/01/15 | Received and reviewed secure message from Iroquois regarding request for records and responded to same (.1); received and reviewed emails regarding First Clearing affidavits and requests (.1). | | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 10/01/15 | Revised and supplemented affidavits for ABDI and First Clearing that were prepared by paralegal (.5); communication with counsel for Regions regarding invoice amount submitted for attorney fees for responding to non-party subpoenas (.1) communication with counsel for ABDI regarding letter sent to First Clearing regarding non-party subpoenas (.1). | | | | |
| | C. Fugate | .70 hrs. | 310.00/hr | $ | 217.00 |
| 10/02/15 | Received and returned call from Old National Bank regarding ACH and wire detail requested on accounts. | | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 10/03/15 | Finalized affidavits for ABDI and sent same to counsel. | | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 10/05/15 | Received and reviewed message from Old National Bank and returned call regarding request for ACH detail (.2); received and reviewed e-mail and records from Old National Bank and communicated with client ████████████(.3). | | | | |
| | W. J. Joris | .50 hrs. | 150.00/hr | $ | 75.00 |
| 10/08/15 | Followed up with Region's counsel regarding status of attorney fee invoice and breakdown of fees for non-party subpoena. | | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 10/13/15 | Analyzed and considered invoice from Regions' outside counsel for fees and expenses they claim are owed for responding to non-party subpoena. | | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 10/20/15 | Call from Lehman regarding status of payment to Regions for non-party subpoena. | | | | |
| | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/21/15 | Sent e-mails to follow-up on status of record requests to Iroquois and Old National Bank (.2); received and reviewed e-mail from attorney for Iroquois regarding document request and conferred with attorneys regarding handling (.1). | | | | |
| | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |
| 10/23/15 | Worked on information for recording of judgment when obtained; reviewed and responded to e-mail regarding judgment. | | | | |
| | D. Hight | .50 hrs. | 465.00/hr | $ | 232.50 |
| 10/23/15 | Reviewed necessary documents to record judgment against defendant 1803 in court and against property; analyzed enforcement of judgment action; analyzed Order of Default entered; correspondence with Hight and Bartelt regarding same. | | | | |
| | R. Dent | 1.00 hrs. | 230.00/hr | $ | 230.00 |
| 10/23/15 | Attention to the Order on default judgment against 1803 LLC in respect to the lis pendens and considered how to proceed. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 10/23/15 | Attention to Default Order entered by District Court Judge; attention to entry of default and to preparation for eventual execution. | | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
| 10/26/15 | Drafted a Motion for Default Judgment for the adversary against 1803 LLC and Gaudio Diversified Ventures, LLC. | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 10/26/15 | Correspondence with Vermilion County Recorder regarding recording of judgment. | | | | |
| | R. Dent | .10 hrs. | 230.00/hr | $ | 23.00 |
| 10/26/15 | E-mails with counsel for ABDI regarding status of affidavits (.1); reviewed proposed changes to affidavits by counsel (.2); e-mailed Gould ▆▆▆▆▆▆▆▆ (.1). | | | | |
| | C. Fugate | .40 hrs. | 310.00/hr | $ | 124.00 |
| 10/27/15 | Reviewed real estate records for status of current ownership by 1803, LLC. | | | | |
| | D. Hight | .60 hrs. | 465.00/hr | $ | 279.00 |
| 10/27/15 | Correspondence regarding recording of judgment in Vermilion County. | | | | |
| | R. Dent | .20 hrs. | 230.00/hr | $ | 46.00 |
| 10/28/15 | Revised the Motion for Default Judgment. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 10/28/15 | Attention to obtaining default entry in District Court Adversary. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 10/28/15 | Reviewed e-mail from client regarding ACH requested from Old National and sent e-mail to Old National Bank regarding additional ACH requested (.2); reviewed e-mail from attorney for Iroquois and e-mailed client ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (.1); reviewed request from client ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (.3); contacted Centrue Bank regarding additional information to identify account records and discussed information located (.5); received and reviewed e-mails and records from Centrue Bank and prepared communication to client ▆▆▆▆▆▆▆ (.5); directed handling to burn disks with Centrue records (.3); updated index of non-party documents regarding recent communications with non-parties (.3). | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | W. J. Joris | 2.40 hrs. | 150.00/hr | $ | 360.00 |
| 10/29/15 | Communication with client █████████████████████████████████. |  |  |  |  |
|  | C. Fugate | .10 hrs. | 310.00/hr | $ | 31.00 |
| 10/29/15 | Continued review of records from Centrue Bank and handling of documents to burn to disks. |  |  |  |  |
|  | W. J. Joris | .40 hrs. | 150.00/hr | $ | 60.00 |
| 10/30/15 | Communication with client and counsel for ABDI regarding draft affidavits for ABDI. |  |  |  |  |
|  | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 11/02/15 | Attention to gathering information needed to complete default judgment on 1803 and GDV. |  |  |  |  |
|  | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |
| 11/02/15 | Received and responded to communications from client █████████████ █████████(.2); phoned First Clearing to follow-up regarding response to items A-H of the subpoena (.1); received and reviewed e-mail from First Clearing and reported to client ████(.2); received and reviewed invoice from Regions bank and conferred regarding handling of same (.1); additional e-mails with client █████████████████████(.2). |  |  |  |  |
|  | W. J. Joris | .80 hrs. | 150.00/hr | $ | 120.00 |
| 11/02/15 | Analyzed information that is missing from First Clearing and directed Joris to follow up. |  |  |  |  |
|  | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 11/02/15 | Considered revisions to and finalizing the Motion for Default Judgment Against Defendants 1803 LLC and Gaudio Diversified Ventures LLC. |  |  |  |  |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 11/03/15 | Additional communications regarding efforts to obtain financial records from ABDI. |  |  |  |  |
|  | W. J. Joris | .10 hrs. | 150.00/hr | $ | 15.00 |
| 11/03/15 | Call with Herman, counsel for ABDI, regarding information needed to address amended subpoena to First Clearing (.1); communication with Gould █████████(.2). |  |  |  |  |
|  | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |
| 11/04/15 | Continued to prepare Plaintiff's Motion for Default Judgment Against Defendants 1803 LLC and Gaudio Diversified Ventures, LLC. |  |  |  |  |
|  | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |
| 11/05/15 | Continued to prepare the Motion for Judgment by Default and a chart of the damages pled in the Second Amended Complaint. |  |  |  |  |
|  | T.A.Crist | 2.40 hrs. | 395.00/hr | $ | 948.00 |
| 11/05/15 | Reviewed past due invoice from Regions Bank and facilitated processing of same. |  |  |  |  |
|  | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 11/09/15 | Prepared an Affidavit of Major in support of the Motion for Judgment by Default, a Default Judgment Entry, and a Final Judgment, and revised the Motion for Default Judgment. |  |  |  |  |
|  | T.A.Crist | 3.80 hrs. | 395.00/hr | $ | 1,501.00 |
| 11/11/15 | Reviewed and revised default judgment and related affidavit. |  |  |  |  |
|  | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
| 11/13/15 | Analysis of scope of remaining outstanding discovery requests in response to inquiries regarding completion of discovery (70); exchanged communications with client team ███████████ |  |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | ████████████████ (.20). |  |  |  |
|  | V.E.Powers | .90 hrs. | 520.00/hr | $    468.00 |
| 11/13/15 | Received and reviewed communications regarding status of pre-trial hearing and discovery cut-off (.2); conferred with Powers regarding handling of open subpoena issues (.2); e-mailed Centrue Bank to follow-up regarding transfer detail requestd (.2); e-mails with Old National Bank regarding status of additional records requested (.2); e-mailed client ████████████████████████ (.1); phoned Regions Bank regarding notice of past due invoice (.1); received and responded to e-mails from Old National Bank (.2). |  |  |  |
|  | W. J. Joris | 1.20 hrs. | 150.00/hr | $    180.00 |
| 11/13/15 | Communication with Hermann, attorney for ABDI, regarding outstanding information due in subpoena. |  |  |  |
|  | C. Fugate | .20 hrs. | 310.00/hr | $     62.00 |
| 11/13/15 | Reviewed proposed changes to the Motion for Default Judgment. |  |  |  |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $     79.00 |
| 11/16/15 | Received and reviewed e-mails from client ████████████ (.2); communications with Iroquois regarding same (.2); reviewed records from Old National Bank and forwarded same to client (.3). |  |  |  |
|  | W. J. Joris | .70 hrs. | 150.00/hr | $    105.00 |
| 11/16/15 | Revised the Motion for Default Judgment Against Defendants 1803 LLC and Gaudio Diversified Ventures, LLC, and conferenced with Anderson on the Citicorp and American Express adversaries (1.5); reviewed the Regions Bank settlement and details of transfers in the Citicorp and American Express adversaries and analyzed the same (.6). |  |  |  |
|  | T.A.Crist | 2.10 hrs. | 395.00/hr | $    829.50 |
| 11/17/15 | Reviewed further revisions made to ABDI affidavits by counsel for ABDI; ████████████ to Gould for review. |  |  |  |
|  | C. Fugate | .20 hrs. | 310.00/hr | $     62.00 |
| 11/18/15 | Finalized the draft Motion, Affidavit and Order for Default Judgment against 1803 LLC and Gaudio Diversified Ventures, LLC (.8); prepared correspondence to Major and Gould ████████ (.2). |  |  |  |
|  | T.A.Crist | 1.00 hrs. | 395.00/hr | $    395.00 |
| 11/20/15 | Conferenced with Powers on the Motion, Affidavit and Order for Default Judgment (.4); attention to correspondence form Gould ████████████████ (1.7). |  |  |  |
|  | T.A.Crist | 2.10 hrs. | 395.00/hr | $    829.50 |
| 11/20/15 | Exchanged communications with client team ████████████ ████████ (.10); conference with Rachael Gould ████████████ ████ (.70). |  |  |  |
|  | V.E.Powers | 1.10 hrs. | 520.00/hr | $    572.00 |
| 11/23/15 | Communicated with Hermann, attorney for ABDI, regarding draft affidavits relating to subpoena to First Clearing, and requested that Hermann provide executed copies of the affidavits. |  |  |  |
|  | C. Fugate | .10 hrs. | 310.00/hr | $     31.00 |
| 11/23/15 | Finalized the Motion, Affidavit and Order for Default Judgment for filing with the District Court (.7); prepared communication to Gould ████████████████ |  |  |  |

|  |  | (.1). | | | | | |
|  |  | T.A.Crist | .80 hrs. | 395.00/hr | $ | 316.00 |

| 11/30/15 | Conferred with attorney regarding status and handling of pending matters; prepared disk copies of Old National Bank's recent production; reviewed and organized recent communications regarding non-party discovery and updated index of non-party discovery with details regarding same. | | | | |
|  | W. J. Joris | 1.40 hrs. | 150.00/hr | $ | 210.00 |

| 12/01/15 | Received and reviewed disk copies containing Old National Bank records and organized items for pending tasks dependent on settlement negotiations. | | | | |
|  | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |

| 12/01/15 | Attention to Notice and proposed Orders; forward to counsel. | | | | |
|  | R. Johnson | .40 hrs. | 470.00/hr | $ | 188.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. Fugate | 18.20 | 310.00 | 5,642.00 |
| D. Hight | 1.10 | 465.00 | 511.50 |
| R. Johnson | 0.40 | 470.00 | 188.00 |
| T.A.Crist | 17.00 | 395.00 | 6,715.00 |
| V.E.Powers | 55.70 | 520.00 | 28,964.00 |
| D.M.Anderson | 61.70 | 365.00 | 22,520.50 |
| R. Dent | 1.30 | 230.00 | 299.00 |
| W. J. Joris | 90.10 | 150.00 | 13,515.00 |
| TOTAL | 245.50 |  | 78,355.00 |

TOTAL Fees for Professional Services....................................................................................................... $    78,355.00


ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 09/17/15 | CD Scanning , | 10 | $ | 15.00 | $ | 150.00 |
| 09/17/15 | Photocopies , | 6 | $ | 0.15 | $ | 0.90 |
| 09/24/15 | Tele-Conferencing Long Distance | 176 | $ | 0.04 | $ | 6.67 |
| 09/29/15 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 10/30/15 | CCC12214298 Attorney Admission fee to the Illinois District Court; COURTS/USDC-CDIL; TIN: 371009316 MCC: 9399; 100 NE MONROE ST STE 309 309-671-7827 IL 61602; PHONE: 3096717827 | 1 | $ | 226.00 | $ | 226.00 |
| 11/23/15 | Photocopies | 69 | $ | 0.15 | $ | 10.35 |
| 11/23/15 | Postage Expense , | 1 | $ | 7.44 | $ | 7.44 |
|  | Color Photocopies |  | $ |  | $ | 3.00 |

TOTAL Itemized Charges ........................................................................................................................ $    404.51


TOTAL DUE FOR THIS PERIOD.............................................................................................................. $    78,759.51

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller
## LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          February 29, 2016

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                      Huntington Bank
P.O. Box 68                                          ABA for ACH:   ████████
Indianapolis, IN  46206-0068                         ABA for Wire:  ████████
(317) 221-2996                                       Account No.:   ████████
                                                     Swift Code:    ████████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Litigation against 1803, LLC; Gaudio Diversified;
                    Eric Gaudio; and Dennis Gaudio
                    35066.0016

INVOICE #:          1405527


PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................................... $        78,759.51


ACCOUNTS ARE DUE UPON RECEIPT

# Ice Miller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11          Invoice 1405529  Page 1
c/o First Midwest Bank                                                                        February 29, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

FOR SERVICES RENDERED THROUGH December 15, 2015
Federal ID #35-0874357

OUR MATTER # 35066.0018
Gaudio -- Operational Real Estate Investigation and
Litigation Activities

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/17/15 | Communications with counsel for Offutt defendants to schedule settlement discussion; communications with client team ███████ V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 07/19/15 | Considered client team ████████████████████████████ ██████ V.E.Powers | .80 hrs. | 520.00/hr | $ 416.00 |
| 07/19/15 | Reviewed the comments by Gould █████████ ██████████████████(.2); corresponded with Powers concerning the revised pleadings to file (.1); revised the Memorandum of Law in Opposition to Motions to Dismiss Complaint to file in response to the Motions to Dismiss filed by Defendants Offutt Development, Inc. and Security Ventures, Inc. (1.9). T.A.Crist | 2.20 hrs. | 395.00/hr | $ 869.00 |
| 07/20/15 | Analysis of issues and prepared for settlement discussions in Offutt (2.0); prepared communication to client team ███████████████(.20); conferred with Angela Hart ████████████████(.10). V.E.Powers | 2.30 hrs. | 520.00/hr | $ 1,196.00 |
| 07/21/15 | Attention to the Briefs filed by Defendants concerning the Motions to Dismiss Complaint and made notes for argument as to the same. T.A.Crist | .60 hrs. | 395.00/hr | $ 237.00 |
| 07/22/15 | Communication to counsel for Offutt defendants and client team regarding settlement conference and participated in conference (1.0); conferred with Angela Hart ██████████████ (.10); worked on settlement demand and reviewed real estate issues related to IDOT concerns, Taylor Road dedication in connection with same (1.0); prepared communication to counsel for Offutt defendants with settlement proposal (.20). V.E.Powers | 2.30 hrs. | 520.00/hr | $ 1,196.00 |

| 07/22/15 | Attention to Defendant Offutt's Initial Disclosures (.2); conferenced with Powers on the settlement demand terms to send to Offutt (.2). | | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 07/24/15 | Attention to the docket and Notice of Hearing on Offutt's Motion to Dismiss Complaint (.2); considered the issues on which to seek summary judgment and research needed for the same (.5). | | | | |
| | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |
| 07/27/15 | Reviewed the docket for the adversary proceeding against Offutt, ███████████ ███████████ ████████ with Major and Gould. | | | | |
| | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |
| 07/27/15 | Reviewed prior research on easements and considered the elements, facts and proof to establish the same, and researched and considered the current bank acting as land trustee and prepared an analysis of the same. | | | | |
| | T.A.Crist | 4.30 hrs. | 395.00/hr | $ | 1,698.50 |
| 07/27/15 | Reviewed scheduled hearing dates and prepared communication to client team ███████ (.10); call from and conferred with Mr. Gil Saikley regarding terms of response to settlement demand (.10); ████████████████████████ to client team ████████ ████(.40). | | | | |
| | V.E.Powers | .60 hrs. | 520.00/hr | $ | 312.00 |
| 07/28/15 | Researched Illinois law for additional cases on implied easements. | | | | |
| | E.J.Stock | .40 hrs. | 280.00/hr | $ | 112.00 |
| 07/28/15 | Considered the settlement counter-proposal by Offutt and █████████████the custodian. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 07/28/15 | Continued to review issues for summary judgment. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 07/29/15 | Continued to research Illinois law on implied easements. | | | | |
| | E.J.Stock | 3.40 hrs. | 280.00/hr | $ | 952.00 |
| 07/29/15 | Prepared communication to client team ████████████████████ ███████████████████████. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 07/29/15 | Conferenced with Stock on research of proof and elements for an implied easement by necessity and by use, and preparation of portions of a motion for summary judgment. | | | | |
| | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |
| 07/29/15 | Analysis of title issues related to warehouse property (.40); prepared communication to client team ████████████████ (.10). | | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |
| 07/30/15 | Prepared for conference with client team ████████████████████ | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 07/30/15 | Worked on insert on Illinois easement law for inclusion in legal argument section of motion for summary judgment. | | | | |
| | E.J.Stock | 2.60 hrs. | 280.00/hr | $ | 728.00 |

| 07/30/15 | ███████████████████████ ███████████ to discuss with Major and Gould. | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |

| 07/31/15 | Conferred with client team ████████████████████████ ██████████████████████ (.90); prepared communication to Mr. Saikley, counsel to Offutt defendants, regarding settlement discussion; prepared communication to client team ███████████████ (.10). | | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| 07/31/15 | Prepared for and conferenced with Major and Gould ███████████████ ██████████████████████ (1.1); researched the land trustee to join in the adversary proceeding (1.3); considered next steps toward resolving the litigation (.3). | | | | |
| | T.A.Crist | 2.70 hrs. | 395.00/hr | $ | 1,066.50 |

| 08/03/15 | Drafted settlement counter demand proposal for Offutt defendants (1.20); prepared communication to client team ████████████████████ (.10); considered comments from client team █████████████ (.10); revised settlement demand language (.50); prepared communication to client team ██████████████████████ (.10). | | | | |
| | V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |

| 08/03/15 | Attention to correspondence from Hart, Neihart and Powers concerning the Illinois Department of Transportation permit and considered how to proceed. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |

| 08/03/15 | Reviewed notice from Illinois Secretary of State for assumed name renewal and exchanged e-mails regarding purpose and value of renewal. | | | | |
| | D. Hight | .50 hrs. | 465.00/hr | $ | 232.50 |

| 08/04/15 | Considered how to proceed regarding the permit for highway access, conferenced with Neihart and Speicher at the Illinois Department of Transportation, and researched Illinois law on highway access and freedom of information act request (3.0); reviewed the documents previously received from the Village of Tilton, including the Highway Permit (.5); prepared the Illinois Freedom of Information Act written request to the Illinois Department of Transportation for public records concerning the highway permit for Taylor Street (1.6); prepared follow-up correspondence to Speicher, per his request, and to request information from the Illinois Department of Transportation (.1). | | | | |
| | T.A.Crist | 5.20 hrs. | 395.00/hr | $ | 2,054.00 |

| 08/04/15 | Conferred with Angela Hart ████████████████████ (.10); finalized and circulated settlement demand to Gil Saikley (.20). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

| 08/05/15 | Reviewed and considered motion for joinder of land trustee (.20); preliminary attention to preparation for upcoming hearing and pretrial conference in Offutt matter (.30); attention to preparation of summary judgment motion (.40); considered issues to address for scheduled continued pretrial conference (.10). | | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| 08/05/15 | Reviewed the settlement proposal response in relation to preparation of motions in the adversary proceeding (.1);prepared the Plaintiff's Motion for Joinder of First Financial Bank, N.A., as Trustee Under Trust No. 5370, as a Party Defendant, and considered the remaining issues to address concerning the adversary proceeding (4.9); conferenced with Powers and considered the motion for joinder, motion for summary judgment, affidavit in support, and issues to address | | | | |

at the August 12 hearing and pretrial (1.0); prepared correspondence to Hart and Gould
████████████████████████████████████████(.2).

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 6.20 hrs. | 395.00/hr | $ | 2,449.00 |

08/06/15   Attention to correspondence from client ████████████████████████████████
████████████████████(1.3); continued to revise the Second Amended Complaint
and prepared the proposed Order granting the Motion to Join (2.5); prepared the Motion for
Joinder and Leave to Amend for filing (.3).

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 4.10 hrs. | 395.00/hr | $ | 1,619.50 |

08/06/15   Exchanged communications with Saikley, Defendants' counsel, ████████████
████████████ exchanged communications ███████████████████████.

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

08/07/15   Reviewed Exhibit B to the Motion for Joinder and for Leave to Amend (.3); prepared the
introduction and undisputed material facts for the Motion for Partial Summary Judgment for
Implied Easement (4.0).

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 4.30 hrs. | 395.00/hr | $ | 1,698.50 |

08/07/15   Conferred with Saikley regarding settlement proposals (.15); conferred with Rachael Gould

████████ (.20); prepared draft communication to Saikley regarding response (.05).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

08/10/15   Prepared the Affidavit of Major-Hart in support of the Motion for Partial Summary Judgment and
revised and further prepared the undisputed material facts for the Motion for Partial Summary
Judgment (4.6); prepared the remainder of the initial draft of the Motion for Partial Summary
Judgment (.4).

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 5.00 hrs. | 395.00/hr | $ | 1,975.00 |

08/10/15   Considered communication from Offutt counsel regarding settlement discussion (.10); considered
communication from Rachael Gould ████████████████████(.10); reviewed all terms
previously discussed regarding possible settlement and reviewed terms of amended complaint in
connection with preparation of further settlement communication (.20); prepared settlement
communication to Saikley (1.0); prepared communication to client team ████████████ (.10).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 1.50 hrs. | 520.00/hr | $ | 780.00 |

08/11/15   Attention to Offutt's requests to stay the litigation and reviewed and analyzed a response to the
Affidavit in Support of Motions to Vacate submitted by Offutt (.5); attention to the settlement
response and land trustee direction letter received from Saikley (.3); reviewed the response to
the FOIA request received from the Illinois Department of Transportation and the documents
provided, and analyzed the same (1.5).

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 2.30 hrs. | 395.00/hr | $ | 908.50 |

08/11/15   Conferences with Gil Saikley and Ed Barney, counsel for Offutt defendants (.10); prepared
communication to client team ████████████████████████ (.10); reviewed and
analyzed late-filed affidavit of Paul Offutt in support of motion to vacate (.10); exchanges with Mr.
Saikely regarding proposed settlement terms (.20); reviewed all pleadings and prepared for
hearings on motion to dismiss and motion to vacate default. (.90).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 1.40 hrs. | 520.00/hr | $ | 728.00 |

08/12/15   Conferenced with Powers on the result of the hearing on the Motion to Dismiss and Motions to
Vacate, and next steps in the adversary proceeding (.7); reviewed the audio recording of the
hearing on the Motions to Dismiss and to Vacate Default and considered the same in respect of
amending the Complaint (1.9).

|  |  |  |  |  |
|---|---|---|---|---|
| | T.A.Crist | 2.60 hrs. | 395.00/hr | $ 1,027.00 |
| 08/12/15 | Prepared for hearings in Offutt matter (1.0); drive to and return from hearing (8.0) (No Charge); participated in hearing (1.0); brief discussion with Offutt counsel Ed Barney following hearing (.10); considered issues and timing and strategized regarding evidence in support of summary judgment motion, timing on filing motion and amended complaint (.50). | | | |
| | V.E.Powers | 2.60 hrs. | 520.00/hr | $ 1,352.00 |
| 08/13/15 | Conferenced with Powers on amending the Complaint (.2); reviewed the Trust Agreement received from Saikley (.5). | | | |
| | T.A.Crist | .80 hrs. | 395.00/hr | $ 316.00 |
| 08/13/15 | Attention to needed revisions to amended complaint to join additionally discovered parties (.10); prepared communication to Offutt counsel regarding settlement terms and need for trust agreement and exchanged communications with counsel for Offutt (.40). | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 08/14/15 | Revised the Second Amended Complaint and prepared correspondence to Powers concerning the same; prepared correspondence to Stock concerning the easement to prepare (1.7); revised the Motion to Join First Financial Bank, N.A. and Amend the Complaint, along with the proposed Order (1.3). | | | |
| | T.A.Crist | 3.00 hrs. | 395.00/hr | $ 1,185.00 |
| 08/17/15 | Reviewed and revised motion for joinder of Land Trust, amended complaint to add Land Trust and reviewed, gathered, and prepared exhibits for filing (1.20); prepared communication to client team ███████████████████████████ (.20); attention to filing motion and amended complaint (.20). | | | |
| | V.E.Powers | 1.60 hrs. | 520.00/hr | $ 832.00 |
| 08/17/15 | Considered Orders entered by court denying motion to dismiss and granting motions to vacate default and followed up regarding next steps. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 08/18/15 | Considered Court's order on Offutt filings and attention to filing and service of second amended complaint. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 08/18/15 | Worked on access easement agreement. | | | |
| | E.J.Stock | .20 hrs. | 280.00/hr | $ 56.00 |
| 08/18/15 | Reviewed the Second Amended Complaint for filing and revised the Certificate of Service(.90); prepared an email to Mulvaney at First Financial Bank concerning the Order joining First Financial Bank and service of the Second Amended Complaint (.20). | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ 434.50 |
| 08/18/15 | Attention to the Order on the Motion to Join and Amend Complaint, and service of the Summons. | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ 79.00 |
| 08/19/15 | Attention to the Alias Summons (.20); revised correspondence to Mulvaney (.10); talked to the Clerk's Office concerning the plaintiff's attorney listed on the Alias Summons (.20); prepared correspondence to Caughey regarding a withdrawal (.20). | | | |
| | T.A.Crist | .70 hrs. | 395.00/hr | $ 276.50 |
| 08/19/15 | Considered the process with respect to the Alias Summons and amendment of the same. | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |

| 08/19/15 | Exchanged communications with Gil Saikley.<br>V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
|---|---|---|---|---|---|
| 08/20/15 | Worked on access easement for Taylor Street.<br>E.J.Stock | 2.40 hrs. | 280.00/hr | $ | 672.00 |
| 08/20/15 | Considered the recent developments concerning the potential settlement and claims.<br>T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |
| 08/20/15 | Attention to the status of settlement discussions with Saikley and the draft easement agreement, as well as the Consent Order of Custodianship.<br>T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 08/20/15 | Call from and conference with Gil Saikley (.10); prepared updated settlement terms for Offutt matter (.50); prepared correspondence to client team ███████████ (.20); analysis of settlement issues (.80).<br>V.E.Powers | 1.60 hrs. | 520.00/hr | $ | 832.00 |
| 08/24/15 | Attention to the docket and prepared follow-up correspondence to Caughey concerning his withdrawal (.2); reviewed the draft Access Easement agreement draft (.2).<br>T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 08/25/15 | Worked on revisions to access easement.<br>E.J.Stock | .70 hrs. | 280.00/hr | $ | 196.00 |
| 08/25/15 | Attention to the docket and continued to review the draft Access Easement Agreement (.3); conferenced with Stock on revisions to the Access Easement Agreement and discussed changes (.5); attention to correspondence from Gould ███████████ (.1); reviewed the Motion to Withdraw filed by Caughey, prepared a response to him, prepared the Second Amended Complaint for service, and forwarded the Notice Requesting Order to Caughey (.8); attention to the Order Granting Motion to Withdraw Appearance, conferenced with the Clerk's office on obtaining an alias summons and prepared a letter to the Clerk requesting the same (.7).<br>T.A.Crist | 2.40 hrs. | 395.00/hr | $ | 948.00 |
| 08/26/15 | Attention to filing letter request for Alias Summons (.30); revised correspondence to Mulvaney forwarding the Order, Second Amended Complaint and Alias Summons, and prepared the same for service (.90); attention to various service filings (.1); conferenced with Powers on issues concerning preparation of the building at 1803 Georgetown Road for sale (.4).<br>T.A.Crist | 1.70 hrs. | 395.00/hr | $ | 671.50 |
| 08/26/15 | Prepared for conference (.10) and conferred with client team ███████████<br>███████████ (.30).<br>V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 08/27/15 | Call with Saikley regarding settlement; reviewed upcoming deadlines.<br>V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 08/28/15 | Exchanged communications with Rachael Gould ███████████<br>███████<br>V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 08/31/15 | Corresponded with Powers concerning preparation of a Preliminary Witness and Exhibit List (.1); prepared the Preliminary Witness and Exhibit Lists for the Offutt adversary proceeding (2.4); conferenced with Juhant ███████████ (1.2); | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | reviewed documents received from Juhant, conferenced with Powers and prepared follow-up correspondence to Juhant ██████████(1.0). | | | | |
| | T.A.Crist | 4.70 hrs. | 395.00/hr | $ | 1,856.50 |
| 08/31/15 | Attention to preliminary witness and exhibit lists (.20); communication to client team ████ ██████████(.10). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 09/01/15 | Finalized Plaintiff's Preliminary Witness and Exhibit Lists for filing. | | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 09/01/15 | Reviewed Offutt Preliminary Witness and Exhibit Lists (.10); prepared communication to client team ██████████(.10); prepared proposed settlement terms (.50); prepared communication to client team ██████████(.10); exchanged communications with client team ██████████(.10); reviewed prior communications and prepared communication to Saikley with settlement terms (.20); prepared email to Saikley with service of Preliminary Exhibit and Witness Lists (.10); correspondence to client team ██████████(.10). | | | | |
| | V.E.Powers | 1.30 hrs. | 520.00/hr | $ | 676.00 |
| 09/02/15 | Reviewed the proposed settlement terms in relation to the Access Easement Agreement and updated Powers on the status of the same. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 09/03/15 | Requested certified copies of the deeds at issue in the implied easement dispute. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 09/03/15 | Exchanged communications with Mr. Saikley regarding settlement issues. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 09/04/15 | Revised correspondence to the Vermilion County Recorder to obtain certified copies of deeds. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 09/08/15 | Attention to the letter from Saikley and terms of the settlement (.10). | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 09/08/15 | Reviewed letter from Saikley and prepared response (.10); prepared communications to client team ██████████(.10). | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 09/09/15 | Reviewed the terms of the settlement outlined and prepared the Recitals to a Settlement Agreement. | | | | |
| | T.A.Crist | 4.80 hrs. | 395.00/hr | $ | 1,896.00 |
| 09/10/15 | Continued to prepare the Settlement Agreement to resolve the Offutt adversary proceeding. | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 09/11/15 | Continued to draft the Settlement Agreement (3.2); reviewed the Answers of Offutt to the Second Amended Complaint filed by Defendants (.6). | | | | |
| | T.A.Crist | 3.80 hrs. | 395.00/hr | $ | 1,501.00 |
| 09/11/15 | Attention to documents and terms for settlement agreement (.10). | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 09/12/15 | Continued to prepare and revise the Settlement Agreement (.50) prepared a Consent Decree and Judgment Entry (.70). | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |

| 09/13/15 | Continued to prepare the Consent Decree and Judgment Entry (1.50); revised the Settlement Agreement and Access Easement (3.20); reviewed the Answers filed by Offutt Development, Inc., Security Ventures, Inc. and First Financial Bank, N.A., and reviewed the Notice of Pretrial Conference and Pretrial Order (2.0). | | | |
| | T.A.Crist | 6.70 hrs. | 395.00/hr | $ | 2,646.50 |

| 09/14/15 | Further revised the Consent Decree and Judgment Entry (.5); reviewed and forwarded the Answers to the Second Amended Complaint and the Pretrial Order to Hart and Gould (1.0); attention to the first Pretrial Statement and dispositive motion deadline stated therein (.1); considered the role of the Village of Tilton, Illinois in the Settlement Agreement (.3); prepared correspondence to Hart and Gould ███████████████████████████████ (.2). | | | |
| | T.A.Crist | 2.10 hrs. | 395.00/hr | $ | 829.50 |

| 09/14/15 | Attention to settlement documents and needed terms (.10). | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 09/15/15 | Considered further provisions for the Settlement Agreement and incorporated the same. | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |

| 09/16/15 | Attention to correspondence from Gould ████████████████████████ ██████. | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 09/18/15 | Reviewed the draft Settlement Agreement, Consent Decree and Judgment Entry and Access Easement to incorporate comments by Powers (1.20); prepared communication to Hart ██████ ████████(.10) | | | |
| | T.A.Crist | 1.30 hrs. | 395.00/hr | $ | 513.50 |

| 09/18/15 | Reviewed revised settlement documents (1.70); conference with Angela Hart and Rachael Gould ████████████████(.10). | | | |
| | V.E.Powers | 1.80 hrs. | 520.00/hr | $ | 936.00 |

| 09/22/15 | Prepared the revised versions of the Settlement Agreement, Consent Decree and Judgment Entry, and Access Easement (1.40); prepared correspondence to Hart ██████████(.10). | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |

| 09/23/15 | Attention to correspondence from Gould ████████████████████(.10); revised the settlement documents per further comments from Gould and the Committee (2.80); prepared correspondence to Gould ██████████████(.20); discussed revisions to make to the Settlement Agreement per the Committee (.20). | | | |
| | T.A.Crist | 3.30 hrs. | 395.00/hr | $ | 1,303.50 |

| 09/23/15 | Attention to Offutt settlement matters and reviewed and revised documents. | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

| 09/24/15 | Consideration of settlement discussion with Village of Tilton. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 09/24/15 | Attention to correspondence from Gould ████████████████████(.10); | | | |

| | | | | |
|---|---|---|---|---|
| | prepared correspondence to Saikley and draft settlement documents to attach (.90). | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ 395.00 |
| 09/25/15 | Attempted to conference with Brougher, left a detailed message and forwarded the settlement documents for review by the Village. | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |
| 09/28/15 | Conferenced with Brougher's assistant concerning the Settlement Agreement and the Village's role. | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 09/30/15 | Considered upcoming deadlines agreed in pretrial statement (.10). | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 10/01/15 | Prepared correspondence to Saikley concerning the settlement documents (.2); attention to Saikley's response and to set-up a call to discuss settlement documents, prepare communication to Gould ▮▮▮▮▮▮▮▮▮(.1) and responded to Saikley (.1). | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ 158.00 |
| 10/05/15 | Prepared for and participated in conference with counsel for Offutt regarding settlement documents (.30); considered requested changes (.20). | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 10/05/15 | Conferenced with Saikley on Offutt's comments on the proposed Settlement Agreement and Consent Decree and considered the same. | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |
| 10/08/15 | Prepared revisions to the Settlement Agreement in response to comments from Saikley (1.8); prepared correspondence to Gould ▮▮▮▮▮▮▮▮▮(.2). | | | |
| | T.A.Crist | 2.00 hrs. | 395.00/hr | $ 790.00 |
| 10/08/15 | Conferenced with Mudd concerning the Village's review of the Settlement Agreement. | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 10/09/15 | Exchanged communication with client team ▮▮▮▮▮▮▮▮▮▮▮▮ (.20). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 10/12/15 | Reviewed and revised Offutt settlement documents. | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 10/12/15 | Exchanged communications with Gould ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮(.3); attention to comments on the Offutt settlement documents received from Powers and incorporated the same (.5); revised the Settlement Agreement and Consent Decree (.2); prepared communication to Gould ▮▮▮▮▮▮▮▮(.1); attention to correspondence from Gould ▮▮▮▮▮▮▮▮▮▮▮(.1). | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ 474.00 |
| 10/13/15 | Prepared the revisions to the Settlement Agreement and Consent Decree and Judgment Entry and correspondence to Saikley (.6); attention to the Subpoenas received from Barney (.2); prepared correspondence to Major and Gould ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.5). | | | |
| | T.A.Crist | 1.30 hrs. | 395.00/hr | $ 513.50 |
| 10/14/15 | Conferred with Crist regarding Subpoenas from Offutt and determined proposed strategy (.30); conferred with Angela Hart ▮▮▮▮▮▮▮▮▮▮▮ (.40); followed up regarding strategy for | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | responding to Subpoena (.30). | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ 520.00 |
| 10/14/15 | Reviewed the docket for the Offutt adversary and attempted to conference with Barney ████████████ (.70); considered how to respond to the subpoena issued by Barney (.30); responded to correspondence from Chapell ████████████ (.10); analyzed the bases to object to the subpoena (1.0). | | | |
| | T.A.Crist | 2.10 hrs. | 395.00/hr | $ 829.50 |
| 10/15/15 | Attention to, and prepared a response to, correspondence from Bartenschlag ████████ ██████████████████████ (.50); reviewed the Vermilion County pleadings (.10); attention to voice mail from Saikley and reviewed the language requested for the Settlement Agreement (.20); prepared a response to Saikley (.10); prepared correspondence to Major and Gould ████████████████ (.20). | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ 434.50 |
| 10/16/15 | Conferenced with Powers concerning revisions to the Settlement Agreement (.20); conferenced with Saikley on resolving the terms of the Settlement Agreement and concerning the subpoenas (.60); revised the Settlement Agreement and Consent Decree and Judgment Entry per the discussion with Saikley (.80); prepared correspondence to Major and Gould █████ (.20); prepared correspondence to Saikley concerning the revised Settlement Agreement (.20). | | | |
| | T.A.Crist | 2.00 hrs. | 395.00/hr | $ 790.00 |
| 10/16/15 | Considered Offutt comments on settlement documents (.10); exchanged communications with client team ██████████████████████ (.10); considered options for responding to comments (.10); considered update on Offutt settlement and revisions to documents; exchanged communications with client team ██████████████████ ██████ (.10). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ 208.00 |
| 10/19/15 | Considered discussion of subpoena with Barney (.2); reviewed the Vermilion County Circuit Court docket for the suit by Offutt against Gaudio (.2); attempted to conference with and left Barney a detailed voice message concerning the subpoenas (.1); prepared a request to obtain certain filings in the Vermilion County Circuit Court case (.1). | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ 237.00 |
| 10/20/15 | Attention to the Vermilion Circuit Court filings received from the Clerk of Court and correspondence concerning the subpoenas issued in the Offutt adversary. | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ 158.00 |
| 10/21/15 | Considered and drafted a portion of a Motion to Quash Subpoenas issued by Barney (1.7); conferenced with Saikley concerning the revised Settlement Agreement and the Subpoenas (.2). | | | |
| | T.A.Crist | 1.90 hrs. | 395.00/hr | $ 750.50 |
| 10/21/15 | Considered how to proceed with Settlement Agreement and Subpoenas (.5); correspondence with First Midwest ██████████████████ (.4); prepared correspondence to Saikley concerning the depositions and finalizing the settlement (1.5). | | | |
| | T.A.Crist | 2.40 hrs. | 395.00/hr | $ 948.00 |
| 10/22/15 | Exchange correspondence with Gould ████████████████████████ | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ 79.00 |
| 10/25/15 | Drafted the agreement concerning deposition of Bartenschlag and stay of further discovery in the adversary proceeding. | | | |

