Form ntchrgBK

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Earl Gaudio & Son, Inc.
*Debtor(s)*

*Case No.:* 13−90942
*Chapter* 11

**PLEASE TAKE NOTICE** that a Hearing will be held at

   U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

   on 1/10/18 at 10:30 AM

to consider and act upon the following:

First Midwest Bank's Second Interim Application for Compensation for the period of April 1, 2014 to June 15, 2017 for fees in the amount of $694,773.00 of which $287,645.88 has already been paid and expenses in the amount of $1,704.32 of which $904.01 has already been paid and any objections thereto.
Ice Miller LLP's Second Interim Application for Compensation for the period of April 1, 2014 to November 30, 2016 for fees in the amount of $1,278,476.00 of which $120,318.38 has already been paid and expenses in the amount of $21,568.49 of which $10,428.98 has already been paid and any objections thereto.

Dated: 11/22/17

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

   Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.