UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| EARL GAUDIO & SON, INC., ) | Case No. 13-90942 |
| ) | |
| Debtor-in-Possession. ) | |

**UNITED STATES' MOTION FOR A STAY OF ALL PROCEEDINGS PERTAINING TO THE UNITED STATES OF AMERICA INCLUDING THE SMALL BUSINESS ADMINISTRATION AND THE INTERNAL REVENUE SERVICE IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America, on behalf of the Small Business Administration ("SBA"), and the Internal Revenue Service ("IRS") secured creditors of the debtor corporation, by John E. Childress, United States Attorney for the Central District of Illinois and Assistant United States Attorney David H. Hoff, hereby moves for a stay of all proceedings in this cause that pertain directly to the United States of America, including the United States Small Business Administration and the Internal Revenue Service in the above-captioned case.

1.  At midnight on January 19, 2018, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the federal United States Small Business Administration and the Internal Revenue Service. These Departments do not know when funding will be restored by Congress.

2.  Absent an appropriation or continuing resolution, Department of Justice attorneys and employees of the federal United States Small Business Administration and the Internal Revenue Service are prohibited from working, even on a voluntary

basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this cause that pertain directly to the United States of America, including the United States Small Business Administration and the Internal Revenue Service until Congress has restored appropriations to these Departments.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted another continuing resolution. The Government requests that, at that point, all current deadlines for these parties be extended commensurate with the duration of the lapse in appropriations.

5. Counsel for the Debtor, Ms. Victoria E. Powers, Esq., has authorized counsel for the Government to state that she has been made aware of the filing of this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this cause that pertain directly to the United States of America, including the United States Small Business Administration and the Internal Revenue Service in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

        Respectfully submitted,

        JOHN E. CHILDRESS
        United States Attorney

BY:    s/David H. Hoff
        DAVID H. HOFF, Bar No. 1234027
        Assistant United States Attorney
        U.S. Attorney's Office
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Ph.:  217/373-5875; Fax: 217/373-5891
        david.hoff@usdoj.gov

**CERTIFICATE OF SERVICE OF UNITED STATES' UNITED STATES' MOTION FOR A STAY OF ALL PROCEEDINGS PERTAINING TO THE UNITED STATES SMALL BUSINESS ADMINISTRATION AND THE INTERNAL REVENUE SERVICE IN LIGHT OF LAPSE OF APPROPRIATIONS**

I hereby certify that on the 22nd day of January 2018, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system. And on this same date, notice by electronic transmission was sent to the following persons through the Court's CM/ECF electronic mail system on January 22, 2018 at the email addresses listed below:

CM/ECF:

Megan M Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc.
madeyemo@gordonrees.com, dhouser@gordonrees.com

Daniel Magee Anderson on behalf of Debtor Earl Gaudio & Son, Inc.
daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com

Daniel Magee Anderson on behalf of Plaintiff Earl Gaudio & Son, Inc.
daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com

Thomas V Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc.
taskounis@askounisdarcy.com

Edwin C Barney on behalf of Attorney Gilbert Saikley
edwincbarney@sbcglobal.net

Edwin C Barney on behalf of Creditor Paul Offutt
edwincbarney@sbcglobal.net

Edwin C Barney on behalf of Defendant First Financial Bank, N.A. successor to First National Bank of Danville
edwincbarney@sbcglobal.net

Edwin C Barney on behalf of Defendant Offutt Development, Inc
edwincbarney@sbcglobal.net

Edwin C Barney on behalf of Defendant Security Venture, Inc
edwincbarney@sbcglobal.net

Edwin C Barney on behalf of Defendant Paul Offutt
edwincbarney@sbcglobal.net

Darren L Besic on behalf of Creditor General Electric Capital Corporation
dbesic@walinskilaw.com

Darren L Besic on behalf of Creditor JPMorgan Chase Bank, N.A.
dbesic@walinskilaw.com

James L Brougher on behalf of Creditor Iroquois Federal Savings and Loan
Jimb@danvillelawyers.com

James L Brougher on behalf of Defendant Village of Tilton, Illinois
Jimb@danvillelawyers.com

John David Burke on behalf of Debtor Earl Gaudio & Son, Inc.
john.burke@icemiller.com

