IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 13-90942 |
| | ) | |
| EARL GAUDIO & SON, INC., | ) | Judge Mary P. Gorman |
| | ) | |
| Debtor. | ) | Chapter 11 |

## SUMMARY OF THIRD INTERIM APPLICATION OF FIRST MIDWEST BANK, CUSTODIAN FOR THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 16, 2017 TO DECEMBER 31, 2017

Name of Applicant:                                  First Midwest Bank

Authorized to Provide
Professional Services as:                           Custodian Debtor

Date of Application:                                February 6, 2018

Date of Order Approving
Appointment:                                        August 29, 2013

Period for which Fees and
Reimbursement are sought:                           June 16, 2017 to December 31, 2017

Amount of Fees sought as Actual,
Reasonable and Necessary:                           $20,940.00

Amount of Expense
Reimbursement sought as Actual,
Reasonable and Necessary:                           $0

Total Amounts of Fees and Expenses
Sought to Be Reimbursed as Actual,
Reasonable and Necessary:                           $20,940.00

    This application is:  __X__ interim _____ final.

Date: February 6, 2018

                                        First Midwest Bank as Custodian for Debtor
                                        By: _____
                                        Its: __Vice President_____

I\12555862.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 13-90942 |
| | ) | |
| EARL GAUDIO & SON, INC., | ) | Judge Mary P. Gorman |
| | ) | |
| Debtor. | ) | Chapter 11 |

**THIRD INTERIM APPLICATION OF FIRST MIDWEST BANK, CUSTODIAN FOR THE DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 16, 2017 TO DECEMBER 31, 2017**

First Midwest Bank ("First Midwest"), Custodian for to the Debtor in the above-captioned Chapter 11 case, hereby applies for Allowance of Compensation and Reimbursement of Expenses ("Third Interim Application"), for the Third Interim Period from June 16, 2017 to December 31, 2017 (the "Third Interim Period") in accordance with (a) 11 U.S.C. §§ 330 and 331, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and (c) the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 adopted by the Executive Office for United States Trustees (the "UST Guidelines").

In support of this Third Interim Application, First Midwest respectfully represents as follows:

**PART A: PRELIMINARY STATEMENT**

1.    On July 19, 2013 (the "Petition Date"), the above-captioned Debtor commenced its case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtor continues to manage its property as a Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2

I\12555862.1

2.  This Court has jurisdiction over this Third Interim Application pursuant to 28 U.S.C. §§ 157 and 1334.

3.  On July 24, 2013, the Debtor filed its *Application for Order Approving Employment of First Midwest Bank as Custodian and Confirming Scope of Authority* (Doc. 49).

4.  On August 29, 2013, this Court entered an *Order Authorizing Employment of First Midwest Bank and Confirming Scope of Authority* (the "Retention Order") (Doc. 73), wherein the Court authorized the employment of First Midwest as Custodian of the Debtor and granted administrative expense priority, as allowed by the Court, to the fees and expenses incurred by First Midwest.

5.  Pursuant to the *Order Granting, in Part, Motion for Authority to Implement Interim Compensation Procedures* entered on October 11, 2013 (the "Interim Procedures Order") (Doc. 138), the Debtor, after notice to the United States Trustee ("U.S. Trustee") and the Official Committee of Unsecured Creditors formed herein (the "Committee"), was authorized to distribute two (2) partial payments to First Midwest, a payment on November 11, 2013 in the amount of Ninety Thousand and 00/100 Dollars ($90,000.00) and a payment on March 31, 2014 in the amount of One Hundred Forty-Six Thousand, Six Hundred Twenty-One and 06/100 Dollars ($146,621.06), which together total Two Hundred Thirty-Six Thousand, Six Hundred Twenty-One and 06/100 Dollars ($236,621.06).

