# EXHIBIT A-1

**Exhibit A-1**
**Summary of Fees**
**Third Interim Period**

| Category | Hours Worked | Fees Accrued | No Charge Hours | No Charge Fees | Billed Hours | Billed Fees |
|---|---|---|---|---|---|---|
| Accounting/Auditing | 17.00 | $ 2,750.00 | 0.90 | $ 137.50 | 16.10 | $ 2,612.50 |
| Asset Disposition | 44.90 | $ 10,727.50 | 1.30 | $ 187.50 | 43.60 | $ 10,540.00 |
| Business Operations | 1.80 | $ 225.00 | - | $ - | 1.80 | $ 225.00 |
| Case Administration | 6.10 | $ 1,525.00 | 0.90 | $ 225.00 | 5.20 | $ 1,300.00 |
| Claims Admin & Objections | 11.60 | $ 1,750.00 | 0.70 | $ 112.50 | 10.90 | $ 1,637.50 |
| Employee Benefits / Pensions | 0.80 | $ 200.00 | - | $ - | 0.80 | $ 200.00 |
| Fee / Employment Applications | 16.60 | $ 4,125.00 | 16.60 | $ 4,125.00 | - | $ - |
| Plan & Disclosure Statement | 12.60 | $ 2,962.50 | 0.90 | $ 112.50 | 11.70 | $ 2,850.00 |
| Tax Issues | 5.40 | $ 1,125.00 | 1.90 | $ 300.00 | 3.50 | $ 825.00 |
| US SBA Litigation | 3.00 | $ 750.00 | - | $ - | 3.00 | $ 750.00 |
| **Totals:** | **119.80** | **$ 26,140.00** | **23.20** | **$ 5,200.00** | **96.60** | **$ 20,940.00** |