# EXHIBIT A-2

**First Midwest Bank**                                   24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10415

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2017 | AEH | BK: Accounting/Auditing<br>Reviewed and finalized May 2017 Accounting (.2); Reviewed and finalized May 2017 Bankruptcy Report (.3). | 0.50<br>250.00/hr | 125.00 |
| 7/10/2017 | AEH | BK: Accounting/Auditing<br>Reviewed and approved the monthly Bankruptcy Report for June 2017 and the 49th Current Account (.6) | 0.60<br>250.00/hr | 150.00 |
|  | KK | BK: Accounting/Auditing<br>Began and completed the 49th Current Account for June 2017 (.8). | 0.80<br>125.00/hr | 100.00 |
|  | KK | BK: Accounting/Auditing<br>Began the June 2017 Bankruptcy Report (1.4). | 1.40<br>125.00/hr | 175.00 |
| 7/17/2017 | KK | BK: Accounting/Auditing<br>Prepared 2nd Qtr 2017 US Trustee payment (.5 NC). | 0.50<br>125.00/hr | NO CHARGE |
|  | AEH | BK: Accounting/Auditing<br>Reviewed and approved disbursement to Sabrina Petesch, Bankruptcy Trustee (.1 NC). | 0.10<br>250.00/hr | NO CHARGE |
| 7/28/2017 | KK | BK: Accounting/Auditing<br>Completed the June 2017 Bankruptcy Report (.5). | 0.50<br>125.00/hr | 62.50 |
| 8/9/2017 | KK | BK: Accounting/Auditing<br>Began and completed July 2017, 50th Accounting (.5). | 0.50<br>125.00/hr | 62.50 |
|  | KK | BK: Accounting/Auditing<br>Began July 2017 Bankruptcy Report (.7). | 0.70<br>125.00/hr | 87.50 |
| 8/15/2017 | AEH | BK: Accounting/Auditing<br>Reviewed, revised and approved the August Accounting and Bankruptcy Report (.5). | 0.50<br>250.00/hr | 125.00 |

Earl Gaudio & Son, Inc

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/17/2017 KK | BK: Accounting/Auditing<br>Continued July 2017 BK Report (.2). | 0.20<br>125.00/hr | 25.00 |
| 8/25/2017 KK | BK: Accounting/Auditing<br>Completed July 2017 Bankruptcy Report (.3). | 0.30<br>125.00/hr | 37.50 |
| 9/11/2017 KK | BK: Accounting/Auditing<br>Began and completed 51st Accounting, August 2017 (.5). | 0.50<br>125.00/hr | 62.50 |
| KK | BK: Accounting/Auditing<br>Began 2017 August Bankruptcy Report (.8). | 0.80<br>125.00/hr | 100.00 |
| 9/19/2017 AEH | BK: Accounting/Auditing<br>Reviewed, revised and approved the September 2017 Accounting and Bankruptcy Report  (.8). | 0.80<br>250.00/hr | 200.00 |
| 9/29/2017 KK | BK: Accounting/Auditing<br>Completed September Bankruptcy Report (.5). | 0.50<br>125.00/hr | 62.50 |
| 10/5/2017 KK | BK: Accounting/Auditing<br>Began and completed September 2017 Accounting (.8); Began September 2017 Bankruptcy Report  (.8). | 1.60<br>125.00/hr | 200.00 |
| KK | BK: Accounting/Auditing<br>Prepared 3rd Qtr 2017 payment to the US Trustee (.2 NC). | 0.20<br>125.00/hr | NO CHARGE |
| 10/18/2017 AEH | BK: Accounting/Auditing<br>Reviewed and approved 3rd Qtr 2017 payment to the US Trustee (.1 NC). | 0.10<br>250.00/hr | NO CHARGE |
| AEH | BK: Accounting/Auditing<br>Reviewed, revised and approved October 2017 Accounting and Bankruptcy Report  (.8). | 0.80<br>250.00/hr | 200.00 |
| 11/6/2017 KK | BK: Accounting/Auditing<br>Began October 2017 Accounting (.3). | 0.30<br>125.00/hr | 37.50 |
| 11/8/2017 KK | BK: Accounting/Auditing<br>Continued and completed October 2017 Accounting (.2). | 0.20<br>125.00/hr | 25.00 |
| 11/9/2017 KK | BK: Accounting/Auditing<br>Began October 2017 Bankruptcy Report (.5). | 0.50<br>125.00/hr | 62.50 |
| 11/14/2017 AEH | BK: Accounting/Auditing<br>Reviewed, approved and signed the 53rd current account and cash operating report (.8). | 0.80<br>250.00/hr | 200.00 |
| 12/6/2017 KK | BK: Accounting/Auditing<br>Completed October Bankruptcy Report (.3). | 0.30<br>125.00/hr | 37.50 |

Earl Gaudio & Son, Inc

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/11/2017 KK | BK: Accounting/Auditing<br>Worked on November Accounting and Bankruptcy Report (1.6). | 1.20<br>125.00/hr | 150.00 |
| 12/20/2017 KK | BK: Accounting/Auditing<br>Continued work on November Bankruptcy Report (.3). | 0.30<br>125.00/hr | 37.50 |
| 12/22/2017 AEH | BK: Accounting/Auditing<br>Reviewed and finalized November Accounting and Bankruptcy Report (.8). | 0.80<br>250.00/hr | 200.00 |
| 12/27/2017 KK | BK: Accounting/Auditing<br>Continued November Bankruptcy Report (.2). | 0.20<br>125.00/hr | 25.00 |
| 12/28/2017 KK | BK: Accounting/Auditing<br>Continued November Bankruptcy Report (.5). | 0.50<br>125.00/hr | 62.50 |
| | **For professional services rendered** | **17.00** | **$2,612.50** |

