# EXHIBIT A

# EXHIBIT A
## ICE MILLER LLP FEE SUMMARY BY MATTER NUMBER
### December 1, 2016 to December 15, 2017

| TIMEKEEPER | TITLE | ADMISSION DATE | BILLING RATE | TOTAL HOURS | TOTAL FEES | Matter 1 General Representation Hours | Fees | Matter 2 Asset Analysis and Recovery Hours | Fees | Matter 3 Asset Disposition Hours | Fees | Matter 5 Case Administration Hours | Fees | Matter 6 Claims Admin and Objections Hours | Fees | Matter 7 Employee Benefits / Pensions Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mario Alvarez | Paralegal | N/A | $150.00 | 0.40 | $60.00 | - | $ - | - | $ - | 0.40 | $60.00 | - | $ - | - | $ - | - | $ - |
| Daniel M. Anderson | Of Counsel | 1996 | $365.00 | 69.30 | $25,294.50 | - | $ - | - | $ - | - | $ - | 23.20 | $8,468.00 | 46.10 | $16,826.50 | - | $ - |
| Vicki Babbert | Paralegal | N/A | $150.00 | 64.40 | $9,660.00 | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - |
| Cheryl Bartelt | Paralegal | N/A | $150.00 | 30.30 | $4,545.00 | - | $ - | 0.60 | $90.00 | 29.70 | $4,455.00 | - | $ - | - | $ - | - | $ - |
| Craig C. Burke | Partner | 1994 | $465.00 | 3.20 | $1,488.00 | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - | 3.20 | $1,488.00 |
| David Chroust | Of Counsel | 1980 | $375.00 | 6.80 | $2,550.00 | - | $ - | - | $ - | 0.80 | $300.00 | 0.50 | $187.50 | 5.50 | $2,062.50 | - | $ - |
| Lynn Cory | Paralegal | N/A | $150.00 | 21.20 | $3,180.00 | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - |
| Tyson A. Crist | Partner | 1999 | $395.00 | 665.10 | $262,714.50 | - | $ - | 38.80 | $15,326.00 | 509.80 | $201,371.00 | 2.40 | $948.00 | 86.50 | $34,167.50 | - | $ - |
| James Goins | Litigation Support | N/A | $150.00 | 0.30 | $45.00 | 0.30 | $45.00 | - | $ - | - | $ - | - | $ - | - | $ - | - | $ - |
| David Hight | Partner | 1985 | $465.00 | 4.30 | $1,999.50 | 0.30 | $139.50 | - | $ - | 2.50 | $1,162.50 | 1.50 | $697.50 | - | $ - | - | $ - |
| Richard Johnson | Partner | 1982 | $470.00 | 1.00 | $470.00 | - | $ - | - | $ - | - | $ - | - | $ - | 1.00 | $470.00 | - | $ - |
| Wendy Joris | Paralegal | N/A | $150.00 | 80.90 | $12,135.00 | - | $ - | - | $ - | 1.80 | $270.00 | - | $ - | - | $ - | - | $ - |
| Ashley Laye | Paralegal | N/A | $150.00 | 0.50 | $75.00 | - | $ - | - | $ - | - | $ - | 0.50 | $75.00 | - | $ - | - | $ - |
| Dean Leffelman | Partner | 2017 | $555.00 | 11.60 | $6,438.00 | - | $ - | - | $ - | 11.60 | $6,438.00 | - | $ - | - | $ - | - | $ - |
| T. Earl LeVere | Partner | 2017 | $420.00 | 2.20 | $924.00 | - | $ - | - | $ - | 2.20 | $924.00 | - | $ - | - | $ - | - | $ - |
| Christopher McCleary | Associate | 2015 | $230.00 | 4.00 | $920.00 | - | $ - | 4.00 | $920.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Victoria E. Powers | Partner | 1991 | $520.00 | 353.90 | $184,028.00 | - | $ - | 10.30 | $5,356.00 | 107.20 | $55,744.00 | 37.40 | $19,448.00 | 61.80 | $32,136.00 | - | $ - |
| Kenneth Rock | Associate | | $270.00 | 1.50 | $405.00 | - | $ - | - | $ - | - | $ - | 1.50 | $405.00 | - | $ - | - | $ - |
| Michael M. Roth | Partner | 1980 | $480.00 | 3.00 | $1,440.00 | - | $ - | - | $ - | 1.80 | $864.00 | - | $ - | 1.20 | $576.00 | - | $ - |
| **TOTAL:** | | | $6,060.00 | 1,323.90 | $518,371.50 | 0.60 | $184.50 | 53.70 | $21,692.00 | 667.80 | $271,588.50 | 67.00 | $30,229.00 | 202.10 | $86,238.50 | 3.20 | $1,488.00 |
| **Blended Rate** | | | $318.95 | | | | | | | | | | | | | | |

