

LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480973
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Asset Analysis and Recovery
       Our Matter No. 35066.0002

## INVOICE SUMMARY

For Services rendered through August 15, 2017

| | |
|---|---|
| Professional Services | $156.00 |
| Disbursements | $0.00 |
| **Total Current Invoice** | **$156.00** |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1480973
August 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| **Small Business Administration** | | | |
| 07/21/2017 | POWE V | Considered next steps for resolution of SBA Adversary Proceeding in light of auction results. | 0.20 |
| 07/24/2017 | POWE V | Conferred with Rachael Gould ███████████ ██████████████████. | 0.10 |
| **Subtotal for Small Business Administration** | | | **$156.00** |
| **Total Professional Services** | | | **$156.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 0.30 | 520.00 | $156.00 |
| **Total Professional Services** | **0.30** | | **$156.00** |

### COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 07/26/2017 | eDiscovery Documents & Data Protection | 1.00 | 90.00 | N/C |
| **Total Cost Advanced** | | **1.00** | | **$0.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $156.00 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480974
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Disposition
        Our Matter No. 35066.0003

## INVOICE SUMMARY

For Services rendered through August 15, 2017

| | |
|---|---:|
| Professional Services | $48,956.50 |
| Disbursements | $294.70 |
| **Total Current Invoice** | **$49,251.20** |



deals done

525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/16/2017 | CRIS T | Continued to review the Purchase and Sale Agreement and made comments on and revisions to the same. | 2.60 | 395.00 | $1,027.00 |
| 07/17/2017 | CRIS T | Attention to the Revised Bid Procedures and considered how to proceed with respect to the Auction (.8); prepared correspondence to forward the revised bid procedures and Letter of Intent to Offutt's counsel (.4); prepared a revised script for the Auction of 1803 Georgetown Road, Tilton, Illinois and correspondence to Hilco and the Custodian concerning the same (.9); prepared an update to the Custodian with respect to ▮▮▮▮▮ (.1); prepared an update to Hilco regarding participation in the auction (.2); corresponded with the Custodian ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (.4); considered issues to discuss with respective bidder's counsel (.2); attempted to conference with and left Jacobs a message concerning the letter of intent (.1); continued to review documents and prepare for the Auction (.8); conferenced with Gould regarding ▮▮▮▮▮▮▮▮▮▮▮ (.6); prepared correspondence to Jacobs, the Custodian and Hilco concerning the details of the auction and related information (.6); reviewed the signed letter of intent received from Jacobs (.5); conferenced with Gould concerning ▮▮▮▮▮▮▮▮ (.2); conferenced with Hight concerning sale to a land trust (.2); prepared correspondence to the Custodian regarding ▮▮▮▮▮▮ (.3); conferenced with Schneider and Beck concerning the auction and preparation for the same (.1). | 6.40 | 395.00 | $2,528.00 |
| 07/17/2017 | POWE V | Prepared for auction, including development of script and attention to open issues with identified bidder (.30); conferred with Rachael Gould regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮ (.50). | 0.80 | 520.00 | $416.00 |
| 07/18/2017 | CRIS T | Considered another Auction Exhibit to include and further revisions to the script (.2); made | 6.20 | 395.00 | $2,449.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | further edits to the Auction script (.7); prepared correspondence to Schneider concerning the revised Auction script (.2); continued to prepare for the Auction (.5); conferenced with Schneider concerning the script and Auction (.2); prepared for, met with the court reporter, and conducted the Auction of 1803 Georgetown Road (.8); conferenced with Gould ███████████████████████ ██████████████ (.2); reviewed prior communications concerning the sale of distributorship rights and prepared correspondence to counsel for Anheuser-Busch (AB InBev) concerning the Budweiser sign (1.2); drafted the Amended Escrow Trust Instructions pursuant to the outcome of the Auction and considered revisions concerning disbursement of the Bid Deposit (2.0); reviewed the revisions to be made to the Purchase and Sale Agreement (.1); prepared a response to Schneider concerning the real estate assessment issues (.1). | | | |
| 07/18/2017 | POWE V | Reviewed and revised auction script (.40); exchanged communications with client team regarding ████████████████████ ███████ (.20); participated in auction (.70). | 1.30 | 520.00 | $676.00 |
| 07/19/2017 | CRIS T | Revised the Amended Escrow Trust Instructions and prepared the Exhibits thereto (.8); prepared correspondence to Jacobs concerning the Amended Escrow Trust Instructions and other related sale issues (.5); considered how to proceed regarding Amended Escrow Instructions with respect to the issues raised by Jacobs (.5); reviewed and made revisions to the Purchase and Sale Agreement in conjunction with the results of the Auction and to capture the prior agreements and Revised Bid Procedure (3.1); prepared correspondence to Jacobs regarding his voice mail, the draft Purchase and Sale Agreement and execution of the Amended Escrow Trust Instructions (.1). | 5.00 | 395.00 | $1,975.00 |
| 07/19/2017 | POWE V | Conference with Rachael Gould regarding ███ | 0.30 | 520.00 | $156.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ▮▮▮▮▮▮▮▮▮▮ (.10); analysis of sale of 1803 issues in connection with terms of sale to successful bidder, sale of AB signage, broker's commission, apportionment of costs (.20). | | | |
| 07/20/2017 | CRIS T | Attention to the status of the Amended Escrow Trust Instructions and concerns of the Purchaser (.3); conferenced with Jacobs regarding the Amended Escrow Trust Instructions and issues concerning the land trust purchase (.3); prepared correspondence to Gould concerning ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (.5). | 1.10 | 395.00 | $434.50 |
| 07/21/2017 | CRIS T | Considered issues with respect to the assumption and assignment of the distribution agreement (.4); conferenced with the Custodian ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (.5); attention to voice message from Jacobs (.2); prepared correspondence to Hilco concerning a walkthrough, countersignature of the Amended Escrow Trust Instructions and related sale issues (.3); conferenced with Mulvaney at First Financial Bank regarding Trust No. 5370 (.2); attention to correspondence form Hilco concerning a walkthrough (.1); conferenced with Gould concerning ▮▮▮▮▮▮▮▮▮▮ (.2); considered the ▮▮▮▮▮▮ from the Custodian regarding ▮▮▮▮▮▮ (.2); attention to the Custodian's response to ▮▮▮▮▮▮ (.1); reviewed the Amended Escrow Trust Instructions signed by the Escrow Trustee and assembled the full version (.3); prepared correspondence to Jacobs forwarding the same and addressing the open items to resolve prior to closing (.6). | 3.10 | 395.00 | $1,224.50 |
| 07/21/2017 | POWE V | Analysis of all remaining asset disposition issues (.40); conference with client team regarding ▮▮▮▮▮▮ (.50); exchanged communications with Rachael | 1.10 | 520.00 | $572.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Gould regarding ▮▮▮▮▮▮▮▮ (.20). | | | |
| 07/24/2017 | CRIS T | Prepared correspondence to Beck concerning preparations for closing the sale of 1803 Georgetown Road (.2); considered issues to discuss with the successful bidder's counsel, Jacobs (1.1); conferenced with Jacobs and O'Shaughnessy regarding the sale and closing for 1803 Georgetown Road (.4); considered next steps and prepared an update to the Custodian with respect to ▮▮▮▮▮ (.7); prepared correspondence to Beck and Schneider concerning access to 1803 Georgetown Road (.2); conferenced with Schneider and Beck concerning the sale closing and issues related to the same (.2); prepared updates to the Custodian concerning ▮▮▮▮▮▮▮ (.3); attention to correspondence from and responded to Saikley with respect to the sale of 1803 Georgetown Road (.2); revised the Purchase and Sale Agreement to send to Saikley (1.7). | 5.00 | 395.00 | $1,975.00 |
| 07/24/2017 | CRIS T | Attention to correspondence from the Custodian concerning ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.6); considered next steps in closing the sale of 1803 Georgetown Road (1.0). | 1.60 | 395.00 | $632.00 |
| 07/24/2017 | POWE V | Considered sale of building and broker's comments regarding interested buyers (.10); conferred with Rachael Gould regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.10); conference with Gould regarding ▮▮▮▮▮▮▮▮ (.10). | 0.30 | 520.00 | $156.00 |
| 07/25/2017 | CRIS T | Reviewed correspondence, pleadings and documents with respect to the use and sale of certain property in relation to the Purchase and Sale Agreement (.40); considered the options in addressing the same (1.0); continued to consider and determine how to proceed with respect to various issues within the Purchase and Sale Agreement (1.2); further revised the Purchase and Sale Agreement to address | 4.30 | 395.00 | $1,698.50 |

Asset Disposition
Our Matter No. 35066.0003

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | certain personal property and related issues (1.6); prepared correspondence to Saikley concerning the draft Purchase and Sale Agreement (.1). | | | |
| 07/25/2017 | POWE V | Considered and analyzed issues with rights to signage and collectibles and valuation issues in connection with sale of items and recommended next steps. | 0.50 | 520.00 | $260.00 |
| 07/25/2017 | LEVE E | Reviewed and considered trademark and contract issues related to Anheuser-Busch branded signage on the client's building, and the transfer of same with the title to the building. | 1.00 | 420.00 | $420.00 |
| 07/26/2017 | HIGH D | Call with Crist regarding real estate contract and analyzed Illinois issues. | 0.50 | 465.00 | $232.50 |
| 07/26/2017 | CRIS T | Prepared to discuss the Purchase and Sale Agreement with Saikley and identified follow-up issues (.5); conferenced with Saikley concerning various issues relating to the Purchase and Sale Agreement (.4); prepared an update to Gould regarding t█████████ ███████ (.1); reviewed the real estate taxes and prepared to discuss with Vermilion County (1.1); conferenced with Long in the Vermilion County Clerk's office, twice, to obtain the current amounts due for real estate taxes (.5); prepared correspondence to Klonicki concerning ██████████████ (.5); considered issues to discuss with Hilco and conferenced with Beck about the walkthrough and closing agent fees (.5); reviewed further documents and prior correspondence regarding the Vermilion real estate taxes (.5); attention to communications from Saikley and Anderson at Chicago Title with respect to a closing and related issues (.1); conferenced with Saikley regarding comments on the Purchase and Sale Agreement (.3); made edits to the Purchase and Sale Agreement following the call with Saikley (.9); prepared follow-up correspondence to Saikley concerning further issues regarding the Purchase and Sale Agreement and steps toward | 6.50 | 395.00 | $2,567.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | closing (.3); considered the issues to further review with the Purchase and Sale Agreement (.3); attention to correspondence from the Custodian and prepared a response with respect to ███████████ ████████████ (.4); attention to message from the Vermilion County Clerk regarding real estate taxes (.1). | | | |
| 07/27/2017 | LEFF D | Review real estate contract for Illinois issues (1.50); provide suggested comments (1.0). | 2.50 | 555.00 | $1,387.50 |
| 07/27/2017 | CRIS T | Reviewed parcel information and legal descriptions, along with prior County Clerk Certificates and redacted documents with respect to the real estate taxes (1.0); returned call to and conferenced with Long in the Vermilion County Clerk's office concerning real estate taxes (.7); considered how to proceed with respect to the real estate taxes (.1); conferenced with the Custodian regarding ██████████████████████ (.4); considered how to proceed in regard to tax and valuation issues (.5); attention to various documents concerning the allocation of value issue (.4); considered the Closing Date and timing thereof (.1); conferenced with Gould regarding ██████████████████████ (.9); analyzed various issues with the Purchase and Sale Agreement and related auction issues (.7); considered issues to discuss with Saikley, attempted to conference with him and left a message (.8); attention to various closing issues (.2); reviewed the forfeiture and redemption amounts received from Long at the Vermilion County Clerk's office and prepared an update to the Custodian concerning ███ ███ (1.0); | 6.80 | 395.00 | $2,686.00 |
| 07/27/2017 | POWE V | Analysis of issues related to sale of building and allocation request from buyer and reviewed documents and background materials in connection with same (1.40); exchanged communications with and conference with Rachael Gould regarding ████████████ | 1.70 | 520.00 | $884.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | (.30). | | | |
| 07/28/2017 | CHRO D | Conference with Crist in connection with release requested by Offutt. | 0.20 | 375.00 | $75.00 |
| 07/28/2017 | LEFF D | Continue review of contract; work on title company affidavit. | 0.50 | 555.00 | $277.50 |
| 07/28/2017 | CRIS T | Prepared a draft update to Gould on ████ ████ (.1); attention to transcript and signage issues and responded to the Custodian concerning ████ (.2); conferenced with Saikley concerning issues and concerns with respect to the Purchase and Sale agreement, and an Assignment of Bid document and related matters (.8); considered the issues discussed with Saikley and made a few revisions to the Purchase and Sale Agreement (.5); prepared an update to the Custodian regarding ████████ ████ (.6); continued to incorporate revisions into the Purchase and Sale Agreement based on ████ from the Custodian (.6); made revisions to the Purchase and Sale Agreement (1.9). | 4.70 | 395.00 | $1,856.50 |
| 07/28/2017 | POWE V | Conferences with client team regarding ████ ████ (.20), closing and real estate tax issues (.40); analyzed real estate tax issues in light of prior agreement with County and changes in tax multiplier (.20); considered AB's position on AB signage and costs for removal, alternatives for addressing (.20); conference with Rachael Gould regarding ████ (.10). | 1.10 | 520.00 | $572.00 |
| 07/29/2017 | LEFF D | Email to CTT counsel inquiring about Gap Affidavit. | 0.40 | 555.00 | $222.00 |
| 07/29/2017 | CRIS T | Reviewed correspondence from Saikley, Purchaser's counsel, with respect to Purchase and Sale Agreement issues, considered the same and anticipated revisions, and prepared a response to Saikley concerning the same. | 2.00 | 395.00 | $790.00 |
| 07/30/2017 | CRIS T | Prepared a checklist of closing preparations | 0.70 | 395.00 | $276.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | concerning the sale of 1803 Georgetown Road. | | | |
| 07/31/2017 | CHRO D | Reviewed the proposed release language proposed by Offutt for Sale Agreement; prepared communication regarding the consolidated State Court case involving Paul Offutt in connection with release requested by Offutt. | 0.60 | 375.00 | $225.00 |
| 07/31/2017 | LEFF D | Emails to and from D Nelson of CTT regarding title issues in connection with transfer of property (.20); review materials from title company (.50); work on contract provisions related to tax pro-rations (1.3). | 2.00 | 555.00 | $1,110.00 |
| 07/31/2017 | CRIS T | Reviewed the prior Settlement, Consent Decree and Judgment Entry and Access Easement and drafted another provision concerning the same to incorporate into the Purchase and Sale Agreement (1.50); attention to title issues, conferenced with Sauro at Chicago Title concerning the same and prepared correspondence forwarding the Sale Order and prior appointment of Custodian orders (.7); prepared further language to the Purchase and Sale Agreement concerning the Access Easement (.3); prepared correspondence to the Custodian concerning ██████████ (.3); further revised the Purchase and Sale Agreement and ██████ to the Custodian ██████ (1.5); conferenced with Gould on ██████ (.4); prepared correspondence to Saikley concerning the status of the Purchase and Sale Agreement and closing date (.2); prepared correspondence to Thomas at Werner Rogers concerning allocation and taxes (.6); made further revisions to the Purchase and Sale Agreement based on ██████ from the Custodian and ██████ (1.1); drafted a portion of an Assignment of Bid Agreement for the successful bidder and purchaser (.9). | 7.50 | 395.00 | $2,962.50 |
| 08/01/2017 | CRIS T | Continued to prepare and finalize the Assignment of Bid Agreement (1.4); reviewed | 6.10 | 395.00 | $2,409.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | the equipment itemization received from Saikley and prepared correspondence to the Custodian concerning ▆▆▆▆ (.3); finalized the draft of the Purchase and Sale Agreement to send to Saikley, counsel for the Purchaser, along with the Assignment of Bid Agreement (1.70); prepared correspondence to Saikley concerning the same and the status of the sale negotiations (.30); reviewed correspondence from Saikley concerning the Purchase and Sale Agreement and ▆▆▆▆▆▆ to the Custodian (.4); prepared correspondence to the Custodian with respect to t▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (1.0); revised the Assignment of Bid Agreement (.50); prepared correspondence to Saikley concerning the same, along with discussing the Purchase and Sale Agreement issues (.50). | | | |
| 08/01/2017 | POWE V | Analysis of issues presented by successful bidder's position on sale terms. | 0.50 | 520.00 | $260.00 |
| 08/02/2017 | CRIS T | Responded to Sauro with pleadings requested concerning the sale of 1803 Georgetown Road (.6); conferenced with Gould concerning ▆▆▆▆ ▆▆▆▆▆▆▆ (.4); reviewed the Amended Escrow Trust Instructions (.1); reviewed the correspondence from Saikley with respect to the Purchase and Sale Agreement issues and considered responses to the same (.6); prepared to and conferenced with Saikley regarding the Purchase and Sale Agreement issues and positions on the same (1.1); considered how to proceed in light of issues with the Purchase and Sale Agreement (1.0); reviewed the transcript of the auction and conferenced with Gould concerning ▆▆▆▆ ▆▆▆▆▆▆▆ (.5); conferenced with Beck concerning the status of the sale (.1); conferenced with Saikley concerning the Purchase and Sale Agreement issues (.3); communications with Gould regarding ▆▆▆▆ ▆▆▆▆▆▆▆ (.5). | 5.20 | 395.00 | $2,054.00 |
| 08/03/2017 | LEFF D | Review pro forma policy and provide comments. | 0.40 | 555.00 | $222.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/2017 | CRIS T | Conferenced with Gould regarding ▬▬ ▬ (.8); considered communication from Saikley (.10) conferenced with Gould concerning ▬▬ (.5); further communications with Saikley concerning the resolution and an extension of the closing date (.3); conferenced with Gould concerning ▬▬e (.1); conferenced with Anderson at Chicago Title regarding an extension of the Closing Date and prepared a written notice to confirm (.8); further communications with Saikley concerning the proposal by bidder to resolve dispute (.6). | 3.20 | 395.00 | $1,264.00 |
| 08/03/2017 | POWE V | Conferred with Rachael Gould regarding ▬▬. | 0.10 | 520.00 | $52.00 |
| 08/04/2017 | CRIS T | Prepared an update to Gould concerning ▬ ▬▬ (1.2); made revisions to the Purchase and Sale Agreement concerning treatment of real estate taxes (.5). | 1.70 | 395.00 | $671.50 |
| 08/06/2017 | CRIS T | Reviewed the invoice from Hilco for commission and expenses in conjunction with the Application and Order to Employ and made conclusions concerning the same. | 0.50 | 395.00 | $197.50 |
| 08/07/2017 | CRIS T | Considered communication from Saikley (.1); reviewed the transcript of the Auction and considered how to respond to Saikley (1.2); conferred with Gould on ▬▬ (.1); prepared for conference with Saikley regarding the resolution of purchase issues (.7); communication to Saikley (.3). | 2.40 | 395.00 | $948.00 |
| 08/08/2017 | CRIS T | Considered the status of the communications with Saikley and ▬▬ to the Custodian (.4); conferenced with Saikley concerning the status of resolving the purchaser issues (.2); prepared updates to the Custodian regarding ▬▬ ▬▬ | 2.00 | 395.00 | $790.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | █████ (.5); prepared correspondence to Saikley forwarding the transcript of the auction for review and setting forth a proposed resolution (.9). | | | |
| 08/09/2017 | CRIS T | Reviewed the letter from Saikley with proposals, considered the same and prepared correspondence to the Custodian ████ █████████████████ (.7); attention to correspondence from the Custodian concerning ████████ (.1); considered points for response to proposal by Saikley (.5); conferenced with Gould concerning ██████████████████ ████ (.6); prepared correspondence to Saikley to set forth the Custodian's final proposal for sale of 1803 Georgetown Road (2.1); prepared a response to the inquiry from O'Loughlin concerning the result of the auction process for 1803 Georgetown Road (.2). | 4.20 | 395.00 | $1,659.00 |
| 08/09/2017 | POWE V | Exchanged communications with Rachael Gould regarding ████████████ ████ | 0.10 | 520.00 | $52.00 |
| 08/10/2017 | CRIS T | Conferenced with Gould regarding ██████ ████████████████████████ (.2); revised and finalized the correspondence to Saikley regarding the proposed resolution of objections to closing a sale (1.9); prepared correspondence to O'Loughlin concerning the status of the sale of 1803 Georgetown Road (.4); responded to correspondence from Schneider concerning the status of a sale (.2); communication to Saikley concerning delivery of the response on resolution (.2); considered the Amended Escrow Trust Instructions and Revised Bid Procedures, and how to proceed in noticing the Escrow Trustee (.6); prepared an update to the Custodian concerning ██████ (.2); responded to correspondence from O'Loughlin regarding the bid (.1). | 3.80 | 395.00 | $1,501.00 |
| 08/11/2017 | CRIS T | Considered how to address and notify the Escrow Trustee of a dispute under the Amended Escrow Trust Instructions (.2); | 4.40 | 395.00 | $1,738.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | drafted instructions to the Escrow Trustee under the Amended Escrow Trust Instructions (.3) exchanged communications with Saikley (.1); conferenced with Saikley concerning the counter-proposal for a sale of 1803 Georgetown Road (.5); conferenced with Gould ███████████ (.3); reviewed the communications from Saikley concerning not closing the transaction and notifying the Escrow Trustee of a dispute (.2); considered how to respond to the Bidder (.5); prepared correspondence with Notice and Instructions to the Escrow Trustee with respect to the Bid Deposit (1.0); prepared communication to Saikley setting forth a counter-proposal for the sale of 1803 Georgetown Road on new terms (1.3). | | | |
| 08/11/2017 | POWE V | Considered proposal from buyer and ████████████ to client team on ████████. | 0.10 | 520.00 | $52.00 |
| 08/13/2017 | CRIS T | Reviewed the status of communications with respect to the sale of 1803 Georgetown Road and next steps. | 0.20 | 395.00 | $79.00 |
| 08/14/2017 | CRIS T | Reviewed the status of matters with 1803 Georgetown Road and resolution of the sale matters (.1); conferenced with Saikley regarding resolution of the sale dispute (.1); considered and prepared correspondence to the Custodian regarding ███████████ ███████████ (.6); prepared follow-up correspondence to Major concerning ███████████ ███████████ (.5); attention to ███████ from Major and considered our approach toward resolving the bid deposit issues (.4); prepared a reply to Major concerning ███████████ (.3). | 2.00 | 395.00 | $790.00 |
| 08/14/2017 | POWE V | Analysis of buyer's position on sale terms and provided ███████ to client team. | 0.10 | 520.00 | $52.00 |
| 08/15/2017 | CRIS T | Considered a response to Saikley's last proposal and conferenced with Major concerning ████ (.5); considered the approach toward certain issues with the | 2.20 | 395.00 | $869.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | modified sale terms and prepared to discuss with Saikley (.7); reviewed the Motion and Orders on the Revised Bid Procedures and Sale with respect to obligations and the Bid Deposit (.5); conferenced with Saikley concerning the Custodian's position on the Bid Deposit (.3); prepared an update to the Custodian with respect to ███████████ (.2). | | | |
| 08/15/2017 | POWE V | Considered sale issues with Buyer. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | [plus 1.0 @ $520 from matter 5] | **118.60** | | **$48,956.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Tyson Crist | 101.40 | 395.00 | $40,053.00 |
| Victoria Powers | 9.10 | 520.00 | $4,722.00 |
| David Hight | 0.50 | 465.00 | $232.50 |
| Dean Leffelman | 5.80 | 555.00 | $3,219.00 |
| T. Earl LeVere | 1.00 | 420.00 | $420.00 |
| David Chroust | 0.80 | 375.00 | $300.00 |
| **Total Professional Services** | **118.60** | | **$48,956.50** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Courier Expense | 2.00 | 15.18 | $28.20 |
| 07/27/2017 | 3 certified copies of Docket 662, Agreed Order Granting Second Motion of Debtor Pursuant to 11 U.S.C. 106 and 363 and Bankruptcy Rules 2002 and 6004 for Entry of an Order Approving a Sale of 1803 Georgetown Road, Tilton, Illinois Free | 1.00 | 43.50 | $43.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1480974
August 23, 2017

