Form ntchrgBK

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*  Earl Gaudio & Son, Inc.
  *Debtor*

*Case No.:* 13–90942

*Chapter:* 11

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

  U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

  on 4/11/18 at 10:30 AM

to consider and act upon the following:

\*\*\*CORRECTED HEARING INFO\*\*\*

Third Application for Compensation for the Period December 1, 2016 through December 15, 2017 for Ice Miller LLP, for Attorney Fee: $518,371.50, and Expenses: $2,632.96. and any objection thereto.

Dated: 3/6/18

  /S/  Adrienne D. Atkins
  Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.