Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*   Earl Gaudio & Son, Inc.                                *Case No.:* 13–90942
          *Debtor*

                                                                   *Chapter:* 11

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

   U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802

   on 7/11/18 at 10:30 AM

to consider and act upon the following:

Debtor's Objection to Claim 47–1 of Helen Gaudio, Guardian of the Estate of Earl Gaudio, and any objections thereto.


Dated: 6/8/18


                                         __/S/   Adrienne D. Atkins__
                                         Clerk, U.S. Bankruptcy Court


   Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.