UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) |
| | ) Case No. 13-90942 |
| EARL GAUDIO & SON, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## RESPONSE TO UNITED STATES' OBJECTION TO DEBTOR'S PLAN

The above captioned Debtor and Debtor-in-Possession, by and through First Midwest Bank as Custodian of Earl Gaudio and Son, Inc. (the "Debtor" and "EG&S"), by counsel, respectfully responds to the Objection to the Debtor's Second Amended Plan filed by the United States of America, on behalf of the Small Business Administration ("SBA") (Dkt. 791) (the "Plan Objection").

On May 11, 2018, the Debtor filed its First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc., (Dkt. 773) (the "First Amended Plan"), and on June 19, 2018, the debtor modified its First Amended Plan by the Second Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc., (Dkt. 785) (the "Second Amended Plan," together with the First Amended Plan, the "Plan").  The Debtor also filed its Memorandum in Support of Modification to Plan (Dkt. 786) (the "Memorandum in Support of Modification") on June 19, 2018.  The Court had set June 25, 2018 as the deadline for any objection to the Debtor's Plan. Notwithstanding that the Debtor gave notice to the SBA, through the Memorandum in Support of Modification, that the Debtor intended to proceed to confirmation on July 11, 2018, the SBA did not contact the Debtor's representatives regarding an extension of time to object or with respect to any objection, did not request an extension of the time from this Court to object to the Plan, and the time for filing an objection to confirmation of the Plan has passed.

CO\5892532.1

As set forth in the Debtor's Memorandum in Support of Modification, Bankruptcy Code Section 1127 governs modifications of Chapter 11 plans. That section provides that "[t]he proponent of a plan may modify such plan at any time before confirmation, but may not modify such plan so that such plan as modified fails to meet the requirements of sections 1122 and 1123 of this title." 11 U.S.C. § 1127(a). "After the proponent of a plan files a modification of such plan with the court, the plan as modified becomes the plan." *Id.* Here, the Second Amended Plan is a modification of the Debtor's First Amended Plan, the modification makes no change to the distributions to any creditor and instead merely provides for the reclassification of one creditor in a manner permitted by the Bankruptcy Code, and there is no need for re-solicitation or re-noticing. Indeed, the SBA has not cited any support for its requests that the court set a new deadline for filing objections to the Plan and set a new hearing date.

The SBA continues in its groundless efforts to delay this case and the ultimate resolution that other creditors and the estate seek to accomplish. Its last-minute, belated effort to delay confirmation of the Plan should not be countenanced or rewarded. The time to file an objection to the Plan expired on June 25, 2018, and the SBA has asserted no objection of any kind, only an untimely, unsupported request for delay. The Debtor respectfully submits that the SBA should not be allowed, two weeks after the objection deadline passed, and only two days before the hearing, to submit a "protective objection" seeking an all-new schedule. Instead, the Plan should be confirmed because it properly classifies the SBA separately from the Class E general unsecured creditors, as set forth in the Memorandum in Support of Modification, and because Class E overwhelming voted to accept the Plan to bring this bankruptcy to a conclusion.

2

        Respectfully submitted,

        ICE MILLER, LLP

        By: /s/ Tyson A. Crist
            Tyson A. Crist
            250 West Street
            Columbus, OH 43215
            (614) 462-2700 – Telephone
            (614) 462-5135 – Facsimile
            Tyson.Crist@icemiller.com
            *Counsel to the Debtor and*
            *Debtor in Possession*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 9, 2018, I electronically filed the foregoing *Response to United States' Objection to Debtor's Plan* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the U.S. Trustee and all parties receiving CM/ECF notice in this proceeding, as set forth in the ECF Service List set forth below.

        /s/ Tyson A. Crist
        Tyson A. Crist

## ECF SERVICE LIST

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com

- Daniel Magee Anderson on behalf of Debtor / Plaintiff Earl Gaudio & Son, Inc.

- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com

- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant First Financial Bank, N.A. successor to First National Bank of Danville, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net, barneyer66934@notify.bestcase.com

- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. dbesic@walinskilaw.com

- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com

- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com

- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com

- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee jchamley@efbclaw.com, jnieman@efbclaw.com

- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com

- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue sdelamar@atg.state.il.us

- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com, notices@dentlawoffices.com

- Kevin Driscoll on behalf of Defendant Chase Bank USA, N.A., Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com

- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com

- David H. Hoff on behalf of Creditor United States of America, Defendant United States Small Business Administration peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov

- Michael Fredrick Holbein on behalf of Defendant American Express, Defendant American Express Bank, FSB, Defendant American Express Centurion Bank michael.holbein@agg.com

- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc. amritk@goldmclaw.com

- Brett Kepley on behalf of Defendant American Express bkepley@lollaf.org, lollafecfmail@gmail.com, kepleybr74500@notify.bestcase.com

- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com

- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com

- Jennifer L. Maffett on behalf of Creditor Mike-Sell's Potato Chip Co. thdaytonecf@thompsonhine.com

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com, mmcelwain33@gmail.com

- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc. pmoran@gordonrees.com

- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illinois, LLC snelson@califf.com

- Kate R O'Loughlin on behalf of Creditor United States of America, Defendant United States Small Business Administration kate.oloughlin@sba.gov

- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov

- Teresa I. Pisula on behalf of Creditor Illinois Department of Revenue TPisula@atg.state.il.us

- Jeffrey D. Richardson on behalf of Creditor and Interested Parties Helen Gaudio and James Brougher jdrdec@aol.com

- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us

CO\5892532.1

- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, robin@rubin-levin.net, atty_jer@trustesolutions.com, lisa@rubin-levin.net

- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com

- Amy T. Ryan on behalf of Creditor/Defendant World Business Lenders atr@mllfpc.com, bdm@mllfpc.com

- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com

- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov

- Mark Roy Wenzel on behalf of Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com

- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com

- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com

CO\5892532.1