**IT IS SO ORDERED.**

**SIGNED THIS: July 10, 2018**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re ) | |
| ) | Case No. 13-90942 |
| EARL GAUDIO & SON, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

# O R D E R

For the reasons set forth in an Opinion entered this day,

IT IS HEREBY ORDERED that the Second (#701) and Third (#730) Interim Applications for Compensation of Ice Miller LLP are allowed in part and denied in part. Ice Miller is awarded interim fees of $670,227.34 and reimbursement of $21,541.94 in costs. All other fees and costs requested in Ice Miller's Second and Third Interim Applications are denied.

According to Ice Miller, it received $130,747.36 as prepayment of fees and costs incurred during the second interim application period. Ice Miller is to apply that amount as a credit against its fees and costs approved herein, leaving

$561,021.92 to be paid as an administrative expense. The Debtor is prohibited from making any payment to Ice Miller for the fees or costs awarded here until further order of Court.

IT IS FURTHER ORDERED that the Second (#700) and Third (#728) Interim Applications for Compensation of First Midwest Bank are allowed in part and denied in part. First Midwest Bank is awarded interim fees of $289,832.71 and reimbursement of $1704.32 in costs. All other fees requested in First Midwest Bank's Second and Third Interim Applications are denied.

According to First Midwest Bank, it received $288,549.89 as prepayment of fees and costs incurred during the second interim application period. First Midwest Bank is to apply the prepayment amount as a credit against the fees and costs approved herein, leaving $2987.14 to be paid as an administrative expense. The Debtor is prohibited from making any payment to First Midwest Bank for the fees or costs awarded here until further order of Court.

###