**IT IS SO ORDERED.**

**SIGNED THIS: August 9, 2018**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

| | | | |
|---|---|---|---|
| In re: | Earl Gaudio & Son, Inc. | ) | |
| | | ) | Case No.   13-90942 |
| | Debtor. | ) | |
| | | ) | |

**O R D E R**

COUNSEL FOR DEBTOR:  Tyson Crist
COUNSEL FOR OTHER PARTIES:  U.S. Trustee – Sabrina Petesch; U.S. Small Business Administration – Kate O'Loughlin; Unsecured Creditor Committee – Jim Rossow; Helen Gaudio – Jeffrey Richardson; United States – David Hoff, Gail Noll

Case called for hearing and the parties having appeared by their respective attorneys, IT IS ORDERED:

1) The matters to be tried are the approval of the Amended Disclosure Statement (Doc. #774) and confirmation of the Second Amended Chapter 11 Plan (Doc. #785).

2) This case is scheduled for trial September 12, 2018, at 11:00 a.m., to be held at Courtroom C, 1st Floor, U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois. No further notice of trial setting will be given.

3) Deadline to file written objection to the Second Amended Chapter 11 Plan is August 31, 2018.

4) This case will only be continued for good cause. Proceedings in other courts, whether federal or state, scheduled after the date of this Order, may not be used as grounds constituting good cause for the continuance of this case.

5) ONE WEEK PRIOR TO TRIAL, parties shall:
   a. number and exchange exhibits.
   b. exchange the names of all witnesses intended to be called at trial.

6) The filing of amended pleadings, stipulations or agreed orders will not necessarily result in the continuance or cancellation of the scheduled trial. If the trial is continued or cancelled, written notice will be sent to all attorneys of record and pro se parties. Absent receipt of such notice, all parties should appear. No party is authorized to excuse the appearance of another party. FAILURE TO APPEAR MAY RESULT IN A JUDGMENT ON THE MERITS BEING ENTERED AGAINST THE ABSENT PARTY.

7) All parties are required to provide complete copies of all numbered exhibits to the Court at the commencement of the trial.

8) Opening statements or remarks are not expected from any party and are generally discouraged.

9) All parties should be prepared to present argument, including references to applicable statutory or case law, at the close of trial. Generally, leave will not be given to file post-trial briefs or memorandums.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###