UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| EARL GAUDIO & SON, INC., ) | |
| ) | Case No. 13-90942 |
| Debtor. ) | |

**STIPULATION REGARDING CLAIM 30 FILED BY CREDITOR ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY**

Comes now the above captioned Debtor, Earl Gaudio & Son, Inc. (the "Debtor"), by and through First Midwest Bank as Custodian, and Creditor, Illinois Department of Employment Security ("IDES"), each by counsel, and stipulate and agree to the following:

1. On July 19, 2013 (the "Petition Date"), the Debtor commenced its case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On September 30, 2013, IDES filed Claim 30-1 asserting a prepetition priority tax claim totaling $14,117.30, for unemployment tax asserted to be due on account number ***2140 for the second quarter 2012 through the prepetition portion of the third quarter 2013 (the third quarter 2013 being an estimated amount).

3. Also on September 30, 2013, IDES also filed Claim 31-1 asserting a postpetition priority tax claim totaling $2,470.51, for unemployment tax asserted to be due on account ***2140 for the third quarter 2013 (an estimated amount).

4. On or about October 31, 2013, the Debtor paid the postpetition Claim 31-1 in full.

5. On May 18, 2016, IDES filed Claim 30-2 amending Claim 30-1, asserting a reduced amount of contributions and interest owed as priority tax for the first, second and third quarters 2012 and the first quarter 2013 (all prepetition periods), totaling $7,152.36.

6. Also on May 18, 2016, IDES filed Claim 31-2 amending Claim 31-1, asserting an increased amount of interest owed on the third quarter 2013 contribution (postpetition), for a total claim of $3,410.55.

7. In May 2017, counsel for the Debtor contacted IDES regarding Claims 30 and 31, in an effort to resolve the Debtor's objections thereto short of filing a formal objection. Specifically, Debtor asserted that the amounts in Claim 30-2 are overstated, and may have included postpetition amounts for the third quarter 2013 that had been paid, and that IDES should withdraw Claim 31-2 for postpetition amounts that had been paid in full.

8. Pursuant to discussions between Debtor's counsel and Mark McGovern, the then Collection Enforcement-Bankruptcy Unit Manager for IDES, the Debtor and IDES agreed, as memorialized in an email from Mr. McGovern to Victoria Powers, dated May 19, 2017, that: (1) IDES would withdraw Claim 31 because IDES considered the post-petition period paid off; (2) IDES would write off any amounts in the post-petition period after Claim 31 is withdrawn; (3) the Debtor would leave Claim 30-2 (the pre-petition claim) as filed, which would be paid in full in the amount of $7,152.36 under a confirmed Plan in the Chapter 11 bankruptcy; and (4) that IDES would write off any amounts that remained as a balance on the account after the pre-petition Claim 30-2 is paid in full.

9. On May 25, 2017, IDES, by and through Mr. McGovern, Bankruptcy Unit Manager, filed its Withdrawal of Claim No. 31 (IDES) (Doc. 631), withdrawing Claim 31 pursuant to the parties' agreement.

10. On January 29, 2018, IDES filed Claim 30-3 amending Claim 30-2, purporting to be an amended administrative proof of claim an amount due for third quarter 2013, plus new estimated amounts alleged due for the first and second quarter 2017, totaling $3,605.68 ($3,505.68 priority and $100.00 general unsecured).

11. And on February 1, 2018, IDES filed Claim 30-4 purporting to amend Claim 30-1 to increase the prepetition priority tax amount for the second quarter 2012 (from $651.73 to $2,452.32)[1] and to add an amount for the third quarter 2013, which together with three other quarterly amounts unchanged from Claim 30-1 (third and fourth quarters 2012 and first quarter 2013), totaled $9,252.12.

12. Absent this Stipulation, Debtor would file an objection to Claim 30-3 because it asserts postpetition amounts not due and owing given that: (a) Debtor previously paid all postpetition obligations to IDES and IDES acknowledged the same and agreed to write off any postpetition amounts; and (b) Debtor ceased to pay wages for services in employment as of February, following closure of the Danville UPS Store, as the IDES has since acknowledged by terminating account ***2140 effective as of February 29, 2016.

