UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: )
) Chapter 11
EARL GAUDIO & SON, INC., )
) Case No. 13-90942
Debtor. )

## NOTICE OF WITHDRAWAL OF CLAIM 43-1 OF ICE MILLER LLP

Ice Miller LLP, who serves as counsel for Debtor, Earl Gaudio & Son, Inc., hereby withdraws Claim 43-1 filed on November 7, 2013, which asserted a claim as follows:

| | |
|---|---|
| Creditor Name and Address: | Ice Miller LLP<br>One American Square, Suite 2900<br>Indianapolis, IN 46282 |
| Basis of Claim: | Unpaid fees and expenses for services rendered prepetition to the Custodian, First Midwest Bank and the Debtor. |
| Amount of Claim: | $39,852.34 |
| Amount Not Entitled to Priority: | N/A |
| Amount Entitled to Priority: | N/A |

ICE MILLER LLP

Executed on: October 15, 2018

By: /s/ Tyson A. Crist
Tyson A. Crist
250 West Street, Suite 700
Columbus, OH 43215
614-462-2243 – Telephone
614-224-3266 – Facsimile
Tyson.Crist@icemiller.com
*Counsel to the Debtor*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, I electronically filed the foregoing *Notice of Withdrawal of Claim 43-1 of Ice Miller LLP* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Debtor's counsel, the United States Trustee, and all parties receiving CM/ECF notice in this proceeding, as set forth in the attached ECF Service List.

/s/ Tyson A. Crist
Tyson A. Crist

# ECF SERVICE LIST

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com

- Daniel Magee Anderson on behalf of Debtor / Plaintiff Earl Gaudio & Son, Inc.

- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com

- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant First Financial Bank, N.A. successor to First National Bank of Danville, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net, barneyer66934@notify.bestcase.com

- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. dbesic@walinskilaw.com

- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com

- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com

- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com

- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee jchamley@efbclaw.com, jnieman@efbclaw.com

- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com

- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue sdelamar@atg.state.il.us

- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com, notices@dentlawoffices.com

- Kevin Driscoll on behalf of Defendant Chase Bank USA, N.A., Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com

- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com

- David H. Hoff on behalf of Creditor United States of America, Defendant United States Small Business Administration peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov

- Michael Fredrick Holbein on behalf of Defendant American Express, Defendant American Express Bank, FSB, Defendant American Express Centurion Bank michael.holbein@agg.com

- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc. amritk@goldmclaw.com

- Brett Kepley on behalf of Defendant American Express bkepley@lollaf.org, lollafecfmail@gmail.com, kepleybr74500@notify.bestcase.com

- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com

- Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue pkmett@atg.state.il.us

- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com

- Jennifer L. Maffett on behalf of Creditor Mike-sell's Potato Chip Co. thdaytonecf@thompsonhine.com

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com, mmcelwain33@gmail.com

- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc. pmoran@gordonrees.com

- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illinois, LLC snelson@califf.com

- Gail Linn Noll on behalf of Creditor United States of America gail.noll@usdoj.gov, stacy.booth@usdoj.gov;nicole.bierma@usdoj.gov

- Kate R. O'Loughlin on behalf of Creditor United States of America, Defendant United States Small Business Administration kate.oloughlin@sba.gov

- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov

- Teresa I. Pisula on behalf of Creditor Illinois Department of Revenue TPisula@atg.state.il.us

- Jeffrey D. Richardson on behalf of Creditor and Interested Parties Helen Gaudio and James Brougher jdrdec@aol.com

- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us

- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, robin@rubin-levin.net, atty_jer@trustesolutions.com, lisa@rubin-levin.net

- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com

- Amy T. Ryan on behalf of Creditor/Defendant World Business Lenders atr@mllfpc.com, bdm@mllfpc.com

- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com

- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov

- Mark Roy Wenzel on behalf of Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com
- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com
- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com