## **EXHIBIT B**

**Invoices 54561, 54563, 56574, and 56828**



# WRDR
## WERMER • ROGERS • DORAN • RUZON
certified public accountants

Wermer, Rogers, Doran & Ruzon, LLC ● 755 Essington Rd. Joliet, IL 60435 ● Tel: 815/730-6250 ● Fax: 815/730-6257 ● www.wrdr.com

GAUDIO RETAIL, LLC
C/O ANGELA HART
FIRST MIDWEST BANK
24509 W. LOCKPORT STREET
PLAINFIELD, IL  60544

| | |
|---|---|
| *Invoice No.:* | 54561 |
| *Date:* | 09/19/2014 |
| *Client No.:* | 07210 |

## PROFESSIONAL SERVICES RENDERED AS FOLLOWS:

Services Rendered October 10, 2013 through May 5, 2014

| Date | Description | Staff | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 1010/2013 | TAX RETURN FIELD WORK<br>Start 2848 | THOMAS | 0.40 | $270.00 | $ | 108.00 |
| 10/29/2013 | TAX RETURN FIELD WORK<br>Phone w/IRS concerning income returns filed, payroll tax returns filed,<br>no income tax returns filed, ordered transcripts of all payroll returns filed.<br>recap of transcripts / emails | THOMAS | 2.00 | $270.00 | | 540.00 |
| 10/31/2013 | TAX RETURN FIELD WORK<br>IL Dept of Revenue phone call / attempt to log into My Tax Illinois<br>phone call w/Tanya White / need additional info / recap info / scanning POA<br>to permanent files | THOMAS | 1.00 | $270.00 | | 270.00 |
| 12/16/2013 | TAX RETURN FIELD WORK<br>Phone call w/IRS collections officer concerning payroll tax returns 2012<br>to 2013 / ordered transcript history for all quarters | THOMAS | 0.40 | $270.00 | | 108.00 |
| 01/22/2014 | TAX RETURN FIELD WORK<br>Phone call w/IRS agent concerning 2012 & 2013 941's and 940, phone<br>call w/Tanya White concerning information or access to 941's, recap 2012<br>W-2's and calculation of 941 and 940 tax liabilities | THOMAS | 1.30 | $285.00 | | 370.50 |

| 01/27/2014 | TAX RETURN FIELD WORK |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Various discussions/phone calls, emails, phone call w/IRS concerning Retail 941 and 940 for 2013 and 2012.  Review 2013 940 / discuss w/Tanya White as to adjustment, discuss w/Christine Ludvik concerning preparation of 2012 2nd, 3rd & 4th Qtr 941 and 940, looking into IL 941 for 2012 |  |  |  |  |  |
|  |  | THOMAS | 2.50 | $285.00 | 712.50 |  |
| 01/28/2014 | TAX RETURN FIELD WORK |  |  |  |  |  |
|  | Phone call w/Revenue Agent Crozier, 2012 941's and 940 due to her by 2-14-14 hold on 1st Qtr 2013 balance, review 2012 941's |  |  |  |  |  |
|  |  | THOMAS | 0.60 | $285.00 | 171.00 |  |
| 05/01/2014 | TAX RETURN FIELD WORK |  |  |  |  |  |
|  | Phone call to Tanya White concerning IRS notice, 940 2012 and address change form, forward to Tanya White |  |  |  |  |  |
|  |  | THOMAS | 0.30 | $285.00 | 85.50 |  |
| 05/05/2014 | TAX RETURN FIELD WORK |  |  |  |  |  |
|  | Forward another 2012 940 tax notice |  |  |  |  |  |
|  |  | THOMAS | 0.20 | $285.00 | 57.00 | 2,422.50 |
| 03/18/2014 | SPECIAL ASSIGNMENT FIELD WORK |  |  |  |  |  |
|  | Forward various IRS notices |  |  |  |  |  |
|  |  | SULLIVAN | 0.40 | $160.00 | 64.00 | 64.00 |
| 05/27/2014 | SPECIAL TAX FIELD WORK |  |  |  |  |  |
|  | Reconcile June – Dec Regions bank, make reclassing entries to proper expense accounts for overdrafts recorded to misc |  |  |  |  |  |
|  |  | LUDVIK | 6.20 | $125.00 | 775.00 |  |
| 05/29/2014 | SPECIAL TAX FIELD WORK |  |  |  |  |  |
|  | Bank reconciliations, reclass entries |  |  |  |  |  |
|  |  | LUDVIK | 6.90 | $125.00 | 862.50 |  |
| 08/27/2014 | SPECIAL TAX FIELD WORK |  |  |  |  |  |
|  | Fixed asset reconciliation |  |  |  |  |  |
|  |  | LUDVIK | 0.60 | $125.00 | 75.00 | 1,712.50 |
| 11/01/2013 | COMPILATION FIELD WORK |  |  |  |  |  |
|  | Try to log on to MyTax Illinois / phone call to IL to clear old account / setup new login / print sales tax returns, 101-12 to current, notices, payroll returns w/payments from 2012-2013 |  |  |  |  |  |
|  |  | THOMAS | 2.20 | $265.00 | 583.00 |  |
| 11/12/2013 | COMPILATION FIELD WORK |  |  |  |  |  |
|  | Phone calls w/Angela Hart and Tanya White concerning Gaudio Retail, filing under EGS instead of Gaudio Retail ID #, discuss fixed assets with Mike Sullivan pertaining to Gaudio Retail. |  |  |  |  |  |
|  |  | THOMAS | 0.50 | $265.00 | 132.50 |  |
| 11/15/2013 | COMPILATION FIELD WORK |  |  |  |  |  |
|  | Emails concerning Christmas bonus for UPS employees/search for employees w/Mike Sullivan |  |  |  |  |  |
|  |  | THOMAS | 0.40 | $265.00 | 106.00 |  |

| Date | Description | Person | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/2013 | COMPILATION FIELD WORK<br>Attempt to log into Quickbooks online, call Tanya White at FMB, discuss with Mike Sullivan | LUDVIK | 0.50 | $110.00 | 55.00 |
| 01/23/2014 | COMPILATION FIELD WORK<br>Phone call w/Angela Hart concerning 2012 payroll issues/discuss payroll tax bankruptcy issues with Howard Ellison, left message w/revenue agent; additional correspondence concerning 941's and W-3, discuss w/Christine Ludvik and Mike Sullivan on obtaining info for 2012 and 2013 from Qkbks online, setup worksheets needed to prepare 2012 941's and determine monthly payment due. | THOMAS | 2.20 | $275.00 | 605.00 |
| 01/24/2014 | COMPILATION FIELD WORK<br>Save 2012 and 2013 W-3's and 2013 941's; discuss w/Mike Sullivan | THOMAS | 0.50 | $275.00 | 137.50 |
| 01/27/2014 | COMPILATION FIELD WORK<br>Go over 2012 payroll for returns with Cathy Thomas, scan documents. Prepare 2012 Federal 941 forms. Log into MyTax Illinois, print letters and forms. Complete 2012 Federal 940 form | LUDVIK | 1.80 | $110.00 | 198.00 |
| 01/28/2014 | COMPILATION FIELD WORK<br>Run employee detail reports for Mike Sullivan 2013, phone call w/Illinois Department of Revenue re: 2012, 2013 941 forms. Discuss with Tanya White at FMB, scan and save 2012 forms to ProDoc, communicated with Tanya White regarding returns and mailing instructions. | LUDVIK | 2.20 | $110.00 | 242.00 |
| 01/28/2014 | COMPILATION FIELD WORK<br>Began balancing 2013 payroll taxes reported with those recorded | SULLIVAN | 3.50 | $145.00 | 507.50 |
| 01/30/2014 | COMPILATION FIELD WORK<br>Continued balancing 2013 payroll taxes reported w/those recorded (to July5) | SULLIVAN | 4.00 | $145.00 | 580.00 |
| 02/01/2014 | COMPILATION FIELD WORK<br>Communicated with Tanya White regarding 2012 payroll recap | LUDVIK | 0.20 | $110.00 | 22.00 |
| 02/03/2014 | COMPILATION FIELD WORK<br>Phone call w/Mr. Ritz at IL Dept. of Revenue re: IL941 forms | LUDVIK | 0.50 | $110.00 | 55.00 |
| 02/03/2014 | COMPILATION FIELD WORK<br>Leave message at IL Dept of Revenue re: 2012 & 2013 IL941's | LUDVIK | 0.10 | $110.00 | 11.00 |
| 02/06/2014 | COMPILATION FIELD WORK<br>Discuss w/Mike Sullivan Quickbooks online and downloading transactions. Discuss w/Cathy Thomas regarding entering trial balance figures & add class, print trial balance reports for 12 & 13 | LUDVIK | 1.00 | $110.00 | 110.00 |

