Form schobjsp

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Earl Gaudio & Son, Inc.                *Case No.:* 13–90942
*Debtor*

*Chapter:* 11

*OBJECTION DATE NOTICE*

*Notice is hereby provided:*

On 10/19/2018, Ice Miller LLP, Counsel to the Debtor filed a fourth and final application Authorizing payment on a final basis to Ice Miller as follows:

$1,011,878.18 previously paid to Ice Miller
and
$255,286.11, of which no amount has been previously paid, for the Fourth Fee Period of December 16, 2017 to September 5, 2018 .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on Pacer (Public Access to Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **11/14/2018**.

You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 10/22/18

            /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.