**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*  Earl Gaudio & Son, Inc.　　　　　*Case No.:*  13–90942
*Debtor*

　　　　　　　　　　　　　　　　　　　　　*Chapter:*  11

---

# NOTICE REQUESTING ORDER

**The following must be submitted on or before 11/20/18.**

☐ A hearing having been held re: , please upload an order on said cause.

☑ An objection date of 11/5/2018 having been given re: Fifth Objection to Claim Debtor's Fifth Omnibus Objection to Schedule F Claims (Doc #860) and no objections having been filed, please upload an order on said cause.

☐ Other:

**Failure to file/upload an order by the date specified above may result in the Motion/Application being denied without further notice.**

*Dated:* 11/6/18

　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.