UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

In re:                                          )
                                                )
EARL GAUDIO & SON, INC.,      )     Case No. 13-90942
                                                )     Chapter 11
                       Debtor.    )

**UNITED STATES TRUSTEE'S OBJECTION
TO FOURTH AND FINAL FEE APPLICATION OF ICE MILLER**

NANCY J. GARGULA, the United States Trustee ("UST") for Region 10, by Attorney Sabrina M. Petesch, in support of her Objection to the Fourth and Final Fee Application of Ice Miller, states as follows:

1. Title 11 U.S.C. § 330(a)(1) states that, after notice and a hearing, a court may award a professional person, employed under section 327,

> (A) reasonable compensation for actual, necessary services rendered by the …attorney and by any paraprofessional person employed by any such person; and
> (B) reimbursement for actual, necessary expenses.

11 U.S.C. § 330 (a)(1)(A) and (B).

2. Title 11 U.S.C. § 330(a)(3) goes on to state:

> (3) In determining the amount of reasonable compensation to be awarded to…a professional person…the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including --
>
> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or…completion of, a case under this title;
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

1

11 U.S.C. § 330(a)(3)(A)-(F).

3.  The burden of establishing the reasonableness of the fee will lie with the debtor's attorney. *In Re Chas A. Stevens & Company*, 105 B.R. 866 (Bank. N.D. Ill. 1989) and *In Re Bond*, 249 B.R. 891 (Bank. C.D. Ill. 2000). *In re Birky*, 296 B.R. 480, 484 (Bankr. C.D. Ill. 2003) citing *In re Geraci*, 138 F.3d 314 (7th Cir. 1998), cert. denied *In re Geraci*, 525 U.S. 821 (1998).

4.  When a professional seeks to receive compensation from the estate, an attorney fee application is filed pursuant to 11 U.S.C. § 330 and must comply with strict requirements. *In re Vancil Contracting, Inc.*, 2008 WL 207533 (Bankr. C.D. Ill. 2008); *In re Minich*, 386 B.R. 723 (Bankr. C.D. Ill. 2008). The Court in *In re Minich* stated, "Additionally, the necessity of legal services for which fees are sought must be justified under a cost/benefit analysis, and the narrative included in the fee application should contain sufficient information to make that analysis." *Id*. at 728.

5.  In this Fourth and Final Application of Ice Miller, Applicant seeks payment of fees totaling $246,516.50 and acknowledges under the Confirmation Order there is a cap of $211,000. Applicant further states that, in settlement negotiations arriving at this cap, an interim payment to Ice Miller of $120,629.61 had been overlooked, but that this amount will be credited to any amounts allowed by the Court at this point in time. [Doc 880, page 8 of 41, ¶13]. Likewise, Applicant acknowledges that it is holding a retainer in the amount of $15,000.00 which will be applied to any amount allowed herein. [Doc 880, page 32 of 41, ¶46].

6.  While Applicant's oversight of the $120,629.61 payment was likely not intentional, it did cause settlement negotiations regarding the potential distribution to unsecured creditors to continue for a longer period of time (i.e., months) than would have been required, if the parties had known there was an additional $120,629.61 still on the table. This error was costly to the bankruptcy estate.

7.  The UST objects to approximately $36,091.00 of time billed for the preparation of a

24 page Confirmation Order. The Plan was to be confirmed on the agreement of the parties and the recitation of the confirmation requirements with an accompanying prove up, and a complete rehashing of the Plan was not necessary. The SBA and Unsecured Creditors Committee volunteered to draft the confirmation order. The UST, SBA and Unsecured Creditors Committee were all on the same page requesting a simple Order of Confirmation which would confirm the Plan as filed and then simply list the exceptions or amendments. The 24 page Confirmation Order was excessive, convoluted and troublesome in so many respects that it took an inordinate amount of time to compare to the original language of the Plan and correct items which were being changed that should not be or being worded slightly differently and to figure out why. A fee of $36,091.00 for drafting of an agreed order is excessive.

8. The final issue which will be addressed in detail in the joint objection to be filed by the SBA and Unsecured Creditors Committee has to do with Ice Miller's failure to disclose it had filed a claim in the probate estate of Earl Gaudio for its attorney fees in representing First Midwest Bank on its indemnification claim. This would appear to be a conflict of interest to the extent Ice Miller was in the position of deciding to object to the claim filed by Earl Gaudio's probate estate in the case at hand. Once this was discovered, the interested parties insisted the Unsecured Creditors Committee take over prosecution of that objection. Ice Miller's failure to disclose its involvement in the probate estate of Earl Gaudio can be grounds for the denial of additional fees.

**WHEREFORE,** the United States Trustee respectfully objects to allowance and payment of the requested compensation to the extent the Court determines appropriate.

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

*/s/   Sabrina M. Petesch*
Sabrina M. Petesch
Attorney for U.S. Trustee

3

United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602
(309) 671-7854 x 228

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **UNITED STATES TRUSTEE'S OBJECTION TO FOURTH AND FINAL FEE APPLICATION OF ICE MILLER** was served electronically through CM/ECF upon Debtor's counsel and all other parties who have entered their appearance electronically.

