**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Earl Gaudio & Son, Inc.         *Case No.:* 13–90942
*Debtor*
                                          *Chapter:* 11

---

### *OBJECTION DATE NOTICE*

*Notice is hereby provided:*

On 6/7/2018, Rubin & Levin, P.C., counsel to the Official Unsecured Creditors' Committee, filed filed an Amended Application for Compensation for professional services from 8/22/2013 to 12/6/2018 on a final basis in the total sum of $220,270.00 and expenses in the amount of $3,850.28 and approving, on a final basis, all prior payments of interim fees and expenses and directing payment of all unpaid allowed final fees and expenses. .

The pleading referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on Pacer (Public Access to Electronic Records).

If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position.

Written objections must be filed with this Court by **1/2/2019**.

You must also serve a copy on interested parties and file a proof of service with the court.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Dated: 12/10/18

                                            /S/   Adrienne D. Atkins
                                    Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.