**IT IS SO ORDERED.**

**SIGNED THIS: March 29, 2019**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re | ) | |
| | ) | Case No. 13-90942 |
| EARL GAUDIO & SON, INC., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## O R D E R

For the reasons set forth in an Opinion entered this day,

IT IS HEREBY ORDERED that the Fourth and Final Application of Ice Miller LLP, Counsel to the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 16, 2017 to September 5, 2018, and Final Application for Allowance and Payment for All Prior Fee Periods (#880) is allowed, in part, and denied, in part.

Ice Miller is awarded $980,195.08 on a final basis, representing the total fees and costs previously allowed and paid on an interim basis for the first, second, and third interim periods. All fees and costs requested for the fourth

interim period are denied.

Ice Miller's outstanding balance of $31,683.10 due from the first interim period is allowed on a final basis, but payment is limited to the $15,000 retainer held by Ice Miller, which may now be applied.

Ice Miller shall disgorge $120,629.61, and any other undisclosed and unauthorized payments it has received in this case, to the Debtor's estate immediately.

IT IS FURTHER ORDERED that the Fourth and Final Application of First Midwest Bank, Custodian for the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2018 to September 5, 2018, and Final Application for Allowance and Payment for All Prior Periods (#881) is allowed, in part, and denied, in part.

First Midwest Bank is awarded $687,447.37 on a final basis, representing the total fees and costs previously allowed and paid on an interim basis for the first, second, and third interim periods.  All fees and costs requested for the fourth interim are denied and final approval of all other amounts is denied.

To the extent that First Midwest Bank received any prepetition payments or retainers, those payments shall be disgorged in full to the Debtor's estate immediately.

###