UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                            )
                                  )    Chapter 11
EARL GAUDIO & SON, INC.,          )
                                  )    Case No. 13-90942
            Debtor.               )

### NOTICE OF ANTICIPATED EFFECTIVE DATE AND DISTRIBUTIONS PURSUANT TO THE FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION OF EARL GAUDIO & SON, INC.

**To all Creditors and Parties in Interest:**

**PLEASE TAKE NOTICE** that, pursuant to the terms of the *First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc.* (the "Plan") (Doc. 773) and the *Agreed Order Approving First Amended Disclosure Statement and Confirming First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc. Dated May 11, 2018* (the "Confirmation Order") (Doc. 774), the Debtor, Earl Gaudio & Son, Inc. (the "Debtor"), by and through the Custodian for the Debtor, First Midwest Bank, presently anticipates that all conditions to occurrence of the Effective Date[1] as set forth in Article XIII.B of the Plan will have occurred as of July 12, 2019, such that the "Effective Date" under the Plan and Confirmation Order will be July 15, 2019, and that all Distributions under the Plan will be made on the Effective Date or as soon thereafter as practicable.

**PLEASE TAKE FURTHER NOTICE** that, the amounts and calculations of the Allowed Claims and Distributions of the Estate Assets to Holders of Allowed Claims that will occur on the Effective Date or as soon thereafter as practicable are set forth in the charts attached hereto, which are: (a) a liquidation analysis under the Plan, Exhibit A, by which the projected amount[2] of the General Unsecured Distribution that will be distributed Pro Rata to Holders of Allowed General Unsecured Claims is calculated, after providing for the payment of secured and priority claims, statutory fees payable under 28 U.S.C. § 1930(a)(6), the fee for tax services necessary to administer the Estate, and fees and taxes payable to dissolve the Debtor; and (b) a chart of all Allowed Claims, Exhibit B, which shows the amount of each Allowed Claim, the current address for delivery of the Distribution, and the projected amount of the Distribution to each Holder of an Allowed Claim.

**PLEASE TAKE FURTHER NOTICE** that, as a result of the occurrence of the Effective Date, under the terms of the Plan, amongst other things: (a) the Interests of the Insiders and shareholders of the Debtor shall be deemed extinguished; (b) the Custodian shall authorize the dissolution of the Debtor pursuant to applicable state law; and (c) the Committee shall dissolve and all of its members, Professionals and agents shall have no further duties,

---

[1] Capitalized terms used but not defined herein have the meanings given in the Plan, which are incorporated by reference herein.
[2] The projected amounts are based upon the total market value of the Estate Assets as of May 31, 2019.

responsibilities, obligations, and authority in connection with the Debtor, the Case, the Plan, or its implementation.

**PLEASE TAKE FURTHER NOTICE** that, if any Holder of an Allowed General Unsecured Claim stands to receive a Pro Rata Distribution of $600.00 or more and has not completed and returned a Form W-9 to the Custodian, such Holder must complete and return a Form W-9 to the Custodian in order to receive the full amount of the projected Pro Rata Distribution.  If a signed, original W-9 is not returned prior to the date that the Custodian issues a Distribution to such Holder, backup withholding will be withheld and reported by the Custodian (or the Custodian may determine not to issue the Distribution until such time as a W-9 is provided).  The current version (October 2018) of Form W-9 may be found at www.irs.gov/FormW9.  All originals of completed W-9s should be mailed to:

> First Midwest Wealth Management
> Attn:  Kim Klonicki
> 24509 West Lockport Street
> Plainfield, IL  60544

**PLEASE TAKE FURTHER NOTICE** that Holders of Allowed Claims may contact undersigned Debtor's Counsel with respect to the matters addressed in this Notice via telephone at (614) 462-2243 or by email at tyson.crist@icemiller.com.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

The Plan and Confirmation Order referred to above may be viewed in the Bankruptcy Clerk's office during regular business hours or on PACER (Public Access to Electronic Records) at https://pcl.uscourts.gov.

Dated:  June 28, 2019                                  ICE MILLER LLP

                                                       By: /s/ Tyson A. Crist
                                                           Tyson A. Crist
                                                           250 West Street
                                                           Columbus, OH 43215
                                                           614-462-2243 – Telephone
                                                           614-224-3266 – Facsimile
                                                           Tyson.Crist@icemiller.com
                                                           *Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I electronically filed the foregoing *Notice of Anticipated Effective Date and Distributions Pursuant to the First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc.* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Debtor's counsel, the United States Trustee, and all parties receiving CM/ECF notice in this proceeding, as set forth in the ECF Service List below, and I also caused the foregoing to be served by first-class U.S. Mail, postage prepaid, to the Holders of Allowed Claims at the addresses set forth in the chart attached hereto as Exhibit B, and to:

Rachael A. Gould, Esq.
Vice President and Senior Fiduciary Officer
520 N. Cass Avenue, Suite 200
Westmont, IL 60559

s/ Tyson A. Crist
Tyson A. Crist

## ECF SERVICE LIST

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com
- Daniel Magee Anderson on behalf of Debtor / Plaintiff Earl Gaudio & Son, Inc.
- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com
- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant First Financial Bank, N.A. successor to First National Bank of Danville, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net, barneyer66934@notify.bestcase.com
- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. dbesic@walinskilaw.com
- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com
- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com
- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com

- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee
  jchamley@efbclaw.com, jnieman@efbclaw.com

- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com

- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue
  sdelamar@atg.state.il.us

- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com, notices@dentlawoffices.com

- Kevin Driscoll on behalf of Defendant Chase Bank USA, N.A., Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com

- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC
  dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com

- David H. Hoff on behalf of Creditor United States of America, Defendant United States Small Business Administration peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov

- Michael Fredrick Holbein on behalf of Defendant American Express, Defendant American Express Bank, FSB, Defendant American Express Centurion Bank michael.holbein@agg.com

- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc.
  amritk@goldmclaw.com

- Brett Kepley on behalf of Defendant American Express bkepley@lollaf.org, lollafecfmail@gmail.com, kepleybr74500@notify.bestcase.com

- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com

- Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue pkmett@atg.state.il.us

- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com

- Jennifer L. Maffett on behalf of Creditor Mike-sell's Potato Chip Co.
  thdaytonecf@thompsonhine.com

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com, mmcelwain33@gmail.com

- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc.
  pmoran@gordonrees.com

- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illinois, LLC
  snelson@califf.com

- Gail Linn Noll on behalf of Creditor United States of America
  gail.noll@usdoj.gov, stacy.booth@usdoj.gov;nicole.bierma@usdoj.gov

- Kate R. O'Loughlin on behalf of Creditor United States of America, Defendant United States Small Business Administration kate.oloughlin@sba.gov

- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov

- Teresa I. Pisula on behalf of Creditor Illinois Department of Revenue TPisula@atg.state.il.us

5

- Jeffrey D. Richardson on behalf of Creditor and Interested Parties Helen Gaudio and James Brougher jdrdec@aol.com

- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us

- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, robin@rubin-levin.net, atty_jer@trustesolutions.com, lisa@rubin-levin.net

- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com

- Amy T. Ryan on behalf of Creditor/Defendant World Business Lenders atr@mllfpc.com, bdm@mllfpc.com

- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com

- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov

- Mark Roy Wenzel on behalf of Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com

- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com

- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com

5

CO\6159172.1