Office of the United States Trustee - Region 10
Peoria, Illinois

# Chapter 11 Quarterly Report for Confirmed Cases

If Debtor/Trustee chooses to report quarterly post-confirmation, please complete this report and file it with the Bankruptcy Clerk's office and provide a copy to the Office of the United States Trustee.

***Debtor Name:*** Earl Gaudio & Son, Inc.     ***Case Number:*** 13-90942

***For the month of:*** April-June (Q2) 2019   ***Confirmation Date:*** September 5, 2018

| PLAN PAYMENTS MADE DURING THE QUARTER: | QUARTER TOTALS |
|---|---|
| Administrative Expenses | $7,853.49 |
| Secured Creditors | --- |
| Priority Creditors | --- |
| Unsecured Creditors | --- |
| Total Plan Payments | $7,853.49 |

| CASH FLOW REPORT: | QUARTER TOTALS |
|---|---|
| Total Cash Receipts | $125,629.61 |
| Total Cash Disbursements including plan payments | $7,853.49 |
| Net Cash Flow (Total Cash Receipts minus Total Cash Disbursements) | $117,776.12 |

**U. S. Trustee Quarterly Fees are payable until a Chapter 11 case has been converted, dismissed or closed.**

1. Have all U. S. Trustee Quarterly Fees been paid?     **YES**   ~~NO~~
   If **no**, please provide explanation_____

2. Have all payments to attorneys and other professionals been made as ordered? **YES**   ~~NO~~
   If **no**, please provide explanation_____

3. Have all payments been made as set forth in the plan? ~~YES~~ **NO**

    If **no**, please provide explanation   As of the end of the second quarter, the plan payments had not been made; however, they were made early in the third quarter, as previewed in the *Notice of Anticipated Effective Date and Distributions Pursuant to the First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc.* (Doc. 936) (the "Notice") filed on June 28, 2019. The "Effective Date" under Article XIII.B of the First Amended Plan (Doc. 773) occurred on Friday, July 12, 2019. On Wednesday, July 17, 2019, consistent with the projections set forth in the Notice, the Custodian issued the distribution checks to holders of allowed claims, which were then post-marked and mailed, as soon as practicable, on Friday, July 19, 2019. The plan payments will be reflected in the Chapter 11 Quarterly Report for the third quarter.

4. Have all property sales and transfers described in the plan been completed?   **YES** ~~NO~~

    If **no**, please provide an explanation _____

5. Have any distributions been made to any owners/stockholders of the debtor?   ~~YES~~ **NO**
    If **yes**, please provide an explanation (exclude wages) _____

6. Are all post-confirmation tax liabilities current?   **YES** ~~NO~~

    If **no**, please provide an explanation _____

7. Have all claims been resolved?   **YES** ~~NO~~
    If **no**, please provide an explanation _____

8. What is the estimated date for filing of an application for a final decree?   Fourth quarter of 2019 or first quarter of 2020.

**The undersigned certifies under penalty of perjury that the information contained in this report is complete, true and correct to the best of his/her knowledge, information, and belief.**

Signature: _[signed] Rachael Gould VP/R+_   Date: 7/30/2019

Printed Name:  Rachael A. Gould

Title:  Vice President, First Midwest Bank,
           as Custodian of Earl Gaudio & Son, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing *Chapter 11 Quarterly Report for Confirmed Cases for April-June (Q2), 2019* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the United States Trustee and all parties receiving CM/ECF notice in this proceeding, as set forth in the attached ECF Service List.

                        ICE MILLER LLP

                        By: /s/ Tyson A. Crist
                            Tyson A. Crist
                            250 West Street
                            Columbus, OH 43215
                            614-462-2243 – Telephone
                            614-224-3266 – Facsimile
                            Tyson.Crist@icemiller.com
                            *Counsel to the Debtor*

## ECF SERVICE LIST

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com

- Daniel Magee Anderson on behalf of Debtor / Plaintiff Earl Gaudio & Son, Inc.

- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com

- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant First Financial Bank, N.A. successor to First National Bank of Danville, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net, barneyer66934@notify.bestcase.com

- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. dbesic@walinskilaw.com

- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com

- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com

- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com

- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee jchamley@efbclaw.com, jnieman@efbclaw.com

- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com

- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue sdelamar@atg.state.il.us

- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com, notices@dentlawoffices.com

- Kevin Driscoll on behalf of Defendant Chase Bank USA, N.A., Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com

- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com

- David H. Hoff on behalf of Creditor United States of America, Defendant United States Small Business Administration peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov

- Michael Fredrick Holbein on behalf of Defendant American Express, Defendant American Express Bank, FSB, Defendant American Express Centurion Bank michael.holbein@agg.com

- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc. amritk@goldmclaw.com

- Brett Kepley on behalf of Defendant American Express bkepley@lollaf.org, lollafecfmail@gmail.com, kepleybr74500@notify.bestcase.com

- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com

- Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue pkmett@atg.state.il.us

- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com

- Jennifer L. Maffett on behalf of Creditor Mike-sell's Potato Chip Co. thdaytonecf@thompsonhine.com

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com, mmcelwain33@gmail.com

- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc. pmoran@gordonrees.com

- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illinois, LLC snelson@califf.com

- Gail Linn Noll on behalf of Creditor United States of America gail.noll@usdoj.gov, stacy.booth@usdoj.gov;nicole.bierma@usdoj.gov

- Kate R. O'Loughlin on behalf of Creditor United States of America, Defendant United States Small Business Administration kate.oloughlin@sba.gov

- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov

- Teresa I. Pisula on behalf of Creditor Illinois Department of Revenue TPisula@atg.state.il.us

- Jeffrey D. Richardson on behalf of Creditor and Interested Parties Helen Gaudio and James Brougher jdrdec@aol.com

- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us

- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, robin@rubin-levin.net, atty_jer@trustesolutions.com, lisa@rubin-levin.net

- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com

- Amy T. Ryan on behalf of Creditor/Defendant World Business Lenders atr@mllfpc.com, bdm@mllfpc.com

- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com

- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov

- Mark Roy Wenzel on behalf of Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com

- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com

- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com

CO\6199477.2