Office of the United States Trustee - Region 10
Peoria, Illinois

# Chapter 11 Quarterly Report for Confirmed Cases

If Debtor/Trustee chooses to report quarterly post-confirmation, please complete this report and file it with the Bankruptcy Clerk's office and provide a copy to the Office of the United States Trustee.

***Debtor Name:***  Earl Gaudio & Son, Inc.          ***Case Number:*** 13-90942

***For the month of:*** July-Sept. (Q3) 2019   ***Confirmation Date:*** September 5, 2018

| PLAN PAYMENTS MADE DURING THE QUARTER: | QUARTER TOTALS |
|---|---|
| Administrative Expenses | $420.00[1] |
| Secured Creditors | $197,017.36 |
| Priority Creditors | $241,459.80 |
| Unsecured Creditors | $838,027.49[2] |
| Total Plan Payments | |

| CASH FLOW REPORT: | QUARTER TOTALS |
|---|---|
| Total Cash Receipts | $0.00 |
| Total Cash Disbursements including plan payments | $1,276,924.65[3] |
| Net Cash Flow (Total Cash Receipts minus Total Cash Disbursements) | -$1,276,924.65 |

**U. S. Trustee Quarterly Fees are payable until a Chapter 11 case has been converted, dismissed or closed.**

1. Have all U. S. Trustee Quarterly Fees been paid?            **YES**   ~~NO~~
   If **no**, please provide explanation_____

---

[1] This includes the quarterly U.S. Trustee fee of $325.00 for the second quarter of 2019.
[2] Backup withholding in the amount of $14,757.63 was paid to the IRS on August 14, 2019, with respect to distributions made to Holders of Allowed Class D and E Claims that did not return a Form W-9 to the Custodian.
[3] This total, as well as the priority and unsecured payment totals above, does not include distributions for which checks were either returned or remained uncashed as of the end of the third quarter, September 30, 2019.

If **no**, please provide explanation _____
_____

2. Have all payments to attorneys and other professionals been made as ordered? **YES**   ~~NO~~

   If **no**, please provide explanation _____
   _____

3. Have all payments been made as set forth in the plan?               ~~YES~~ **NO**

   If **no**, please provide explanation   The "Effective Date" under Article XIII.B of the First Amended Plan (Doc. 773) (the "Plan") occurred on Monday, July 15, 2019,[4] as stated in the *Notice of Anticipated Effective Date and Distributions Pursuant to the First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc.* (Doc. 936) (the "Notice") filed on June 28, 2019.  On Wednesday, July 17, 2019, consistent with the projections set forth in the Notice, the Custodian issued the distribution checks to holders of allowed claims, which were then post-marked and mailed, as soon as practicable, on Friday, July 19, 2019.  As of the end of the third quarter, the Class E Pro Rata share of the General Unsecured Distribution on Claim 46 had not yet been paid (as explained in Exhibit B to the Notice); however, upon appointment of the Successor Executor of the Estate of Earl Gaudio, Deceased and the Custodian's receipt of verifying documents, the distribution was paid early in the fourth quarter.  Under Article IX of the Plan and the *Agreed Order Approving First Amended Disclosure Statement and Confirming First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc. Dated May 11, 2018* (Doc. 833) (the "Agreed Order"), the Custodian will, during the fourth quarter, determine, in consultation with the Office of the United States Trustee, whether the total dollar amount of unclaimed funds "could not be cost-effectively redistributed Pro Rata to Holders of Allowed Class E Claims" such that the "funds will be paid as unclaimed property, or donated, to the State of Illinois, Treasurer, in accordance with the Agreed Order.

4. Have all property sales and transfers described in the plan been completed?   **YES**   ~~NO~~

   If **no**, please provide an explanation _____
   _____

5. Have any distributions been made to any owners/stockholders of the debtor?   ~~YES~~ **NO**

   If **yes**, please provide an explanation (exclude wages)_____
   _____

6. Are all post-confirmation tax liabilities current?                 **YES** ~~NO~~

   If **no**, please provide an explanation _____
   _____

---

[4] The Chapter 11 Quarterly Report for Confirmed Cases for Filing Period April-June (Q2) 2019 referenced an "Effective Date" of July 12, 2019; however, that was the day on which all conditions to occurrence were deemed by the Debtor to have occurred, such that the Effective Date, as that term is defined in the Plan, was the next business day, July 15, 2019.

7. Have all claims been resolved? **YES** ~~NO~~
   If **no**, please provide an explanation _____
   _____

8. What is the estimated date for filing of an application for a final decree? _Fourth quarter of 2019 or first quarter of 2020._

**The undersigned certifies under penalty of perjury that the information contained in this report is complete, true and correct to the best of his/her knowledge, information, and belief.**

Signature: _[signature] Rachael A Gould VPREB_   Date: _10/30/2019_

Printed Name: _Rachael A. Gould_

Title: _Vice President, First Midwest Bank,_
_      as Custodian of Earl Gaudio & Son, Inc._

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I electronically filed the foregoing *Chapter 11 Quarterly Report for Confirmed Cases for July-Sept. (Q3) 2019* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the United States Trustee and all parties receiving CM/ECF notice in this proceeding, as set forth in the attached ECF Service List.

    ICE MILLER LLP

    By: /s/ Tyson A. Crist
        Tyson A. Crist
        250 West Street
        Columbus, OH 43215
        614-462-2243 – Telephone
        614-224-3266 – Facsimile
        Tyson.Crist@icemiller.com
        *Counsel to the Debtor*

**ECF SERVICE LIST**

- Megan M. Adeyemo on behalf of Creditor Century Tokyo Leasing (USA) Inc. madeyemo@gordonrees.com

- Daniel Magee Anderson on behalf of Debtor / Plaintiff Earl Gaudio & Son, Inc.