|  |  | T.A.Crist | 2.00 hrs. | 395.00/hr | $ | 790.00 |

| 10/26/15 | Attention to communication from Gould ████████████████████ (.2) revised Deposition and Stay Agreement (.4). | | | | | |
|  | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |

| 10/26/15 | Made final revisions to the settlement documents and prepared correspondence to Saikley forwarding the same and the Deposition and Stay Agreement for execution. | | | | | |
|  | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |

| 10/26/15 | Attention to preparation of a 9019 motion for the Offutt settlement. | | | | | |
|  | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |

| 10/28/15 | Prepared correspondence to Saikley concerning the status of the Settlement Agreement. | | | | | |
|  | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |

| 10/30/15 | Corresponded with Saikley concerning the Deposition and Stay Agreement (.2); revised the Deposition and Stay Agreement (.9); prepared correspondence to Major and Gould ████████ (.1). | | | | | |
|  | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |

| 11/01/15 | Prepared the Motion to Approve Compromise for the Settlement Agreement with Offutt. | | | | | |
|  | T.A.Crist | 2.90 hrs. | 395.00/hr | $ | 1,145.50 |

| 11/01/15 | Prepared correspondence to Major and Gould ████████████████████ | | | | | |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 11/02/15 | Revised the settlement documents to update the execution dates and fill in other necessary information (1.2); prepared correspondence to Saikley concerning the settlement documents (.2); prepared correspondence to Major and Gould ████████████ (.2); conferenced with Saikley on the Deposition and Stay Agreement and a final modification (.2); prepared the revised Deposition and Stay Agreement and correspondence to Major, Gould and Saikley concerning the same (.7). | | | | | |
|  | T.A.Crist | 2.50 hrs. | 395.00/hr | $ | 987.50 |

| 11/03/15 | Prepared correspondence to the Village of Tilton's counsel forwarding the final Settlement Agreement and requesting execution of the same. | | | | | |
|  | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |

| 11/04/15 | Attention to correspondence form Saikley concerning the signature to the settlement documents and prepared a response. | | | | | |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 11/05/15 | Revised the Motion to Approve Settlement (.8); prepared correspondence to Major and Gould ████████ ████████████████████████████ .1); attention to correspondence from Mudd concerning the Village's execution of the Settlement Agreement and prepared a response to Mudd concerning the Motion for Approval of the Settlement Agreement (.1). | | | | | |
|  | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |

| 11/06/15 | Attention to voice mail from Mulvaney and conferenced with him concerning First Financial Bank's participation in the Offutt settlement agreement (.5); prepared correspondence to Major and Gould ████████████████████ (.5). | | | | | |
|  | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |

| 11/09/15 | ███████████████████ received from Major and prepared a response (.2); attention to correspondence from and prepared a response to Gould ███████████(.3); reviewed and revised the exoneration paragraph received from Mulvaney (.5); attempted to conference and left a message for Saikley, followed by correspondence concerning changes to the Access Easement document (.5). | | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |

| 11/10/15 | Prepared the revised Access Easement to incorporate the land trustee exoneration paragraph and add Security ventures, Inc. as a party. | | | | |
| | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |

| 11/11/15 | Continued to revise the Access Easement (1.0); prepared correspondence to Gould and Major ███████████████████n (.2); conferenced with Powers concerning the deposition of Bartenschlag (1.0); prepared correspondence to Gould and Major ███████████(.3); prepared correspondence to Saikley and Mulvaney with the revised Access Easement (.4). | | | | |
| | T.A.Crist | 2.90 hrs. | 395.00/hr | $ | 1,145.50 |

| 11/11/15 | Communication regarding settlement reached with Offutt and upcoming deposition of Custodian representative. | | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |

| 11/11/15 | Attention to settlement matters and issues (.50); conference with Crist in preparation for upcoming depositions (N/C). | | | | |
| | V.E.Powers   [NO CHARGE 1.0] | 1.50 hrs. | 520.00/hr | $ | 780.00 |

| 11/12/15 | Further attention to issues related to upcoming depositions. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 11/12/15 | Attention to correspondence from Mulvancy and prepared a response (1.); prepared an update to Gould and Major ███████████████(.1). | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 11/13/15 | Call with Gould ███████████████ | | | | |
| | C. Fugate | .60 hrs. | 310.00/hr | $ | 186.00 |

| 11/13/15 | Conferenced with Gould ███████████████████████ (.7); conferenced with Saikley on the final execution of the settlement agreement and related issues (.2). | | | | |
| | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |

| 11/13/15 | Conference with client team ███████████████ | | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ | 364.00 |

| 11/16/15 | Prepared for meeting with Bartenschlag and Gould ███████████████(.6); conference with Bartenschlag and Gould ███████████████████ (.6). | | | | |
| | C. Fugate | 1.10 hrs. | 310.00/hr | $ | 341.00 |

| 11/16/15 | Attention to the status of the settlement and depositions and prepared correspondence to Tapella concerning the same (.3); attention to the Deposition and Stay Agreement received from Saikley and prepared a response concerning the remaining settlement documents and the deposition (.3); attention to the voice message from Saikley and conferenced with him concerning the exchange of executed settlement documents and the deposition of Bartenschlag (.5); attention to | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | the email from Saikley concerning executed settlement documents and prepared a response to confirm request for the Consent Decree and Final Plat (.3). | | | |
|  | T.A.Crist | 1.40 hrs. | 395.00/hr | $ 553.00 |
| 11/16/15 | Attention to alerting counsel for Helen and Earl Gaudio of upcoming depositions (.10); attention to failure of Offutt parties to deliver signature pages (.10). | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 11/17/15 | Attention to preparation for depositions and conference with client team ████████ (.70); considered outstanding issues on finalizing settlement documents and open issues (.20). | | | |
|  | V.E.Powers | .90 hrs. | 520.00/hr | $ 468.00 |
| 11/17/15 | Prepared to defend deposition of Bartenschlag. | | | |
|  | C. Fugate | 2.60 hrs. | 310.00/hr | $ 806.00 |
| 11/17/15 | Conferenced with Fugate concerning the deposition of Bartenschlag and preparation for the same (1.2); reviewed the Motion to Quash filed by Helen Gaudio (.6); attention to correspondence from Gould ████████ (.3); prepared correspondence to Saikley requesting documents requested for the facility (.3); exchanged communications with Gould ████████ (.3); attention to the response from Saikley and prepared a reply concerning the documents required to finalize the settlement (.3); reviewed the counterparts received from Saikley for the settlement, assembled the final versions, and responded to Saikley concerning the same (.1). | | | |
|  | T.A.Crist | 3.10 hrs. | 395.00/hr | $ 1,224.50 |
| 11/18/15 | Final preparation to attend Bartenschlag's deposition, by making list of items to discuss with Saikley and Barney to finalize settlement (.5); travel to Danville, IL to attend Bartenschlag's deposition (1.8) (No Charge); met with Bartenschlag and Gould ████████ (1.7); attended deposition of Bartenschlag (.9); met with Barney and Saikley to discuss outstanding items relating to the settlement with Offutt to reduce his proof of claim (.3); met with Gould and Bartenschlag ████████ (1.0); return travel to Indianapolis (1.9) (No Charge). | | | |
|  | C. Fugate | 3.90 hrs. | 310.00/hr | $ 1,209.00 |
| 11/18/15 | Conferenced with Fugate on the deposition of Bartenschlag and settlement documents. | | | |
|  | T.A.Crist | .40 hrs. | 395.00/hr | $ 158.00 |
| 11/18/15 | Considered report on results of deposition. | | | |
|  | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 11/19/15 | Concidered and responded to correspondence from Gould ████████ (1.0); prepared correspondence to Mudd concerning the Village's execution of the settlement agreement and related issues (.5); responded to correspondence from Gould ████████ (.1); prepared a summary of the status of the Offutt adversary for the U.S. Trustee, Petesch (.5); prepared a response to Saikley concerning the settlement documents, motion to approve compromise and offer to make a bid (.9). | | | |
|  | T.A.Crist | 3.00 hrs. | 395.00/hr | $ 1,185.00 |
| 11/19/15 | Attended to status of documents needed to finalize settlement with Offutt. | | | |
|  | C. Fugate | .10 hrs. | 310.00/hr | $ 31.00 |
| 11/20/15 | Attention to service issues concerning the Motion to Approve Settlement (.4); conferenced with Powers on the 9019 Motion for the Offutt adversary (.1). | | | |
|  | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/20/15 | Attention to outstanding settlement issues and 9019 motion.<br>V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 11/22/15 | Responded to correspondence from Mudd to provide him with the clean Consent Decree and Judgment Entry (.2); prepared an initial draft of a Motion to Continue Pretrial Conference Pending Motion to Approve Settlement (.3).<br>T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |
| 11/23/15 | Reviewed the various counterparts received from counsel to defendants and assembled the Exhibit 1 - Settlement to the Motion to Approve Settlement (1.2); finalized the Motion and Exhibits for approval of the settlement of Offutt adversary proceeding, and prepared the Certificate of Service (2.9); continued to draft the Joint Motion to Continue Pretrial Conference (.7); attention to and responded to correspondence concerning the Offutt proposal to bid (.1); prepared the Form 20A objection notice requested by the Clerk of Court (1.1); prepared correspondence to Defendants' counsel with and seeking approval of the Joint Motion to Continue Pretrial Conference (.5).<br>T.A.Crist | 6.50 hrs. | 395.00/hr | $ 2,567.50 |
| 11/23/15 | Attention to issues on 9019 Motion.<br>V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 11/24/15 | Left a voice message for Barney concerning the Joint Motion to Continue Pretrial.<br>T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 11/25/15 | Attempted to conference with Dent and revised the Motion to Continue Pretrial Conference for filing (.7); attention to the Joint Motion, as filed, and service (.1); prepared the Consent Decree and Final Judgment Entry for execution by Dent and correspondence regarding the same (.4).<br>T.A.Crist | 1.20 hrs. | 395.00/hr | $ 474.00 |
| 12/02/15 | Attention to the hearing on the Motion to Quash Subpoena and summarized the same.<br>T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |
| 12/02/15 | Considered results of hearing on motion to quash and considered issues.<br>V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 12/07/15 | Attention to the Exhibit B - Consent Decree and Judgment Entry signed by Dent and prepared correspondence to Dent's Assistant, Britni, concerning the original copy.<br>T.A.Crist | .20 hrs. | 395.00/hr | $ 79.00 |
| 12/10/15 | Prepared correspondence to Quick to request Barney's signed original of the Consent Decree and Judgment Entry.<br>T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 12/15/15 | Considered request for account partition.<br>V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |

<u>Summary of Fees</u>

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. Fugate | 8.50 | 310.00 | 2,635.00 |
| D. Hight | 0.50 | 465.00 | 232.50 |
| T.A.Crist | 142.10 | 395.00 | 56,129.50 |
| V.E.Powers | 32.90 | 520.00 | 17,108.00 |
| E.J.Stock | 9.70 | 280.00 | 2,716.00 |
| TOTAL | 193.70 |  | 78,821.00 |

TOTAL Fees for Professional Services.................................................................................................. $      78,821.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 07/20/15 | Photocopies | 78 | $ | 0.15 | $      11.70 |
| 07/22/15 | Tele-Conferencing Long Distance | 167 | $ | 0.04 | $      6.33 |
| 08/17/15 | Photocopies | 94 | $ | 0.15 | $      14.10 |
| 08/17/15 | Photocopies | 94 | $ | 0.15 | $      14.10 |
| 08/17/15 | Postage Expense , | 1 | $ | 5.48 | $      5.48 |
| 08/24/15 | Travel to/from Urbana, IL to Court for hearing on Motions to Vacate, Dismiss Adversary and Sell Free and Clear of Liens (592 miles) (August 12, 2015) (Victoria E. Powers) | 1 | $ | 340.40 | $      340.40 |
| 08/26/15 | Postage Expense , | 1 | $ | 16.22 | $      16.22 |
| 09/04/15 | Recording fees for certified copies for three deeds | 1 | $ | 36.00 | $      36.00 |
| 09/04/15 | Photocopies | 2 | $ | 0.15 | $      0.30 |
| 10/21/15 | Copying charges for Paul Offutt v. Earl Gaudio, Case No. 13-L-70 | 1 | $ | 26.00 | $      26.00 |
| 10/21/15 | Photocopies | 3 | $ | 0.15 | $      0.45 |
| 11/19/15 | Travel to and from Danville, IL for A. Bartenschlag's deposition. | 1 | $ | 100.62 | $      100.62 |
| 11/23/15 | Photocopies | 2,418 | $ | 0.15 | $      362.70 |
| 11/23/15 | Photocopies | 78 | $ | 0.15 | $      11.70 |
| 11/23/15 | Photocopies | 2,496 | $ | 0.15 | $      374.40 |
| 11/23/15 | Postage Expense , | 1 | $ | 73.60 | $      73.60 |
|  | Color Photocopies |  | | | $      7.50 |
|  | Courier Expense |  | | | $      11.94 |

TOTAL Itemized Charges ......................................................................................................................... $      1,413.54

TOTAL DUE FOR THIS PERIOD................................................................................................................ $      80,234.54

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller

### LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                                February 29, 2016

<u>Option 1 By CHECK:</u>                                          <u>Option 2 By WIRE TRANSFER:</u>

ICE MILLER LLP                                                            Huntington Bank
P.O. Box 68                                                    ABA for ACH:    ▮▮▮▮▮
Indianapolis, IN  46206-0068                                  ABA for Wire:   ▮▮▮▮▮
(317) 221-2996                                                Account No.:    ▮▮▮▮▮
                                                              Swift Code:     ▮▮▮▮
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Gaudio -- Operational Real Estate Investigation and
                    Litigation Activities
                    35066.0018

INVOICE #:          1405529

PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................................................... $        80,234.54

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Ch                          Invoice 1418474   Page 1
c/o First Midwest Bank, N.A.                                                                          May 30, 2016
Attn:  Angela Hart
2801 West Jefferson
Joliet, IL  60435

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0001
General Representation

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 12/18/15 | Photocopies | 3 | $ | 0.15 | $ 0.45 |
| 12/18/15 | Photocopies | 5 | $ | 0.15 | $ 0.75 |
| 12/23/15 | Photocopies | 570 | $ | 0.15 | $ 85.50 |
| 12/23/15 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| 01/29/16 | Photocopies | 704 | $ | 0.15 | $ 105.60 |
| 02/03/16 | Postage Expense , | 32 | $ | 1.42 | $ 45.44 |
| 03/04/16 | Photocopies Photocopies | 544 | $ | 0.15 | $ 81.60 |
| 03/04/16 | Photocopies Photocopies | 4 | $ | 0.15 | $ 0.60 |
| 03/10/16 | Travel to U.S. Bankruptcy Court in Urbana, Illinois to attend hearing; return travel to Ohio (616 miles) | 1 | $ | 332.64 | $ 332.64 |
| 04/08/16 | Photocopies | 1 | $ | 0.15 | $ 0.15 |
| 04/08/16 | Photocopies | 2 | $ | 0.15 | $ 0.30 |
| | Color Photocopies | | | $ | 163.00 |

TOTAL Itemized Charges .................................................................................................................. $        816.33


TOTAL DUE FOR THIS PERIOD.................................................................................................. $        816.33

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              May 30, 2016

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                     Huntington Bank
P.O. Box 68                                          ABA for ACH:   ███████
Indianapolis, IN  46206-0068                         ABA for Wire:  ███████
(317) 221-2996                                       Account No.:   ███████
                                                     Swift Code:    ███████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Ch
                    c/o First Midwest Bank, N.A.
                    Attn:  Angela Hart
                    2801 West Jefferson
                    Joliet, IL  60435

MATTER TITLE:       General Representation
                    35066.0001

INVOICE #:          1418474

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................. $          816.33

ACCOUNTS ARE DUE UPON RECEIPT

# Ice Miller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11  
c/o First Midwest Bank  
Attn: Angela Major Hart  
24509 West Lockport Street  
Plainfield, IL 60544

Invoice 1418475   Page 1  
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016  
Federal ID #35-0874357

OUR MATTER # 35066.0003  
Asset Disposition

| Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| 12/18/15 | Reviewed and revised UPS sale notice for filing.<br>V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 12/18/15 | Finalized and filed report of sale of UPS Store (.8); identified tasks to be completed regarding UPS Store in Danville (1.1).<br>D.M.Anderson | 1.90 hrs. | 365.00/hr | $ | 693.50 |
| 01/04/16 | Worked on motion to reject UPS store lease in Danville, including review of franchise agreement and related documents.<br>D.M.Anderson | 3.10 hrs. | 365.00/hr | $ | 1,131.50 |
| 01/05/16 | Worked on motion to reject agreements related to Danville UPS Store (3.6); conference with Rebecca Juhant and Kim Klonicki ▮▮▮▮▮▮▮ (.5).<br>D.M.Anderson | 4.10 hrs. | 365.00/hr | $ | 1,496.50 |
| 01/06/16 | Worked on motion to reject contracts related to UPS Store in Danville.<br>D.M.Anderson | 2.00 hrs. | 365.00/hr | $ | 730.00 |
| 01/07/16 | Reviewed lease documents and franchise documents at UPS Store.<br>D.M.Anderson | 1.30 hrs. | 365.00/hr | $ | 474.50 |
| 01/11/16 | Prepared email correspondence with counsel for UPS Store regarding rejection of franchise agreement (.4); reviewed terms of franchise agreement (.3); revised motion to reject (.4).<br>D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 01/12/16 | Prepared correspondence with counsel for UPS regarding closing of Danville store (.6); worked on motion to reject (.5).<br>D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 01/13/16 | Reviewed UPS Franchise agreement and related leases (1.0); revised motion to reject leases in conjunction with UPS Store in Danville (1.1).<br>D.M.Anderson | 2.10 hrs. | 365.00/hr | $ | 766.50 |

| Date | Description | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| 01/14/16 | Reviewed and prepared email correspondence with counsel for the UPS Store (.5); reviewed termination checklists sent by UPS Store (.6). | | | | |
| | D.M.Anderson | 1.10 hrs. | 365.00/hr | $ | 401.50 |
| 01/15/16 | Conference with Juhant and Klonicki ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (.4); reviewed UPS closing checklist (.3); revised rejection motion (.5). | | | | |
| | D.M.Anderson | 1.20 hrs. | 365.00/hr | $ | 438.00 |
| 01/20/16 | Followed up regarding termination of UPS Store franchise and property lease. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 01/21/16 | Reviewed letters to mailbox customers (.2); considered whether to include short-term agreements in motion to reject (.3). | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 01/25/16 | Analyzed buyout provisions of fixture lease (.5); analyzed impact and issues arising from potential bid to acquire Danville store (.3). | | | | |
| | D.M.Anderson | .80 hrs. | 365.00/hr | $ | 292.00 |
| 01/26/16 | Analyzed potential disposition of leased fixtures at UPS store. | | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |
| 01/27/16 | Reviewed potential offer to purchase UPS Store in Danville. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 02/02/16 | Attention to Motion to Reject UPS Lease to be filed today. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 02/02/16 | Finalized and filed motion for rejection of UPS Store agreements. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 02/03/16 | Prepared certificate of service regarding motion to reject. | | | | |
| | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |
| 02/03/16 | Revised motion for leave to amend complaint. | | | | |
| | D.M.Anderson   [Matter 2/American Express] | .30 hrs. | 365.00/hr | $ | 109.50 |
| 02/04/16 | Finalized and filed certificate of service of hearing on motion to reject. | | | | |
| | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |
| 02/05/16 | Reviewed issues related to payment of buyout amount for fixture lease and removal of signage at UPS Store. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 02/22/16 | Reviewed emails from client ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ (.2); provided analysis of same (.2). | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 02/23/16 | Reviewed status of closing of Danville store (.2); reviewed issue relating to outstanding receivable from Champaign store (.2). | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 02/24/16 | Attention to issues related to closure of UPS store and disposition of remaining inventory and | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | equipment. |  |  |  |  |
|  | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 02/25/16 | Drafted motion regarding sale of UPS Store inventory and equipment. |  |  |  |  |
|  | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |
| 02/25/16 | Considered options for sale of assets of UPS store to be closed (.10). |  |  |  |  |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 02/26/16 | Worked on motion to sell UPS Store inventory and motion to expedite hearing |  |  |  |  |
|  | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 02/29/16 | Worked on motion to sell UPS Store assets. |  |  |  |  |
|  | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 03/01/16 | Revised UPS Store Motion to Sell. |  |  |  |  |
|  | D.M.Anderson | .90 hrs. | 365.00/hr | $ | 328.50 |
| 03/02/16 | Revised motion to sell UPS Store inventory. |  |  |  |  |
|  | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |
| 03/03/16 | Finalized motion to sell surplus inventory. |  |  |  |  |
|  | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |
| 03/03/16 | Reviewed terms of UPS Sale Motion for filing. |  |  |  |  |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 03/04/16 | Finalized and filed motion to sell UPS Store inventory. |  |  |  |  |
|  | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 03/08/16 | Reviewed issue regarding Comcast cancellation fee at UPS Store (.2); prepared communication to client ███████(.1); prepared for hearing on motion to reject (.4). |  |  |  |  |
|  | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |
| 03/08/16 | Reviewed UPS Store lease issue. |  |  |  |  |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 03/09/16 | Traveled to Urbana (4.9) (No charge for travel time above 1.0 hour); prepared for hearing on motion to reject (.9); participated in hearing (.2); returned to Ohio (5.9) (No charge for travel time above 1.0 hour) |  |  |  |  |
|  | D.M.Anderson | 3.10 hrs. | 365.00/hr | $ | 1,131.50 |
| 03/10/16 | Drafted and uploaded order approving rejection of UPS Store contracts. |  |  |  |  |
|  | D.M.Anderson | .30 hrs. | 365.00/hr | $ | 109.50 |
| 03/24/16 | Researched mold disclosure requirements in Illinois. |  |  |  |  |
|  | C. McCleary | 3.40 hrs. | 230.00/hr | $ | 782.00 |
| 03/24/16 | Considered Illinois Law regarding issues on sale of real property. |  |  |  |  |
|  | D. Hight | .50 hrs. | 465.00/hr | $ | 232.50 |
| 03/28/16 | Reviewed the research on obligations in connection with selling real estate. |  |  |  |  |
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 03/29/16 | Communications with client team ███████████████. | | | | |
| | D. Hight | .60 hrs. | 465.00/hr | $ | 279.00 |
| 03/30/16 | Further communications with client team ██████████████. | | | | |
| | D. Hight | .80 hrs. | 465.00/hr | $ | 372.00 |
| 04/12/16 | Analyzed issues related to termination of Comcast internet and cable service at Danville UPS store. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 04/12/16 | Considered Binswanger contract terms, agreements with Offutt and SBA and communications regarding offers. | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D. Hight | 1.90 | 465.00 | 883.50 |
| T.A.Crist | 0.20 | 395.00 | 79.00 |
| V.E.Powers | 1.00 | 520.00 | 520.00 |
| D.M.Anderson | 33.20 | 365.00 | 12,118.00 |
| C. McCleary | 3.40 | 230.00 | 782.00 |
| TOTAL | 39.70 | | 14,382.50 |

TOTAL Fees for Professional Services............................................................................................................. $    14,382.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 02/02/16 | Photocopies | 432 | $ | 0.15 | $    64.80 |
| 02/03/16 | Postage Expense , | 36 | $ | 1.42 | $    51.12 |
| 02/04/16 | Postage Expense , | 1 | $ | 15.68 | $    15.68 |

TOTAL Itemized Charges ................................................................................................................................ $    131.60

TOTAL DUE FOR THIS PERIOD................................................................................................................... $    14,514.10

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

### LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                                    May 30, 2016

<u>Option 1 By CHECK:</u>                                          <u>Option 2 By WIRE TRANSFER:</u>

ICE MILLER LLP                                                          Huntington Bank
P.O. Box 68                                                      ABA for ACH:  ▮▮▮▮▮▮
Indianapolis, IN  46206-0068                                     ABA for Wire:  ▮▮▮▮▮▮
(317) 221-2996                                                   Account No.:  ▮▮▮▮▮▮
                                                                  Swift Code:  ▮▮▮▮▮▮
                                            Please reference our matter # and/or invoice #

CLIENT NAME:          First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                      c/o First Midwest Bank
                      Attn:  Angela Major Hart
                      24509 West Lockport Street
                      Plainfield, IL  60544

MATTER TITLE:         Asset Disposition
                      35066.0003

INVOICE #:            1418475

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................. $      14,514.10

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1418476  Page 1
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0005
Case Administration

| Date | Description | Hours | Rate | | Amount |
|------|-------------|-------|------|---|--------|
| 12/16/15 | Prepared correspondence to Klonicki ██████████ (.9); continued to analyze the guaranties of obligations (.6); conferenced with Klonicki █████████ (.3); considered the deadline and timing of filing the Monthly Operating Reports and Amended Cash Flow Reports (.2); reviewed the revised Cash Flow Reports received from Klonicki (.9); incorporated the same into the Monthly Operating Reports ██████████ to Major █████ (.5). | | | | |
| | T.A.Crist  [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 12/17/15 | Reviewed additional communications regarding amended monthly operating reports to be submitted with court (.2). | | | | |
| | W. J. Joris  [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 12/17/15 | Attention to correspondence from Major and finalized the October Monthly Operating Report for filing, with instructions to Joris (1.0); reviewed the November Monthly Operating Report and prepared instructions to Joris on preparation for filing (.3); reviewed the revised non-small business monthly operating report from Petesch (.3). | | | | |
| | T.A.Crist  [Matter 17] | 1.60 hrs. | 395.00/hr | $ | 632.00 |
| 12/17/15 | Reviewed the commission analysis prepared by Juhan; conferenced with Goldhand ██████ ████, and prepared a response to Juhant (.6); continued to analyze the guaranties of obligations and prepared correspondence to Major ██████████ ████ (2.3). | | | | |
| | T.A.Crist | 2.90 hrs. | 395.00/hr | $ | 1,145.50 |
| 12/17/15 | Finalized the Amended Monthly Cash Flow Reports for July 2013 to September 2015 for filing and prepared instructions to Joris concerning the same (.6). | | | | |
| | T.A.Crist  [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 12/17/15 | Amended debtor's monthly operating reports and Cash Flow Reports; prepared communication to Sabrina Petesch regarding same (.1). | | | | |
| | V.E.Powers  [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 12/18/15 | Reviewed amended monthly cash flow reports for July 2013 through September 2015 and | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | prepared same for filing (.6); reviewed and redacted monthly operating reports for October and November 2015 (.4).<br>W. J. Joris   [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 12/21/15 | Finalized and submitted with bankruptcy court the amended monthly cash flow reports for July 2013 through September 2015 (.5) (No charge); finalized and submitted October 2015 monthly operating report (.3); continued preparing redactions to November 2015 monthly operating report (.2).<br>W. J. Joris   [Matter 17] | .50 hrs. | 150.00/hr | $ | 75.00 |
| 12/21/15 | Reviewed the November 2015 Monthly Operating Report, as redacted, for filing, and prepared correspondence to Joris concerning the same (.4); reviewed the October 2015 Monthly Operating Report, as filed, and current assets on-hand (.3).<br>T.A.Crist  [Matter 17] | .70 hrs. | 395.00/hr | $ | 276.50 |
| 12/21/15 | Reviewed the July 2013 to September 2015 Amended Monthly Operating Reports, as filed (.8)<br>T.A.Crist  [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 12/22/15 | Redacted, finalized and submitted with court the November 2015 monthly operating report.<br>W. J. Joris   [Matter 17] | .50 hrs. | 150.00/hr | $ | 75.00 |
| 12/22/15 | Reviewed listing agreement.<br>J.I.Goldhand | .30 hrs. | 390.00/hr | $ | 117.00 |
| 12/22/15 | Reviewed the Binswanger listing agreement and addressed inquiries concerning revisions to the same.<br>T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 12/23/15 | ████████████████████ conference with Juhant ████████████████ (.80); attention to correspondence from Bartenschlag ████████ and prepared a response (.20).<br>T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 12/24/15 | Reviewed and revised listing agreement.<br>J.I.Goldhand | .60 hrs. | 390.00/hr | $ | 234.00 |
| 12/28/15 | Attention to comments on the Exclusive Listing Agreement by Goldhand and prepared a revised version of the same (2.90); prepared correspondence to Juhant ████████████ (.20).<br>T.A.Crist | 3.10 hrs. | 395.00/hr | $ | 1,224.50 |
| 12/29/15 | Conveyed the proposed commission structure to Goldhand for Exhibit B.<br>T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 12/30/15 | Prepared exhibit regarding commissions.<br>J.I.Goldhand | .20 hrs. | 390.00/hr | $ | 78.00 |
| 01/05/16 | Prepared correspondence to Saikley concerning the original signatures on the Consent Decree and cooperation on marketing under the settlement agreement.<br>T.A.Crist   [Matter 18] | .30 hrs. | 395.00/hr | $ | 118.50 |
| 01/06/16 | Prepared correspondence to Juhant ████████████████████████.<br>T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/11/16 | Conferenced with Nystrom on the request for consent to demolish 3585 North Vermilion (.2); prepared correspondence to Major ██████████████████████████████████████ ██████████████████████ (.4). | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |
| 01/12/16 | Attention to correspondence from Juhant ██████████████████████████████████ ████████████████████ | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/14/16 | Conferenced with Juhant ██████████████████████████████████████ ██████████████████████████ (.70); ████████████████████████ ████████████████████████ forwarded the same to Juhant (.10). | | | | |
| | T.A.Crist | .80 hrs. | 395.00/hr | $ | 316.00 |
| 01/15/16 | Attention to correspondence from Juhant ████████████████████████ | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 01/15/16 | Attention to the narrative for the December operating report received from Klonicki and corresponded with Anderson concerning revisions. | | | | |
| | T.A.Crist   [Matter 17] | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/15/16 | Reviewed the Consent to Demolish received from Nystrom and prepared communications to Major Hart ████████████████. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 01/19/16 | Reviewed the December 2015 monthly operating report, redactions and changes (1.0); ████████ ████████████████████████████ prepared correspondence to Powers and Klonicki ██████████████████████ (.50). | | | | |
| | T.A.Crist   [Matter 17] | 1.50 hrs. | 395.00/hr | $ | 592.50 |
| 01/19/16 | Attention to issues on monthly operating report (.1). | | | | |
| | V.E.Powers   [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 01/19/16 | Reviewed and redacted December 2015 monthly operating report and statements. | | | | |
| | W. J. Joris   [Matter 17] | .70 hrs. | 150.00/hr | $ | 105.00 |
| 01/20/16 | ██████████████████████████████████████████████████ to Juhant. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 01/21/16 | Attention to December 2015 Monthly Operating Report issues, ████████████████ by Klonicki, assembled the final version and prepared correspondence to Major ████████ ████ (1.0); attention to building maintenance report and related issues and prepared correspondence to Juhant ████████████████ (.50); attention to the correspondence with Binswanger and drafted an Application to Employ Broker (2.30). | | | | |
| | T.A.Crist | 3.80 hrs. | 395.00/hr | $ | 1,501.00 |
| 01/22/16 | Responded to inquiry regarding payment of building repair costs. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 01/22/16 | Attention to Exclusive Listing Agreement (1.3); conferenced with Binswanger concerning a verified statement from Norton (.2); continued to prepare the Application to Employ Broker (2.8); prepared correspondence to Binswanger with the Verified Statement, Application and names of persons and companies needed to run conflicts (.3); conference with Juhant ██████████████ ██████████████████████ (.3). | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | T.A.Crist | 4.90 hrs. | 395.00/hr | $ | 1,935.50 |
| 01/25/16 | Attention to correspondence from Juhant ████████████████████ | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/25/16 | Finalized and submitted December, 2015 monthly operating report with the court. | | | | |
| | W. J. Joris  [Matter 17] | .30 hrs. | 150.00/hr | $ | 45.00 |
| 01/27/16 | Considered the Exclusive Listing Agreement and further conferenced with Goldhand (.80); reviewed the Verified Statement of Norton and the Application to Employ received from Binswanger, and revised the Application and prepared correspondence to Binswanger (.30); conferenced with Binswanger on Norton's bio for the Application to Employ Broker (.10). | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 01/28/16 | Attention to correspondence from Major ████████████████████ (.1); revised the Application to Employ to include Norton's biography (.1); prepared the Exhibits, finalized and filed the Application to Employ Real Estate Broker on an Expedited Basis (1.3). | | | | |
| | T.A.Crist  [Matter 8] | 1.50 hrs. | 395.00/hr | $ | 592.50 |
| 01/28/16 | Attention to correspondence from Klonicki, and prepared response ████████████████ ████████████████ (.30); attention to correspondence from Klonicki ████████ ████████████████████ (.30). | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |
| 02/01/16 | Considered inquiry from US Trustee's office regarding motion to employ broker, gathered information, and responded to inquiry. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 02/01/16 | Reviewed amended reports to be filed with December monthly operating report (.1) | | | | |
| | W. J. Joris [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 02/03/16 | Attention to issues concerning cleaning the facility for showing. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 02/04/16 | Reviewed the filed Amended Monthly Cash Flow Report and Amended Monthly Income Statement (.1); prepared communication to Klonicki ████████ (.1). | | | | |
| | T.A.Crist  [Matter 17] | .20 hrs. | 395.00/hr | $ | 79.00 |
| 02/04/16 | Considered communication from client team ████████████████████ ████████████(20); conferred with Crist regarding preparation for hearing on appointment of broker (.10); returned calls from Dave Hoff and Kate O'Loughlin; conferred with O'Loughlin regarding SBA's questions and requests in connection with motion to retain broker (.40). | | | | |
| | V.E.Powers | .70 hrs. | 520.00/hr | $ | 364.00 |
| 02/04/16 | Submitted with court, the Amended Monthly Cash Flow Report and Amended Monthly Income Statement for December, 2015 (.3). | | | | |
| | W. J. Joris    [Matter 17] | .00 hrs. | 0.00/hr | $ | 0.00 |
| 02/05/16 | Conference with Dave Hoff and Kate O'Loughlin regarding the USSBA's questions and requests concerning retention of Broker (.40); conferred with Angela Hart ████████████████ (.10). | | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

| 02/05/16 | Reviewed listing materials in preparation for call with Broker to prepare for hearing (.20); participated in call with Broker to prepare for hearing, discuss strategy for marketing of warehouse facility, and request authority in connection with request from USSBA (1.0); exchanged communications with client team and conferred with client team ▮▮▮▮▮▮▮▮▮▮▮▮ (.20). | | | |
| | V.E.Powers | 1.40 hrs. | 520.00/hr | $ | 728.00 |

| 02/08/16 | Reviewed information and prepared follow up to Hoff and O'Loughlin regarding requests from SBA for information regarding broker's analysis (.30); prepared draft Confidentiality Agreement for SBA at SBA's request (1.0); conferred with Hoff and O'Loughlin regarding requests from SBA for information regarding broker's analysis (.10); prepared communication to SBA counsel circulating draft Confidentiality Agreement (.10); prepared communication to Angela Hart ▮▮▮▮▮▮▮▮ (.10); considered communication from attorney Hoff regarding Confidentiality Agreement (.10); analysis of options regarding agreement for provision of requested information to SBA and prepared communication to Hoff regarding the same (.20); prepared communication to client team ▮▮▮▮▮▮▮▮▮▮ (.10). | | | |
| | V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |

| 02/10/16 | Traveled to Vermilion Recorder's office (.50), recorded certain real estate documents related to warehouse property and discussed additional documents required by recorder for recordation of plat (.50). | | | |
| | V.E.Powers | 1.00 hrs. | 520.00/hr | $ | 520.00 |

| 02/15/16 | Considered and responded to inquiry from Angela Hart ▮▮▮▮▮▮▮▮▮▮ (.10). | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 02/16/16 | Prepared communication to Binswanger group regarding proposed order appointing broker. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 02/18/16 | Attention to obtaining information needed in order to complete recordation of warehouse real estate documents, including plat/survey. | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

| 02/19/16 | Reviewed communication from Klonicki regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2); prepared description of further events to the same (.4); prepared a response to Klonicki ▮▮▮▮▮▮▮▮ (.1). | | | |
| | T.A.Crist  [Matter 17] | .70 hrs. | 395.00/hr | $ | 276.50 |

| 02/19/16 | Reviewed narrative of events in monthly operating report for completion. | | | |
| | D.M.Anderson   [Matter 17] | .30 hrs. | 365.00/hr | $ | 109.50 |

| 02/23/16 | Reviewed January bankruptcy reports and statements and redacted same to prepare for submission to court. | | | |
| | W. J. Joris  [Matter 17] | .80 hrs. | 150.00/hr | $ | 120.00 |

| 02/24/16 | Attention to the January Monthly Operating Report redacted by Joris and requested further redactions for filing. | | | |
| | T.A.Crist   [Matter 17] | 1.00 hrs. | 395.00/hr | $ | 395.00 |

| 02/25/16 | Made additional redactions to monthly operating report to prepare for submission with court. | | | |
| | W. J. Joris  [Matter 17] | .20 hrs. | 150.00/hr | $ | 30.00 |

| 03/02/16 | Attention to finalization of Binswanger Listing Agreement (.90); conferred with Rachael Gould ▮▮▮▮▮▮▮▮▮▮▮▮ (.20); organized agreement for circulation to all parties and | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | prepared communication circulating executed Binswanger Listing Agreement to parties (.10); prepared Amended Agreed Order to address Listing Agreement (.20); circulated communication to all parties regarding need for amended order (.10); prepared communication to client team ███████████████ (.10). |  |  |  |  |
|  | V.E.Powers | 1.60 hrs. | 520.00/hr | $ | 832.00 |
| 03/03/16 | Conferred with Rachael Gould ████████████████████████████ ██████ (.20); assisted in preparation for upcoming lease rejection hearing (.10). |  |  |  |  |
|  | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 03/04/16 | Exchanged communications regarding monthly operating report for January. |  |  |  |  |
|  | W. J. Joris   [Matter 17] | .20 hrs. | 150.00/hr | $ | 30.00 |
| 03/04/16 | Prepared follow-up correspondence to Klonicki ███████████████████████████ ████████████████████████. |  |  |  |  |
|  | T.A.Crist  [Matter 17] | .30 hrs. | 395.00/hr | $ | 118.50 |
| 03/04/16 | Attention to the response from Klonicki and finalized the January 2016 monthly operating report for filing. |  |  |  |  |
|  | T.A.Crist  [Matter 17] | .10 hrs. | 395.00/hr | $ | 39.50 |
| 03/07/16 | Reviewed the January 2016 Monthly Operating Report, as filed. |  |  |  |  |
|  | T.A.Crist  [Matter 17] | .10 hrs. | 395.00/hr | $ | 39.50 |
| 03/07/16 | Finalized and submitted with the court the January monthly operating report. |  |  |  |  |
|  | W. J. Joris  [Matter 17] | .40 hrs. | 150.00/hr | $ | 60.00 |
| 03/16/16 | Addressed inquiries regarding marketing of warehouse space (.10); considered and followed up regarding language in Binswanger agreement (.20). |  |  |  |  |
|  | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 03/17/16 | Prepared the narrative of significant events for the February Monthly Operating Report. |  |  |  |  |
|  | T.A.Crist  [Matter 17] | .60 hrs. | 395.00/hr | $ | 237.00 |
| 03/18/16 | Reviewed the February 2016 Monthly Operating Report and prepared correspondence to Klonicki ██████████████████████████. |  |  |  |  |
|  | T.A.Crist  [Matter 17] | .40 hrs. | 395.00/hr | $ | 158.00 |
| 03/18/16 | Received and reviewed communications from client ████████████████ prepared to make redactions to same. |  |  |  |  |
|  | W. J. Joris   [Matter 17] | .20 hrs. | 150.00/hr | $ | 30.00 |
| 03/21/16 | Received and reviewed supplemental schedules for operating report; made redactions to February operating report in order to prepare for submission with court. |  |  |  |  |
|  | W. J. Joris  [Matter 17] | .70 hrs. | 150.00/hr | $ | 105.00 |
| 03/24/16 | Further redacted statements and submitted February monthly operating report with the court. |  |  |  |  |
|  | W. J. Joris  [Matter 17] | .40 hrs. | 150.00/hr | $ | 60.00 |
| 03/24/16 | Reviewed the February Monthly Operating Report, as redacted, for filing and identified further redaction needed. |  |  |  |  |
|  | T.A.Crist   [Matter 17] | .70 hrs. | 395.00/hr | $ | 276.50 |
| 03/24/16 | Conferenced with Goldhand concerning the Exclusive Listing Agreement and considered the same. |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 03/25/16 | Considered status of broker's efforts and sale issues. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 03/25/16 | Considered the status of the sale process for the real estate. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 04/15/16 | Attention to correspondence form Klonicki and prepared a response ██████████████. | | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |
| 04/15/16 | Attention to follow-up correspondence from Klonicki ████████████. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| T.A.Crist | 31.80 | 395.00 | 12,561.00 |
| V.E.Powers | 8.60 | 520.00 | 4,472.00 |
| D.M.Anderson | 0.30 | 365.00 | 109.50 |
| J.I.Goldhand | 1.10 | 390.00 | 429.00 |
| W. J. Joris | 4.90 | 150.00 | 735.00 |
| TOTAL | 46.70 | | 18,306.50 |