Ben T Caughey on behalf of Attorney Ice Miller LLP
ben.caughey@mcdlegalfirm.com

Ben T Caughey on behalf of Debtor Earl Gaudio & Son, Inc.
ben.caughey@mcdlegalfirm.com

Ben T Caughey on behalf of Other Professional First Midwest Bank
ben.caughey@mcdlegalfirm.com

Ben T Caughey on behalf of Plaintiff Earl Gaudio & Son, Inc.
ben.caughey@mcdlegalfirm.com

Joseph P Chamley on behalf of Creditor Official Unsecured Creditors Committee
jchamley@efbclaw.com, jnieman@efbclaw.com

Sherry D Coley on behalf of Creditor World Business Lenders
scoley@dkattorneys.com, cpogorzelski@dkattorneys.com; kmarquardt@dkattorneys.com

Sherry D Coley on behalf of Defendant World Business Lenders
scoley@dkattorneys.com, cpogorzelski@dkattorneys.com; kmarquardt@dkattorneys.com

Tyson Alexander Crist on behalf of Debtor Earl Gaudio & Son, Inc.
Tyson.Crist@icemiller.com, Sandy.Heaberlin@icemiller.com

Tyson Alexander Crist on behalf of Defendant First Midwest Bank, as Custodian of Earl Gaudio and Son, Inc.
Tyson.Crist@icemiller.com, Sandy.Heaberlin@icemiller.com

Tyson Alexander Crist on behalf of Plaintiff Earl Gaudio & Son, Inc.
Tyson.Crist@icemiller.com , Sandy.Heaberlin@icemiller.com

Shannon M DeLaMar on behalf of Creditor Illinois Department of Revenue
sdelamar@atg.state.il.us

Daniel N DeLay on behalf of Plaintiff Earl Gaudio & Son, Inc.
dnd@mcdlegalfirm.com

Roy Jackson Dent on behalf of Defendant Offutt Development, Inc
roy.jackson.dent@gmail.com, notices@dentlawoffices.com

Roy Jackson Dent on behalf of Defendant Security Venture, Inc
roy.jackson.dent@gmail.com, notices@dentlawoffices.com

Roy Jackson Dent on behalf of Defendant Paul Offutt
roy.jackson.dent@gmail.com, notices@dentlawoffices.com

5

Kevin Driscoll on behalf of Defendant Chase Bank USA, N.A.
kevin.driscoll@btlaw.com

Kevin Driscoll on behalf of Defendant JP Morgan Chase, N.A.
kevin.driscoll@btlaw.com

David J Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC
dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com

Christina Laun Fugate on behalf of Debtor Earl Gaudio & Son, Inc.
christina.fugate@icemiller.com

David H Hoff on behalf of Creditor United States of America
peter.g.paoli@usdoj.gov , Chelsea.dean@usdoj.gov

David H Hoff on behalf of Defendant United States Small Business Administration
peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov

Michael Fredrick Holbein on behalf of Defendant American Express
michael.holbein@agg.com

Michael Fredrick Holbein on behalf of Defendant American Express Bank, FSB
michael.holbein@agg.com

Michael Fredrick Holbein on behalf of Defendant American Express Centurion Bank
michael.holbein@agg.com

Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc.
amritk@goldmclaw.com

Brett Kepley on behalf of Defendant American Express
bkepley@lollaf.org , lollafecfmail@gmail.com

Kathryn A Klein on behalf of Creditor Ally Financial Inc.
rb_bank@riezmanberger.com , riezmanberger@gmail.com

Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue
pkmett@atg.state.il.us

Russell S Long on behalf of Defendant World Business Lenders
rlong@dkattorneys.com, ahalase@dkattorneys.com

Jennifer L Maffett on behalf of Creditor Mike-sell's Potato Chip Co.
thdaytonecf@thompsonhine.com

Terrence Miles on behalf of Creditor Dennis Gaudio
packs@aol.com, info.mileslaw@aol.com; mmcelwain33@gmail.com

Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc.
pmoran@gordonrees.com

Steven L Nelson on behalf of Creditor Specialty Distributing of Illinois, LLC
snelson@califf.com

Kate R O'Loughlin on behalf of Creditor United States of America
kate.oloughlin@sba.gov

Kate R O'Loughlin on behalf of Defendant United States Small Business Administration
kate.oloughlin@sba.gov