6.  On June 13, 2014, First Midwest filed and subsequently supplemented its first interim fee application (as supplemented, the "First Interim Fee Application") seeking approval of fees and expenses incurred from July 19, 2013 to March 13, 2014 in the amount of Four Hundred Forty-Two Thousand, Six Hundred Seventy-Seven and 75/100 Dollars ($442,577.75)

and Reimbursement of Expenses in the amount of Four Hundred Eighty-Seven and 50/100 Dollars ($487.50) (Doc. 235).

7. On July 31, 2014 the Court entered an Order at Doc. 264 (the "First Interim Order") allowing fees requested in the First Interim Fee Application in the amount of $398,409.98 representing 90% of the $442,577.75 in fees and authorized the Debtor to pay that amount to First Midwest. The First Interim Order permitted the Debtor to pay First Midwest an expense reimbursement in the amount of $487.50 and fees in the amount of $161,788.92 which represented the amount of compensation allowed less the payments of $90,000.00 paid November 11, 2013, and $146,621.06 paid March 31, 2014.

8. On November 22, 2017, First Midwest filed its second interim fee application (the "Second Interim Fee Application") seeking approval of fees and expenses incurred from March 14, 2014 to June 15, 2017 (the "Second Interim Period") in the amount of Six Hundred Ninety-Four Thousand, Seven Hundred Seventy-Three and 00/100 Dollars ($694,773.00) and Reimbursement of Expenses in the amount of One Thousand Seven Hundred Four and 32/100 Dollars ($1,704.32) (Doc. 700).

9. During the Second Interim Period, and pursuant to the Interim Procedures Order, First Midwest submitted requests for and received partial payment of fees and full reimbursement of expenses to the U.S. Trustee and the Committee as follows:

| Submittal Date | Period Covered | Fees Incurred | Fees Requested | Costs Requested | Amount Paid (Fees and Expenses Requested) |
|---|---|---|---|---|---|
| 12/11/2014 | 4/1/2014 – 11/15/2014 | $158,540.00 | $118,905.00 | $0.00 | $118,905.00 |
| 6/19/2015 | 11/16/2014 – 3/15/2015 | $119,294.50 | $89,470.88 | $455.51 | $89,926.39 |
| 12/17/2015 | 3/16/2015 – 5/31/2015 | $105,693.50 | $79,270.00 | $448.50 | $79,718.50 |
| **TOTALS** | | $383,528.00 | $287,645.88 | $904.01 | $288,549.89 |

4

I\12555862.1

10. A hearing on the Second Interim Fee Application is currently scheduled for February 7, 2018.

11. During the Third Interim Period, no fees or expenses of First Midwest have been paid pursuant to the Interim Procedures Order.

12. All services rendered and expenses incurred for which compensation or reimbursement is requested in this Third Interim Application were performed or incurred for or on behalf of the Debtor.

13. First Midwest submits that the services described in this Third Interim Application are actual, necessary services and the compensation requested for those services is reasonable.

14. As set forth in the Second Interim Fee Application, the Debtor plans to file a proposed Plan of Liquidation which, First Midwest anticipates, will provide for payment of the unpaid allowed professional fees of First Midwest and of Ice Miller LLP, counsel to the Debtor, on a subordinated basis.

15. In this Third Interim Application, First Midwest requests the allowance of $20,940.00 in compensation for fees, none of which has been paid, and no expense reimbursement, for the Third Interim Period of June 16, 2017 through December 31, 2017.

**PART B: GENERAL INFORMATION**

    **1.** **Third Interim Period: June 16, 2017 through December 31, 2017.**

| | |
|---|---|
| Amount of Fees Requested for Allowance: | $20,940.00 |
| Expenses Requested for Allowance: | $.00 |
| Total: | $20,940.00 |

2. **General Information.**

   a. First date services rendered in this case: July 19, 2013

   b. The compensation request is under 11 U.S.C. § 331.

   c. Any fees awarded will be paid from the estate.

3. **Billing Rates.**

First Midwest has charged hourly rates as shown on Exhibit A-2 (First Midwest Invoices) for the period it has served as Custodian of the Debtor in this case. Biographies of each of the individuals listed in Exhibit A-2 are attached hereto as Exhibit A-3.