## First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10416

Professional Services

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/16/2017 | RG | BK: Asset Disposition<br>Conducted telephone conference with J. Schneider of Hilco, V. Powers and T. Crist re: status of marketing efforts, next steps, updating marketing materials to reflect revised bid procedures, open house etc. (.3); Conducted follow up call with V. Powers re: ███ (.1). | | 0.40<br>250.00/hr | 100.00 |
| 6/19/2017 | RG | BK: Asset Disposition<br>Reviewed draft updated marketing brochure for warehouse from Hilco and emailed ███████ to V. Powers (.1) | | 0.10<br>250.00/hr | 25.00 |
| 6/21/2017 | RG | BK: Asset Disposition<br>Conducted conference with attorney Ted McGinn re: possibility of some of his clients being interested in warehouse and providing marketing materials (.1); Exchanged emails with V. Powers and Hilco team re: status of updated brochure for circulation (.1). | | 0.20<br>250.00/hr | 50.00 |
| 6/23/2017 | RG | BK: Asset Disposition<br>Exchanged emails with FMB A. Bartenschlag re: potential local prospect for warehouse and provided updated marketing materials and info re: next open house (.2). | | 0.20<br>250.00/hr | 50.00 |
| 6/30/2017 | AB | BK: Asset Disposition<br>Site visit: Went to 1803 Georgetown Rd. to reset alarm caused by overhead door sensor malfunction (1.5). | | 1.50<br>225.00/hr | 337.50 |
| 7/3/2017 | RG | BK: Asset Disposition<br>Considered email from HILCO reporting on open house, new prospects that attended and next steps (.1). | | 0.10<br>250.00/hr | 25.00 |
| 7/5/2017 | RG | BK: Asset Disposition<br>Reviewed email from T. Crist re: ████████ (.1); Conducted telephone conference with V. Powers re: ████ (.1). | | 0.20<br>250.00/hr | 50.00 |

Earl Gaudio & Son, Inc                                                              Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2017 | RG | BK: Asset Disposition<br>Exchanged emails with T. Crist re: ██████████████ (.1). | 0.10<br>250.00/hr | 25.00 |
| 7/10/2017 | RG | BK: Asset Disposition<br>Conducted telephone conference with Hilco team and T. Crist re: logistics for auction and preparations for same (.3); Conducted follow up call with T. Crist re: ████(.1). | 0.40<br>250.00/hr | 100.00 |
| | KK | BK: Asset Disposition<br>Retrieved 2016 Vermilion County Division Water Quality Report and reviewed. EGS in compliance with all 2016 water quality regulations. No action required (.1). | 0.10<br>125.00/hr | 12.50 |
| 7/17/2017 | RG | BK: Asset Disposition<br>Reviewed draft purchase and sale agreement for warehouse, made comments/proposed revisions (.7); Drafted email to T. Crist re: ████ (.1); Reviewed various email correspondence from T. Crist and Ice Miller team and Hilco re: auction logistics and reaching out to interested parties to prepare them for same (.2); Conducted telephone conference with T. Crist re: █████████████████ (.5); Conducted telephone conference with V. Powers re: █████████ (.1). | 1.60<br>250.00/hr | 400.00 |
| | AEH | BK: Asset Disposition<br>Telephone conference with Dale Teel re: Art Tabel, prospective warehouse auction participant (.2). | 0.20<br>250.00/hr | 50.00 |
| 7/18/2017 | RG | BK: Asset Disposition<br>Reviewed proposed script for auction sale of warehouse (.3); Reviewed email inquiry from Todd Weidenburner re: interest in purchasing Budweiser sign affixed to building (.1); Exchanged emails with V. Powers re: ████(.1); Attended telephonic auction and sidebar with Ice Miller and Hilco (.5); Conducted telephone conference with T. Crist and V. Powers re: ████████████████████ (.2). | 1.20<br>250.00/hr | 300.00 |
| | RG | BK: Asset Disposition<br>Conducted telephone conference with A. Hart re: outcome of auction and next steps (.2 NC). | 0.20<br>250.00/hr | NO CHARGE |
| 7/19/2017 | RG | BK: Asset Disposition<br>Conducted telephone conference with V. Powers re: █████████████████████ (.2). | 0.20<br>250.00/hr | 50.00 |
| 7/21/2017 | RG | BK: Asset Disposition<br>Considered issue with unconfirmed identity of buyer and reviewed email correspondence between T. Crist and buyer's attorney re: same as well as title, closing, escrow agreement and other "conditions" they now seek to add (.2); Reviewed and executed amended escrow agreement (.2); Conducted telephone conference with V. Powers, T. Crist and K. Klonicki re: ██████████████████ | 1.30<br>250.00/hr | 325.00 |

Earl Gaudio & Son, Inc                                                                     Page      3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

| | ██████████████████████████(.5); Examined inventory of A-B collectibles and draft correspondence to T. Weidenburner re: A-B sign on exterior of building and opportunity to purchase collectibles (.4). | | |
| 7/21/2017 KK | BK: Asset Disposition<br>Attended telephone conference with V. Powers, T. Crist and R. Gould re: ████████████████████████████ (.5 NC); Reviewed file for items kept in self-storage facility (.5 NC). | 1.00<br>125.00/hr | NO CHARGE |
| 7/24/2017 RG | BK: Asset Disposition<br>Conducted telephone conference with V. Powers (x2) re: ████████ ███████████████████ (.2); Reviewed numerous email correspondences among legal team and FMB representatives re: ██████(.3). | 0.50<br>250.00/hr | 125.00 |
| 7/25/2017 RG | BK: Asset Disposition<br>Reviewed email exchange among T. Crist, V. Powers. A. Hart re: ████████████(.2). | 0.20<br>250.00/hr | 50.00 |
| 7/26/2017 RG | BK: Asset Disposition<br>Attended to "to do" list of remaining items of personal property getting quotes for shredding of old business records and gathering information necessary to get quotes for wiping CPUs, etc. (.3). | 0.30<br>250.00/hr | 75.00 |
| 7/27/2017 RG | BK: Asset Disposition<br>Exchanged emails with T. Crist and V. Powers re: ███████████ ████████████████(.3); Conducted telephone conference with T. Crist re: ███████████████████(.2); Reviewed draft revised PSA and PTax forms (.9); Conducted telephone conference with T. Crist re: ███████████████(.8); Conducted telephone conference with V. Powers re: ████████████(.3). | 2.50<br>250.00/hr | 625.00 |
| 7/28/2017 KK | BK: Asset Disposition<br>Analyzed documentation received regarding the property taxes due upon sale of 1803 Georgetown Rd. (.2). | 0.20<br>125.00/hr | 25.00 |
| RG | BK: Asset Disposition<br>Considered substantive emails re: real estate taxes, proposed penalties and interest, prior communications with taxing authorities, reviewed real estate tax bills from past several years and treasurer's website re: equalizing multiplier and their claim that it did not require notice of reassessment (.8); Conducted telephone conference with V. Powers and T. Crist re: ████████████████████████(.6); Reviewed email correspondence among Ice Miller and Vermillion Co. Treasurer's Office | 1.60<br>250.00/hr | 400.00 |