#4412600

### EXHIBIT A
### ICE MILLER LLP FEE SUMMARY BY MATTER NUMBER
### December 1, 2016 to December 15, 2017

| TIMEKEEPER | TITLE | ADMISSION DATE | BILLING RATE | TOTAL HOURS | TOTAL FEES | Matter 8 Fee and Employment Applications | | Matter 12 Plan and Disclosure Statement | | Matter 16 Litigation Against 1803, et al. | | Matter 17 US Trustee Communications | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees |
| Mario Alvarez | Paralegal | N/A | $150.00 | 0.40 | $60.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Daniel M. Anderson | Of Counsel | 1996 | $365.00 | 69.30 | $25,294.50 | - | $ - | - | $ - | - | $ - | - | $ - |
| Vicki Babbert | Paralegal | N/A | $150.00 | 64.40 | $9,660.00 | 64.40 | $9,660.00 | - | $ - | - | $ - | - | $ - |
| Cheryl Bartelt | Paralegal | N/A | $150.00 | 30.30 | $4,545.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Craig C. Burke | Partner | 1994 | $465.00 | 3.20 | $1,488.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| David Chroust | Of Counsel | 1980 | $375.00 | 6.80 | $2,550.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Lynn Cory | Paralegal | N/A | $150.00 | 21.20 | $3,180.00 | 21.20 | $3,180.00 | - | $ - | - | $ - | - | $ - |
| Tyson A. Crist | Partner | 1999 | $395.00 | 665.10 | $262,714.50 | - | $ - | 7.20 | $2,844.00 | - | $ - | 20.40 | $8,058.00 |
| James Goins | Litigation Support | N/A | $150.00 | 0.30 | $45.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| David Hight | Partner | 1985 | $465.00 | 4.30 | $1,999.50 | - | $ - | - | $ - | - | $ - | - | $ - |
| Richard Johnson | Partner | 1982 | $470.00 | 1.00 | $470.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Wendy Joris | Paralegal | N/A | $150.00 | 80.90 | $12,135.00 | 73.20 | $10,980.00 | - | $ - | - | $ - | 5.90 | $885.00 |
| Ashley Laye | Paralegal | N/A | $150.00 | 0.50 | $75.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Dean Leffelman | Partner | 2017 | $555.00 | 11.60 | $6,438.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| T. Earl LeVere | Partner | 2017 | $420.00 | 2.20 | $924.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Christopher McCleary | Associate | 2015 | $230.00 | 4.00 | $920.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Victoria E. Powers | Partner | 1991 | $520.00 | 353.90 | $184,028.00 | 87.50 | $45,500.00 | 47.40 | $24,648.00 | 1.90 | $988.00 | 0.40 | $208.00 |
| Kenneth Rock | Associate | | $270.00 | 1.50 | $405.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| Michael M. Roth | Partner | 1980 | $480.00 | 3.00 | $1,440.00 | - | $ - | - | $ - | - | $ - | - | $ - |
| **TOTAL:** | | | $6,060.00 | 1,323.90 | $518,371.50 | 246.30 | $69,320.00 | 54.60 | $27,492.00 | 1.90 | $988.00 | 26.70 | $9,151.00 |
| **Blended Rate** | | | $318.95 | | | | | | | | | | |

#4412600