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | and Clear of all Liens, Claims, Encumbrances and Interests | | | |
| 07/21/2017 | Court Reporter for 7/18/17 telephonic auction of 1803 Georgetown Road (Spectrum Reporting Reference No. 25231). | 1.00 | 80.00 | $80.00 |
| 08/04/2017 | Court Reporting for the Auction of 1803 Georgetown Road | 1.00 | 143.00 | $143.00 |
| 07/19/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SALEOFINTELLECT | 1.00 | 106.43 | N/C |
| 07/25/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SALEOFINTELLECT | 1.00 | 509.55 | N/C |
| 07/18/2017 | Photocopies | 72.00 | 0.15 | N/C |
| 07/19/2017 | Photocopies | 50.00 | 0.15 | N/C |
| 07/27/2017 | Photocopies | 2.00 | 0.15 | N/C |
| **Total Cost Advanced** | | **131.00** | | **$294.70** |

**Total Invoice Balance Due**  $49,251.20



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480975
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Case Administration
        Our Matter No. 35066.0005

## INVOICE SUMMARY

For Services rendered through August 15, 2017

Professional Services                                             $1,643.50

**Total Current Invoice**                                    **$1,643.50**



Case Administration
Our Matter No. 35066.0005

Invoice No. 1480975
August 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/18/2017 | POWE V | Reviewed backup from WRDR regarding taxes and prepared for conference with WRDR regarding preparation of tax returns (.80); exchanged communications with client team regarding ███████ (.10). | 0.90 | 520.00 | $468.00 |
| 07/19/2017 | POWE V | Considered request for information from Cathy Thomas at WRDR; pulled information, reviewed court orders and responded to Ms. Thomas and exchanged further emails with Ms. Thomas re same (.30); conference with Rachael Gould and Kim Klonicki ██ ████████ (.10); reviewed information in preparation for call with WRDR (.10); conference with Custodian and Cathy Thomas at WRDR (.80); forwarded information requested by WRDR (.20); conference with client team re ████ (.20). | 1.70 | 520.00 | $884.00 |
| 07/21/2017 | POWE V | Considered and responded to inquiry from Rachael Gould related to ████████████ | 0.20 | 520.00 | $104.00 |
| 07/24/2017 | CHRO D | Drafted e-mail to Rachael Gould and telephone conference with Attorney Smallhorn regarding the ██████████. | 0.30 | 375.00 | $112.50 |
| 07/26/2017 | CHRO D | Reviewed e-mail from Attorney Smallhorn and drafted e-mail to client team regarding ██████ | 0.20 | 375.00 | $75.00 |
| 08/02/2017 | POWE V | Analysis of status of sale issue and options for closing and strategized regarding resolution for completion of matter.  [Matter 3] | 1.00 | 520.00 | $520.00 |
| **Total Professional Services** | | | **3.30** | | **$1,643.50** |

Case Administration
Our Matter No. 35066.0005

Invoice No. 1480975
August 23, 2017

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 2.80 | 520.00 | $1,456.00 |
| David Chroust | 0.50 | 375.00 | $187.50 |
| **Total Professional Services** | **3.30** | | **$1,643.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,643.50 |



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480976
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Claims Administration and Objections
        Our Matter No. 35066.0006

## INVOICE SUMMARY

For Services rendered through August 15, 2017

| | |
|---|---|
| Professional Services | $11,615.50 |
| Disbursements | $0.00 |
| **Total Current Invoice** | **$11,615.50** |



deals done

525+ transactions closed worth in excess of $20 billion in the past 5 years

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1480976
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/18/2017 | ANDE D | Email correspondence with client regarding ███████ (.6); drafted and finalized proposal to AUSA Hoff regarding same (.6). | 1.20 | 365.00 | $438.00 |
| 07/18/2017 | POWE V | Analysis of IRS tax claims settlement proposal (.10); exchanged communications with client team regarding ███████████ (.10). | 0.20 | 520.00 | $104.00 |
| 07/19/2017 | ANDE D | Reviewed response from AUSA Hoff regarding IRS claims. | 0.20 | 365.00 | $73.00 |
| 07/20/2017 | CRIS T | Reviewed the prior claims waterfall analyses, made updates thereto, and prepared a solvency analysis in preparation to discuss with the Custodian (3.0); considered priority claim issues and responded to correspondence from the Custodian concerning ██████ (.4). | 3.40 | 395.00 | $1,343.00 |
| 07/20/2017 | ANDE D | Analyzed in depth the secured claim of the IRS and bases to reduce it in order to formulate response to AUSA Hoff and drafted recommendation to client regarding ██████. | 2.90 | 365.00 | $1,058.50 |
| 07/20/2017 | POWE V | Preliminary analysis of IRS Tax claim settlement proposals and IRS's rights to secured claims (.50); analysis of secured, administrative and priority claims in connection with resolution of matter (.80); considered issues on wage holder priority claims (.20) | 1.50 | 520.00 | $780.00 |
| 07/21/2017 | CRIS T | Prepared for conference with the Custodian to discuss an analysis of potential distribution (.2); conferenced with the Custodian to discuss ████████████████████ (.5). | 0.70 | 395.00 | $276.50 |
| 07/21/2017 | ANDE D | Further analyzed IRS secured and priority claims and revised ██████████ to client. | 0.50 | 365.00 | $182.50 |
| 07/21/2017 | POWE V | Analysis of all outstanding claims and obligations (1.20); conference with client team regarding ████████████████ (.50); further analysis of IRS tax claims and settlement options (.60); prepared revisions to communication to Hoff re IRS Claim (.10). | 2.40 | 520.00 | $1,248.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1480976
August 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/24/2017 | ANDE D | Prepared email to client regarding ███ ███████ (.6); worked on and finalized response to IRS proposal to resolve claim (1.5). | 2.10 | 365.00 | $766.50 |
| 07/24/2017 | POWE V | Negotiated terms of settlement with IRS regarding IRS tax claims | 0.20 | 520.00 | $104.00 |
| 07/25/2017 | ANDE D | Reviewed IRS response to revised proposal (.5); prepared email to client ███ (.6); prepared email to AUSA Hoff accepting proposal (.1). | 1.20 | 365.00 | $438.00 |
| 07/25/2017 | POWE V | Considered IRS settlement response and recommendation to client team (.10); reviewed final terms of agreement and prepared proposed Agreed Order resolving dispute over IRS Claims (1.10), prepared communication to Rachael Gould ███████ (.10). | 1.30 | 520.00 | $676.00 |
| 07/26/2017 | POWE V | Exchanged communication with client team regarding ██████ (.10); reviewed and revised IRS settlement agreed order (.20); prepared communication to Hoff regarding settlement terms (.10); reviewed comments and revised agreement (.20), prepared communication to Rachael Gould regarding ███ (.10); exchanges with Gould regarding ████ (.20); prepared communication to Hoff regarding revisions and further terms (.20); considered additional IRS settlement terms proposed by IRS (.10); exchanged communications with client team regarding ██ (.10); exchanged communications with Hoff regarding same (.10); revised and finalized agreed order memorializing agreement (.10). | 1.50 | 520.00 | $780.00 |
| 07/27/2017 | POWE V | Exchanged multiple communications with client team regarding ██████ ███ (.10); exchanged multiple communications with Dave Hoff regarding information required by IRS and payment terms (.20); prepared communications circulating entered order and providing IRS with copy of check and required tracking information (.10). | 0.40 | 520.00 | $208.00 |

Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1480976
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/28/2017 | CRIS T | Conferenced with Gould concerning ▓▓▓▓ ▓▓▓▓ (.7); considered how to approach the real estate taxes and prepared a response to the Clerk's Office and Treasurer concerning the same to request a tax reduction (2.7); considered the AB sign issues, removal and obligations regarding the same and prepared correspondence to the Custodian (.9). | 4.30 | 395.00 | $1,698.50 |
| 07/31/2017 | CRIS T | Considered the ▓▓▓▓▓▓ raised by the Custodian (.5); discussed ▓▓▓▓ with Gould and ▓▓▓▓▓ (.2); considered the quadrennial assessment and equalization for 2016 in relation to the tax assessment challenge (.6); prepared correspondence to the Custodian with respect to ▓▓▓▓▓▓▓▓▓▓ (.4). | 1.50 | 395.00 | $592.50 |
| 07/31/2017 | POWE V | Analyzed RE tax issues in connection with closing of warehouse sale (.90); exchanged communications with client team regarding ▓▓ ▓▓▓▓▓ (.20). | 1.10 | 520.00 | $572.00 |
| 08/08/2017 | CRIS T | Updated the Master Claims Chart with respect to the Internal Revenue Service's claims under the Agreed Order, along with the distribution analysis. | 0.70 | 395.00 | $276.50 |
| **Total Professional Services** | | | **27.30** | | **$11,615.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 10.60 | 395.00 | $4,187.00 |
| Victoria Powers | 8.60 | 520.00 | $4,472.00 |
| Daniel Anderson | 8.10 | 365.00 | $2,956.50 |
| **Total Professional Services** | **27.30** | | **$11,615.50** |

Claims Administration and Objections                                     Invoice No. 1480976
Our Matter No. 35066.0006                                                     August 23, 2017

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | Color Photocopies | 5.00 | 0.75 | N/C |
| **Total Cost Advanced** | | **5.00** | | **$0.00** |

**Total Invoice Balance Due**                                                    $11,615.50



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480977
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Fee and Employment Applications
        Our Matter No. 35066.0008