13. Also absent this Stipulation, Debtor would file an objection to Claim 30-4 because it is: (a) contrary to the parties' prior agreement with respect to payment of the prepetition amounts in full for the amount of $7,152.36, after which the remainder would be written off; and (b) untimely—filed to assert increased and new prepetition amounts after the governmental unit claims bar date passed.

---

[1] This amendment to Claim 30 was filed after the governmental unit claims bar date of January 15, 2014, established in the Claims Notice (Doc. 60).

14. To effectuate the parties' agreement, the parties hereby stipulate that, notwithstanding Claims 30-3 and 30-4, IDES shall be paid a total of **$7,152.36** pursuant to the terms of the *First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc.* (the "Plan") (Doc. 773), confirmed on September 5, 2018 (Doc. 833), as payment in full satisfaction of its Allowed Governmental Unit Priority Claim under § 507(a)(8) of the Bankruptcy Code (as an Unclassified Claim under the Plan) and any other claims of IDES, including but not limited to Claims 30-3 and 30-4. Upon receipt of these funds, IDES will write off the remaining balance of any tax it claims to be due and owing by the Debtor.

15. In the event the distribution of $7,152.36 is not made in accordance with the terms of the Plan, IDES reserves the right to assert the full amount it claims is due and owing by the Debtor under applicable nonbankruptcy law, subject to the terms of the Plan.

Respectfully submitted,

By: /s/ Tyson A. Crist
Tyson A. Crist
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
614-462-2243 – Telephone
614-224-3266 – Facsimile
Tyson.Crist@icemiller.com
*Counsel to the Debtor*

By: _____
Amos L. Ellis, Public Service Advisor (Manager)
Bankruptcy Unit
IDES Collection Enforcement Division
33 S. State Street
Chicago, IL 60603
Phone: (312) 793-3955
Fax: (312) 793-4350
Amos.Ellis@Illinois.gov

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the U.S. Trustee and all parties receiving CM/ECF notice in this proceeding, as set forth in the attached ECF Service List.

I hereby further certify that on October 4, 2018, I served the foregoing document by first-class U.S. Mail, postage prepaid, to the parties at the addresses listed in the attached U.S. Mail Service List.

By: /s/ Tyson A. Crist
Tyson A. Crist
250 West Street, Suite 700
Columbus, OH 43215
614-462-2243 – Telephone
614-224-3266 – Facsimile
Tyson.Crist@icemiller.com
*Counsel to the Debtor*

**SERVICE LIST**

Service by CM/ECF:

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com, dhouser@gordonrees.com
- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com
- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net
- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. darren@dbesiclaw.com, Nancy@dbesiclaw.com
- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com
- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com
- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com
- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee jchamley@efbclaw.com, jnieman@efbclaw.com
- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com
- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue sdelamar@atg.state.il.us
- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com
- Kevin Driscoll on behalf of Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com
- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com
- Christina Laun Fugate on behalf of Debtor Earl Gaudio & Son, Inc. christina.fugate@icemiller.com
- David H. Hoff on behalf of Creditor United States of America and Defendant United States Small Business Administration staci.klayer@usdoj.gov
- Michael Fredrick Holbein michael.holbein@agg.com
- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc. akapai@askounisdarcy.com, hgill@askounisdarcy.com
- Brett Kepley on behalf of Defendant American Express bakepley@rosklaw.com, jhoerr@rosklaw.com
- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com
- Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue pkmett@atg.state.il.us
- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com
- Jennifer L. Maffett on behalf of Creditor Mike-sell's Potato Chip Co. thdaytonecf@thompsonhine.com