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/07/2014 | COMPILATION FIELD WORK<br>Discuss entering trial balance figures to Quickbooks w/Mike Sullivan | LUDVIK | 1.00 | $110.00 | 110.00 |
| 02/15/2014 | COMPILATION FIELD WORK<br>Communication w/Tanya White regarding info needed for IL Dept of Revenue letter | LUDVIK | 0.20 | $110.00 | 22.00 |
| 02/25/2014 | COMPILATION FIELD WORK<br>Scan 940 form 2013, locate bank information for Mike Sullivan | LUDVIK | 0.30 | $110.00 | 33.00 |
| 03/04/2014 | COMPILATION FIELD WORK<br>Talk to Mike Sullivan regarding file and move old versions to folder | LUDVIK | 0.20 | $110.00 | 22.00 |
| 03/05/2014 | COMPILATION FIELD WORK<br>Locate additional banking info for Mike Sullivan | LUDVIK | 0.20 | $110.00 | 22.00 |
| 03/07/2014 | COMPILATION FIELD WORK<br>Print and save to ProDoc 2013 bank stmts, reconcile FMB 3433 account, go over 2012 entries w/Mike Sullivan, discuss info needed for meeting with Mike Sullivan | LUDVIK | 3.80 | $110.00 | 418.00 |
| 05/14/2014 | COMPILATION FIELD WORK<br>Discuss w/Cathy Thomas, discuss reports w/Mike Sullivan | LUDVIK | 0.40 | $110.00 | 44.00 |
| 05/15/2014 | COMPILATION FIELD WORK<br>2010 adjustments to Quickbooks to tax 2011 calculations for Qkbks to tax | LUDVIK | 3.20 | $110.00 | 352.00 |
| 08/26/2014 | COMPILATION FIELD WORK<br>Meet with Christine Ludvik concerning year ends | LANCASTER | 0.80 | $275.00 | 220.00 |
| 09/03/2014 | COMPILATION FIELD WORK<br>Meet with Nicole Adam, Christine Ludvik and Cathy Thomas, phone call with Angela Hart | LANCASTER | 1.40 | $275.00 | 385.00     4,972.50 |

|  |  |  |
|---|---|---|
| At Regular Rates | 53.90 |  |
|  |  | $ 9,171.50     $9,171.50 |
| Courtesy Discount | | (2,258.50)     (2,258.50) |
| Current Amount Due | | $ 6,913.00     $ 6,913.00 |

| | |
|---|---|
| 29.30 Hours at $110.00 | $3,223.00 |
| 24.60 Hours at Agreed Upon Rate of $150.00 | 3,690.00 |
| | $6,913.00 |

# WRDR

## WERMER • ROGERS • DORAN • RUZON

certified public accountants

Wermer, Rogers, Doran & Ruzon, LLC  ◉  755 Essington Rd. Joliet, IL 60435  ◉  Tel: 815/730-6250  ◉  Fax: 815/730-6257  ◉  www.wrdr.com

*EARL GAUDIO AND SON INC*
*C/O ANGELA HART - FIRST MIDWEST BANK*
*24509 W. LOCKPORT STREET*
*PLAINFIELD, IL  60544*

| | |
|---|---|
| *Invoice No.* | *54563* |
| *Date* | *09/19/2014* |
| *Client No.* | *04759* |

**PROFESSIONAL SERVICES RENDERED AS FOLLOWS:**

**SERVICES RENDERED JANUARY 13, 2014 THROUGH SEPTEMBER 17, 2014**

02/13/2014   SPECIAL ASSIGNMENT FIELD WORK
Started going through all the deposited checks to pull
out the checks written by Earl Gaudio and Sons.
VIRONDA          2.00          $180.00                    360.00

02/18/2014   SPECIAL ASSIGNMENT FIELD WORK
Went through all the deposited checks for EGS Regions
to pull out the checks written by Gaudio and Sons.
VIRONDA          3.00          $180.00                    540.00

02/19/2014   SPECIAL ASSIGNMENT FIELD WORK
Went through EGS Regions deposited checks and
pulled out the checks written by Gaudio and Sons.
VIRONDA          2.00          $180.00                    360.00

02/20/2014   SPECIAL ASSIGNMENT FIELD WORK
Went through EGS Regions deposited checks and
pulled out the checks written by Gaudio and Sons.
VIRONDA          2.00          $180.00                    360.00

02/21/2014   SPECIAL ASSIGNMENT FIELD WORK
Finished searching the EGS Regions deposits for
checks written by Earl Gaudio and Sons and saved
them to a separate file. Copied the folder of all the
check copies for Mike Sullivan.
VIRONDA          1.50          $180.00                    270.00

| Date | Description | | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 02/25/2014 | SPECIAL ASSIGNMENT FIELD WORK | | | | | |
| | Located other bank account numbers in Gaudio files in order to reconcile. | | | | | |
| | | SULLIVAN | 0.50 | $160.00 | 80.00 | |
| 08/28/2014 | SPECIAL ASSIGNMENT FIELD WORK | | | | | |
| | Located 2011 Return (E-mailed from FMB) | | | | | |
| | | SULLIVAN | 1.00 | $160.00 | 160.00 | 2,130.00 |
| 02/22/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Prepared bank reconciliations for 2012. | | | | | |
| | | SULLIVAN | 5.00 | $160.00 | 800.00 | |
| 05/21/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Adjust Quickbooks file 2011 to match tax return, reviewing 2012 entries & calculating bank reconciliations that were done incorrectly | | | | | |
| | | LUDVIK | 4.90 | $125.00 | 612.50 | |
| 05/22/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Unreconcile 2012 bank recs-Regions bank, reconcile January - April Regions making changes to entries, entering Je's for missing transactions | | | | | |
| | | LUDVIK | 5.00 | $125.00 | 625.00 | |
| 05/28/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Reconcile 2012 bank accounts-Iroquois Federal | | | | | |
| | | LUDVIK | 4.70 | $125.00 | 587.50 | |
| 05/30/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Locate bank statements in Mike Sullivan's office, reconcile ONB account, reclass entries to proper accounts, enter reversing entries for uncleared old items.  Review detail for credit cards & P&L 2012. | | | | | |
| | | LUDVIK | 6.30 | $125.00 | 787.50 | |
| 06/03/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Phone call w/Department of Labor requesting reports for Quickbooks data as they are unable to open backup, discuss with Cathy Thomas. | | | | | |
| | | LUDVIK | 0.50 | $125.00 | 62.50 | |
| 06/04/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Credit cards 2012, print general ledger to excel for Online Retail. Communicate with Rebecca Little, re: USDOT needing different reporting Discuss with Cathy Thomas. | | | | | |
| | | LUDVIK | 3.50 | $125.00 | 437.50 | |
| 06/05/2014 | SPECIAL TAX FIELD WORK | | | | | |
| | Send online reports to excel & pdf for Department of Justice. Print reports for Cathy Thomas 2012, make reversing entries for prior year adjustments | | | | | |
| | | LUDVIK | 1.50 | $125.00 | 187.50 | |