- Megan M Adeyemo    madeyemo@gordonrees.com, asoto@grsm.com
- Daniel Magee Anderson    daniel.anderson@icemiller.com, sandy.heaberlin@icemiller.com
- Thomas V Askounis    taskounis@askounisdarcy.com
- Edwin C Barney    edwincbarney@sbcglobal.net, barneyer66934@notify.bestcase.com
- Darren L Besic    dbesic@walinskilaw.com
- James L Brougher    Jimb@danvillelawyers.com
- John David Burke    john.burke@icemiller.com
- Ben T Caughey    ben.caughey@merchocaughey.com
- Joseph P Chamley    jchamley@efbclaw.com, jnieman@efbclaw.com
- Sherry D Coley    scoley@dkattorneys.com, cpogorzelski@dkattorneys.com;kmarquardt@dkattorneys.com
- Tyson Alexander Crist    Tyson.Crist@icemiller.com, Sandy.Heaberlin@icemiller.com
- Shannon M DeLaMar    sdelamar@atg.state.il.us
- Roy Jackson Dent    roy.jackson.dent@gmail.com, notices@dentlawoffices.com
- Kevin Driscoll    kevin.driscoll@btlaw.com
- David J Frankel    dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com
- Christina Laun Fugate    christina.fugate@icemiller.com
- David H Hoff    peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov
- Michael Fredrick Holbein    michael.holbein@agg.com
- Amrit Suresh Kapai    amritk@goldmclaw.com
- Brett Kepley    bkepley@lollaf.org, lollafecfmail@gmail.com; kepleybr74500@notify.bestcase.com;4908@notices.nextchapterbk.com
- Kathryn A Klein    rb_bank@riezmanberger.com, riezmanberger@gmail.com
- Russell S Long    rlong@dkattorneys.com, ahalase@dkattorneys.com
- Jennifer L Maffett    thdaytonecf@thompsonhine.com
- Terrence Miles    packs@aol.com, info.mileslaw@aol.com;R50195@notify.bestcase.com
- Patrick Frasor Moran    pmoran@gordonrees.com
- Steven L Nelson    snelson@califf.com
- Gail Linn Noll    gail.noll@usdoj.gov, stacy.booth@usdoj.gov;nicole.bierma@usdoj.gov
- Kate R O'Loughlin    kate.oloughlin@sba.gov
- Sabrina M Petesch    sabrina.m.petesch@usdoj.gov
- Teresa I Pisula    TPisula@atg.state.il.us

- Victoria E Powers    victoria.powers@icemiller.com, Daniel.Anderson@icemiller.com;Sandy.Heaberlin@icemiller.com
- Jeffrey D Richardson    jdrdec@aol.com
- Robert Fredrick Ritchie    rritchie@atg.state.il.us
- James Edward Rossow    jim@rubin-levin.net, robin@rubin-levin.net;atty_jer@trustesolutions.com;lisa@rubin-levin.net
- Steven E. Runyan    srunyan@kgrlaw.com
- Amy T Ryan    atr@mllfpc.com, bdm@mllfpc.com
- Amy T Ryan    atr@martinleigh.com, bdm@mllfpc.com
- Christopher M. Tietz    cmt@tietzlaw.com, tonya@tietzlaw.com
- U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
- Mark Roy Wenzel    mwenzel@salawus.com, pdidandeh@salawus.com
- Bruce Eugene de'Medici    bdemedici@gmail.com
- James A. knauer    jak@kgrlaw.com, tjf@kgrlaw.com

A paper copy was also served upon Debtor and the Manual Notice List, on November 13, 2018, by U.S. Mail at the following addresses:

Earl Gaudio & Son, Inc.
c/o First Midwest Bank as Custodian
Angela E Major Hart
24509 West Lockport Street
Plainfield, IL 60544

Ameren Illinois
Credit and Collections
2105 E State Route 104
Pawnee, IL 62558

Argo Partners
12 W 37th St 9th Fl
New York, NY 10018

Daniel N DeLay
Mercho Caughey & DeLay
828 East 64th Street
Indianapolis, IN 46220

Illinois Department of Employment Security
IDES Collection Enforcement Division
33 S. State Street
Chicago, IL 60603

KSB Carbonics, Inc
PO Box 311
Bismarck, IL 61814

Paul Samuel Kmett
500 S 2nd St
Springfield, IL 62706

Liquidity Solutions, Inc.
1 University Plaza, Suite 312
Hackensack, NJ 07601

Regions Bank
Krieg DeVault LLP
One Indiana Square
Suite 2800
Indianapolis, IN 46204

Jacob N. Smallhorn
Tapella & Eberspacher LLC
6009 Park Drive
Charleston, IL 61920

Sorling Northrup
P. O. Box 5131
Springfield, IL 62705

TR Capital Management, LLC
PO BOX 633
Woodmere, NY 11598

No further service is necessary.

5

NANCY J. GARGULA
United States Trustee

/s/    *Sabrina M. Petesch*

Sabrina M. Petesch
Attorney for U.S. Trustee

United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602
(309) 671-7854 x 228