- Thomas V. Askounis on behalf of Creditor Wells Fargo Equipment Finance, Inc. taskounis@askounisdarcy.com

- Edwin C. Barney on behalf of Creditor and Defendant Paul Offutt, Attorney Gilbert Saikley, Defendant First Financial Bank, N.A. successor to First National Bank of Danville, Defendant Security Ventures, Inc. and Defendant Offutt Development, Inc. edwincbarney@sbcglobal.net, barneyer66934@notify.bestcase.com

- Darren L. Besic on behalf of Creditor General Electric Capital Corporation and Creditor JPMorgan Chase Bank, N.A. dbesic@walinskilaw.com

- James L. Brougher on behalf of Creditor Iroquois Federal Savings and Loan and Defendant Village of Tilton, Illinois Jimb@danvillelawyers.com

- John David Burke on behalf of Debtor Earl Gaudio & Son, Inc. john.burke@icemiller.com

- Ben T. Caughey on behalf of Debtor Earl Gaudio & Son, Inc. ben.caughey@mcdlegalfirm.com

- Joseph P. Chamley on behalf of Official Unsecured Creditors Committee jchamley@efbclaw.com, jnieman@efbclaw.com

- Sherry D. Coley on behalf of Defendant World Business Lenders scoley@dkattorneys.com, cpogorzelski@dkattorneys.com, kmarquardt@dkattorneys.com

- Shannon M. DeLaMar on behalf of Creditor Illinois Department of Revenue sdelamar@atg.state.il.us

- Roy Jackson Dent on behalf of Defendant Offutt Development, Inc., Defendant Security Ventures, Inc. and Defendant Paul Offutt roy.jackson.dent@gmail.com, notices@dentlawoffices.com

- Kevin Driscoll on behalf of Defendant Chase Bank USA, N.A., Defendant JP Morgan Chase, N.A. kevin.driscoll@btlaw.com

- David J. Frankel on behalf of Creditor Mercedes-Benz Financial Services USA LLC dfrankel@sormanfrankel.com, ckauffman@sormanfrankel.com

- David H. Hoff on behalf of Creditor United States of America, Defendant United States Small Business Administration peter.g.paoli@usdoj.gov, Chelsea.dean@usdoj.gov

- Michael Fredrick Holbein on behalf of Defendant American Express, Defendant American Express Bank, FSB, Defendant American Express Centurion Bank michael.holbein@agg.com

- Amrit Suresh Kapai on behalf of Creditor Wells Fargo Equipment Finance, Inc. amritk@goldmclaw.com

- Brett Kepley on behalf of Defendant American Express bkepley@lollaf.org, lollafecfmail@gmail.com, kepleybr74500@notify.bestcase.com

- Kathryn A. Klein on behalf of Creditor Ally Financial Inc. rb_bank@riezmanberger.com, riezmanberger@gmail.com

- Paul Samuel Kmett on behalf of Creditor Illinois Department of Revenue pkmett@atg.state.il.us

- Russell S. Long on behalf of Defendant World Business Lenders rlong@dkattorneys.com, ahalase@dkattorneys.com

- Jennifer L. Maffett on behalf of Creditor Mike-sell's Potato Chip Co. thdaytonecf@thompsonhine.com

- Terrence Miles on behalf of Creditor Dennis Gaudio packs@aol.com, info.mileslaw@aol.com, mmcelwain33@gmail.com

- Patrick Frasor Moran on behalf of Creditor Century Tokyo Leasing (USA) Inc. pmoran@gordonrees.com

- Steven L. Nelson on behalf of Creditor Specialty Distributing of Illinois, LLC snelson@califf.com

- Gail Linn Noll on behalf of Creditor United States of America gail.noll@usdoj.gov, stacy.booth@usdoj.gov;nicole.bierma@usdoj.gov

- Kate R. O'Loughlin on behalf of Creditor United States of America, Defendant United States Small Business Administration kate.oloughlin@sba.gov

- Sabrina M. Petesch on behalf of U.S. Trustee sabrina.m.petesch@usdoj.gov

- Teresa I. Pisula on behalf of Creditor Illinois Department of Revenue TPisula@atg.state.il.us

- Jeffrey D. Richardson on behalf of Creditor and Interested Parties Helen Gaudio and James Brougher jdrdec@aol.com

- Robert Fredrick Ritchie on behalf of Creditor Illinois Department of Revenue rritchie@atg.state.il.us

- James Edward Rossow on behalf of Official Unsecured Creditors Committee jim@rubin-levin.net, robin@rubin-levin.net, atty_jer@trustesolutions.com, lisa@rubin-levin.net

- Steven E. Runyan on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio srunyan@kgrlaw.com

- Amy T. Ryan on behalf of Creditor/Defendant World Business Lenders atr@mllfpc.com, bdm@mllfpc.com

- Christopher M. Tietz on behalf of Creditor Skeff Distributing Company, Inc. cmt@tietzlaw.com, tonya@tietzlaw.com

- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov

- Mark Roy Wenzel on behalf of Defendant Regions Bank mwenzel@salawus.com, pdidandeh@salawus.com

- Bruce Eugene de'Medici on behalf of Defendant American Express bdemedici@gmail.com

- James A. Knauer on behalf of Defendant 1803 LLC, Defendant Gaudio Diversified Ventures, LLC, Defendant Dennis Gaudio, Defendant Eric Gaudio jak@kgrlaw.com, tjf@kgrlaw.com

CO\6272847.2