TOTAL Fees for Professional Services.................................................................................$    18,306.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|---|---|---|---|---|---|---|
| 01/27/16 | Photocopies | 809 | $ | 0.15 | $ | 121.35 |
| | Binding Charges | | | | $ | 1.50 |

TOTAL Itemized Charges ............................................................................................$    122.85

TOTAL DUE FOR THIS PERIOD.................................................................................$    18,429.35

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

ice Miller
LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                    May 30, 2016

Option 1 By CHECK:                          '                Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                              Huntington Bank
P.O. Box 68                                    ABA for ACH:    ████████
Indianapolis, IN  46206-0068                   ABA for Wire:   ████████
(317) 221-2996                                 Account No.:    ████████
                                               Swift Code:     ████████
                                         Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Case Administration
                    35066.0005

INVOICE #:          1418476

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $      18,429.35

ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1418477   Page 1
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0006
Claims Administration and Objections

| | | | | | |
|---|---|---|---|---|---|
| 12/18/15 | Considered the vehicle claims to address and conferenced with Babbert to analyze the same and to identify claims for which amendments or objections are appropriate (2.2). | | | | |
| | T.A.Crist | 2.20 hrs. | 395.00/hr | $ | 869.00 |
| 12/18/15 | Attention to analysis of claims filed by secured lenders on Gaudio vehicles. | | | | |
| | V.E.Babbert | .80 hrs. | 150.00/hr | $ | 120.00 |
| 12/21/15 | Considered inquiry from creditor and responded to same. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 12/23/15 | Reviewed claims register and updated claims worksheet with revised claim information (2.5); analyzed secured claims with vehicles listed as security and determined if vehicles have been recovered by lender pursuant to the motion and order for relief from stay (1.0); identified vehicles that were sold at Skeff or auction sales (.5); updated claims worksheet with vehicle disposition details (.7); identified claims that need to be withdrawn or amended (1.3). | | | | |
| | V.E.Babbert | 6.00 hrs. | 150.00/hr | $ | 900.00 |
| 01/22/16 | Followed up on requests for payment of real estate tax claims. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 01/25/16 | Conferred with client team members Sarah Neill and Kim Klonicki ███████████████████████████████████ (.20); followed up to obtain claims information (.10). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 01/27/16 | Reviewed filed claims in connection with objection analysis to be performed by Custodian. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 01/27/16 | Conferenced with Powers on claims matters (.20). | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/29/16 | Conference with Crist regarding research and documentation regarding status of claims and withdrawal and modification of claims. | | | | |

|  |  | V.E.Babbert | .70 hrs. | 150.00/hr | $ | 105.00 |

| 01/29/16 | Reviewed the current claims register (.1) and reviewed the personal property secured claims with Babbert to identify objections (.7). | | | | | |
| | | T.A.Crist | .80 hrs. | 395.00/hr | $ | 316.00 |

| 01/29/16 | Updated the chart of vehicle and miscellaneous secured claims to identify objections to assert. | | | | | |
| | | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |

| 01/29/16 | Prepared correspondence to Major, Klonicki and Neill ███████████ | | | | | |
| | | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |

| 01/29/16 | Reviewed analysis of vehicles and secured claims analysis. | | | | | |
| | | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 02/01/16 | Attention to correspondence from Major ████████████ ██████████ | | | | | |
| | | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |

| 02/02/16 | Conferenced with Neill ███████████(.30); reviewed the claims filed by the IRS, claims scheduled and communications concerning secured amounts and distribution (3.60); analysis of and synthesized IRS claims asserted and a summary of the status and possible actions (3.20). | | | | | |
| | | T.A.Crist | 7.10 hrs. | 395.00/hr | $ | 2,804.50 |

| 02/02/16 | Reviewed analysis of Amended IRS claim. | | | | | |
| | | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 02/03/16 | Further considered analysis of IRS tax claims and proposed next steps. | | | | | |
| | | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

| 02/03/16 | Analyzed potential actions concerning the IRS claims and continued to prepare a summary of the claims for the same (1.90); attention to further information concerning the IRS claims (.10). | | | | | |
| | | T.A.Crist | 2.00 hrs. | 395.00/hr | $ | 790.00 |

| 02/04/16 | Prepared a response to Major ████████████████ ██████. | | | | | |
| | | T.A.Crist | 2.70 hrs. | 395.00/hr | $ | 1,066.50 |

| 02/17/16 | Reviewed the docket and schedules and considered issues with respect to the filed claims, list of creditors and the creditor matrix (3.0); prepared a summary and identified claims or amendments filed after the claims bar date (.8). | | | | | |
| | | T.A.Crist | 3.80 hrs. | 395.00/hr | $ | 1,501.00 |

| 02/18/16 | Conferenced with Powers on various claims matters and objections. | | | | | |
| | | T.A.Crist   [NO CHARGE] | .20 hrs. | 395.00/hr | $ | 79.00 |

| 02/18/16 | Considered claims objection strategy and how Committee might assist. | | | | | |
| | | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

| 02/22/16 | Prepared a summary of real property owned by 1803 LLC with respect to a judgment lien filing. | | | | | |
| | | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |

| 02/24/16 | Researched issues concerning omnibus objections to claims and service. | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist | 1.70 hrs. | 395.00/hr | $ | 671.50 |
| 02/26/16 | Call from prior EG&S employee seeking update on claim. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 02/26/16 | Drafted portions of the Debtor's First Omnibus Objection to Claims. | | | | |
|  | T.A.Crist | 2.10 hrs. | 395.00/hr | $ | 829.50 |
| 02/28/16 | Reviewed the proofs of claim filed by the Illinois Department of Revenue. | | | | |
|  | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 02/29/16 | Continued to review the claims asserted by the Illinois Department of Revenue. | | | | |
|  | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 02/29/16 | Reviewed the real estate records for liens recorded and interests in property. | | | | |
|  | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |
| 02/29/16 | Reviewed the schedules concerning the Illinois Department of Revenue claims. | | | | |
|  | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |
| 02/29/16 | Prepared updates to the claims chart to include the analysis for the Illinois Department of Revenue, and prepared a summary of the analysis. | | | | |
|  | T.A.Crist | 3.00 hrs. | 395.00/hr | $ | 1,185.00 |
| 03/01/16 | Continued to prepare the First Omnibus Objection to Claims, investigating the payment of claims and disposition of vehicles on which Ally Financial held liens, revising the claims chart and preparing the objections and Exhibit A concerning the same. | | | | |
|  | T.A.Crist | 5.60 hrs. | 395.00/hr | $ | 2,212.00 |
| 03/02/16 | Continued to prepare the First Omnibus Objection with respect to the claims of Ally Financial, Ascentium Capital and Carnaghi Towing & Repair, Inc. and updated the claims chart accordingly. | | | | |
|  | T.A.Crist | 2.10 hrs. | 395.00/hr | $ | 829.50 |
| 03/03/16 | Continued to prepare the First Omnibus Objection to Claims and the Exhibits concerning further vehicle secured claims. | | | | |
|  | T.A.Crist | 8.00 hrs. | 395.00/hr | $ | 3,160.00 |
| 03/03/16 | Prepared correspondence to Major and Gould ████████████████████ ████ | | | | |
|  | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |
| 03/04/16 | Reviewed the Amended Agreed Order on Binswanger's employment and circulated the same to Norton and Binswanger (.2); corresponded with Gould ████████████ (.1). | | | | |
|  | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 03/07/16 | Considered the issues raised by Gould ████████████████████████ ██████ | | | | |
|  | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 03/07/16 | Attention to Vermilion County tax claim issues. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 03/09/16 | Conferred with Angela Hart ██████████████████s. | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 03/10/16 | Conferenced with Gould and Neill ████████████████████████. | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 03/17/16 | Reviewed the edits and prepared revisions to the First Omnibus Objection and Exhibits A and B thereto (1.6); conferenced with Neill ████████████ (.7); reviewed the Order Granting Authority to Pay Bonus to Employees ████████████ for Neill (.8). | | | |
| | T.A.Crist | 3.10 hrs. | 395.00/hr | $ | 1,224.50 |

| 03/17/16 | Conferred with Sarah Neil ████████████████ (.20); reviewed specific issues for response to custodian ████████ (.30). | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ | 260.00 |

| 03/18/16 | Attention to correspondence from Neill ████████████████████ | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |

| 03/24/16 | Responded to inquiries from client team ████████████████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 03/25/16 | Attention to the claims chart received from Neill and prepared a response ████████████████. | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

| 03/28/16 | Reviewed the master claims chart received from Neill and considered how to proceed concerning certain claims. | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |

| 03/29/16 | Reviewed and analyzed claims chart prepared by Custodian and determined next steps regarding claims resolution matters and involvement of Committee. | | | |
| | V.E.Powers | 1.20 hrs. | 520.00/hr | $ | 624.00 |

| 03/29/16 | Conferenced with Powers on the master claims chart prepared by Neill and prepared an analysis of the claims for purposes of a plan and to share with the Committee and U.S. Trustee. | | | |
| | T.A.Crist    [NO CHARGE] | 1.20 hrs. | 395.00/hr | $ | 474.00 |

| 03/30/16 | Prepared a revised claims chart to incorporate Neill's ████████ and identify the current scheduled claims that have not been superseded and are valid. | | | |
| | T.A.Crist | 2.70 hrs. | 395.00/hr | $ | 1,066.50 |

| 03/31/16 | Continued to review the claims in Schedule F and prepare the Master Chart of Claims. | | | |
| | T.A.Crist | 5.20 hrs. | 395.00/hr | $ | 2,054.00 |

| 03/31/16 | Oversight of claims objection issues. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

| 04/02/16 | Reviewed the Schedule D claims, Neill's ████████ and the proofs of claim, and continued to prepare the Master Chart of Claims. | | | |
| | T.A.Crist | 4.90 hrs. | 395.00/hr | $ | 1,935.50 |

| 04/03/16 | Reviewed the remainder of the Schedule D claims and claims of the Internal Revenue Service and the Illinois Department of Revenue, and prepared those portions of the Master Claims Chart. | | | |
| | T.A.Crist | 4.20 hrs. | 395.00/hr | $ | 1,659.00 |

| 04/03/16 | Reviewed Schedule E and revised the Master Claims Chart accordingly. | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |
| 04/04/16 | Continued to review the Schedule E priority claims, analyzed the potential claim of the Vermilion County Clerk for real estate taxes, and revised the Master Claims Chart accordingly. | | | | |
| | T.A.Crist | 1.70 hrs. | 395.00/hr | $ | 671.50 |
| 04/04/16 | Continued to prepare the Master Chart of Claims to confirm all scheduled and filed claims are correctly identified and addressed, as well as ordered claims are addressed, and included analysis of the same. | | | | |
| | T.A.Crist | 3.10 hrs. | 395.00/hr | $ | 1,224.50 |
| 04/05/16 | Continued to review claims and prepare and revise the Master Claims Chart. | | | | |
| | T.A.Crist | 2.10 hrs. | 395.00/hr | $ | 829.50 |
| 04/05/16 | Reviewed the employee bonus order and revised the Master Claims Chart to incorporate the same. | | | | |
| | T.A.Crist | 1.30 hrs. | 395.00/hr | $ | 513.50 |
| 04/06/16 | Reviewed the Master Claims Chart to condense and consolidate information, to calculate totals, and make final edits and adjustments. | | | | |
| | T.A.Crist | 2.70 hrs. | 395.00/hr | $ | 1,066.50 |
| 04/07/16 | Prepared correspondence to Neill ███████████████. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 04/08/16 | Attention to and responded to correspondence from Neill ██████████████████████ ██████. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 04/10/16 | ████████████████████████ from Neill and revised questions and issues to discuss (1.80); reviewed Claim 64-1 filed by Wells Fargo Vendor Financial Services (.30). | | | | |
| | T.A.Crist | 2.10 hrs. | 395.00/hr | $ | 829.50 |
| 04/11/16 | Prepared for the conference with Neill ███████████████(1.10); conferenced with Neill ██ ████████(1.60); reviewed the retention papers for Ice Miller and the Custodian and analyzed the same with respect to claim matters (.80); prepared a summary of the claims disclosed and inclusion in the Master Chart of Claims (.60); incorporated updated information on the employee bonus payments into the Master Chart of Claims (1.0). | | | | |
| | T.A.Crist | 5.10 hrs. | 395.00/hr | $ | 2,014.50 |
| 04/11/16 | ███████████████████ per the discussion with Neill and Powers. | | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 04/11/16 | ████████████████ with client team (.90); conference call with custodian t██████████████████ (1.60); followed up on background information for certain claims and determination of recommended objections (.60). | | | | |
| | V.E.Powers | 3.10 hrs. | 520.00/hr | $ | 1,612.00 |
| 04/12/16 | Reviewed certain issues on finalization of claims analysis (.20); prepared communication to Committee counsel and US Trustee's office proposing conference on claims and exchanged communications regarding conference (.10). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |

| 04/13/16 | Prepared correspondence to Neill ███████████████████ ████████ | | | | |
|---|---|---|---|---|---|
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 04/14/16 | ████████████████████████████ with Neill, to forward to the Committee. | | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 04/15/16 | Continued to update the Master Chart of Claims to send to the Committee's counsel and conferenced with Anderson on particular claims. | | | | |
| | T.A.Crist | 3.90 hrs. | 395.00/hr | $ | 1,540.50 |
| 04/15/16 | Continued to revise the chart of filed and scheduled claims and to send to Rossow and Petesch. | | | | |
| | T.A.Crist | 2.00 hrs. | 395.00/hr | $ | 790.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| T.A.Crist | 99.90 | 395.00 | 39,460.50 |
| V.E.Powers | 7.00 | 520.00 | 3,640.00 |
| V.E.Babbert | 7.50 | 150.00 | 1,125.00 |
| TOTAL | 114.40 | | 44,225.50 |

TOTAL Fees for Professional Services...................................................................................................... $    44,225.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|---|---|---|---|---|---|---|
| 12/18/15 | Photocopies | 7 | $ | 0.15 | $ | 1.05 |
| 12/23/15 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 12/23/15 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 04/11/16 | Photocopies | 20 | $ | 0.15 | $ | 3.00 |
| | Color Photocopies | | | | $ | 15.50 |
| | Courier Expense | | | | $ | 38.25 |

TOTAL Itemized Charges ........................................................................................................ $    58.10

TOTAL DUE FOR THIS PERIOD ........................................................................................... $    44,283.60

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

**ice**Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                        May 30, 2016

Option 1 By CHECK:                                   Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                              Huntington Bank
P.O. Box 68                                          ABA for ACH:  ███████
Indianapolis, IN  46206-0068                         ABA for Wire:  ███████
(317) 221-2996                                       Account No.:  ███████
                                                     Swift Code:  ███████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:      First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                  c/o First Midwest Bank
                  Attn:  Angela Major Hart
                  24509 West Lockport Street
                  Plainfield, IL  60544

MATTER TITLE:     Claims Administration and Objections
                  35066.0006

INVOICE #:        1418477

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................ $      44,283.60

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1418478   Page 1
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0008
Fee and Employment Applications

| | | | | |
|---|---|---|---|---|
| 12/16/15 | Conferred with Angela Hart ███████████████████████s. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 12/16/15 | Conferred with Angela Hart ███████████████████████████████████ ████████████████. | | | |
| | V.E.Powers | .50 hrs. | 520.00/hr | $ 260.00 |
| 12/17/15 | Reviewed information and prepared and revised fee letters for Custodian, Ice Miller and accountants WRDR (1.40); conferred with Angela Hart ████████████████████ (.30). | | | |
| | V.E.Powers | 1.70 hrs. | 520.00/hr | $ 884.00 |
| 12/17/15 | At request of client, ██████████████████████████████████████; revised letters requesting payment fees and expenses. | | | |
| | V.E.Babbert | 1.00 hrs. | 150.00/hr | $ 150.00 |
| 12/18/15 | Finalized Protek, Inglewood and Mediator fee applications for filing (.10); circulated to fee parties for approval (.10), followed up regarding preparation of exhibits (.10). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ 156.00 |
| 12/21/15 | Attention to exhibits to fee applications (.10); followed up on inquiry from Angela Hart ████████████ ████████████ (.10). | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ 104.00 |
| 12/21/15 | Reviewed invoices of Protek and mediator and redacted privileged time entries so invoices may be filed with the Court. | | | |
| | V.E.Babbert | .40 hrs. | 150.00/hr | $ 60.00 |
| 12/22/15 | Reviewed Inglewood invoices and redacted communications with counsel so invoice may be filed with the Court. | | | |
| | V.E.Babbert | .30 hrs. | 150.00/hr | $ 45.00 |

| 12/22/15 | Prepared fee application exhibits and attention to finalizing (.20); exchanged communications with Mediator regarding fee application (.10). | | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 12/23/15 | Attention to revisions, finalization and filing issues for fee applications for Protek, Inglewood and Mediator (1.90); considered inquiry from Angela Hart and prepared communication to Ms. Hart ▓▓▓▓▓▓ (.70). | | | | |
| | V.E.Powers | 2.60 hrs. | 520.00/hr | $ | 1,352.00 |
| 12/31/15 | Reviewed and revised five months of invoiced time for preparation of fee applications. | | | | |
| | V.E.Powers | 5.00 hrs. | 520.00/hr | $ | 2,600.00 |
| 01/04/16 | Exchanged communications with John Lane regarding fee application (.10); reviewed information for Ice Miller fee application (.30). | | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |
| 01/07/16 | Provided information to Lane regarding fee application objections deadline. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 01/26/16 | Reviewed application to appoint broker for sale of Warehouse building. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 01/26/16 | Attention to revisions to the documents for the Application to Employ Broker. | | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 01/28/16 | Considered Committee's objections to fee applications (.20); exchanged communications with Angela Hart ▓▓▓▓▓▓ (.20); prepared communication to John Lane and Protek's Keith Chval regarding Committee's objection and next steps (.30); further exchange with Keith Chval regarding objection and next steps (.10). | | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |
| 01/29/16 | Attention to scheduling of hearing date for fee applications and prepared communications alerting Mr. Lane and Mr. Chval; communication to client team ▓▓▓▓▓▓; exchanged communication with Mr. Rossow regarding objections to fee applications. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 01/29/16 | Attention to the Notice of Hearing on Application to Employ Binswanger. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 02/01/16 | Communication from Protek regarding information responding to objection to fee application; prepared communication responding to Mr. Chval (.10); exchanged communications with client team ▓▓▓▓▓▓ (.10). | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 02/01/16 | Attention to the Court's service of the Notice of Hearing on the Application to Employ Real Estate Broker and preparation for the hearing on the same (.30); attention to the U.S. Trustee's inquiry concerning the terms of the Exclusive Listing Agreement and prepared a response (.30). | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |
| 02/01/16 | Prepared correspondence to Binswanger and Major concerning the hearing and details of the Exclusive Listing Agreement (1.0); ▓▓▓▓▓▓ from Major (.20). | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 02/02/16 | Prepared and submitted Order on Mediator's fee application (.20); reviewed court's prior fee orders (.10); reviewed specifics of Committee's Fee Application objections (.40); exchanged | | | | |

communications with (.20) and considered supplemental information from Inglewood and Protek (.30); prepared comments on supplemental information to include as exhibits to supplemental filings for Inglewood and Protek (.40); prepared supplemental filings to Lane/Inglewood and Protek fee applications (2.0); prepared communication to Angela Hart ████████████████ ████████████████████████ (.20).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 3.80 hrs. | 520.00/hr | $ | 1,976.00 |

02/03/16    Conferenced with Binswanger on preparing for the hearing on the Application to Employ Real Estate Broker.

| | | | | |
|---|---|---|---|---|
| T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |

02/04/16    Assembled background documents and prepared notes for the hearing on Application to Employ Binswanger.

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 4.30 hrs. | 395.00/hr | $ | 1,698.50 |

02/04/16    Attention to correspondence from Binswanger regarding a call to discuss the hearing on Application to Employ and responded to Binswanger (.20); conferenced with Powers on preparation for the hearing on the Application to Employ Binswanger (.20).

| | | | | |
|---|---|---|---|---|
| T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |

02/04/16    Conferenced with O'Loughlin concerning the process to select the broker and listing price.

| | | | | |
|---|---|---|---|---|
| T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |

02/04/16    Communication from Angela Hart ████████████████████████████████████ ████████████████████; circulated fee application supplements to Lane and Chval (.10); exchanged communications with Lane and Chval regarding supplements (.10).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |

02/05/16    Reviewed and revised supplemental filing for Lane (.30); considered extent of exhibits from opinion and gathered exhibits (.40); prepared email to Rossow circulating supplements to fee applications (.20).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | .90 hrs. | 520.00/hr | $ | 468.00 |

02/05/16    Continued to prepare notes and background documents for the hearing on the Application to Employ Real estate Broker.

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |

02/05/16    Conferenced with Dave Hoff and Kate O'Loughlin concerning the Application to Employ Real Estate Broker.

| | | | | |
|---|---|---|---|---|
| T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |

02/05/16    Prepared to and conferenced with Norton, Binswanger and Powers in preparation for the hearing on the Application to Employ Real Estate Broker.

| | | | | |
|---|---|---|---|---|
| T.A.Crist | 1.30 hrs. | 395.00/hr | $ | 513.50 |

02/08/16    Analyzed Committee counsel's communication regarding supplements to fee applications and claims resolution (.30); prepared communication to Committee counsel responding to same (.10); prepared communication to John Lane of Inglewood regarding Committee response and requesting his input on next steps (.10); prepared communication to Angela Hart ████████ ████████████████ (.10); exchanged communications with Mr. Lane regarding supplemental information (.10); prepared communication to Keith Chval regarding Committee's response to supplement to fee application (.10); attention to preparing the supplement to Protek fee application for filing (.20); gathered additional detail for supplemental filings (.70).

| | | | | |
|---|---|---|---|---|
| V.E.Powers | 1.70 hrs. | 520.00/hr | $ | 884.00 |

| 02/09/16 | Application for Broker: Reviewed and analyzed application to appoint broker and supporting materials (1.0); prepared for hearing on application to appoint broker (.70); prepared notes relating to US SBA discussions (.40); conference with Committee counsel Rossow regarding broker application to employ (.10); finalized and attention to filing Lane supplement to fee application (.20); exchanged communications with broker Nelson outlining expected objections based on discussions with Committee and SBA in preparation for hearing (.40); reviewed and analyzed objections filed by SBA and Committee (1.0); prepared communications to client team ███████████████ (.30); exchanged further communications to Binswanger team regarding objections and preparation for hearing (.30); prepared argument for hearing and folding in responding to objections and prepared notes for examination of Mr. Nelson as Binswanger witness in support of application (.80); prepared communication to Committee counsel regarding objection (.10); additional communications to client team ██████████ ███████████ (.10). | | | | |
| | V.E.Powers | 5.40 hrs. | 520.00/hr | $ | 2,808.00 |
| 02/09/16 | Expert's Fee Application: Conferred with John Lane regarding detail on fee application time entries and worked performed by Inglewood team members (.20); prepared communication to Lane outlining description details for approval and exchanged numerous communications with Mr. Lane revising language to accurately describe time and efforts (.50); prepared communication to Committee counsel Rossow providing further information supplementing fee application (.20); prepared further revisions to supplement to fee application to provide additional detail (.20); exchanged further communications with John Lane to review and approve supplement (.20); prepared further revisions to supplement (.10); conference with Rossow regarding fee application supplemental information (.10); communication to Rossow regarding and providing expert report (.10). | | | | |
| | V.E.Powers | 1.60 hrs. | 520.00/hr | $ | 832.00 |
| 02/10/16 | Travel to (3.6) and from (3.6) Urbana, Illinois for hearing on application to employ broker (No charge except 1.0 each way). | | | | |
| | V.E.Powers | 2.00 hrs. | 520.00/hr | $ | 1,040.00 |
| 02/10/16 | Conferred with Angela Hart ████████████████████████████████████████████████ ████████████████████████████████████ (.10); revised outline for examination of Mr. Nelson for Binswanger and prepared for hearing (.40); met with Binswanger representatives Nelson and Binswanger to review objections prior to hearing (.50); met with SBA, US Trustee and Committee counsel to discuss resolution of objections prior to hearing (.30); represented estate at hearing (.40); follow-up discussions with Binswanger representatives and Committee following hearing (.20); prepared email communication to Angela Hart ████████████████ █████ (.20); conferred with Dan Anderson regarding Offutt objections filed today (.10). | | | | |
| | V.E.Powers | 2.60 hrs. | 520.00/hr | $ | 1,352.00 |
| 02/11/16 | Conferred with John Lane regarding further detail for time entries in connection with fee application hearing (.10); reviewed further detail provided by Mr. Lane in connection with fee application hearing (.10); prepared for hearing on fee applications of Lane and Protek (.50); represented Debtor at hearing on fee applications (.20); provided oversight of preparation of orders by paralegal (.20); prepared communications to Keith Chval and John Lane regarding results of hearing and exchanged further communications responding to inquiries regarding next steps (.30). | | | | |
| | V.E.Powers | 1.40 hrs. | 520.00/hr | $ | 728.00 |
| 02/12/16 | Reviewed and revised draft orders granting Protek and Lane Fee Applications. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 02/12/16 | Reviewed all matters discussed at hearing and prepared draft order granting motion to engage | | | | |

broker (1.50); prepared email communication to Angela Hart and Rebecca Juhant ███████
██████████████ (.10); prepared communication to Binswanger representatives regarding
and circulating agreed order (.10).

| | | | | |
|---|---|---|---|---|
| | V.E.Powers | 1.70 hrs. | 520.00/hr | $ | 884.00 |

02/12/16    Prepared proposed orders for payment of compensation to John Lane and Inglewood Associates
and Protek.

| | | | | |
|---|---|---|---|---|
| | V.E.Babbert | 1.00 hrs. | 150.00/hr | $ | 150.00 |

02/22/16    Circulated Orders on Fee Application to Jim Rossow.

| | | | | |
|---|---|---|---|---|
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

02/22/16    Attention to revised listing agreement received from Binswanger (.10); revised and finalized
Agreed Order for Employment of Broker (.10); prepared communication to Committee counsel
and Office of US Trustee circulating Agreed Order and revised listing agreement (.10); prepared
communication to Angela Hart ████████████████████ (.10); addressed
inquiry from Angela Hart ████████████████ (.20).

| | | | | |
|---|---|---|---|---|
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

02/23/16    Reviewed changes from Committee on Binswanger agreement (.10); prepared communication to
Binswanger regarding changes and finalization of agreement (.10); revised agreed order to
address comments of Committee and finalized order (.10);  prepared communication to all
parties regarding and circulating order for approval (.10).

| | | | | |
|---|---|---|---|---|
| | V.E.Powers | .40 hrs. | 520.00/hr | $ | 208.00 |

02/24/16    Attention to the Agreed Order Approving Employment of Binswanger.

| | | | | |
|---|---|---|---|---|
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |

03/01/16    Attention to the Agreed Order approving Binswanger's employment and prepared
correspondence to Norton and others concerning the same.

| | | | | |
|---|---|---|---|---|
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |

03/01/16    Responded to inquiries from client team ████████████s.

| | | | | |
|---|---|---|---|---|
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

03/03/16    Exchanged communications with all parties to Amended Agreed Order on retention of Broker and
attended to upload of Order.

| | | | | |
|---|---|---|---|---|
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| T.A.Crist | 11.80 | 395.00 | 4,661.00 |
| V.E.Powers | 35.00 | 520.00 | 18,200.00 |
| V.E.Babbert | 2.70 | 150.00 | 405.00 |
| TOTAL | 49.50 | | 23,266.00 |

TOTAL Fees for Professional Services..................................................................................................... $    23,266.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|------|-------------|-----|------|---|--------|
| 12/23/15 | Photocopies | 6,903 | $ | 0.15 | $ | 1,035.45 |
| 12/23/15 | Photocopies | 107 | $ | 0.15 | $ | 16.05 |
| 12/23/15 | Postage Expense , | 1 | $ | 328.00 | $ | 328.00 |
| 02/05/16 | Tele-Conferencing Long Distance | 141 | $ | 0.04 | $ | 5.39 |
| 02/09/16 | Photocopies | 216 | $ | 0.15 | $ | 32.40 |
| 02/09/16 | Photocopies | 621 | $ | 0.15 | $ | 93.15 |
| 02/09/16 | Photocopies | 72 | $ | 0.15 | $ | 10.80 |
| 02/09/16 | Postage Expense , | 1 | $ | 44.28 | $ | 44.28 |
| | Color Photocopies | | | | $ | 29.50 |

TOTAL Itemized Charges ........................................................................................................................... $     1,595.02


TOTAL DUE FOR THIS PERIOD........................................................................................................... $     24,861.02


Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.


Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                                May 30, 2016

Option 1 By CHECK:                                       Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                Huntington Bank
P.O. Box 68                                          ABA for ACH: ████████
Indianapolis, IN  46206-0068                         ABA for Wire: ████████
(317) 221-2996                                       Account No.: ████████
                                                     Swift Code: ████████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Fee and Employment Applications
                    35066.0008

INVOICE #:          1418478

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................. $        24,861.02

ACCOUNTS ARE DUE UPON RECEIPT

**Ice**Miller
LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11          Invoice 1418479   Page 1
c/o First Midwest Bank                                                                          May 30, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0012
Plan and Disclosure Statement

02/18/16     Considered plan terms with 363 sale of warehouse building and need to have claims information.
             V.E.Powers                                    .20 hrs.        520.00/hr      $          104.00

Summary of Fees

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| V.E.Powers     | 0.20  | 520.00  | 104.00  |
| TOTAL          | 0.20  |         | 104.00  |

TOTAL Fees for Professional Services....................................................................................$          104.00

TOTAL DUE FOR THIS PERIOD.................................................................................................$          104.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller
## LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                        May 30, 2016

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                Huntington Bank
P.O. Box 68                                          ABA for ACH:  ██████
Indianapolis, IN  46206-0068                         ABA for Wire: ██████
(317) 221-2996                                       Account No.:  ██████
                                                     Swift Code:   ██████
                                          Please reference our matter # and/or invoice #


CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Plan and Disclosure Statement
                    35066.0012

INVOICE #:          1418479


PLEASE REMIT TOTAL INVOICE BALANCE DUE ......................................................................... $         104.00


ACCOUNTS ARE DUE UPON RECEIPT



LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11             Invoice 1418480   Page 1
c/o First Midwest Bank                                                                          May 30, 2016
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0015
Costs

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| 03/18/16 | Record a Release of Notice of Claim of Interest | 1 | $ 50.00 | $ 50.00 |

TOTAL Itemized Charges ................................................................................................................ $       50.00


TOTAL DUE FOR THIS PERIOD................................................................................................... $       50.00


Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                      May 30, 2016

Option 1 By CHECK:                                         Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                    Huntington Bank
P.O. Box 68                                              ABA for ACH: ███████
Indianapolis, IN  46206-0068                            ABA for Wire: ███████
(317) 221-2996                                          Account No.: ███████
                                                          Swift Code: ███████
                                        Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Costs
                    35066.0015

INVOICE #:          1418480

PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................... $          50.00