Sabrina M Petesch on behalf of U.S. Trustee U.S. Trustee
sabrina.m.petesch@usdoj.gov

Teresa I Pisula on behalf of Creditor Illinois Department of Revenue
TPisula@atg.state.il.us

Victoria E Powers on behalf of Debtor Earl Gaudio & Son, Inc.
victoria.powers@icemiller.com, Deborah.Wolf@icemiller.com; Daniel.Anderson@icemiller.com
;Sandy.Heaberlin@icemiller.com

Victoria E Powers on behalf of Plaintiff Earl Gaudio & Son, Inc.
victoria.powers@icemiller.com, Deborah.Wolf@icemiller.com; Daniel.Anderson@icemiller.com;
Sandy.Heaberlin@icemiller.com

Jeffrey D Richardson on behalf of Creditor Helen Gaudio
jdrdec@aol.com

Jeffrey D Richardson on behalf of Interested Party Helen Gaudio
jdrdec@aol.com

Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue
rritchie@atg.state.il.us

James Edward Rossow, Jr. on behalf of Creditor Official Unsecured Creditors Committee
jim@rubin-levin.net, robin@rubin-levin.net;atty_jer@trustesolutions.com;lisa@rubin-levin.net

Steven E. Runyan on behalf of Defendant 1803 LLC
srunyan@kgrlaw.com

Steven E. Runyan on behalf of Defendant Gaudio Diversified Ventures, LLC
srunyan@kgrlaw.com

Steven E. Runyan on behalf of Defendant Dennis Gaudio
srunyan@kgrlaw.com

Steven E. Runyan on behalf of Defendant Eric Gaudio
srunyan@kgrlaw.com

Amy T Ryan on behalf of Creditor World Business Lenders
atr@martinleigh.com, bdm@mllfpc.com

Amy T Ryan on behalf of Defendant World Business Lenders

atr@mllfpc.com, bdm@mllfpc.com

Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc.
cmt@tietzlaw.com, tonya@tietzlaw.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Mark Roy Wenzel on behalf of Defendant Regions Bank
mwenzel@salawus.com, pdidandeh@salawus.com

Bruce Eugene de'Medici on behalf of Attorney Bruce de'Medici
bdemedici@gmail.com

James A. knauer on behalf of Defendant 1803 LLC
jak@kgrlaw.com, tjf@kgrlaw.com

James A. knauer on behalf of Defendant Gaudio Diversified Ventures, LLC
jak@kgrlaw.com, tjf@kgrlaw.com

James A. knauer on behalf of Defendant Dennis Gaudio
jak@kgrlaw.com, tjf@kgrlaw.com

James A. knauer on behalf of Defendant Eric Gaudio
jak@kgrlaw.com, tjf@kgrlaw.com

                JOHN E. CHILDRESS
                United States Attorney

                s/ Kate R. O'Loughlin
                KATE R. O'LOUGHLIN
                Special Assistant United States Attorney
                500 W. Madison St., Suite 1150
                Chicago, Illinois 60661
                (312) 353-9098
                kate.oloughlin@sba.gov

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned Peter G. Paoli, a paralegal in the Office of the United States Attorney for the Central District of Illinois in Urbana, Illinois hereby certify that on this 19th day of December 2017, I mailed this same document to the following persons and entities by placing same in pre-stamped envelopes with proper return address recited thereon addressed to the following entities and persons with first class postage prepaid thereon, and by depositing said envelopes in a mail drop box of the United States Postal Service in Urbana, Champaign County, Illinois:

| | | | |
|---|---|---|---|
| | KSB Carbonics, Inc<br>P.O. Box 311<br>Bismarck, IL 61814-0311 | Liquidity Solutions, Inc.<br>1 University Plaza,<br>Suite 312<br>Hackensack, NJ 07601-6205 | Donald Hamilton<br>16465 N. 300 W.<br>Covington, IN 47932-7003 |
| | Advanced Corp Agent Servs<br>100 N. LaSalle, Ste 500<br>Chicago, IL 60602 | Alarmax, Inc.<br>3424 N. SR 63<br>Cayuga, IN 47928-8197 | Allied Waste Services<br>P.O. Box 985<br>Danville, IL 61834-0985 |
| Ally Financial<br>P. O. Box 130424<br>Roseville, MN 55113-0004 | Ally Payment Processing Ctr<br>P.O. Box 9001952<br>Louisville, KY 40290 | American InfoSource LP, as agent for Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272 | Anheuser-Busch<br>Legal Department One<br>1 Busch Place<br>Saint Louis, MO 63118 |
| American Beverage, LLC1<br>1912 W Delmar, Unit C<br>Godfrey, IL 62035-1734 | Aqua Illinois<br>762 W Lancaster Ave<br>Bryn Mawr, PA 19010 | Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | Arizona Beverages USA LLC<br>24877 Network Place<br>Chicago, IL 60673-1248 |
| Arnold's Office Supply, Inc.<br>P.O. Box 1486<br>Danville, IL 61834-1486 | Ascentium Capital<br>P.O. Box 301593<br>Dallas, TX 75303-1593 | Ascentium Capital LLC<br>Attn: M. Rodriguez<br>P.O. Box 301593<br>Dallas, TX 75303-1593 | Benefits Planning Consul Inc.<br>P.O. Box 7500<br>Champaign, IL 61826 |
| Avanti Press<br>Department #210401<br>P.O. Box 67000<br>Detroit, MI 48267-0002 | Avnet Technology Solutions<br>8700 S Price Rd<br>Tempe, AZ 85284-2608 | Big R Stores<br>1625 S Georgetown Rd<br>Tilton, IL 61833-8114 | Brandon Woodley<br>12858 East 2030 North Road<br>Danville, IL 61834-5245 |
| Bertram Roeth<br>111 West Keller Street<br>Bradford, OH 45308 | Business Center of Decatur<br>2121 S. Imboden Court<br>Decatur, IL 62521-5286 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130 |
| Carle Physician Group<br>P.O. Box 6002<br>Urbana, IL 61803-6002 | Carnaghi Towing and Repair<br>2000 Georgetown Rd<br>Tilton, IL 61833-8121 | Charles Unkraut<br>1309 1st Ave<br>Tilton, IL 61832-7601 | Clifton Larson Allen LLP<br>2 E. Main St, Ste. 120<br>Danville, IL 61832-5844 |

| | | | |
|---|---|---|---|
| Clapper & Clapper<br>15 B East Liberty Lane<br>Danville, IL 61832-1440 | Clifton Larson Allen LLP<br>301 SW Adams, Ste. 900<br>Peoria, IL 61602-1562 | Constellation 1-7MWZRY<br>14217 Collections Center Dr<br>Chicago, IL 60693-0142 | Copa Di Vino<br>901 E 2nd St<br>The Dalles, OR 97058-2905 |
| Comcast<br>P.O. Box 3005<br>Southeastern, PA 19398-3005 | Craft Brew Alliance<br>929 N Russell<br>Portland, OR 97227-1733 | DHL Express -USA<br>16592 Collections Center Dr<br>Chicago, IL 60693-0165 | DI Fire and Safety Equipment<br>P.O. Box 967<br>Danville, IL 61834-0967 |
| DTI Office Solutions<br>P.O. Box 600<br>Danville, IL 61834-0600 | Daniel Brown<br>819 Sherman<br>Danville, IL 61832-3719 | Danville Chapter of AMBUCS<br>P.O. Box 266<br>Danville, IL 61834-0266 | Duke Energy<br>P.O. Box 1326<br>Charlotte, NC 28201-1326 |
| Danville Sanitary District<br>P.O. Box 81<br>Danville, IL 61834-0081 | DIRECTV LLC<br>Attn: Bankruptcies<br>P.O. Box 6550<br>Greenwood Village, CO 80155 | Employers Preferred Ins Co.<br>13890 Bishops Drive Ste 210<br>Brookfield, WI 53005 | Enhanced Recovery Co., LLC<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Edwards Communications<br>P.O. Box 171<br>Danville, IL 61834-0171 | Corey Krainock<br>11427 E. 2450 N. Rd.<br>Danville, IL 61834 | Faygo Beverages National Beverage Corp<br>8100 SW Tenth, Ste. 4000<br>Fort Lauderdale, FL 33324 | First Midwest Bank<br>Attn: Angela Major Hart<br>24509 West Lockport Street<br>Plainfield, IL 60544 |
| Gary Gaudio<br>588 CR 2400 N<br>Davey, IL 61840 | Gary Holben<br>1505 West Clark Street<br>Champaign, IL 61821 | Gary R. Jolly<br>13660 Grape Creek Rd<br>Danville, IL 61834-7815 | Gray Brewing Co.<br>2424 West Court St<br>Janesville, WI 53548 |
| Joseph Brazas<br>3628 Tuttle Street<br>Danville, IL 61832 | Great Services, Inc.<br>1117 Spanish Lake Dr.<br>Avon, IN 46123-8755 | Hornell Brewing Co.<br>60 Crossways Park Dr<br>Woodbury, NY 11797 | Huston Hall<br>911 Moonlight Court<br>Mooresville, IN 46158 |
| Hasler Mailing Systems & Solutions<br>478 Wheelers Farms Rd<br>Milford, CT 06461-9105 | ILDES, Insolvency/Bankruptcy Subunit Field Audit Section<br>33 S. State<br>Illinois, IL 60603-2808 | Illini FS<br>1509 East University Ave<br>Urbana, IL 61802-2097 | Illinois Dept of Employment Security<br>P.O. Box 3637<br>Springfield, IL 62708 |
| Isuzu Finance of America<br>23906 Network Place<br>Chicago, IL 60673-1239 | Jack Ripper & Assoc Inc<br>14708 Keel Street<br>Plymouth, MI 48170 | Jamie Foster<br>12715 North Chestnut Street<br>Eaton, IN 47338-9541 | John Rosich<br>7025 Village Oaks Drive<br>Avon, IN 46123-9115 |