## PART C: BILLING SUMMARY

1. **Summary Description of Services Rendered and Hours Expended.**

During the Third Interim Period, First Midwest performed services as summarized in the following categories:

   a. **Accounting/Auditing**. This category was used by First Midwest primarily for services related to preparation of monthly accountings and bankruptcy reports and payments to the trustee. The total number of hours billed in this category during the Third Interim Period was 16.1, for a total fee amount of $2,612.50.

   b. **Asset Disposition**. This category was used by First Midwest for services related to the sale and other disposition of assets of the estate. Services during the Third Interim Period in this category included: review and comment on marketing materials and brochure, bid procedures, proposals for open house and auction procedure; administration and maintenance of properties; negotiations regarding sale of warehouse; review, comment on, and provide oversight of agreements regarding sale; prepared inventory and seek buyer for personal property; address property tax issues regarding sale; obtain appraisals of property; review, comment on, and provide oversight of revisions to sale and closing documents, motion for approval of sale, and logistics; and address transfer of utilities accounts. The total number of hours billed in this category during the Third Interim Period was 43.6, for a total fee amount of 10,540.00.

   c. **Business Operations**. This category was used by First Midwest primarily for services related to the oversight and management of the Debtor's daily business and financial operations. Services during the Third Interim Period in this category related to the preparation of payables for approval and payment. The total number of hours billed in this category during the Third Interim Period was 1.8, for a total fee amount of $225.00.

  d. **Case Administration**.  This category was used by First Midwest for services related to general administration.  Services during the Third Interim Period in this category included: gather information and communications regarding obtaining authority for the destruction of business records and computer files; and develop factual support of and review and assist with response to SBA motion to convert to Chapter 7.  The total number of hours billed in this category during the Third Interim Period was 5.2, for a total fee amount of $1,300.00.

  e. **Claims Administration and Objections**.  This category was used by First Midwest for services related to determining and reviewing claims and claim objections.  Services during the Third Interim Period in this category included: analysis of IRS claims and objections to same for settlement negotiations and resolution of claims; review, comment on, and oversee settlement agreement, proposed order and payment logistics for settlement with IRS.  The total number of hours billed in this category during the Third Interim Period was 10.9, for a total fee amount of $1,637.50.

  f. **Employee Benefits/Pension**.  This category was used by First Midwest for services related to the Debtor's benefits plans.  Services during the Third Interim Period in this category included: compile information in compliance with ERISA; address 401k contributions; and attend to 401k rollover request.  The total number of hours billed in this category during the Third Interim Period was 0.8, for a total fee amount of $200.00.

  g. **Fee/Employment Application**.  This category was used by First Midwest for services related to preparation of fee requests and reporting to the U.S. Trustee.  Services during the Third Interim Period in this category included:  prepare information for quarterly fee payment submissions to U.S. Trustee.  The total number of hours expended in this category during the Third Interim Period was 16.6 hours.  First Midwest did not bill for any of the time expended in this category.

  h. **Plan and Disclosure Statement**.  This category was used by First Midwest for services related to preparation of a plan and disclosure statement.  Services during the Third Interim Period in this category included:  consider and analyze payment of claims under plan; calculate updated claims amounts; review and comment on draft plan and disclosure statement.  The total number of hours billed in this category during the Third Interim Period was 11.7, for a total fee amount of $2,850.00.

  i. **Tax Issues**.  This category was used by First Midwest primarily for services related to preparation of the Debtor's tax returns.  Services during the Third Interim Period in this category included: oversight of preparation of EGS income tax return; review and comment on draft tax return and revisions; and consideration of tax treatment of judicial settlements and claims and similar issues related to sale of assets.  The total number of hours billed in this category during the Third Interim Period was 3.5, for a total fee amount of $825.00.

  j. **U.S. SBA Litigation**.  This category was used by First Midwest for services related to the Debtor's adversary proceeding against the U.S. Small Business Administration.  Services during the Third Interim Period in this category included: consider and review strategy

7

in litigation and renewal of Motion for Summary Judgment; review and comment on renewed and updated motion for summary judgment; and assist with affidavit in support of summary judgment motion. The total number of hours billed in this category during the Third Interim Period was 3.0, for a total fee amount of $750.00.