Earl Gaudio & Son, Inc                                                                                                    Page      4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

re: negotiations of real estate taxes due (.2)

| 7/28/2017 RG | BK: Asset Disposition | 0.60 | 150.00 |
|---|---|---|---|

Considered substantive email from T. Crist re: ████████████ (.4); Conducted telephone conference with T. Crist and V. Powers re: ████ (.1); Conducted telephone conference with V. Powers re: ████████████ (.1)

250.00/hr

| RG | BK: Asset Disposition | 0.40 | 100.00 |
|---|---|---|---|

Conducted intra-office conferences with S. Moniak re: instructions for her to obtain quotes for removal of Budweiser signs and shredding of old business records (.3); Exchanged emails with Ice Miller re: ████ (.1).

250.00/hr

| 7/31/2017 RG | BK: Asset Disposition | 1.20 | 300.00 |
|---|---|---|---|

Exchanged emails with legal team re: ████████ (.2); Reviewed revised redlined draft purchase and sale agreement and email from T. Crist ████████ (.5); Conducted telephone conference with T. Crist re: ████████ (.5).

250.00/hr

| 8/1/2017 RG | BK: Asset Disposition | 0.60 | 150.00 |
|---|---|---|---|

Considered buyer's request re: allocation of purchase price (real and personal property) requested by purchaser and reviewed proposals from purchaser re: purported values of personal property and reviewed email correspondence from purchaser re: same (.4); Exchanged emails with T. Crist re: ████ (.2).

250.00/hr

| 8/3/2017 RG | BK: Asset Disposition | 2.00 | 500.00 |
|---|---|---|---|

Reviewed emails and considered issues re: sale of warehouse including allocation of purchase price, closing extension and Bud signs and purchaser's threat to cancel transaction and demand refund of deposit (.4); Conducted telephone conferences (x3) with T. Crist re: ████████████ (1.0); Conducted numerous telephone conferences with/to appraisers re: seeking appraisal of collectibles and quote for preparation of same and emailing list of same to potential appraiser J. Hannagan (.5); Conducted telephone conference with V. Powers re: ████████████ (.1)

250.00/hr

| 8/7/2017 RG | BK: Asset Disposition | 0.10 | 25.00 |
|---|---|---|---|

Conducted telephone conference with T. Crist re: ████████████ (.1).

250.00/hr

Earl Gaudio & Son, Inc                                                                    Page     5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/8/2017 RG | BK: Asset Disposition<br>Reviewed status update from T. Crist re: ████████████<br>███████████████ (.1): Conducted telephone conference with J.<br>Hannagan re: he will not be providing an appraisal of the collectibles,<br>requested referral to others (.1); Reviewed transcript of auction for<br>warehouse sale (.2); Reviewed email updates from T. Crist re:<br>███████████ (.1). | 0.50<br>250.00/hr | 125.00 |
| 8/10/2017 RG | BK: Asset Disposition<br>Considered negotiations to maximize value to estate for sale of<br>warehouse due to buyer insisting on additional terms and allocations<br>and reduction in purchase price (.2); Reviewed and provided<br>comments to ██████████████████ prepared by T.<br>Crist (.3); Conducted telephone conference with T. Crist re: ███ (.2). | 0.70<br>250.00/hr | 175.00 |
| 8/11/2017 RG | BK: Asset Disposition<br>Reviewed response correspondence from opposing counsel (.2);<br>Considered negotiations to maximize value to estate for sale of<br>warehouse due to buyer insisting on additional terms and allocations<br>and reduction in purchase price (.3); Conducted telephone conference<br>with T. Crist re: ███ (.3); Exchanged emails with T. Crist re:<br>███ (.2). | 1.00<br>250.00/hr | 250.00 |
| 8/14/2017 AEH | BK: Asset Disposition<br>Reviewed and considered terms from P. Offutt relating to revised<br>purchase price allocation and request to have his earnest money<br>refunded (.2); Replied to T. Crist with ██████████ (.2). | 0.40<br>250.00/hr | 100.00 |
| 8/15/2017 AEH | BK: Asset Disposition<br>Conducted telephone conference with T. Crist to further discuss<br>████████████████ (.2). | 0.20<br>250.00/hr | 50.00 |
| 8/16/2017 RG | BK: Asset Disposition<br>Reviewed email from T. Crist re: ████████████████<br>███████████ (.2);<br>Conducted telephone conference with V. Powers re: █████ (.1). | 0.30<br>250.00/hr | 75.00 |
| 8/17/2017 RG | BK: Asset Disposition<br>Considered ██████████████ from T. Crist and attached<br>materials (.3). | 0.30<br>250.00/hr | 75.00 |
| 8/21/2017 RG | BK: Asset Disposition<br>Reviewed and considered revised purchase and sale agreement, bid<br>assignment and various email correspondence with purchaser's<br>counsel regarding sale of warehouse and next steps (.8); Conducted<br>telephone conferences with T. Crist re: ████ (.3) | 1.10<br>250.00/hr | 275.00 |