## INVOICE SUMMARY

For Services rendered through August 15, 2017

Professional Services                                           $2,704.00

**Total Current Invoice**                                       **$2,704.00**



Fee and Employment Applications                                        Invoice No. 1480977
Our Matter No. 35066.0008                                              August 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/17/2017 | POWE V | Conference with Rachael Gould regarding ▮ ▮ (.30); reviewed invoices in connection with fee applications (.40). | 0.70 | 520.00 | $364.00 |
| 07/21/2017 | POWE V | Analysis of fee application issues (.20); conference with client team regarding ▮ (.20). | 0.40 | 520.00 | $208.00 |
| 07/26/2017 | POWE V | Reviewed Custodian's time entries for fee application. | 0.40 | 520.00 | $208.00 |
| 07/30/2017 | POWE V | Reviewed Custodian's invoices in connection with preparation of fee application. | 1.10 | 520.00 | $572.00 |
| 08/03/2017 | POWE V | Prepared communication to Rachael Gould regarding ▮ | 0.10 | 520.00 | $52.00 |
| 08/04/2017 | POWE V | Conference with Rachael Gould re ▮ ▮ | 2.00 | 520.00 | $1,040.00 |
| 08/07/2017 | POWE V | Conferences and exchanged communications with Rachael Gould re ▮ ▮. | 0.50 | 520.00 | $260.00 |
| **Total Professional Services** | | | **5.20** | | **$2,704.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 5.20 | 520.00 | $2,704.00 |
| **Total Professional Services** | **5.20** | | **$2,704.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $2,704.00 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480978
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Plan and Disclosure Statement
        Our Matter No. 35066.0012

## INVOICE SUMMARY

For Services rendered through August 15, 2017

Professional Services                                        $3,810.50

**Total Current Invoice**                                    **$3,810.50**



**deals** *done*
525+ transactions closed worth in excess of **$20 billion** in the past **5 years**

Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1480978
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/21/2017 | CRIS T | Conferenced with the Custodian to discuss ▮ ▮ | 0.30 | 395.00 | $118.50 |
| 07/21/2017 | POWE V | Analysis of Plan and Disclosure Statement issues (.20); conference with client team regarding ▮ (.10). | 0.30 | 520.00 | $156.00 |
| 07/25/2017 | POWE V | Drafted portions of Disclosure Statement. | 2.00 | 520.00 | $1,040.00 |
| 08/02/2017 | POWE V | Attention to preparation of Disclosure Statement. | 2.00 | 520.00 | $1,040.00 |
| 08/03/2017 | POWE V | Drafted portions of Plan and Disclosure Statement. | 0.40 | 520.00 | $208.00 |
| 08/11/2017 | POWE V | Prepared portions of proposed plan and disclosure statement. | 2.40 | 520.00 | $1,248.00 |
| **Total Professional Services** | | | **7.40** | | **$3,810.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 0.30 | 395.00 | $118.50 |
| Victoria Powers | 7.10 | 520.00 | $3,692.00 |
| **Total Professional Services** | **7.40** | | **$3,810.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $3,810.50 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1480979
August 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    US Trustee Communication Activities
       Our Matter No. 35066.0017

## INVOICE SUMMARY

For Services rendered through August 15, 2017

Professional Services                                                    $549.00

**Total Current Invoice**                                        **$549.00**



525+ transactions closed worth in excess of $20 billion in the past 5 years

US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1480979
August 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/27/2017 | CRIS T | Prepared correspondence to Klonicki with respect to ███████████. | 0.70 | 395.00 | $276.50 |
| 07/28/2017 | JORI W | Reviewed and prepared redactions to June bankruptcy report in order to prepare for submission to court. | 0.30 | 150.00 | $45.00 |
| 08/02/2017 | CRIS T | Reviewed the redacted Monthly Operating Report for June 2017 for filing. | 0.50 | 395.00 | $197.50 |
| 08/02/2017 | JORI W | Finalized and submitted monthly operating report with the court. | 0.20 | 150.00 | $30.00 |
| **Total Professional Services** | | | **1.70** | | **$549.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 1.20 | 395.00 | $474.00 |
| Wendy J. Joris | 0.50 | 150.00 | $75.00 |
| **Total Professional Services** | **1.70** | | **$549.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $549.00 |



LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485261
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Analysis and Recovery
        Our Matter No. 35066.0002

## INVOICE SUMMARY (REVISED)

For Services rendered through September 15, 2017

Professional Services                                        $104.00

Disbursements                                                 $0.00

**Total Current Invoice**                                   **$104.00**

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1485261
September 25, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| **Small Business Administration** | | | |
| 08/16/2017 | POWE V | Conference with Rachael Gould re ███. | 0.10 |
| 08/24/2017 | POWE V | Considered revisions to summary judgment motion in light of sale of warehouse building. | 0.10 |
| **Subtotal for Small Business Administration** | | | **$104.00** |
| **Total Professional Services** | | | **$104.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 0.20 | 520.00 | $104.00 |
| **Total Professional Services** | **0.20** | | **$104.00** |

### COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/26/2017 | eDiscovery Documents & Data Protection | 1.00 | 90.00 | N/C |
| **Total Cost Advanced** | | **1.00** | | **$0.00** |

**Total Invoice Balance Due** $104.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485262
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      Asset Disposition
         Our Matter No. 35066.0003

## INVOICE SUMMARY (REVISED)

For Services rendered through September 15, 2017

| | |
|---|---|
| Professional Services | $31,671.00 |
| Disbursements | $194.18 |
| **Total Current Invoice** | **$31,865.18** |



Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/31/2017 | ROTH M | Researched quadrennial publication for reassessment (2015) for the Gaudio property from Vermilion County; considered Illinois property tax issues in connection with disposition of property. | 1.00 | 480.00 | $480.00 |
| 08/16/2017 | CRIS T | Conferenced with Saikley concerning resolution of the Purchase and Sale Agreement issues and next steps in the sale process (.1); prepared an update to the Custodian regarding ████████████ (.2); considered the tasks to complete to close a sale of 1803 Georgetown Road (.3). | 0.60 | 395.00 | $237.00 |
| 08/16/2017 | POWE V | Conference with Rachael Gould re ████. | 0.10 | 520.00 | $52.00 |
| 08/17/2017 | BART C | Reviewed contract; pulled aerial image of property to review with counsel. | 0.40 | 150.00 | $60.00 |
| 08/17/2017 | LEFF D | Reviewed real estate materials in connection with sale agreement. | 0.70 | 555.00 | $388.50 |
| 08/17/2017 | CRIS T | Considered the Exhibits needed for the Purchase and Sale Agreement and coordinated on preparation of the same, modified the Exhibits to be attached (1.2); revised the Purchase and Sale Agreement to incorporate the new proposed terms of sale and address the changed circumstances (2.7). | 3.90 | 395.00 | $1,540.50 |
| 08/18/2017 | BART C | Prepared correspondence with Rep Nayak with Chicago Title to obtain title commitment for conveyance purposes (.4); preparation of Quit Claim Deed and Bill of Sale (1.0); reviewed Deed with underwriter Nelson with Chicago Title (.3); reviewed Ptax information (.3); drafted communidcation email to counsel, with documents (.2); reviewed with counsel, findings with Ptax and issue with PTAX 203A (.1). | 2.30 | 150.00 | $345.00 |
| 08/18/2017 | LEFF D | Reviewed contract; worked on transfer documents. | 0.80 | 555.00 | $444.00 |
| 08/18/2017 | CRIS T | Continued to prepare and revise the Purchase and Sale Agreement and the Assignment of | 4.90 | 395.00 | $1,935.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Bid Agreement pursuant to the discussions with Saikley (3.4); prepared correspondence to Saikley concerning the same and working toward execution and approval (.6); prepared an update to the Custodian with the revised Purchase and Sale Agreement for review (.3); attention to the transfer tax issues and preparation of the Quit Claim Deed and Quit Claim Bill of Sale (.6). | | | |
| 08/19/2017 | CRIS T | Attention to correspondence and changes to the Purchase and Sale Agreement received from Saikley and considered responses to and made revisions concerning the same (.7); researched issues relating to execution of and bankruptcy court approval of the Purchase and Sale Agreement and obtaining approval of the same (1.0). | 1.70 | 395.00 | $671.50 |
| 08/20/2017 | CRIS T | Researched and considered facts and arguments to include in a motion for approval of the Purchase and Sale Agreement, and prepared segments for the same. | 1.40 | 395.00 | $553.00 |
| 08/21/2017 | CRIS T | Further considered the signs issues, and prepared correspondence to the Custodian concerning the same (.8); considered issues to discuss with Saikley in resolution of comments (.6); communicatons with Saikley concerning the trademark language (.4); conferenced with the Custodian concerning edits and comments to the Purchase and Sale Agreement (.2); prepared revised language for the Purchase and Sale Agreement regarding trademark and trade name issues (1.0); prepared correspondence to the Custodian regarding ████████████ ████████ (.3). | 3.30 | 395.00 | $1,303.50 |
| 08/21/2017 | LEVE E | Reviewed and considered correspondence regarding the Anheuser-Busch license agreement and the Purchase and Sale Agreement for the debtor's real estate and personal property; prepared response to same. | 0.30 | 420.00 | $126.00 |
| 08/22/2017 | LEFF D | Prepared revisions to form of deed. | 0.30 | 555.00 | $166.50 |
| 08/22/2017 | CRIS T | Consider communication from Gould on | 4.90 | 395.00 | $1,935.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | ████████████████████ (.1); reviewed further trademark and trade name revisions recommended and incorporated the same into the Purchase and Sale Agreement (.3); researched and considered trademark issues (.6); conferenced with Gould concerning ███████████ (.3); further revised the Purchase and Sale Agreement to modify various provisions (1.8); modified the Quit Claim Deed and Quit Claim Bill of Sale to send to Saikley with the revised Purchase and Sale Agreement (1.8). | | | |
| 08/22/2017 | LEVE E | Reviewed and considered portions of the Equity Wholesaler Agreement with Anheuser-Busch relating to trademarks; reviewed and revised proposed language for the Purchase and Sale Agreement related to the debtor's assets. | 0.60 | 420.00 | $252.00 |
| 08/23/2017 | BART C | Correspondence with counsel, to discuss PTAX (.2); reviewed county records for information requred for Ptax (.5); prepared online Ptax 203 and Ptax 203A (.5); revised Deed regarding execution portion (.5). | 1.70 | 150.00 | $255.00 |
| 08/23/2017 | LEFF D | Prepared revisions to transfer documents. | 0.40 | 555.00 | $222.00 |
| 08/23/2017 | CRIS T | Prepared correspondence to Saikley with respect to the revised sale documents and further issues to address (1.0); attention to comments received from Saikley and revised the Quit Claim Bill of Sale accordingly (.5); considered and prepared correspondence to Petesch, Rossow and O'Loughlin concerning the status of the sale of 1803 Georgetown Road and a resolution of the same (.8); prepared an update to the Custodian ███████ ███████████████████ (.2). | 2.50 | 395.00 | $987.50 |
| 08/23/2017 | POWE V | Strategized regarding sale terms and obtaining final sale order in light of modifications to sale agreement. | 0.40 | 520.00 | $208.00 |
| 08/24/2017 | BART C | Considered requested revisions and reworked | 2.00 | 150.00 | $300.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | online Ptax 203 and 203A long with calculations (1.5); further review with Examiner , revisions required to legal description (.5). | | | |
| 08/24/2017 | LEFF D | Analysis and further revisions to transfer documents. | 1.00 | 555.00 | $555.00 |
| 08/24/2017 | CRIS T | Considered the PTAX forms, Quit Claim Deed, Quit Claim Bill of Sale and closing issues (.4); revised the PTAX-203 forms and related items considering revisions to the Quit Claim Bill of Sale (1.2); outlined and considered the next steps toward closing (.1); reviewed and made comments on the ALTA Statement, GAP Undertaking, and the Owner's GAP Affidavit (.4); examined the legal description and made edits to the same for inclusion in the documents and title commitment (.3); conferenced with Gould regarding ███████████ (.4); considered revisions to the Quit Claim Bill of Sale and Quit Claim Deed, and Illinois requirements for notarization and delivery pursuant to a court order (.6); revised the Quit Claim Bill of Sale and the Quit Claim Deed (1.4); prepared correspondence to the Custodian concerning ████████ (.3); finalized the Purchase and Sale Agreement, Quit Claim Deed and Quit Claim Bill of Sale, along with correspondence, to send to Saikley with regard to proceeding to move for bankruptcy court approval (1.0). | 6.10 | 395.00 | $2,409.50 |
| 08/24/2017 | POWE V | Conference with Rachael Gould regarding ███. | 0.10 | 520.00 | $52.00 |
| 08/24/2017 | LEVE E | Reviewed draft Bill of Sale for the real estate and personal property transfer; considered possible additions to the Bill of Sale to disclaim title warranties for items bearing Anheuser-Busch trademarks and to subordinate the sale to Anheuser-Busch's rights under its license agreement. | 0.30 | 420.00 | $126.00 |
| 08/25/2017 | CRIS T | Attention to correspondence from Saikley | 3.60 | 395.00 | $1,422.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | concerning the revised Purchase and Sale Agreement documents (.2); prepared an update to the Custodian ███████████████████████ ███████████████████████████████ (.7); conferenced with Gould regarding ██████████████████████ (.1); prepared a response to Saikley concerning execution of the sale documents (.4); made a final review of the Purchase and Sale Agreement for purposes of obtaining executed copies (1.4); drafted a portion of the Motion for Supplemental Order Approving Modified Terms of Sale and the Purchase and Sale Agreement (.8). | | | |
| 08/25/2017 | POWE V | Analyzed issues in Warehouse sale negotiation. | 0.20 | 520.00 | $104.00 |
| 08/26/2017 | CRIS T | Prepared the remainder of the initial draft of the Motion for Supplemental Order for Sale of 1803 Georgetown Road (4.1); assembled the documents needed to comprise the fully executed Purchase and Sale Agreement (.2). | 4.30 | 395.00 | $1,698.50 |
| 08/27/2017 | CRIS T | Reviewed edits and revisions to the Motion for Supplemental Order, and made further revisions and additions to the same. | 1.20 | 395.00 | $474.00 |
| 08/27/2017 | POWE V | Reviewed and revised motion for order supplemental to order approving sale. | 0.30 | 520.00 | $156.00 |
| 08/28/2017 | POWE V | Reviewed and revised motion for supplemental sale order (.20); prepared communication to client team ██████████████ (.10); conferred with Rachael Gould regarding ████████████████ (.10); reviewed agreement as received from Saikley (.10); worked through analysis of and next steps regarding options for resolution of real estate taxes (.30); prepared communication to Rachael Gould ███████████████████████ (.20); conference with Ms. Gould regarding ████████████████████ (.20); revised and circulated draft motion for supplemental sale order (.20). | 1.40 | 520.00 | $728.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/29/2017 | LEFF D | Review signed PTAX forms. | 0.20 | 555.00 | $111.00 |
| 08/29/2017 | POWE V | Further revisions to language related to signage in APA and motion for supplemental sale order and circulated same. (.30); reviewed all exhibits and assembled APA for circulation to purchaser; (.50); exchanged communications with Mr. Saikley with APA for execution (.20); conference with Rachael Gould regarding ███████ (.10); considered and prepared response to inquiry from Ms. O'Laughlin (.20); exchanged communications with Ms. Gould ████████ (.10). | 1.40 | 520.00 | $728.00 |
| 08/30/2017 | POWE V | Considered comments from Ms. O'Laughlin regarding sale and SBA adversary and prepared response (.50); further exchanges with Ms. O'Laughlin regarding the sale motion issues and SBA (.50); conference with Rachael Gould regarding ████████ (.10); prepared communication to parties circulating sale motion (.20). | 1.30 | 520.00 | $676.00 |
| 09/01/2017 | POWE V | Attention to order with motion for supplemental order, certificate of service. | 0.10 | 520.00 | $52.00 |
| 09/05/2017 | CRIS T | Considered the status of the Purchase and Sale Agreement and related issues concerning the sale process for 1803 Georgetown Road (.5); assembled the Purchase and Sale Agreement for filing with the Motion to Approve Modified Terms and reviewed the final executed copy for submission for court approval (1.0); reviewed prior hearings in conjunction with moving for court approval of the Purchase and Sale Agreement, and considered service of the motion for approval and the Small Business Administration adversary proceeding based on the same (1.6); prepared correspondence to the Custodian regarding ██████ (.2); prepared the Certificate of Service for Supplemental Order (.9); considered the requirements for service of the Motion for Supplemental Order, along with the revised | 5.00 | 395.00 | $1,975.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | General Order and Administrative Procedures for CM/ECF (.3); continued to prepare the Certificate of Service for the Motion for Supplemental Order and revised the Notice portion of the Motion accordingly (.5). | | | |
| 09/06/2017 | CRIS T | Continued to consider the service and notice requirements for the Motion for Supplemental Order and finalized the Certificate of Service and corresponding notice provision in the Motion for Supplemental Order (1.9); prepared an update to Saikley concerning the Motion for Supplemental Order and status of the same, and forwarding an updated copy of the Motion (.4); conferenced with Gould concerning ▮▮ ▮▮▮▮▮▮ (.4); considered the status of real estate taxes and bases for addressing the same (.5); prepared correspondence to the Vermilion County Treasurer and Clerk with respect to the real estate taxes (.4); prepared an analysis for Gould concerning the real estate tax issues and resolution of current tax year (.7); conferenced with Long in the Vermilion County Clerk's Office regarding the 2016 real estate (.1); prepared correspondence to Gould concerning ▮▮▮▮▮▮ (.5); reviewed the communications form the County Clerk and Tax Collector and considered the payment of real estate tax (1.0). | 5.90 | 395.00 | $2,330.50 |
| 09/07/2017 | CRIS T | Continued to research and analyze payment of the real estate taxes for 2016 (1.5); prepared ▮▮▮▮ ▮▮▮▮▮ for the Custodian (.6); prepared an update to Hilco concerning the status of a sale of 1803 Georgetown Road and concerning the invoice for administrative expenses (.4); conferenced with the Custodian concerning ▮▮▮▮ ▮▮ (.3); prepared the proposed Order Supplemental to Second Order Approving Sale of 1803 Georgetown Road (1.8); revised and finalized the Motion for Order Supplemental to the Second Order Approving Sale along with the Exhibits thereto (1.0). | 5.60 | 395.00 | $2,212.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/08/2017 | ROTH M | Conference with Craig Dovell, DuPage County Assessor, regarding accruing penalties and interest on unpaid property taxes as relates to pre and post filing bankruptcy actions and related analysis (.3); reviewed pertinent Illinois case law and related legal article in connection with analysis (.5). | 0.80 | 480.00 | $384.00 |
| 09/08/2017 | CRIS T | Further analyzed the real estate tax issues concerning the sale of 1803 Georgetown Road (1.0); conferenced with Gould concerning ███ █████████████ (.2); prepared the Notice of Motion for Supplemental Order and forwarded the same to the Clerk of Court concerning the objection deadline (.8); revised the Certificate of Service for the Motion for Supplemental Order for filing (.3); prepared the Certificate of Service for the Notice of Motion for Supplemental Order (.4). | 2.70 | 395.00 | $1,066.50 |
| 09/12/2017 | CRIS T | Attention to communications from the Custodian and conferenced with Gould concerning ██████ (.5); reviewed the status of the Notice of Motion and conferenced with the Clerk of Court concerning the same (.5); considered proceeding with a sale of collectables, moving to shred documents and related issues (.1). | 1.10 | 395.00 | $434.50 |
| 09/13/2017 | CRIS T | Considered the inquiry about ████████ from the Custodian and prepared a response. | 0.40 | 395.00 | $158.00 |
| 09/14/2017 | CRIS T | Reviewed the updated invoice received from Beck for Hilco commission and fees (.5); attention to the Notice of Deficiency issued by the Clerk of Court concerning noticing the Motion for Supplemental Order (.1); conferenced with the Clerk's office on the Notice of Motion (.1); revised and electronically filed the Notice of Motion for Order Supplementing the Second Order for Sale and the Certificate of Service of Notice of Motion (.5); attention to the objection deadline to the Motion for Supplemental Order and docketed the same (.1). | 1.30 | 395.00 | $513.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/15/2017 | CRIS T | Prepared correspondence to the Custodian concerning ███████ ████████████████ ███████ (.5); analyzed the real estate taxes and disbursement of proceeds of sale of 1803 Georgetown Road in conjunction with responding to and providing the Custodian an update (1.0); considered the distribution of sale proceeds (.5). | 2.00 | 395.00 | $790.00 |
| 09/15/2017 | POWE V | Considered options for payment of real estate taxes proposal for further motion to court. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | | **80.60** | | **$31,671.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Michael Roth | 1.80 | 480.00 | $864.00 |
| Tyson Crist | 62.40 | 395.00 | $24,648.00 |
| Victoria Powers | 5.40 | 520.00 | $2,808.00 |
| Dean Leffelman | 3.40 | 555.00 | $1,887.00 |
| T. Earl LeVere | 1.20 | 420.00 | $504.00 |
| Cheryl Bartelt | 6.40 | 150.00 | $960.00 |
| **Total Professional Services** | **80.60** | | **$31,671.00** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 09/08/2017 | Postage Expense , | 1.00 | 194.18 | $194.18 |
| 09/05/2017 | Photocopies | 84.00 | 0.15 | N/C |
| 09/08/2017 | Photocopies | 1,400.00 | 0.15 | N/C |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1485262
September 25, 2017