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com
- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc. pmoran@gordonrees.com
- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illlinois, LLC snelson@califf.com
- Kate R O'Loughlin on behalf of Creditor United States of America and Defendant United States Small Business Administration kate.oloughlin@sba.gov
- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov
- Victoria E. Powers on behalf of Debtor and Plaintiff Earl Gaudio & Son, Inc. victoria.powers@icemiller.com, Daniel.Anderson@icemiller.com, Sandy.Heaberlin@icemiller.com
- Jeffrey D. Richardson on behalf of Creditor Helen Gaudio jdrdec@aol.com
- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us
- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, marie@rubin-levin.net
- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com
- Amy T. Ryan    atr@mllfpc.com, bdm@mllfpc.com
- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com
- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov
- Mark Roy Wenzel on behalf of Creditor and Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com
- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com
- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com

U.S. Mail Service:

Peter E. Moll
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Sundance Beverage Co.
8100 SW Tenth Street, Suite 4000
Fort Lauderdale, FL  33324

ADP
1 ADP Blvd
MS 325
Roseland, NJ 07068-1786

Mike-sell's Potato Chip Co.
333 Leo Street
Dayton, OH 45404

Anheuser-Busch Companies, LLC
Legal Department
1 Busch Place

Regions Commercial Loan Payments
P.O. Box 11407
Birmingham, AL 35246

Saint Louis, MO 63118-1852

Employers Preferred Insurance Co.
13890 Bishops Drive
Suite 210
Brookfield, WI 53005

Earl Gaudio & Sons, Inc. Pension Plan
P.O. Box 990067
Hartford, CT 06199

Clifton Larson Allen LLP
301 SW Adams
Suite 900
Peoria, IL 61656

Illini FS
1509 East University Avenue
Urbana, IL  61802

Earl Gaudio & Son, Inc.
c/o First Midwest Bank as Custodian
Angela E. Major Hart
24509 West Lockport Street
Plainfield, IL 60544-2318

Westfield Insurance
c/o Wells Fargo Insurance Services
P.O. Box 4016
Champaign, IL 61824

Illinois Department of Revenue
100 West Randolph Street
Legal Services M/C 7-900
Chicago, IL 60601

Iroquois Federal Savings & Loan
619 N. Gilbert Street
P.O. Box 1277
Danville, IL 61834-1277

Vermilion County Collector
P.O. Box 730
Danville, IL  61834

Surepay
2350 Ravine Way, Suite 100
Glenview, IL  60025

Wells Fargo Equipment Finance, Inc.
550 S. 4th Street
Minneapolis, MN  55415-1529

WDNL-FM - Neuhoff Broadcasting
1501 N. Washington
Danville, IL  61832

Ameren Illinois
Credit and Collections
2105 E. State Route 104
Pawnee, IL 62558-4681

Sorling Northrup
P.O. Box 5131
Springfield, IL 62705

Argo Partners
12 W. 37th Street, 9th Floor
New York, NY 10018-7381

World Business Lenders
101 Hudson Street
Floor 33
Jersey City, NJ  07302-3905

TR Capital Management, LLC
P.O. Box 633
Woodmere, NY 11598

GE Capital
P.O. Box 536447
Atlanta, GA 30353

Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

GE Capital Information Technology
Solutions
Attn: Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208

Old Farm Shops, Ltd.
303 S. Mattis Avenue
Suite 200
Champaign, IL 61821

Shannell, Inc.
301 W. Main Street
Danville, IL 61832

The UPS Store, Inc.
Attn.: Legal Dept.
6060 Cornerstone Court West
San Diego, CA 92121

Liquidity Solutions, Inc.
1 University Plaza, Suite 312
Hackensack, NJ 07601-6205

Paul E. Offutt
2807 North Vermilion
Danville, IL  61832

Dennis Gaudio
466 West Franklin Street
Shelbyville, IN 46176

Gilbert H. Saikley
Saikley Garrison Colombo & Barney, LLC
208 W. North Street
P.O. Box 6
Danville, IL  61834-0006

Eric Gaudio
P.O. Box 17578
Indianapolis, IN  46217