06/11/2014   SPECIAL TAX FIELD WORK
Compile excel reports & pdf financials for Department of
Labor 2009 -2013.  Communicate with Detra Thomas, US
Department of Labor, regarding employee retirement plan.

| | | | |
|---|---|---|---|
| LUDVIK | 1.50 | $125.00 | 187.50 |

06/16/2014   SPECIAL TAX FIELD WORK
Compile list of info needed from bank, Communicated with Rebecca
Little regarding open points list.

| | | | |
|---|---|---|---|
| LUDVIK | 0.50 | $125.00 | 62.50 |

06/17/2014   SPECIAL TAX FIELD WORK
Phone call with Rebeca Little at First Midwest re: info needed

| | | | |
|---|---|---|---|
| LUDVIK | 0.20 | $125.00 | 25.00 |

06/19/2014   SPECIAL TAX FIELD WORK
Print reports for meeting with Rebecca Little at First Midwest re:
loans & credit cards

| | | | |
|---|---|---|---|
| LUDVIK | 0.70 | $125.00 | 87.50 |

06/19/2014   SPECIAL TAX FIELD WORK
At bank with Rebbeca Little to review docs for note payables

| | | | |
|---|---|---|---|
| LUDVIK | 2.30 | $125.00 | 287.50 |

06/20/2014   SPECIAL TAX FIELD WORK
Communicated with Rebecca Little copies of information
for Gaudio Retail online

| | | | |
|---|---|---|---|
| LUDVIK | 0.30 | $125.00 | 37.50 |

06/23/2014   SPECIAL TAX FIELD WORK
Create custom report Note Payable accounts for Gaudio
and communicated information to Rebecca Little

| | | | |
|---|---|---|---|
| LUDVIK | 0.30 | $125.00 | 37.50 |

06/25/2014   SPECIAL TAX FIELD WORK
Run general ledger detail by year 2007 - 2013 Iroquois information
reports to Rebecca Little. Respond to request from client.

| | | | |
|---|---|---|---|
| LUDVIK | 1.30 | $125.00 | 162.50 |

07/17/2014   SPECIAL TAX FIELD WORK
Phone call with Rebecca Little re: payroll accounts.  Log in My Tax
Illinois-print notices to send to Rebecca Little. Download from
ProDoc all federal payroll returns & w2s for 2012 and 2013 to
send to Rebecca Little.

| | | | |
|---|---|---|---|
| LUDVIK | 1.50 | $125.00 | 187.50 |

07/22/2014   SPECIAL TAX FIELD WORK
Communication with Rebecca Little, re: file received

| | | | |
|---|---|---|---|
| LUDVIK | 0.10 | $125.00 | 12.50 |

07/23/2014   SPECIAL TAX FIELD WORK
Discuss email from Rebecca Little with Cathy Thomas
re: files received. Communication with Rebecca Little
regarding meeting

| | | | |
|---|---|---|---|
| LUDVIK | 0.30 | $125.00 | 37.50 |

08/11/2014   SPECIAL TAX FIELD WORK
Phone call with Angela Hart at First Midwest, discuss account
with Mary Lancaster & Howard Ellison.  Review general ledger
for discrepancies, make changes to Russ Gegenheimer retail entries,
work on balancing fixed assets

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 3.80 | $125.00 | 475.00 |

08/15/2014   SPECIAL TAX FIELD WORK
Run fixed asset reports 2012

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 0.50 | $125.00 | 62.50 |

08/19/2014   SPECIAL TAX FIELD WORK
Go over fixed asset info w/Russ, discuss acct with
Mary Lancaster

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 0.70 | $125.00 | 87.50 |

08/20/2014   SPECIAL TAX FIELD WORK
Discuss with Mary Lancaster, go over assets
With Russ Gegenheimer. Communicated with Rebecca
Little regarding liquor tax returns

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 0.50 | $125.00 | 62.50 |

08/21/2014   SPECIAL TAX FIELD WORK
Go over info with Russ Gegenheimer re: notes & fixed assets,
discuss with Mary Lancaster

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 0.30 | $125.00 | 37.50 |

08/26/2014   SPECIAL TAX FIELD WORK
Fixed assets - reconcile accounts, make adjustments to
Quickbooks. Discuss gallonage with Rebecca Little

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 6.90 | $125.00 | 862.50 |

08/29/2014   SPECIAL TAX FIELD WORK
Fixed assets, reclass account, review notes payables

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 5.90 | $125.00 | 737.50 |

09/02/2014   SPECIAL TAX FIELD WORK
Reconciling 2012 payroll-and balance sheet to W-3, reconciling retail
bank accounts

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 6.40 | $125.00 | 800.00 |

09/03/2014   SPECIAL TAX FIELD WORK
Meeting w/ Cathy Thomas and Christine Ludvik
Regarding information needed to prepare 2013 return.

|  |  |  |  |
|---|---|---|---|
| ADAM | 2.00 | $240.00 | 480.00 |

09/03/2014   SPECIAL TAX FIELD WORK
2012-journal entries Notes Payable, payroll,

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 5.00 | $125.00 | 625.00 |

09/03/2014   SPECIAL TAX FIELD WORK
Meet with Cathy Thomas, Mary Lancaster &
Nicole Adam  to go over 2012 info

|  |  |  |  |
|---|---|---|---|
| LUDVIK | 1.40 | $125.00 | 175.00 |

09/04/2014  SPECIAL TAX FIELD WORK
            Communications with Russ Gegenheimer,
            discuss with Cathy Thomas regarding fixed assets
                        LUDVIK          0.30        $125.00              37.50

09/04/2014  SPECIAL TAX FIELD WORK
            2012 - balancing balance sheet accounts, go over engagement files
            w/Russ Gegenheimer, review info for asset worksheet, make changes
            to payroll reconciliation
                        LUDVIK          4.50        $125.00              562.50

09/06/2014  SPECIAL TAX FIELD WORK
            Balancing 2012 accounts, JE's for payroll reconciliations
                        LUDVIK          2.70        $125.00              337.50

09/07/2014  SPECIAL TAX FIELD WORK
            Review Quickbooks file and send Christine Ludvik list of questions.
                        ADAM            1.00        $240.00              240.00