ACCOUNTS ARE DUE UPON RECEIPT

# IceMiller

LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1418481   Page 1
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0016
Litigation against 1803, LLC; Gaudio Diversified;
Eric Gaudio; and Dennis Gaudio

| Date | Description | | | | |
|---|---|---|---|---|---|
| 01/04/16 | Received and responded to communitcation from Old National Bank regarding request for documents (.1); internal communications regarding same (.1); e-mailed client ████████ (.1). | | | | |
| | W. J. Joris | .30 hrs. | 150.00/hr | $ | 45.00 |
| 01/11/16 | Gathered all Old National Bank documents produced to date and all correspondence regarding same in order to assist with evaluation regarding any potential additional documents to pursue (.9); received and responded to communication from client ████████ (.2). | | | | |
| | W. J. Joris | 1.10 hrs. | 150.00/hr | $ | 165.00 |
| 01/11/16 | Reviewed, considered and analyzed documents requested but not produced by Old National Bank pursuant to subpoena, including review of original subpoena, documents produced to date (1.3); communication with ONB regarding same (.2); prepared recommendation to client ████████ (.2). | | | | |
| | C. Fugate | 1.70 hrs. | 310.00/hr | $ | 527.00 |
| 01/13/16 | Re-organized non-party documents after review by attorney. | | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 01/14/16 | Reviewed changes made to affidavit signed by Olsen (.1); reviewed and considered information still outstanding from ABDI and First Clearing (.2). | | | | |
| | C. Fugate | .30 hrs. | 310.00/hr | $ | 93.00 |
| 01/14/16 | Considered ABDI Subpoena and document issues; responded to inquiry from Fugate. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 01/15/16 | Considered the evidentiary aspect of the hearing on the Motion for Default Judgment against 1803 LLC and GDV. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/15/16 | Reviewed correspondence regarding status of ABDI's response to request for First Clearing | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | documentation. | | | |
| | W. J. Joris | .10 hrs. | 150.00/hr | $ | 15.00 |
| 01/15/16 | Communication with First Midwest Bank ██████████████████████<br>█████████████████. | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |
| 01/15/16 | Reviewed issues for District Court hearing on default motion (.20); prepared communication to Angela Hart ███████████ (.10). | | | |
| | V.E.Powers | .30 hrs. | 520.00/hr | $ | 156.00 |
| 01/19/16 | Received and reviewed communications from client ████████████████████ (.1); prepared communication to Old National Bank regarding handling of non-party subpoenas (.1). | | | |
| | W. J. Joris | .20 hrs. | 150.00/hr | $ | 30.00 |
| 01/19/16 | Attention to preparation for evidentiary hearing to prove damages against 1803 and Gaudio Diversified Ventures. | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 01/20/16 | Prepared for tomorrow's evidentiary hearing on damages against 1803 and Gaudio Diversified Ventures (2.0); reviewed and worked on preparation of all exhibits in support of damages claims (2.0); prepared argument (.80); various conferences with members of client team ████████ ██████████████████████████████(1.0); conferences with Angela Hart ████████ ████████████ (1.40). | | | |
| | V.E.Powers | 7.20 hrs. | 520.00/hr | $ | 3,744.00 |
| 01/20/16 | Considered exhibits and preparation for the hearing on the Motion for Default Judgment. | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 01/21/16 | Conferences with Angela Hart ████████████████████████████████ ██████████████████████ (.40); considered legal and factual issues in connection with damages presentation and prepared legal statement and argument on damages presentation (.80); met with Ms. Hart ██████████████ (1.70); represented plaintiff at hearing in District Court (1.0); conferred with Ms. Hart ██████████ ██████████████████ (.20). traveled to and from hearing (6.0) (No charge for other than 1 hour each way). | | | |
| | V.E.Powers | 6.10 hrs. | 520.00/hr | $ | 3,172.00 |
| 01/21/16 | Assisted with preparation for hearing on motion for default judgment. | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 01/22/16 | Considered requirements to recover award of costs and what costs are recoverable. | | | |
| | D.M.Anderson | .60 hrs. | 365.00/hr | $ | 219.00 |
| 01/22/16 | Prepared revised order on damages for default judgment incorporating information from hearing (.40); analyzed issues on presentation of costs as part of default judgment (.20); exchanged communications with client team ████████████████ (.10); finalized order and submitted order to Judge Baker's Chambers (.10). | | | |
| | V.E.Powers | .80 hrs. | 520.00/hr | $ | 416.00 |
| 01/25/16 | Communication with Herman, attorney for ABDI, regarding signed affidavit and information still outstanding. | | | |
| | C. Fugate | .20 hrs. | 310.00/hr | $ | 62.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/27/16 | Reviewed timing of recording judgment lien and bill of costs with regard to default judgment against 1803 and Gaudio Diversified Ventures. | | | | |
| | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |
| 01/27/16 | Reviewed court's judgment against 1803 and GDV (.10); considered next steps for execution on default judgment (.70); attention to preparation of cost bill (.20); prepared communication to Angela Hart ▮▮▮▮▮▮▮(.10). | | | | |
| | V.E.Powers | 1.10 hrs. | 520.00/hr | $ | 572.00 |
| 01/27/16 | Reviewed and responded to correspondence on recovery of assets in Illinois. | | | | |
| | D. Hight | .50 hrs. | 465.00/hr | $ | 232.50 |
| 01/28/16 | Worked on process for filing judgment liens on real and personal property. | | | | |
| | D. Hight | .50 hrs. | 465.00/hr | $ | 232.50 |
| 01/28/16 | Analyzed Illinois law regarding enforcement of judgments entered by a federal court (2.1); correspondence with local law enforcement regarding levy on judgment (.6); correspondence with local recorder's offices regarding recording of judgment (.3). | | | | |
| | R. Dent | 3.00 hrs. | 230.00/hr | $ | 690.00 |
| 01/28/16 | Gathered information for cost bill. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 01/29/16 | Analyzed federal law regarding enforcement of federal judgments in Illinois. | | | | |
| | R. Dent | .80 hrs. | 230.00/hr | $ | 184.00 |
| 02/02/16 | Reviewed and analyzed e-mail regarding filing and executing judgment liens on debtors in Illinois. | | | | |
| | D. Hight | .50 hrs. | 465.00/hr | $ | 232.50 |
| 02/02/16 | Considered options for resolution of matter against individual defendants; including summary judgment. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 02/18/16 | Attention to finalization of judgment lien information. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 02/18/16 | Worked on bill of costs. | | | | |
| | D.M.Anderson | .70 hrs. | 365.00/hr | $ | 255.50 |
| 02/19/16 | Worked on bill of costs against 1803 LLC and Gaudio Diversified Ventures. | | | | |
| | D.M.Anderson | .50 hrs. | 365.00/hr | $ | 182.50 |
| 02/22/16 | Directed liens to be recorded with Vermillion and Champaign Counties. | | | | |
| | R. Dent | .50 hrs. | 230.00/hr | $ | 115.00 |
| 02/22/16 | Followed up regarding filing of liens against 1803 and Gaudio Diversified. | | | | |
| | D.M.Anderson | .40 hrs. | 365.00/hr | $ | 146.00 |
| 02/22/16 | Correspondence with underwriter O'Shaunessy to discuss recording judgment in Vermilion and Champaign county; further correspondence with Chicago Title for efilling in Champaign. | | | | |
| | C. Bartelt | .50 hrs. | 150.00/hr | $ | 75.00 |
| 02/23/16 | Reviewed filing in Vermilion county IL and sent recorded Judgement to counsel, Dent; | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | correspondence with title company to discuss status of filing in Champaign county, IL . | | | | |
|  | C. Bartelt | .30 hrs. | 150.00/hr | $ | 45.00 |
| 02/24/16 | Finalized and filed bill of costs. | | | | |
|  | D.M.Anderson | .20 hrs. | 365.00/hr | $ | 73.00 |
| 02/25/16 | Further review with title company regarding status of Champaign recording | | | | |
|  | C. Bartelt | .10 hrs. | 150.00/hr | $ | 15.00 |
| 03/09/16 | Conferred with Angela Hart ███████████████ . | | | | |
|  | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 03/25/16 | Conferenced with Wood on the 3585 N. Vermilion property and Eric Gaudio. | | | | |
|  | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| C. Fugate | 2.40 | 310.00 | 744.00 |
| D. Hight | 1.50 | 465.00 | 697.50 |
| T.A.Crist | 0.70 | 395.00 | 276.50 |
| V.E.Powers | 16.40 | 520.00 | 8,528.00 |
| D.M.Anderson | 3.60 | 365.00 | 1,314.00 |
| R. Dent | 4.30 | 230.00 | 989.00 |
| C. Bartelt | 0.90 | 150.00 | 135.00 |
| W. J. Joris | 1.90 | 150.00 | 285.00 |
| TOTAL | 31.70 | | 12,969.00 |

TOTAL Fees for Professional Services..................................................................................... $    12,969.00

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 12/22/15 | Expense for copy of transcript of Amy Bartenschlag. | 1 | $ | 62.40 | $ | 62.40 |
| 01/20/16 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 01/20/16 | Photocopies | 3 | $ | 0.15 | $ | 0.45 |
| 01/20/16 | Photocopies | 1 | $ | 0.15 | $ | 0.15 |
| 01/20/16 | Photocopies | 300 | $ | 0.15 | $ | 45.00 |
| 01/20/16 | Photocopies | 4 | $ | 0.15 | $ | 0.60 |
| 01/29/16 | Travel to/from Urbana, Illinois for hearing on Motion for Default Judgment (585 miles)(January 21, 2016) (Victoria E. Powers) | 1 | $ | 315.90 | $ | 315.90 |
| 02/24/16 | Record Judgment. | 1 | $ | 49.00 | $ | 49.00 |
| 02/24/16 | Postage Expense , | 1 | $ | 2.84 | $ | 2.84 |
| 02/26/16 | Chicago Title Insurance Recording Fee/Judgment Gaudio Default Order. | 1 | $ | 53.00 | $ | 53.00 |

TOTAL Itemized Charges .......................................................................................................... $    529.49

TOTAL DUE FOR THIS PERIOD....................................................................................................... $    13,498.49

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# ice Miller

LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              May 30, 2016

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                      Huntington Bank
P.O. Box 68                                          ABA for ACH:    ███████
Indianapolis, IN  46206-0068                         ABA for Wire:   ███████
(317) 221-2996                                       Account No.:    ███████
                                                     Swift Code:     ███████
                                        Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Litigation against 1803, LLC; Gaudio Diversified;
                    Eric Gaudio; and Dennis Gaudio
                    35066.0016

INVOICE #:          1418481

PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................................................................. $       13,498.49

ACCOUNTS ARE DUE UPON RECEIPT



First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1418482   Page 1
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0017
US Trustee Communication Activities

| | | | | |
|---|---|---|---|---|
| 01/21/16 | Conferred with Angela Hart ███████████████████ ███████████████████. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 01/22/16 | Prepared follow-up response to Sabrina Petesch and others regarding status update. | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ 52.00 |
| 01/25/16 | Considered communication from Sabrina Petesch regarding status report (.10); prepared communication to Angela Hart ███████████(.90); exchanged communications with Ms. Hart ███████████(.10); prepared responsive communication to Ms. Petesch (.50). | | | |
| | V.E.Powers | 1.60 hrs. | 520.00/hr | $ 832.00 |
| 01/26/16 | Considered communication from Sabrina Petesch and followed up on additional inquiries (.20); exchanged communications with Angela Hart ███████████(.10); prepared communication to Ms. Petesch proving additional responsive information (.10). | | | |
| | V.E.Powers | .40 hrs. | 520.00/hr | $ 208.00 |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| V.E.Powers | 2.20 | 520.00 | 1,144.00 |
| TOTAL | 2.20 | | 1,144.00 |

TOTAL Fees for Professional Services...............................................................................$      1,144.00


TOTAL DUE FOR THIS PERIOD.......................................................................................$      1,144.00

Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.

Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller

### LEGAL COUNSEL

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                              May 30, 2016

Option 1 By CHECK:                                        Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                  Huntington Bank
P.O. Box 68                                              ABA for ACH:        ███████
Indianapolis, IN  46206-0068                             ABA for Wire:       ███████
(317) 221-2996                                           Account No.:        ███████
                                                         Swift Code:         ███████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       US Trustee Communication Activities
                    35066.0017

INVOICE #:          1418482


PLEASE REMIT TOTAL INVOICE BALANCE DUE ........................................................................ $        1,144.00


ACCOUNTS ARE DUE UPON RECEIPT

# Ice Miller
LEGAL COUNSEL

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn:  Angela Major Hart
24509 West Lockport Street
Plainfield, IL  60544

Invoice 1418483   Page 1
May 30, 2016

FOR SERVICES RENDERED THROUGH April 15, 2016
Federal ID #35-0874357

OUR MATTER # 35066.0018
Gaudio -- Operational Real Estate Investigation and
Litigation Activities

| | | | | | |
|---|---|---|---|---|---|
| 12/16/15 | Attention to originals of the Consent Decree and Judgment Entity and responded to Quick concerning the same. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 12/18/15 | Attention to the Notice Requesting Order entered with respect to the settlement of the Offutt adversary proceeding. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 12/21/15 | Considered the relief requested in the Motion to Approve Settlement and revisions to the proposed Order approving the same. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 12/22/15 | Reviewed the Settlement Agreement and revised the proposed Settlement Order accordingly (.8); prepared correspondence to counsel for Defendants concerning approval of the Settlement Order, and further revised the proposed Settlement Order (.7). | | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |
| 12/29/15 | Conferenced with Hotze at Dent's office concerning the Consent Decree and Judgment Entry. | | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ | 118.50 |
| 12/30/15 | Attention to correspondence from Saikley and Dent, and prepared a response concerning the Consent Decree (.1); attention to responses form Saikley and Dent, followed-up with Dent on approval of the Settlement Order, and left a voice message for and sent correspondence to Brougher concerning the approval of the Settlement Order (.5). | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |
| 12/31/15 | Revised the Settlement Order and electronically uploaded the same for entry by the bankruptcy court, and docketed the deadline for next steps under the Settlement Agreement. | | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 01/06/16 | Conferenced with Offutt on the request for building plans for 1803 Georgetown Road and | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | marketing the facility. | | | | |
| | T.A.Crist   [Matter 3] | .30 hrs. | 395.00/hr | $ | 118.50 |
| 01/07/16 | Attention to the building plans for 1803 Georgetown Road and forwarded the same for use in marketing. | | | | |
| | T.A.Crist   [Matter 3] | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/08/16 | Attention to the Access Easement and Final Plat and requested details on recording requirements. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 01/15/16 | Reviewed the settlement agreement and finalized the Consent Decree and Judgment Entry for submission to the Court for entry. | | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |
| 02/02/16 | Attention to the Settlement Agreement, Access Easement and Final Plat and prepared the same for recording (2.30); conferenced with the Vermilion County Recorder's Office with respect to recording fees and requirements (.20); conferenced with the Clerk of the Bankruptcy Court concerning a certified copy of the Consent Decree and Judgment Entry and prepared correspondence to the Clerk concerning the same (.20); attention to the copywork form received from the Clerk and arranged to obtain certified copy (.10). | | | | |
| | T.A.Crist | 2.80 hrs. | 395.00/hr | $ | 1,106.00 |
| 02/02/16 | Conferenced with Wolf on actions to perform to record easement and dedication documents. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 02/03/16 | Considered issues regarding recording of real estate documents permitted by settlement agreement. | | | | |
| | V.E.Powers | .10 hrs. | 520.00/hr | $ | 52.00 |
| 02/03/16 | Revised correspondence to the Vermilion County Recorder and considered related issues (.10); attention to the standardization requirements and associated fees and finalized the preparation of the Access Easement, Final Plat and Consent Decree and Judgment Entry for recording (.90). | | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 02/04/16 | Prepared instructions for the delivery of the executed documents for recording. | | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 02/18/16 | Conferenced with Powers on issues to address to record the Consent Decree and Judgment Entry and Final Plat (.3); considered the pro se objections (.2). | | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |
| 02/18/16 | Reviewed the requirements to record the Consent Decree and Judgment Entry and conferenced with the Vermilion County Recorder's Office concerning the same. | | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 02/18/16 | Considered Offutt compliance with Settlement Agreement covenants and determined how to proceed in light of Offutt objections to recent filings. | | | | |
| | V.E.Powers | .20 hrs. | 520.00/hr | $ | 104.00 |
| 02/19/16 | Conferenced with Sheridan at MSA Professional Services concerning the subdivision information. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 02/21/16 | Reviewed the mailings, notices to Offutt and pro se objections, and prepared a response to | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Saikley's correspondence concerning the notices. | | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 02/22/16 | Responded to correspondence form Juhant and Major ███████ | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 02/22/16 | Revised the response to Offutt concerning service issues and his preferred address and method of service. | | | | |
| | T.A.Crist | 1.30 hrs. | 395.00/hr | $ | 513.50 |
| 02/22/16 | Prepared correspondence to Sheridan concerning the subdivision information to record the Final Plat. | | | | |
| | T.A.Crist | .70 hrs. | 395.00/hr | $ | 276.50 |
| 02/22/16 | Prepared the recording cover sheet for the Consent Decree and Judgment Entry for recording. | | | | |
| | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |
| 02/24/16 | Circulated instructions for service of filings upon Offutt. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 02/25/16 | Reviewed the Illinois Plat Act for recording requirements (.7); attention to voice mail from Offutt (.1); conferenced with Kathy in the Vermilion County Recorder's Office (.1); conferenced with Offutt concerning the recording issues (.2). | | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ | 434.50 |
| 02/26/16 | Conferenced with Burton in the Vermilion County Recorder's Office concerning the additional items required in order to record the Final Plat. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 03/01/16 | Continued to review the real estate records and requested filings with regard to 1803 Georgetown Road. | | | | |
| | T.A.Crist | 1.00 hrs. | 395.00/hr | $ | 395.00 |
| 03/01/16 | Attention to correspondence from Saikley concerning an alleged auction sale and prepared a response. | | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |
| 03/02/16 | Prepared correspondence to Offutt concerning the final plat recording issues. | | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ | 39.50 |
| 03/02/16 | Prepared the School District Statement for Offutt to execute in order to record the Final Plat. | | | | |
| | T.A.Crist | 1.20 hrs. | 395.00/hr | $ | 474.00 |
| 03/02/16 | Prepared the Release of Notice of Claim of Interest. | | | | |
| | T.A.Crist | 1.50 hrs. | 395.00/hr | $ | 592.50 |
| 03/02/16 | Considered how to resolve the final open issues concerning the matters with Offutt and prepared a summary of the same. | | | | |
| | T.A.Crist | .90 hrs. | 395.00/hr | $ | 355.50 |
| 03/02/16 | Prepared correspondence to Major and Gould ████████████ ████ | | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ | 237.00 |

| | | | | |
|---|---|---|---|---|
| 03/03/16 | Reviewed the response from Gould ████████████████████ | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 03/04/16 | Further reviewed the real estate records concerning existing interests in 1803 Georgetown Road. | | | |
| | T.A.Crist | .80 hrs. | 395.00/hr | $ 316.00 |
| 03/04/16 | Revised correspondence to Offutt concerning the School District Statement, Release of Notice of Claim of Interest and recording the Final Plat. | | | |
| | T.A.Crist | .60 hrs. | 395.00/hr | $ 237.00 |
| 03/07/16 | Prepared correspondence to the Vermilion County Recorder to record the Consent Decree and Judgment Entry and enclosing proper recording fee. | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ 79.00 |
| 03/10/16 | Reviewed the County Clerk Certificate for 1803 Georgetown Road and prepared correspondence to Offutt concerning further documents needed to record the Final Plat and resolve related issues. | | | |
| | T.A.Crist | .20 hrs. | 395.00/hr | $ 79.00 |
| 03/14/16 | Conferenced with Offutt concerning a requested revision of the Final Plat. | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 03/16/16 | Reviewed the engineering plans for 1803 Georgetown Road for marketing information (.3); conferenced with Powers on obligations under the Exclusive Listing Agreement (.2). | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |
| 03/17/16 | Considered issues to discuss concerning the Final Plat and Offutt's new request, and conferenced with Saikley concerning the same. | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |
| 03/18/16 | Reviewed the County Clerk certificates, conferenced with Burton and prepared correspondence to Offutt requesting the originals. | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |
| 03/18/16 | Prepared the Consent Decree and Judgment Entry for recording and revised the instruction letter to the Vermilion County Recorder. | | | |
| | T.A.Crist | .50 hrs. | 395.00/hr | $ 197.50 |
| 03/24/16 | Prepared correspondence to Saikley concerning the status of the County Clerk certificates needed to record the Final Plat. | | | |
| | T.A.Crist | .10 hrs. | 395.00/hr | $ 39.50 |
| 03/29/16 | Reviewed correspondence from Offutt and prepared a response along with the broker's listing (.8); considered real estate sale issues and corresponded with Hight concerning the same (.3). | | | |
| | T.A.Crist | 1.10 hrs. | 395.00/hr | $ 434.50 |
| 03/30/16 | Conferenced with Hight on purchase agreement issues. | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |
| 04/07/16 | Prepared correspondence to Offutt Development and Saikley concerning the Vermilion County Clerk Certificates. | | | |
| | T.A.Crist | .30 hrs. | 395.00/hr | $ 118.50 |
| 04/08/16 | Attention to correspondence from Offutt concerning the facility and prepared correspondence to Major Hart and Gould ████████████. | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | T.A.Crist | .40 hrs. | 395.00/hr | $ | 158.00 |

| 04/11/16 | Reviewed the Amended Order Approving Employment of Broker and related documents and responded to Gould ███████████ (1.10); attention to the response from Gould and prepared correspondence ██████████████████████ (.90). | | | | |
|---|---|---|---|---|---|
|  | T.A.Crist | 2.00 hrs. | 395.00/hr | $ | 790.00 |

| 04/12/16 | Prepared to and conferenced with Norton and Binswanger concerning Offutt's offer (.9); conferenced with Gould ███████████████ (.2); prepared correspondence to send to the U.S. SBA, the Committee and the U.S. Trustee concerning the offer and conferenced with Powers on the same (.6). | | | | |
|---|---|---|---|---|---|
|  | T.A.Crist | 1.70 hrs. | 395.00/hr | $ | 671.50 |

| 04/15/16 | Considered the status of the tax certificates needed to record the Final Plat and conferenced with Saikley concerning the same. | | | | |
|---|---|---|---|---|---|
|  | T.A.Crist | .50 hrs. | 395.00/hr | $ | 197.50 |

| 04/15/16 | Attention to a follow-up voice mail and correspondence from Saikley with new County Clerk certificates and responded to the same with respect to recording the Final Plat. | | | | |
|---|---|---|---|---|---|
|  | T.A.Crist | .20 hrs. | 395.00/hr | $ | 79.00 |

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| T.A.Crist | 32.10 | 395.00 | 12,679.50 |
| V.E.Powers | 0.30 | 520.00 | 156.00 |
| TOTAL | 32.40 |  | 12,835.50 |

TOTAL Fees for Professional Services.................................................................................$    12,835.50

ITEMIZED CHARGES:

| DATE | DESCRIPTION | QTY | RATE | | AMOUNT |
|---|---|---|---|---|---|
| 02/03/16 | Certified copy of Consent Decree and Judgment Entry filed 1/20/16 | 1 | $ | 16.00 | $ 16.00 |
| 02/03/16 | Photocopies | 3 | $ | 0.15 | $ 0.45 |
| 02/04/16 | Recordation of Consent Decree and Judgment Entry | 1 | $ | 76.00 | $ 76.00 |
| 02/04/16 | Oversized copies of plat for filing with the Vermilion County Recorder. | 1 | $ | 23.27 | $ 23.27 |
| 03/01/16 | CCC12214231 Fee for a copy of the Notice of Claim of Interest recorded 11/13/13 for property located at 1803 Georgetown Road from the Vermilion County Recorder (Tyson Crist).; FIDLAR TECHNOLOGIES IN; TIN: 383500235 MCC: 7399; 350 RESEARCH PKWY 5633451200 IL 61201; PH | 1 | $ | 15.40 | $ 15.40 |
| 03/01/16 | CCC12214231 Fee for a copy of the Federal Tax Lien recorded 3/12/13 for property located at 1803 Georgetown Road from the Vermillion County Recorder. (Tyson Crists); FIDLAR TECHNOLOGIES IN; TIN: 383500235 MCC: 7399; 350 RESEARCH PKWY 5633451200 IL 61201; PHONE: 56334 | 1 | $ | 6.45 | $ 6.45 |

| DATE | DESCRIPTION | QTY | | RATE | | AMOUNT |
|------|-------------|-----|---|------|---|--------|
| 03/08/16 | Fee to record Consent Decree and Judgment Entry for Paul Offutt adversary | 1 | $ | 46.00 | $ | 46.00 |
| 03/18/16 | Photocopies Photocopies | 17 | $ | 0.15 | $ | 2.55 |
| 04/12/16 | Tele-Conferencing Long Distance | 143 | $ | 0.03 | $ | 4.56 |
| | Courier Expense | | | | $ | 65.84 |

TOTAL Itemized Charges ..................................................................................................................... $     256.52


TOTAL DUE FOR THIS PERIOD.............................................................................................................. $   13,092.02


Invoices are due upon receipt, past due after 30 days. Interest charges may accrue on past due balances.


Should you require additional copies of invoices or have additional billing inquiries please contact
Jeff Deibel @ 614-462-2295 or Jeff.Deibel@icemiller.com or payice@icemiller.com

# iceMiller

**LEGAL COUNSEL**

REMITTANCE PAGE

SUBMIT REMITTANCE TO:                                          May 30, 2016

Option 1 By CHECK:                                    Option 2 By WIRE TRANSFER:

ICE MILLER LLP                                                      Huntington Bank
P.O. Box 68                                          ABA for ACH:    ███████
Indianapolis, IN  46206-0068                         ABA for Wire:   ███████
(317) 221-2996                                       Account No.:    ███████
                                                     Swift Code:     ███████
                                          Please reference our matter # and/or invoice #

CLIENT NAME:        First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
                    c/o First Midwest Bank
                    Attn:  Angela Major Hart
                    24509 West Lockport Street
                    Plainfield, IL  60544

MATTER TITLE:       Gaudio -- Operational Real Estate Investigation and
                    Litigation Activities
                    35066.0018

INVOICE #:          1418483

PLEASE REMIT TOTAL INVOICE BALANCE DUE ..................................................................... $        13,092.02

ACCOUNTS ARE DUE UPON RECEIPT



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447531
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank, N.A.
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      General Representation
         Our Matter No. 35066.0001

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                    $1,335.00

Disbursements                                            $3,175.25

**Total Current Invoice**                                **$4,510.25**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

General Representation
Our Matter No. 35066.0001

Invoice No. 1447531
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/11/2016 | LAYE A | Reviewed file, began research on corporation good standing status. | 1.00 | 150.00 | $150.00 |
| 07/12/2016 | LAYE A | Communicated via e-mail with client, filed annual report for Illinois corporation. | 1.00 | 150.00 | $150.00 |
| 07/12/2016 | LAYE A | Reviewed file, updated board of directors, filed annual report with Secretary of State. | 1.00 | 150.00 | $150.00 |
| 07/14/2016 | LAYE A | Reviewed corporation's standing in Delaware, researched good standing in Delaware. | 1.20 | 150.00 | $180.00 |
| 07/18/2016 | HIGH D | █████████████████ correspondence with Gould. | 0.50 | 465.00 | $232.50 |
| 07/18/2016 | LAYE A | Continued to work on annual report | 0.60 | 150.00 | $90.00 |
| 07/19/2016 | LAYE A | Completed reinstatement forms, filed annual report, followed up with client. | 1.00 | 150.00 | $150.00 |
| 07/20/2016 | HIGH D | Reviewed e-mails and documents on Delaware corporation reinstatement. | 0.50 | 465.00 | $232.50 |
| **Total Professional Services** | | | **6.80** | | **$1,335.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| David Hight | 1.00 | 465.00 | $465.00 |
| Ashley Laye | 5.80 | 150.00 | $870.00 |
| **Total Professional Services** | **6.80** | | **$1,335.00** |

### COSTS ADVANCED

| Description | Amount |
|------------|--------|
| Photocopies | $0.60 |
| Postage Expense , | $3.45 |

General Representation
Our Matter No. 35066.0001

Invoice No. 1447531
December 21, 2016

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Postage Expense , | $440.45 |
| Photocopies | $120.00 |
| Photocopies | $0.30 |
| Photocopies | $102.00 |
| Photocopies | $102.00 |
| Photocopies | $0.30 |
| Photocopies | $27.00 |
| Photocopies | $306.00 |
| Photocopies | $306.00 |
| Photocopies | $0.30 |
| Fee for filing annual report and payment of taxes for Earl Gaudio and Son, Inc. with the Delaware Secretary of State. | $1,204.75 |
| Photocopies | $16.50 |
| Photocopies | $88.20 |
| Postage Expense , | $38.08 |
| Photocopies | $165.00 |
| Photocopies | $16.50 |
| Postage Expense , | $74.80 |
| Postage Expense , | $25.30 |
| Postage Expense , | $40.80 |
| Photocopies | $72.00 |
| Photocopies | $0.45 |
| Postage Expense , | $24.47 |
| **Total Cost Advanced** | **$3,175.25** |

General Representation
Our Matter No. 35066.0001

Invoice No. 1447531
December 21, 2016

**Total Invoice Balance Due**                                    $4,510.25



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11          Invoice No. 1447531
c/o First Midwest Bank, N.A.                                          December 21, 2016
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:   General Representation
      Our Matter No. 35066.0001

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                              $1,335.00

Disbursements                                                      $3,175.25

**Total Current Invoice**                                         **$4,510.25**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                ABA for ACH
                                    ABA for Wire
                                    Account No.
                                    Swift Code:
                                    Please Reference **Invoice No. 1447531**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447531**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447532
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
        Our Client No. 35066

## INVOICE SUMMARY

For Services rendered through November 30, 2016

| | |
|---|---|
| Professional Services | $191,009.00 |
| Disbursements | $7,988.33 |
| **Total Current Invoice** | $198,997.33 |

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11

Our Client No. 35066

Invoice No. 1447532

December 21, 2016

| Matter # | Fees | Costs | Applied Funds | Amount |
|---|---|---|---|---|
| 35066.0002 | $191,009.00 | $7,988.33 | $0.00 | $198,997.33 |

Invoice Summary

| Total This Period | Previous Unpaid Balance (please pay immediately) | Total Outstanding |
|---|---|---|
| $198,997.33 | $0.00 | $198,997.33 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| **American Express** | | | |
| 04/18/2016 | POWE V | Considered communications from AmEx counsel regarding discovery and providing amended initial disclosures and reviewed revised disclosures (.10); prepared communication to client team ████████████████████████████████████████████ (.10). | 0.20 |
| 04/19/2016 | POWE V | Reviewed and considered backup materials, including statements and account information, in connection with requested discovery. | 1.30 |
| 04/20/2016 | POWE V | Conferred and exchanged communications with Rachael Gould ████████████████ (.30); exchanged communications with Rachael Gould ████████████████ (.30); considered issues and prepared and revised settlement communication to counsel for AmEx (1.10). | 1.70 |
| 04/28/2016 | POWE V | Reviewed debtor's records supporting claims against AmEx (.50); prepared communication with recommendation to Rachael Gould ████████████████ (.20). | 0.70 |
| 04/29/2016 | POWE V | Conferred with Rachael Gould ████████████████████ nts (.10); conferences with Ms. Gould ████████████████████ (.60); reviewed documents to be provided as part of settlement discussion (.20); prepared email to counsel for AmEx providing requested documents in furtherance of settlement discussions (.20); prepared communication to Ms. Gould ████ (.10). | 1.20 |
| 05/26/2016 | POWE V | Considered discovery needs. | 0.10 |
| 05/31/2016 | POWE V | Conferred with Rachael Gould ██████████████████ ████████████████████. | 0.10 |
| 06/01/2016 | POWE V | Considered scope of discovery requests to make to AmEx. | 0.10 |
| 06/01/2016 | POWE V | Reviewed prior communications with counsel for American Express and prepared communication following up as to settlement discussions. | 0.20 |
| 06/08/2016 | POWE V | Preliminary consideration of AmEx counter to settlement offer. | 0.10 |
| 06/09/2016 | POWE V | Analysis of legal arguments in AmEx counter to settlement proposal (.60); prepared and exchanged communications with client team ████████████████████ (.20). | 0.80 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/10/2016 | POWE V | Reviewed history of settlement exchanges and worked on communication to client team ███████████ ███████████ (.20); prepared and revised communication to AmEx counsel regarding settlement proposal and responding to legal analysis (1.0); reviewed and analyzed legal issues raised by AmEx in connection with reductions against claim in settlement proposal and preparation of counter offer (2.0); conferred with Rachael Gould ██████████████████ (.20); exchanged communications with Ms. Gould ██████████████████ (.10). | 3.50 |
| 06/13/2016 | POWE V | Exchange with Holbein; communication to client team ██████████████. | 0.10 |
| 06/14/2016 | POWE V | Conference with AmEx counsel regarding settlement (.20); analysis of settlement issues (.20); prepared communication to client team ██████████████ (.10); exchanged communications with client team ██████████████ (.20); further call with AmEx counsel (.10). | 0.80 |
| 06/15/2016 | POWE V | Exchanges with AmEx counsel regarding settlement (.10); exchanges with client team ██████████████ (.10). | 0.20 |
| 06/20/2016 | POWE V | Attention to settlement agreement issues and revision (1.0); exchanged communications with client team (.20). | 1.20 |
| 06/21/2016 | POWE V | Finalized Settlement Agreement (.30); prepared AmEx 9019 motion (.30), prepared proposed order (.10), prepared notice (.10). | 0.80 |
| 06/23/2016 | POWE V | Exchange with AmEx counsel regarding settlement agreement (.10); prepared communication to Rachael Gould ██████████████ (.10). | 0.20 |
| 06/23/2016 | POWE V | Further exchange with Rachael Gould ██████████████ and further communication to AmEx counsel. | 0.10 |
| 06/23/2016 | POWE V | Reviewed AmEx settlement agreement as revised, and prepared communication to client team ██████████████ (.30); further review and communication to Holbein (.20). | 0.50 |
| 06/23/2016 | POWE V | Conference with Rachael Gould ██████████████. | 0.10 |
| 06/24/2016 | POWE V | Exchanged communications with Rachael Gould ██████████████ (.10); prepared communication to counsel regarding documents and finalizing 9019 (.10). | 0.20 |
| 06/29/2016 | ANDE D | Revised motion to approve settlement, notice of motion, and | 0.30 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | proposed order. | |
| 09/02/2016 | POWE V | Reviewed status of adversary and prepared Dismissal Motion in connection with AmEx settlement (.30); prepared communication to Rachael Gould ████████████████ (.10). | 0.40 |
| 09/12/2016 | POWE V | Exchanged communications with client team ████████████ ████████████ | 0.10 |
| 09/14/2016 | POWE V | Exchanged communications with Rachael Gould ████████ ████████████████ (.10); updated Motion to Dismiss for filing (.10). | 0.20 |
| 09/16/2016 | POWE V | Attention to order of dismissal. | 0.10 |

**Subtotal for American Express** _____ **$7,909.50**

**Dennis Gaudio**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/29/2016 | POWE V | Prepared expert disclosure tailored to Dennis Gaudio matter (.20); exchanged communication with Rachael Gould ████████████ ██████ (.10); prepared communication to Mr. Dennis Gaudio providing and discussing expert disclosure (.10); exchanged communications with Mr. Gaudio responding to his questions regarding discovery matters and the pretrial deadlines (.30); conference with Ms. Gould ████████████ (.20). | 0.90 |
| 05/02/2016 | POWE V | Followed up on Dennis Gaudio motion and considered communication from Mr. Gaudio on discovery. | 0.10 |
| 05/09/2016 | POWE V | Considered inquiry from Dennis Gaudio regarding status hearing and responded to same (.10); further exchanges with Mr. Gaudio (.10). | 0.20 |
| 05/10/2016 | POWE V | Exchanges with Dennis Gaudio regarding tomorrow's status hearing (.20); prepared for status hearing (.20); prepared communication to Rachael Gould █████████(.10); reviewed prior request and related order and prepared request for continued telephonic hearing related to Mr. Gaudio's schedule (.30); exchanged communications with Mr. Gaudio regarding motion (.10); attention to filing motion (.10); reviewed deposition exhibits in connection with out of time discovery request from Dennis Gaudio (.40); exchanged communications with Ms. Gould ████████ ████████ (.10); reviewed and served on Defendant Dennis Gaudio the Court's order rescheduling the status conference (.10); communication to client team ████████████████ ; prepared communication to Mr. Gaudio responding to late discovery request and providing | 1.60 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | documents and exchanged communications regarding his inquiries regarding next steps, upcoming due dates (.20). | |
| 05/12/2016 | ANDE D | Worked on summary judgment motion. | 1.40 |
| 05/13/2016 | ANDE D | Revised summary judgment motion. | 3.60 |
| 05/14/2016 | POWE V | Reviewed and prepared comments on draft Summary Judgment Motion. | 0.50 |
| 05/17/2016 | ANDE D | Worked on motion for summary judgment. | 2.10 |
| 05/17/2016 | POWE V | Attention to revisions to summary judgment motion. | 0.10 |
| 05/17/2016 | POWE V | Considered and responded to Dennis Gaudio's inquiry regarding witness list and reviewed joint pretrial in connection with same. | 0.10 |
| 05/18/2016 | ANDE D | Worked on motion for summary judgment. | 3.10 |
| 05/18/2016 | POWE V | Further attention to summary judgment motion. | 0.10 |
| 05/19/2016 | ANDE D | Revised motion for summary judgment. | 3.40 |
| 05/20/2016 | ANDE D | Revised summary judgment motion. | 1.30 |
| 05/24/2016 | ANDE D | Revised summary judgment motion. | 1.80 |
| 05/26/2016 | ANDE D | Worked on motion for summary judgment. | 1.70 |
| 05/26/2016 | POWE V | Attention to Dennis Gaudio dispositive motion and upcoming deadlines. | 0.10 |
| 05/27/2016 | CRIS T | Conferenced with Powers on witness and exhibit lists, reviewed the local rules and searched for form documents to use (.4); conferenced with Powers on the exhibit list served by Gaudio, how to address the same and whether to file the witness and exhibit lists (.2). | 0.60 |
| 05/27/2016 | POWE V | Reviewed documents and list received from Mr. Gaudio (.20); prepared preliminary Witness and Exhibit list (1.60). | 1.80 |
| 05/31/2016 | ANDE D | Revised motion for summary judgment. | 1.90 |
| 06/01/2016 | ANDE D | Revised summary judgment motion. | 2.30 |
| 06/01/2016 | POWE V | Exchanged communications with Mr. Dennis Gaudio regarding witness and exhibit lists. | 0.10 |
| 06/02/2016 | POWE V | Reviewed and revised draft Summary Judgment Motion (1.10); prepared communication to client team ███████. | 1.20 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | ███████ (.10). | |
| 06/10/2016 | POWE V | Conferred with Rachael Gould ████████ ███████ (.10); considered settlement strategy (.10). | 0.20 |
| 06/13/2016 | ANDE D | Revised summary judgment motion and assembled exhibits for filing with motion. | 2.10 |
| 06/13/2016 | POWE V | Reviewed and revised summary judgment and related exhibit information (2.20); prepared communication to client team ██████████████ (.20); conferred with Lane regarding affidavit in support of motion (.10); reviewed and considered affidavit in support of Summary Judgment (.10); preparation for upcoming hearing (.20). | 2.80 |
| 06/14/2016 | POWE V | Reviewed status of matter and prepared for hearing (.30); attention to finalizing summary judgment motion and affidavit for filing (.30); prepared for settlement discussion (.30). | 0.90 |
| 06/15/2016 | POWE V | Represented client at hearing and meeting with Mr. Dennis Gaudio after hearing to discuss possible resolutions of this matter and fraud matter (1.20); traveled to and from hearing (4.2 total unbilled time, bill only 2.0). | 6.20 |
| 06/18/2016 | POWE V | Exchanges with Dennis Gaudio regarding summary judgment. | 0.30 |
| 06/20/2016 | POWE V | Conference with Mr. Gaudio regarding settlement and summary judgment deadlines (.10); considered Court's deadlines (.10). | 0.20 |
| 06/21/2016 | POWE V | Conference with Rachael Gould ████████████ ███████ | 0.20 |
| 06/23/2016 | POWE V | Conference with Rachel Gould ████████████. | 0.10 |
| 07/07/2016 | POWE V | Communication from Mr. Dennis Gaudio regarding summary judgment and settlement discussion issues (.10); prepared communication responding to same (.10); exchanged communications with Rachael Gould ███████ (.10). | 0.30 |
| 07/08/2016 | POWE V | Exchanged communications with Mr. Dennis Gaudio regarding extension of time for response to summary judgment motion and next steps; exchanged communications with Rachael Gould ██████████ | 0.10 |
| 07/12/2016 | POWE V | Conferred with Rachael Gould ████████████ ████████nt (.10); prepared motion seeking extensions of time to file responses to Summary Judgment Motion (.30); prepared email communication to Mr. | 0.50 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | Dennis Gaudio regarding and circulating same and exchanged communications with Mr. Gaudio re same (.10). | |
| 07/13/2016 | POWE V | Reviewed Court's Order granting motion to extend dates and prepared communication to Mr. Dennis Gaudio providing Order (.10); prepared communication to client team ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (.10). | 0.20 |
| 07/20/2016 | POWE V | Considered communication from Dennis Gaudio regarding settlement matters (.10). | 0.10 |
| 07/22/2016 | POWE V | Considered and responded to communication from Dennis Gaudio regarding asset information. | 0.10 |
| 08/01/2016 | POWE V | Exchanged communications with Mr. Gaudio regarding upcoming deadline for response to summary judgment motion (.10); worked on preparation of settlement documents (.60). | 0.70 |
| 08/02/2016 | POWE V | Prepared draft settlement agreement and stipulated judgment (1.40); prepared communication to Rachael Gould ▮▮▮▮▮▮▮▮ ▮▮▮ (.10). | 1.50 |
| 08/03/2016 | POWE V | Exchange with Dennis Gaudio regarding upcoming response date in connection with summary judgment motion and next steps (.10); reviewed comments from Rachael Gould ▮▮▮▮▮▮▮▮▮▮▮ and considered issues raised (.20); conferred with Ms. Gould regarding settlement terms and issues (.20); revised settlement documents (.50); prepared communication to parties circulating draft settlement documents (.10); prepared second motion for extension of deadlines related to summary judgment motion (.20); prepared communication to Mr. Gaudio circulating and discussing the same; prepared communication to Ms. Gould ▮▮▮▮▮▮▮▮ (.10). | 1.40 |
| 08/04/2016 | POWE V | Communication from Dennis Gaudio regarding motion to extend time and revised motion for submission to Court (.10); reviewed order entered by Court and circulated order to Mr. Gaudio (.10); prepared communication to Rachael Gould ▮▮▮▮▮▮▮▮. | 0.20 |
| 08/25/2016 | POWE V | Exchanged communications with Dennis Gaudio regarding summary judgment response and settlement matters. | 0.20 |
| 08/28/2016 | POWE V | Reviewed opposition to summary judgment. | 0.10 |
| 08/31/2016 | POWE V | Prepared communication to Rachael Gould ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ | 0.10 |
| 09/01/2016 | POWE V | Reviewed comments and revised settlement agreement, stipulated | 0.60 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | judgment entry, and affidavit of Dennis Gaudio in support of settlement. | |
| 09/02/2016 | POWE V | Revised and finalized settlement agreement, stipulated entry and affidavits (.50); prepared communication to Mr. Gaudio regarding settlement documents, changes, and execution (.10); exchanged communications with Mr. Gaudio regarding settlement documents (.10). | 0.70 |
| 09/07/2016 | POWE V | Exchanged multiple communications with Mr. Dennis Gaudio regarding financial statements and settlement matters. | 0.40 |
| 09/08/2016 | POWE V | Exchanged multiple communications with Dennis Gaudio regarding settlement documents. | 0.20 |
| 09/12/2016 | POWE V | Reviewed settlement documents and financial reporting and compared to prior reporting provided by Dennis Gaudio (.30); exchanged communications with Rachael Gould ▮▮▮▮▮▮ (.10); exchanged communications with Dennis Gaudio regarding same (.10). | 0.50 |
| 09/13/2016 | POWE V | Reviewed settlement and financial information in preparation for conference with Mr. Dennis Gaudio (.20); conference with Mr. Gaudio regarding financials and settlement matters (.10). | 0.30 |
| 09/14/2016 | POWE V | Worked on preparation of 9019 Motion for Gaudio matter. | 0.30 |
| 09/15/2016 | POWE V | Gathered all settlement documents and information and prepared communication to Dennis Gaudio with detailed information (.80); revised settlement documents (.30); revised 9019 Motion (.20) ; prepared communication to client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.10). | 1.40 |
| 09/16/2016 | POWE V | Exchanged communications with Mr. Gaudio regarding financials and settlement matters (.30); prepared 9019 Motion (.50). | 0.80 |
| 10/17/2016 | POWE V | Reviewed Eric and Dennis settlement terms and prepared communication to defendants regarding terms of agreement. | 0.20 |
| 10/24/2016 | POWE V | Considered issues in SBA Objection to Settlement Agreement (.20); prepared communication to client team ▮▮▮▮▮▮ ▮▮▮▮▮ (.10). | 0.30 |
| 10/25/2016 | POWE V | Conferred with Rachael Gould ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ (.10); gathered and considered information for response to SBA objection (.10). | 0.20 |
| 10/26/2016 | CRIS T | Reviewed the memorandum on the alleged priority claim of the | 0.30 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | Small Business Administration against the guarantors. | |
| 11/01/2016 | POWE V | Considered issues under SBA objection and prepared for upcoming hearing (.20); prepared communication to client team ▮▮▮▮▮ ▮▮▮▮▮ (.10). | 0.30 |
| 11/02/2016 | POWE V | Conference with Rachael Gould ▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 11/03/2016 | CRIS T | Continued to draft the Reply to the SBA's Objection to the 9019 Motion and incorporated case law (1.9); reviewed the research and subsequent history and verified continuing validity of case law, and edited the Reply to the SBA Objection to 9019 Motion accordingly (3.5). | 5.40 |
| 11/04/2016 | CRIS T | Conferenced with Powers regarding the Reply to the SBA Objection to the 9019 Motion (.2); prepared a proposed order granting leave to file the Reply to the SBA Objection to the 9019 Motion (.6); revised the Reply to the SBA Objection to 9019 Motion and assembled the cited case law for review by Powers (1.7); attention to ECF issues concerning the Reply and conferenced with Judge Gorman's chambers concerning the same (.4); revised and electronically filed the Reply to the SBA's Objection to 9019 Motion (1.3); assembled the case law support for the Reply for Powers (.9). | 5.10 |
| 11/04/2016 | POWE V | Reviewed and revised Reply to SBA objection to 9019 Motion to settle with Dennis and Eric Gaudio (.20); conference with Rachael Gould ▮▮▮▮▮▮▮▮ (.10). | 0.30 |
| 11/07/2016 | POWE V | Attention to preparation for 9019 and SBA objection hearing. | 0.20 |
| 11/08/2016 | POWE V | Considered SBA objection and reviewed sur-reply filed today (.10); reviewed case law in support of our reply to SBA objection (.50); reviewed burden of proof (.10); prepared argument for hearing (1.0). | 1.70 |
| 11/09/2016 | POWE V | Prepared for and attended hearing on 9019 Motion and SBA objection. | 0.40 |
| 11/10/2016 | POWE V | Reviewed audio of hearing in connection ▮▮▮▮▮▮▮▮ to client team and in connection with responding to inquiries from Dennis Gaudio (.30); prepared update to client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.60); considered communication from Dennis Gaudio and letter forwarded by him from the SBA (.30); prepared communication to defendant regarding results of yesterday's hearing (.60); conference with Ms. Rachael Gould ▮▮▮▮▮g (.10). | 1.90 |
| 11/22/2016 | POWE V | Considered Court's ruling approving 9019 Settlement Motion and prepared communication to client team ▮▮▮▮▮▮ (.10); | 0.20 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | prepared communication to Dennis and Eric Gaudio regarding same (.10). | |
| 11/29/2016 | POWE V | Considered communication from Eric Gaudio regarding issues on recovery from Pizza Hut property in connection with settlement payment and reviewed background information on property (.40); considered and exchanged communications with client team ████████ (.20); exchanged communications with Mr. Gaudio regarding options (.10); conference with Rachael Gould ████████ (.10). | 0.80 |
| 11/30/2016 | POWE V | Followed up on status of wire payment due under Dennis and Eric Gaudio settlement agreement (.10); exchanged email communications with client team ████████ (.10); followed up and exchanged communications with Dennis and Eric Gaudio regarding payment (.20). | 0.40 |