10

| | | | |
|---|---|---|---|
| Ted Fisher<br>127 Westwood Circle<br>Catlin, IL 61817 | Jim Uplinger Lawn Care<br>1003 N Daisy Lane<br>Danville, IL 61834-6723 | Liagridonis, Inc.<br>303 S. Mathis Ave, Ste 200<br>Champaign, IL 61821 | Lincoln Financial Gp<br>P.O. Box 7247-0439<br>Philadelphia, PA 19170-0001 |
| Lamar Advertising Co.<br>Credit Department<br>P.O. Box 66338<br>Baton Rouge LA 70896 | Michael Hines<br>111 S. Ash Street<br>Centerville, IN 47330 | McClain's, Inc.<br>P.O. Box 27<br>Greenville, OH 45331 | Michael Adams<br>911 Country Lane<br>Le Roy, IL 61752-1673 |
| Tim Crawley<br>3008 Golf Terrace Dr.<br>Danville, IL 61883 | Michael McGrady<br>1807 Whittier Drive<br>Anderson, IN 46011 | Eric Baxter<br>1101 3rd Street<br>Covington, IN 47932 | Nestle Waters NA-Inc<br>P.O. Box 277015<br>Atlanta, GA 30384-7015 |
| Rumpke<br>P.O. Box 538710<br>Cincinnati, OH 45253 | JT Furnish<br>13 Knight Lane<br>Westville, IL 61883 | Jordan Chesrown<br>211 N. State Street<br>Westville, IL 61883-1463 | Ohio Department of Taxation-Bkrptcy Div.<br>P.O. Box 530<br>Columbus, OH 43216 |
| Newwave<br>P.O. Box 988<br>Sikeston, MO 63801-0988 | Penske<br>P.O. Box 802577<br>Chicago, IL 60680-2577 | Penske Truck Leasing Co.<br>P.O. Box 563<br>Reading, PA 19603-0563 | Presence USMC<br>812 N. Logan Ave.<br>Danville, IL 61832-3752 |
| Prudential<br>P.O. Box 856138<br>Louisville, KY 40285-6138 | Quill.com<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | RL Allen Industries, Inc.<br>120 Collinsville Rd<br>Troy, IL 62294-1331 | Ricoh USA, Inc.<br>P.O. Box 802815<br>Chicago, IL 60680-2815 |
| Richard Gardner<br>657 US 52 East<br>Rushville, IN 46173-7918 | Richard Hershberger<br>6209 East 850 South<br>Peru, IN 46970-7872 | Saikley, Garrison, Colombo<br>208 West North Street<br>Danville, IL 61832-5733 | Donald Hamilton<br>16465 N. 300 W.<br>Covington, IN 47932-7003 |
| SKO Brenner American<br>P.O. Box 9320<br>Baldwin, NY 11510-9320 | Service Termite & Pest Cntrl<br>2411 Perrysville Ave<br>Danville, IL 61834-7700 | Shanell, Inc.<br>301 W. Main<br>Danville, IL 61832-5711 | Small Business Growth Corp<br>2401 W. White Oaks Dr<br>Springfield, IL 62704 |
| Snyder-Lance<br>P.O. Box 6917<br>Hanover, PA 17331-0917 | Spiros Law, P.C.<br>317 E University Ave<br>Champaign, IL 61820-4214 | Stern Beverage, Inc.<br>961 Tech Drive<br>Milan, IL 61264-2900 | Sundance Beverage Co.<br>John Scherzinger, Credit Mgr<br>8100 SW Tenth St., Ste. 4000<br>Ft Lauderdale, FL 33324 |
| Jamie Johnson<br>4 Rue Le Petite<br>Westville, IL 61883 | Sundance Beverage<br>6600 East Nine Mile Rd.<br>Warren, MI 48091-2673 | Surepay<br>2350 Ravine Way, Ste 100<br>Glenview, IL 60025 | Kasey Antonini<br>205 Denvale Drive<br>Danville, IL 61832 |