    **2.**    **Detail of Services Rendered and Hours Expended.** Exhibits A-1 (Fee Summary) and A-2 (First Midwest Invoices) contain full detail of the services rendered and summaries of the hours expended during the Third Interim Period by First Midwest professionals. The First Midwest Invoices attached as Exhibit A-2 have been redacted to protect privilege. Attached hereto as Exhibit B is a summary of the fees incurred during the Third Interim Period by month as well as by task. Because the Exhibits are voluminous, the Exhibits have not been served with the copies of this Third Interim Application served by U.S. Mail, but are available upon request of the undersigned counsel.

**PART D: EXPENSE SUMMARY**

First Midwest does not seek allowance and reimbursement of expenses incurred during the Third Interim Period.

WHEREFORE, First Midwest requests (i) allowance of $20,940.00 in compensation for fees, of which $0 has already been paid, for the Third Interim Period of June 16, 2017 through December 31, 2017, (ii) entry of an order approving these fees as allowed, on an interim basis, for the Third Interim Period, and (iii) such further relief as is just and proper.

Dated: February 6, 2018                        Respectfully submitted,

                                                  /s/ Victoria E. Powers
                                                  Victoria E. Powers (Ohio Bar No. 0054589)
                                                  ICE MILLER LLP
                                                  250 West Street
                                                  Columbus, OH 43215
                                                  Tel: 614-462-5010; Fax: 614-222-3478
                                                  victoria.powers@icemiller.com – Email

                                                  *Counsel to the Debtor*

I\12555862.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2018, I electronically filed the foregoing *Third Interim Application of First Midwest Bank, Custodian for the Debtor, for Allowance of Compensation and Reimbursement of Expenses* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Debtor's counsel, the U.S. Trustee, and all parties receiving CM/ECF notice in this proceeding as set forth on the attached service list, and in addition, the parties listed on the attached service list as receiving service by U.S. Mail were so served, postage prepaid, at the addresses listed on the attached service list.

        Respectfully submitted,

        ICE MILLER LLP

        By: /s/ Victoria E. Powers
            Victoria E. Powers
            250 West Street
            Columbus, OH 43215
            614-462-5010 – Telephone
            614-222-3478 – Facsimile
            victoria.powers@icemiller.com – Email

        *Counsel to the Debtor*

I\12555862.1

**SERVICE LIST**

Service by CM/ECF:

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com, dhouser@gordonrees.com
- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com
- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net
- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. darren@dbesiclaw.com, Nancy@dbesiclaw.com
- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com
- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com
- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com
- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee jchamley@efbclaw.com, jnieman@efbclaw.com
- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com
- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue sdelamar@atg.state.il.us
- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com
- Kevin Driscoll on behalf of Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com
- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com
- Christina Laun Fugate on behalf of Debtor Earl Gaudio & Son, Inc. christina.fugate@icemiller.com
- David H. Hoff on behalf of Creditor United States of America and Defendant United States Small Business Administration staci.klayer@usdoj.gov
- Michael Fredrick Holbein michael.holbein@agg.com
- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc. akapai@askounisdarcy.com, hgill@askounisdarcy.com
- Brett Kepley on behalf of Defendant American Express bakepley@rosklaw.com, jhoerr@rosklaw.com
- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com
- Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue pkmett@atg.state.il.us
- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com
- Jennifer L. Maffett on behalf of Creditor Mike-sell's Potato Chip Co. thdaytonecf@thompsonhine.com