Earl Gaudio & Son, Inc                                                                                    Page      6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/22/2017 SM | BK: Asset Disposition<br>Emailed numerous auctioneers seeking quotes on beer industry<br>collectibles (.2). | 0.20<br>75.00/hr | 15.00 |
| 8/24/2017 RG | BK: Asset Disposition<br>Reviewed and considered email correspondence and attachments<br>including draft quit claim deed, quit claim bill of sale, revised purchase<br>and sale agreement and update on communications with purchaser<br>and to SBA, Trustee, Creditors' Committee, etc. (.4); Conducted<br>telephone conference with T. Crist re: ▮▮▮▮▮▮▮▮▮ (.3);<br>Conducted telephone conference with V. Powers re: ▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮ (.1). | 0.80<br>250.00/hr | 200.00 |
| 8/25/2017 RG | BK: Asset Disposition<br>Reviewed revised Quit Claim Bill of Sale, Quit claim deed and email<br>from T. Crist re: ▮▮▮▮ (.2); Considered draft PTax form and conducted<br>telephone conference with T. Crist re: ▮▮▮ (.2); Reviewed and<br>executed execution copies of purchase and sale agreement, quitclaim<br>bill of sale, quitclaim deed, ptax form (.4). | 0.80<br>250.00/hr | 200.00 |
| 8/28/2017 RG | BK: Asset Disposition<br>Reviewed and considered draft motion to approve change in sale price<br>(.4); Exchanged emails with V. Powers re: ▮▮▮▮ (.1); Conducted<br>telephone conference with V. Powers re: ▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮ (.2). | 0.70<br>250.00/hr | 175.00 |
| 8/29/2017 RG | BK: Asset Disposition<br>Reviewed two more revised red lined drafts of motion to approve<br>revised sale agreement and communicated with V. Powers re: ▮▮▮<br>(.2); Conducted telephone conference with V. Powers re: ▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2). | 0.40<br>250.00/hr | 100.00 |
| 8/30/2017 RG | BK: Asset Disposition<br>Conducted telephone conference with V. Powers re: ▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2). | 0.20<br>250.00/hr | 50.00 |
| 8/31/2017 RG | BK: Asset Disposition<br>Considered communications from US Trustee and SBA re: draft<br>motion to revise sale agreement (.1). | 0.10<br>250.00/hr | 25.00 |
| 9/6/2017 RG | BK: Asset Disposition<br>Reviewed and considered email correspondence from T. Crist re: ▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2); Conducted telephone<br>conference with T. Crist re: ▮▮▮▮▮▮▮▮▮▮▮▮ (.2);<br>Reviewed and considered ▮▮▮▮ email from T. Crist (.1). | 0.50<br>250.00/hr | 125.00 |
| 9/7/2017 RG | BK: Asset Disposition<br>Considered ▮▮▮▮▮▮▮▮▮▮▮ from T. Crist of<br>▮▮▮▮▮▮▮▮▮▮▮▮▮ (.4); Conducted | 0.90<br>250.00/hr | 225.00 |

Earl Gaudio & Son, Inc                                                                                      Page      7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | telephone conference with T. Crist re: ███(.3); Drafted email setting forth decision and reasoning (.2). | | |
| 9/13/2017 RG | BK: Asset Disposition<br>Conducted telephone conference with T. Crist re: ███████ █████████ (.3). | 0.30<br>250.00/hr | 75.00 |
| 9/15/2017 RG | BK: Asset Disposition<br>Considered email and from T. Crist re: ███████ ██████████ (.2); Exchanged emails re: ████(.1). | 0.30<br>250.00/hr | 75.00 |
| 9/25/2017 AB | BK: Asset Disposition<br>Site visit: Went to 1803 Georgetown Rd. to reset alarm from overhead door sensor malfunction (.5). | 0.50<br>225.00/hr | 112.50 |
| 9/27/2017 AB | BK: Asset Disposition<br>Site visit: Went to 1803 Georgetown Rd to meet with Alarmax to clear alarm code and bypass malfunctioning overhead door sensor (.5). | 0.50<br>225.00/hr | 112.50 |
| 10/4/2017 RG | BK: Asset Disposition<br>Reviewed and considered email from T. Crist re: ██████████ ██████████████ (.2); Conducted telephone conference with T. Crist re: █████████████(.2); Conferred with V. Powers re: ████████████████████ (.1); Drafted email to party interested in collectibles (.1). | 0.60<br>250.00/hr | 150.00 |
| 10/10/2017 RG | BK: Asset Disposition<br>Conducted telephone conference with T. Crist re: ██████████ ████████ (.7); Reviewed and considered SBA objection to motion to modify sale order (.4). | 1.10<br>250.00/hr | 275.00 |
| 10/11/2017 RG | BK: Asset Disposition<br>Considered email from T. Crist re: ████████████ ████████████████████(.2); Conducted telephone conference with T. Crist re: ██████████████(.2). | 0.40<br>250.00/hr | 100.00 |
| 10/16/2017 RG | BK: Asset Disposition<br>Considered email from T. Crist re: ██████████ ████████ (.2); Conducted telephone conference with T. Cirist re: ████████████████████(.1). | 0.30<br>250.00/hr | 75.00 |
| 10/17/2017 RG | BK: Asset Disposition<br>Reviewed and executed first addendum to purchase and sales contract increasing purchase price by $35k (.1); Reviewed, considered and made proposed changes to draft reply to SBA response/objection (.5); | 0.70<br>250.00/hr | 175.00 |

Earl Gaudio & Son, Inc                                                                                   Page     8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|

Exchanged emails with T. Crist re: ██████ (.1).