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|---------:|-----:|-------:|
| 09/08/2017 | Photocopies | 7,300.00 | 0.15 | N/C |
| 09/14/2017 | Photocopies | 366.00 | 0.15 | N/C |
| 09/14/2017 | Photocopies | 2.00 | 0.15 | N/C |
| 08/19/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 287.04 | N/C |
| 08/20/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 106.43 | N/C |
| 08/22/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 615.99 | N/C |
| 08/23/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 180.61 | N/C |
| 09/05/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 375.19 | N/C |
| 09/06/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 212.85 | N/C |
| 09/07/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.SECONDSALEMOT | 1.00 | 328.96 | N/C |
| **Total Cost Advanced** | | **9,160.00** | | **$194.18** |

**Total Invoice Balance Due**                                      $31,865.18



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485263
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Case Administration
       Our Matter No. 35066.0005

**INVOICE SUMMARY (REVISED)**

For Services rendered through September 15, 2017

Professional Services                                          $2,069.00

Disbursements                                                      $0.00

**Total Current Invoice**                                     **$2,069.00**



Case Administration
Our Matter No. 35066.0005

Invoice No. 1485263
September 25, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/24/2017 | POWE V | Considered final motions needed for authority to shred, sale of any memorabilia and equipment and reviewed quotes for shredding and considered need for authority to clean business computers (.40); reviewed revised tax return prepared by WRDR (.30). | 0.70 | 520.00 | $364.00 |
| 08/28/2017 | POWE V | Began preparation of Motion for destruction of business documents (.20); prepared communication to client team regarding quotes for destruction of records and exchanged communications with Rachael Gould regarding ███ (.10). | 0.30 | 520.00 | $156.00 |
| 08/28/2017 | POWE V | Reviewed revised Tax Returns and exchanged communications with Rachael Gould regarding same. | 0.30 | 520.00 | $156.00 |
| 08/30/2017 | POWE V | Analyzed three quotes for shredding of business records (.30); revised motion on destruction of records (.5); prepared communication to Rachael Gould ████ ████ (.2). | 1.00 | 520.00 | $520.00 |
| 08/30/2017 | ROCK K | Drafted motion for leave to shred documents [1.3]; drafted proposed order granting motion for leave to shred documents [.2]. | 1.50 | 270.00 | $405.00 |
| 09/12/2017 | POWE V | Conferred with Rachael Gould regarding ████ ████ (.10); reviewed communications providing clarification of bid for shredding of business records and prepared communication to client team regarding ███ (.10); prepared terms of motion related to scrubbing of business records from computers (.30); revised related proposed order (.10); prepared communication to client team regarding ████ (.10). | 0.70 | 520.00 | $364.00 |
| 09/15/2017 | POWE V | Reviewed comments from client team regarding ████ and revised and circulated Motion to destroy records. | 0.20 | 520.00 | $104.00 |
| **Total Professional Services** | | | **4.70** | | **$2,069.00** |

Case Administration
Our Matter No. 35066.0005

Invoice No. 1485263
September 25, 2017

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Victoria Powers | 3.20 | 520.00 | $1,664.00 |
| Kenneth Rock | 1.50 | 270.00 | $405.00 |
| **Total Professional Services** | **4.70** | | **$2,069.00** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 08/08/2017 | National Corporate Research | 1.00 | 166.00 | N/C |
| **Total Cost Advanced** | | **1.00** | | **$0.00** |

**Total Invoice Balance Due**      $2,069.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485264
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      Claims Administration and Objections
         Our Matter No. 35066.0006

### INVOICE SUMMARY (REVISED)

For Services rendered through September 15, 2017

Professional Services                                           $1,224.50

Disbursements                                                      $0.00

**Total Current Invoice**                                   **$1,224.50**



Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1485264
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/16/2017 | CRIS T | Prepared ███████████ for the Custodian. | 2.00 | 395.00 | $790.00 |
| 09/14/2017 | CRIS T | Conferenced with Gould and Klonicki concerning ███████████ (.2); prepared correspondence to the Custodian ███ (.1); revised ████████████ and forwarded to the Custodian (.7); attention to the response from Duncan concerning real estate taxes (.1). | 1.10 | 395.00 | $434.50 |
| **Total Professional Services** | | | **3.10** | | **$1,224.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 3.10 | 395.00 | $1,224.50 |
| **Total Professional Services** | **3.10** | | **$1,224.50** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | Color Photocopies | 16.00 | 0.50 | N/C |
| | Color Photocopies | 2.00 | 0.75 | N/C |
| | Courier Expense | 1.00 | 12.61 | N/C |
| 09/14/2017 | Photocopies | 1.00 | 0.15 | N/C |
| 09/14/2017 | Photocopies | 1.00 | 0.15 | N/C |
| 09/14/2017 | Photocopies | 1.00 | 0.15 | N/C |
| **Total Cost Advanced** | | **22.00** | | **$0.00** |

Claims Administration and Objections

Invoice No. 1485264

Our Matter No. 35066.0006

September 25, 2017

**Total Invoice Balance Due**

$1,2224.50



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485265
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:   Fee and Employment Applications
      Our Matter No. 35066.0008

## INVOICE SUMMARY (REVISED)

For Services rendered through September 15, 2017

Professional Services                                              $7,341.00

**Total Current Invoice**                              **$7,341.00**



Fee and Employment Applications

Invoice No. 1485265

Our Matter No. 35066.0008

September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/21/2017 | POWE V | Prepared communication to Rachael Gould regarding ███████████ ███████. | 0.20 | 520.00 | $104.00 |
| 08/22/2017 | POWE V | Worked on professionals' fee applications. | 1.50 | 520.00 | $780.00 |
| 08/23/2017 | POWE V | Revisions to second interim fee application. | 0.60 | 520.00 | $312.00 |
| 08/25/2017 | POWE V | Revised time summaries for Fee Application; reviewed backup and exhibits for fees from April 2014 through November 2016. | 4.30 | 520.00 | $2,236.00 |
| 09/01/2017 | POWE V | Revised portion of fee application summarizing services for period April 2014 through November 2016. | 4.00 | 520.00 | $2,080.00 |
| 09/05/2017 | JORI W | Began to gather information and data to prepare third interim application for fees and expenses of Ice Miller and began drafting same. | 2.80 | 150.00 | $420.00 |
| 09/06/2017 | JORI W | Received invoices in order to compile and calculate data for fee application. | 0.50 | 150.00 | $75.00 |
| 09/08/2017 | JORI W | Reviewed invoices from December 2016 to current and continued preparation of third interim fee application. | 4.80 | 150.00 | $720.00 |
| 09/11/2017 | POWE V | Preliminary attention to third fee application. | 0.20 | 520.00 | $104.00 |
| 09/11/2017 | JORI W | Communications regarding handling of calculations for third interim fee application. | 0.20 | 150.00 | $30.00 |
| 09/12/2017 | JORI W | Continued preparing third interim fee application of Ice Miller, including summary of services performed during third interim. | 2.60 | 150.00 | $390.00 |
| 09/13/2017 | JORI W | Continued to collect information needed for third interim fee application. | 0.20 | 150.00 | $30.00 |
| 09/15/2017 | JORI W | Continued preparing service descriptions for third interim fee application of Ice Miller. | 0.40 | 150.00 | $60.00 |
| **Total Professional Services** | | | **22.30** | | **$7,341.00** |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1485265
September 25, 2017

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Victoria Powers | 10.80 | 520.00 | $5,616.00 |
| Wendy J. Joris | 11.50 | 150.00 | $1,725.00 |
| **Total Professional Services** | **22.30** | | **$7,341.00** |

**Total Invoice Balance Due** | | | $7,341.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485266
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Plan and Disclosure Statement
       Our Matter No. 35066.0012

### INVOICE SUMMARY (REVISED)

For Services rendered through September 15, 2017

Professional Services                                          $2,496.00

**Total Current Invoice**                                     **$2,496.00**



Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1485266
September 25, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/23/2017 | POWE V | Considered plan terms for resolution of bulk sales claim assertion by IDOR. | 0.10 | 520.00 | $52.00 |
| 08/24/2017 | POWE V | Conference with Rachael Gould regarding ███ ██. | 0.10 | 520.00 | $52.00 |
| 09/11/2017 | POWE V | Revisions to draft Plan. | 1.50 | 520.00 | $780.00 |
| 09/12/2017 | POWE V | Considered tax claims classification for plan analysis. | 0.10 | 520.00 | $52.00 |
| 09/13/2017 | POWE V | Worked on drafting Plan provisions. | 1.50 | 520.00 | $780.00 |
| 09/14/2017 | POWE V | Prepared Plan terms. | 1.20 | 520.00 | $624.00 |
| 09/15/2017 | POWE V | Analysis of sale issues related to payment of taxes and related Plan issues. | 0.30 | 520.00 | $156.00 |
| **Total Professional Services** | | | **4.80** | | **$2,496.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 4.80 | 520.00 | $2,496.00 |
| **Total Professional Services** | **4.80** | | **$2,496.00** |

**Total Invoice Balance Due**                                   $2,496.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1485267
September 25, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     US Trustee Communication Activities
        Our Matter No. 35066.0017

### INVOICE SUMMARY (REVISED)

For Services rendered through September 15, 2017

Professional Services                                                   $1,201.50

**Total Current Invoice**                                             **$1,201.50**



US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1485267
September 25, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/16/2017 | CRIS T | Attention to correspondence from Klonicki inquiring ▮▮▮▮ and prepared a response concerning ▮▮ (.5); reviewed the resolution of the Internal Revenue Service claims and revised the description of post-petition taxes for the Monthly Operating Report (.7). | 1.20 | 395.00 | $474.00 |
| 08/25/2017 | CRIS T | Prepared the description of significant events to include in the Monthly Operating Report for July 2017 and forwarded to Klonicki (.6); reviewed the July Monthly Operating Report for filing, made edits and comments on the same, and prepared correspondence to Klonicki ▮▮▮▮ (.9). | 1.50 | 395.00 | $592.50 |
| 08/25/2017 | JORI W | Received, reviewed and redacted monthly operating report for July. | 0.30 | 150.00 | $45.00 |
| 08/28/2017 | JORI W | Received and reviewed emails from client regarding ▮▮▮▮. | 0.10 | 150.00 | $15.00 |
| 08/29/2017 | JORI W | Reviewed revisions to July operating report, finalized and submitted same with the court. | 0.50 | 150.00 | $75.00 |
| **Total Professional Services** | | | **3.60** | | **$1,201.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 2.70 | 395.00 | $1,066.50 |
| Wendy J. Joris | 0.90 | 150.00 | $135.00 |
| **Total Professional Services** | **3.60** | | **$1,201.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,201.50 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1489954
October 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Disposition
        Our Matter No. 35066.0003

### INVOICE SUMMARY (REVISED)

For Services rendered through October 15, 2017

| | |
|---|---|
| Professional Services | $7,120.50 |
| Disbursements | $0.00 |
| **Total Current Invoice** | **$7,120.50** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Disposition
Our Matter No. 35066.0003