09/08/2014  SPECIAL TAX FIELD WORK
            Telephone call w/ Christine Ludvik regarding Gaudio questions.
                        ADAM            0.60        $240.00              144.00

09/08/2014  SPECIAL TAX FIELD WORK
            Discuss questions w/Nicole Adam, go over info with Cathy Thomas,
            make adjustment to Quickbooks, reconciling balance sheet
            accounts with adjustments from Nicole Adam
                        LUDVIK          8.00        $125.00              1,000.00

09/09/2014  SPECIAL TAX FIELD WORK
            2012 entries, discuss with Rebecca Little, discuss with Cathy Thomas
                        LUDVIK          4.40        $125.00              550.00

09/10/2014  SPECIAL TAX FIELD WORK
            Go over final entries w/Nicole Adam, enter 2013 transactions,
            begin regions 2013 reconciliations
                        LUDVIK          3.70        $125.00              462.50

09/11/2014  SPECIAL TAX FIELD WORK
            2013 bank reconciliations enter transactions
                        LUDVIK          9.90        $125.00              1,237.50

09/15/2014  SPECIAL TAX FIELD WORK
            Copying & emailing payroll files to Leticia DeLeon at FMB
                        LUDVIK          0.50        $125.00              62.50        14,264.00

02/27/2014  TAX RETURN FIELD WORK
            Discuss Year End income and preparation of extension
                        THOMAS          0.20        $285.00              57.00

09/08/2014  TAX RETURN FIELD WORK
            Questions with Christine Ludvik concerning year end 12-31-12,
            investment account, bank account, common stock
            increase, bank transfers
                        THOMAS          0.40        $285.00              114.00

| | | | | | |
|---|---|---|---|---|---|
| 09/10/2014 | TAX RETURN FIELD WORK | | | | |
| | Review prior year returns for book to tax adjustments Reconcile | | | | |
| | THOMAS | 0.50 | $285.00 | 142.50 | |
| 09/10/2014 | TAX RETURN FIELD WORK | | | | |
| | Export TB assign account numbers, map accounts for importing. | | | | |
| | ADAM | 1.50 | $235.00 | 352.50 | |
| 09/11/2014 | TAX RETURN FIELD WORK | | | | |
| | Prepare 2012 1120 | | | | |
| | ADAM | 4.00 | $235.00 | 940.00 | |
| 09/12/2014 | TAX RETURN FIELD WORK | | | | |
| | Input 2012 numbers to tax return | | | | |
| | LANCASTER | 1.00 | $175.00 | 175.00 | |
| 09/12/2014 | TAX RETURN FIELD WORK | | | | |
| | Finish 2012 tax return - fix groupings, answer questions, delete duplicate line items, etc. | | | | |
| | ADAM | 2.00 | $235.00 | 470.00 | |
| 09/15/2014 | TAX RETURN FIELD WORK | | | | |
| | 5-14 Auction recap/ identify on depreciation schedule | | | | |
| | THOMAS | 1.30 | $285.00 | 370.50 | |
| 09/15/2014 | TAX RETURN FIELD WORK | | | | |
| | Year-end info for 12-31-13 1120 / including identification of tax payments, payroll reconciliation, gain on sale, including identifying assets sold | | | | |
| | THOMAS | 5.30 | $285.00 | 1,510.50 | |
| 09/15/2014 | TAX RETURN FIELD WORK | | | | |
| | 2013 - Export QB TB, assign new accounts, import into Engagement classify new accounts, link return, enter 4797 and 4562 info, do book to tax reconciliation. | | | | |
| | ADAM | 5.00 | $235.00 | 1,175.00 | 5,307.00 |
| 03/10/2014 | TAX RETURN REPORT | | | | |
| | Processed Extension | | | | |
| | SISTEK | 0.10 | $120.00 | 12.00 | |
| 09/12/2014 | TAX RETURN REPORT | | | | |
| | Assembled Taxes | | | | |
| | SISTEK | 0.20 | $120.00 | 24.00 | 36.00 |
| 03/10/2014 | TAX RETURN PARTNER REVIEW | | | | |
| | Review Extension | | | | |
| | THOMAS | 0.20 | $290.00 | 58.00 | |
| 09/12/2014 | TAX RETURN PARTNER REVIEW | | | | |
| | Review 2012 1120 /  Adjust for AMT & ACE Depreciation | | | | |
| | THOMAS | 1.50 | $290.00 | 435.00 | |

| Date | | | | | |
|------|---|---|---|---|---|
| 09/15/2014 | TAX RETURN PARTNER REVIEW | | | | |
| | Review 1120 | | | | |
| | THOMAS | 1.00 | $290.00 | 290.00 | 783.00 |
| 01/13/2014 | COMPILATION FIELD WORK | | | | |
| | Go over account w/Cathy Thomas, Organize Files in ProDoc in order to readily retrieve docs, discuss file with Mike Sullivan & Theresa Flowers | | | | |
| | LUDVIK | 1.20 | $110.00 | 132.00 | |
| 01/13/2014 | COMPILATION FIELD WORK | | | | |
| | Meeting with Angela Hart/Cathy Thomas on various items and how to proceed with documentation. | | | | |
| | SULLIVAN | 0.50 | $145.00 | 72.50 | |
| 01/13/2014 | COMPILATION FIELD WORK | | | | |
| | Meeting w/ Angela on various items and how to proceed. | | | | |
| | THOMAS | 0.50 | $275.00 | 137.50 | |
| 01/13/2014 | COMPILATION FIELD WORK | | | | |
| | Review files retrieved from EGS Computer, located 2011 Tax Depreciation Schedule started to discuss details w/ Mike Sullivan. | | | | |
| | THOMAS | 1.00 | $275.00 | 275.00 | |
| 01/15/2014 | COMPILATION FIELD WORK | | | | |
| | Go over info w/Cathy Thomas on entering into the Quickbooks system | | | | |
| | LUDVIK | 0.20 | $110.00 | 22.00 | |
| 01/16/2014 | COMPILATION FIELD WORK | | | | |
| | Review 11-12 & 12-12 Bank Recon w/ Mike Sullivan | | | | |
| | THOMAS | 1.00 | $275.00 | 275.00 | |
| 01/21/2014 | COMPILATION FIELD WORK | | | | |
| | Help Mike Sullivan w/Enterprise file | | | | |
| | LUDVIK | 0.20 | $110.00 | 22.00 | |
| 01/21/2014 | COMPILATION FIELD WORK | | | | |
| | 12-12 bank reconciliation | | | | |
| | THOMAS | 0.80 | $275.00 | 220.00 | |
| 01/22/2014 | COMPILATION FIELD WORK | | | | |
| | Phone call from Tanya White concerning 940's for 2013 | | | | |
| | THOMAS | 0.30 | $275.00 | 82.50 | |
| 01/23/2014 | COMPILATION FIELD WORK | | | | |
| | Discuss reports needed with Cathy Thomas & Mike Sullivan, Create Quickbooks reports for excel 2012 & 2013 | | | | |
| | LUDVIK | 0.70 | $110.00 | 77.00 | |
| 01/23/2014 | COMPILATION FIELD WORK | | | | |
| | Met with Cathy Thomas to discuss next phase of Gaudio project. Payroll tax balancing | | | | |
| | SULLIVAN | 0.50 | $145.00 | 72.50 | |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 01/23/2014 | COMPILATION FIELD WORK | | | | |
| | Balanced 2012 Payroll Taxes recorded with taxes reported | | | | |
| | | SULLIVAN | 2.00 | $145.00 | 290.00 |
| 01/24/2014 | COMPILATION FIELD WORK | | | | |
| | GL reports for Mike Sullivan re: payroll, create excel sheets for payroll tax liabilities | | | | |
| | | LUDVIK | 1.00 | $110.00 | 110.00 |
| 01/24/2014 | COMPILATION FIELD WORK | | | | |
| | Located and Organized 2012 & 2013 W-3's/ 2013 941's to be used to tie out payroll for 2012 and 2013. | | | | |
| | | THOMAS | 0.30 | $275.00 | 82.50 |
| 01/29/2014 | COMPILATION FIELD WORK | | | | |
| | Modifying inactive accounts to active accounts in QuickBooks | | | | |
| | | SULLIVAN | 1.00 | $145.00 | 145.00 |
| 01/31/2014 | COMPILATION FIELD WORK | | | | |
| | Renamed/entered into ProDocs 2012 canceled checks from Region's bank acct. 1108062 | | | | |
| | | SULLIVAN | 0.50 | $145.00 | 72.50 |
| 02/12/2014 | COMPILATION FIELD WORK | | | | |
| | Discuss Regions Bank Images w/ Mike Sullivan and Robert Vironda in order segregate Deposit images from EGS checks | | | | |
| | | THOMAS | 0.40 | $275.00 | 110.00 |
| 03/05/2014 | COMPILATION FIELD WORK | | | | |
| | Prepare List of Bank Accounts that WRDR has from 2011-2013 | | | | |
| | | SULLIVAN | 4.50 | $145.00 | 652.50 |
| 03/06/2014 | COMPILATION FIELD WORK | | | | |
| | 2013 entries for First Midwest Bank communicated with Barbara Danaher in order to obtain bank statement for 3 accounts, Review GL and discuss with Cathy Thomas | | | | |
| | | LUDVIK | 6.50 | $110.00 | 715.00 |
| 03/07/2014 | COMPILATION FIELD WORK | | | | |
| | Meeting w/ Christine Ludvik about bank account/sales/ sales tax for 2012/2013 | | | | |
| | | SULLIVAN | 2.00 | $145.00 | 290.00 |
| 03/07/2014 | COMPILATION FIELD WORK | | | | |
| | Meeting at First Midwest w/ Angela Hart and Rebecca Little concerning direction to proceed and overview of Checking Accounts | | | | |
| | | SULLIVAN | 3.50 | $145.00 | 507.50 |
| 03/07/2014 | COMPILATION FIELD WORK | | | | |
| | Meeting w/ Angela Hart & Rebecca Little concerning direction in which to proceed/ overview of Checking Accounts/ review Complaint | | | | |
| | | THOMAS | 2.70 | $275.00 | 742.50 |