**Subtotal for Dennis Gaudio** _____ **$31,926.50**

**General**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/28/2016 | CRIS T | Considered the expert witness disclosure requirements and local rules for the adversary proceedings. | 0.20 |
| 04/28/2016 | POWE V | Analyzed expert disclosures needed in pending adversaries (.20); reviewed rules of court regarding submission of expert disclosures (.10); reviewed expert report and considered use without amendment for purposes of efficiency (.20); prepared form of expert disclosure to use in adversaries (.30); communication to Rachael Gould ████████ (.10). | 0.90 |
| 06/12/2016 | CRIS T | Prepared a response to Powers concerning the 1803 LLC owned real estate and realizing value form the same. | 0.30 |
| 06/14/2016 | CHRO D | Reviewed information from Crist regarding the tax sale issue; telephone conference with Crist regarding the tax sale issue. [NO CHARGE] | 0.60 |
| 06/14/2016 | CRIS T | Reviewed the information received from Hendrian concerning a tax certificate and considered the same (.1); conferenced with Henley regarding the tax certificate held on 3585 N. Vermilion (.3); prepared correspondence regarding the tax lien against 1803 LLC and researched parcels owned by 1803 LLC and information on taxes (.5); conferenced with Chroust concerning the tax certificates and Petition for Tax Deed (.4); prepared ████████ the Custodian (.9). | 2.20 |
| 06/22/2016 | POWE V | Considered Court's orders revising all pending hearings. | 0.10 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/13/2016 | POWE V | Reviewed status of and dockets for all pending adversaries. | 0.10 |
| 07/21/2016 | POWE V | Attention to status of recovery on lien on N. Vermilion property. | 0.20 |
| 09/21/2016 | CRIS T | Attention to voice message form Klonicki ██████ █████. | 0.10 |
| 10/24/2016 | CRIS T | Conferenced with Eric Gaudio and Kuchefski concerning properties in Rantoul and Vermilion subject to the judgment lien. | 0.60 |
| 10/24/2016 | CRIS T | Prepared an update to the Custodian ████████ ████████████. | 0.50 |
| 10/24/2016 | MCCL C | Gathered information needed for release in Champaign County, IL. | 0.50 |
| 10/26/2016 | CRIS T | Prepared follow-up correspondence to Eric Gaudio concerning 3585 North Vermilion Street. | 0.10 |

**Subtotal for General** _____ **$2,596.00**

**Small Business Administration**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/22/2016 | CRIS T | Considered the discovery timeframes and factual issues. | 0.40 |
| 04/25/2016 | CRIS T | Considered discovery matters. | 0.40 |
| 04/26/2016 | CRIS T | Researched issues related to elements of claims and proof of the same in relation to facts admitted and relief requested (3.0); prepared communication to client team ███████████████████ (2.3). | 5.30 |
| 04/27/2016 | CRIS T | Continued to prepare and revise communication to client team ████████████████████ | 1.20 |
| 04/29/2016 | CRIS T | Researched discovery and evidentiary issues and conferenced with Anderson regarding the same (1.0); prepared correspondence to Gould ████████████████████(.70). | 1.70 |
| 04/29/2016 | POWE V | Reviewed and considered analysis of USSBA discovery strategy. | 0.10 |
| 05/12/2016 | CRIS T | Considered and strategized regarding the claims, defenses, discovery and basis for resolution of the adversary (1.3); conferenced with Gould ████████████(.2); considered the discovery issues and pretrial conference for the adversary (.3). | 1.80 |
| 05/12/2016 | POWE V | Prepared for USSBA status hearing (.50); two conferences with Hoff and O'Laughlin, SBA counsel, prior to status hearing (.50); | 2.40 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | strategized regarding settlement and further developed settlement proposal (.70); reviewed terms of Answer in connection with same (.10); conferred with Rachael Gould ████████████ (.20); participated in status conference (.10); considered results of status conference and timing established by Court (.10); conference with Ms. Gould ████████████ (.10); follow-up conference with SBA's counsel regarding next steps (.10). | |
| 05/15/2016 | CRIS T | Drafted a recommended approach toward resolving the adversary. | 1.10 |
| 05/16/2016 | CRIS T | Conferenced with Powers on the settlement recommendation (.2); revised the correspondence to Gould ████████████ (1.0). | 1.20 |
| 05/16/2016 | POWE V | Analysis of issues and strategized regarding terms of settlement proposal.  [NO CHARGE] | 0.40 |
| 05/17/2016 | POWE V | Worked on terms of settlement proposal. | 0.20 |
| 05/20/2016 | CRIS T | Prepared the settlement offer correspondence to Hoff and O'Loughlin. | 2.00 |
| 05/24/2016 | CRIS T | Revised correspondence to Hoff and O'Loughlin concerning a potential resolution of the adversary proceeding and extending a settlement proposal. | 2.10 |
| 05/24/2016 | POWE V | Reviewed and prepared comments on USSBA settlement proposal. | 0.30 |
| 05/27/2016 | CRIS T | Conferenced with Powers on the expert witness disclosure deadline and possible disclosure.  [NO CHARGE] | 0.20 |
| 05/27/2016 | POWE V | Analysis of expert disclosure for USSBA case. | 0.10 |
| 05/29/2016 | CRIS T | Reviewed the pretrial deadlines and John Lane's expert report (2.2); prepared an analysis of the expert witness disclosure and resolution of the SBA adversary (1.5). | 3.70 |
| 05/30/2016 | POWE V | Considered analysis regarding witnesses; settlement strategy. | 0.10 |
| 05/31/2016 | CRIS T | Reviewed correspondence from O'Loughlin in response to the settlement proposal, conferenced with Powers and ████████████ to the Custodian. | 1.80 |
| 05/31/2016 | POWE V | Considered USSBA counter to settlement proposal and strategized regarding next steps. | 0.10 |
| 06/01/2016 | CRIS T | Conferenced with Powers on responding to the SBA settlement proposal (.1); conferenced with Gould ████████████ | 0.40 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | ███████████ (.3). | |
| 06/01/2016 | POWE V | Considered USSBA counter on settlement proposal.  [NO CHARGE] | 0.10 |
| 06/02/2016 | CRIS T | Prepared a draft response to the SBA counterproposal. | 1.60 |
| 06/03/2016 | CRIS T | Considered the response to the SBA's counterproposal with Powers. | 0.20 |
| 06/03/2016 | POWE V | Analysis of settlement terms and reviewed and revised response to SBA counter to settlement proposal. | 0.30 |
| 06/06/2016 | CRIS T | Revised the draft response to the SBA's counterproposal and prepared correspondence to Gould ███████████. | 0.50 |
| 06/07/2016 | CRIS T | Conferenced with Gould ███████████████████████████████████████████████. | 1.40 |
| 06/14/2016 | CRIS T | Reviewed and provided updates for the chart of adversary proceeding deadlines and status concerning the SBA adversary after reviewing the May 12, 2016 hearing (.4); conferenced with Powers on the status of the adversary and next steps (.5). | 0.90 |
| 06/14/2016 | POWE V | Strategized regarding summary judgment motion and settlement issues. | 0.20 |
| 06/15/2016 | CRIS T | Responded to correspondence from Bartenschlag concerning the U.S. SBA's request to access 1803 Georgetown Road. | 1.10 |
| 06/15/2016 | POWE V | Strategized regarding next steps, including settlement and summary judgment motion. | 0.40 |
| 06/16/2016 | CRIS T | Conferenced with Joris concerning the preliminary witness and exhibit lists (.20); prepared correspondence to Gould ███████████████████████████ (2.80). | 3.00 |
| 06/16/2016 | STEF R | Reviewed pleadings on file and issues for Summary Judgment; reviewed documents and law. | 1.80 |
| 06/16/2016 | JORI W | Reviewed tasks to collect documents and information for upcoming witness and exhibit list deadline in order to assist with same. | 0.20 |
| 06/17/2016 | CRIS T | Preliminary attention to development of material facts and preparation of a motion for summary judgment. | 1.00 |
| 06/17/2016 | STEF R | Reviewed answer of SBA and issues relating to value of secured claim. | 2.20 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/20/2016 | CRIS T | Prepared a summary of issues in connection with preparation of summary judgement motion. | 1.10 |
| 06/20/2016 | STEF R | Attention to outline of motion summary judgment; reviewed local rules in connection with same. | 1.50 |
| 06/21/2016 | CRIS T | Attention to correspondence from the SBA to Bartenschlag and considered how to respond to same (.4); conferenced with Gould ████ ████████████████████████████████████ (.3); considered correspondence to send to counsel for the U.S. SBA and Bartenschlag (.2); attention to correspondence from Joris concerning equipment and other SBA related documents (.1); prepared correspondence to Bartenschlag concerning ████████ ████████████ (.2); attention to correspondence from O'Loughlin and prepared correspondence in response to Hoff and O'Loughlin concerning the potential resolution and request for access (1.6); conferenced with Powers on responding to the SBA's counsel (.3). | 3.10 |
| 06/21/2016 | POWE V | Considered options for resolution with SBA, summary judgment issues.   [NO CHARGE] | 0.30 |
| 06/21/2016 | JORI W | Researched and reviewed documents to locate information and documents to assist with witness and exhibit list. | 2.10 |
| 06/22/2016 | CRIS T | Prepared correspondence to Gould ████████ ████████████████████████ (.3); responded to correspondence from O'Loughlin concerning access to 1803 Georgetown Road for a broker (.50) attention to O'Loughlin's response and prepared a reply to schedule a call to discuss (.2); consider request for access and how to respond to the same (.3); prepared a response to Hoff concerning the SBA's request for access (.3); prepared correspondence to Gould ████████████ ████████████████████████ (.6); conferenced with Neill on requests for and gathering documents and information obtained (.3); attention to correspondence from Hoff (.1). | 2.60 |
| 06/22/2016 | POWE V | Attention to SBA's out of time discovery request for access to Debtor's warehouse building. | 0.10 |
| 06/22/2016 | POWE V | Assisted with discussions with US SBA representatives regarding issues in adversary. | 0.30 |
| 06/22/2016 | STEF R | Drafted summary judgment motion; researched Seventh Circuit cases for brief. | 4.20 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/22/2016 | JORI W | Reviewed hard copy file and electronic documents to gather additional information and documents for witness and exhibit list deadline. | 1.20 |
| 06/23/2016 | CRIS T | Attention to correspondence from Hoff on the SBA's access to the property at 1803 Georgetown Road (.8); conferenced with Gould ▮▮ ▮▮▮▮▮▮ (.2); considered resolution of the access issue (.5); conferenced with Hoff and O'Loughlin on resolution of the SBA's request for access (.1); conferenced with Bartenschlag, prepared a response to Neumann, and prepared correspondence to Gould ▮▮▮▮▮▮ (.5); prepared and sent confirming correspondence to Hoff and O'Loughlin regarding access to facility (.80); prepared correspondence to Gould ▮▮▮▮▮▮ (.1). | 3.00 |
| 06/23/2016 | POWE V | Conference with Rachael Gould ▮▮▮▮▮▮ ▮▮▮. | 0.10 |
| 06/23/2016 | POWE V | Considered items for SBA witness and exhibit list. | 0.10 |
| 06/23/2016 | POWE V | Analysis of SBA discovery issues (.80); multiple communications with SBA counsel regarding same (.30); conferences with client team ▮▮▮▮▮▮ (.30). | 1.40 |
| 06/23/2016 | STEF R | Researched cases on turnover actions in the 7th Circuit Court of Appeals (2.1) and reviewed case law under Section 502(d) regarding allowed claims in connection with preparation of summary judgment motion. | 2.70 |
| 06/23/2016 | JORI W | Continued searching electronic documents in order to gather information and documents for witness and exhibit list regarding US SBA loan and use of proceeds from loan. | 2.70 |
| 06/24/2016 | CRIS T | Prepared an initial draft of Plaintiff's Preliminary Witness and Exhibit Lists. | 1.20 |
| 06/25/2016 | CRIS T | Continued to prepare the Plaintiff's Preliminary Witness and Exhibit Lists. | 4.70 |
| 06/25/2016 | STEF R | Completed preliminary draft of Summary Judgment Motion. | 3.10 |
| 06/26/2016 | CRIS T | Reviewed documents and correspondence searched by Joris to complete the Plaintiff's Preliminary Witness and Exhibit List. | 3.70 |
| 06/29/2016 | CRIS T | Revised the Preliminary Witness and Exhibit Lists. | 0.20 |
| 06/29/2016 | STEF R | Researched and reviewed cases under Section 506(a) for summary | 1.30 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | judgment motion. | |
| 06/30/2016 | CRIS T | Made final edits to the Preliminary Witness and Exhibit Lists (.3). | 0.30 |
| 06/30/2016 | STEF R | Finished research on summary judgment. | 1.00 |
| 07/06/2016 | CRIS T | Attention to the draft Motion for Summary Judgment. | 1.00 |
| 07/07/2016 | STEF R | Edited summary judgment motion. | 1.00 |
| 07/08/2016 | STEF R | Revised Motion for Summary Judgment and edited same. | 1.70 |
| 07/09/2016 | STEF R | Completed draft of Summary Judgment motion. | 1.10 |
| 07/10/2016 | CRIS T | Reviewed and revised the Motion for Summary Judgment. | 1.30 |
| 07/11/2016 | CRIS T | Reviewed the Motion for Summary Judgment and made revisions to the same. | 2.00 |
| 07/11/2016 | POWE V | Reviewed and prepared comments on draft motion for summary judgment. | 0.60 |
| 07/12/2016 | CRIS T | Revised Motion for Summary Judgment and reviewed case law (2.0); prepared correspondence to Gould ████████████ (.1). | 2.10 |
| 07/12/2016 | POWE V | Reviewed and commented on revised draft of SBA summary judgment motion. | 1.00 |
| 07/12/2016 | STEF R | Reviewed revised draft of summary judgment motion. | 0.80 |
| 07/13/2016 | CRIS T | Considered the revisions to the Motion for Summary Judgment and filing the same (.3); considered the settlement proposal from Hoff (.1); analysis of the settlement proposal received from Hoff (.7); made final revisions to the Plaintiff's Motion for Summary Judgment (.6); conferenced with Gould ████████████ (.2); ████████████ per discussion with Gould and prepared the Exhibits to attach (.5); prepared to and conferenced with Hoff and O'Loughlin concerning the settlement letter and pretrial (.2); finalized the Plaintiff's Motion for Summary Judgment for filing (.8). | 3.40 |
| 07/13/2016 | POWE V | Analysis of SBA settlement proposal and of options for workable settlement terms and possible response to SBA. | 1.00 |
| 07/13/2016 | STEF R | Reviewed latest draft of Motion for Summary Judgment; researched issues related to pre-judgment interest and post-judgment interest. | 2.60 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/14/2016 | CRIS T | Prepared for the final telephonic hearing before the Bankruptcy Court, attended and represented the Plaintiff at the same (2.7); prepared an initial draft response to the settlement letter received from Hoff on July 13 (.7). | 3.40 |
| 07/14/2016 | POWE V | Assisted in preparation for status hearing and strategized regarding next steps (.40); prepared update to client ███████ ███ (.30). | 0.70 |
| 07/15/2016 | CRIS T | Continued to prepare the settlement response letter to Hoff concerning resolution of the SBA adversary proceeding. | 0.90 |
| 07/15/2016 | POWE V | Reviewed and revised settlement letter to SBA (.10); ████████ ████████████████████ to Rachael Gould (.10). | 0.20 |
| 07/18/2016 | CRIS T | Finalized the settlement response letter to send to Hoff. | 0.50 |
| 07/19/2016 | CRIS T | Reviewed the Order setting the briefing schedule on the Motion for Summary Judgment, docketed the deadlines, and prepared correspondence to Stefancin. | 0.30 |
| 07/20/2016 | CRIS T | Consider the SBA's response to the Custodian's settlement counter-proposal (.1); conferenced with Hoff concerning his letter responding to the settlement counter-proposal (.1). | 0.20 |
| 07/25/2016 | POWE V | Reviewed status of discussions with SBA counsel and prepared follow up communication to Hoff (.20); prepared communication to Rachael Gould ████████████████ (.10). | 0.30 |
| 07/27/2016 | POWE V | Considered communication from Hoff declining to engage in settlement discussions; prepared communication to Rachael Gould ████████ | 0.10 |
| 07/28/2016 | POWE V | Considered SBA summary judgment response. | 0.50 |
| 07/28/2016 | STEF R | Reviewed and analyzed responses filed by SBA. | 1.30 |
| 07/29/2016 | CRIS T | Reviewed the Response to Motion for Summary Judgment filed by the SBA and prepared comments regarding the same. | 0.60 |
| 07/29/2016 | POWE V | Assisted with development of reply to SBA Summary Judgment response. | 1.20 |
| 07/29/2016 | STEF R | Considered Reply; read Reply; researched cases on 542. | 2.80 |
| 08/01/2016 | CRIS T | Further analyse of the Reply Brief in Support of our Motion for Summary Judgment. | 0.10 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/2016 | POWE V | Considered issues for development of argument in reply brief. | 0.10 |
| 08/01/2016 | STEF R | Research regarding 542 issues and interim payments issues. | 2.20 |
| 08/02/2016 | STEF R | Completed research on issues in Summary Judgment Brief; drafted outline of argument. | 4.50 |
| 08/03/2016 | POWE V | Developed arguments and outline of reply brief on summary judgment and reviewed case law relied on by SBA (2.50); conferred with Rachael Gould ███████████████████████████████ .20); analysis of whether SBA has asserted a cross-motion (.10); reviewed local rules in connection with limitations for responsive pleading (.10). | 3.00 |
| 08/03/2016 | STEF R | Reviewed various cases under Section 549 and issues related; began draft of Brief. | 2.80 |
| 08/04/2016 | POWE V | Attention to development of arguments for reply brief. | 0.20 |
| 08/04/2016 | STEF R | Work on draft of Summary Judgment reply brief. | 1.10 |
| 08/08/2016 | STEF R | Reviewed court order and cases regarding formality of transfer; conducted related legal research. | 2.40 |
| 08/09/2016 | STEF R | Drafted summary judgment reply: reviewed 7th circuit case law on 542; edited reply. | 5.10 |
| 08/15/2016 | CRIS T | Reviewed the Reply to the U.S. SBA's Response to Debtor's Motion for Summary Judgment and made comments to the same. | 0.60 |
| 08/15/2016 | POWE V | Worked on revisions to Reply Brief. | 3.50 |
| 08/16/2016 | CRIS T | Reviewed the Response of the U.S. SBA to the Motion for Summary Judgment, the draft Reply to the Response, and conferenced with Powers and Stefancin on comments, edits and revisions to the same. | 1.40 |
| 08/16/2016 | POWE V | Analysis of SBA argument in response to summary judgment motion and attention to development of legal argument for reply brief.   [NO CHARGE] | 1.20 |
| 08/16/2016 | STEF R | Reviewed revised draft of Reply to Summary Judgment; edited same.  Conferred with Victoria Powers and Tyson Crist regarding filing. | 1.50 |
| 08/17/2016 | CRIS T | Reviewed the Reply to the SBA's Response to Debtor's Motion for Summary Judgment and Cross Motion for Summary Judgment and | 2.80 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | incorporated various comments and additions. | |
| 08/18/2016 | CRIS T | Reviewed comments on the revised Reply to Response of SBA to Motion for Summary Judgment and further revised the same (.5); reviewed the court decision to incorporate into the Reply (.3); performed a final review of the Reply and made comments on the same for filing (.4). | 1.20 |
| 08/18/2016 | POWE V | Reviewed, revised and finalized reply brief (2.80); prepared communication to Rachael Gould ████████████ (.10). | 2.90 |
| 08/18/2016 | STEF R | Reviewed latest draft of brief. Researched cases on statutory interpretation and edited brief. Reviewed last red line. Comment. | 1.90 |
| 08/26/2016 | POWE V | Reviewed and considered SBA reply in support of cross motion (.20); analysis of options for addressing same (.20). | 0.40 |
| 08/27/2016 | POWE V | Prepared communication to client team ████████████ ████████████. | 0.20 |
| 10/05/2016 | CRIS T | Reviewed the Notice of Hearing on the decision on motions for summary judgment, considered the same and prepared for the same. | 1.00 |
| 10/05/2016 | POWE V | Considered hearing notice (.10); prepared communication to client team ████████ (.10). | 0.20 |
| 10/06/2016 | CRIS T | Considered issues concerning the hearing on the Motions for Summary Judgment. | 0.10 |
| 10/06/2016 | POWE V | Considered issues in preparation for SBA hearing (.10); exchanged communications with client team ████████ (.10). | 0.20 |
| 10/07/2016 | CRIS T | Analysis and preparation for the hearing scheduled on the decision on motions for summary judgment. | 0.50 |
| 10/16/2016 | CRIS T | Prepared for the hearing on the decision on Motions for Summary Judgment, reviewed the motions and associated case law. | 5.30 |
| 10/17/2016 | CRIS T | Reviewed the Reply Briefs of Plaintiff and the SBA and made notes for case law to review and points of argument (1.4); reviewed and considered case law cited in the Motions for Summary Judgment in preparation for the hearing, and made notes for the same (2.8). | 4.20 |
| 10/18/2016 | CRIS T | Reviewed further case law cited in the summary judgment filings (.1); conferenced with Stefancin in preparation for the hearing on the SBA adversary and prepared a summary of notes on the same along with correspondence to Powers (1.9). | 2.00 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/19/2016 | CRIS T | Continued to prepare for the hearing on decision on Motions for Summary Judgment (2.0); continued to review case law pertaining to the Motions for Summary Judgment in preparation for the hearing on decision on the Motions (3.5). | 5.50 |
| 10/19/2016 | POWE V | Gathered information in connection with preparation for hearing. | 0.70 |
| 10/20/2016 | CRIS T | Continued to prepare for the hearing on the decision on cross-motions for summary judgment (2.0); made notes for the hearing on the decision on cross-motions for summary judgment (2.0); represented the Debtor at the telephonic hearing on the decision on motions for summary judgment in the SBA adversary (.4); conferenced with Powers on the ruling at the hearing (.1); conferenced with Gould ███████████████████████████████ (.7). | 5.20 |
| 10/20/2016 | POWE V | Reviewed issues in preparation for hearing (.30); analysis of next steps following hearing (.30); conference with Rachael Gould ████████████████████████████ (.70). | 1.30 |
| 11/08/2016 | CRIS T | Researched and prepared memorandum for preparation for hearing (.8); reviewed the Sur-Reply filed by the SBA in objection to the 9019 Motion, analyzed the arguments, and prepared memorandum (1.0). | 1.80 |

**Subtotal for Small Business Administration** _____ **$78,616.50**

**Specialty Distrib of Illinois**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/02/2016 | ANDE D | Revised discovery requests (.3); email correspondence with opposing counsel regarding extension of case schedule (.3); reviewed draft motion (.2); prepared expert witness disclosure (.3). | 1.10 |
| 05/05/2016 | ANDE D | Revised and served discovery requests. | 0.60 |
| 05/10/2016 | ANDE D | Drafted correspondence regarding discovery (.4); drafted correspondence regarding settlement proposal (.3); participated in call with opposing counsel (.3) | 1.00 |
| 05/17/2016 | ANDE D | Reviewed settlement correspondence from Specialty (.2); email correspondence with client (.3); prepared revised settlement offer (.3) | 0.80 |
| 05/17/2016 | POWE V | Attention to settlement strategy for Specialty Distributing. | 0.10 |
| 05/18/2016 | ANDE D | Email correspondence with client ████████████████ (.4); drafted revised settlement proposal (.7). | 1.10 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/18/2016 | POWE V | Worked on terms of settlement proposal in Specialty Distributing. | 0.30 |
| 05/20/2016 | ANDE D | Exchanged settlement correspondence with opposing counsel. | 0.40 |
| 05/25/2016 | ANDE D | Reviewed settlement correspondence from Specialty counsel and drafted response to same. | 0.60 |
| 05/26/2016 | ANDE D | Participated in conference call with court. | 0.20 |
| 05/26/2016 | POWE V | Prepared for status hearing (.30); represented Debtor at hearing (.10); prepared communication to client team ███████████ ████████████.20). | 0.60 |
| 06/01/2016 | ANDE D | Reviewed and responded to settlement correspondence from Specialty (.4); drafted settlement agreement (.8). | 1.20 |
| 06/02/2016 | ANDE D | Prepared email correspondence regarding settlement agreement and proposed scheduling entry to counsel for Specialty. | 0.20 |
| 06/10/2016 | ANDE D | Exchanged emails regarding Specialty settlement with Specialty counsel and client. | 0.60 |
| 06/13/2016 | ANDE D | Revised motion to approve Specialty settlement. | 0.80 |
| 06/14/2016 | POWE V | Settlement documents. | 0.10 |
| 07/13/2016 | ANDE D | Prepared email correspondence with Specialty Distributing counsel re order approving settlement and time to pay settlement amount. | 0.40 |

**Subtotal for Specialty Distrib of Illinois** _____ **$3,857.00**

**World Business Lenders**

| | | | |
|------|----------|-------------|-------|
| 04/19/2016 | CRIS T | Attention to the discovery served by World Business Lenders and docketed the response date. | 0.60 |
| 04/20/2016 | CRIS T | Attention to correspondence from Coley, Counsel to World Business Lenders, prepared correspondence to Gould ████████ ██████████████ and prepared a response to Coley to schedule a conference call. | 0.60 |
| 04/20/2016 | POWE V | Attention to discovery matters. | 0.10 |
| 04/22/2016 | CRIS T | Analysis of issues following the call with the World Business Lenders attorneys. | 0.60 |
| 04/22/2016 | CRIS T | Prepared for the conference call with the attorneys for World Business Lenders, conducted the call to discuss discovery deadlines. | 1.60 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 04/25/2016 | CRIS T | Considered the discovery issues raised by counsel for World Business Lenders (.2); prepared correspondence to Gould ███████████████████████ (.9). | 1.10 |
| 04/26/2016 | CRIS T | Considered the discovery issues and prepared a response to correspondence form Gould ███████████. | 1.80 |
| 05/02/2016 | POWE V | Received and briefly reviewed WBL discovery responses (.10); considered status of preparation of responses to requests from WBL and prepared communication to client team ███████ ████ (.10) | 0.20 |
| 05/03/2016 | CRIS T | Reviewed the responses to First Set of Discovery received from counsel to World Business Lenders and analyzed the impact on the claims and defenses asserted (2.8); prepared correspondence to Gould █████████████████████████ (1.1); continued to analyze and research elements of claims and proof (3.0). | 6.90 |
| 05/04/2016 | CRIS T | Considered the logistics and searching for documents for discovery responses and conferenced with Joris concerning the same (.6); reviewed Defendant's First Set of Interrogatories and Request for Production of Documents and analyzed responding to the same (.9); considered responses to Defendant's First Set of Discovery and conferenced with Powers on how to proceed (1.2); prepared a response to Gould ████████████████ (.2); forwarded the First Set of Discovery Requests of World Business Lenders to Joris with instructions on searching for responsive communications and documents (1.4). | 4.30 |
| 05/04/2016 | POWE V | Analysis of WBL discovery and responses (.80) (No Charge).<br>[NO CHARGE] | 0.80 |
| 05/04/2016 | JORI W | Reviewed details regarding discovery requests from World Business Lenders and steps to gather documents for responses. | 0.20 |
| 05/05/2016 | CRIS T | Reviewed emails for production in response to World Business Lender's First Set of Discovery (1.1); conferenced with Joris on production of emails, and handling documents produced by World Business Lenders (.2); prepared correspondence to Gould ███████████████████ (.5); reviewed the correspondence gathered by Joris to respond to World Business Lenders discovery requests and identical emails to not produce or to redact (2.0). | 3.80 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/05/2016 | POWE V | Conferred with Rachael Gould ███████████. | 0.20 |
| 05/05/2016 | JORI W | WBL:  Reviewed World Business Lenders' discovery requests and reviewed hard copy files and electronic documents in order to gather documents responsive to same; internal communications regarding handling of collection and processing of documents for production. | 4.10 |
| 05/06/2016 | CRIS T | Conferenced with Gould ████████████ ███████████████████ (1.3); considered follow-up items and communicating with counsel for World Business Lenders on the discovery schedule (.3); prepared instructions for Joris on further records searching for discovery responses to World Business Lenders (.9). | 2.50 |
| 05/06/2016 | JORI W | Internal communications regarding additional documents needed for response to World Business Lenders' discovery (.3); performed additional searches in the document management system to locate e-mails and documents regarding communications with World Business Lenders (.7); reviewed stored files for information regarding communications with World Business Lenders (1.0); reviewed file to identify documents regarding loans, real estate documents, appraisals and evaluations of 1803, LLC (.9); reported findings for discovery responses (.2). | 3.10 |
| 05/09/2016 | CRIS T | Reviewed and made proposed revisions to the Agreed Motion to Modify Joint Pretrial Statement to Conclude Depositions received from Ryan (1.0), and prepared correspondence to Gould █████ ██████████.20). | 1.20 |
| 05/09/2016 | POWE V | Conferred with Rachael Gould █████████████. | 0.10 |
| 05/10/2016 | CRIS T | Reviewed and further revised the Agreed Motion to Modify Joint Pretrial Statement, and prepared correspondence to World Business Lenders' attorneys concerning the same. | 0.90 |
| 05/10/2016 | JORI W | Continued review of stored documents to be processed for production in order to handle same (.5); began review of prior production disks in order to locate documents responsive to World Business Lenders' discovery (.3). | 0.80 |
| 05/11/2016 | CRIS T | Reviewed files for communications with World Business Lenders and identified documents to produce (1.4); prepared a revised Partially Consented Motion for Modification of Joint Pretrial Statement to Set Deadline for Fact Witness Depositions, along with correspondence to Coley (.7); reviewed the revised Partially Consented Motion for Modification of Joint Pretrial Statement received from Coley and responded to her accordingly (.2); | 4.30 |