| | | | |
|---|---|---|---|
| Sure Payroll<br>1175 John Street<br>West Henrietta, NY 14586 | TMS Inc.<br>19652 Descartes<br>Foothill Ranch, CA 92610 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>P.O. BOX 633<br>Woodmere, NY 11598 | William Puckett<br>P.O. Box 166<br>Sidell, IL 61876-0166 |
| Kenneth Pelman<br>1000 E. Elm Street<br>Danville, IL 61832 | UPS Store, Inc., Legal Dept<br>6060 Cornerstone Court<br>West San Diego, GA 92121-3712 | Thomas Jackson<br>600 South Martin Street<br>Atlanta, IL 61723-8709 | Uhaul<br>P.O. Box 52128<br>Phoenix, AZ 85072-2128 |
| Tilton Pro-Lube<br>2 W Ross Lane<br>Tilton, IL 61833-8300 | Todd Reigelsperger<br>205 West North Street<br>Arcanum, OH 45304-1128 | Unilever N. America CST<br>P.O. Box 33127<br>Louisville, KY 40232 | Verizon Wireless<br>P.O. Box 4002<br>Acworth, GA 30101-9003 |
| Uline Shipping Supply<br>2200 S. Lakeside Dr<br>Waukegan, IL 60085-8361 | Vermilion Chevy<br>1615 Georgetown Rd<br>Tilton, IL 61833-8139 | Vermilion County Treasurer<br>6 N. Vermilion Street – 1st FL Danville, IL 61832 | Vitality Distributing, Inc.<br>342 Moss Ct<br>Marysville, OH 43040-7002 |
| WDNL-FM<br>1501 N Washington<br>Danville, IL 61832-2463 | Watson General Tire<br>P.O. Box 1337<br>Danville, IL 61834-1337 | Wex Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197 | William O. Billings III<br>46 Lakeshore Dr.<br>Danville, IL 61832 |
| Windstream<br>P.O. Box 3177<br>Cedar Rapids, IA 52406-3177 | Anthony Baszis<br>20 Westwood Place<br>Danville, IL 61832 | Zechariah Connelly<br>121 Dolak<br>Westville, IL 61883-1069 | Regions Commercial Loan Payments<br>P.O. Box 11407<br>Birmingham, AL 35246 |
| You Store It<br>3655 S. 14 1/2 St<br>Terre Haute, IN 47802-4000 | Gilbert Saikley<br>208 West North Street<br>Danville, IL 61832-5733 | Internal Revenue Service<br>P.O. Box 804521<br>Cincinnati, OH 45280 | Peter E. Moll<br>Attorney at Law<br>700 Sixth Street, N.W.<br>Washington, DC 20001 |
| Anheuser-Busch, LLC<br>c/o CT Corp. System<br>120 South Central Avenue Clayton, MO 63105 | ADP<br>1 ADP Blvd, MS 325<br>Roseland, NJ 07068-1786 | Earl Gaudio & Sons, Inc. Pension Plan<br>P.O. Box 990067<br>Hartford, CT 06199-0067 | Ameren IL Credit & Collect<br>2105 E. State Route 104<br>Pawnee, IL 62558-4681 |
| Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Westfield Insurance<br>c/o Wells Fargo Insurance<br>P.O. Box 4016<br>Champaign, IL 61824 | TR Capital Management, LLC<br>P.O. Box 633<br>Woodmere, NY 11598 | IRS Centralized Insolvency Ops<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Sorling Northrup<br>P.O. Box 5131<br>Springfield, IL 62705 | Old Farm Shopps, Ltd.<br>303 S. Mattis Avenue, Ste 200<br>Champaign, IL 61821 | Donald Nicoson<br>P.O. Box 238<br>Fithian, IL 61844 | Zechariah Connelly<br>121 Dolak<br>Westville, IL 61883 |