I\12555862.1

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com
- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc. pmoran@gordonrees.com
- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illlinois, LLC snelson@califf.com
- Kate R O'Loughlin on behalf of Creditor United States of America and Defendant United States Small Business Administration kate.oloughlin@sba.gov
- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov
- Victoria E. Powers on behalf of Debtor and Plaintiff Earl Gaudio & Son, Inc. victoria.powers@icemiller.com, Daniel.Anderson@icemiller.com, Sandy.Heaberlin@icemiller.com
- Jeffrey D. Richardson on behalf of Creditor Helen Gaudio jdrdec@aol.com
- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us
- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, marie@rubin-levin.net
- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com
- Amy T. Ryan     atr@mllfpc.com, bdm@mllfpc.com
- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com
- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov
- Mark Roy Wenzel on behalf of Creditor and Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com
- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com
- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com

U.S. Mail Service:

Peter E. Moll
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Sundance Beverage Co.
8100 SW Tenth Street, Suite 4000
Fort Lauderdale, FL  33324

ADP
1 ADP Blvd
MS 325
Roseland, NJ 07068-1786

Mike-sell's Potato Chip Co.
333 Leo Street
Dayton, OH 45404

Anheuser-Busch Companies, LLC
Legal Department
1 Busch Place
Saint Louis, MO 63118-1852

Regions Commercial Loan Payments
P.O. Box 11407
Birmingham, AL 35246

Employers Preferred Insurance Co.
13890 Bishops Drive
Suite 210
Brookfield, WI 53005

Clifton Larson Allen LLP
301 SW Adams
Suite 900
Peoria, IL 61656

Earl Gaudio & Son, Inc.
c/o First Midwest Bank as Custodian
Angela E. Major Hart
24509 West Lockport Street
Plainfield, IL 60544-2318

Illinois Department of Revenue
100 West Randolph Street
Legal Services M/C 7-900
Chicago, IL 60601

Vermilion County Collector
P.O. Box 730
Danville, IL  61834

Wells Fargo Equipment Finance, Inc.
550 S. 4th Street
Minneapolis, MN  55415-1529

Ameren Illinois
Credit and Collections
2105 E. State Route 104
Pawnee, IL 62558-4681

Argo Partners
12 W. 37th Street, 9th Floor
New York, NY 10018-7381

TR Capital Management, LLC
P.O. Box 633
Woodmere, NY 11598

Earl Gaudio & Sons, Inc. Pension Plan
P.O. Box 990067
Hartford, CT 06199

Illini FS
1509 East University Avenue
Urbana, IL  61802

Westfield Insurance
c/o Wells Fargo Insurance Services
P.O. Box 4016
Champaign, IL 61824

Iroquois Federal Savings & Loan
619 N. Gilbert Street
P.O. Box 1277
Danville, IL 61834-1277

Surepay
2350 Ravine Way, Suite 100
Glenview, IL  60025

WDNL-FM - Neuhoff Broadcasting
1501 N. Washington
Danville, IL  61832

Sorling Northrup
P.O. Box 5131
Springfield, IL 62705

World Business Lenders
101 Hudson Street
Floor 33
Jersey City, NJ  07302-3905

GE Capital
P.O. Box 536447
Atlanta, GA 30353

Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

Old Farm Shops, Ltd.
303 S. Mattis Avenue
Suite 200
Champaign, IL 61821

The UPS Store, Inc.
Attn.: Legal Dept.
6060 Cornerstone Court West
San Diego, CA 92121

Paul E. Offutt
2807 North Vermilion
Danville, IL  61832

Gilbert H. Saikley
Saikley Garrison Colombo & Barney, LLC
208 W. North Street
P.O. Box 6
Danville, IL  61834-0006

GE Capital Information Technology Solutions
Attn: Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208

Shannell, Inc.
301 W. Main Street
Danville, IL 61832

Liquidity Solutions, Inc.
1 University Plaza, Suite 312
Hackensack, NJ 07601-6205

Dennis Gaudio
466 West Franklin Street,
Shelbyville, IN 46176

Eric Gaudio
P.O. Box 17578
Indianapolis, IN  46217