| 10/19/2017 RG | BK: Asset Disposition<br>Conducted telephone conference with V. Powers and T. Crist re:<br>███████████████████████ (.3). | 0.30<br>250.00/hr | 75.00 |
| AEH | BK: Asset Disposition<br>Telephone conference with T. Crist to discuss ██████████████<br>████████ (.4). | 0.40<br>250.00/hr | 100.00 |
| 10/24/2017 RG | BK: Asset Disposition<br>Reviewed and considered email from T. Crist re: ██████████,<br>████████████████████ (.2); Executed updated documents<br>(.2). | 0.40<br>250.00/hr | 100.00 |
| 10/30/2017 RG | BK: Asset Disposition<br>Examined emails from T. Crist re: ████████████████████<br>██████ (.4); Conducted telephone conference with T. Crist re:<br>██████ (.3); Emailed A. Bartenschlag re: coordinating for access to<br>warehouse (.1). | 0.80<br>250.00/hr | 200.00 |
| RG | BK: Asset Disposition<br>Reviewed and considered █████████████ from T. Crist re:<br>████████████████████████ (.4). | 0.40<br>250.00/hr | 100.00 |
| 10/31/2017 RG | BK: Asset Disposition<br>Reviewed and considered email from T. Crist re: ███████████<br>██████████ (.2). | 0.20<br>250.00/hr | 50.00 |
| 11/1/2017 RG | BK: Asset Disposition<br>Examined, revised and considered closing documents (FIRPTA, GAP<br>undertaking, revised deed, Ptax forms, etc.) (.5); Conducted several<br>telephone conferences with T. Crist re: ██████████████████<br>██████ (.5). | 1.00<br>250.00/hr | 250.00 |
| 11/2/2017 RG | BK: Asset Disposition<br>Reviewed and considered numerous emails from T. Crist re: █████<br>██████████████████████████ (1.4); Conducted telephone conferences<br>with T. Crist re: ██████████ (.7). | 2.10<br>250.00/hr | 525.00 |
| 11/3/2017 RG | BK: Asset Disposition<br>Exchanged numerous emails with T. Crist, closer and A. Bartenschlag<br>re: execution and exchange of documents, key and code deliver and<br>receipt, closing logistics (.6); Conducted telephone conferences with T.<br>Crist re: ██████ (.4); Conducted telephone conference with A.<br>Bartenschlag re: deliver of keys and alarm etc. (.1); Executed and | 1.20<br>250.00/hr | 300.00 |

Earl Gaudio & Son, Inc                                                                                          Page    9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

finalized FIRPTA and GAP Affidavit (.1).

| 11/6/2017 RG | BK: Asset Disposition<br>Conducted telephone conference with T. Crist re: ███████ (.2); Exchanged emails with T. Crist re: ███ (.2). | | 0.40<br>250.00/hr | 100.00 |

| 11/7/2017 RG | BK: Asset Disposition<br>Examined email correspondence with evidence of removal of signs and closing instructions to C. Thomas (.2); Conducted numerous telephone conference with T. Crist re: ████████████████ (.8); Reviewed, considered and responded to numerous emails re: closing and wire (.8); Reviewed and executed additional closing documents, escrow instructions, etc. (.4). | | 2.20<br>250.00/hr | 550.00 |

| | KK | BK: Asset Disposition<br>Telephone conference with T. Cryst and R. Gould to discuss ████████ (.1 NC). | 0.10<br>125.00/hr | NO CHARGE |

| | KK | BK: Asset Disposition<br>Placed telephone call to Aqua Illinois to discuss transferring and final billings of accounts (.1); Compiled a listed of October and November utilities and ██████ to T. Cryst (.5). | 0.60<br>125.00/hr | 75.00 |

| 11/10/2017 RG | BK: Asset Disposition<br>Reviewed draft EGS sale report and provided ███████ to T. Crist re: ████ (.4). | | 0.40<br>250.00/hr | 100.00 |

| 11/13/2017 KK | BK: Asset Disposition<br>Telephoned Windstream for disconnection paperwork of fax line for the alarm @ 1803 Georgetown Road. Completed and returned paperwork via email (.1). | | 0.10<br>125.00/hr | 12.50 |

| 11/17/2017 KK | BK: Asset Disposition<br>Made final payment to Ameren Illinois (.1). | | 0.10<br>125.00/hr | 12.50 |

| 12/11/2017 RG | BK: Asset Disposition<br>Exchanged emails with Mary Beth Radeck - personal property decluttering specialist and connection to beer collectible specialist - sent inventory of collectibles for consideration (.2) | | 0.20<br>250.00/hr | 50.00 |

| 12/21/2017 KK | BK: Asset Disposition<br>Created a summary chart for outstanding utilities needing to be paid and service switched over to new owner (.5). | | 0.50<br>125.00/hr | 62.50 |

| 12/28/2017 KK | BK: Asset Disposition<br>Placed a follow up call to Aqua Illinois re: Fire Service final billing (.1); Placed a follow up call to Alarmax re: refund due (.1);  Placed a follow up call to Windstream re: final billing (.1); Telephone conference with | | 0.50<br>125.00/hr | 62.50 |

Earl Gaudio & Son, Inc

|  | Hrs/Rate | Amount |
|---|---|---|
| T. Cryst to discuss ███████████████ (.2). | | |
| **For professional services rendered** | **44.90** | **$10,540.00** |

**First Midwest Bank**                                              24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10417

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/21/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |
| 6/22/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |
| 7/6/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.2) | 0.20<br>125.00/hr | 25.00 |
| 7/10/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.2). | 0.20<br>125.00/hr | 25.00 |
| 7/12/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |
| 8/8/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.2). | 0.20<br>125.00/hr | 25.00 |
| 8/9/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |
| 9/6/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.3). | 0.30<br>125.00/hr | 37.50 |
| 9/12/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |
| 10/11/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |
| 10/16/2017 KK | BK: Business Operations<br>Prepared warehouse payables for approval and payment (.1). | 0.10<br>125.00/hr | 12.50 |