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2017 | CRIS T | Prepared correspondence to the Escrow Trustee with respect to the status of the escrow and closing and motion for supplemental order (.6); considered the next steps in proceeding to a closing on 1803 Georgetown Road and addressing the distribution of sale proceeds (.4). | 1.00 | 395.00 | $395.00 |
| 09/20/2017 | CRIS T | Attention to correspondence from Saikley concerning the status of the sale of 1803 Georgetown Road. | 0.10 | 395.00 | $39.50 |
| 09/28/2017 | CRIS T | Considered communication from Jacobs concerning the signs at 1803 Georgetown Road. | 0.10 | 395.00 | $39.50 |
| 09/29/2017 | CRIS T | Attention to the Purchase and Sale Agreement concerning an inquiry by Jacobs and provisions related to the signage (.40); communication to Jacobs concerning removal of the signage and related issues (.70); attention to the ALTA and GAP documents previously requested for closing and considered the distribution of sale proceeds (.30); attention to communication from Saikley, Purchaser's counsel, regarding the signage (.10); conferenced with Saikley concerning the timing of the closing and sign removal (.30). | 1.80 | 395.00 | $711.00 |
| 10/02/2017 | CRIS T | Considered communication from Saikley and considered issues raised (.30); conferenced with Saikley concerning Offutt's request for access to the building (.10); considered the request from Saikley and how to respond to the same (.70). | 1.10 | 395.00 | $434.50 |
| 10/04/2017 | CRIS T | Prepared correspondence to the Custodian regarding ███████████████████ ██████████ (.70); considered the report of sale requirement (.20); conferenced with the Custodian regarding ███████████ ████████ (.60). | 1.50 | 395.00 | $592.50 |
| 10/05/2017 | CRIS T | Reviewed and considered the Objection to Motion for Supplemental Order filed by the | 1.50 | 395.00 | $592.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1489954
October 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Small Business Administration and prepared correspondence to the Custodian regarding ███ ███ (.5); considered a reply to the Objection to Motion for Supplemental Order and responded to the Custodian regarding ███ (.7); reviewed the Purchase and Sale Agreement with respect to the Objection to the Motion for Supplemental Order (.1); attention to correspondence from Schneider at Hilco and responded to update him on the Objection by the SBA (.2). | | | |
| 10/06/2017 | CRIS T | Reviewed the Notice of Hearing on the Motion for Supplemental Order and prepared an update to the Custodian ████████ ████████ (.7); attention to communication from Saikley and prepared a response concerning the SBA objection and hearing (.5). | 1.20 | 395.00 | $474.00 |
| 10/09/2017 | CRIS T | Considered communication from Jacobs concerning the sale objection (.1); prepared correspondence to Saikley concerning the communication from Jacobs and further discussing the sale objection (.4). | 0.50 | 395.00 | $197.50 |
| 10/09/2017 | POWE V | Analysis of SBA objection to motion to supplement sale. | 0.10 | 520.00 | $52.00 |
| 10/10/2017 | CRIS T | Considered issues concerning a potential resolution of the sale objection in conjunction with the terms of the proposed Supplemental Order, and how to proceed (.6); prepared correspondence to Jacobs concerning the U.S. SBA's Objection and issues regarding the same (.3); prepared correspondence to Gould concerning ████████ ████████ (.6); conferenced with Gould concerning ████████ ████████ (.6); attention to the Amended Notice of Hearing and prepared an update to the Custodian regarding the same (.5). | 2.60 | 395.00 | $1,027.00 |
| 10/11/2017 | CRIS T | Prepared for conference call with the Purchaser's counsel regarding the SBA | 1.50 | 395.00 | $592.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1489954
October 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | objection (.6); conferenced with Saikley concerning the SBA objection and a potential resolution (.2); further considered points with respect to resolving the SBA objection to the Motion for Supplemental Order (.2); reviewed the SBA Objection in detail, prepared responsive points, and considered further issues to discuss with the Purchaser's counsel (.1); conferenced with Saikley concerning the Purchaser's response (.2); conferenced with Gould concerning ███████████ ████████████ (.2). | | | |
| 10/11/2017 | POWE V | Considered options for proceeding with sale of warehouse building. | 0.20 | 520.00 | $104.00 |
| 10/12/2017 | POWE V | Considered option for resolution of SBA Objection to sale motion. | 0.10 | 520.00 | $52.00 |
| 10/13/2017 | CRIS T | Conferenced with Fogel regarding 119 E. Sangamon and prepared follow-up correspondence to him concerning the same. | 0.60 | 395.00 | $237.00 |
| 10/13/2017 | CRIS T | Considered the marketing background and related issues in preparation for hearing on the Motion for Supplemental Order for Sale and prepared notes for the telephonic conference with the Court (3.0); prepared correspondence to Schneider concerning the telephone conference on the Motion for Supplemental Order (.3); prepared correspondence to Saikley concerning the status of the sale and upcoming hearing (.5); prepared an update to the Custodian with respect to ████████████ ████████████ (.1). | 3.90 | 395.00 | $1,540.50 |
| 10/15/2017 | CRIS T | Considered the response from Saikley concerning the status of Security Ventures' proposal to resolve the Objection to Sale. | 0.10 | 395.00 | $39.50 |
| **Total Professional Services** | | | **17.90** | | **$7,120.50** |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1489954
October 23, 2017

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| Tyson Crist | 17.50 | 395.00 | $6,912.50 |
| Victoria Powers | 0.40 | 520.00 | $208.00 |
| **Total Professional Services** | **17.90** | | **$7,120.50** |

### COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|---------:|-----:|-------:|
| 10/04/2017 | Legal Research Expense - WESTLAW - WESTLAW 35066.0003.07222.REPORTOFSALE | 1.00 | 551.50 | N/C |
| 09/26/2017 | eDiscovery Documents & Data Protection | 1.00 | 90.00 | N/C |
| **Total Cost Advanced** | | **2.00** | | **$0.00** |

**Total Invoice Balance Due**                                   $7,120.50



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1489955
October 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:   Case Administration
      Our Matter No. 35066.0005

### INVOICE SUMMARY (REVISED)

For Services rendered through October 15, 2017

| | |
|---|---|
| Professional Services | $468.00 |
| Disbursements | $40.46 |
| **Total Current Invoice** | **$508.46** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 35066.0005

Invoice No. 1489955
October 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/26/2017 | POWE V | Conferences with Rachael Gould and Amy Bartenshlag regarding ███████. | 0.20 | 520.00 | $104.00 |
| 10/05/2017 | POWE V | Conferred with Rachael Gould regarding ████████ (.10); reviewed and finalized motion and order (.30); reviewed and revised service list (.20). | 0.60 | 520.00 | $312.00 |
| 10/06/2017 | POWE V | Revised Motion and proposed Order for deletion of business records for filing. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | | **0.90** | | **$468.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 0.90 | 520.00 | $468.00 |
| **Total Professional Services** | **0.90** | | **$468.00** |

### COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 10/06/2017 | Photocopies | 408.00 | 0.15 | N/C |
| 10/06/2017 | Postage Expense , | 1.00 | 40.46 | $40.46 |
| **Total Cost Advanced** | | **409.00** | | **$40.46** |

**Total Invoice Balance Due**                                                $508.46



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1489956
October 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Claims Administration and Objections
       Our Matter No. 35066.0006

### INVOICE SUMMARY (REVISED)

For Services rendered through October 15, 2017

Professional Services                                                    $1,345.50

**Total Current Invoice**                                          **$1,345.50**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1489956
October 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/22/2017 | POWE V | Communication from and to client team and Luke Radimer regarding claim payment and plan. | 0.10 | 520.00 | $52.00 |
| 09/25/2017 | CRIS T | Attention to a Notice from the Illinois Department of Employment Security regarding claim and considered a response. | 0.10 | 395.00 | $39.50 |
| 09/26/2017 | CRIS T | Analyzed the Notice of Assessment and Demand for Payment received from the Illinois Department of Employment Security and prepared correspondence to Klonicki concerning ███████. | 1.20 | 395.00 | $474.00 |
| 09/29/2017 | POWE V | Conferences and exchanged communications with Kim Klonicki ███████████ ██████████ (.40); reviewed IDES claim and background information related to prior IDES claims analysis options for responding to demand for payment (1.00); conference with IDES representative (.10). | 1.50 | 520.00 | $780.00 |
| **Total Professional Services** | | | **2.90** | | **$1,345.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 1.30 | 395.00 | $513.50 |
| Victoria Powers | 1.60 | 520.00 | $832.00 |
| **Total Professional Services** | **2.90** | | **$1,345.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,345.50 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1489957
October 23, 2017

**First Midwest as Custodian of Earl Gaudio & Son - Chapter 11**
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Fee and Employment Applications
        Our Matter No. 35066.0008

### INVOICE SUMMARY (REVISED)

For Services rendered through October 15, 2017

Professional Services                                                $9,368.00

**Total Current Invoice**                                          **$9,368.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1489957
October 23, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/19/2017 | JORI W | Reviewed accounting data in order to prepare fee and expense summaries as exhibits to third interim fee application (2.8); gathered biographies of timekeepers to prepare exhibit to fee application (.5); began to gather information for summary of fees and costs paid to date (.5). | 3.80 | 150.00 | $570.00 |
| 09/26/2017 | POWE V | Worked on second fee application exhibits. | 3.50 | 520.00 | $1,820.00 |
| 09/27/2017 | POWE V | Worked on invoice exhibits to Second Fee Application. | 0.80 | 520.00 | $416.00 |
| 09/28/2017 | POWE V | Revised second fee application, including revisions to time categorization and descriptions. | 3.50 | 520.00 | $1,820.00 |
| 09/29/2017 | POWE V | Further revised second fee application, including revisions to time categorization and descriptions. | 2.70 | 520.00 | $1,404.00 |
| 10/05/2017 | JORI W | Reviewed invoices calculated amounts to prepare fee summary for exhibit to third interim fee application (4.7); communications with attorney and accounting regarding data to complete fee application (.4) | 5.10 | 150.00 | $765.00 |
| 10/06/2017 | JORI W | Gathered data and began to prepare summary of fees and costs billed and paid for exhibit to Ice Miller's third interim fee application. | 2.60 | 150.00 | $390.00 |
| 10/06/2017 | JORI W | Prepared Expense Summary exhibit to Ice Miller's third interim fee application. | 2.60 | 150.00 | $390.00 |
| 10/08/2017 | POWE V | Revised exhibits to second fee application. | 0.80 | 520.00 | $416.00 |
| 10/09/2017 | JORI W | Continued reviewing data and preparing summary of fees and costs billed and paid to date for Ice Miller's Third Interim Fee application. | 1.90 | 150.00 | $285.00 |
| 10/12/2017 | POWE V | Further review and revisions to exhibits to second interim fee applications. | 2.10 | 520.00 | $1,092.00 |
| **Total Professional Services** | | | **29.40** | | **$9,368.00** |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1489957
October 23, 2017

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Victoria Powers | 13.40 | 520.00 | $6,968.00 |
| Wendy J. Joris | 16.00 | 150.00 | $2,400.00 |
| **Total Professional Services** | **29.40** | | **$9,368.00** |

**Total Invoice Balance Due** $9,368.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1489958
October 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Plan and Disclosure Statement
       Our Matter No. 35066.0012

## INVOICE SUMMARY (REVISED)

For Services rendered through October 15, 2017

Professional Services                                          $52.00

**Total Current Invoice**                                  **$52.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1489958
October 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/12/2017 | POWE V | Attention to plan provision for claims. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | | **0.10** | | **$52.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | **0.10** | | **$52.00** |

**Total Invoice Balance Due** $52.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1489959
October 23, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     US Trustee Communication Activities
        Our Matter No. 35066.0017

## INVOICE SUMMARY (REVISED)

For Services rendered through October 15, 2017

Professional Services                                              $731.50

**Total Current Invoice**                                        **$731.50**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



US Trustee Communication Activities

Our Matter No. 35066.0017

Invoice No. 1489959

October 23, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 09/29/2017 | CRIS T | Responded to correspondence from Klonicki concerning ▓▓▓▓▓▓▓▓ (.30); reviewed the draft Monthly Operating Report for August (.20); prepared the significant events and other revisions to the Monthly Operating Report (1.0). | 1.50 | 395.00 | $592.50 |
| 10/03/2017 | CRIS T | Considered the final version of the August 2017 Monthly Operating Report and approved the same for filing. | 0.20 | 395.00 | $79.00 |
| 10/03/2017 | JORI W | Reviewed, redacted and submitted August operating report with the court. | 0.40 | 150.00 | $60.00 |
| **Total Professional Services** | | | **2.10** | | **$731.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 1.70 | 395.00 | $671.50 |
| Wendy J. Joris | 0.40 | 150.00 | $60.00 |
| **Total Professional Services** | **2.10** | | **$731.50** |

**Total Invoice Balance Due**                                    $731.50



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493728
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      Asset Analysis and Recovery
         Our Matter No. 35066.0002

## INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

Professional Services                                                    $52.00

Disbursements                                                            $0.00

**Total Current Invoice**                                               **$52.00**

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1493728
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|------:|
| **Small Business Administration** | | | |
| 11/15/2017 | POWE V | Analysis of issues for summary judgment motion. | 0.10 |
| **Subtotal for Small Business Administration** | | | **$52.00** |
| **Total Professional Services** | | | **$52.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| Victoria Powers | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | **0.10** | | **$52.00** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|---------:|-----:|-------:|
| 10/30/2017 | Photocopies | 1.00 | 0.15 | N/C |
| 10/30/2017 | eDiscovery Documents & Data Protection | 1.00 | 90.00 | N/C |
| **Total Cost Advanced** | | **2.00** | | **$0.00** |

| | |
|---|---:|
| **Total Invoice Balance Due** | $52.00 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493729
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Disposition
        Our Matter No. 35066.0003

### INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

Professional Services                                        $36,153.50

Disbursements                                                  $102.61

**Total Current Invoice**                                    **$36,256.11**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2017 | CRIS T | Considered how to proceed with respect to the SBA Objection to Supplemental Order and the Purchaser's position and prepared a First Addendum to Purchase and Sale Agreement (1.20); prepared correspondence to the Custodian regarding ███████ ████████ (.40); continued to prepared a draft Reply to the Objection of the SBA to Motion for Supplemental Order (3.90); prepared correspondence to the Custodian regarding █ ███████ (.10). | 5.60 | 395.00 | $2,212.00 |
| 10/17/2017 | CRIS T | Attention to correspondence from Gould concerning ████ (.1); reviewed the comments to the Reply to SBA's Objection to the Motion for Supplemental Sale Order and considered revisions to make to the Reply (.3); reviewed the updated marketing wrap-up book received from Beck at Hilco and prepared a response to Beck concerning incorporation of the same into the Reply to SBA Objection (.2); further revised the Reply to SBA Objection based on input from the Custodian and Hilco (.5); attempted to conference with and prepared correspondence to Saikley with the First Addendum to Purchase and Sale Agreement (.4); attention to the revised Notice of Telephonic call-in issued by the Bankruptcy Court (.2); prepared a redline of the Reply along with an update to the Custodian regarding ████ (.3); conferenced with Gould concerning ███████ ████████ (.2). | 2.20 | 395.00 | $869.00 |
| 10/18/2017 | CRIS T | Revised the Reply to SBA Objection based on responses from Hilco and the Purchaser, and finalized for filing along with Exhibits (3.1); conferenced with Beck concerning Hilco's marketing report (.1); prepared correspondence ██████████ ████████ to the Custodian (.2); reviewed the fully executed First Addendum to Purchase | 3.90 | 395.00 | $1,540.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | and Sale Agreement and revised the Reply to SBA Objection to incorporate the same (.2); prepared correspondence to the Custodian concerning ███████████████████████████ (.3). | | | |
| 10/18/2017 | POWE V | Reviewed and revised reply brief in response to SBA objection (.30); assisted in preparation for hearing (.30). | 0.60 | 520.00 | $312.00 |
| 10/19/2017 | CRIS T | Prepared for the telephonic hearing on the Motion for Supplemental Order (.4); conferenced with Major concerning ███████ ████████████████████ (.3); prepared for and represented the Debtor at the telephone hearing on the Motion for Supplemental Order for Sale (2.1); conferenced with the Custodian on ██████ (.2); prepared part of the proposed order supplemental to second sale order (1.1). | 4.10 | 395.00 | $1,619.50 |
| 10/19/2017 | POWE V | Participated in sale hearing (NC); considered results of hearings and next steps (.20); conferred with Rachael Gould ████████ (.10). | 0.30 | 520.00 | $156.00 |
| 10/20/2017 | CRIS T | Further revised the Order Supplemental to Second Sale Order (3.2); finalized the proposed Order Supplemental to Second Sale Order (.7). | 3.90 | 395.00 | $1,540.50 |
| 10/20/2017 | POWE V | Reviewed and revised Sale Order. | 0.30 | 520.00 | $156.00 |
| 10/23/2017 | CRIS T | Prepared correspondence to Saikley, Purchaser's counsel, regarding the hearing outcome and next steps (.2); considered the timing and next steps to closing the sale of 1803 Georgetown Road under the Purchase and Sale Agreement, and documents still needed (.9); attention to the Order Supplemental to Second Sale Order for 1803 Georgetown Road, as entered by the Court, and ordered a certified copy (.2); prepared correspondence to the Escrow/Closing Agent concerning the Order approving sale of 1803 | 2.90 | 395.00 | $1,145.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Georgetown Road and the closing (.3); prepared correspondence to the Custodian concerning ███████████ ████████████████ (1.3). | | | |
| 10/24/2017 | BART C | Revised Ptax 203 and 203A as directed by counsel, Crist (.40); prepared draft of firpta certification for counsel, Crist to work on (.40); correspondence with underwriter Kmiec regarding clearance documents and preferrance (.10); confirm owner's statement is sufficient to cover all matters of alta statement and Gap (.10). | 1.00 | 150.00 | $150.00 |
| 10/24/2017 | LEFF D | Work on warehouse sale closing related issues. | 0.20 | 555.00 | $111.00 |
| 10/24/2017 | CRIS T | Reviewed the Order Supplemental to Second Order Approving Sale (.2); considered the taxpayer certification and requested a form (.1); revised correspondence to the title company with respect to entry of the Order, the timing of closing, and related issues (.2); considered the real estate taxes and resolution of the same (.2); prepared correspondence to Hilco concerning the purchase price and commission as a result of the First Addendum to Purchase and Sale Agreement (.2). | 0.90 | 395.00 | $355.50 |
| 10/25/2017 | BART C | Reviewed title (1.0); reviewed contract (.50); prepared check list to review with counsel, Leffelman (2.20); sent copy of check list to counsel, Leffelman to review and discuss (.10); correspondence with Kmiec to discuss closing (.20). | 4.00 | 150.00 | $600.00 |
| 10/25/2017 | LEFF D | Review contract in preparation for closing. | 0.50 | 555.00 | $277.50 |
| 10/25/2017 | CRIS T | Considered the various documents needed for closing, logistics, and next steps (.5); responded to correspondence from Anderson at Chicago Title concerning the Purchase and Sale Agreement and First Addendum thereto (.2). | 0.70 | 395.00 | $276.50 |
| 10/26/2017 | BART C | Reviewed correspondence sent by opposing | 0.40 | 150.00 | $60.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | counsel regarding changes to documents (.30); Down load documents for review (.10) | | | |
| 10/26/2017 | CRIS T | Reviewed documents needed for the closing of 1803 Georgetown Road (.4); prepared revised versions of the PTAX forms, Quit Claim Deed, FIRPTA Certification and Owner's GAP Affidavit, along with related questions with respect to, and in preparation for, the closing (3.2); reviewed communications and information concerning the real estate taxes (.6); conferenced with Barney regarding the status of closing the sale of 1803 Georgetown Road (.3). | 4.50 | 395.00 | $1,777.50 |
| 10/27/2017 | CRIS T | Conferenced with Barney concerning the precedent events to removal of the signs from the building (.1); prepared correspondence with an update to the Custodian regarding ▮▮▮▮▮▮▮▮▮▮▮ (.2). | 0.30 | 395.00 | $118.50 |
| 10/30/2017 | BART C | Revised Ptax 203 and 203A as requested by counsel, Crist (.50); reviewed check list (.20). | 0.70 | 150.00 | $105.00 |
| 10/30/2017 | CRIS T | Analyzed and summarized the background of efforts to realize value on the judgment lien on 119 E. Sangamon, Rantoul, Illinois, prepared a communication to Gould ▮▮▮ ▮▮▮▮▮▮▮▮. | 2.20 | 395.00 | $869.00 |
| 10/30/2017 | CRIS T | Searched for and prepared correspondence to Gould concerning ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ (.2); prepared correspondence to Saikley, Purchaser's counsel, concerning the closing issues to address, purchase price balance, and related issues (.9); conferenced with Gould concerning ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.3); prepared correspondence to Gould concerning ▮▮▮▮▮▮▮▮▮ (.8). | 2.20 | 395.00 | $869.00 |
| 10/31/2017 | BART C | Teleconference from Ms. Byer with Chicago Title to discuss closing, documents numbers (.20); teleconference with counsel, Crist, to discuss placement of original documents, final order and review by title company and other matters relating to closing (.20); further | 0.80 | 150.00 | $120.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | correspondence via email with Ms. Byer to review order in order to remove liens from title (.20); started work on closing statement (.20). | | | |
| 10/31/2017 | CRIS T | Attention to voice mail from Saikley (.1); considered the proration calculation from Purchaser's counsel, along with related issues (.3); conferenced with Saikley concerning removal of the signs and related issues for closing (.2); prepared correspondence to the Custodian concerning ███████████ (.5); conferenced with Bartelt regarding closing matters to address (.3). | 1.40 | 395.00 | $553.00 |
| 11/01/2017 | BART C | Started work on Seller's closing statement (1.30); teleconference with Chicago Title's Ms. Byers and Mr. Crist to discuss title update, fees, updated joint order, plat act (.30); reviewed second amended escrow trust instructions and correspondence by counsel, Crist (.50); prepared Plat Act for execution by counsel, Leffelman (1.0). | 3.10 | 150.00 | $465.00 |
| 11/01/2017 | LEFF D | Advised on closing issues. | 0.40 | 555.00 | $222.00 |
| 11/01/2017 | CRIS T | Considered the access issues for sign removal in the context of the Purchase and Sale Agreement and Amended Escrow Trust Instructions, and resolving the same (.6); drafted the Second Amended Escrow Trust Instructions for the balance of purchase price and calculated the same (3.1); conferenced with Gould concerning ████████████ (.5); left a detailed message for Saikley, Purchaser's counsel, regarding the access issue (.1); prepared correspondence to the Custodian regarding ██████████ (.4); prepared correspondence to Saikley, Purchaser's counsel; concerning the Second Amended Escrow Trust Instructions, balance of purchase price and delivery of the keys (.9); responded to questions by the Custodian concerning ████████████ (.2); determined the remaining documents needed | 8.50 | 395.00 | $3,357.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | for the closing of the sale of 1803 Georgetown Road under the Purchase and Sale Agreement (.2); conferenced with Saikley concerning the access issue and next steps toward closing (.1); prepared an update to the Custodian concerning ███████████ (.2); attention to and responded to follow-up correspondence from Saikley concerning the delivery of access, keys and related issues (.5); revised the Owner's GAP Affidavit, FIRPTA Certification, and forwarded all the closing documents to the Escrow Trustee (1.7). | | | |
| 11/02/2017 | BART C | Correspondence with counsel, Crist to discuss tax sales if any (.10); prepared and assembled documents to present to Chicago title (1.60); Correspondence via e-mail and telephone conference with Ms. Boyer to discuss deliveries (.40); Conference call with Ms. Boyer and counsel, Christ to discuss clearance documents to title (.30); Prepared plat act affidavit (1.20); Correspondence via e-mail with Mr. His song to confirm receipt of wire with no restrictions by buyer (.20). | 3.80 | 150.00 | $570.00 |
| 11/02/2017 | LEFF D | Assisted on closing related issues including Plat Act matters. | 0.40 | 555.00 | $222.00 |
| 11/02/2017 | CRIS T | Attention to correspondence from Saikley concerning the access issues (.1); attention to correspondence from and responded to Bartenschlag concerning ███████ (.1); considered issues raised by the title company and prepared a response to the same (.2); conferenced with Long in the County Clerk's office concerning the amounts due for real estate taxes for 2013-2016 (.2); prepared an update to the Custodian ███████ (.4); conferenced with Gould concerning ███████████ (.1); conferenced with Byers, Underwriting Counsel for Chicago Title, concerning the open issues and documents for resolution at closing (.5); prepared correspondence to Saikley concerning the Purchaser closing items needed by Chicago Title (.4); reviewed the updated tax payoff | 7.60 | 395.00 | $3,002.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | amounts received from Long in the County Clerk's office and prepared correspondence to the Custodian concerning ▮▮▮▮ (.7); conferenced with Gould regarding ▮▮▮▮▮▮ (.4); considered the calculation of the commission under the Hilco listing agreement and prepared correspondence to Chicago Title concerning closing issues (.8); prepared the key receipt and security system instructions letter to Saikley (1.8); prepared correspondence to Bartenschlag concerning ▮▮▮▮▮▮ (.4); further considered and revised the correspondence to Hilco concerning the commission calculation and updating their statement (1.0); prepared correspondence to the Small Business Administration, the U.S. Trustee and the Official Committee of Unsecured Creditors concerning the closing and expenses and claims to be paid from the closing (.5). | | | |
| 11/02/2017 | POWE V | Reviewed payment obligations for closing of warehouse sale. | 0.20 | 520.00 | $104.00 |
| 11/03/2017 | BART C | Correspondence with counsel, Crist (.10); reviewed communication with listing of documents (.20); Reviewed Plat Act with counsel Crist and title Ms. Byers (.40); reviewed CTI invoice sent by Anderson (.20); revised escrow instructions (1.50); sent escrow instructions to Ms. Byer to review (.10). | 2.50 | 150.00 | $375.00 |
| 11/03/2017 | CRIS T | Revised and sent the real estate tax payment proposal to O'Loughlin, Petesch, Hoff and Rossow (.3); considered issues to address for the closing (.1); assembled the documents needed by the escrow agent for closing and prepared comprehensive correspondence setting forth status of the various matters, documents and issues (1.9); assembled the certified copies of the bankruptcy court sale orders, along with the Quit Claim Bill of Sale, and prepared correspondence to the escrow agent for delivery (.4); reviewed the response from Schneider concerning Hilco's | 4.00 | 395.00 | $1,580.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | commission, considered the same and prepared an update and recommendation to Gould (.3); considered the response from O'Loughlin concerning the real estate taxes to be paid from closing (.3); considered and prepared a response to O'Loughlin's question (.7). | | | |
| 11/04/2017 | CRIS T | Attention to correspondence from Saikley (.1); analyzed the updated invoice for fees and expenses received from Anderson and prepared a response to explain the differences and corrections needed (.4); examined the updated title commitment as against the prior proforma and prepared correspondence to Chicago Title concerning the same and removal of the exceptions (.9); reviewed the closing checklist and further issues to resolve (.2); considered and prepared a response to the Small Business Administration about real estate taxes (.4); prepared correspondence to Hilco concerning revisions to the commission statement and lien waiver (.5). | 2.50 | 395.00 | $987.50 |
| 11/05/2017 | CRIS T | Prepared correspondence to Purchaser's counsel concerning the evidence of removal of signs per the Purchase and Sale Agreement (.2); attention to Hilco's updated statement and prepared correspondence requesting the form of broker's lien waiver (.2); prepared correspondence regarding the remaining open issues with respect to closing the sale of 1803 Georgetown Road (.2). | 0.60 | 395.00 | $237.00 |
| 11/06/2017 | BART C | Working with counsel, Tyson, regarding details required for title purposes (.40); worked with counsel Tyson on Documents (1.0); correspondence with Underwriter Rezwin with Chicago Title regarding real estate taxes possibly being paid at later date (.30); reviewed title Indemnity with all parties (.80); met with counsel Leffelman to discuss real estate taxes with counsel, Tyson (.50); drafted overnight letter to title company with original Deed and revised Plat Act Affidavit for closing in am (.40); reviewed numbers (.80). | 4.20 | 150.00 | $630.00 |
| 11/06/2017 | LEFF D | Assisted on closing matters, including title and | 0.50 | 555.00 | $277.50 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | tax liens. | | | |
| 11/06/2017 | CRIS T | Considered the real estate tax issues and resolving the same (1.4); conferenced with Gould concerning ████████ ████████████████ (.2); attention to correspondence form Rezwin at Chicago Title concerning the commitment and considered the real estate tax issue (.4); prepared the Broker's Lien Waiver for execution by Hilco (.4); prepared correspondence to Schneider concerning the same (.1); reviewed correspondence from Chicago Title concerning joint instructions for disbursement and followed-up on the same (.3); attention to the photo and correspondence from Saikley and Barney concerning sign removal (.2); prepared correspondence to Saikley and Barney concerning the sign removal, photographic evidence, and confirmation (.6); considered the tax indemnity proposed by Chicago Title and how to proceed with the real estate taxes (1.0); prepared a response to the SBA, U.S. Trustee and Committee concerning payment of the real estate tax (.4); prepared a response to Barney and Saikley concerning the sign removal verification and evidence (.2); attention to the response from Barney concerning the sign removal issues (.1); prepared correspondence to the Treasurer and County Clerk concerning a Notice of Withdrawal of Scheduled Claim (.2). | 5.50 | 395.00 | $2,172.50 |
| 11/06/2017 | POWE V | Reviewed issues related to real estate taxes and closing on warehouse sale (.30); analyzed request for payment of real estate taxes, options for resolution and outlined motion for request to court, if necessary (1.70). | 2.00 | 520.00 | $1,040.00 |
| 11/07/2017 | BART C | Correspondence via e-mail and phone, with closer and counsel, Crist, on final closing details (.50); revised escrow instructions as discussed with closer (1.90); sent escrow instructions to counsel, Crist for final review ).10). | 2.50 | 150.00 | $375.00 |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/07/2017 | LEFF D | Assisted on closing matters, including real estate tax matters. | 0.40 | 555.00 | $222.00 |
| 11/07/2017 | CRIS T | Revised correspondence to Rezwin, Anderson and parties to the closing with respect to taxes, sign removal and the master statement for closing (.5); conferenced with Gould regarding ▮▮▮▮ (.1); attention to correspondence from Barney concerning utilities and considered how to deal with the same (.4); prepared correspondence to Klonicki concerning ▮▮▮▮ (.2); reviewed the updated title invoice (.1); reviewed the Closing Statement received from Chicago Title (.3); conferenced with Gould ▮▮▮▮ (.1); conferenced with Klonicki and Gould (.1); reviewed the utility bill information received from Klonicki (.1); prepared correspondence to Barney, Purchaser's counsel, concerning the utility prorations (.4); considered the final closing items and reviewed and revised the final Escrow Instructions (.9); forwarded the Purchaser's Certificate of Good Standing to the Escrow Agent (.1); prepared correspondence to Gould ▮▮▮▮ (.2); reviewed the wire instructions and conferenced with Moniak, Gould and Hissong to confirm the correct information (.3); prepared correspondence to Gould ▮▮▮▮ (.3); reviewed the final, seller executed closing documents and prepared correspondence to Hissong, the Escrow Officer, concerning the same and proceeding to close. (.6); followed-up with Barney and Saikley on the closing documents (.2); conferenced with Barney concerning the status of the Joint Instructions (.1); reviewed the final, executed Closing Statement, Escrow Instructions and wire transfer confirmations, and prepared correspondence to the Custodian (.3). | 5.30 | 395.00 | $2,093.50 |
| 11/10/2017 | CRIS T | Prepared the Report of Sale Pursuant to Rule | 4.30 | 395.00 | $1,698.50 |

Asset Disposition
Our Matter No. 35066.0003

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | 6004(f)(1) for 1803 Georgetown Road (3.6); prepared the exhibits to the Report of Sale (.4); prepared correspondence to Gould concerning ███ (.2); conferenced with Gould regarding ███ (.1). | | | |
| 11/13/2017 | BART C | Correspondence via e-mail with Ms. Byers, regarding executed Pt ax by preparer (.20); scanned and sent executed Pt ax to Ms. Byers (.10). | 0.30 | 150.00 | $45.00 |
| 11/13/2017 | CRIS T | Attention to correspondence from Klonicki regarding ███ and prepared a response ███. | 0.20 | 395.00 | $79.00 |
| 11/14/2017 | CRIS T | Reviewed the status of utilities and correspondence from Klonicki, and prepared follow-up correspondence to Barney concerning the same (.3); analyzed the utility proration issues and correspondence received from Barney, and prepared a response as to resolution of the same (.6); prepared correspondence to Klonicki concerning ███ (.1). | 1.00 | 395.00 | $395.00 |
| 11/15/2017 | CRIS T | Revised the Report of Sale and prepared correspondence to the Custodian concerning ███. | 0.40 | 395.00 | $158.00 |
| 11/15/2017 | POWE V | Conference with Gould regarding ███. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | | **103.90** | | **$36,153.50** |

Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1493729
November 27, 2017

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 74.70 | 395.00 | $29,506.50 |
| Dean Leffelman | 2.40 | 555.00 | $1,332.00 |
| Victoria Powers | 3.50 | 520.00 | $1,820.00 |
| Cheryl Bartelt | 23.30 | 150.00 | $3,495.00 |
| **Total Professional Services** | **103.90** | | **$36,153.50** |

### COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | Color Photocopies | 2.00 | 0.75 | N/C |
| | Courier Expense | 4.00 | 15.44 | $57.61 |
| 10/24/2017 | 3 certified copies of Docket 693, Order Granting Debtor's Motion for Order Supplemental to the Agreed Order Granting Second Motion of Debtor Pursuant to 11 U.S.C. 105 and 363 and Bankruptcy Rules 2002 and 6004 for Entry of an Order Approving Sale of 1803 Georgetown Road, Tilton, Illinois Free and Clear of All Liens, Claims, Encumbrances and Interests (Doc. 662), Approving: (I) Modified Terms of Sale, and (II) Purchase and Sale Agreement | 1.00 | 45.00 | $45.00 |
| 10/24/2017 | Photocopies | 3.00 | 0.15 | N/C |
| 11/03/2017 | Photocopies | 13.00 | 0.15 | N/C |
| 11/03/2017 | Photocopies | 8.00 | 0.15 | N/C |
| **Total Cost Advanced** | | **31.00** | | **$102.61** |

**Total Invoice Balance Due**                                                          $36,256.21



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493730
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Case Administration
        Our Matter No. 35066.0005

### INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

Professional Services                                                    $859.00

**Total Current Invoice**                                              **$859.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 35066.0005

Invoice No. 1493730
November 27, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2017 | POWE V | Prepared for hearing on motion for authority to destroy records. | 0.10 | 520.00 | $52.00 |
| 10/18/2017 | CRIS T | Reviewed the SBA Limited Objection to Motion to Destroy Business Records, along with the Motion to Destroy. | 0.20 | 395.00 | $79.00 |
| 10/18/2017 | POWE V | Checked docket in preparation for hearing on motion for authority to destroy (.10); reviewed and considered objection from SBA (.20); prepared communication to client team regarding ███████████ (.20); conference with Ms. Gould regarding ████████ ███████████████ (.10). | 0.60 | 520.00 | $312.00 |
| 10/19/2017 | POWE V | Participated in hearing on motion to destroy records (.20); prepared order on destruction motion (.40); conferred with Rachael Gould █ ████████████████ (.10). | 0.70 | 520.00 | $364.00 |
| 10/23/2017 | POWE V | Reviewed entered order on destruction of documents and prepared communication to Rachael Gould regarding ████. | 0.10 | 520.00 | $52.00 |
| **Total Professional Services** | | | **1.70** | | **$859.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 0.20 | 395.00 | $79.00 |
| Victoria Powers | 1.50 | 520.00 | $780.00 |
| **Total Professional Services** | **1.70** | | **$859.00** |

**Total Invoice Balance Due**                                             $859.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493731
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      Claims Administration and Objections
         Our Matter No. 35066.0006

### INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

Professional Services                                          $3,813.00

**Total Current Invoice**                                      **$3,813.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1493731
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/24/2017 | POWE V | Analyzed claims and options for resolution of case. | 0.80 | 520.00 | $416.00 |
| 10/26/2017 | CRIS T | Prepared follow-up correspondence to Duncan with respect to the real estate taxes. | 0.80 | 395.00 | $316.00 |
| 10/27/2017 | CRIS T | Continued to analyze the real estate tax issues and revised correspondence to the Treasurer, Vermilion County, concerning the same and requesting an updated payoff. | 3.10 | 395.00 | $1,224.50 |
| 11/01/2017 | CRIS T | Conferenced with Long in the County Clerk's Office regarding the real estate taxes. | 0.40 | 395.00 | $158.00 |
| 11/05/2017 | CRIS T | Analyzed the priority claim scheduled for the Vermilion County Collector and researched approaches toward dealing with the same (2.5); prepared a Notice of Withdrawal of Scheduled Claim (1.0); considered the logistics and timing of obtaining the Notice of Withdrawal of Scheduled Claim (.5). | 4.00 | 395.00 | $1,580.00 |
| 11/14/2017 | CRIS T | Revised correspondence to the Vermilion County Treasurer regarding a Notice of Withdrawal of Scheduled Claim. | 0.30 | 395.00 | $118.50 |
| **Total Professional Services** | | | **9.40** | | **$3,813.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 8.60 | 395.00 | $3,397.00 |
| Victoria Powers | 0.80 | 520.00 | $416.00 |
| **Total Professional Services** | **9.40** | | **$3,813.00** |

**Total Invoice Balance Due**                                    $3,813.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493732
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Fee and Employment Applications
        Our Matter No. 35066.0008

### INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

| | |
|---|---|
| Professional Services | $19,038.00 |
| Disbursements | $0.00 |
| **Total Current Invoice** | **$19,038.00** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1493732
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/16/2017 | POWE V | Worked on fee application. | 0.20 | 520.00 | $104.00 |
| 10/17/2017 | POWE V | Prepared fee report for second interim fee application. | 2.60 | 520.00 | $1,352.00 |
| 10/29/2017 | POWE V | Prepared revisions to draft third Ice Miller fee application. | 0.70 | 520.00 | $364.00 |
| 10/30/2017 | POWE V | Reviewed and revised third fee application (.90); began review and revisions to draft exhibits to third fee application (1.0); reviewed and revised second fee application, including Exhibits (1.70). | 3.60 | 520.00 | $1,872.00 |
| 10/31/2017 | POWE V | Revised exhibits to Second Ice Miller Fee Application (2.60); revised exhibits to Third Ice Miller Fee Application (1.80). | 4.40 | 520.00 | $2,288.00 |
| 10/31/2017 | JORI W | Prepared application for First Midwest Bank's second interim fee application. | 0.50 | 150.00 | $75.00 |
| 10/31/2017 | JORI W | Gathered and reviewed information regarding First Midwest Bank's first interim fee application in order to prepare application for second interim period. | 0.50 | 150.00 | $75.00 |
| 11/01/2017 | POWE V | Revised Second and Third Ice Miller Fee Applications, including revisions to exhibits. | 5.80 | 520.00 | $3,016.00 |
| 11/01/2017 | JORI W | Communications regarding corrected invoices for Ice Miller's second interim fee application and redactions needed to same. | 0.20 | 150.00 | $30.00 |
| 11/02/2017 | POWE V | Worked on backup for Ice Miller Fee Applications. | 0.20 | 520.00 | $104.00 |
| 11/06/2017 | POWE V | Exchanged multiple communications with Rachael Gould regarding ███████ ████████ (.80); conferred with Ms. Gould regarding █████████ (.20); further conference with Ms. Gould and Ms. Klonicki regarding █████████ (.10); oversight of preparation of exhibits to fee applications (.20); gathered information needed for preparation of Custodian's fee applications (.30). | 1.60 | 520.00 | $832.00 |
| 11/06/2017 | JORI W | Communications with attorney to discuss | 0.40 | 150.00 | $60.00 |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1493732
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | handling of redactions to Ice Miller invoices and changes to calculations of fees and expenses in exhibits to third interim fee application. | | | |
| 11/07/2017 | CORY L | Reviewed invoices to be redacted for submission with fee application; conferred with Victoria Powers regarding redactions; began redaction of Custodian invoices. | 1.40 | 150.00 | $210.00 |
| 11/07/2017 | POWE V | Reviewed prior fee requests and gathered fee information for Custodian's second fee application (.40); prepared portions of Custodian's fee application (.80); conferred with Rachael Gould and Kim Klonicki regarding ███████████ (.40); exchanged communications with Klonicki regarding ████████████ (.10). | 1.70 | 520.00 | $884.00 |
| 11/08/2017 | CORY L | Prepared redactions to voluminous Custodian invoices; forwarded same to Victoria Powers for review; reviewed comments from Victoria Powers and prepared additional redactions and redaction removal. | 3.90 | 150.00 | $585.00 |
| 11/08/2017 | POWE V | Reviewed and revised Exhibits to Custodian Fee Application. | 1.90 | 520.00 | $988.00 |
| 11/08/2017 | JORI W | Began preparing redactions to Ice Miller invoices for third interim fee application and communications with attorney regarding same. | 2.50 | 150.00 | $375.00 |
| 11/09/2017 | JORI W | Continued redacting Ice Miller invoices for third interim fee application. | 3.70 | 150.00 | $555.00 |
| 11/10/2017 | JORI W | Continued redacting Ice Miller invoice for third interim fee application and reported to attorney regarding same. | 1.10 | 150.00 | $165.00 |
| 11/13/2017 | CORY L | Reviewed and redacted large number of custodian invoices for use in submission of fee application. | 3.70 | 150.00 | $555.00 |
| 11/13/2017 | JORI W | Reviewed custodian invoices and entered data to prepare calculations for second interim fee application. | 3.50 | 150.00 | $525.00 |
| 11/13/2017 | JORI W | Reviewed fees removed from Ice Miller | 1.90 | 150.00 | $285.00 |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1493732
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | invoices in order to adjust calculations for third interim fee application to account for reductions. | | | |
| 11/14/2017 | CORY L | Finalized Review and redaction of large number of custodian invoices for use in submission of fee application. | 4.00 | 150.00 | $600.00 |
| 11/14/2017 | POWE V | Worked on exhibits to and calcullatrions for Custodian's fee applications. | 1.50 | 520.00 | $780.00 |
| 11/14/2017 | JORI W | Reviewed revised Ice Miller invoices and made adjustments to calculations for third interim fee application. | 1.90 | 150.00 | $285.00 |
| 11/14/2017 | JORI W | Continued reviewing FMB's invoices and preparing calculations for second interim fee application of custodian. | 2.10 | 150.00 | $315.00 |
| 11/15/2017 | CORY L | Conferred with Victoria Powers and further prepared Custodian exhibits to the application. | 7.80 | 150.00 | $1,170.00 |
| 11/15/2017 | POWE V | Revisions to Custodian's Fee Application Exhibits. | 0.70 | 520.00 | $364.00 |
| 11/15/2017 | JORI W | Received and reviewed supplemented data from client for custodian's second interim fee application and continued updating calculations (.6); prepared expense summary for exhibit to custodian's second fee application (.9). | 1.50 | 150.00 | $225.00 |
| **Total Professional Services** | | | **65.50** | | **$19,038.00** |

Fee and Employment Applications                                       Invoice No. 1493732
Our Matter No. 35066.0008                                            November 27, 2017

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 24.90 | 520.00 | $12,948.00 |
| Wendy J. Joris | 19.80 | 150.00 | $2,970.00 |
| Lynn Cory | 20.80 | 150.00 | $3,120.00 |
| **Total Professional Services** | **65.50** | | **$19,038.00** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/13/2017 | Photocopies | 84.00 | 0.15 | N/C |
| **Total Cost Advanced** | | **84.00** | | **$0.00** |

**Total Invoice Balance Due**                                          $19,038.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493733
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Plan and Disclosure Statement
        Our Matter No. 35066.0012

### INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

Professional Services                                          $10,297.00

**Total Current Invoice**                                      **$10,297.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1493733
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/19/2017 | POWE V | Prepared Plan terms. | 3.10 | 520.00 | $1,612.00 |
| 10/23/2017 | POWE V | Further prepared Plan terms. | 3.30 | 520.00 | $1,716.00 |
| 10/24/2017 | CRIS T | Considered the distribution priorities, classes of claims and overall strategy for a plan of liquidation (1.0); reviewed the Skeff sale distribution order in conjunction with formulating a plan of liquidation (.2); revised and updated the disbursement projections and details for the waterfall analysis for the plan of liquidation (1.9). | 3.10 | 395.00 | $1,224.50 |
| 10/25/2017 | POWE V | Analyzed of options for plan terms. | 0.30 | 520.00 | $156.00 |
| 10/26/2017 | POWE V | Analysis of plan classification and plan terms options. | 1.20 | 520.00 | $624.00 |
| 10/27/2017 | POWE V | Prepared portions of plan regarding classification and treatment of claims. | 2.80 | 520.00 | $1,456.00 |
| 10/29/2017 | POWE V | Analysis of options for plan terms. | 0.40 | 520.00 | $208.00 |
| 10/30/2017 | CRIS T | Reviewed the claim amounts included in the waterfall analysis for the plan of liquidation. | 0.20 | 395.00 | $79.00 |
| 10/30/2017 | POWE V | Considered options for plan terms and revised draft plan. | 0.50 | 520.00 | $260.00 |
| 10/31/2017 | CRIS T | Reviewed excerpts of the Chapter 11 Plan of Liquidation concerning classification and treatment of claims, and analyzed and made comments on the same. | 1.90 | 395.00 | $750.50 |
| 10/31/2017 | POWE V | Further revisions to proposed plan terms (.30); prepared communication to Rachael Gould regarding ███████████ (.20); analyzed Chapter 7 liquidation (.30). | 0.80 | 520.00 | $416.00 |
| 11/06/2017 | POWE V | Analyzed plan terms related to wage order claims (.30); exchanged communications with Rachael Gould regarding ██████ (.10). | 0.40 | 520.00 | $208.00 |
| 11/07/2017 | POWE V | Exchanged communications with Rachael Gould regarding ████████████ (.10); conferred with Rachael Gould and Kim Klonicki regarding █████████ (.40); considered and revised Plan terms (1.10). | 1.60 | 520.00 | $832.00 |

Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1493733
November 27, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/08/2017 | CRIS T | Considered issues, post-sale, with respect to classifying claims under the Plan and related issues. | 0.20 | 395.00 | $79.00 |
| 11/08/2017 | POWE V | Drafted portions of Plan and Disclosure Statement. | 1.30 | 520.00 | $676.00 |
| **Total Professional Services** | | | **21.10** | | **$10,297.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 5.40 | 395.00 | $2,133.00 |
| Victoria Powers | 15.70 | 520.00 | $8,164.00 |
| **Total Professional Services** | **21.10** | | **$10,297.00** |

**Total Invoice Balance Due**  $10,297.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1493734
November 27, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      US Trustee Communication Activities
         Our Matter No. 35066.0017

### INVOICE SUMMARY (REVISED)

For Services rendered through November 15, 2017

Professional Services                                                    $643.00

**Total Current Invoice**                                               **$643.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1493734
November 27, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2017 | CRIS T | Reviewed the quarterly fee payout information and prepared correspondence to Klonicki concerning the same. | 0.20 | 395.00 | $79.00 |
| 10/30/2017 | CRIS T | Prepared the significant events update for the monthly operating report for September. | 0.60 | 395.00 | $237.00 |
| 10/30/2017 | JORI W | Received and reviewed September accounting and bankruptcy report from client and redacted and reformatted same to prepare for filing. | 0.40 | 150.00 | $60.00 |
| 11/07/2017 | CRIS T | Reviewed the September Monthly Operating Report for filing. | 0.40 | 395.00 | $158.00 |
| 11/08/2017 | CRIS T | Further reviewed the September Monthly Operating Report and finalized for filing. | 0.20 | 395.00 | $79.00 |
| 11/08/2017 | JORI W | Finalized and submitted September monthly operating report with the court. | 0.20 | 150.00 | $30.00 |
| **Total Professional Services** | | | **2.00** | | **$643.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 1.40 | 395.00 | $553.00 |
| Wendy J. Joris | 0.60 | 150.00 | $90.00 |
| **Total Professional Services** | **2.00** | | **$643.00** |

**Total Invoice Balance Due**                                     $643.00



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498229
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Analysis and Recovery
        Our Matter No. 35066.0002

### INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

Professional Services                                          $16,566.50

**Total Current Invoice**                                      **$16,566.50**

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1498229
December 26, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| **Small Business Administration** | | | |
| 11/28/2017 | POWE V | Prepared renewed motion for summary judgment in SBA adversary. | 2.80 |
| 11/29/2017 | POWE V | Worked on renewed summary judgment motion in SBA adversary (.20); prepared communication to client team regarding ███████ (.10). | 0.30 |
| 12/06/2017 | CRIS T | Reviewed exhibits, pleadings and notes, and revised the Plaintiff's Motion for Summary Judgment (4.6); reviewed certain issues with respect to the revisions to the Renewed Motion for Summary Judgment (.3). | 4.90 |
| 12/06/2017 | POWE V | Worked on summary judgment motion. | 0.50 |
| 12/07/2017 | CRIS T | Continued to revise and prepare the Renewed Motion for Summary Judgment. | 6.30 |
| 12/08/2017 | CRIS T | Continued to revise and prepare the Motion for Summary Judgment against the U.S. SBA, as well as review, update and incorporate several case citations. | 4.80 |
| 12/11/2017 | POWE V | Reviewed and revised summary judgment motion in SBA adversary. | 0.20 |
| 12/12/2017 | CRIS T | Considered various issues and revisions with respect to the renewed Motion for Summary Judgment (1.0); researched several cases and points of law and revised the Memorandum in Support of Plaintiff's Motion for Summary Judgment (3.4); prepared correspondence to Major and Gould concerning ████████ (.2). | 4.60 |
| 12/12/2017 | POWE V | Reviewed and revised summary judgment motion in SBA adversary. | 1.60 |
| 12/13/2017 | CRIS T | Conferenced with Gould concerning ████████████ (.4); revised the renewed Motion for Summary Judgment pursuant to the conference with Gould (1.7); prepared the Affidavit of Rachael Gould in support (1.9). | 4.00 |
| 12/13/2017 | POWE V | Conference with Rachael Gould regarding ████████████. | 0.10 |
| 12/14/2017 | CRIS T | Continued to prepare the Affidavit of Gould in Support of Plaintiff's Motion for Summary Judgment and made corresponding revisions to the renewed Motion for Summary Judgment (2.9); prepared correspondence to Gould concerning ████████████ (.3). | 3.20 |
| 12/15/2017 | CRIS T | Researched for additional case law on interim disbursement issues. | 3.30 |

Asset Analysis and Recovery
Our Matter No. 35066.0002

Invoice No. 1498229
December 26, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 12/15/2017 | CRIS T | Reviewed the KeyCite report on citations in the renewed Motion for Summary Judgment, and further revised the Motion accordingly (3.4); conferenced with Gould concerning ██████████ ████ (.2). | 3.60 |
| **Subtotal for Small Business Administration** | | | **$16,566.50** |
| **Total Professional Services** | | | **$16,566.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 5.50 | 520.00 | $2,860.00 |
| Tyson Crist | 34.70 | 395.00 | $13,706.50 |
| **Total Professional Services** | **40.20** | | **$16,566.50** |

**Total Invoice Balance Due**                                  $16,566.50



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498230
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Asset Disposition
         Our Matter No. 35066.0003

### INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

Professional Services                                                                      $592.50

**Total Current Invoice**                                                      **$592.50**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Asset Disposition
Our Matter No. 35066.0003

Invoice No. 1498230
December 26, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/11/2017 | CRIS T | Attention to correspondence from Klonicki about ████ and followed-up with Barney concerning the same and to finalize the proration of utilities (.4); prepared correspondence to Klonicki concerning ████ ████ (.1). | 0.50 | 395.00 | $197.50 |
| 12/13/2017 | CRIS T | Reviewed the status of the utilities for 1803 Georgetown Road and attempted to conference with Klonicki regarding ████. | 0.30 | 395.00 | $118.50 |
| 12/14/2017 | CRIS T | Conferenced with Klonicki concerning ████ ████ (.1); attention to the invoices and follow-up communication from Klonicki regarding ████ (.3); analyzed the same, attempted to conference with and prepared correspondence to Barney concerning remaining utility issues (.3). | 0.70 | 395.00 | $276.50 |
| **Total Professional Services** | | | **1.50** | | **$592.50** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 1.50 | 395.00 | $592.50 |
| **Total Professional Services** | **1.50** | | **$592.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $592.50 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498231
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Case Administration
         Our Matter No. 35066.0005

## INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

| | |
|---|---:|
| Professional Services | $18,470.00 |
| Disbursements | $83.30 |
| **Total Current Invoice** | **$18,553.30** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Case Administration
Our Matter No. 35066.0005