| Date | Description | | Name | Hours | Rate | Amount |
|------|-------------|---|------|-------|------|--------|
| 03/25/2014 | COMPILATION FIELD WORK | | | | | |
| | Locate original file, save for Rebecca Little to pick up. Enter file & password info to ProDoc | | LUDVIK | 1.50 | $110.00 | 165.00 |
| 05/01/2014 | COMPILATION FIELD WORK | | | | | |
| | Tie out 2011 Quickbooks accounts to tax return, create excel to calculate differences, Go through proof of cash w/Mike Sullivan for adjusting entries | | LUDVIK | 3.10 | $110.00 | 341.00 |
| 05/01/2014 | COMPILATION FIELD WORK | | | | | |
| | Discuss with Christine Ludvik as the direction to proceed. | | THOMAS | 0.30 | $275.00 | 82.50 |
| 05/02/2014 | COMPILATION FIELD WORK | | | | | |
| | Comparing 2010 totals to tax return | | LUDVIK | 1.80 | $110.00 | 198.00 |
| 06/04/2014 | COMPILATION FIELD WORK | | | | | |
| | Discussion w/ Christine Ludvik concerning credit card payments need for a comparative balance sheet, income statement for 2012-2011, email correspondence w/ Rebecca Little. | | THOMAS | 1.00 | $275.00 | 275.00 |
| 06/06/2014 | COMPILATION FIELD WORK | | | | | |
| | Review 12-31-12 Balance Sheet / Income Statement, including Gaudio Retail | | THOMAS | 0.30 | $275.00 | 82.50 |
| 06/13/2014 | COMPILATION FIELD WORK | | | | | |
| | Discuss accounts with Cathy Thomas re: notes. loans, credit cards | | LUDVIK | 0.30 | $110.00 | 33.00 |
| 06/19/2014 | COMPILATION FIELD WORK | | | | | |
| | Meeting with Christine Ludvik and Rebecca Little regarding Open debt items | | THOMAS | 0.80 | $275.00 | 220.00 |
| 07/25/2014 | COMPILATION FIELD WORK | | | | | |
| | Earl Gaudio & Sons investigating of Quickbooks reports and transactions | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |
| 07/28/2014 | COMPILATION FIELD WORK | | | | | |
| | Review Asset Reconciliations w/ Russ for Year End 12-31-12 | | THOMAS | 0.40 | $275.00 | 110.00 |
| 07/28/2014 | COMPILATION FIELD WORK | | | | | |
| | Earl Gaudio & Sons fixed asset (automotive vehicles) organization, investigation, and calculations. | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 07/29/2014 | COMPILATION FIELD WORK | | | |
| | Fixed Asset related work for Gaudio & Sons | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 07/30/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & Sons fixed asset investigating | | | |
| | GEGENHEIMER | 3.00 | $50.00 | 150.00 |

| 07/31/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & Sons correction of asset lives and fixed asset review | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 07/31/2014 | COMPILATION FIELD WORK | | | |
| | Help Russ Gegenheimer with reconciling assets and assigning depreciable lives | | | |
| | THOMAS | 1.00 | $275.00 | 275.00 |

| 08/01/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & Sons Correction of Asset lives via Assetkeeper | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 08/04/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & Sons Fixed asset review and analysis | | | |
| | GEGENHEIMER | 5.00 | $50.00 | 250.00 |

| 08/05/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & Sons Fixed Asset analysis and Note Payable reconciling | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 08/06/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & Sons Fixed Asset analysis and Note Payable reconciling | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 08/07/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & sons Fixed asset/note payable analysis and entered TB balances for FY2012 | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 08/07/2014 | COMPILATION FIELD WORK | | | |
| | Go over online info with Russ Gegenheimer, prepare info to enter journal entries to QuickBooks desktop, go over notes for vehicles | | | |
| | LUDVIK | 1.50 | $110.00 | 165.00 |

| 08/08/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio & sons Fixed asset/note payable analysis and entered TB balances for FY2012 | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| 08/08/2014 | COMPILATION FIELD WORK | | | |
| | Go over notes payable w/Russ Gegenheimer review Debt instruments for Tvalue (Amortization program) and loans | | | |
| | LUDVIK | 0.50 | $110.00 | 55.00 |