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | reviewed discovery documents gathered by Joris and responded with identification of further documents needed and designation of documents to produce (2.0). | |
| 05/11/2016 | ANDE D | Analyzed discovery and timing issues. | 0.30 |
| 05/11/2016 | POWE V | Communications from WBL on discovery issues and considered responses. | 0.10 |
| 05/11/2016 | JORI W | Continued reviewing production disks in adversary and bankruptcy matters in order to locate responsive documents to World Business Lenders' discovery requests (3.1); reported to attorney regarding documents located (.3); received and reviewed production disk and facilitated loading of World Business Lenders' documents for upload to Sharefile (.5). | 3.90 |
| 05/12/2016 | CRIS T | Attention to correspondence from Joris on discovery documents (.1); prepared a draft of the Responses to Defendants' First Set of Discovery (.9); considered the claims, defenses, discovery and basis for resolution of the adversary (1.3); conferenced with Gould ▮ ▮ (.2); prepared correspondence to Coley and Ryan concerning the discovery dates (.3); conferenced with Coley on extensions of discovery response date and fact discovery deadline (.3); reviewed the revised Motion for Extension of Joint Pretrial Statement, edited the same and prepared correspondence to Gould and to Coley concerning the same (.6); conferenced with Hoff and O'Loughlin concerning discovery and the status call with the court (.3). | 4.00 |
| 05/12/2016 | POWE V | Considered discovery issues and WBL's proposed limited extensions (.40); strategized on possible settlement and developed settlement proposal (.60); conferred with Rachael Gould ▮ ▮ (.20). | 1.20 |
| 05/12/2016 | CARR J | Uploaded data to ShareFile for Wendy Joris. | 0.20 |
| 05/12/2016 | CARR J | Created a ShareFile site for Wendy Joris. | 0.20 |
| 05/12/2016 | JORI W | Internal communications regarding Sharefile site for World Business Lenders' document production and reviewed site created (.3); reviewed several communications regarding documents to be produced in order to prepare for production and began work on same (.3); received and reviewed supplemental documents produced by WBL and prepared for upload to Sharefile site (.3). | 0.90 |
| 05/13/2016 | CRIS T | Reviewed additional documents received from Joris (.1); reviewed the Consented Motion to Modify Joint Pretrial Statement, as filed, | 2.50 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | the Order Striking, and corrected filing (.1); drafted a recommendation on approach toward resolving the adversary (2.3). | |
| 05/13/2016 | CRIS T | Responded to Gould ███████████████████████ ████████████ (.1); corresponded with Coley regarding the Consented Motion to Modify Joint Pretrial Statement (.4). | 0.50 |
| 05/13/2016 | JORI W | Continued gathering, reviewing, organizing, redacting and preparing documents for production (1.9); performed additional searches to locate documents related to titles, appraisals, valuations and analyses (1.2). | 3.10 |
| 05/15/2016 | CRIS T | Analysis of legal question for revisions to settlement proposal (.4); prepared draft of a settlement proposal to send to counsel for WBL (1.4). | 1.80 |
| 05/15/2016 | POWE V | Reviewed and revised settlement proposal. | 0.50 |
| 05/16/2016 | CRIS T | Continued to review files for documents responsive to the Defendant's First Set of Discovery (1.1); reviewed documents gathered by Joris for documents responsive to the Defendant's First Set of Discovery (.1); conferenced with Powers on the settlement recommendation (.2); revised the correspondence to Gould ███████████████████████ ████████ (1.4). | 2.80 |
| 05/16/2016 | POWE V | Analysis of issues and strategized regarding terms of settlement proposal. | 0.40 |
| 05/16/2016 | JORI W | Received and reviewed e-mails regarding status of document review and discovery deadline (.1); continued organizing e-mails in order to prepare for production (.8). | 0.90 |
| 05/17/2016 | CRIS T | ████████████████ by Gould (.8); attention to order setting a hearing on the Joint Motion to Modify Joint Pretrial Statement (.2); revised the settlement correspondence to the attorneys for World Business Lenders (.4); conferenced with Powers and responded to Gould ███████████████████████ ████████ (.8); reviewed the documents produce by World Business Lenders (3.7). | 5.90 |
| 05/18/2016 | CRIS T | Researched defenses to certain claims against World Business Lenders and prepared an analysis (1.2); corresponded with Powers on the approach to settlement (.2). | 1.40 |
| 05/18/2016 | POWE V | WBL settlement analysis.  [NO CHARGE] | 0.10 |
| 05/18/2016 | JORI W | Began preparation of privilege log; internal communications | 0.20 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | regarding discovery extension. | |
| 05/19/2016 | CRIS T | Prepared responses to the first set of interrogatories by World Business Lenders (3.3); reviewed the loan documents with respect to the prepayment penalty calculation (.3); revised the settlement proposal to World Business Lenders, communicated with Gould ██████████████ and sent it to Coley and Ryan (2.5). | 6.10 |
| 05/20/2016 | CRIS T | Revised correspondence to Gould ██████████████ | 0.20 |
| 05/25/2016 | CRIS T | Continued to review files for any documents responsive to the First Request for Production of Documents (3.2); attention to correspondence from and responded to Major Hart ██████████ ██████████ (.2); prepared for the settlement call with WBL's counsel and conducted the same (1.0); provided an update on the settlement call with WBL's counsel (.1). | 4.50 |
| 05/25/2016 | JORI W | Reviewed e-mails and documents to prepare for production deadline. | 0.20 |
| 05/26/2016 | CRIS T | Prepared a response to Gould ██████████████████ ██████████ (.4); reviewed information concerning the Consented Motion to Modify Joint Pretrial Statement and conferenced with Powers on the same (.5); reviewed the remaining emails and documents to produce, from Ice Miller email, documents, and documents from First Midwest Bank, and identified which to produce and redactions to the same (3.5). | 4.40 |
| 05/26/2016 | ANDE D | Participated in conference call with court. [NO CHARGE] | 0.20 |
| 05/26/2016 | POWE V | Prepared for status hearing (.30); represented Debtor at hearing (.10); prepared communication to client team ███████████ ██████████ .20). | 0.60 |
| 05/26/2016 | JORI W | Internal communications to discuss handling of documents for production in order to meet deadline set by the court. | 0.20 |
| 05/27/2016 | CRIS T | Conferenced with Anderson and considered the response to the request for production of documents concerning insolvency (1.1); considered the request for production of documents concerning insolvency and corresponded with Powers and Anderson concerning the same (.2). | 1.30 |
| 05/27/2016 | JORI W | Received, reviewed, organized and redacted additional documents for production deadline to WBL (2.3); gathered and reviewed documents relied upon in expert report in order to evaluate and | 3.90 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | prepare for production (.7); facilitated processing of e-mails for production (.2); internal communications regarding plans for production (.2); continued preparation of privilege log (.5). | |
| 05/30/2016 | CRIS T | Prepared the Responses to the First Set of Requests for Production of Documents by World Business Lenders, and revised the Responses to First Set of Interrogatories (3.7); prepared correspondence to Gould ██████████████ ██████████ (.3). | 4.00 |
| 05/31/2016 | CRIS T | Revised correspondence to the Custodian ████████ ████████ | 0.40 |
| 06/01/2016 | CRIS T | ████████████████████████ per the conference with Gould, ████████████ ██████████ (1.7); conferenced with Gould ████ (.9); prepared correspondence to Coley and Ryan concerning settlement discussion (.2); prepared instructions to Joris concerning the document production to WBL (.2); conferenced with Joris on the document production, and with Powers (.3); reviewed the comments by Gould ████████████████████ ████████ (.6). | 3.90 |
| 06/01/2016 | POWE V | Attention to gathering information for WBL discovery. | 0.10 |
| 06/01/2016 | CARR J | Created a production log for Wendy Joris. | 0.10 |
| 06/01/2016 | CARR J | Re-processed production with updates for Wendy Joris. | 0.80 |
| 06/01/2016 | CARR J | Processed data for production for Wendy Joris. | 1.00 |
| 06/01/2016 | JORI W | Continued organizing e-mails and PDFs to prepare for production and internal communications to facilitate same (1.6); discussed written responses to discovery in order to assist with supplements to same (.3); reviewed documents processed for production and internal communications regarding additional organization of same (.9); continued preparing redactions to documents to be produced (.3). | 3.10 |
| 06/02/2016 | CRIS T | Conferenced with Powers and considered further issues in regard to discovery responses (.3); further revised the Answers and Responses to World Business Lender's First Set of Discovery and reviewed the final set of documents to produce (1.1); attention to the responses from Coley and prepared correspondence to the Custodian (.1); | 3.50 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | continued to review the documents for production and conferenced with Joris on removal of certain documents (1.2); prepared correspondence to Gould ████ ████████ (.3); reviewed the proposed Order received from Coley, along with issues concerning allegations in the Complaint (.5). | |
| 06/02/2016 | POWE V | Reviewed and revised responses to discovery requests. | 0.50 |
| 06/02/2016 | CARR J | Created a production log for Wendy Joris. | 0.10 |
| 06/02/2016 | CARR J | Re-processed production with updates for Wendy Joris. | 0.60 |
| 06/02/2016 | JORI W | Continued review and organization of documents to be produced (.9); supplemented written discovery responses with Bates ranges for documents being produced (.5); supplemented privilege log (.2); reviewed documents to be removed from production set and facilitated changes to same (.7); internal communications to facilitate burning of production disks (.4); finalized production disks containing expert materials (.3). | 3.00 |
| 06/03/2016 | CRIS T | Further reviewed the document production and conferenced with Joris on finalizing the same, and the references to the same in Answers to Interrogatories (.8); prepared correspondence to Coley and Ryan concerning the Answers, Responses and production of documents (.7); conferenced with Joris on production issues (.3); continued to review, consider and finalize both the documents for production and the Answers and Responses to the Interrogatories and Request for Production of Documents (2.6); considered the settlement response from World Business Lenders (.1); revised the proposed Order on Consented Motion to Modify Joint Pretrial Statement and prepared correspondence to Coley (1.1). | 5.50 |
| 06/03/2016 | POWE V | Considered WBL counter to settlement proposal and considered terms for response.   [NO CHARGE] | 0.10 |
| 06/03/2016 | CARR J | Re-processed production with updates for Wendy Joris. | 0.30 |
| 06/03/2016 | CARR J | Created a production log for Wendy Joris. | 0.10 |
| 06/03/2016 | JORI W | Reviewed e-mails regarding additional changes to document production and facilitated handling to remove various documents from production set (.6); received and reviewed updated production set and log (.4); instructed handling to prepare production disks (.4); internal communications regarding production of CD containing expert documents, and considered handling of redactions to same and review of QuickBooks files (.5); prepared additional updates to | 2.80 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | discovery responses (.4); prepared additional redactions to attorney client e-mail and facilitated production disks (.2); updated and finalized privilege log (.3). | |
| 06/06/2016 | CRIS T | Conferenced with Isom and Joris on documents to produce in support of the expert report of John Lane (.1); conferenced with Joris on document production issues (.1). | 0.20 |
| 06/06/2016 | JORI W | Continued work to access QuickBooks program on expert disk (.5); facilitated processing of expert disk in order to make redactions to documents containing personal information and account numbers (.3); began to review and redact PDFs on expert disk to prepare for production (3.8). | 4.60 |
| 06/07/2016 | CRIS T | Prepared correspondence to Gould ███████████ ███████████████████████████████ (1.9); reviewed World Business Lender's produced documents concerning its allegations in the settlement counterproposal and examined the real estate records for 1803, LLC owned collateral (3.1); reviewed insolvency documents for redaction and production to WBL in respond to the Request for Production of Documents (2.1). | 7.10 |
| 06/07/2016 | JORI W | Continued reviewing and redacting PDFs containing confidential personal information in order to prepare documents for production (7.6); reviewed status of import of QuickBooks files (.2); prepared to load supplemental production documents from WBL to the ShareFile (.2); received and reviewed additional documents and e-mails to be produced by deadline (.1); internal communications regarding handling of further redactions needed (.3). | 8.40 |
| 06/08/2016 | CRIS T | Conferenced with Joris on the production of back-up to the Expert Report of John Lane (.3); reviewed further documents provided to Lane and considered which to redact and produce, and prepared instructions to Joris (.6); conferenced with Babbert regarding production of certain documents (.5); reviewed emails identified by Joris and researched any production issues (1.1); prepared correspondence to Gould ████████████████████ (.2). | 2.70 |
| 06/08/2016 | CARR J | Processed data for production for Wendy Joris | 0.40 |
| 06/08/2016 | JORI W | Internal communications regarding further handling of voluminous redactions to financial records on expert disk; reviewed and prepared updates to general ledgers to be redacted and produced; facilitated loading of WBL production to Sharefile; gathered and processed additional email files and PDF documents for production; | 6.70 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | prepared redactions to same; continued redacting account information from support for exhibits on disk of expert material and replacing electronic files for same. | |
| 06/09/2016 | CRIS T | Attention to correspondence from Coley and prepared a response (.2); reviewed the documents prepared for supplemental production to World Business Lenders (2.3). | 2.50 |
| 06/09/2016 | CARR J | Processed data for production for Wendy Joris. | 0.20 |
| 06/09/2016 | JORI W | Removed QuickBooks files from production set; prepared for processing of additional PDF documents to be produced; internal communications regarding handling of production; continued making additional redactions to financial information in expert documents. | 4.70 |
| 06/10/2016 | CRIS T | Prepared to and conferenced with Gould ███████████ ██████████████████ (1.1); revised the letter to Coley and Ryan with supplemental production of documents and reviewed the final production (.8); reviewed a document identified by Joris and responded to her inquiry (.1); reviewed the prepayment penalty issues and facts relevant, and correspondence from Coley on the order to modify pretrial statement (1.3); prepared a settlement response letter to Coley and Ryan (1.7). | 5.00 |
| 06/10/2016 | CARR J | Created a production log for Wendy Joris. | 0.10 |
| 06/10/2016 | CARR J | Created a document production for Wendy Joris. | 0.70 |
| 06/10/2016 | JORI W | Reviewed attorney instructions regarding further edits to document production set and Confidential designation to be used; gathered, reviewed and redacted additional general ledgers to be produced; made additional attorney client redactions and updated privilege log; updated production folders and provided instructions regarding Bates labeling of documents and burning of production disks; finalized and flattened redactions to expert documents and facilitated preparation of production disk; further edits to production documents. | 4.90 |
| 06/12/2016 | CRIS T | Reviewed the Order entered on the Consented Motion to Modify Pretrial Statement. | 0.10 |
| 06/13/2016 | CRIS T | Reviewed the Joint Pretrial Statement and expert witness disclosure requirements. | 0.40 |
| 06/14/2016 | CRIS T | Reviewed and provided updates for the chart of adversary proceeding deadlines and status conference (.2); prepared the Expert | 1.00 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | Witness Disclosure (.6); responded to correspondence from Coley concerning a settlement conference call, and reviewed correspondence form Powers (.2). | |
| 06/14/2016 | POWE V | Attention to discovery matters (.10); considered settlement issues (.10). | 0.20 |
| 06/15/2016 | CRIS T | Responded to correspondence from Coley regarding a settlement conference call (.1); finalized the Expert Witness Disclosure to serve on Defendant and prepared correspondence to Coley concerning the same (.5). | 1.00 |
| 06/15/2016 | POWE V | Strategized regarding settlement discussion. | 0.20 |
| 06/16/2016 | CRIS T | Conferenced with Coley and Ryan on the settlement counteroffer from World Business Lenders (.40); prepared correspondence to Gould and Major ███████████████ (.50); responded to correspondence from Gould ███████ ██████████████ (.20). | 1.10 |
| 06/17/2016 | CRIS T | Prepared for and conferenced with Ryan concerning the Custodian's final proposal. | 0.30 |
| 06/21/2016 | CRIS T | Conferenced with Gould ████████████████████ (.1); conferenced with Powers on the status of the World Business Lenders adversary (.1); prepared correspondence to Ryan and Coley inquiring about the settlement discussions (.2). | 0.40 |
| 06/21/2016 | POWE V | Considered strategy for settlement discussions.  [NO CHARGE] | 0.10 |
| 06/21/2016 | POWE V | Strategized regarding what to include in witness and exhibit lists, summary judgment. | 0.10 |
| 06/22/2016 | CRIS T | Attention to correspondence from Coley regarding settlement; prepared communication to Gould ███████████. | 0.10 |
| 06/23/2016 | CRIS T | Conferenced with Coley regarding questions about the potential for a distribution in the context of settlement discussions (.2); prepared correspondence to Coley regarding discovery and the status of settlement discussions (.2). | 0.40 |
| 06/23/2016 | POWE V | Conference with Rachael Gould ████████████████ ██████. | 0.10 |
| 06/24/2016 | CRIS T | Conferenced with Coley concerning the status of settlement negotiations. | 0.10 |
| 06/27/2016 | CRIS T | Attention to the settlement acceptance from World Business | 0.20 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | Lender's counsel and call to Coley concerning the same. | |
| 06/28/2016 | CRIS T | Prepared a response to Coley concerning the retained claim amount and other details as to the settlement agreement. | 0.50 |
| 06/29/2016 | CRIS T | Considered release or assignment of mortgage issue and drafted a settlement agreement provision concerning the same (.7); revised correspondence to Coley and Ryan concerning the settlement agreement provisions (.7). | 1.40 |
| 07/05/2016 | CRIS T | Prepared the Settlement Agreement for the World Business Lenders adversary proceeding (5.3); prepared correspondence to Gould ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.1). | 5.40 |
| 07/06/2016 | CRIS T | Reviewed questions and comments by Gould ▮▮▮▮▮▮▮▮ revised the same and prepared a response to Gould ▮▮▮▮▮▮▮▮▮▮▮ (1.9); prepared correspondence to Coley regarding the draft Settlement Agreement (.3). | 2.20 |
| 07/06/2016 | MCCL C | Drafted mortgage release. | 3.00 |
| 07/14/2016 | CRIS T | Attention to settlement documentation and remaining pretrial schedule. | 0.10 |
| 07/14/2016 | POWE V | Considered settlement agreement issues and upcoming deadlines. | 0.10 |
| 07/18/2016 | CRIS T | Responded to correspondence from Gould ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮. | 0.10 |
| 07/22/2016 | CRIS T | Attention to correspondence from Coley concerning the settlement agreement and prepared a response (.2); reviewed the revisions to the Settlement Agreement and scheduled a call with WBL's counsel, Coley (.1). | 0.30 |
| 07/25/2016 | CRIS T | Reviewed the revisions to the Settlement Agreement by World Business Lenders and conferenced with Coley regarding the same. | 0.60 |
| 07/28/2016 | CRIS T | Prepared the revised settlement Agreement (.2); considered issues regarding the same and prepared an analysis (1.3). | 1.50 |
| 07/28/2016 | POWE V | Reviewed settlement terms. | 0.20 |
| 08/01/2016 | CRIS T | Further analyzed the Settlement Agreement with World Business Lenders (1.3); reviewed real estate records and considered impact on the Settlement Agreement (.5); prepared correspondence to Gould ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.4). | 2.20 |
| 08/01/2016 | POWE V | Further consider issue on WBL settlement agreement terms. | 0.10 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/02/2016 | CRIS T | Prepared correspondence to Tucker and Coley concerning the revised Settlement Agreement and concluding the resolution. | 0.20 |
| 08/03/2016 | POWE V | Conferred with Rachael Gould ███████████ ██████████ | 0.10 |
| 08/09/2016 | CRIS T | Prepared correspondence to Coley concerning the status of the settlement agreement and next status hearing. | 0.20 |
| 08/10/2016 | CRIS T | Attention to correspondence from Coley and prepared a response with the complete settlement documents for execution. | 0.20 |
| 08/19/2016 | CRIS T | Prepared correspondence to Coley regarding the status of execution of the settlement agreement. | 0.10 |
| 08/24/2016 | CRIS T | Reviewed and made edits to the Motion to Approve Compromise of the World Business Lenders avoidance action (.7); prepared correspondence to Coley concerning the 9019 motion and telephonic status conference (.1). | 0.80 |
| 08/24/2016 | POWE V | Prepared 9019 Motion, Order and Notice. | 1.60 |
| 08/25/2016 | CRIS T | Assisted in preparation for the status hearing for the World Business Lenders adversary proceeding and resolution of the same. | 0.30 |
| 08/25/2016 | POWE V | Reviewed status of settlement (.10); reviewed joint pretrial dates, considered issues and prepared for hearing (.20); participated in WBL hearing (.10). | 0.40 |
| 08/26/2016 | CRIS T | Assembled the fully executed Settlement Agreement and Exhibit A for the 9019 Motion. | 0.50 |
| 08/30/2016 | POWE V | Followed up with Sherry Coley regarding WBL documents. | 0.10 |
| 09/02/2016 | POWE V | Followed up with Coley regarding settlement documents. | 0.10 |
| 09/07/2016 | POWE V | Exchanged communications with Coley, counsel for WBL, regarding 9019 motion (.10); finalized 9019 motion and propose order for filing (.20); prepared exhibits for filing with motion (.10); attention to notice of motion (.10). | 0.50 |
| 10/06/2016 | POWE V | Finalized WBL Order for upload. | 0.10 |
| 10/13/2016 | CRIS T | Reviewed the Settlement Agreement and calculated the deadlines for performance thereunder based on the Order approving the 9019 Motion. | 0.20 |
| 10/19/2016 | CRIS T | Reviewed the settlement payments and cancelled documents | 0.90 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| | | received from Coley, and the terms of the Settlement Agreement (.7); prepared correspondence to Gould ███████████████ ███████████████████████ (.2). | |
| 10/20/2016 | CRIS T | Revised correspondence to Gould ████████████ ██████████████████ | 0.10 |
| 10/24/2016 | CRIS T | Attention to the status of compliance with the Settlement Agreement, prepared correspondence to Coley and considered next steps (.4); reviewed prior Illinois recorded documents and prepared correspondence to McCleary and McKillip concerning the Release of Mortgage (.6). | 1.00 |
| 10/27/2016 | CRIS T | Reviewed the UCC termination and correspondence from Coley and prepared a response to request the recording fee for the Release of Mortgage. | 0.40 |
| 11/10/2016 | CRIS T | Prepared correspondence to Gould ███████████████████ ████████████████████ | 0.20 |
| 11/10/2016 | CRIS T | Prepared correspondence to deliver the Release of Mortgage for 119 E. Sangamo to the Champaign County Recorder's Office for recording after confirming correctness of the Release (.3); prepared the Stipulation of Dismissal for the World Business Lenders adversary and confirmed compliance with the Settlement Agreement (1.8). | 2.10 |
| 11/14/2016 | CRIS T | Prepared correspondence to Coley and Ryan concerning the Stipulation of Dismissal. | 0.20 |
| 11/15/2016 | CRIS T | Attention to correspondence from Coley concerning the Stipulation of Dismissal and the amended proof of claim filed by World Business Lenders (.1); prepared a response to Coley and Tucker concerning the Stipulation of Dismissal, docketing of the claim and the release of mortgage (.4). | 0.50 |
| 11/23/2016 | CRIS T | Attention to correspondence from Coley authorizing the Stipulation of Dismissal, finalized and electronically filed the same. | 0.80 |
| 11/28/2016 | CRIS T | Reviewed the Order entered on the Stipulation of Dismissal and the disposition entered by the court (.1); prepared correspondence forwarding the Release of Mortgage for 119 E. Sangamon to Coley (.2). | 0.30 |

**Subtotal for World Business Lenders**            **$66,103.50**

**Total Professional Services this Matter**            **$191,009.00**

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Tyson Crist | 244.50 | 395.00 | $96,577.50 |
| Victoria Powers | 88.30 | 520.00 | $45,916.00 |
| Robert Stefancin | 50.60 | 480.00 | $24,288.00 |
| Daniel Anderson | 34.50 | 365.00 | $12,592.50 |
| David Chroust | 0.60 | 375.00 | $225.00 |
| Christopher McCleary | 3.50 | 230.00 | $805.00 |
| Wendy J. Joris | 65.90 | 150.00 | $9,885.00 |
| Jasmyne Carr | 4.80 | 150.00 | $720.00 |
| **Total Professional Services this Matter** | **492.70** | | **$191,009.00** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $167.50 |
| Color Photocopies | $18.75 |
| Courier Expense | $114.92 |
| LitSup-Network Data Storage   Cllient Data Storage - Nov 2016 First Midwest - Gaudio & Son Ch. 11 (3GB) | $90.00 |
| Photocopies | $0.45 |
| Photocopies | $0.15 |
| Photocopies | $0.75 |
| LitSup-Network Data Storage   Cllient Data Storage - Oct 2016 First Midwest - Gaudio & Son Ch. 11 (3GB) | $90.00 |
| Photocopies | $0.45 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07222.SBAHEARINGMSJ | $824.53 |
| Photocopies | $0.45 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07222.SBAHEARINGMSJ | $499.89 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07222.SBAHEARINGONMSJ | $296.71 |
| LitSup-Network Data Storage   Cllient Data Storage - Sep 2016 First Midwest - Gaudio & Son Ch. 11 (3GB) | $90.00 |
| Photocopies | $134.40 |
| Postage Expense , | $71.96 |
| LitSup-Network Data Storage   Cllient Data Storage - Aug 2016 First Midwest - Gaudio & Son Ch. 11 (3GB) | $90.00 |
| Photocopies | $0.45 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $855.36 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $320.76 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $331.56 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $1,667.52 |
| Photocopies | $0.45 |
| LitSup-Network Data Storage   Cllient Data Storage - July 2016 First Midwest - Gaudio & Son Ch. 11 (3GB) | $90.00 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $106.92 |
| Photocopies | $0.30 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $427.68 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $106.92 |
| LitSup-Network Data Storage   Cllient Data Storage - June 2016 First Midwest - Gaudio & Son Ch. 11 (3GB) | $90.00 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $277.56 |
| Legal Research Expense - WESTLAW - WESTLAW 35066.0002.07059.SCOPE OF 542 SB | $427.68 |
| Parking at courthouse while attending status hearing | $0.50 |
| Travel to/from the Bankruptcy Court in Urbana, Illinois for status hearing (590 miles) (June 15, 2016) (Victoria E. Powers) | $318.60 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $81.00 |
| Photocopies | $81.00 |
| Photocopies | $81.00 |
| Photocopies | $1.35 |
| Postage Expense , | $18.15 |
| Photocopies | $1.35 |
| Postage Expense , | $6.15 |
| CCC12214231 Fee for a land records search from the Vermilion County Recorder on June 10 2016. (Tyson Crist); TAPESTRY LAND RECORDS; TIN: 383500235 MCC: 7399; 350 RESEARCH PKWY 5633451200 IL 61201; PHONE: 5633451200 | $7.45 |
| CD Scanning , | $45.00 |
| Photocopies | $0.15 |
| Photocopies | $0.60 |
| Photocopies | $1.20 |
| Photocopies | $0.45 |
| Photocopies | $0.15 |
| Photocopies | $0.15 |
| Postage Expense , | $0.47 |
| CD Scanning , | $45.00 |
| Photocopies | $0.30 |
| Photocopies | $3.15 |
| Photocopies | $5.70 |
| Photocopies | $15.60 |
| Photocopies | $0.15 |
| Postage Expense , | $1.99 |
| Photocopies | $0.30 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1447532
December 21, 2016

## COSTS ADVANCED

| Description | Amount |
|---|---|
| CD Scanning , | $60.00 |
| Photocopies , | $0.30 |
| Photocopies | $0.30 |
| Photocopies | $0.15 |
| Postage Expense , | $0.47 |
| Postage Expense , | $2.46 |
| Photocopies | $0.15 |
| Postage Expense , | $1.78 |
| Photocopies | $8.70 |
| Postage Expense , | $3.04 |
| **Total Cost Advanced** | **$7,988.33** |

**TOTAL BALANCE DUE THIS MATTER**    $198,997.33

**Total Current Invoice**    $198,997.33



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11          Invoice No. 1447532
c/o First Midwest Bank                                                December 21, 2016
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:   First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
      Our Client No. 35066

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                 $191,009.00

Disbursements                                                           $7,988.33

**Total Current Invoice**                                             $198,997.33

### Payment Options

Online Payments:                    Wire/ACH Instructions:
ClientPay                           Huntington Bank
                ABA for ACH
                                    ABA for Wire
                                    Account No.
                                    Swift Code:
                                    Please Reference **Invoice No. 1447532**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447532**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice No. 1447532
December 21, 2016

Re:     First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
        Our Client No. 35066



Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447533
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Disposition
        Our Matter No. 35066.0003

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                          $30,594.50

Disbursements                                                     $45.95

**Total Current Invoice**                                    **$30,640.45**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2016 | CRIS T | Considered and prepared the notice of the offer by Offutt to send to counsel for the U.S. SBA, the Committee and the U.S. Trustee's Office. | 1.10 | 395.00 | $434.50 |
| 04/18/2016 | CRIS T | Attention to correspondence from Major Hart and Gould ███████████ | 0.50 | 395.00 | $197.50 |
| 04/18/2016 | POWE V | Considered Binswanger communication regarding leasing interest. | 0.20 | 520.00 | $104.00 |
| 04/19/2016 | CRIS T | Considered communication of an offer per the Amended Agreed Order to employ real estate broker. | 0.10 | 395.00 | $39.50 |
| 04/27/2016 | CRIS T | Conferenced with Hoff on the proposal by Offutt and attention to SBA's response (.4); prepared correspondence to Petesch and Rossow concerning the communication with Hoff, and to Binswanger and Norton concerning the response to Offutt (.6). | 1.00 | 395.00 | $395.00 |
| 04/28/2016 | POWE V | Analysis of leasing, sale contingent on lease issues raised by Binswanger for Warehouse property. | 0.20 | 520.00 | $104.00 |
| 05/11/2016 | POWE V | Prepared communication to Binswanger regarding sale/lease inquiry. | 0.10 | 520.00 | $52.00 |
| 06/01/2016 | CRIS T | Conferenced with Gould ███████████ | 0.10 | 395.00 | $39.50 |
| 06/01/2016 | POWE V | Attention to update on Binswanger efforts. | 0.10 | 520.00 | $52.00 |
| 06/05/2016 | POWE V | Reviewed update from Binswanger; prepared communication to Binswanger following up on options for structured sale. | 0.10 | 520.00 | $52.00 |
| 06/10/2016 | POWE V | Conferred with Rachael Gould ███████████ | 0.10 | 520.00 | $52.00 |
| 06/13/2016 | CRIS T | Set-up a conference call with Binswanger to discuss the listing and marketing of 1803 Georgetown Road. | 0.10 | 395.00 | $39.50 |
| 06/13/2016 | CRIS T | ███████████ | 0.50 | 395.00 | $197.50 |

Asset Disposition
Our Matter No. 35066.0003

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
|  |  | ████████████████████and prepared a response to Gould (.2); reviewed notes of past communications with Binswanger and prepared for a call concerning the status of marketing 1803 Georgetown Road (.3). |  |  |  |
| 06/14/2016 | CRIS T | Conferenced with Gould ████████ ████████(.2); conferenced with Binswanger team on the status of marketing and interest in 1803 Georgetown Road (.6). | 0.80 | 395.00 | $316.00 |
| 06/28/2016 | CRIS T | Conferenced with Gould ████████ ████████████████████ | 0.50 | 395.00 | $197.50 |
| 06/29/2016 | CRIS T | Prepared a response to Gaudio regarding the timing of payment contingency, including a proposal therefore (1.4); conferenced with Hendrian concerning the status of the Petition for Tax Deed on 3585 N. Vermilion and prepared confirming correspondence to Hendrian (.2). | 1.60 | 395.00 | $632.00 |
| 07/05/2016 | CRIS T | Conferenced with Wood concerning his client's standing offer to purchase 3585 N. Vermilion (.1); conferenced with Hendrian on the tax certificate status and potential purchase (.2). | 0.30 | 395.00 | $118.50 |
| 07/12/2016 | CRIS T | Attention to the marketing update from Reed. | 0.10 | 395.00 | $39.50 |
| 07/21/2016 | CRIS T | Reviewed the Tax Notice received with respect to the 3585 N. Vermilion property and prepared correspondence to Chroust concerning the same and the proposed settlement of claims with the Gaudios. | 0.40 | 395.00 | $158.00 |
| 07/22/2016 | CRIS T | Attention to correspondence concerning 3585 N. Vermilion and the settlement agreement with the Gaudios (.1); conferenced with Chroust concerning the tax certificate notice (.2); prepared correspondence to Gould ████████████████████ (.1). | 0.40 | 395.00 | $158.00 |
| 07/25/2016 | CRIS T | Conferenced with Offutt regarding the sale of 1803 Georgetown Road (.2); prepared an update to Hart and Gould ████████ | 1.00 | 395.00 | $395.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ███████████████████████████ (.8). | | | |
| 07/27/2016 | CRIS T | Reviewed prior communications with Binswanger and prepared correspondence regarding the recent conversation. | 1.10 | 395.00 | $434.50 |
| 07/28/2016 | CRIS T | Attention to correspondence from Hart and prepared a response to Binswanger (.1); reviewed the Amended Agreed Order approving the employment of Binswanger (.2); prepared for and conferenced with Hart and Binswanger on marketing 1803 Georgetown Road and the communication from Offutt (.8); prepared follow-up correspondence to Hart ████████████████ (.3). | 1.40 | 395.00 | $553.00 |
| 08/29/2016 | POWE V | Reviewed Offutt letter filed with Court and reviewed information from Broker Binswanger in connection with same (.50); prepared communication to client team ████████ █████████████████ (.30); reviewed communications from client team ████ ██████████████ (.30); prepared draft communication responding to Offutt letter (1.60); exchanged communications with client team ████████████████ (.20). | 2.90 | 520.00 | $1,508.00 |
| 08/31/2016 | POWE V | Reviewed Listing Agreement and Order approving Binswanger Listing Agreement and prepared written extension of Binswanger Listing Agreement. | 0.90 | 520.00 | $468.00 |
| 09/08/2016 | CRIS T | Reviewed the offers to purchase 119 E. Sangamon, Rantoul, Illinois, along with prior discovery and research on the building, and prepared ████████████ for the Custodian ███████████████. | 1.90 | 395.00 | $750.50 |
| 09/08/2016 | POWE V | Considered Rantoul offer from Eric Gaudio and background information regarding value of building (.10); exchanged communications with Rachael Gould █████████ (.10). | 0.20 | 520.00 | $104.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/13/2016 | POWE V | Considered update from broker on property sale issues (.10); exchanged communications with client team ███████ (.20); considered issues regarding recovery on 1803 property proposed for sale (.10). | 0.40 | 520.00 | $208.00 |
| 09/15/2016 | CRIS T | Reviewed the 112 E. Sangamon auction information and attempted conference with the Auctioneer. | 0.20 | 395.00 | $79.00 |
| 09/19/2016 | CRIS T | Conferenced with Hart ███████ (.1); analysis of issues to discuss with the Custodian ███████ (.2); considered the approach toward selling the facility at 1803 Georgetown Road and related issues (1.0); reviewed disclosure issues under the Exclusive Listing Agreement (.5); ███████ to discuss with the Custodian and attempted to conference with Hart (1.2). | 3.00 | 395.00 | $1,185.00 |
| 09/20/2016 | CRIS T | Considered issues concerning a potential offer and subsequent sale process for 1803 Georgetown Road (.6); updated the analysis of disclosures required in connection with the potential sale (.6). | 1.20 | 395.00 | $474.00 |
| 09/20/2016 | POWE V | Analysis of sale options for warehouse building (1.0); conference with Angela Hart and Teddy Reed regarding sale of warehouse property (.40); follow-up conference with Mr. Reed regarding sale issues (.20); considered and prepared outline of sale process requested by Mr. Reed (.80); prepared communication to Mr. Reed regarding sale timing and next steps (.30). | 2.70 | 520.00 | $1,404.00 |
| 09/21/2016 | CRIS T | Considered revisions to memorandum providing analysis on Illinois law obligations concerning sale of property (.5); corresponded with Hight on Illinois law issues and revised the analysis of the same (.6). | 1.10 | 395.00 | $434.50 |
| 09/21/2016 | CRIS T | Attention to correspondence from Gould ███████ | 0.70 | 395.00 | $276.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ████████████████ (.5); prepared a response to Gould ████████ ████████████████ (.2). | | | |
| 09/21/2016 | POWE V | Analysis of Tilton warehouse property sale issues (.60); conferences with potential bidder regarding possible offer (.20); considered issues with proposed sale of 119 E. Sangamon, Rantoul property (.40). | 1.20 | 520.00 | $624.00 |
| 09/22/2016 | CRIS T | Researched break-up fees in the Central District of Illinois. | 0.50 | 395.00 | $197.50 |
| 09/22/2016 | POWE V | Prepared for call with potential buyer (.30); conference with potential buyer (.40); prepared communication to client team ████████ (.60). | 1.30 | 520.00 | $676.00 |
| 09/23/2016 | POWE V | Considered communication regarding sale of warehouse (.20); prepared communication to client team ████████ (.10); conference with Angela Hart ████████████ (1.0); considered options for sale of warehouse building (.40). | 1.70 | 520.00 | $884.00 |
| 09/26/2016 | HIGH D | Reviewed and advised on memo to client ████████████████. | 1.00 | 465.00 | $465.00 |
| 09/26/2016 | POWE V | Reviewed information regarding potential interest in warehouse (.20); conference with Angela Hart and Rachael Gould ████████ (.40); conference with potential bidder and Debtor representatives regarding warehouse (.50). | 1.10 | 520.00 | $572.00 |
| 09/27/2016 | CRIS T | Considered the expression of interest and potential offer for the warehouse facility, and how to proceed. | 0.40 | 395.00 | $158.00 |
| 09/27/2016 | CRIS T | Considered the timing of the 9019 motion and the related possible tax sale of the property at 3585 North Vermilion. | 0.20 | 395.00 | $79.00 |
| 09/27/2016 | POWE V | Considered issues on Tax Certificate on N. Vermilion property (.10); exchanged communications with Angela Hart ████████ | 1.60 | 520.00 | $832.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ███████████ (.20); exchanges with Eric Gaudio and Broker regarding N. Vermilion property (.20); prepared Confidentiality Agreement with potential bidder (1.10). | | | |
| 09/28/2016 | CRIS T | Reviewed the report from Bartenschlag on the Rantoul, Illinois property and prepared a response to Gould ███████████. | 0.50 | 395.00 | $197.50 |
| 09/28/2016 | CRIS T | Prepared correspondence to the Custodian ███████████ al sale. | 0.80 | 395.00 | $316.00 |
| 09/28/2016 | CRIS T | Prepared correspondence to the Custodian ███████████████ | 0.80 | 395.00 | $316.00 |
| 09/28/2016 | CRIS T | Prepared to and conferenced with Eric Gaudio and Kuchefski concerning the potential sale of 3585 N. Vermilion and redemption of the tax certificate. | 0.80 | 395.00 | $316.00 |
| 09/28/2016 | POWE V | Revised and finalized Confidentiality Agreement for exchange of informationat potential bidder's request (.70); prepared communication to client team ███████████ (.10). | 0.80 | 520.00 | $416.00 |
| 09/29/2016 | POWE V | Conference with potential bidder regarding Confidentiality Agreement. | 0.10 | 520.00 | $52.00 |
| 09/30/2016 | CRIS T | Conferenced with Kuchefski on the status of the potential sale of 3585 N. Vermilion and considered how to proceed (.4); reviewed the tax certificate and petition for tax deed filings and conferenced with the County Clerk regarding the logistics of redemption and the amounts required for 3585 N. Vermilion (1.0). | 1.40 | 395.00 | $553.00 |
| 09/30/2016 | POWE V | Conference with Broker Larry Kuchefski (.30); analysis of options for recovery from N. Vermilion property in light of tax and sale issues (.40); revised and circulated Confidentiality Agreement with potentially interested buyer (.40). | 1.10 | 520.00 | $572.00 |
| 10/03/2016 | POWE V | Reviewed communication from potential | 0.80 | 520.00 | $416.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | bidder representative and considered proposed revisions to Confidentiality Agreement; prepared further revisions to address comments. | | | |
| 10/04/2016 | CRIS T | Reviewed the draft notice to the Small Business Administration concerning interest in 1803 Georgetown Road and provided comments for revisions to the same. | 0.50 | 395.00 | $197.50 |
| 10/04/2016 | POWE V | Reviewed and considered Tilton marketing piece and exchanged communications with Binswanger regarding same (.30); prepared draft notice to parties regarding interest in property (.50); prepared revisions to Confidentiality Agreement (.50); prepared communication to client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.10). | 1.40 | 520.00 | $728.00 |
| 10/06/2016 | POWE V | Exchanged communications with client team ▮▮▮▮▮▮▮▮▮▮▮▮ (.10); attention to notice regarding warehouse interest (.50). | 0.60 | 520.00 | $312.00 |
| 10/07/2016 | POWE V | Revised and circulated Confidentiality Agreement to interested purchaser (.40); considered follow-up inquiry from Sabrina Petesch regarding her inquiries related to interest in warehouse property, reviewed factual background and prepared response to Ms. Petesch (.90); exchanged communications with client team ▮▮▮▮▮▮▮▮▮▮▮ (.20). | 1.50 | 520.00 | $780.00 |
| 10/11/2016 | CRIS T | Considered the comparables information and documents, and due diligence, concerning 1803 Georgetown Road. | 0.20 | 395.00 | $79.00 |
| 10/11/2016 | POWE V | Exchanged communications with client team ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.30); reviewed and considered information to provide to potential bidder (.20); reviewed and considered information to include with due diligence | 1.10 | 520.00 | $572.00 |