|  |  |  |  |
|---|---|---|---|
|  | Gilbert H. Saikley<br>Attorney at Law<br>P.O. Box 6<br>Danville, IL 61834-0006 | KSB Carbonics, Inc.<br>P.O. Box 311<br>Bismarck, IL 61814 | Raffles Ventures, LLC<br>P.O. Box 14001 PMB 222<br>Ketchum, ID 83340 |
| William R. Tapella<br>Tapella & Eberspacher LLC<br>6009 Park Drive<br>Charleston, IL 61920 | Comcast<br>Attn: Legal Correspondence<br>650 Centerton Road<br>Morristown, NJ 08057 | Jeff Ellis<br>114 E. Oak St.<br>Westville, IL 61883 | IRS-Insolvency<br>3101 Constitution Drive<br>M/S 5000 SPD<br>Springfield, IL 62704 |
| Mikal Harden<br>1326 East Fairchild<br>Danville, IL 61832 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>P.O. Box 633<br>Woodmere, NY 11598 | Phusion Projects, d/b/a Drink Four Brewing Co.<br>640 N. LaSalle St, Ste 265<br>Chicago, IL 60654 | Matthew J. Miller, Esq.<br>The Morgeson Law Office, LLC<br>2010 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202 |
| Vermilion County Clerk<br>Cathy Jenkins<br>6 N. Vermilion Street – 1st Floor<br>Danville, IL 61832 | Village of Tilton<br>Mayor David A. Phillips<br>1001 Tilton Road<br>Tilton, IL 61833 | First Financial Bank, N.A., as Trustee Under Trust Number 5370<br>James M. Mulvaney, VP<br>One Towne Centre<br>Danville, IL 61832 | Zachary Binswanger<br>Binswanger Midwest of Illinois<br>311 Wacker Drive, Suite 4575<br>Chicago, IL 60606 |
| Darrel D. Jacobs<br>Attorney at Law<br>P.O. Box 230<br>Bismarck, IL 61814 | Joel Schneider and Ed Beck<br>Hilco Real Estate, LLC<br>5 Revere Drive, Suite 320<br>Northbrook, IL 60062 | Chase Auto Loan<br>P.O. Box 901098<br>Fort Worth, TX 76101 | CT Corporation<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 |
| Illinois Attorney General Lisa Madigan<br>Re: Illinois Department of Revenue<br>500 S. Second Street<br>Springfield, IL 62701 | Direct TV Commercial<br>P.O. Box 105249<br>Atlanta, GA 30348-5249 | DTI Office Solutions<br>P.O. Box 600<br>Danville, IL 61834 | SKO Brenner American Collecting<br>P.O. Box 9320<br>Baldwin, NY 11510 |
| Wells Fargo Insurance<br>Westfield Insurance<br>One Park Circle<br>Westfield Center, OH 44251 | Illinois Sec. of State<br>Michael J. Howlett Bldg.<br>501 S. 2nd St., Room 350<br>Springfield, IL 62756 | Delaware Secretary of State Division of Corporations<br>P.O. Box 898<br>Dover, DE 19903 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886 |
| Vermilion County Collector<br>P.O. Box 730<br>Danville, IL 61834 | UPS Freight<br>28013 Network Place<br>Chicago, IL 60673 | Mark Friedman<br>DLA Piper<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600 | RPA Management, Inc.<br>Attn: R. Aper /V. Gibson<br>1701 E. Empire St., Suite 360<br>Bloomington, IL 61704 |

    /s/Peter G. Paoli
Peter G. Paoli, ACP
United States Attorney's Office
201 S. Vine Street, Ste. 226
Urbana, IL 61802-3369
Ph: (217) 373-5875
peter.g.paoli@usdoj.gov