Earl Gaudio & Son, Inc                                                                                    Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/29/2017 KK | BK: Business Operations<br>Prepared FINAL warehouse payables for approval and payment<br>(Constellation Electric and Aqua IL Water) (.2) | 0.20<br>125.00/hr | 25.00 |
| | **For professional services rendered** | **1.80** | **$225.00** |

## First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10418

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2017 | RG | BK: Case Administration<br>Considered draft motion to destroy business records and wipe computers, made revisions (.2) and exchanged emails with V. Powers re: ███ (.1); Reviewed and approved revised motion (.1). | 0.40<br>250.00/hr | 100.00 |
| 10/4/2017 | RG | BK: Case Administration<br>Conducted telephone conference with V. Powers re: ███████ ███ (.2). | 0.20<br>250.00/hr | 50.00 |
| 10/18/2017 | RG | BK: Case Administration<br>Reviewed SBA objection to motion to destroy business records, etc. (.3); Conducted telephone conference with V. Powers re: ██████ ███████ (.1); Exchanged emails with T. Crist re: ██████████ ███ (.1). | 0.50<br>250.00/hr | 125.00 |
| 11/29/2017 | RG | BK: Case Administration<br>Reviewed file documents and assembled relevant back up to refute SBA motion and ████████████ to V. Powers ███████████ (.8). | 0.80<br>250.00/hr | 200.00 |
| | AEH | BK: Case Administration<br>Conducted telephone conference with V. Powers, D. Anderson and R. Gould re: ████████ (.9); Reviewed email correspondence for relevant back up to refute SBA motion and transmitted ████ to V. Powers ███ (.4). | 1.30<br>250.00/hr | 325.00 |
| | RG | BK: Case Administration<br>Conducted telephone conference with A. Hart, V. Powers, D. Anderson re: ████████████████████ (.9 NC). | 0.90<br>250.00/hr | NO CHARGE |

Earl Gaudio & Son, Inc

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2017 | RG | BK: Case Administration<br>Reviewed, considered and made comments to draft objection to SBA's motion to convert to Chapter 7 (.9). | 0.90<br>250.00/hr | 225.00 |
| 12/4/2017 | RG | BK: Case Administration<br>Exchanged email correspondences with V. Powers and A. Hart re: ██████████ (.3). | 0.30<br>250.00/hr | 75.00 |
| | AEH | BK: Case Administration<br>Considered objection to SBA's motion to convert and exchanged emails with V. Powers and team re: ████ (.2). | 0.20<br>250.00/hr | 50.00 |
| 12/5/2017 | RG | BK: Case Administration<br>Conducted telephone conference with V. Powers re: ██████████ (.3); Exchanged emails with team re: █████████████ (.2). | 0.50<br>250.00/hr | 125.00 |
| | RG | BK: Case Administration<br>Reviewed and commented on ████████████ from V. Powers (.1). | 0.10<br>250.00/hr | 25.00 |
| | | **For professional services rendered** | **6.10** | **$1,300.00** |

## First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10419

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2017 | KK | BK: Claims Admin & Objections<br>Analyzed Claim 9-2 to the IRS disputing FICA/FUTA amounts for payroll periods 2012 & 2013 (4.0). | 4.00<br>125.00/hr | 500.00 |
| 7/3/2017 | RG | BK: Claims Admin & Objections<br>Examined email from V. Powers and ▬▬▬▬▬▬▬▬▬▬ (.3). | 0.30<br>250.00/hr | 75.00 |
| | KK | BK: Claims Admin & Objections<br>Analyzed Illinois Department of Revenue Claims 13-2 (Private party vehicle use tax), 14-1(Illinois withholding income tax) and 15-2 (Liquor tax) (1.1). | 1.10<br>125.00/hr | 137.50 |
| 7/5/2017 | RG | BK: Claims Admin & Objections<br>Conducted telephone conference with V. Powers and K. Klonicki re: ▬▬▬▬▬▬ (.1); Exchanged emails with V. Powers re: ▬▬▬▬▬▬▬▬ (.2). | 0.10<br>250.00/hr | 25.00 |
| | KK | BK: Claims Admin & Objections<br>Attended telephone conference with R. Gould and V. Powers to discuss ▬▬▬▬▬▬ (.1 NC). | 0.10<br>125.00/hr | NO CHARGE |
| 7/7/2017 | RG | BK: Claims Admin & Objections<br>Considered analysis of IRS claims 9, 57, 63 and 65 and email from D. Hoff re: IRS's position (.4); Conducted telephone conference with V. Powers and K. Klonicki re: ▬▬▬▬▬▬▬▬ (.3). | 0.70<br>250.00/hr | 175.00 |
| | KK | BK: Claims Admin & Objections<br>Conducted telephone conference with V. Powers and R. Gould re: ▬▬▬▬▬▬▬▬ (.3 NC). | 0.30<br>125.00/hr | NO CHARGE |