Invoice No. 1498231
December 26, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/21/2017 | CRIS T | Revised the Report of Sale for filing. | 0.40 | 395.00 | $158.00 |
| 11/28/2017 | POWE V | Reviewed and considered SBA Motion to convert or appoint a trustee and considered areas for objection to same. | 0.30 | 520.00 | $156.00 |
| 11/29/2017 | ANDE D | Prepared objection to SBA Motion to Convert (3.5); participated in portion of conference with clients regarding same (.6). | 4.10 | 365.00 | $1,496.50 |
| 11/29/2017 | POWE V | Considered SBA Motion to convert or appoint trustee and completed preliminary analysis of arguments (.90); conference with client team regarding allegation contained in SBA Motion (.90); preliminary review of information provided by client team for objection to SBA Motion (.10). | 1.90 | 520.00 | $988.00 |
| 11/30/2017 | ANDE D | Further prepared objection to motion to convert or appoint a chapter 11 trustee. | 5.10 | 365.00 | $1,861.50 |
| 12/01/2017 | HIGH D | Responded to query on documents relating to Offut offer to purchaser property in response to SBA Motion to Convert. | 1.00 | 465.00 | $465.00 |
| 12/01/2017 | ANDE D | Further preparation of objection to SBA Motion to Convert or dismiss case. | 6.10 | 365.00 | $2,226.50 |
| 12/01/2017 | POWE V | Reviewed, revised, and drafted portions of opposition to SBA Motion to Convert (2.10); reviewed background information and gathered factual support for opposition to SBA Motion (5.0); prepared communication to client team regarding ▓▓▓▓▓▓▓▓ (.10). | 7.20 | 520.00 | $3,744.00 |
| 12/04/2017 | ANDE D | Further preparation of objection to SBA Motion to Convert or dismiss case. | 4.10 | 365.00 | $1,496.50 |
| 12/04/2017 | POWE V | Revisions to opposition to SBA motion to convert. | 0.60 | 520.00 | $312.00 |
| 12/05/2017 | ANDE D | Reviewed case law regarding the standard for conversion to chapter 7 in connection with objection to motion to convert or dismiss (.8); prepared summary of cases (.3). | 1.10 | 365.00 | $401.50 |
| 12/05/2017 | POWE V | Developed facts and prepared portions of | 6.10 | 520.00 | $3,172.00 |

Case Administration
Our Matter No. 35066.0005

Invoice No. 1498231
December 26, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | opposition to SBA motion to convert (2.60); conference with Rachael Gould regarding ███████████████ (.20); conference with Angela Hart regarding ██████████████ (.20); prepared communication to Ms. Petesch responding to inquiries regarding SBA motion (.50); prepared communication to client team regarding ████ (.10); final revisions to objection to SBA Motion (2.50). | | | |
| 12/06/2017 | CRIS T | Calculated amounts inquired about by counsel for the Official Committee. | 0.30 | 395.00 | $118.50 |
| 12/06/2017 | POWE V | Considered communication from Mr. Rossow and attention to pulling together responsive information. | 1.00 | 520.00 | $520.00 |
| 12/07/2017 | POWE V | Exchanged communications with client team regarding ██████████████████ (.30); conference with Rachael Gould regarding ██████████ (.10); pulled information in order to respond to inquiries from Committee counsel and prepared response to Mr. Rossow (1.90). | 2.30 | 520.00 | $1,196.00 |
| 12/13/2017 | CRIS T | Attention to hearing notices and other recent filings. | 0.40 | 395.00 | $158.00 |
| **Total Professional Services** | | | **42.00** | | **$18,470.00** |

Case Administration
Our Matter No. 35066.0005

Invoice No. 1498231
December 26, 2017

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 1.10 | 395.00 | $434.50 |
| Victoria Powers | 19.40 | 520.00 | $10,088.00 |
| David Hight | 1.00 | 465.00 | $465.00 |
| Daniel Anderson | 20.50 | 365.00 | $7,482.50 |
| **Total Professional Services** | **42.00** | | **$18,470.00** |

## COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 12/05/2017 | Photocopies | 2,856.00 | 0.15 | N/C |
| 12/05/2017 | Photocopies | 1,260.00 | 0.15 | N/C |
| 12/05/2017 | Postage Expense , | 34.00 | 2.45 | $83.30 |
| **Total Cost Advanced** | | **4,150.00** | | **$83.30** |

**Total Invoice Balance Due** $18,553.30



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498232
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:      Claims Administration and Objections
         Our Matter No. 35066.0006

### INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

Professional Services                                                    $2,133.00

**Total Current Invoice**                                            **$2,133.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Claims Administration and Objections
Our Matter No. 35066.0006

Invoice No. 1498232
December 26, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/22/2017 | CRIS T | Revised the Notice of Withdrawal of Claim on Schedule E and revised correspondence to Long concerning the same. | 0.50 | 395.00 | $197.50 |
| 12/04/2017 | CRIS T | Attention to correspondence from the Treasurer, Duncan, concerning the proposed Notice of Withdrawal of Scheduled Claim (.8); researched the amount of real estate taxes scheduled for 2011 and 2012, and prepared a response to Duncan concerning the same and the basis for the withdrawal (1.8). | 2.60 | 395.00 | $1,027.00 |
| 12/05/2017 | CRIS T | Further considered and revised the correspondence to the Treasurer, Duncan, concerning the discrepancy in the Schedule E amount and real estate taxes paid (.9); attention to correspondence from Hoff concerning the IRS's secured claim (.2). | 1.10 | 395.00 | $434.50 |
| 12/11/2017 | CRIS T | Attention to the Notice received by Klonicki from the Illinois Department of Employment Security and analyzed the same in comparison to the prior resolution of Claims 30 and 31 filed by IDES (.7); prepared correspondence to McGovern at IDES concerning the Notice Before Collection Action (.5). | 1.20 | 395.00 | $474.00 |
| **Total Professional Services** | | | **5.40** | | **$2,133.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 5.40 | 395.00 | $2,133.00 |
| **Total Professional Services** | **5.40** | | **$2,133.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $2,133.00 |



One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498233
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     Fee and Employment Applications
        Our Matter No. 35066.0008

### INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

| | |
|---|---|
| Professional Services | $14,813.00 |
| Disbursements | $0.00 |
| **Total Current Invoice** | **$14,813.00** |

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1498233
December 26, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/16/2017 | JORI W | Supplemented Ice Miller's third interim application for fees and expenses. | 0.40 | 150.00 | $60.00 |
| 11/16/2017 | JORI W | Received and reviewed additional data from client and continued preparing calculations and exhibits to custodian's fee application (.7); supplemented second interim application for fees and expenses (.6); updated chart regarding fees billed and paid to date (.6). | 1.90 | 150.00 | $285.00 |
| 11/20/2017 | POWE V | Reviewed and revised portions of Custodian's second fee application (.50); communications with client team regarding ███████ (.20). | 0.70 | 520.00 | $364.00 |
| 11/20/2017 | JORI W | Prepared descriptions of work performed by category based on FMB's recently invoiced fees and time for the second interim fee application (4.8); conferred with attorney regarding handling to finalize and file fee applications of Custodian and Ice Miller (.3). | 5.10 | 150.00 | $765.00 |
| 11/21/2017 | CORY L | Finalized preparation of redacted custodian invoices and forwarded same to Wendy Joris for inclusion with fee application. | 0.40 | 150.00 | $60.00 |
| 11/21/2017 | POWE V | Conference with Rachael Gould regarding ███████ (.10); continued to prepare and revise Custodian's second interim fee application and exhibits and Ice Miller second interim fee application and exhibits (13.50); exchanged multiple communications with client team regarding fee application issues (.60). | 14.20 | 520.00 | $7,384.00 |
| 11/21/2017 | JORI W | Gathered information and collected invoices to prepare for filing of Ice Miller's second interim fee application and exhibits. | 1.10 | 150.00 | $165.00 |
| 11/21/2017 | JORI W | Prepared updated exhibits to Ice Miller's third fee application (.6); supplemented third fee application (.4); communications to finalize third application and exhibits (.2). | 1.20 | 150.00 | $180.00 |
| 11/21/2017 | JORI W | Continued updating summary of work by category for FMB's fee application (.8); continued preparing supplements to fee | 4.90 | 150.00 | $735.00 |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1498233
December 26, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | application (.8); continued preparing exhibits to fee application (.9); communications regarding handling to finalize redacted invoices to FMB's fee application (.5); worked with client to prepare biography exhibit for fee application (1.9). | | | |
| 11/22/2017 | POWE V | Finalized Second Interim Fee Applications and exhibits thereto (2.80); exchanged multiple communications with, and conferred with Angela Hart and Rachael Gould regarding ▮▮▮▮▮ (.50). | 3.30 | 520.00 | $1,716.00 |
| 11/22/2017 | JORI W | Several communications with client and attorney regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.6); continued working on FMB biographies for exhibit to fee application (.8); updated and finalized all exhibits to FMB fee application (.9); received and reviewed approved second interim fee application in order to prepare for filing of same (.5); finalized and submitted FMB's second fee application (.8); continued preparing exhibits for Ice Miller's second fee application (.9); finalized and submitted Ice Miller's second fee application (.5); communications regarding service of fee applications (.2). | 5.20 | 150.00 | $780.00 |
| 11/24/2017 | POWE V | Reviewed notice of hearings on fee applications and prepared communication to client team regarding ▮▮▮▮▮▮ (.20); exchanged communications with Rachael Gould regarding ▮▮▮▮▮ (.20). | 0.40 | 520.00 | $208.00 |
| 1▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | | ▮▮ | ▮▮ | ▮▮▮ |
| 11/27/2017 | POWE V | Exchanged communications with client team regarding ▮▮▮▮▮▮▮ and attention to options for requesting change in date (.30); reviewed Fee Summary filed with Second Interim Fee Application and prepared | 1.00 | 520.00 | $520.00 |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1498233
December 26, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | correction to Ice Miller Fee Summary (.40); prepared communication to client team regarding ███████████ (.10); conference with Rachael Gould regarding ███████████ (.20). | | | |
| 11/27/2017 | JORI W | Reviewed and prepared updates to Ice Miller's third interim fee application based on adjustments to time entries and details from second interim application (2.1); communications with Powers regarding corrections to be made to Summary page of Ice Miller's second interim application (.2); reviewed and finalized corrected Summary of second application and assisted with submission to the court (.3); gathered additional information for biographical exhibit to Ice Miller's third application (.5). | 3.10 | 150.00 | $465.00 |
| 11/28/2017 | POWE V | Preliminary consideration of and follow up regarding inquiry from Sabrina Petesch regarding fee application invoices (.20); prepared communication to client team regarding ██████ (10). | 0.30 | 520.00 | $156.00 |
| 11/29/2017 | POWE V | Researched ability to provide electronic invoices to U.S. Trustee (.20); exchanged communications with client team regarding ██████ (.10). | 0.30 | 520.00 | $156.00 |
| 11/29/2017 | JORI W | Began drafting application for third interim fee application of First Midwest Bank. | 1.20 | 150.00 | $180.00 |
| 12/01/2017 | POWE V | Prepared communication responding to Sabrina Petesch on invoices covered by fee applications. | 0.10 | 520.00 | $52.00 |
| 12/07/2017 | POWE V | Reviewed fees and expenses for Third Interim Fee Application (.50); conference with Rachael Gould regarding ██████████ (.10). | 0.60 | 520.00 | $312.00 |
| 12/07/2017 | JORI W | Continued review of reductions to Ice Miller invoices and calculations of expenses for third interim fee application. | 0.90 | 150.00 | $135.00 |
| 12/12/2017 | JORI W | Further revised Ice Miller invoices for third interim fee application (.8); conferred with | 0.90 | 150.00 | $135.00 |

Fee and Employment Applications
Our Matter No. 35066.0008

Invoice No. 1498233
December 26, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | attorney regarding further handling to complete application (.1). | | | |
| **Total Professional Services** | | | **47.20** | | **$14,813.00** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Victoria Powers | 20.90 | 520.00 | $10,868.00 |
| ███████████ | ███ | ███ | ███ |
| Wendy J. Joris | 25.90 | 150.00 | $3,885.00 |
| Lynn Cory | 0.40 | 150.00 | $60.00 |
| **Total Professional Services** | **47.20** | | **$14,813.00** |

### COSTS ADVANCED

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 11/22/2017 | Photocopies | 840.00 | 0.15 | N/C |
| 11/22/2017 | Photocopies | 1,225.00 | 0.15 | N/C |
| 11/27/2017 | Photocopies | 170.00 | 0.15 | N/C |
| **Total Cost Advanced** | | **2,235.00** | | **$0.00** |

**Total Invoice Balance Due**                                    $14,813.00



**LEGAL COUNSEL**

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498234
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:    Plan and Disclosure Statement
      Our Matter No. 35066.0012

### INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

Professional Services                                                                 $9,120.50

**Total Current Invoice**                                                   **$9,120.50**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1498234
December 26, 2017

### PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/20/2017 | POWE V | Prepared revisions to draft plan. | 0.70 | 520.00 | $364.00 |
| 11/28/2017 | POWE V | Revised portions of draft plan and disclosure statement. | 0.80 | 520.00 | $416.00 |
| 11/29/2017 | POWE V | Revised draft plan (.60); prepared communications to client regarding ▇ ▇▇▇▇▇ (.10); prepared portion of disclosure statement (.40). | 1.10 | 520.00 | $572.00 |
| 12/01/2017 | POWE V | Considered Custodian's preliminary comments on draft Plan. | 0.10 | 520.00 | $52.00 |
| 12/02/2017 | POWE V | Prepared portions of Disclosure Statement. | 1.70 | 520.00 | $884.00 |
| 12/04/2017 | CRIS T | Considered the terms and treatment of certain claims within the proposed Plan of Liquidation, and potential approaches. | 1.10 | 395.00 | $434.50 |
| 12/04/2017 | POWE V | Conference with Rachael Gould regarding ▇▇▇▇▇ (.40); analysis of plan term issues and worked on preparation of Plan and Disclosure Statement (4.10). | 4.50 | 520.00 | $2,340.00 |
| 12/05/2017 | POWE V | Conference with Angela Hart regarding ▇▇ ▇▇ (.10); analyzed claims and waterfall issues for plan (.20). | 0.30 | 520.00 | $156.00 |
| 12/06/2017 | CRIS T | Considered payment of specific claims under Plan. | 0.40 | 395.00 | $158.00 |
| 12/06/2017 | POWE V | Analysis of potential plan provisions. | 1.00 | 520.00 | $520.00 |
| 12/07/2017 | POWE V | Analysis of outstanding claims amounts for plan. | 0.30 | 520.00 | $156.00 |
| 1▇▇▇▇▇▇▇ | | ▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇▇ |
| 12/13/2017 | POWE V | Prepared portions of Plan and Disclosure Statement. | 1.90 | 520.00 | $988.00 |
| 12/14/2017 | POWE V | Drafted portions of plan and disclosure statement. | 1.00 | 520.00 | $520.00 |
| 12/15/2017 | POWE V | Drafted portions of plan and disclosure statement. | 3.00 | 520.00 | $1,560.00 |

Plan and Disclosure Statement
Our Matter No. 35066.0012

Invoice No. 1498234
December 26, 2017

| | | |
|---|---|---|
| **Total Professional Services** | **17.90** | **$9,120.50** |

### SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Victoria Powers | 16.40 | 520.00 | $8,528.00 |
| Tyson Crist | 1.50 | 395.00 | $592.50 |
| **Total Professional Services** | **17.90** | | **$9,120.50** |

| | |
|---|---|
| **Total Invoice Balance Due** | $9,120.50 |



**Ice**Miller
LEGAL COUNSEL

One American Square | Suite 2900 | Indianapolis, IN 46282-0200

Invoice No. 1498235
December 26, 2017

First Midwest as Custodian of Earl Gaudio & Son - Chapter 11
c/o First Midwest Bank
Attn: Angela Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Re:     US Trustee Communication Activities
        Our Matter No. 35066.0017

### INVOICE SUMMARY (REVISED)

For Services rendered through December 15, 2017

Professional Services                                                              $1,263.00

**Total Current Invoice**                                            **$1,263.00**

Thank you for giving Ice Miller the opportunity to serve you.  We appreciate your business and the confidence
you have placed in us.  Please call if we can be of further assistance.



US Trustee Communication Activities
Our Matter No. 35066.0017

Invoice No. 1498235
December 26, 2017

## PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/05/2017 | CRIS T | Prepared the significant events for the October monthly operating report and the tax liabilities portion of the same. | 1.70 | 395.00 | $671.50 |
| 12/06/2017 | CRIS T | Reviewed the October Monthly Operating Report and redactions thereto for filing (.9); prepared correspondence to Klonicki concerning ███████████ █████████ (.2). | 1.10 | 395.00 | $434.50 |
| 12/06/2017 | JORI W | Reviewed and redacted October financial reports and prepared the operating report for filing. | 0.40 | 150.00 | $60.00 |
| 12/07/2017 | POWE V | Reviewed monthly operating report information. | 0.10 | 520.00 | $52.00 |
| 12/07/2017 | JORI W | Finalized and submitted October monthly operating report. | 0.30 | 150.00 | $45.00 |
| **Total Professional Services** | | | **3.60** | | **$1,263.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| Tyson Crist | 2.80 | 395.00 | $1,106.00 |
| Victoria Powers | 0.10 | 520.00 | $52.00 |
| Wendy J. Joris | 0.70 | 150.00 | $105.00 |
| **Total Professional Services** | **3.60** | | **$1,263.00** |

| | |
|---|---|
| **Total Invoice Balance Due** | $1,263.00 |