| Date | Description | Staff | Hours | Rate | Amount |
|------|-------------|-------|-------|------|--------|
| 08/18/2014 | COMPILATION FIELD WORK | | | | |
| | Fixed Asset review for Gaudio & sons | | | | |
| | | GEGENHEIMER | 2.00 | $50.00 | 100.00 |
| 08/19/2014 | COMPILATION FIELD WORK | | | | |
| | Gaudio & Sons fixed asset analysis | | | | |
| | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |
| 08/20/2014 | COMPILATION FIELD WORK | | | | |
| | Gaudio & Sons fixed asset analysis | | | | |
| | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |
| 08/21/2014 | COMPILATION FIELD WORK | | | | |
| | Gaudio & Sons Fixed Asset tie-out | | | | |
| | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |
| 08/22/2014 | COMPILATION FIELD WORK | | | | |
| | Gaudio & Sons Fixed Asset tie-out | | | | |
| | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |
| 08/22/2014 | COMPILATION FIELD WORK | | | | |
| | Go over info with Russ Gegenheimer | | | | |
| | | LUDVIK | 0.20 | $110.00 | 22.00 |
| 08/27/2014 | COMPILATION FIELD WORK | | | | |
| | Gaudio fixed asset review | | | | |
| | | GEGENHEIMER | 1.00 | $50.00 | 50.00 |
| 09/03/2014 | COMPILATION FIELD WORK | | | | |
| | Review Balance Sheet/Income Statement as of 12-31-12 with Christine Ludvik, Nicole Adam & Mary Lancaster, send payroll related items to Angela Hart, year-end items for 2012 and 2013 | | | | |
| | | THOMAS | 2.50 | $275.00 | 687.50 |
| 09/05/2014 | COMPILATION FIELD WORK | | | | |
| | Fixed Asset review for Gaudio & Sons | | | | |
| | | GEGENHEIMER | 4.00 | $50.00 | 200.00 |
| 09/09/2014 | COMPILATION FIELD WORK | | | | |
| | Review 12-31-12 Balance Sheet /Income Statement Questions/Phone Calls with Rebecca Little regarding Fixed Assets, Receivables, etc. | | | | |
| | | THOMAS | 2.80 | $275.00 | 770.00 |
| 09/10/2014 | COMPILATION FIELD WORK | | | | |
| | Correct asset keeper amounts, correct book depreciation, make entries to 12/31/12 balance sheet | | | | |
| | | ADAM | 5.00 | $225.00 | 1,125.00 |
| 09/12/2014 | COMPILATION FIELD WORK | | | | |
| | Gaudio checks and deposit entries into Quickbooks | | | | |
| | | GEGENHEIMER | 8.00 | $50.00 | 400.00 |

| | | | | |
|---|---|---|---|---|
| 09/12/2014 | COMPILATION FIELD WORK | | | |
| | Bank statements needed for year end 2013 | | | |
| | THOMAS | 1.00 | $275.00 | 275.00 |
| | | | | |
| 09/12/2014 | COMPILATION FIELD WORK | | | |
| | 2013 detail | | | |
| | LUDVIK | 6.00 | $110.00 | 660.00 |
| | | | | |
| 09/13/2014 | COMPILATION FIELD WORK | | | |
| | Reconcile 2013 Payroll to W-3 & 941's | | | |
| | THOMAS | 1.00 | $275.00 | 275.00 |
| | | | | |
| 09/13/2014 | COMPILATION FIELD WORK | | | |
| | Reconcile Iroquois Account and enter missing transactions. | | | |
| | Update w/ Christine Ludvik and Cathy Thomas. | | | |
| | ADAM | 4.50 | $225.00 | 1,012.50 |
| | | | | |
| 09/13/2014 | COMPILATION FIELD WORK | | | |
| | 2013 entries | | | |
| | LUDVIK | 4.60 | $110.00 | 506.00 |
| | | | | |
| 09/14/2014 | COMPILATION FIELD WORK | | | |
| | Record First Midwest Bank a/c | | | |
| | ADAM | 3.00 | $225.00 | 675.00 |
| | | | | |
| 09/14/2014 | COMPILATION FIELD WORK | | | |
| | 2013 entries | | | |
| | LUDVIK | 8.20 | $110.00 | 902.00 |
| | | | | |
| 09/15/2014 | COMPILATION FIELD WORK | | | |
| | Check and Deposit input for Gaudio First Midwest Bank | | | |
| | account into Quickbooks | | | |
| | GEGENHEIMER | 8.00 | $50.00 | 400.00 |
| | | | | |
| 09/15/2014 | COMPILATION FIELD WORK | | | |
| | 2013 accounting, Adjusting Journal Entries | | | |
| | ADAM | 3.00 | $225.00 | 675.00 |
| | | | | |
| 09/15/2014 | COMPILATION FIELD WORK | | | |
| | 2013 entries, reconciling new bank accounts, moving files | | | |
| | LUDVIK | 7.60 | $110.00 | 836.00 |
| | | | | |
| 09/17/2014 | COMPILATION FIELD WORK | | | |
| | Gaudio account corrections in Quickbooks | | | |
| | GEGENHEIMER | 1.00 | $50.00 | 50.00 |

09/17/2014  COMPILATION FIELD WORK
           Go through 2014 information & chart of accounts
           With Russ Gegenheimer to record corrections
           in QuickBooks file

| | | | | | |
|---|---|---|---|---|---|
| LUDVIK | 0.70 | $110.00 | | 77.00 | 22,405.50 |
| | 375.50 | | | | |
| | | | | 44,925.50 | 44,925.50 |
| Courtesy Discount | | | ( | 8,045.50) | (8,045.50) |
| Current Amount Due | | | $ | 36,880.00 | $36,880.00 |

| | |
|---|---|
| 136.00 Hours at $50.00 | $ 6,800.00 |
| 145.90 Hours at $110.00 | 16,049.00 |
| .30 Hours at $120.00 | 36.00 |
| 93.30 Hours at agreed | |
| Upon rate of $150.00 | 13,995.00 |
| | $36,880.00 |



# WRDR
## WERMER • ROGERS • DORAN • RUZON
certified public accountants

Wermer, Rogers, Doran & Ruzon, LLC • 755 Essington Rd. Joliet, IL 60435 • Tel: 815/730-6250 • Fax: 815/730-6257 • www.wrdr.com

*EARL GAUDIO AND SON INC*
*C/O ANGELA HART - FIRST MIDWEST BANK*
*24509 W. LOCKPORT STREET*
*PLAINFIELD, IL  60544*

*Invoice No.    56574*
*Date             05/27/2015*
*Client No.      04759*

**PROFESSIONAL SERVICES RENDERED AS FOLLOWS:**

**Services Rendered April 22, 2015 through May 26, 2015.**

| 04/22/2015 | TAX RETURN FIELD WORK | | | | |
|---|---|---|---|---|---|
| | Phone call from First Midwest Bank requesting information, forwarded information to First Midwest Bank. | | | | |
| | LANCASTER | 0.30 | $285.00 | $ | 85.50 |
| 04/27/2015 | TAX RETURN FIELD WORK | | | | |
| | Communication w/ Angela Hart regarding loan activity, review loan activity which Leticia DeLeon sent information on | | | | |
| | THOMAS | 0.80 | $285.00 | | 228.00 |
| 04/29/2015 | TAX RETURN FIELD WORK | | | | |
| | Comparing loan listing to trial balance and loan histories. Discussed approach for recapping loans with Cathy Thomas and sent updated request list to Rachael Gould at First Midwest Bank | | | | |
| | LANCASTER | 4.40 | $180.00 | | 792.00 |
| 04/30/2015 | TAX RETURN FIELD WORK | | | | |
| | Reviewing and reconstructing accounts payable workpapers | | | | |
| | LANCASTER | 6.00 | $180.00 | | 1,080.00 |
| 05/01/2015 | TAX RETURN FIELD WORK | | | | |
| | Reviewing and updating workpapers for amendment. Discussed journal entries booked previously with Christine Ludvik in order to tie out balance sheet accounts. | | | | |
| | LANCASTER | 6.00 | $180.00 | | 1,080.00 |