Asset Disposition
Our Matter No. 35066.0003

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | materials (.40); conference with Angela Hart and Rachael Gould ███████████ ████ (.20). | | | |
| 10/12/2016 | POWE V | Reviewed information for production to interested purchaser pursuant to agreement (.40); prepared communication to Teddy Reed regarding same (.10); finalized documents for delivery and prepared and circulated correspondence to interested purchaser with information pursuant to agreement (.80). | 1.30 | 520.00 | $676.00 |
| 10/13/2016 | CRIS T | Reviewed the information concerning the 119 East Sangamon property and prepared correspondence to Eric Gaudio concerning a sale of the same. | 1.10 | 395.00 | $434.50 |
| 10/17/2016 | POWE V | Analyzed asset disposition and auction of real property (.10); conferred with Rachael Gould ███████████████████. (.10). | 0.20 | 520.00 | $104.00 |
| 10/20/2016 | CRIS T | Analysis of next steps in marketing and selling the real estate at 1803 Georgetown Road, and the 1803 LLC properties. | 0.30 | 395.00 | $118.50 |
| 10/20/2016 | CRIS T | Prepared correspondence to Eric Gaudio and Kuchefski concerning the status of selling properties owned by 1803 LLC. | 0.10 | 395.00 | $39.50 |
| 10/20/2016 | POWE V | Followed up regarding broker issues (.20); followed up with potential bidder for property and exchanged communications with potential bidder (.10). | 0.30 | 520.00 | $156.00 |
| 10/21/2016 | POWE V | Considered communication from potential purchaser. | 0.10 | 520.00 | $52.00 |
| 10/24/2016 | CRIS T | Attention to the inquiry from Saikley and considered a response (.3); reviewed the marketing reports from Binswanger, considered how to proceed with respect to marketing, and prepared an analysis of the same (.4). | 0.70 | 395.00 | $276.50 |
| 10/24/2016 | POWE V | Prepared for (.10) and participated in conference with Larry Kuchefski and Eric | 0.60 | 520.00 | $312.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Gaudio regarding sale of North Vermilion property and Sangamon Hallmark property (.30); follow-up consideration of next steps following call (.20). | | | |
| 10/24/2016 | POWE V | Attention to broker's reports, broker issues regarding warehouse property (.10); exchanged communications with Angela Hart ▮▮▮▮ (.10). | 0.20 | 520.00 | $104.00 |
| 10/25/2016 | POWE V | Considered communication from Angela Hart ▮▮▮▮ call to Hilco. | 0.10 | 520.00 | $52.00 |
| 10/27/2016 | POWE V | Reviewed information and conferred with representative of Hilco regarding marketing of warehouse, forwarded materials to Mr. Schneider (.20); prepared communication to client team ▮▮▮▮ (.10). | 0.30 | 520.00 | $156.00 |
| 11/01/2016 | POWE V | Conference with Joel Schneider at Hilco (.40); prepared communication to client team ▮▮▮▮ (.20). | 0.60 | 520.00 | $312.00 |
| 11/15/2016 | CRIS T | Attention to the offer by Offutt to purchase 1803 Georgetown Road. | 0.20 | 395.00 | $79.00 |
| 11/15/2016 | POWE V | Exchange with Angela Hart ▮▮▮▮ (.10); reviewed Binswanger Agreement and Hilco agreement in other matters and prepared communication to Hilco regarding possible retention (.20); considered Offutt letter (.20); prepared communication to client team ▮▮▮▮ (.30). | 0.80 | 520.00 | $416.00 |
| 11/18/2016 | POWE V | Conference with Rachael Gould ▮▮▮▮. | 0.10 | 520.00 | $52.00 |
| 11/20/2016 | POWE V | Reviewed and considered proposed terms of Hilco engagement. | 0.50 | 520.00 | $260.00 |
| 11/21/2016 | POWE V | Reviewed terms of Binswanger agreement and analyzed issues regarding termination of Binswanger agreement (1.20); reviewed objections filed by creditors to proposed | 3.00 | 520.00 | $1,560.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Binswanger listing agreement and prepared revisions to proposed Hilco listing agreement (1.40); prepared communication to client team ███████████████████ (.40). | | | |
| 11/22/2016 | POWE V | Reviewed communication from Rachael Gould ████████████ (.10); conference with Ms. Gould ████████████ (.90); ████ based on comments from Rachael Gould (.90); prepared email communication to Joel Schneider at Hilco (.20). | 2.10 | 520.00 | $1,092.00 |
| 11/28/2016 | POWE V | Conference with Binswanger representatives and Rachael Gould regarding broker matters (.40); conference with Rachael Gould ████████ t (.20); exchanged communications with Hilco's representative Joel Schneider (.10); conference with Mr. Schneider of Hilco regarding terms of Hilco engagement (.30); exchanged communications with Rachael Gould ████████ (.20); prepared termination letter to Binswanger (.30); conferred with Ms. Gould ████████████ (.20). | 1.70 | 520.00 | $884.00 |
| 11/29/2016 | POWE V | Conference with Rachael Gould ████ ████████ (.10); prepared notice to parties regarding purchase offer and broker matters (.40); prepared communication to client team ████████████ (.10); revised notice (.20); considered revisions to Hilco agreement (.20); conference with Ms. Gould ████████████ (.10); prepared for and conferenced with Zach Binswanger and Ms. Gould regarding termination of listing agreement (.30); conference with Ms. Gould ████████████ 20). | 1.60 | 520.00 | $832.00 |
| 11/30/2016 | CRIS T | Additional inquiry relating to a potential sale of the facility. | 0.10 | 395.00 | $39.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/30/2016 | POWE V | Prepared communication to client team ▓▓▓▓ s (.20); reviewed and revised listing agreement from Hilco (.20); reviewed status reports forwarded by Hilco (.10); prepared communication to Rachael Gould ▓▓▓▓ (.10); prepared communications to Rachael Gould ▓▓▓▓ (.20); prepared communication to Rachael Gould ▓▓▓▓ (.20); considered SBA inquiries regarding notice and prepared communication to Rachael Gould ▓▓▓▓ (.20). | 1.20 | 520.00 | $624.00 |
| **Total Professional Services** | | | **65.60** | | **$30,594.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 27.70 | 395.00 | $10,941.50 |
| Victoria Powers | 36.90 | 520.00 | $19,188.00 |
| David Hight | 1.00 | 465.00 | $465.00 |
| **Total Professional Services** | **65.60** | | **$30,594.50** |

## COSTS ADVANCED

| Description | Amount |
|------------|--------|
| Color Photocopies | $20.25 |
| Tele-Conferencing Long Distance | $1.10 |
| Photocopies | $0.30 |
| Photocopies | $0.75 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1447533
December 21, 2016

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Photocopies | $0.45 |
| Photocopies | $23.10 |
| **Total Cost Advanced** | **$45.95** |

| | |
|---|---|
| **Total Invoice Balance Due** | $30,640.45 |



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11                    Invoice No. 1447533
c/o First Midwest Bank                                                          December 21, 2016
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Asset Disposition
       Our Matter No. 35066.0003

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                          $30,594.50

Disbursements                                                                      $45.95

**Total Current Invoice**                                                     **$30,640.45**

### Payment Options

Online Payments:                        Wire/ACH Instructions:
**ClientPay**                           Huntington Bank
                                        ABA for ACH
                                        ABA for Wire
                                        Account No.
                                        Swift Code:

                                        Please Reference **Invoice No. 1447533**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447533**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447535
December 20, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Claims Administration and Objections
       Our Matter No. 35066.0006

## INVOICE SUMMARY

For Services rendered through November 30, 2016

| | |
|---|---|
| Professional Services | $59,082.00 |
| Disbursements | $110.48 |
| **Total Current Invoice** | **$59,192.48** |



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/2016 | CRIS T | Continued to revise and finalize the scheduled and filed claims chart (1.50) and prepared correspondence to Rossow and Petesch forwarding the same to review and discuss (.20). | 1.70 | 395.00 | $671.50 |
| 04/18/2016 | CRIS T | Conferenced with Rossow and Petesch to discuss the claims and proposed dates (1.2); prepared correspondence to the Custodian ███████████████████████ (.7). | 1.90 | 395.00 | $750.50 |
| 04/18/2016 | CRIS T | Prepared for the conference call with Rossow and Petesch to discuss updates and the claims review and chart. | 0.10 | 395.00 | $39.50 |
| 04/18/2016 | CRIS T | Examined the real estate taxes and prepared an update and summary of the status. | 0.70 | 395.00 | $276.50 |
| 04/18/2016 | CRIS T | Reviewed the claims review updates received from Neill and related documents (.30), and prepared communication to Neill r███████ (.10). | 0.40 | 395.00 | $158.00 |
| 04/18/2016 | POWE V | Prepared for (.30) and participated in conference with Sabrina Petesch and Jim Rossow on all claims (1.20); considered next steps regarding classes of claims following conference (.10).  [NO CHARGE] | 1.60 | 520.00 | $832.00 |
| 04/19/2016 | POWE V | ████████████████████following conference with and attention to communication to client team ██████████. | 0.10 | 520.00 | $52.00 |
| 04/20/2016 | CRIS T | Correspondence to the Custodian ████████ ████████████████████████████ | 0.50 | 395.00 | $197.50 |
| 04/21/2016 | CRIS T | Prepared follow-up correspondence to Rossow and Petesch concerning tax return issues and payments to the accounting firm. | 1.00 | 395.00 | $395.00 |
| 04/28/2016 | CRIS T | Attention to correspondence from Neill and prepared the cover letter with which to enclose the bonus checks approved by the bankruptcy | 1.10 | 395.00 | $434.50 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | court (.6); attention to question posed by Neill ███████████████████████ (.5). | | | |
| 05/05/2016 | CRIS T | Reviewed forms of motions to establish administrative claims bar dates and reviewed claims issues to address (.6); prepared a draft of the Motion for Administrative Expense Claims Bar Date and accompanying Certificate of Service (3.9). | 4.50 | 395.00 | $1,777.50 |
| 05/11/2016 | CRIS T | Followed up on Motion for Administrative Claims Bar Date. | 0.10 | 395.00 | $39.50 |
| 05/16/2016 | POWE V | Analysis of federal tax claims issues. | 0.20 | 520.00 | $104.00 |
| 05/19/2016 | CRIS T | Conferenced with Neill ██████████████ | 0.20 | 395.00 | $79.00 |
| 05/21/2016 | CRIS T | Reviewed the amended Claims 30 and 31 filed by the Illinois Department of Employment Security. | 0.20 | 395.00 | $79.00 |
| 05/23/2016 | CRIS T | Prepared correspondence to Besic regarding the claim filed on behalf of GE Capital and withdrawal of the same (.4); prepared correspondence to Besic concerning Claim 1 and amendment of the same per stay relief and repossession of the vehicle (1.0); analyzed the Amended Claims 30 and 31 filed by the Illinois Department of Employment Security, updated the master claims chart and prepared correspondence to Neill ████████████ (.9); reviewed the basis of objection of Iroquois' Claim 48 and prepared correspondence to Brougher concerning the same and to request that the claim be amended accordingly (2.3). | 4.60 | 395.00 | $1,817.00 |
| 05/31/2016 | CRIS T | Reviewed the motion and order on disbursements of sale proceeds, considered further issues and revised correspondence to claimants accordingly. | 1.20 | 395.00 | $474.00 |
| 06/01/2016 | CRIS T | Reviewed further pleadings and case law on certain vehicle claims (1.7); reviewed the comments and revisions on the Motion for | 2.20 | 395.00 | $869.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Administrative Claims Bar Date and prepared revisions and responses to the same (.5). | | | |
| 06/01/2016 | POWE V | Reviewed and provided comments on Motion for administrative claims bar date and service issues. | 0.30 | 520.00 | $156.00 |
| 06/01/2016 | POWE V | Considered vehicle claims. | 0.10 | 520.00 | $52.00 |
| 06/12/2016 | CRIS T | Prepared correspondence to counsel for Mercedes Benz Financial, Frankel, concerning the claims asserted for trucks repossessed and withdrawal of the same (.8); revised the Motion for Administrative Claims Bar Date (.9). | 1.70 | 395.00 | $671.50 |
| 06/13/2016 | CRIS T | Revised and sent the correspondence to counsel for Mercedes-Benz Financial Services (.3); revised and sent the correspondence to counsel for Iroquois concerning amendment or withdrawal of its claim (.3); revised and sent the correspondence to counsel for JPMorgan Chase concerning amendment or withdrawal of its claim (.3); revised and sent the correspondence to counsel for GE Capital concerning amendment or withdrawal of its claim (.3); attention to responses from Besic concerning the amendments or withdrawals (.1); further revised the Motion for Administrative Expense Claims Bar Date and reviewed and modified the Certificate of Service (1.4); prepared a proposed Order granting the Motion for Bar Date and a Notice of Administrative Expense Claims Bar Date (3.5). | 6.20 | 395.00 | $2,449.00 |
| 06/14/2016 | CRIS T | Attention to responses concerning the vehicle claims objections and prepared replies (.4); revised the Motion for Administrative Claims Bar Date and service of the Notice (.4). | 0.80 | 395.00 | $316.00 |
| 06/15/2016 | CRIS T | Revised the Certificate of Service to the Motion for Administrative Claims Bar Date (1.6); prepared correspondence to the Custodian concerning ███████ ████████ (.2); prepared a response to Gould ███████ | 2.00 | 395.00 | $790.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ███████████████████ (.2). | | | |
| 06/15/2016 | POWE V | Attention to administrative claims objections. | 0.30 | 520.00 | $156.00 |
| 06/20/2016 | CRIS T | Reviewed and prepared summary of an order denying a motion to reject and further action on the same. | 0.30 | 395.00 | $118.50 |
| 06/20/2016 | CRIS T | Considered revisions to the Motion for Administrative Claims Date and contract and lease rejection claims bar date (1.50); reviewed various issues and the contracts previously rejected for purposes of revising the Motion for Claims Bar Dates to include rejection claims (1.0); revised the Motion for Claims Bar Dates to include a lease and contract rejection bar date (.90). | 3.40 | 395.00 | $1,343.00 |
| 06/20/2016 | POWE V | Reviewed and provided input on administrative claims bar date motion. | 0.10 | 520.00 | $52.00 |
| 06/21/2016 | CRIS T | Considered and revised the Motion for Administrative Claims Bar Date to incorporate a bar date for certain rejection damages claims (1.1); further revised the Motion for Bar Dates (.6). | 1.70 | 395.00 | $671.50 |
| 06/21/2016 | POWE V | Addressed scope issues on motion for administrative claims bar date. | 0.10 | 520.00 | $52.00 |
| 06/22/2016 | CRIS T | Responded to Besic concerning creditor GE Capital's withdrawal of Claim 34-1. | 0.20 | 395.00 | $79.00 |
| 06/23/2016 | CRIS T | Finalized the Motion, Order and Notice of the Administrative Claims Bar Date and Rejection Claims Bar Date (1.7); considered the status of priority and administrative claims issues and objecting to the same (.1). | 1.80 | 395.00 | $711.00 |
| 06/23/2016 | POWE V | Considered objection grounds of tax claims, claims objections and administrative claims bar date. | 0.10 | 520.00 | $52.00 |
| 06/24/2016 | CRIS T | Reviewed and made final revisions to the Motion, Notice, proposed Order, and Certificate of Service for the Administrative Claims Bar Date and Rejection Claims Bar | 1.20 | 395.00 | $474.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Date. | | | |
| 06/27/2016 | CRIS T | Attention to the Notice of Hearing issued by the Bankruptcy Court regarding the Motion to Set Administrative and Rejection Claims Bar Dates. | 0.10 | 395.00 | $39.50 |
| 06/27/2016 | POWE V | Preliminary consideration of amended IRS claim filed today. | 0.10 | 520.00 | $52.00 |
| 06/29/2016 | CRIS T | Revised the Certificate of Service of the Notice of Hearing Set on the Motion for Administrative Claims Bar Date and Rejection Claims Bar Date for filing. | 0.20 | 395.00 | $79.00 |
| 07/08/2016 | CRIS T | Assisted, worked with Fugate in preparation for the hearing on the Motion for Administrative Claims and Rejection Claims Bar Date. | 0.60 | 395.00 | $237.00 |
| 07/08/2016 | FUGA C | Reviewed, considered Debtor's Motion to set bar date to file application for administrative expense claims other than professional fees and motion to set a bar date to file proofs of claims in preparation for hearing next week. | 0.80 | 310.00 | $248.00 |
| 07/12/2016 | CRIS T | Further assistance to Fugate in connection with Motion for an Order Setting Administrative Expense and Rejection Claim Bar Dates. | 0.30 | 395.00 | $118.50 |
| 07/12/2016 | POWE V | Attention to preparation for tomorrow's hearing on Claims Bar Dates. | 0.10 | 520.00 | $52.00 |
| 07/12/2016 | FUGA C | Prepared for hearing on motion to set administrative fee deadline, claims bar deadline. | 1.60 | 310.00 | $496.00 |
| 07/13/2016 | CRIS T | Attention to revisions to the Order and Notice regarding Bar Dates (.2); considered hearing result and entities to which to serve the Notice of Bar Date (.1). | 0.30 | 395.00 | $118.50 |
| 07/13/2016 | POWE V | Considered service issues for administrative claims bar date. | 0.10 | 520.00 | $52.00 |
| 07/13/2016 | FUGA C | Traveled to Urbana, Illinois for hearing on motion for order setting bar deadlines (1.0); attended hearing on motion for order setting | 3.00 | 310.00 | $930.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | bar deadlines (.50); return travel to Indianapolis from Urbana, Illinois for hearing on motion for order setting bar deadlines (1.0); revised notice per court's order on motion for order setting bar deadlines (.50). | | | |
| 07/14/2016 | POWE V | Analysis of remaining claims objection matters. | 0.30 | 520.00 | $156.00 |
| 07/15/2016 | CRIS T | Reviewed the status of the 401K plan and prepared correspondence to Burke concerning the same.  [Matter 7] | 0.60 | 395.00 | $237.00 |
| 07/18/2016 | BURK C | Worked on status of 401(k) plan corrections; correspondence with Crist and First Midwest regarding same.  [Matter 7] | 1.30 | 465.00 | $604.50 |
| 07/18/2016 | CRIS T | Considered Court's revisions to the Notice and Order for the Administrative and Rejection Bar Dates (.1); conferenced with Burke concerning the 401K plan and related issues (.7); prepared correspondence to Gould ███████████ ██████████████████████ (.5).  [Matter 7] | 1.30 | 395.00 | $513.50 |
| 07/18/2016 | FUGA C | Revised order setting bar deadlines based on comments made by court at hearing on motion for same. | 0.40 | 310.00 | $124.00 |
| 07/19/2016 | CRIS T | Reviewed the revisions to the Order and Notice of Administrative and Rejection Claims Bar Dates, the audio of the hearing concerning the same and made further edits to the Order and Notice, accordingly. | 1.20 | 395.00 | $474.00 |
| 07/20/2016 | CRIS T | Responded to Klonicki ████████████ ██████████. | 0.20 | 395.00 | $79.00 |
| 07/21/2016 | CHRO D | Reviewed materials and conducted legal research regarding the tax deed/redemption issue. | 0.80 | 375.00 | $300.00 |
| 07/21/2016 | CRIS T | Prepared correspondence to Gould and Klonicki ██████████████████████ | 0.50 | 395.00 | $197.50 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ███████████████ (.2); responded to correspondence from Klonicki and Gould ███████ (.3). | | | |
| 07/22/2016 | CHRO D | Continued legal research regarding the tax deed redemption issue. | 0.80 | 375.00 | $300.00 |
| 07/22/2016 | CRIS T | Reviewed the list of post-petition vendors and potential claimants and conferenced with Gould ███████████. | 0.70 | 395.00 | $276.50 |
| 07/25/2016 | CRIS T | Conferenced with Gould ███████████████████es (.2); considered inquiries from Hart and Gould, ██████████ (.4); responded to Klonicki and Gould ███████████████████ (.2). | 0.80 | 395.00 | $316.00 |
| 07/25/2016 | POWE V | Analysis of administrative claims issues, including noticing of motion and objection to certain claims. | 0.10 | 520.00 | $52.00 |
| 07/26/2016 | CRIS T | Made final revisions to the Order granting the Motion for Administrative Claims and Rejection Claims Bar Dates (.5); reviewed and compiled the service list for the Notice of the Administrative Expense and Rejection Claims Bar Dates to incorporate all names and addresses received from First Midwest Bank (1.3); analysis of administrative, secured and priority claims to object to and strategy for each (1.2); reviewed the Order on Motion for Administrative Expense and Rejection Claims Bar Dates, docketed the deadline to serve the Notice and reviewed the Service List (.5). | 3.50 | 395.00 | $1,382.50 |
| 07/26/2016 | ANDE D | Reviewed issues related to 401(k) plan and objecting to tax claims. | 1.00 | 365.00 | $365.00 |
| 07/26/2016 | POWE V | Attention to administrative claims objections and issues. | 0.60 | 520.00 | $312.00 |
| 07/27/2016 | CRIS T | Reviewed addresses for the employees to | 0.20 | 395.00 | $79.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | which to serve the Notice of Administrative Expense and Rejection Claims Bar Dates. | | | |
| 07/28/2016 | CRIS T | Reviewed and revised the Notice of Administrative Expense and Rejection Claims Bar Dates (.3); prepared correspondence to the Custodian ███████ ███████████ (.3); reviewed the amended Claim 48 filed by Iroquois Federal Savings and Loan and revised the First Omnibus Objection to Claims according (.5). | 1.10 | 395.00 | $434.50 |
| 07/29/2016 | CRIS T | Conferenced with Gould, Klonicki and Sangha ██████████████████████ ███████████████ (.6); revised the Certificate of Service accordingly (.3). | 0.90 | 395.00 | $355.50 |
| 08/01/2016 | CRIS T | Reviewed and made revisions to the U.S. mail service list for the Notice of Administrative Expense and Rejection Claims Bar Dates to ensure all entities at proper addresses are included. | 1.50 | 395.00 | $592.50 |
| 08/02/2016 | CRIS T | Reviewed the Certificate of Service for filing. | 0.10 | 395.00 | $39.50 |
| 08/03/2016 | POWE V | Conferred with Rachael Gould ███████ ████████ | 0.10 | 520.00 | $52.00 |
| 08/05/2016 | POWE V | Call from and conference with Jamie Foster, former employee, regarding asserted claim. | 0.10 | 520.00 | $52.00 |
| 08/09/2016 | CRIS T | Responded to correspondence from a recipient of the Notice of Administrative Expense Claims Bar Date. | 0.20 | 395.00 | $79.00 |
| 08/23/2016 | ANDE D | Analyzed issues related to 401(k) plan. | 1.10 | 365.00 | $401.50 |
| 09/02/2016 | POWE V | Analysis of tax claim issues for objections to claims. | 0.20 | 520.00 | $104.00 |
| 09/06/2016 | CRIS T | Reviewed the status of an employee wage claim and summarized the same for Powers. | 0.20 | 395.00 | $79.00 |
| 09/06/2016 | ANDE D | Reviewed IRS claims and considered grounds for objection. | 1.40 | 365.00 | $511.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/06/2016 | POWE V | Followed up regarding inquiry from Jamie Foster. | 0.10 | 520.00 | $52.00 |
| 09/08/2016 | ANDE D | Worked on analysis of objections to tax claims. | 1.30 | 365.00 | $474.50 |
| 09/13/2016 | POWE V | Exchanged communications with client team ████████ (.20); conferred with Rachael Gould ██████████ (.10). | 0.30 | 520.00 | $156.00 |
| 09/14/2016 | CRIS T | Reviewed the amended and withdrawn secured claims filed by Mercedes-Benz, Iroquois and General Electric, as well as claim amendments by the Illinois Department of Employment Security and Internal Revenue Service, and updated the master claims charts and draft First Omnibus Objection to Claims accordingly. | 2.40 | 395.00 | $948.00 |
| 09/14/2016 | POWE V | Attention to claims analysis. | 1.00 | 520.00 | $520.00 |
| 09/15/2016 | CRIS T | Reviewed the returned mailings from the Notice of Administrative Expense Claims Bar Date, updated the service list and identified notices to re-mail. | 1.00 | 395.00 | $395.00 |
| 09/15/2016 | CRIS T | Reviewed the messages from Foster about a wage claim, conferenced with Foster to discuss his priority wage claim and made notes of the same. | 0.60 | 395.00 | $237.00 |
| 09/15/2016 | POWE V | Analysis of claims information updates and prepared communication to client team ████████████ | 0.30 | 520.00 | $156.00 |
| 09/19/2016 | POWE V | Considered communication from Angela Hart ████████████ | 0.10 | 520.00 | $52.00 |
| 09/20/2016 | POWE V | Reviewed selected priority claims for objections (1.0); considered 401(k) plan claim issues (.70). | 1.70 | 520.00 | $884.00 |
| 09/21/2016 | CRIS T | Attention to the message and correspondence from Klonicki and prepared response to Klonicki ████████████. | 2.70 | 395.00 | $1,066.50 |
| 09/21/2016 | ANDE D | Analysis of selected tax and 401(k) claims. | 0.70 | 365.00 | $255.50 |
| 09/21/2016 | POWE V | Reviewed additional information on 401K plan | 0.50 | 520.00 | $260.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | claim (.10); exchanged communications with client team ███████████ (.10); analysis of 401K issues (.30). | | | |
| 09/22/2016 | POWE V | Considered amendment to GE proof of claim. | 0.10 | 520.00 | $52.00 |
| 10/03/2016 | ANDE D | Analysis of Illinois Department of Revenue's administrative claim. | 1.40 | 365.00 | $511.00 |
| 10/03/2016 | POWE V | Reviewed and considered the Illinois Dept. of Revenue request for payment of administrative expense. | 0.70 | 520.00 | $364.00 |
| 10/04/2016 | ANDE D | Analyzed cases regarding time administrative claims are incurred in connection with Illinois Department of Revenue claim. | 2.00 | 365.00 | $730.00 |
| 10/05/2016 | ANDE D | Analyzed Illinois Department of Revenue application for administrative claim and BAPCPA amendments to Section 507(a)(8). | 2.10 | 365.00 | $766.50 |
| 10/05/2016 | POWE V | Prepared communication to client ████ ██████████ | 0.20 | 520.00 | $104.00 |
| 10/06/2016 | ANDE D | Analyzed IDOR administrative claim. | 1.00 | 365.00 | $365.00 |
| 10/06/2016 | POWE V | Analysis of legal issues in IDOR administrative claim and grounds for objection (1.0); exchanged communications with client team ██████████████ (.10); conference with Rachael Gould and Kim Klonicki ████████████████ (.40). | 1.50 | 520.00 | $780.00 |
| 10/07/2016 | ANDE D | Legal research re date income tax is incurred under Illinois law. | 1.00 | 365.00 | $365.00 |
| 10/10/2016 | ANDE D | Worked on analysis of Illinois Department of Revenue administrative claim. | 1.50 | 365.00 | $547.50 |
| 10/11/2016 | POWE V | Analysis of claims issues. | 0.10 | 520.00 | $52.00 |
| 10/12/2016 | ANDE D | Worked on objection to IDOR administrative claim. | 2.00 | 365.00 | $730.00 |
| 10/12/2016 | POWE V | Analysis of claim and determined objections to IDOR Administrative Claim. | 1.30 | 520.00 | $676.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/13/2016 | ANDE D | Completed draft of objection to IDOR administrative claim (1.5); worked on objection to IRS priority claims (1.6). | 3.10 | 365.00 | $1,131.50 |
| 10/13/2016 | POWE V | Considered IDOR claim objection. | 0.30 | 520.00 | $156.00 |
| 10/17/2016 | ANDE D | Revised and finalized objection to IDOR administrative claim (.6); analyzed IRS and IDOR priority claims for potential objections (1.9). | 2.40 | 365.00 | $876.00 |
| 10/17/2016 | POWE V | Conference with Rachael Gould ██████████ (.10); considered documents supporting claim objection (.20); reviewed and revised claim objection (.50); ██████████ to client team and conferred with Kim Klonicki and Rachael Gould ██████████ .20). | 1.00 | 520.00 | $520.00 |
| 10/18/2016 | ANDE D | Analyzed potential objections to priority tax claims. | 2.60 | 365.00 | $949.00 |
| 10/19/2016 | ANDE D | Worked on analysis of priority claims. | 2.10 | 365.00 | $766.50 |
| 10/20/2016 | ANDE D | Worked on objections to priority claims. | 1.50 | 365.00 | $547.50 |
| 10/21/2016 | ANDE D | Worked on claims objections. | 1.00 | 365.00 | $365.00 |
| 10/24/2016 | ANDE D | Analyzed priority claims and objections to same. | 2.30 | 365.00 | $839.50 |
| 10/24/2016 | POWE V | Exchanged communications with client team ██████████. | 0.10 | 520.00 | $52.00 |
| 10/25/2016 | CRIS T | ██████████ received from Klonicki, analyzed the secured, administrative and priority claims, and prepared a response to Klonicki ██████████ | 0.60 | 395.00 | $237.00 |
| 10/25/2016 | CRIS T | Attention to questions from Klonicki ██████████ and prepared a response to Klonicki. | 0.60 | 395.00 | $237.00 |

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/26/2016 | CRIS T | Prepared correspondence to the Custodian ▮▮▮▮▮▮▮▮▮▮ (1.0); responded to correspondence from Klonicki ▮▮▮▮▮▮▮▮ (.3). | 1.30 | 395.00 | $513.50 |
| 10/26/2016 | ANDE D | Worked on priority claims objections. | 1.80 | 365.00 | $657.00 |
| 10/27/2016 | CRIS T | Reviewed the amended claim filed by GE Information Technology and other unsecured claims, and analyzed the likely pool of general unsecured claims. | 0.50 | 395.00 | $197.50 |
| 10/27/2016 | ANDE D | Worked on claims objections. | 1.60 | 365.00 | $584.00 |
| 10/31/2016 | ANDE D | Worked on claims objections. | 0.80 | 365.00 | $292.00 |
| 11/01/2016 | ANDE D | Worked on objections to tax claims. | 1.10 | 365.00 | $401.50 |
| 11/04/2016 | ANDE D | Worked on objections to tax claims. | 1.30 | 365.00 | $474.50 |
| 11/04/2016 | ANDE D | Reviewed email correspondence from Illinois Department of Revenue and confirmed computation of amounts (1.2); worked on preparation for hearing on administrative claim (.9). | 2.10 | 365.00 | $766.50 |
| 11/04/2016 | POWE V | Considered communication from IDOR regarding revised numbers for the claim; prepared communication to client team ▮▮▮▮▮▮▮▮ | 0.10 | 520.00 | $52.00 |
| 11/07/2016 | ANDE D | Prepared analysis of objection to claim and revised numbers proposed by IDOR for its administrative claim. | 1.90 | 365.00 | $693.50 |
| 11/07/2016 | ANDE D | Worked on objections to tax claims. | 1.10 | 365.00 | $401.50 |
| 11/07/2016 | POWE V | Attention to preparation for IDOR Admin Claim hearing. | 0.20 | 520.00 | $104.00 |
| 11/08/2016 | ANDE D | Prepared email correspondence to client and to Illinois Attorney General regarding hearing on IDOR administrative claim (.6); performed brief legal research regarding burden of proof at hearing on application for administrative | 1.80 | 365.00 | $657.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | claim (.8); prepared communication to team ████████ (.4). | | | |
| 11/08/2016 | POWE V | Considered exchanges with IDOR regarding administrative claim numbers and reviewed numbers (.20); considered IDOR's burden of proof (.20); reviewed case law (.20); prepared argument (.50). | 1.10 | 520.00 | $572.00 |
| 11/09/2016 | POWE V | Prepared for and attended hearing on IDOR Administrative claim. | 0.40 | 520.00 | $208.00 |
| 11/10/2016 | CRIS T | Responded to correspondence from Klonicki ████████ | 0.10 | 395.00 | $39.50 |
| 11/10/2016 | ANDE D | Worked on claims objections to priority tax claims. | 1.00 | 365.00 | $365.00 |
| 11/10/2016 | POWE V | Reviewed portion of audio file of hearing in connection with question on liquor tax amount (.10); reviewed prior exchanges and exchanged communications with Bobby Ritchie, counsel for IDOR, regarding amount of liquor tax (.20); prepared communication to client team ████████ (.30); conference with Ms. Rachael Gould ████████ (.10). | 0.70 | 520.00 | $364.00 |
| 11/14/2016 | POWE V | Analysis of employee and 401(k) claim issues. | 1.50 | 520.00 | $780.00 |
| 11/15/2016 | CRIS T | Considered the 401K plan issues and associated claim issues (.3); reviewed notes and prior correspondence, and summarized the same for communication to client team ████ ████████ (1.0). | 1.30 | 395.00 | $513.50 |
| 11/15/2016 | ANDE D | Worked on priority claim objections. | 1.10 | 365.00 | $401.50 |
| 11/15/2016 | POWE V | Analysis of 401(k)-related claims (1.40); prepared communication for client team ████████ (.80). | 2.20 | 520.00 | $1,144.00 |
| 11/16/2016 | ANDE D | Worked on analysis of claims objections. | 0.90 | 365.00 | $328.50 |
| 11/18/2016 | ANDE D | Worked on claims objections. | 1.10 | 365.00 | $401.50 |
| 11/18/2016 | POWE V | Conference with Rachael Gould ████ | 0.20 | 520.00 | $104.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/22/2016 | POWE V | ▮▮▮▮▮▮ Followed up on tax claims (.10); conferred with Craig Burke regarding 401(k) claims and related 401(k) issues (.50).  [NO CHARGE] | 0.60 | 520.00 | $312.00 |
| 11/28/2016 | ANDE D | Worked on claims objections. | 1.80 | 365.00 | $657.00 |
| 11/29/2016 | ANDE D | Worked on claims objections. | 2.30 | 365.00 | $839.50 |
| **Total Professional Services** | | | **148.10** | | **$59,082.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 65.30 | 395.00 | $25,793.50 |
| Victoria Powers | 20.90 | 520.00 | $10,868.00 |
| Christina Fugate | 5.80 | 310.00 | $1,798.00 |
| Craig C. Burke | 1.30 | 465.00 | $604.50 |
| David Chroust | 1.60 | 375.00 | $600.00 |
| Daniel Anderson | 53.20 | 365.00 | $19,418.00 |
| **Total Professional Services** | **148.10** | | **$59,082.00** |

## COSTS ADVANCED

| Description | Amount |
|------------|--------|
| Color Photocopies | $66.00 |
| Photocopies | $37.80 |
| Tele-Conferencing Long Distance | $6.68 |
| **Total Cost Advanced** | **$110.48** |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1447535
December 20, 2016

**Total Invoice Balance Due**                                        $59,192.48



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice No. 1447535
December 20, 2016

Re:   Claims Administration and Objections
      Our Matter No. 35066.0006

### INVOICE SUMMARY

For Services rendered through November 30, 2016

| | |
|---|---|
| Professional Services | $59,082.00 |
| Disbursements | $110.48 |
| **Total Current Invoice** | **$59,192.48** |

**Payment Options**

Online Payments:
**ClientPay**



Wire/ACH Instructions:
Huntington Bank
ABA for ACH
ABA for Wire
Account No.
Swift Code:
Please Reference **Invoice No. 1447535**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447535**

Questions or concerns, please email **payice@icemiller.com**

---

Payment Terms: Net 30
Tax ID: 35-0874357



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447536
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      Employee Benefits / Pensions
         Our Matter No. 35066.0007

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                    $1,534.50

**Total Current Invoice**                                          **$1,534.50**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

**ice**miller.com/venturecapital

Employee Benefits / Pensions
Our Matter No. 35066.0007

Invoice No. 1447536
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/21/2016 | BURK C | Worked on issues regarding Voya DOL settlement and ability to use forfeiture account to offset safe harbor contribution receivable; conferred with client ████ | 0.80 | 465.00 | $372.00 |
| 09/22/2016 | BURK C | Reviewed DOL guidance regarding allocation of mutual fund settlement proceeds. | 1.10 | 465.00 | $511.50 |
| 09/23/2016 | BURK C | Worked on issues regarding ability to use forfeitures to offset safe harbor contribution receivable. | 0.60 | 465.00 | $279.00 |
| 11/09/2016 | BURK C | Correspondence with Sangha ████ ████. | 0.30 | 465.00 | $139.50 |
| 11/22/2016 | BURK C | Call with Powers regarding status of 401(k) plan issues related to bankruptcy filing. | 0.50 | 465.00 | $232.50 |
| **Total Professional Services** | | | **3.30** | | **$1,534.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Craig C. Burke | 3.30 | 465.00 | $1,534.50 |
| **Total Professional Services** | **3.30** | | **$1,534.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,534.50 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice No. 1447536
December 21, 2016

Re:     Employee Benefits / Pensions
        Our Matter No. 35066.0007

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                               $1,534.50