Earl Gaudio & Son, Inc                                                                                    Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2017 KK | BK: Claims Admin & Objections<br>Considered analysis of IRS claims 9, 57, 63 and 65 and email from D. Hoff re: IRS's position (.3). | 0.30<br>125.00/hr | 37.50 |
| 7/10/2017 KK | BK: Claims Admin & Objections<br>Considered V. Power's correspondence re: ██████████████ ████████████ (.1). | 0.10<br>125.00/hr | 12.50 |
| 7/18/2017 RG | BK: Claims Admin & Objections<br>Considered proposed resolution of IRS claims and next steps, considered liquidity for timing of payment of same (.3); Exchanged emails with D. Anderson re: ██████ (.1). | 0.40<br>250.00/hr | 100.00 |
| RG | BK: Claims Admin & Objections<br>Conducted telephone conference with A. Hart re: proposed resolution of IRS claims and next steps, administrative solvency, etc. (.2 NC). | 0.20<br>250.00/hr | NO CHARGE |
| KK | BK: Claims Admin & Objections<br>Evaluated and updated the Outstanding Claims List (revised with IRS & IDOR claims) (.5). | 0.50<br>125.00/hr | 62.50 |
| 7/24/2017 KK | BK: Claims Admin & Objections<br>Updated claims amounts and mapped out claims waterfall with values based on D. Hoff's (IRS) response to our proposal (.5). | 0.50<br>125.00/hr | 62.50 |
| RG | BK: Claims Admin & Objections<br>Reviewed and responded to substantive email from D. Anderson re: ████████████████ (.2). | 0.20<br>250.00/hr | 50.00 |
| 7/25/2017 KK | BK: Claims Admin & Objections<br>Updated Claims Outstanding with most current amounts received from Hoff @ IRS (.2). | 0.20<br>125.00/hr | 25.00 |
| 7/26/2017 RG | BK: Claims Admin & Objections<br>Exchanged numerous emails with D. Anderson and V. Powers re: ████████████████████████ ████████████████ (.5). | 0.50<br>250.00/hr | 125.00 |
| 7/27/2017 KK | BK: Claims Admin & Objections<br>Prepared payment for Claim 57 to the Internal Revenue Service, 2013 EGS corporate income tax (.1 NC). | 0.10<br>125.00/hr | NO CHARGE |
| 9/29/2017 KK | BK: Claims Admin & Objections<br>Telephone call with V.Powers to discuss ███████████████ ███████ (.2). | 0.20<br>125.00/hr | 25.00 |
| KK | BK: Claims Admin & Objections<br>Analyzed IDES Noticed received for Gaudio Retail LLC, for Qtrs 3 & 4 2013 (Post Petition) for Form UI340 (1.8). | 1.80<br>125.00/hr | 225.00 |

Earl Gaudio & Son, Inc                                                                          Page        3

|                                          | Hours  | Amount     |
|------------------------------------------|--------|------------|
| **For professional services rendered**   | **11.60** | **$1,637.50** |

## First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10420

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2017 | AEH | BK: Employee Benefits/Pensions<br>Compiled information and prepared application for annual ERISA bond (.3). | 0.30<br>250.00/hr | 75.00 |
| 9/22/2017 | RG | BK: Employee Benefits/Pensions<br>Considered email from L. Radimer and exchanged emails with him, A. Hart, V. Powers and K. Sangha re: status and anticipated timing for contributions to 401(k) plan (.3). | 0.30<br>250.00/hr | 75.00 |
| 11/14/2017 | AEH | BK: Employee Benefits/Pensions<br>Attended to 401K rollover request (.2). | 0.20<br>250.00/hr | 50.00 |
| | | **For professional services rendered** | **0.80** | **$200.00** |

## First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10422

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2017 | RG | BK: Plan &  Disclosure Stmt<br>Conducted telephone conference with V. Powers, T. Crist and K. Klonicki re: ▮▮▮▮▮▮▮▮ (.1).  Considered and calculated updated claims amounts and mapped out claims waterfall with updated values based on known warehouse sale price (.6); Conducted telephone conference with V. Powers, T. Crist and K. Klonicki re: ▮▮▮ (.5); Drafted email to Mercho Caughey for updated final invoice for professional services (.1); Drafted email to WRDR for updated invoice for their accounting and tax preparation services and considered chart with payments thereto (.1). | 1.40<br>250.00/hr | 350.00 |
| | KK | BK: Plan &  Disclosure Stmt<br>Considered and calculated updated claims amounts and mapped out claims waterfall with updated values based on known warehouse sale price (.6). | 0.60<br>125.00/hr | 75.00 |
| | KK | BK: Plan &  Disclosure Stmt<br>Attended telephone conference with V. Powers, T. Crist and R. Gould re: ▮▮▮▮▮▮▮ (.1 NC); Attended  telephone conference with V. Powers, T. Crist and R. Gould  re: ▮▮▮ (.5 NC). | 0.60<br>125.00/hr | NO CHARGE |
| 8/24/2017 | RG | BK: Plan &  Disclosure Stmt<br>Conducted telephone conference with V. Powers re: ▮▮▮▮ (.1). | 0.10<br>250.00/hr | 25.00 |
| 9/14/2017 | RG | BK: Plan &  Disclosure Stmt<br>Conducted telephone conference with T. Crist and K. Klonicki re: ▮▮▮▮▮▮ (.2). | 0.20<br>250.00/hr | 50.00 |
| 11/7/2017 | KK | BK: Plan &  Disclosure Stmt<br>Telephone conference with V. Powers and R. Gould re: ▮▮▮▮ ▮▮ (.3 NC). | 0.30<br>125.00/hr | NO CHARGE |
| | RG | BK: Plan &  Disclosure Stmt<br>Considered draft of bankruptcy plan and accompanying waterfall spreadsheet and made comments/revisions to same (1.6); Conducted | 2.50<br>250.00/hr | 625.00 |

Earl Gaudio & Son, Inc                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | telephone conference with V. Powers re: ▮ (.9). |  |  |
| 11/21/2017 RG | BK: Plan & Disclosure Stmt<br>Considered plan, subordination of professional claims, treatment of IRS claims, reviewed IRS agreed settlement order (1.1); Exchanged numerous emails with V. Powers and A. Hart re: ▮(.2). | 1.30<br>250.00/hr | 325.00 |
| 11/30/2017 RG | BK: Plan & Disclosure Stmt<br>Reviewed and considered draft plan of liquidation and made comments to same (1.1). | 1.10<br>250.00/hr | 275.00 |
| 12/3/2017 RG | BK: Plan & Disclosure Stmt<br>Updated draft plan of liquidation, considered same, drafted comments, questions and proposed revisions (1.2); Drafted email correpsondence to V. Powers re: ▮ (.1); Conducted telephone conference with V. Powers re: ▮ (.5). | 1.80<br>250.00/hr | 450.00 |
| 12/13/2017 RG | BK: Plan & Disclosure Stmt<br>Conducted telephone conference with V. Powers re: ▮ (.1). | 0.10<br>250.00/hr | 25.00 |
| 12/29/2017 RG | BK: Plan & Disclosure Stmt<br>Reviewed and considered draft disclosure statement and made comments to same (1.7); Reviewed and considered draft plan and made comments to same (.9). | 2.60<br>250.00/hr | 650.00 |
| | **For professional services rendered** | **12.60** | **$2,850.00** |