| 05/04/2015 | TAX RETURN FIELD WORK | | | |
| | Completed workpapers for prepaids, notes receivable, and related party reclass entries | | | |
| | LANCASTER | 5.70 | $180.00 | 1,026.00 |

| 05/06/2015 | TAX RETURN FIELD WORK | | | |
| | Analyzing balance sheet accounts and preparing workpapers. Discussing status and procedures to complete engagement with Cathy Thomas. | | | |
| | LANCASTER | 7.00 | $180.00 | 1,260.00 |

| 05/07/2015 | TAX RETURN FIELD WORK | | | |
| | Analyzing receivable accounts and printing copies to provide to First Midwest Bank | | | |
| | LANCASTER | 4.00 | $180.00 | 720.00 |

| 05/08/2015 | TAX RETURN FIELD WORK | | | |
| | Review points discussed w/ Angela Hart w/ Tom Lancaster for 12-31-13 Amendment | | | |
| | THOMAS | 0.40 | $275.00 | 110.00 |

| 05/08/2015 | TAX RETURN FIELD WORK | | | |
| | Discussing status with Cathy Thomas and procedures needed to complete. Posted journal entries approved by Angela Hart at First Midwest Bank | | | |
| | LANCASTER | 3.00 | $180.00 | 540.00 |

| 05/13/2015 | TAX RETURN FIELD WORK | | | |
| | Began organizing and printing information to create binder to provide to First Midwest Bank | | | |
| | LANCASTER | 3.00 | $180.00 | 540.00 |

| 05/14/2015 | TAX RETURN FIELD WORK | | | |
| | Analyzing balance sheet accounts and journal entries posted by WRDR. Discussed journal entries with Christine Ludvik | | | |
| | LANCASTER | 6.00 | $180.00 | 1,080.00 |

| 05/15/2015 | TAX RETURN FIELD WORK | | | |
| | Printing journal entries and questions to discuss with Christine Ludvik | | | |
| | LANCASTER | 2.00 | $180.00 | 360.00 |

| 05/15/2015 | TAX RETURN FIELD WORK | | | |
| | Discussed open items with Cathy Thomas | | | |
| | LANCASTER | 0.10 | $180.00 | 18.00 |

| 05/18/2015 | TAX RETURN FIELD WORK | | | |
| | Tied out liability accounts for 2013 and agreed to prior workpapers. Discussed engagement status with Cathy Thomas | | | |
| | LANCASTER | 4.00 | $180.00 | 720.00 |

| Date | Description | Person | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 05/19/2015 | TAX RETURN FIELD WORK<br>Reviewed support for journal entries provided by<br>Christine Ludvik | | | | | |
| | | LANCASTER | 2.00 | $180.00 | 360.00 | |
| 05/20/2015 | TAX RETURN FIELD WORK<br>Updated excel file showing fixed assets, disposals, and<br>disposal dates | | | | | |
| | | LANCASTER | 2.00 | $180.00 | 360.00 | |
| 05/21/2015 | TAX RETURN FIELD WORK<br>Finished workpaper showing fixed assets, disposals,<br>and dates sold or repo'd | | | | | |
| | | LANCASTER | 1.00 | $180.00 | 180.00 | |
| 05/21/2015 | TAX RETURN FIELD WORK<br>Following up on correspondence and updating request list for First<br>Midwest Bank | | | | | |
| | | LANCASTER | 0.30 | $180.00 | 54.00 | 10,593.50 |
| 05/19/2015 | TAX RETURN PARTNER REVIEW<br>Phone call w/ IRS to acquire 2012 940 Transcript | | | | | |
| | | THOMAS | 0.40 | $295.00 | 118.00 | 118.00 |
| 04/29/2015 | COMPILATION FIELD WORK<br>Forward emails & files to Tom Lancaster re: notes payable | | | | | |
| | | LUDVIK | 0.40 | $110.00 | 44.00 | |
| 04/30/2015 | COMPILATION FIELD WORK<br>Discuss 2015 bankruptcy reports with Tom Lancaster | | | | | |
| | | LUDVIK | 0.20 | $110.00 | 22.00 | |
| 05/01/2015 | COMPILATION FIELD WORK<br>Go over accounts payable & accounts receivable entries with<br>Tom Lancaster | | | | | |
| | | LUDVIK | 0.30 | $110.00 | 33.00 | |
| 05/04/2015 | COMPILATION FIELD WORK<br>Retrieved 2013 bank statements for Tom Lancaster, discuss prepaid<br>entry made | | | | | |
| | | LUDVIK | 0.30 | $110.00 | 33.00 | |
| 05/06/2015 | COMPILATION FIELD WORK<br>Discuss questions w/Tom Lancaster & Cathy Thomas<br>re: Accounts Receiveables | | | | | |
| | | LUDVIK | 0.20 | $110.00 | 22.00 | |
| 05/06/2015 | COMPILATION FIELD WORK<br>Review 12-31-13 account analysis for 1120 amendment<br>with Tom Lancaster including loans payable | | | | | |
| | | THOMAS | 4.00 | $275.00 | 1,100.00 | |
| 05/07/2015 | COMPILATION FIELD WORK<br>Review client information with Angela Hart for 12-31-13<br>Amendment | | | | | |
| | | THOMAS | 1.20 | $275.00 | 330.00 | |

| 05/11/2015 | COMPILATION FIELD WORK | | | |
| | Obtain List of Creditors from Bankruptcy Court website | | | |
| | THOMAS | 0.30 | $275.00 | 82.50 |
| 05/14/2015 | COMPILATION FIELD WORK | | | |
| | Go through year end backup questions with Tom Lancaster | | | |
| | LUDVIK | 0.80 | $110.00 | 88.00 |
| 05/15/2015 | COMPILATION FIELD WORK | | | |
| | Review documents from Tom Lancaster  for 2012 & 2013 journal entries made, pull documentation, prepare explanations | | | |
| | LUDVIK | 1.50 | $110.00 | 165.00 |
| 05/18/2015 | COMPILATION FIELD WORK | | | |
| | Supporting documents for Tom Lancaster re: 2013 year end entries, payroll, loans, reclasses | | | |
| | LUDVIK | 3.00 | $110.00 | 330.00 |
| 05/19/2015 | COMPILATION FIELD WORK | | | |
| | Reviewed with Tom Lancaster if additional information was needed | | | |
| | LUDVIK | 0.10 | $110.00 | 11.00 |
| 05/19/2015 | COMPILATION FIELD WORK | | | |
| | Go over 2013 info with Tom Lancaster re: payroll for EGS & notes payables | | | |
| | LUDVIK | 1.50 | $110.00 | 165.00 |
| 05/20/2015 | COMPILATION FIELD WORK | | | |
| | Discussion w/ Angela Hart concerning outstanding liabilities / Sch D, E & F, | | | |
| | THOMAS | 1.50 | $275.00 | 412.50 |
| 05/20/2015 | COMPILATION FIELD WORK | | | |
| | Discussion w/ Tom Lancaster on Schedule of Outstanding Liabilities as of 12-31-13 and Assets Schedule Update w/ 2014 Repossessions/ 2014 Auction. | | | |
| | THOMAS | 0.50 | $275.00 | 137.50 |
| 05/21/2015 | COMPILATION FIELD WORK | | | |
| | Correspondence w/ John Lane concerning liability information needed | | | |
| | THOMAS | 0.30 | $275.00 | 82.50 |
| 05/23/2015 | COMPILATION FIELD WORK | | | |
| | 2011 -2012 Loan info for John Lane | | | |
| | THOMAS | 4.00 | $275.00 | 1,100.00 |