**Total Current Invoice**                                          **$1,534.50**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                                    ABA for ACH
                ABA for Wire
                                    Account No.
                                    Swift Code:
                                    Please Reference **Invoice No. 1447536**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447536**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447537
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Fee and Employment Applications
       Our Matter No. 35066.0008

### INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                      $520.00

**Total Current Invoice**                                              **$520.00**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

**ice**miller.com/venturecapital

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1447537
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/30/2016 | POWE V | Attention to fee reports for fee application. | 1.00 | 520.00 | $520.00 |
| **Total Professional Services** | | | **1.00** | | **$520.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 1.00 | 520.00 | $520.00 |
| **Total Professional Services** | **1.00** | | **$520.00** |

**Total Invoice Balance Due**                                   $520.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice No. 1447537
December 21, 2016

Re:   Fee and Employment Applications
      Our Matter No. 35066.0008

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                          $520.00

**Total Current Invoice**                                     **$520.00**

### Payment Options

Online Payments:                  Wire/ACH Instructions:
**ClientPay**                     Huntington Bank
              ABA for ACH
                                  ABA for Wire
                                  Account No.
                                  Swift Code:
                                  Please Reference **Invoice No. 1447537**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447537**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447538
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Plan and Disclosure Statement
        Our Matter No. 35066.0012

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                    $260.00

**Total Current Invoice**                                               **$260.00**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1447538
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/15/2016 | POWE V | Considered plan terms. | 0.20 | 520.00 | $104.00 |
| 06/24/2016 | POWE V | Gathered information for plan. | 0.20 | 520.00 | $104.00 |
| 11/18/2016 | POWE V | Conference with Rachael Gould ███████ ████████. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | | **0.50** | | **$260.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 0.50 | 520.00 | $260.00 |
| **Total Professional Services** | **0.50** | | **$260.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $260.00 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11     Invoice No. 1447538
c/o First Midwest Bank                                           December 21, 2016
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:   Plan and Disclosure Statement
      Our Matter No. 35066.0012

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                    $260.00

**Total Current Invoice**                                                **$260.00**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                ABA for ACH
                                    ABA for Wire
                                    Account No.
                                    Swift Code:
                                    Please Reference **Invoice No. 1447538**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447538**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447659
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Costs
        Our Matter No. 35066.0015

### INVOICE SUMMARY

For Services rendered through November 30, 2016

Disbursements                                                          $226.00

**Total Current Invoice**                                          **$226.00**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

Costs
Our Matter No. 35066.0015

Invoice No. 1447659
December 21, 2016

**COSTS ADVANCED**

| Description | Amount |
|---|---|
| CCC12214231 Filing fee for Motion for Admission Pro Hac Vice. (Tyson Crist); COURTS/USDC-CDIL; TIN: 371009316 MCC: 9399; 100 NE MONROE ST STE 309 309-671-7827 IL 61602; PHONE: 3096717827 | $226.00 |
| **Total Cost Advanced** | **$226.00** |

**Total Invoice Balance Due**                                                              $226.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice No. 1447659
December 21, 2016

Re:     Costs
        Our Matter No. 35066.0015

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Disbursements                                                   $226.00

**Total Current Invoice**                                       **$226.00**

### Payment Options

Online Payments:              Wire/ACH Instructions:
**ClientPay**                 Huntington Bank
          ABA for ACH
                              ABA for Wire
                              Account No.
                              Swift Code:
                              Please Reference **Invoice No. 1447659**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447659**

Questions or concerns, please email **payice@icemiller.com**



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447660
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio; and
       Dennis Gaudio
       Our Matter No. 35066.0016

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                              $33,618.50

Disbursements                                                         $550.92

**Total Current Invoice**                                   **$34,169.42**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio, and Dennis Gaudio
Our Matter No. 35066.0016

Invoice No. 1447660
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/03/2016 | POWE V | Considered orders entered in District Court (.10); prepared communication to client team ▮▮▮▮▮ (.10). | 0.20 | 520.00 | $104.00 |
| 06/05/2016 | POWE V | Considered draft summary judgment motion and next steps. | 0.40 | 520.00 | $208.00 |
| 06/07/2016 | POWE V | Reviewed discovery issues in light of Court's order for discovery plan (.50); reviewed and revised summary judgment motion prepared prior to Eric Gaudio's statement that he would file bankruptcy (1.20); considered issues and prepared communication to client team ▮▮▮▮▮ (.80). | 2.50 | 520.00 | $1,300.00 |
| 06/08/2016 | FUGA C | Analyzed status of discovery to First Clearing/ABDI in light of recent court order. | 0.20 | 310.00 | $62.00 |
| 06/08/2016 | JORI W | Reviewed and evaluated additional documents received from non-parties and reported to attorneys regarding same (.5); received documents produced by ABDI and updated index of non-party documents (.4) | 0.90 | 150.00 | $135.00 |
| 06/10/2016 | POWE V | Conferred with Rachael Gould ▮▮▮▮▮ (.20); followed up on 1803 and GDV recovery matters for realization on judgment (.10); considered draft summary judgment motion and needed revisions (.10). | 0.40 | 520.00 | $208.00 |
| 06/10/2016 | FUGA C | Communication regarding First Clearing/ABDI subpoena. | 0.10 | 310.00 | $31.00 |
| 06/13/2016 | POWE V | Reviewed all prior discovery and case management information and prepared proposed discovery plan for filing at court's request and oversight of filing and service (2.0); exchanges with client team ▮▮▮▮▮ (.20); attention to courtesy service by email attachment on Dennis and Eric Gaudio (.10); ▮▮▮▮▮ (.50); circulated to client team (.10). | 2.90 | 520.00 | $1,508.00 |
| 06/14/2016 | POWE V | Revised Summary Judgment Motion for | 1.20 | 520.00 | $624.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio          Invoice No. 1447660
Our Matter No. 35066.0016                                                                                                    December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | provision in draft to Messrs. Gaudio (.30); gathered additional information in connection with settlement proposal (.30); numerous exchanges with client team ▮▮▮▮ (.30); revised settlement proposal and circulated to Gaudios (.30). | | | |
| 06/15/2016 | JORI W | Researched probate records for Earl Gaudio estate and contacted court to obtain copy of will (.9); received and reviewed will (.1). | 1.00 | 150.00 | $150.00 |
| 06/21/2016 | POWE V | Conference with Rachael Gould ▮▮▮▮ ▮▮▮▮. | 0.10 | 520.00 | $52.00 |
| 06/22/2016 | POWE V | Reviewed prior communications and prepared communication to Dennis and Earl Gaudio regarding settlement discussions. | 0.20 | 520.00 | $104.00 |
| 06/23/2016 | POWE V | Prepared Dennis and Eric settlement proposal. | 0.50 | 520.00 | $260.00 |
| 06/23/2016 | POWE V | Analysis of settlement with Dennis and Eric Gaudio. | 0.10 | 520.00 | $52.00 |
| 06/23/2016 | POWE V | Conference with Gould ▮▮▮▮ ▮▮▮▮. | 0.10 | 520.00 | $52.00 |
| 06/24/2016 | POWE V | Exchange communications with Rachael Gould ▮▮▮▮ ▮▮▮▮ (.10); prepared updated communication to Dennis and Eric Gaudio regarding settlement (.10); considered response and prepared communication to Rachael Gould ▮▮▮▮ (.10). | 0.30 | 520.00 | $156.00 |
| 07/07/2016 | CRIS T | Considered the status of settlement discussions with Eric and Dennis and strategized regarding responding. | 0.90 | 395.00 | $355.50 |
| 07/07/2016 | POWE V | Analysis of legal issues and worked on terms for settlement in response to inquiry from Mr. Eric Gaudio regarding timing issues. | 0.50 | 520.00 | $260.00 |
| 07/08/2016 | CRIS T | Attention to issues concerning the settlement negotiations with Eric and Dennis (.20); prepared an update to Gould ▮▮▮▮ ▮▮▮▮ (.60). | 0.80 | 395.00 | $316.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio          Invoice No. 1447660
Our Matter No. 35066.0016                                                                December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/12/2016 | POWE V | Conferred with Rachael Gould ███████ ████ (.10); analysis of settlement terms and strategy (.10); prepared draft settlement response to Eric and Dennis Gaudio (.50); prepared email communication to Rachael Gould ██████████ (.10). | 0.80 | 520.00 | $416.00 |
| 07/13/2016 | POWE V | Exchanged communications with Rachael Gould ██████████ (.10); reviewed asset statements and follow-up questionnaires requested of Messrs. Gaudio in connection with earlier mediation (.30); prepared settlement communication to Dennis and Eric Gaudio (.40). | 0.80 | 520.00 | $416.00 |
| 07/14/2016 | POWE V | Considered up-coming deadlines in connection with timing and settlement issues (.10); considered inquiry from Dennis Gaudio regarding the requested asset statement and followed up regarding same (.10). | 0.20 | 520.00 | $104.00 |
| 07/18/2016 | POWE V | Reviewed asset statements and prepared communication to Dennis Gaudio responding to inquiry regarding asset report in connection with settlement discussions. | 0.30 | 520.00 | $156.00 |
| 07/20/2016 | POWE V | Considered upcoming court-set deadlines and need for finalization of settlement in light of deadlines (.10); considered and conferred with Rachael Gould ██████████ ██████████████████████ (.10). | 0.20 | 520.00 | $104.00 |
| 07/22/2016 | POWE V | Prepared communication to Dennis and Eric Gaudio regarding settlement terms; considered responses and prepared response. | 0.20 | 520.00 | $104.00 |
| 07/26/2016 | POWE V | Prepared Settlement Affidavits for Dennis and Eric Gaudio. | 0.20 | 520.00 | $104.00 |
| 07/27/2016 | POWE V | Attention to preparation of settlement documents. | 0.20 | 520.00 | $104.00 |
| 08/01/2016 | POWE V | Worked on preparation of settlement documents. | 0.70 | 520.00 | $364.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio
Our Matter No. 35066.0016

Invoice No. 1447660
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/02/2016 | POWE V | Prepared draft settlement agreement and stipulated judgment (1.40); prepared communication to Rachael Gould ██████████ ██████████ (.10). | 1.50 | 520.00 | $780.00 |
| 08/03/2016 | CRIS T | Considered and advised client team ████████████████████████ ████████████████████. | 0.30 | 395.00 | $118.50 |
| 08/03/2016 | POWE V | Reviewed comments from Rachael Gould ██████████████████████ (.30); conferred with Ms. Gould ████████████████████████ s (.20); revised settlement documents (.50); prepared communication to Ms. Gould ██████████ (.10); exchanged communications with parties regarding next steps and prepared further communication to Ms. Gould ██████████ (.10). | 1.20 | 520.00 | $624.00 |
| 08/16/2016 | POWE V | Reviewed status of settlement discussions and prior exchanges with defendants and prepared communication to Eric and Dennis Gaudio regarding representation by counsel and delay in responding to draft settlement documents (.30); prepared communication to client team ████████████████████████ (.10). | 0.40 | 520.00 | $208.00 |
| 08/17/2016 | POWE V | Considered inquiry from Eric Gaudio regarding terms of settlement; reviewed terms and prepared response. | 0.70 | 520.00 | $364.00 |
| 08/18/2016 | CRIS T | Reviewed the proposed terms of settlement with Eric and Dennis, prior communications with the Custodian, and considered revisions to the same. | 0.50 | 395.00 | $197.50 |
| 08/19/2016 | POWE V | Prepared motion to extend dispositive motions deadline in light of settlement discussions (.30); further analysis of settlement terms and issues and revised and finalized communication to defendants responding to questions (.50); prepared communication to client team ████████████ (.10); revised settlement agreement and | 1.50 | 520.00 | $780.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio
Our Matter No. 35066.0016

Invoice No. 1447660
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | judgment (.50); exchanged further communications with Eric Gaudio (.10); attention to filing motion to extend. | | | |
| 08/20/2016 | POWE V | Prepared communication to client team ███████████████ . | 0.10 | 520.00 | $52.00 |
| 08/24/2016 | POWE V | Prepared additional revisions to settlement documents (.80); prepared communication to defendants circulating revised settlement documents (.10); prepared communication to client team ████████ (.10). | 1.00 | 520.00 | $520.00 |
| 08/25/2016 | POWE V | Exchanged communications with client team ███████████████ (.20); conferred with Rachael Gould ███████████ (.10); prepared affidavits in connection with settlement and provision of financials (1.40); prepared communication to client team ████████████ (.10). | 1.80 | 520.00 | $936.00 |
| 08/26/2016 | POWE V | Attention to revisions to settlement documents. | 0.50 | 520.00 | $260.00 |
| 08/29/2016 | POWE V | Revisions to Gaudio Settlement Agreement and Affidavits (.30); exchanged communications with Gaudios (.10). | 0.40 | 520.00 | $208.00 |
| 09/01/2016 | POWE V | Exchanged communications with client ████████████ (.10); reviewed comments on key settlement documents and revised settlement agreement, stipulated judgment entry, and affidavits in support of settlement (1.70). | 1.80 | 520.00 | $936.00 |
| 09/02/2016 | POWE V | Revised and finalized settlement agreement, stipulated entry and affidavits (1.0); prepared communication to defendants regarding settlement documents, changes, and execution (.20); prepared communication to client team ████████ (.10). | 1.30 | 520.00 | $676.00 |
| 09/07/2016 | POWE V | Reviewed orders entered in District Court case | 0.40 | 520.00 | $208.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio
Our Matter No. 35066.0016

Invoice No. 1447660
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | (.10); prepared communication to Dennis and Eric Gaudio regarding status of settlement documents and providing information regarding the orders from the District Court (.20); communications to client team ███████ ███████ (.10). | | | |
| 09/09/2016 | POWE V | Prepared communications to Dennis Gaudio and Eric Gaudio regarding settlement matters. | 0.20 | 520.00 | $104.00 |
| 09/12/2016 | POWE V | Reviewed and considered issues in connection with settlement terms and financials of Defendants (.30); exchanged communications with Rachael Gould ███████ (.10). | 0.40 | 520.00 | $208.00 |
| 09/13/2016 | POWE V | Reviewed settlement and financial information in preparation for conference with Mr. Dennis Gaudio (.10); conference with Mr. Gaudio regarding financials and settlement matters (.20); conferred with Rachael Gould ███████ ███████ (.10). | 0.40 | 520.00 | $208.00 |
| 09/14/2016 | POWE V | Worked on preparation of 9019 Motion. | 0.70 | 520.00 | $364.00 |
| 09/15/2016 | POWE V | Considered communication from Eric Gaudio regarding settlement documents and prepared numerous communications providing settlement documents and information for Eric Gaudio (.50); gathered all settlement documents and information and prepared communication to Dennis Gaudio with detailed information (.50); revised settlement documents (.50); further exchange of communications with Eric Gaudio regarding settlement documents (.20); revised 9019 Motion (.20); prepared communication to client team ███████ ███████ (.10). | 2.00 | 520.00 | $1,040.00 |
| 09/19/2016 | POWE V | Reviewed status of submission of settlement information from defendants (.10); exchanged communications with client team ███████ ███████ (.10). | 0.20 | 520.00 | $104.00 |
| 09/20/2016 | POWE V | Exchanged communications with Rachael | 0.10 | 520.00 | $52.00 |

Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio; and Dennis Gaudio                    Invoice No. 1447660
Our Matter No. 35066.0016                                                                              December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Gould ████████████████ | | | |
| 09/21/2016 | POWE V | Attention to effort to receive executed settlement documents. | 0.10 | 520.00 | $52.00 |
| 09/22/2016 | POWE V | Followed up with Dennis and Eric Gaudio regarding settlement and numerous exchanges with defendants (.30); reviewed all executed documents from Dennis Gaudio and prepared for submission of documents (.60); revised 9019 motion (1.50); pulled together exhibits to motion (.30); prepared Order on 9019 motion (.30). | 3.00 | 520.00 | $1,560.00 |
| 09/23/2016 | POWE V | Attention to options in light of failure to receive settlement documents (.20); further exchanges with Mr. Gaudio regarding settlement documents (.20); prepared documents for filing (.10). | 0.50 | 520.00 | $260.00 |
| 09/27/2016 | POWE V | Attention to status of settlement documents and reviewed documents received from Mr. Eric Gaudio (.50); numerous conferences and exchanges with Dennis Gaudio and Eric Gaudio regarding settlement documents (.40); prepared execution settlement documents (.40); met with Eric Gaudio for execution of documents (1.0); attention to 9019 filing (.30); exchanges with client team ████████ ████████████ (.20). | 2.80 | 520.00 | $1,456.00 |
| 09/28/2016 | POWE V | Revised settlement documents and finalized 9019 filing (.50); prepared Motion to extend dispositive motion deadline in District Court Case (.40); prepared communication to client team ████████████████ (.20). | 1.10 | 520.00 | $572.00 |
| 09/29/2016 | ANDE D | Prepared notice of compromise for submission to court. | 0.80 | 365.00 | $292.00 |
| 09/29/2016 | POWE V | Attention to filing and service of Motions in Bankruptcy and District Courts. | 0.10 | 520.00 | $52.00 |
| 09/30/2016 | POWE V | Exchanged communications with Eric and Dennis Gaudio regarding settlement payment and N. Vermilion issues (.30); prepared communications to Rachael Gould and Angela | 0.40 | 520.00 | $208.00 |

Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio; and Dennis Gaudio      Invoice No. 1447660
Our Matter No. 35066.0016                                                                                                                      December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Hart ███████████████████ (.10). | | | |
| 10/04/2016 | POWE V | Prepared communication to client team ████████████████████████ | 0.10 | 520.00 | $52.00 |
| 10/17/2016 | POWE V | Reviewed Eric and Dennis settlement terms and prepared communication to defendants regarding terms of agreement and resolution of N. Vermilion property (.30); prepared communication to client team ███████ ████ (.10). | 0.40 | 520.00 | $208.00 |
| 10/21/2016 | CRIS T | Reviewed the Objection to 9019 Motion filed by the SBA, considered arguments in reply thereto, and prepared a summary. | 0.40 | 395.00 | $158.00 |
| 10/21/2016 | CRIS T | Attention to correspondence from O'Loughlin concerning an alleged claim and an objection to the Eric and Dennis Gaudio settlement, along with the referenced statute (.2). | 0.20 | 395.00 | $79.00 |
| 10/21/2016 | POWE V | Reviewed and considered letter from SBA to Gaudios regarding SBA's claim to prior right to settlement funds (.20); reviewed and considered SBA objection to 9019 motion (.20); prepared communication to client team ████████████████ (.10); preliminary evaluation of next steps (.10). | 0.60 | 520.00 | $312.00 |
| 10/23/2016 | POWE V | Considered SBA Objection (.10); considered Reply (.10). | 0.20 | 520.00 | $104.00 |
| 10/25/2016 | CULI D | Research the Federal Priority Statute in connection with the small business administration assertion of a priority claim against the debtors. | 1.50 | 230.00 | $345.00 |
| 10/26/2016 | POWE V | Attention to grounds for response to SBA objection to settlement motion. | 0.20 | 520.00 | $104.00 |
| 10/26/2016 | CULI D | Research the Federal Priority Statute in connection with the small business administration assertion of a super-priority claim; drafted memorandum regarding the same. | 2.90 | 230.00 | $667.00 |
| 10/27/2016 | CRIS T | Reviewed and analyzed the memorandum on | 1.20 | 395.00 | $474.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio
Our Matter No. 35066.0016

Invoice No. 1447660
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | the federal priority statute. | | | |
| 10/27/2016 | CULI D | Follow-up research under the Federal Priority Statute. | 1.70 | 230.00 | $391.00 |
| 10/27/2016 | CULI D | Further analysis of SBA's status under the federal priority statute. | 0.50 | 230.00 | $115.00 |
| 10/28/2016 | CRIS T | Reviewed the analysis of case law concerning the U.S. SBA's purported priority to settlement amounts (.5); prepared correspondence to Eric Gaudio concerning the status of 3585 N. Vermilion St. (.1). | 0.60 | 395.00 | $237.00 |
| 10/28/2016 | CULI D | Further researched under the Federal Priority Statute. | 2.20 | 230.00 | $506.00 |
| 10/30/2016 | CRIS T | Reviewed the case law concerning the U.S. SBA's assertions about a priority claim (2.2); further researched the application of the federal priority statute (2.1). | 4.30 | 395.00 | $1,698.50 |
| 10/31/2016 | CRIS T | Prepared an analysis on the SBA objection (.1); conducted further research and analysis of the U.S. SBA's asserted priority with respect to the Gaudio settlement agreement (1.3); prepared a summary of findings (.1). | 1.50 | 395.00 | $592.50 |
| 10/31/2016 | CULI D | Revised research under the Federal Priority Statute; drafted summary of same. | 1.40 | 230.00 | $322.00 |
| 11/01/2016 | CRIS T | Reviewed additional research and analysis performed by Culicover concerning the federal priority statute and reviewed the cited case law (3.6); reviewed the Motion to Approve Settlement with Eric and Dennis, and the Settlement Agreement and made notes concerning responses to the SBA objection to the settlement (.6); attention to the delinquent taxes for 3585 N. Vermilion, prepared correspondence to Hendrian concerning the redemption (.4). | 4.60 | 395.00 | $1,817.00 |
| 11/01/2016 | POWE V | Considered issues under SBA objection and prepared for upcoming hearing (.20); prepared communication to client team ██████ ████ (.10). | 0.30 | 520.00 | $156.00 |

Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio; and Dennis Gaudio
Our Matter No. 35066.0016

Invoice No. 1447660
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/01/2016 | CULI D | Drafted update of federal priority research. | 1.00 | 230.00 | $230.00 |
| 11/02/2016 | CRIS T | Conferenced with the Custodian ▇▇▇ ▇▇▇▇▇▇ | 0.30 | 395.00 | $118.50 |
| 11/02/2016 | CRIS T | Drafted a Motion for Leave to File Reply to the SBA's Objection to 9019 Motion (1.40); drafted the Reply to the SBA's Objection to 9019 Motion (2.10). | 3.50 | 395.00 | $1,382.50 |
| 11/02/2016 | POWE V | Conference with Rachael Gould ▇▇▇ ▇▇▇▇▇▇. | 0.10 | 520.00 | $52.00 |
| 11/04/2016 | POWE V | Reviewed Rachael Gould's comments ▇▇▇ ▇▇ and exchanged communications with Ms. Gould ▇▇▇▇▇▇▇▇ (.10); reviewed and revised Reply to SBA objection (.20). | 0.30 | 520.00 | $156.00 |
| 11/07/2016 | POWE V | Attention to preparation for 9019 and SBA objection hearing. | 0.20 | 520.00 | $104.00 |
| 11/08/2016 | POWE V | Considered SBA objection and reviewed sur-reply filed today (.20); reviewed case law in support of our reply to SBA objection (.50); reviewed burden of proof (.10); prepared argument for hearing (1.0). | 1.80 | 520.00 | $936.00 |
| 11/09/2016 | POWE V | Prepared for and attended hearing on 9019 motion and SBA objection. | 0.40 | 520.00 | $208.00 |
| 11/10/2016 | POWE V | Reviewed audio of hearing in connection with preparation ▇▇▇ to client team (.20); ▇▇▇ to client team ▇▇▇▇▇▇▇▇ (.60); prepared communication to defendants regarding results of yesterday's hearing (.60); conference with Ms. Rachael Gould ▇▇▇ ▇▇▇▇▇▇ (.10). | 1.50 | 520.00 | $780.00 |
| 11/22/2016 | POWE V | Considered Court's ruling approving 9019 Settlement Motion and prepared communication to client team ▇▇▇▇▇ (.10); prepared communication to Dennis and Eric Gaudio regarding same (.10). | 0.20 | 520.00 | $104.00 |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio

Invoice No. 1447660

Our Matter No. 35066.0016

December 21, 2016

| | | |
|---|---|---|
| **Total Professional Services** | **77.20** | **$33,618.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Victoria Powers | 43.90 | 520.00 | $22,828.00 |
| Christina Fugate | 0.30 | 310.00 | $93.00 |
| Tyson Crist | 19.10 | 395.00 | $7,544.50 |
| Daniel Anderson | 0.80 | 365.00 | $292.00 |
| Daniel Culicover | 11.20 | 230.00 | $2,576.00 |
| Wendy J. Joris | 1.90 | 150.00 | $285.00 |
| **Total Professional Services** | **77.20** | | **$33,618.50** |

## COSTS ADVANCED

| Description | Amount |
|---|---|
| Color Photocopies | $3.75 |
| Photocopies | $50.40 |
| Postage Expense , | $31.05 |
| Photocopies , | $193.50 |
| Photocopies | $0.30 |
| Photocopies | $193.20 |
| Postage Expense , | $49.84 |
| Photocopies | $0.45 |
| Copy of Will for Estate of Earl Gaudio | $7.00 |
| Postage Expense , | $2.68 |
| Photocopies | $18.75 |
| **Total Cost Advanced** | **$550.92** |

Litigation against 1803, LLC; Gaudio Diversified, Eric Gaudio, and Dennis Gaudio          Invoice No. 1447660
Our Matter No. 35066.0016                                                                  December 21, 2016

**Total Invoice Balance Due**                                                              $34,169.42



**IceMiller**
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11  
c/o First Midwest Bank  
Attn: Angela Major Hart  
24509 West Lockport Street  
Plainfield, IL 60544

Invoice No. 1447660  
December 21, 2016

Re:   Litigation against 1803, LLC; Gaudio Diversified; Eric Gaudio; and  
      Dennis Gaudio  
      Our Matter No. 35066.0016

## INVOICE SUMMARY

For Services rendered through November 30, 2016

| | |
|---|---|
| Professional Services | $33,618.50 |
| Disbursements | $550.92 |
| **Total Current Invoice** | **$34,169.42** |

### Payment Options

Online Payments:  
**ClientPay**  
ClientPay®

Wire/ACH Instructions:  
Huntington Bank  
ABA for ACH  
ABA for Wire  
Account No.  
Swift Code:  
Please Reference **Invoice No. 1447660**

Payment by check  
Remit to : Ice Miller LLP  
P.O. Box 68  
Indianapolis, IN 46206-0068  
Please include remittance or reference **Invoice No. 1447660**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30  
Tax ID: 35-0874357



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447539
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     US Trustee Communication Activities
        Our Matter No. 35066.0017

### INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                            $5,731.50

**Total Current Invoice**                                        **$5,731.50**



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

icemiller.com/venturecapital

US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1447539
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/21/2016 | CRIS T | Reviewed the March 2016 Monthly Operating Report and prepared correspondence to Klonicki ██████████ | 0.50 | 395.00 | $197.50 |
| 04/22/2016 | CRIS T | Attention to the response from Klonicki and corresponded with Jarvis. | 0.10 | 395.00 | $39.50 |
| 04/22/2016 | CRIS T | Revised correspondence to Klonicki ████████████████. | 0.20 | 395.00 | $79.00 |
| 04/25/2016 | JORI W | Redacted monthly operating report for March and prepared for filing of same. | 0.50 | 150.00 | $75.00 |
| 04/26/2016 | CRIS T | Reviewed the redacted March Monthly Operating Report for filing. | 0.40 | 395.00 | $158.00 |
| 04/26/2016 | JORI W | Finalized and submitted March Monthly Operating Report with Bankruptcy Court. | 0.30 | 150.00 | $45.00 |
| 05/16/2016 | CRIS T | Reviewed the letter from Wermer, Rogers, Doran & Ruzon, LLC and considered and recommended how to revise the Monthly Operating Report and address related issues. | 0.70 | 395.00 | $276.50 |
| 05/18/2016 | CRIS T | Prepared the narrative of significant events in April 2016 to include in the Monthly Operating Report, as well as other versions. | 0.80 | 395.00 | $316.00 |
| 05/19/2016 | CRIS T | Responded to Klonicki ████████████████████████████ | 0.20 | 395.00 | $79.00 |
| 05/25/2016 | CRIS T | ████████████ prepared by Klonicki and the taxes. | 0.70 | 395.00 | $276.50 |
| 05/25/2016 | JORI W | Reviewed and redacted monthly operating report to prepare for submission with court. | 0.60 | 150.00 | $90.00 |
| 05/26/2016 | CRIS T | ████████████████ and prepared correspondence to Klonicki and Joris concerning ██████. | 0.80 | 395.00 | $316.00 |
| 05/26/2016 | JORI W | Received and reviewed e-mails regarding revisions to monthly operating report for April. | 0.10 | 150.00 | $15.00 |
| 05/27/2016 | JORI W | Prepared additional redaction to and submitted | 0.40 | 150.00 | $60.00 |

US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1447539
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | the April monthly operating report with the court. | | | |
| 06/08/2016 | CRIS T | Reviewed the May bank statements sent by Klonicki to the U.S. Trustee. | 0.10 | 395.00 | $39.50 |
| 06/16/2016 | CRIS T | ██████████████████████ from Klonicki. | 0.10 | 395.00 | $39.50 |
| 06/17/2016 | CRIS T | Reviewed the monthly operating report, added significant events and corresponded with Klonicki ████████████ | 0.30 | 395.00 | $118.50 |
| 06/22/2016 | CRIS T | Reviewed the May 2016 Monthly Operating Report. | 0.30 | 395.00 | $118.50 |
| 06/27/2016 | JORI W | Redacted financial information in order to prepare for filing of May monthly operating report. | 0.30 | 150.00 | $45.00 |
| 07/05/2016 | CRIS T | Reviewed the May 2016 Monthly Operating Report, as redacted, for filing. | 0.10 | 395.00 | $39.50 |
| 07/06/2016 | JORI W | Finalized and submitted the May, 2016 monthly operating report with the bankruptcy court. | 0.30 | 150.00 | $45.00 |
| 07/19/2016 | CRIS T | ██████████████████████ to send to Klonicki. | 0.60 | 395.00 | $237.00 |
| 07/21/2016 | JORI W | Received and reviewed June bankruptcy report and made redactions to same in order to prepare for filing. | 0.30 | 150.00 | $45.00 |
| 07/25/2016 | CRIS T | Reviewed the redacted June 2016 Monthly Operating Report for filing. | 0.20 | 395.00 | $79.00 |
| 07/29/2016 | JORI W | Finalized and submitted with the court the monthly operating report for June, 2016. | 0.30 | 150.00 | $45.00 |
| 08/15/2016 | CRIS T | ██████████████████ for Klonicki. | 0.50 | 395.00 | $197.50 |
| 08/16/2016 | CRIS T | ██████████████████████ the Klonicki to include in the monthly operating report. | 0.20 | 395.00 | $79.00 |

US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1447539
December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/16/2016 | JORI W | Received, reviewed and redacted July accountings to prepare for submission of monthly operating report with bankruptcy court. | 0.30 | 150.00 | $45.00 |
| 08/27/2016 | CRIS T | Reviewed the July monthly operating report for filing and prepared correspondence to Klonicki ▮▮▮▮▮▮. | 0.50 | 395.00 | $197.50 |
| 08/29/2016 | JORI W | Reviewed e-mails regarding updates to bankruptcy report for filing of monthly operating report. | 0.20 | 150.00 | $30.00 |
| 08/30/2016 | JORI W | Received and reviewed additional e-mails regarding monthly operating report. | 0.10 | 150.00 | $15.00 |
| 09/02/2016 | JORI W | Replaced revised pages of bankruptcy report to prepare for submission; submitted July, 2016 monthly operating report with the court. | 0.60 | 150.00 | $90.00 |
| 09/21/2016 | CRIS T | ▮▮▮▮▮▮▮▮▮▮ to Klonicki ▮▮▮▮▮▮. | 0.80 | 395.00 | $316.00 |
| 09/21/2016 | POWE V | Considered significant events for Monthly Operating Report. | 0.10 | 520.00 | $52.00 |
| 09/22/2016 | CRIS T | Reviewed the August Monthly Operating Report for any issues to address. | 0.40 | 395.00 | $158.00 |
| 09/23/2016 | CRIS T | Reviewed the redacted Monthly Operating Report. | 0.20 | 395.00 | $79.00 |
| 09/23/2016 | JORI W | Reviewed e-mails regarding August bankruptcy report (.1); prepared redactions for submission of monthly operating report with the court (.3). | 0.40 | 150.00 | $60.00 |
| 09/27/2016 | JORI W | Finalized and submitted August monthly operating report with the Bankruptcy Court. | 0.20 | 150.00 | $30.00 |
| 10/19/2016 | CRIS T | Prepared the September 2016 significant events for inclusion in the Monthly Operating Report. | 0.40 | 395.00 | $158.00 |
| 10/19/2016 | JORI W | Redacted September bankruptcy report to prepare for submission of monthly operating report with bankruptcy court. | 0.20 | 150.00 | $30.00 |

US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1447539
December 21, 2016

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/21/2016 | CRIS T | Reviewed the September Monthly Operating Report and the redactions for filing. | 0.30 | 395.00 | $118.50 |
| 10/31/2016 | JORI W | Submitted September operating report with the bankruptcy court. | 0.20 | 150.00 | $30.00 |
| 11/10/2016 | CRIS T | Attention to the October activities and prepared a list of significant events for the Monthly Operating Report. | 0.80 | 395.00 | $316.00 |
| 11/17/2016 | CRIS T | Reviewed the voicemail and correspondence from Klonicki and analyzed the update to uncollectable accounts receivable (.8); conferenced with Klonicki ████ ████████████████ (.2). | 1.00 | 395.00 | $395.00 |
| 11/17/2016 | JORI W | Received, reviewed and redacted October bankruptcy report to prepare for submission with bankruptcy court. | 0.20 | 150.00 | $30.00 |
| 11/23/2016 | CRIS T | Reviewed the redacted October Monthly Operating Report for filing and ████ ████████████ to the same to Klonicki and Joris. | 0.70 | 395.00 | $276.50 |
| 11/28/2016 | CRIS T | Reviewed the updated Monthly Operating Report prepared by Klonicki and redacted by Joris, and prepared correspondence to Klonicki ████████ | 0.20 | 395.00 | $79.00 |
| 11/28/2016 | JORI W | Reviewed correspondence regarding updates to monthly operating report (.1); prepared additional redactions to same (.1). | 0.20 | 150.00 | $30.00 |
| 11/29/2016 | JORI W | Finalized and submitted with the bankruptcy court the October monthly operating report. | 0.30 | 150.00 | $45.00 |
| **Total Professional Services** | | | **18.20** | | **$5,731.50** |

US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1447539
December 21, 2016

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| Tyson Crist | 12.10 | 395.00 | $4,779.50 |
| Victoria Powers | 0.10 | 520.00 | $52.00 |
| Wendy J. Joris | 6.00 | 150.00 | $900.00 |
| **Total Professional Services** | **18.20** | | **$5,731.50** |

**Total Invoice Balance Due** $5,731.50



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Invoice No. 1447539
December 21, 2016

Re:   US Trustee Communication Activities
      Our Matter No. 35066.0017

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                                $5,731.50

**Total Current Invoice**                                           **$5,731.50**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                ABA for ACH
                                    ABA for Wire
                                    Account No.
                                    Swift Code:
                                    Please Reference **Invoice No. 1447539**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447539**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1447661
December 21, 2016

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Gaudio -- Operational Real Estate Investigation and Litigation
        Activities
        Our Matter No. 35066.0018

## INVOICE SUMMARY

For Services rendered through November 30, 2016

| | |
|---|---|
| Professional Services | $1,382.50 |
| Disbursements | $138.77 |
| **Total Current Invoice** | **$1,521.27** |



**VENTURE CAPITAL FIRMS**
**CALL US** when they need
guidance on the formation,
capitalization and operation of their
funds, and for their investments in
portfolio companies.

**ice**miller.com/venturecapital

Gaudio -- Operational Real Estate Investigation and Litigation Activities

Our Matter No. 35066.0018

Invoice No. 1447661

December 21, 2016

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/19/2016 | CRIS T | Conferenced with Burton concerning the recording fee and copies; (.3) prepared correspondence to the Vermilion County Recorder concerning the final plat of subdivision (.1). | 0.40 | 395.00 | $158.00 |
| 04/19/2016 | CRIS T | Attention to the County Clerk Certificates received from Saikley, reviewed the terms of the Access Easement Agreement, and prepared the Final Plat to send to Recorder for filing. | 2.00 | 395.00 | $790.00 |
| 07/22/2016 | CRIS T | Attention to inquiry from Offutt, prepared a response ██████████████ ████ and prepared correspondence to Gould. | 0.20 | 395.00 | $79.00 |
| 10/21/2016 | CRIS T | Attention to message from Saikley, reviewed the letter concerning Offutt's letter filed in the bankruptcy and attempted to conference with Saikley.   [Matter 3] | 0.20 | 395.00 | $79.00 |
| 10/27/2016 | CRIS T | Considered the information from Saikley (.4); conferenced with Saikley concerning the same (.3).   [Matter 3] | 0.70 | 395.00 | $276.50 |
| **Total Professional Services** | | | **3.50** | | **$1,382.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 3.50 | 395.00 | $1,382.50 |
| **Total Professional Services** | **3.50** | | **$1,382.50** |

## COSTS ADVANCED

| Description | Amount |
|-------------|--------|
| Courier Expense | $38.74 |
| Tele-Conferencing Long Distance | $3.18 |

Gaudio -- Operational Real Estate Investigation and Litigation Activities

Our Matter No. 35066.0018

Invoice No. 1447661

December 21, 2016

**COSTS ADVANCED**

| Description | Amount |
|---|---|
| Tele-Conferencing Long Distance | $4.80 |
| Fee to record a final plat of subdivision | $91.00 |
| Photocopies | $1.05 |
| **Total Cost Advanced** | **$138.77** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,521.27 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11     Invoice No. 1447661
c/o First Midwest Bank                                           December 21, 2016
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:   Gaudio -- Operational Real Estate Investigation and Litigation
      Activities
      Our Matter No. 35066.0018

## INVOICE SUMMARY

For Services rendered through November 30, 2016

Professional Services                                           $1,382.50

Disbursements                                                     $138.77

**Total Current Invoice**                                      **$1,521.27**

### Payment Options

Online Payments:                    Wire/ACH Instructions:
**ClientPay**                       Huntington Bank
                ABA for ACH
                                    ABA for Wire
                                    Account No.
                                    Swift Code:
                                    Please Reference **Invoice No. 1447661**

Payment by check
Remit to : Ice Miller LLP
P.O. Box 68
Indianapolis, IN 46206-0068
Please include remittance or reference **Invoice No. 1447661**

Questions or concerns, please email **payice@icemiller.com**

Payment Terms: Net 30
Tax ID: 35-0874357