# First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10423

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/19/2017 | RG | BK: Tax Issues<br>Exchanged emails with T. Lancaster of WRDR  re: status of preparation of EGS income tax return (.1). | 0.10<br>250.00/hr | 25.00 |
| 7/3/2017 | RG | BK: Tax Issues<br>Reviewed draft EGS 1120 income tax return (.3); Exchanged emails with V. Powers re: ███████████████ (.1). | 0.40<br>250.00/hr | 100.00 |
| 7/5/2017 | RG | BK: Tax Issues<br>Conducted telephone conference with V. Powers re: ███████████ ████(.1); Exchanged emails with WRDR and Ice Miller re: loss carry back (.2). | 0.30<br>250.00/hr | 75.00 |
| 7/10/2017 | RG | BK: Tax Issues<br>Considered draft income tax return and possible revisions thereto (.2). | 0.20<br>250.00/hr | 50.00 |
| 7/11/2017 | RG | BK: Tax Issues<br>Analyzed draft income tax return and relevant file documents and WRDR worksheets (.5). | 0.50<br>250.00/hr | NO CHARGE |
|  | KK | BK: Tax Issues<br>Analyzed 2016 EGS tax return questions raised by team (.4). | 0.40<br>125.00/hr | 50.00 |
| 7/19/2017 | RG | BK: Tax Issues<br>Reviewed draft 2016 income tax return and questions in preparation for conference call (.1); Conducted telephone conferences with V. Powers (x2) re: ████████████████████████████████ ████████████████████ (.2); Conducted telephone conference with V. Powers, C. Thomas (WRDR) and K. Klonicki re: draft 2016 return, revisions thereto and proper reflection of sale and closure of UPS store, UPS assets, cancellation of debt, etc. (.9) | 1.20<br>250.00/hr | 300.00 |
|  | KK | BK: Tax Issues<br>Reviewed draft 2016 income tax return and questions in preparation for conference call (.1 NC); Conducted telephone conferences with V. | 1.20<br>125.00/hr | NO CHARGE |

Earl Gaudio & Son, Inc

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | Powers (x2) re: ███████ (.2 NC); Attended telephone conference with V. Powers, C. Thomas (WRDR) and R. Gould re: draft 2016 return, revisions thereto and proper reflection of sale and closure of UPS store, UPS assets, cancellation of debt, etc. (.9 NC). | | |
| 7/26/2017 RG | BK: Tax Issues<br>Exchanged emails with C. Thomas and legal team re: changing manner in which Earl Gaudio's shares are held on the return and need to obtain the EIN for his estate, reviewed most recent invoice and projected fees for completion and updated administrative expense spreadsheet (.4). | 0.40<br>250.00/hr | 100.00 |
| 8/28/2017 RG | BK: Tax Issues<br>Reviewed updated 2016 tax returns compared to notes from draft (.3); Exchanged emails with C. Thomas (WRDR) and V. Powers re: further revision required (.1); Signed e-filing forms (.1). | 0.50<br>250.00/hr | 125.00 |
| KK | BK: Tax Issues<br>Reviewed final 2016 tax returns (.2 NC). | 0.20<br>125.00/hr | NO CHARGE |
| **For professional services rendered** | | **5.40** | **$825.00** |

## First Midwest Bank

24509 W. Lockport St. Plainfield, IL 60544

Invoice submitted
to:
Earl Gaudio & Son, Inc

January 19, 2018

Invoice # 10424

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2017 | RG | BK: US SBA Litigation<br>Conducted telephone conference with V. Powers re: ▮▮▮▮ ▮▮▮▮ (.1). | 0.10<br>250.00/hr | 25.00 |
| 8/16/2017 | RG | BK: US SBA Litigation<br>Conducted telephone conference with V. Powers re: ▮▮▮▮ ▮▮▮▮ (.1). | 0.10<br>250.00/hr | 25.00 |
| 11/30/2017 | RG | BK: US SBA Litigation<br>Reviewed and considered draft of renewed and updated motion for summary judgment and made comments to same (.8). | 0.80<br>250.00/hr | 200.00 |
| 12/13/2017 | RG | BK: US SBA Litigation<br>Reviewed and considered ▮▮▮▮ ▮▮▮▮ from T. Crist (.3); Exchanged emails with team re: same (.1); Conducted telephone conference with T. Crist re: ▮▮ (.3); Conducted follow up call with V. Powers re: ▮▮ (.1). | 0.80<br>250.00/hr | 200.00 |
| 12/15/2017 | RG | BK: US SBA Litigation<br>Reviewed updated MSJ draft and executed affidavit for same (.7). | 0.70<br>250.00/hr | 175.00 |
| 12/19/2017 | RG | BK: US SBA Litigation<br>Reviewed and executed revised affidavit (.1); Exchanged emails with counsel re: ▮▮▮▮ (.2). | 0.30<br>250.00/hr | 75.00 |
| 12/20/2017 | RG | BK: US SBA Litigation<br>Reviewed and considered emails from V. Powers re: ▮▮▮▮ ▮▮▮▮ (.2). | 0.20<br>250.00/hr | 50.00 |
| | | **For professional services rendered** | **3.00** | **$750.00** |