05/26/2015    COMPILATION FIELD WORK
　　　　　　Phone call w/ John Lane concerning unrecorded
　　　　　　liabilities

| | | | | | |
|---|---|---|---|---|---|
| | THOMAS | 0.40 | $275.00 | 110.00 | 4,268.00 |
| | | 78.90 | | 14,979.50 | 14,979.50 |
| | | | Courtesy Discount | (3,476.50) | (3,476.50) |
| | | | Current Amount Due | $ 11,503.00 | $11,503.00 |

| | | |
|---|---|---|
| 8.3 Hours at $110.00 | $ | 913.00 |
| 70.6 Hours at agreed upon rate of $150.00 | | 10,590.00 |
| | $ | 11,503.00 |



**WRDR**
WERMER • ROGERS • DORAN • RUZON
certified public accountants

Wermer, Rogers, Doran & Ruzon, LLC ● 755 Essington Rd. Joliet, IL 60435 ● Tel: 815/730-6250 ● Fax: 815/730-6257 ● www.wrdr.com

*EARL GAUDIO AND SON INC*
*C/O ANGELA HART - FIRST MIDWEST BANK*
*24509 W. LOCKPORT STREET*
*PLAINFIELD, IL  60544*

*Invoice No.    56828*
*Date          07/31/2015*
*Client No.    04759*

**PROFESSIONAL SERVICES RENDERED AS FOLLOWS:**

***SERVICES RENDERED JULY 10, 2015 THROUGH JULY 30, 2015.***

| Date | Description | | | | |
|---|---|---|---|---|---|
| 07/14/2015 | COMPILATION FIELD WORK<br>Analysis of Regions Loan 1148899/Tracing payments to Quickbooks.<br>Correspondence w/Rachael Gould/Tracing to cancelled checks and<br>bank statements | | | | |
| | THOMAS | 3.00 | $275.00 | $ 825.00 | |
| 07/17/2015 | COMPILATION FIELD WORK<br>Request from Kim Klonicki for detail on Gaudio<br>Diversified payable to Earl Gaudio & Sons Inc. & 1803<br>LLC / Request from Rachael Gould concerning Region Loans | | | | |
| | THOMAS | 1.50 | $275.00 | 412.50 | |
| 07/20/2015 | COMPILATION FIELD WORK<br>Communication with June bankruptcy reports | | | | |
| | LUDVIK | 0.20 | $110.00 | 22.00 | |
| 07/29/2015 | COMPILATION FIELD WORK<br>Review info for 3:30 phone call w/ Angela Hart in order<br>to complete 12-31-13 Amended 1120 | | | | |
| | THOMAS | 0.30 | $275.00 | 82.50 | |
| 07/29/2015 | COMPILATION FIELD WORK<br>Conference Call w/ Angela Hart and Tom Lancaster concerning<br>adjustments for 12-31-13 amendment, reviewing trial balance<br>accounts as to deductibility, review assets to write off. | | | | |
| | THOMAS | 2.50 | $275.00 | 687.50 | 2,029.50 |

| | | | | | |
|---|---|---|---|---|---|
| 07/10/2015 | TAX RETURN REPORT | | | | |
| | Booking additional accounts payable and calculating amended return. Discussing return with Cathy Thomas and communicating status to Angela Hart | | | | |
| | LANCASTER | 5.00 | $185.00 | 925.00 | |
| 07/13/2015 | TAX RETURN REPORT | | | | |
| | Working on amended return and book to tax reconciliation | | | | |
| | LANCASTER | 7.00 | $185.00 | 1,295.00 | |
| 07/14/2015 | TAX RETURN REPORT | | | | |
| | Reviewing calculations and workpapers for gain/loss on sales of various assets and reconciling to the tax return. Completed draft tax return and sent to Angela Hart. | | | | |
| | LANCASTER | 9.00 | $185.00 | 1,665.00 | 3,885.00 |
| 07/10/2015 | TAX RETURN FIELD WORK | | | | |
| | Compared loans to trial balance and transaction histories. Agreed list of outstanding liabilities to creditor report and calculated journal entry to book unrecorded liabilities | | | | |
| | LANCASTER | 5.00 | $180.00 | 900.00 | |
| 07/10/2015 | TAX RETURN FIELD WORK | | | | |
| | Assist with preparation of 2013 1120X | | | | |
| | THOMAS | 1.00 | $285.00 | 285.00 | |
| 07/13/2015 | TAX RETURN FIELD WORK | | | | |
| | Assisting Tom Lancaster and Bob Vironda with Asset Keeper regarding sale of asset | | | | |
| | ELY | 0.80 | $240.00 | 192.00 | |
| 07/13/2015 | TAX RETURN FIELD WORK | | | | |
| | Discuss 2013 amendment w/ Tom Lancaster | | | | |
| | THOMAS | 0.30 | $285.00 | 85.50 | |
| 07/14/2015 | TAX RETURN FIELD WORK | | | | |
| | Reconciling 2013 1120X Gain / Loss on sale & disposals | | | | |
| | THOMAS | 2.00 | $285.00 | 570.00 | |
| 07/28/2015 | TAX RETURN FIELD WORK | | | | |
| | Review IRS Notice regarding FEIN/ Forward copy of Gaudio Retail 2013 W-2's to Kirndeep Sangha | | | | |
| | THOMAS | 0.40 | $285.00 | 114.00 | |
| 07/28/2015 | TAX RETURN FIELD WORK | | | | |
| | Review 12-31-13 WTB Comments w/ Tom Lancaster | | | | |
| | THOMAS | 0.40 | $285.00 | 114.00 | |
| 07/28/2015 | TAX RETURN FIELD WORK | | | | |
| | Typing responses to Angela Hart's questions and printing supporting documentation | | | | |
| | LANCASTER | 6.00 | $180.00 | 1,080.00 | |

| 07/29/2015 | TAX RETURN FIELD WORK | | | | |
|---|---|---|---|---|---|
| | Conference Call with Cathy Thomas and Angela Hart to discuss final trial balance and Angela's comments | | | | |
| | LANCASTER | 1.50 | $180.00 | 270.00 | 3,610.50 |
| | | | | 9,525.00 | 9,525.00 |
| | | | Courtesy Discount | (2,648.00) | (2,648.00) |
| | | | Current Amount Due | $ 6,877.00 | $ 6,877.00 |

| | | |
|---|---|---|
| .2 Hours at $110.00 | $ | 22.00 |
| 45.7 Hours at agreed upon rate of $150.00 | | 6,855.00 |
| | $ | 6,877.00 |